UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 24-20255-CR-DIMITROULEAS

    Plaintiff,

vs.

PATRICK BOYD and
CHARLES BOYD,

    Defendants.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Government's Motion for Order Finding Defendants Waived Privilege and for a Brief Continuance [DE-94], and the Court having considered the motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court hereby defers ruling for five (5) days to await a response from Defendants.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record