UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.: 24-cr-20255-WPD/HUNT

v.

PATRICK BOYD and
CHARLES BOYD

    Defendants.
_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Robert J. McGahan, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

**ORDERED** and **ADJUDGED** that:

The Motion is **GRANTED**. Robert J. McGahan, Esq., may appear and participate in this action on behalf of Non-Party Compliance Employee 1. The Clerk shall provide electronic notification of all electronic filings to Robert J. McGahan, Esq., at bmcgahan@bradley.com.

**DONE** and **ORDERED** in Chambers at \_\_\_Ft. Lauderdale\_\_\_Florida, this \_\_2\_\_ day of \_\_Sept\_\_\_\_, 2025.

_____
United States District Judge

cc: all counsel of Record