UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,
    Defendants.
_____/

## ORDER

Based upon the agreement of the parties and the management of Safe Chain Solutions, Charles Boyd and Patrick Boyd will be permitted on Thursday October 16, 2025 between noon and 2pm to enter Safe Chain Solutions to retrieve their personal property. No Safe Chain employee or trial witnesses in the Boyd case shall be at Safe Chain Solutions at that time. The Boyds shall make an inventory of the personal property they have taken. Said inventory shall be provided to the Government.

DONE and ORDERED in Fort Lauderdale. Florida this 15 day of October, 2025.

William P. Dimitrouleas
United States District Court Judge

cc:    Counsel of Record