UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,
    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS

Charles Boyd ("Boyd") through undersigned counsel files this Unopposed Motion for Extension of Time to File Post-Trial Motions. Boyd further states the following:

1. Following a jury trial Boyd was convicted of seven counts of an eight-count indictment.

2. The jury verdict was returned on October 29, 2025.

3. Due to the length of trial and complexity of issues Boyd requires additional time to prepare and file post-trial motions.

4. Boyd requests permission of the Court to file all post-trial motions no later than November 21, 2025.

5. Given the January 20, 2026 sentencing date no prejudice will be created by the requested extension of time.

6. Boyd has conferred with Assistant United States Attorney Pogozelski who informed counsel that the United States has no objection to the requested extension of time.

Wherefore, Charles Boyd requests that this Unopposed Motion for Extension of Time to File Post-Trial Motions be granted and that Charles Boyd be given until November 21, 2025 to file post-trial motions.

Dated: November 4, 2025

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053
**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, FL
33401 Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com
*Counsel for Charlie Boyd*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: November 4, 2025

**By: s/ Bruce A. Zimet, Esq.**
Florida Bar No. 0225053
**BRUCE A. ZIMET, P.A.**
1555 Palm Beach Lakes Blvd., Suite 1400
West Palm Beach, FL 33401
Tel: (561) 508-7741
Tel: (954) 764-7081
Email: BAZ@BruceAZimetLaw.com
*Counsel for Charlie Boyd*