| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 7/8/2020 1:12:43 PM (UTC) |
| **To:** | Adam Brosius |

Spent two hours counting hiv woth the crew. That shits a mess

GOVERNMENT EXHIBIT
**2**
1:24-cr-20255-WPD

GX 002.0001

SCSRELATIVITY_0000769223
CTRL01672686