# Aug 14, 2020

▇▇▇-1581 Charles Boyd; ▇▇▇-7304 Brother

> **We need to talk tomorrow about HIV**
> ▇▇▇-1581 Charles Boyd 8/14/2020 7:09:29 PM

**At skywrs wedding what happened?**
▇▇▇-7304 Brother 8/14/2020 8:25:09 PM

> **I know**
> ▇▇▇ Charles Boyd 8/14/2020 8:25:29 PM

> **Not good. We need to plan how to move forward**
> ▇▇▇ Charles Boyd 8/14/2020 8:26:09 PM

**From both of them or just Blvd?**
▇▇▇-7304 Brother 8/14/2020 8:51:58 PM

> **Both and worse than we could have thought**
> ▇▇▇ Charles Boyd 8/14/2020 8:53:25 PM

**Come on?**
▇▇▇ 7304 Brother 8/14/2020 8:55:05 PM

> **Patient opened a bottle and it was different medication**
> ▇▇▇ Charles Boyd 8/14/2020 8:58:22 PM

**Fuck**
▇▇▇-7304 Brother 8/14/2020 8:58:38 PM

> **Yeah**
> ▇▇▇ Charles Boyd 8/14/2020 8:59:08 PM

> Gentek has to be ok though? They were legit sealed?
> **7304 Brother** 8/14/2020 8:59:21 PM

> It was from Gentek and sealed
> **1581 Charles Boyd** 8/14/2020 8:59:42 PM

> Wow
> **-7304 Brother** 8/14/2020 8:59:46 PM

> Maybe we go on the offensive
> **-7304 Brother** 8/14/2020 8:59:59 PM

> We have to
> **-1581 Charles Boyd** 8/14/2020 9:00:17 PM

> It was replaced with bipolar med
> **-1581 Charles Boyd** 8/14/2020 9:00:37 PM

> I think we file a law suit or anything we can to get the $
> **7304 Brother** 8/14/2020 9:01:58 PM

> Does tony know?
> **-7304 Brother** 8/14/2020 9:02:07 PM

> And could it have been random?
> **-7304 Brother** 8/14/2020 9:02:21 PM

> No
> **1581 Charles Boyd** 8/14/2020 9:02:22 PM

> I just found out at 6 from Garrett
> **1581 Charles Boyd** 8/14/2020 9:02:44 PM

It sounds fishy

▬-7304 **Brother** 8/14/2020 9:03:03 PM

But fuck

▬-7304 **Brother** 8/14/2020 9:03:07 PM

We should bite the bullet and spot check a few

▬-7304 **Brother** 8/14/2020 9:03:47 PM

These guys have been selllimg for years

▬-7304 **Brother** 8/14/2020 9:06:00 PM

GX 004.0003

SCSRELATIVITY_0001557545