| | |
|---|---|
| **From:** | info@safechain.com |
| **Sent:** | Fri 1/22/2021 3:01:41 AM (UTC) |
| **To:** | BLACKSTONE@SAFECHAIN.COM |
| **Subject:** | Your RemoteNet WEB Order 313671 has shipped |

# Shipping Confirmation

| Customer # | Sold To | Ship To |
|---|---|---|
| 14-FL0195 | MODERN PHARMACY LLC<br>123 ALTON ROAD<br>ATTN: ACCTS PAYABLE<br>MIAMI BEACH, FL 33139<br>U.S.A. | MODERN PHARMACY LLC<br>123 ALTON ROAD<br>ATTN: MICHAEL ROSENBAUM<br>MIAMI BEACH, FL 33139 |

**Salesrep**
Blackstone

| Web Order# | Order Date | Req. Date | Req. No. | Cust PO | Ordered By | Terms |
|---|---|---|---|---|---|---|
| 313671 | 01/13/21 | 01/13/21 | | None | Internal Salesuser | NET 15 |

| Order# | Invoice# | Invoice Date | Ship Date | Ship Method |
|---|---|---|---|---|
| 01S37411002 | I41599 | 01/21/21 | 01/21/21 | UPS Ground |

**Special Instructions:**
CHARGE CC FEE

| Line No. | Product No. | Product Description | Ord Qty | StK UM | Ship Qty | BkOrd Qty | InPick Qty | Price | Prc UM | Prc Qty | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 61958-2501-01 | BIKTARVY 30CT | 5 | EA | 5 | 0 | | $3,122.25 | EA | 1 | $15,611.25 |
| 2 | 49702-0231-13 | TRIUMEQ | 2 | EA | 2 | 0 | | $2,927.33 | EA | 1 | $5,854.66 |

**TOTALS**

|  |  |
|---|---|
| Freight: | $0.00 |
| Tax: | $0.00 |
| **Total:** | **$21,465.91** |

Note: To track your package please click on the tracking number below.

### Tracking Information for Shipment: 01S37411002

No Tracking numbers availalble

| Carton # | Tracking # | Carton Weight | Ship Date |
|---|---|---|---|
| **TOTALS** | | | |
| 0 | | 0.00 lbs. | |

Note: To view your Track and Trace Information please login to our website.

GOVERNMENT EXHIBIT
14
1:24-cr-20255-WPD

SCSRELATIVITY_0001424354

GX 014.0001

### *Track and Trace Lot Information:*

| Track and Trace # | Product No. | Lot No. | Lot Qty | Lot Exp Date | Ship Date |
|---|---|---|---|---|---|
| 00000019618 | 61958-2501-01 | CFBGHA | 2 | 02/28/23 | 01/21/21 |
| 00000019618 | 61958-2501-01 | 021346 | 3 | 02/28/23 | 01/21/21 |
| 00000019623 | 49702-0231-13 | 7N9K | 2 | 08/31/22 | 01/21/21 |

Thank you for using RemoteNet.

**Copyright © The Systems House, Inc.**
*Problems? Click here to email the Webmaster*