| | |
|---|---|
| **From:** | accounting@safechain.com |
| **Sent:** | Tue 2/23/2021 4:31:59 PM (UTC) |
| **To:** | blackstone@safechain.com |
| **Subject:** | SAFE CHAIN SOLUTIONS, LLC Invoice: 01I43504 |
| **Attachment:** | INV.01I43504067073.PDF |

SAFE CHAIN SOLUTIONS, LLC Invoice: 01I43504
Customer# 14-FL0194 PHARMAQUICK LLC

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DR
CAMBRIDGE, MD 21613

Telephone :   855.437.5727
Fax      :   866-930-1128
Date     :   02/23/21

GOVERNMENT EXHIBIT
16
1:24-cr-20255-WPD

SCSRELATIVITY_0001423800

GX 016.0001



# Invoice

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

**Inv Number**
01I43504
Page: 1

www.safechain.com
accounting@safechain.com

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

| Bill-to: | 14-FL0194 |
|---|---|
| | PHARMAQUICK LLC |
| | 753 ARTHUR GODFREY RD |
| | ATTN: ACCTS PAYABLE |
| | MIAMI BEACH   FL 33140 |

| Ship-to: | PHAR       001 |
|---|---|
| | PHARMAQUICK LLC |
| | 753 ARTHUR GODFREY RD |
| | ATTN: ROBERT NOVIGROD R.PH. |
| | MIAMI BEACH   FL 33140 |

| | | | |
|---|---|---|---|
| Invoice Date: | 02/23/21 | Salesman: | Blackstone |
| Ship Date: | 02/23/21 | Ship Via: | UPS Ground |
| Our Order No: | 01S38760002 | Customer Order #: | 323907 |
| | | Terms: | NET 30/ACH1 |
| License | PH17890 Exp: 02/28/23 | DEA # | BP7289196 Exp:03/31/22 LicExp:02/28/23 |

Special Instructions:

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 61958-2501-01<br>BIKTARVY 30CT<br>  NDC#: 61958-2501-01<br>  Prod Strength: 50-200-25 MG<br>  Prod Size: 30 EA<br>Lot #: CDSFGA<br>Expiration Date: 01/31/23 | 2 | EA | 2<br><br><br><br>2 | EA | 0 | 3122.25* | EA | 6,244.50 |

**SUB TOTAL**                                              6,244.50

**INVOICE TOTAL**                                         $6,244.50

**CARTON TRACKING NUMBERS:**
CTN#1  1Z7156794290460962
Additional License Information
State License for MD - Origin
D03211  Exp 05/31/21
State License for FL - Destination
PH17890  Exp 02/28/23

**PLEASE NOTE OUR NEW REMIT TO ADDRESS**

Cartons:1    Weight:0.3

\* Non-Taxable
\*\* REPRINT( 1 ) \*\*

SCSRELATIVITY_0001423801

GX 016.0002