SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)

**NDC:** 61958-2501-01

**Reference Number:** 01I43504
**Document Type:** Invoice
**Reference Date:** 02/23/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFGA | 2 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information:** 1800 WHEELER AVENUE  LA VERNE, CA 91750

**SOLD TO:**
Name: AMERISOURCEBERGEN DRUG CP
Address: 5500 NEW HORIZONS BLVD.
NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref: 08/23/19   A141310

**SHIPPED TO:**
Name: AMERISOURCEBERGEN DRUG CP
Address: 5500 NEW HORIZONS BLVD.
NORTH AMITYVILLE NY 11701-1156
Date Received & Ref: 08/23/19   A141310

**SOLD TO:**
Name: AMSTERDAM WELLNESS PHARMA
Address: 2091 AMSTERDAM AVE
NEW YORK NY 10032-8210
Date Purchased & Ref: 10/16/19   20191016

**SHIPPED TO:**
Name: AMSTERDAM WELLNESS PHARMA
Address: 2091 AMSTERDAM AVE
NEW YORK NY 10032-8210
Date Received & Ref: 10/16/19   20191016

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Purchased & Ref:

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Received & Ref:

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 02/22/21   PO#01212034

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 02/23/21   RC#017227

**SOLD TO:**
Name: PHARMAQUICK LLC
Address: 753 ARTHUR GODFREY RD
MIAMI BEACH FL 33140
Date Purchased & Ref: 02/23/21   01S38760002

**SHIPPED TO:**
Name: PHARMAQUICK LLC
Address: 753 ARTHUR GODFREY RD
MIAMI BEACH FL 33140
Date Received & Ref: 02/23/21   01S38760002

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT**
**18**
1:24-cr-20255-WPD

Page: 1    of  1    pages.

SCSRELATIVITY_0001427973

GX 018.0001