

**CHASE**

August 01, 2020 through August 31, 2020
Account Number: ██████5196

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/03 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200803 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000025979530 Eed:200803  Ind ID:W7926 Ind Name:Adam Brosius | $50,000.00 |
| 08/03 | Orig CO Name:Barclaycard US    Orig ID:2510407970 Desc Date:    CO Entry Descr:Creditcardsec:Web   Trace#:091000017939788 Eed:200803  Ind ID:728471943 Ind Name:Adam Brosius Trn: 2167939788Tc | 20,523.04 |
| 08/04 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200804 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023114999 Eed:200804  Ind ID:W4100 Ind Name:Adam Brosius | 96,334.00 |
| 08/05 | Quickpay With Zelle Payment To Jordan Stout Jpm412559110 | 1,000.00 |
| 08/05 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200805 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000020662669 Eed:200805  Ind ID:W2346 Ind Name:Adam Brosius | 105,000.00 |
| 08/06 | 08/06 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 CA Ben:/7320126 9416 3193 Quebec Inc Ref:/Lmpd/Salary/Payroll Payments Trn: 5112720219Es | 84,584.95 |
| 08/06 | 08/06 Online Domestic Wire Transfer Via: Citizens Bank, NA/011500120 A/C: Aba/211170114 New London CT US Ben: Gentek LLC Stamford CT 06902 US Imad: 0806B1Qgc03C010502 Trn: 6275320219Es | 400,000.00 |
| 08/07 | 08/07 Online Domestic Wire Transfer Via: Citizens Bank, NA/011500120 A/C: Aba/211170114 New London CT US Ben: Gentek LLC Stamford CT 06902 US Imad: 0807B1Qgc05C004931 Trn: 4559820220Es | 100,000.00 |
| 08/10 | 08/10 Online Transfer To Sav ...9773 Transaction#: 10092308102 | 1,711.54 |
| 08/11 | Quickpay With Zelle Payment To Matthew Brosius Jpm415571940 | 50.00 |
| 08/11 | Quickpay With Zelle Payment To Garrett Mellott Jpm415572090 | 60.00 |
| 08/11 | Quickpay With Zelle Payment To Joseph Kornicki Jpm415572120 | 156.00 |
| 08/12 | 08/12 Online Transfer To Sav ...9773 Transaction#: 10103049824 | 493.72 |
| 08/12 | Quickpay With Zelle Payment To Jordan Stout Jpm416288068 | 1,000.00 |
| 08/12 | Orig CO Name:United Healthcar    Orig ID:1411289245 Desc Date:    CO Entry Descr:EDI Paymtssec:CTX   Trace#:043000267628496 Eed:200812  Ind ID:538368933977 Ind Name:0007Worldwide Pharma Trn: 2257628496Tc | 3,240.28 |
| 08/13 | 08/13 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/063107513 Winston-Salem NC US Ben: Kailyn Demich St Petersburg FL 33701 US Ref:/Time/06:56 Imad: 0813B1Qgc07C001117 Trn: 3989320226Es | 10,088.31 |
| 08/13 | 08/13 Online Transfer To Sav ...9773 Transaction#: 10109162332 | 160,000.00 |
| 08/13 | Orig CO Name:Paychex Inc.    Orig ID:1161124166 Desc Date:    CO Entry Descr:Payroll  Sec:CCD   Trace#:021000025156091 Eed:200813  Ind ID:88650300012479X Ind Name:Worldwide Pharma Sales Trn: 2265156091Tc | 55,589.03 |
| 08/13 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200813 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024965805 Eed:200813  Ind ID:W2708 Ind Name:Adam Brosius | 47,199.81 |
| 08/13 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200813 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000024965831 Eed:200813  Ind ID:W3074 Ind Name:Adam Brosius | 1,000.00 |
| 08/14 | 08/14 Online Transfer To Chk ...3706 Transaction#: 10114002520 | 714.38 |
| 08/14 | 08/14 Payment To Chase Card Ending IN 3205 | 794.29 |
| 08/14 | 08/14 Payment To Chase Card Ending IN 9680 | 5,319.58 |
| 08/14 | 08/14 Online International Wire Transfer A/C: Canadian Imperial Bank of Commerce Toronto On M5L 1-A2 CA Ben:/7320126 9416 3193 Quebec Inc Ref:/Lmpd/For Pat Commission August 20th Salary/Payroll Payments Trn: 4590920227Es | 4,603.08 |
| 08/14 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200814 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000029701497 Eed:200814  Ind ID:W9374 Ind Name:Adam Brosius | 100,000.00 |
| 08/14 | Orig CO Name:American Express    Orig ID:2005032111 Desc Date:200814 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000029701508 Eed:200814  Ind ID:W1552 Ind Name:Adam Brosius | 64,790.60 |



Page 3 of 6

CITIZENS BANK
Mailstop ROP480
1 Citizens Drive
Riverside, RI 02915



GENTEK LLC
45 CEDAR ST STE 3
STAMFORD CT 06902

TO: GENTEK LLC

Your CITIZENS BANK Account Number XXXXXX4795 has been credited on 2020-08-06
for an incoming wire transfer as follows.
                            Amount:  $400,000.00
                            MTS TRN: 20200806-007788

DBT: A/021000021                                      1ST IBK: /
  JPMORGAN CHASE BANK, NA
  NEW YORK, NY


SEND: /                                               INTR BNK: /



 6275320219ES
ORDER BNK: /                                          BNF BNK: /




ORIG: /889955196                                      BNF: /
  WORLDWIDE PHARMA SALES GROUP, INC.
  455 NE 5TH AVE STE D434
  DELRAY BEACH FL 33483-5661 US

  BPL OF 20/08/06

Additional information (if applicable)
FED OMAD: 0806B1QGC03C010502080615Z2FT03/POSTING TIME: 2020-08-06 15:22:27.09



Thank you for your business. For inquiries please call 1-877-471-1961.

SCS-0000000231