| | |
|---|---|
| **From:** | Adam Brosius |
| **Sent:** | Fri 10/30/2020 9:57:40 PM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com]; Charles Boyd[CharlesB@Safechain.com] |

I just sent this to my people

[5:54 PM] Adam Brosius (Guest)
great month   between the 2 locations we sold about 12.5 million    that is 150 million a year!
with blvd back in play   hopefully we can continue the momentum
November will be a shortened business month with us losing at least 1.5 - 3 days to holidays and people closing down   about 19 full business days
have a great weekend   monday we start back at $0

[5:56 PM] Adam Brosius (Guest)
we have 3 new exclusives -- all starting next week    hopefully those will boost everyone's sales and energy level (outside of HIV)
(1 liked)

[5:57 PM] Adam Brosius (Guest)
I will put the info together over the weekend

GOVERNMENT EXHIBIT
20
1:24-cr-20255-WPD

SCSRELATIVITY_0000755484

GX 020.0001