Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

## Summary of Payments to HIV Drug Suppliers

| HIV Supplier | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| Boulevard 9229, LLC | 05/07/20 | 03/30/21 | $ 35,146,095 | 137 |
| Gentek, LLC | 06/18/20 | 01/20/21 | 42,980,672 | 68 |
| Rapid's Tex / Mr. Unlimited, LLC | 03/08/21 | 05/13/21 | 4,278,137 | 8 |
| Synergy Group Wholesalers, LLC | 03/16/21 | 07/07/21 | 7,357,282 | 9 |
| Omom Pharmaceuticals, Inc | 06/17/21 | 07/16/21 | 3,081,756 | 7 |
| | | **Total** | **$ 92,843,941** | **229** |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▓▓▓▓▓▓▓▓ / Univest
GX 706 / Boulevard 9229, LLC / ▓▓▓▓▓▓▓▓ / JPMorgan Chase
GX 702 / MFK Management, LLC / ▓▓▓▓▓▓▓▓ / JPMorgan Chase
GX 711 / Mr. Unlimited, LLC / ▓▓▓▓▓▓▓▓ / Wells Fargo

Notes:
Majority of Payments to Boulevard 9229 LLC Received by MFK Management LLC
Mr. Unlimited LLC as Passthrough Entity for Rapid's Tex Whole Sales Corp
Mr. Unlimited LLC Payments Restricted to Related Rapid's Tex Transactions
HIV Drug Suppliers Include HIV Drugs and Other Branded Products