

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ██████ / Univest
GX 706 / Boulevard 9229, LLC / ██████ / JPMorgan Chase
GX 702 / MFK Management, LLC / ██████ / JPMorgan Chase

GX 040C.0001