Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

## Summary of Payments to Boulevard 9229, LLC

| Payments to Boulevard 9229 | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| On or Before 10/12/2020 | 05/07/20 | 10/12/20 | $ 11,277,795 | 68 |
| After 10/12/2020 | 10/13/20 | 03/30/21 | 23,868,300 | 69 |
| | | Total | $ 35,146,095 | 137 |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / [redacted] / Univest
GX 706 / Boulevard 9229, LLC / [redacted] / JPMorgan Chase
GX 702 / MFK Management, LLC / [redacted] / JPMorgan Chase

Notes:
Majority of Payments to Boulevard 9229 Received by MFK Management
Includes Worldwide Pharma Sales Group payments to Boulevard on behalf of Safe Chain Solutions