Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to Boulevard 9229, LLC

| No. | Payment Date | Description [1] | Amount Paid |
|---|---|---|---:|
| 1 | 05/07/20 | ACH to Boulevard 9229 LLC (JPMChase ▇) [2] | $ 17,600.00 |
| 2 | 05/13/20 | ACH to Boulevard 9229 LLC (JPMChase ▇) [2] | 16,700.00 |
| 3 | 05/14/20 | ACH to Boulevard 9229 LLC (JPMChase ▇) [2] | 14,400.00 |
| 4 | 05/18/20 | ACH to Boulevard 9229 LLC (JPMChase ▇) [2] | 2,900.00 |
| 5 | 05/21/20 | Pmt Worldwide Pharma Sales Group to MFK Management LLC (JPMChase ▇) [3] | 60,600.00 |
| 6 | 05/22/20 | Pmt Worldwide Pharma Sales Group to MFK Management LLC (JPMChase ▇) [3] | 100,000.00 |
| 7 | 05/22/20 | ACH to Boulevard 9229 LLC (JPMChase ▇) [2] | 23,600.00 |
| 8 | 05/26/20 | Wire To MFK Management LLC (JPMChase ▇) | 80,600.00 |
| 9 | 05/27/20 | Wire To MFK Management LLC (JPMChase ▇) | 23,000.00 |
| 10 | 05/28/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 11 | 05/29/20 | Wire To MFK Management LLC (JPMChase ▇) | 171,000.00 |
| 12 | 06/02/20 | Wire To MFK Management LLC (JPMChase ▇) | 75,200.00 |
| 13 | 06/03/20 | Wire To MFK Management LLC (JPMChase ▇) | 152,400.00 |
| 14 | 06/05/20 | Wire To MFK Management LLC (JPMChase ▇) | 150,000.00 |
| 15 | 06/08/20 | Wire To MFK Management LLC (JPMChase ▇) | 195,950.00 |
| 16 | 06/09/20 | Wire To MFK Management LLC (JPMChase ▇) | 74,300.00 |
| 17 | 06/10/20 | Wire To MFK Management LLC (JPMChase ▇) | 115,400.00 |
| 18 | 06/11/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 19 | 06/12/20 | Wire To MFK Management LLC (JPMChase ▇) | 68,100.00 |
| 20 | 06/15/20 | Wire To MFK Management LLC (JPMChase ▇) | 34,600.00 |
| 21 | 06/16/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 22 | 06/17/20 | Wire To MFK Management LLC (JPMChase ▇) | 40,000.00 |
| 23 | 06/18/20 | Pmt Worldwide Pharma Sales Group to MFK Management LLC (JPMChase ▇) [3] | 200,000.00 |
| 24 | 06/19/20 | Wire To MFK Management LLC (JPMChase ▇) | 111,200.00 |
| 25 | 06/23/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 26 | 06/24/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 27 | 06/25/20 | Wire To MFK Management LLC (JPMChase ▇) | 87,400.00 |
| 28 | 06/26/20 | Wire To MFK Management LLC (JPMChase ▇) | 161,100.00 |
| 29 | 06/30/20 | Wire To MFK Management LLC (JPMChase ▇) | 190,350.00 |
| 30 | 07/01/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 31 | 07/06/20 | Wire To MFK Management LLC (JPMChase ▇) | 137,900.00 |
| 32 | 07/07/20 | Wire To MFK Management LLC (JPMChase ▇) | 150,000.00 |
| 33 | 07/08/20 | Wire To MFK Management LLC (JPMChase ▇) | 150,000.00 |
| 34 | 07/13/20 | Wire To MFK Management LLC (JPMChase ▇) | 90,200.00 |
| 35 | 07/15/20 | Wire To MFK Management LLC (JPMChase ▇) | 153,550.00 |
| 36 | 07/17/20 | Wire To MFK Management LLC (JPMChase ▇) | 50,000.00 |
| 37 | 07/17/20 | Wire To MFK Management LLC (JPMChase ▇) | 150,000.00 |
| 38 | 07/22/20 | Wire To MFK Management LLC (JPMChase ▇) | 263,350.00 |
| 39 | 07/24/20 | Wire To MFK Management LLC (JPMChase ▇) | 312,300.00 |
| 40 | 07/28/20 | Wire To MFK Management LLC (JPMChase ▇) | 100,000.00 |
| 41 | 07/30/20 | Wire To MFK Management LLC (JPMChase ▇) | 200,000.00 |
| 42 | 07/31/20 | Wire To MFK Management LLC (JPMChase ▇) | 150,000.00 |
| 43 | 08/03/20 | Wire To MFK Management LLC (JPMChase ▇) | 150,000.00 |
| 44 | 08/04/20 | Wire To MFK Management LLC (JPMChase ▇) | 200,000.00 |

| No. | Payment Date | Description [1] | Amount Paid |
|---|---|---|---|
