Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Summary of Payments to Gentek, LLC

| Payments to Gentek | First Payment | Last Payment | Total Paid | # of Payments |
|---|---|---|---|---|
| On or Before 12/31/2020 | 06/18/20 | 12/31/20 | $ 41,371,734 | 64 |
| After 12/31/2020 | 01/01/21 | 01/20/21 | 1,608,938 | 4 |
| | | Total | $ 42,980,672 | 68 |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / [redacted] / Univest

GX 040F.0001