Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to Gentek, LLC

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 06/18/20 | Wire to Gentek LLC (Citizens Bank | $ 239,025.76 |
| 2 | 06/24/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 3 | 07/01/20 | Wire to Gentek LLC (Citizens Bank | 100,000.00 |
| 4 | 07/01/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 5 | 07/02/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 6 | 07/02/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 7 | 07/10/20 | Wire to Gentek LLC (Citizens Bank | 150,000.00 |
| 8 | 07/10/20 | Wire to Gentek LLC (Citizens Bank | 350,000.00 |
| 9 | 07/10/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 10 | 07/15/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 11 | 07/15/20 | Wire to Gentek LLC (Citizens Bank | 350,000.00 |
| 12 | 07/15/20 | Wire to Gentek LLC (Citizens Bank | 400,000.00 |
| 13 | 07/22/20 | Wire to Gentek LLC (Citizens Bank | 1,200,000.00 |
| 14 | 07/24/20 | Wire to Gentek LLC (Citizens Bank | 200,000.00 |
| 15 | 07/28/20 | Wire to Gentek LLC (Citizens Bank | 1,314,584.50 |
| 16 | 08/04/20 | Wire to Gentek LLC (Citizens Bank | 1,250,000.00 |
| 17 | 08/07/20 | Wire to Gentek LLC (Citizens Bank | 300,000.00 |
| 18 | 08/11/20 | Wire to Gentek LLC (Citizens Bank | 1,083,269.14 |
| 19 | 08/14/20 | Wire to Gentek LLC (Citizens Bank | 500,000.00 |
| 20 | 08/18/20 | Wire to Gentek LLC (Citizens Bank | 1,200,000.00 |
| 21 | 08/20/20 | Wire to Gentek LLC (Citizens Bank | 160,327.01 |
| 22 | 08/21/20 | Wire to Gentek LLC (Citizens Bank | 87,530.51 |
| 23 | 08/25/20 | Wire to Gentek LLC (Citizens Bank | 500,000.00 |

| No. | Date | Description | Amount |
|---|---|---|---|
| 24 | 08/27/20 | Wire to Gentek LLC (Citizens Bank | 1,500,000.00 |
| 25 | 08/28/20 | Wire to Gentek LLC (Citizens Bank | 250,000.00 |
| 26 | 09/01/20 | Wire to Gentek LLC (Citizens Bank | 1,000,000.00 |
| 27 | 09/04/20 | Wire to Gentek LLC (Citizens Bank | 500,000.00 |
| 28 | 09/09/20 | Wire to Gentek LLC (Citizens Bank | 1,994,690.40 |
| 29 | 09/18/20 | Wire to Gentek LLC (Citizens Bank | 790,672.00 |
| 30 | 09/22/20 | Wire to Gentek LLC (Citizens Bank | 1,383,378.55 |
| 31 | 09/28/20 | Wire to Gentek LLC (Citizens Bank | 972,698.25 |
| 32 | 09/29/20 | Wire to Gentek LLC (Citizens Bank | 1,331,146.72 |
| 33 | 10/02/20 | Wire to Gentek LLC (Citizens Bank | 918,518.80 |
| 34 | 10/06/20 | Wire to Gentek LLC (TD Bank | 1.00 |
| 35 | 10/08/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 36 | 10/09/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 37 | 10/14/20 | Wire to Gentek LLC (TD Bank | 1,594,201.26 |
| 38 | 10/19/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 39 | 10/20/20 | Wire to Gentek LLC (TD Bank | 811,021.66 |
| 40 | 10/22/20 | Wire to Gentek LLC (TD Bank | 155,295.83 |
| 41 | 10/23/20 | Wire to Gentek LLC (TD Bank | 720,950.50 |
| 42 | 10/27/20 | Wire to Gentek LLC (TD Bank | 1,025,376.82 |
| 43 | 10/30/20 | Wire to Gentek LLC (TD Bank | 832,443.32 |
| 44 | 11/03/20 | Wire to Gentek LLC (TD Bank | 779,356.67 |
| 45 | 11/05/20 | Wire to Gentek LLC (TD Bank | 653,792.73 |
| 46 | 11/06/20 | Wire to Gentek LLC (TD Bank | 301,005.80 |
| 47 | 11/10/20 | Wire to Gentek LLC (TD Bank | 852,200.77 |
| 48 | 11/13/20 | Wire to Gentek LLC (TD Bank | 206,069.56 |
| 49 | 11/17/20 | Wire to Gentek LLC (TD Bank | 868,986.41 |
| 50 | 11/18/20 | Wire to Gentek LLC (TD Bank | 969,725.45 |
| 51 | 11/20/20 | Wire to Gentek LLC (TD Bank | 446,129.06 |
| 52 | 11/24/20 | Wire to Gentek LLC (TD Bank | 1,157,116.27 |
| 53 | 11/30/20 | Wire to Gentek LLC (TD Bank | 800,000.00 |
| 54 | 12/01/20 | Wire to Gentek LLC (TD Bank | 1,109,539.26 |
| 55 | 12/04/20 | Wire to Gentek LLC (TD Bank | 200,000.00 |
| 56 | 12/08/20 | Wire to Gentek LLC (TD Bank | 232,430.16 |

| No. | Date | Description | Amount |
|---|---|---|---:|
| 57 | 12/09/20 | Wire to Gentek LLC (TD Bank | 300,000.00 |
| 58 | 12/11/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 59 | 12/14/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 60 | 12/15/20 | Wire to Gentek LLC (TD Bank | 500,000.00 |
| 61 | 12/17/20 | Wire to Gentek LLC (TD Bank | 400,000.00 |
| 62 | 12/18/20 | Wire to Gentek LLC (TD Bank | 600,000.00 |
| 63 | 12/22/20 | Wire to Gentek LLC (TD Bank | 580,249.38 |
| 64 | 12/29/20 | Wire to Gentek LLC (TD Bank | 800,000.06 |
| 65 | 01/11/21 | Wire to Gentek LLC (TD Bank | 146,386.60 |
| 66 | 01/19/21 | Wire to Gentek LLC (TD Bank | 400,000.00 |
| 67 | 01/20/21 | Wire to Gentek LLC (TD Bank | 362,551.34 |
| 68 | 01/20/21 | Wire to Gentek LLC (TD Bank | 700,000.00 |
| | | **Total** | **$ 42,980,671.55** |

Source:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮▮▮▮ / Univest