Safe Chain Solutions, LLC
Charles Boyd, CEO
Patrick Boyd, Managing Partner

# Payment Detail to (from) Synergy Group Wholesalers, LLC

| No. | Date | Description | Amount |
|---|---|---|---|
| 1 | 03/16/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | $ 647,103.88 |
| 2 | 04/19/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,244,236.40 |
| 3 | 04/23/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,388,312.18 |
| 4 | 04/30/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,154,266.87 |
| 5 | 05/03/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 21,372.27 |
| 6 | 05/05/21 | Wire from Synergy Group Wholesalers LLC (JPMChase | (21,372.27) |
| 7 | 05/24/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 877,561.75 |
| 8 | 06/07/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 1,296,453.86 |
| 9 | 07/07/21 | Wire to Synergy Group Wholesalers LLC (JPMChase | 749,346.98 |
| | | Total | $ 7,357,281.92 |

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC            / Univest
GX 705 / Synergy Group Wholesalers, LLC /           JPMorgan Chase