

Sources:
Government Exhibit / Account Name / Account Number / Financial Institution
GX 710 / Safe Chain Solutions, LLC / ▮▮▮▮▮ / Univest
GX 706 / Boulevard 9229, LLC / ▮▮▮▮▮ / JPMorgan Chase
GX 702 / MFK Management, LLC / ▮▮▮▮▮ / JPMorgan Chase
GX 711 / Mr. Unlimited, LLC / ▮▮▮▮▮ / Wells Fargo
GX295; GX303B / Safe Chain Solutions, LLC Sales Data

GX 040L.0001