## Summary of Calls between Charles Boyd and Peter Khaim (Boulevard 9229)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|
| 1 | Peter Khaim | Charles Boyd | 08/07/20 | 4:49 PM | 18 |
| 2 | Charles Boyd | Peter Khaim | 08/10/20 | 11:39 AM | 4 |
| 3 | Peter Khaim | Charles Boyd | 08/11/20 | 1:38 PM | 4 |
| 4 | Charles Boyd | Peter Khaim | 08/25/20 | 5:26 PM | 7 |
| 5 | Peter Khaim | Charles Boyd | 08/27/20 | 8:48 AM | 3 |
| 6 | Peter Khaim | Charles Boyd | 08/27/20 | 8:51 AM | 1 |
| 7 | Peter Khaim | Charles Boyd | 09/08/20 | 9:33 AM | 1 |
| 8 | Charles Boyd | Peter Khaim | 09/08/20 | 1:56 PM | 2 |
| 9 | Charles Boyd | Peter Khaim | 09/08/20 | 3:03 PM | 2 |
| 10 | Charles Boyd | Peter Khaim | 09/10/20 | 2:03 PM | 4 |
| 11 | Charles Boyd | Peter Khaim | 09/11/20 | 11:20 AM | 4 |
| 12 | Peter Khaim | Charles Boyd | 09/14/20 | 2:04 PM | 5 |
| 13 | Charles Boyd | Peter Khaim | 09/14/20 | 3:02 PM | 1 |
| 14 | Charles Boyd | Peter Khaim | 10/02/20 | 3:57 PM | 5 |
| 15 | Charles Boyd | Peter Khaim | 10/08/20 | 3:51 PM | 1 |
| 16 | Peter Khaim | Charles Boyd | 10/08/20 | 3:52 PM | 5 |
| 17 | Charles Boyd | Peter Khaim | 10/22/20 | 4:09 PM | 7 |
| 18 | Charles Boyd | Peter Khaim | 02/17/21 | 1:24 PM | 1 |
| 19 | Charles Boyd | Peter Khaim | 03/02/21 | 10:42 AM | 1 |
| 20 | Charles Boyd | Peter Khaim | 03/02/21 | 10:42 AM | 7 |
| 21 | Charles Boyd | Peter Khaim | 03/30/21 | 8:40 AM | 17 |

**Total # Calls**: 21 calls
**Total Duration**: 100 minutes

Color Key:
| |
|---|
| Incoming Calls to Charles Boyd |
| Outgoing Calls from Charles Boyd |

Source:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd:  )

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.
Per Verizon, the time zone for Wi-Fi calls cannot be confirmed. The call on 10/02/20 (No. 14 above) is a Wi-Fi call.

GX 041A.0001