## Summary of Calls between Charles Boyd and Adam Brosius Potentially Including Peter Khaim (Boulevard 9229)

| No. | Call From | | Call To | | Date | Time (ET) | Duration (Min.) |
|---|---|---|---|---|---|---|---|
| 1 | Charles Boyd | | Adam Brosius | | 09/30/20 | 11:26 AM | 6 |
| 2 | Adam Brosius | | Charles Boyd | | 09/30/20 | 11:32 AM | 12 |
| 3 | Charles Boyd | | Adam Brosius | | 09/30/20 | 11:44 AM | 14 |
| 4 | Adam Brosius | | Charles Boyd | | 10/06/20 | 5:25 PM | 12 |

**Total # Calls**     **4 calls**
**Total Duration**     **44 minutes**

Color Key:

| Incoming Calls to Charles Boyd |
|---|
| Outgoing Calls from Charles Boyd |

Sources:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: ⬛⬛⬛⬛⬛ )
GX 535 (10/6/2020 5:24 PM text from Brosius to Charles Boyd. Brosius states, "I have Peter on the phone. Can you pick up??")
GX 534 (9/30/2020 group text with Brosius, Charles Boyd, and Peter Khaim beginning at 8:11 AM. Brosius states, "Gm Peter. Charlie and I will give you a ring this morning… Peter. Are you free at 11:15?" Peter replies, "Yes sure np")

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.