# Summary of Calls between Charles Boyd and Edel Reyes (Gentek)

| No. | Call From | Call To | Date | Time (ET) | Duration (Min.) |
|-----|-----------|---------|------|-----------|-----------------|
| 1 | Edel Reyes | Charles Boyd | 06/11/20 | 3:18 PM | 17 |
| 2 | Charles Boyd | Edel Reyes | 06/12/20 | 5:10 PM | 2 |
| 3 | Charles Boyd | Edel Reyes | 06/23/20 | 4:23 PM | 4 |
| 4 | Charles Boyd | Edel Reyes | 06/30/20 | 4:53 PM | 2 |
| 5 | Charles Boyd | Edel Reyes | 07/09/20 | 11:19 AM | 1 |
| 6 | Charles Boyd | Edel Reyes | 07/09/20 | 4:31 PM | 2 |
| 7 | Charles Boyd | Edel Reyes | 07/20/20 | 5:40 PM | 1 |
| 8 | Charles Boyd | Edel Reyes | 07/24/20 | 1:50 PM | 1 |
| 9 | Edel Reyes | Charles Boyd | 07/24/20 | 2:11 PM | 13 |
| 10 | Charles Boyd | Edel Reyes | 07/27/20 | 1:40 PM | 1 |
| 11 | Edel Reyes | Charles Boyd | 07/28/20 | 11:13 AM | 5 |
| 12 | Charles Boyd | Edel Reyes | 08/10/20 | 4:45 PM | 1 |
| 13 | Charles Boyd | Edel Reyes | 08/18/20 | 12:06 PM | 1 |
| 14 | Charles Boyd | Edel Reyes | 08/24/20 | 3:21 PM | 8 |
| 15 | Charles Boyd | Edel Reyes | 08/26/20 | 3:06 PM | 2 |
| 16 | Charles Boyd | Edel Reyes | 09/08/20 | 1:56 PM | 1 |

**Total # Calls**   **16 calls**
**Total Duration**   **62 minutes**

Color Key:

| |
|---|
| Incoming Calls to Charles Boyd |
| Outgoing Calls from Charles Boyd |

Source:
GX 641 (24-cr-20255-WPD-90 Verizon Detail for Charles Boyd: ███████ )

Notes:
Only connected calls shown from the billing statements. Attempted calls not available per Verizon's retention policy.
Unless a Wi-Fi call, the time zone of the Verizon call transactions are local to the city/state found in the origination column. The calls summarized above originated in the Eastern Time zone.