



GOVERNMENT
EXHIBIT
**41E**
1:24-cr-20255-WPD

Verizon Security Assistance Team (VSAT)
180 Washington Valley Road | Bedminster, NJ 07921
Phone: 800-451-5242 | Fax: 888-667-0026, 888-667-0028

# Toll Explanation
## (Call Records from Billing Statements)

| Date & Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long/Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|
| This column shows the date and time the call began.  The time of the call is rounded DOWN to the nearest full minute.  The time zone of the call transaction should be local to the city/state found in the origination column.  The time zone for Wi-Fi calls cannot be confirmed. | Telephone Number dialed by Customer OR Telephone Number that dialed Customer  "Unavailable" will be shown when the calling party number is not able to be identified. | This column identifies what rate will be applied from the line's calling plan. | This column distinguishes what type of usage will be applied from the line's calling plan. | This column identifies the geographical area for which the line is being charged when placing or receiving a call.**  If "Wi-Fi" is listed, the call was made over a Wi-Fi network. | On outbound calls, this column will show the home area of the telephone number being called. **  VMDeposit indicates an outbound call where the target phone number has reached the voicemail of the phone number reflected in the Number column.  Incoming, CL indicates an incoming call from the telephone number shown in the Number column. | This is the duration of the call in minutes. This number is rounded UP to the next full minute. | If applicable: Charges associated with roaming will be reflected here. | If applicable: Long distance or other associated charges will be reflected here. | If applicable: This column will reflect the cumulative charges associated on the call reflected in the Airtime Charges and Long Distance/ Other charges columns. |

Note: Only "billable" connected calls are reflected. These records do not include calls to 911, 611, unanswered incoming calls, or any calls deemed "not billable".

**The information listed in the Origination and Destination columns is compiled for billing and pricing purposes and does not contain any definitive statement of the user's location at the time when the communication was made.

Proprietary & Confidential Statement: This document and the information disclosed within, including the document structure and contents, are confidential and the proprietary property of Verizon and are protected by patent, copyright and other proprietary rights. Any disclosure to a third party in whole or in part in any manner is expressly prohibited without the prior written permission of Verizon.

GX 41E.0001