| 45 | 08/11/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 46 | 08/13/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 47 | 08/14/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 48 | 08/20/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 49 | 08/21/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 50 | 08/27/20 | Wire To MFK Management LLC (JPMChase | 500,000.00 |
| 51 | 08/31/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 52 | 09/01/20 | Wire To MFK Management LLC (JPMChase | 100,000.00 |
| 53 | 09/02/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 54 | 09/03/20 | Wire To MFK Management LLC (JPMChase | 103,550.00 |
| 55 | 09/04/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 56 | 09/08/20 | Wire To MFK Management LLC (JPMChase | 500,000.00 |
| 57 | 09/11/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 58 | 09/14/20 | Wire To MFK Management LLC (JPMChase | 150,000.00 |
| 59 | 09/15/20 | Wire To MFK Management LLC (JPMChase | 600,000.00 |
| 60 | 09/17/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 61 | 09/18/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 62 | 09/21/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 63 | 09/22/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 64 | 09/23/20 | Wire To MFK Management LLC (JPMChase | 250,000.00 |
| 65 | 09/25/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 66 | 09/29/20 | Wire To MFK Management LLC (JPMChase | 207,744.60 |
| 67 | 10/01/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 68 | 10/06/20 | Wire To MFK Management LLC (JPMChase | 342,800.00 |
| 69 | 10/13/20 | Wire To MFK Management LLC (JPMChase | 196,350.00 |
| 70 | 10/14/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 71 | 10/20/20 | Wire To MFK Management LLC (JPMChase | 189,050.00 |
| 72 | 10/21/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 73 | 10/23/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 74 | 10/27/20 | Wire To MFK Management LLC (JPMChase | 208,700.00 |
| 75 | 10/28/20 | Wire To MFK Management LLC (JPMChase | 161,500.00 |
| 76 | 10/29/20 | Wire To MFK Management LLC (JPMChase | 194,400.00 |
| 77 | 10/30/20 | Wire To MFK Management LLC (JPMChase | 242,400.00 |
| 78 | 11/02/20 | Wire To MFK Management LLC (JPMChase | 148,000.00 |
| 79 | 11/03/20 | Wire To MFK Management LLC (JPMChase | 571,232.00 |
| 80 | 11/05/20 | Wire To MFK Management LLC (JPMChase | 300,000.00 |
| 81 | 11/06/20 | Wire To MFK Management LLC (JPMChase | 199,880.00 |
| 82 | 11/10/20 | Wire To MFK Management LLC (JPMChase | 364,200.00 |
| 83 | 11/12/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 84 | 11/13/20 | Wire To MFK Management LLC (JPMChase | 200,000.00 |
| 85 | 11/17/20 | Wire To MFK Management LLC (JPMChase | 620,800.00 |
| 86 | 11/20/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 87 | 11/24/20 | Wire To MFK Management LLC (JPMChase | 282,717.00 |
| 88 | 11/25/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 89 | 11/30/20 | Wire To MFK Management LLC (JPMChase | 800,000.00 |
| 90 | 12/03/20 | Wire To MFK Management LLC (JPMChase | 250,000.00 |
| 91 | 12/07/20 | Wire To MFK Management LLC (JPMChase | 250,000.00 |
| 92 | 12/08/20 | Wire To MFK Management LLC (JPMChase | 500,000.00 |
| 93 | 12/11/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 94 | 12/14/20 | Wire To MFK Management LLC (JPMChase | 400,000.00 |
| 95 | 12/15/20 | Wire To MFK Management LLC (JPMChase | 600,000.00 |
| 96 | 12/16/20 | Wire to MFK Management LLC (Santander Bank | 1.00 |
| 97 | 12/17/20 | Wire to MFK Management LLC (Santander Bank | 200,000.00 |

| No. | Payment Date | Description [1] | Amount Paid |
|---|---|---|---|
| 98 | 12/18/20 | Wire to MFK Management LLC (Santander Bank | 200,000.00 |
| 99 | 12/21/20 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 100 | 12/22/20 | Wire to MFK Management LLC (Santander Bank | 600,000.00 |
| 101 | 12/23/20 | Wire to MFK Management LLC (Santander Bank | 681,154.93 |
| 102 | 12/29/20 | Wire to MFK Management LLC (Santander Bank | 6,950.00 |
| 103 | 01/04/21 | Wire to MFK Management LLC (Santander Bank | 400,000.00 |
| 104 | 01/05/21 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 105 | 01/06/21 | Wire to MFK Management LLC (Santander Bank | 411,259.00 |
| 106 | 01/11/21 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 107 | 01/12/21 | Wire to MFK Management LLC (Santander Bank | 500,000.00 |
| 108 | 01/14/21 | Wire to MFK Management LLC (Santander Bank | 250,000.00 |
| 109 | 01/15/21 | Wire to MFK Management LLC (Santander Bank | 300,000.00 |
| 110 | 01/19/21 | Wire to MFK Management LLC (Santander Bank | 200,000.00 |
| 111 | 01/20/21 | Wire to MFK Management LLC (Santander Bank | 213,841.03 |
| 112 | 01/22/21 | Wire to MFK Management LLC (Santander Bank | 22,734.97 |
| 113 | 01/26/21 | Wire to MFK Management LLC (Santander Bank | 269,939.94 |
| 114 | 01/27/21 | Wire to MFK Management LLC (Santander Bank | 39,571.66 |
| 115 | 02/01/21 | Wire to MFK Management LLC (Santander Bank | 1,022.12 |
| 116 | 02/04/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 578.17 |
| 117 | 02/05/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 1,000,000.00 |
| 118 | 02/09/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 350,000.00 |
| 119 | 02/10/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 120 | 02/12/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 121 | 02/17/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 122 | 02/18/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 313,216.08 |
| 123 | 02/19/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 128,802.27 |
| 124 | 02/22/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 600,000.00 |
| 125 | 02/23/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 126 | 02/24/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 127 | 02/26/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 128 | 03/01/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 600,000.00 |
| 129 | 03/02/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 400,000.00 |
| 130 | 03/03/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 250,000.00 |
| 131 | 03/09/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 600,000.00 |
| 132 | 03/15/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 300,000.00 |
| 133 | 03/17/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 800,000.00 |
| 134 | 03/19/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 700,000.00 |
| 135 | 03/22/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 250,000.00 |
| 136 | 03/26/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 700,000.00 |
| 137 | 03/30/21 | Wire to MFK Management LLC DBA Boulevard 9229 LLC (Metro City Bank | 500,000.00 |
| | | Total | $ 35,146,094.77 |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
[1] GX 710 / Safe Chain Solutions, LLC / / Univest - Unless Otherwise Noted
[2] GX 706 / Boulevard 9229, LLC / / JPMorgan Chase
[3] GX 702 / MFK Management, LLC / JPMorgan Chase

Notes:
MFK Management affiliated with Boulevard 9229 LLC
Worldwide Pharma Sales Group Payments Made on Behalf of Safe Chain Solutions