SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019214</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| PREZCOBIX TAB 30CT, |

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

Reference Number: __01I41045__
Document Type: __Invoice__
Reference Date: __01/13/21__

## (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/08/21    PO#01211411 | Date Received & Ref :  01/08/21    RC#016362 |
| SOLD TO: | SHIPPED TO: |
| Name:    HEALTHMAX PHARMACY | Name:    HEALTHMAX PHARMACY |
| Address: 80-07 JAMAICA AVENUE | Address: 80-07 JAMAICA AVENUE |
| WOODHAVEN NY 11421 | WOODHAVEN NY 11421 |
| Date Purchased & Ref :  01/13/21    01S37353001 | Date Received & Ref :  01/13/21    01S37353001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.



GOVERNMENT
EXHIBIT

**86**

1:24-cr-20255-WPD

Page: 1        of  1        pages.

SCSRELATIVITY_0001321911

GX 086.0001

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015761</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)** |

NDC: 49702-0231-13

Reference Number: <u>01132561</u>
Document Type: <u>Invoice</u>
Reference Date: <u>09/08/20</u>

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KD2R | 1 | |
| X46V | 1 | |
| V59A | 1 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>**Date Purchased & Ref :** | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>**Date Received & Ref :** |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Purchased & Ref :** 09/02/20    PO#01209608 | **Name:** SAFE CHAIN SOLUTIONS<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Received & Ref :** 09/08/20    RC#014052 |
| **Name:** OLYMPIA PLAZA PHARMACY INC<br>**Address:** 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES CA 90036<br>**Date Purchased & Ref :** 09/08/20    01S29942002 | **Name:** OLYMPIA PLAZA PHARMACY INC<br>**Address:** 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES CA 90036<br>**Date Received & Ref :** 09/08/20    01S29942002 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001322102

GX 086.0002

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015761</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13) |

NDC: 49702-0231-13

Reference Number: **01132561**
Document Type: **Invoice**
Reference Date: **09/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WE7K | 1 | |
| SE9Y | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   09/02/20        PO#01209608 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/08/20        RC#014052 |
| SOLD TO:<br>Name:     OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES  CA 90036<br>Date Purchased & Ref :   09/08/20        01S29942002 | SHIPPED TO:<br>Name:     OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES CA 90036<br>Date Received & Ref :  09/08/20        01S29942002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001322102

GX 086.0003

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015761</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: <u>01132561</u>
Document Type: <u>Invoice</u>
Reference Date: <u>09/08/20</u>

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| PL3D | 2 | |
| VW6H | 1 | |
| PG9F | 2 | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 09/02/20 PO#01209608 | Date Received & Ref : 09/08/20 RC#014052 |
| SOLD TO: | SHIPPED TO: |
| Name: **OLYMPIA PLAZA PHARMACY INC** | Name: **OLYMPIA PLAZA PHARMACY INC** |
| Address: 5901 W OLYMPIC BLVD STE 103 | Address: 5901 W OLYMPIC BLVD STE 103 |
| LOS ANGELES CA 90036 | LOS ANGELES CA 90036 |
| Date Purchased & Ref : 09/08/20 01S29942002 | Date Received & Ref : 09/08/20 01S29942002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 3 pages.

SCSRELATIVITY_0001322345

GX 086.0004

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015761</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: __01132561__
Document Type: __Invoice__
Reference Date: __09/08/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KD2R | 1 | |
| X46V | 1 | |
| V59A | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/02/20    PO#01209608 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/08/20    RC#014052 |
| SOLD TO:<br>Name:    OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES  CA 90036<br>Date Purchased & Ref :  09/08/20    01S29942002 | SHIPPED TO:<br>Name:    OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES CA 90036<br>Date Received & Ref :  09/08/20    01S29942002 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3        pages.

SCSRELATIVITY_0001322345

GX 086.0005

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015761</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01132561 |
| Document Type: | Invoice |
| Reference Date: | 09/08/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WE7K | 1 | |
| SE9Y | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **09/02/20**     **PO#01209608** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **09/08/20**     **RC#014052** |
| SOLD TO:<br>Name:   **OLYMPIA PLAZA PHARMACY INC**<br>Address: **5901 W OLYMPIC BLVD STE 103**<br>         **LOS ANGELES  CA 90036**<br>Date Purchased & Ref :   **09/08/20**     **01S29942002** | SHIPPED TO:<br>Name:   **OLYMPIA PLAZA PHARMACY INC**<br>Address: **5901 W OLYMPIC BLVD STE 103**<br>         **LOS ANGELES CA 90036**<br>Date Received & Ref :  **09/08/20**     **01S29942002** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001322345

GX 086.0006

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015807</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01132699 |
| Document Type: | Invoice |
| Reference Date: | 09/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG062 | 3 | |
| 20GG131 | 2 | |
| 20AG853X | 1 | |

## (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/09/20        PO#01209667 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/09/20        RC#014087 |
| SOLD TO:<br>Name:    OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES  CA 90036<br>Date Purchased & Ref :  09/10/20        01S29942004 | SHIPPED TO:<br>Name:    OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES CA 90036<br>Date Received & Ref :  09/10/20        01S29942004 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001322345

GX 086.0007

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015807</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01132699 |
| --- | --- |
| Document Type: | Invoice |
| Reference Date: | 09/10/20 |

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| 19MG726 | 9 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:    JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/09/20      PO#01209667 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  09/09/20      RC#014087 |
| SOLD TO:<br>Name:    OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>         LOS ANGELES  CA 90036<br>Date Purchased & Ref :  09/10/20      01S29942004 | SHIPPED TO:<br>Name:    OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>         LOS ANGELES CA 90036<br>Date Received & Ref :  09/10/20      01S29942004 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001322345

GX 086.0008

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000015807

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01132699 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 09/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 9 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:     JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   09/09/20      PO#01209667 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   09/09/20      RC#014087 |
| SOLD TO:<br>Name:     OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES  CA 90036<br>Date Purchased & Ref :   09/10/20      01S29942004 | SHIPPED TO:<br>Name:     OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>        LOS ANGELES CA 90036<br>Date Received & Ref :   09/10/20      01S29942004 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001323472

GX 086.0009

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021825</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

| Reference Number: | 01145885 |
| Document Type: | Invoice |
| Reference Date: | 03/30/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| MW5J | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21        PO#01212452 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21       RC#017833 |
| SOLD TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/30/21        01S41571002 | SHIPPED TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Received & Ref :  03/30/21       01S41571002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001335865

GX 086.0010

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020375</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **VENTOLIN INHALER 90 MCG, 90 ug/1, AEROSOL, METERED, 1 INHALER in 1 CARTON (0173-0682-20)  > 200 AEROSOL, ME** |

NDC: **S00173-0682-20**

Reference Number: __01l45885__
Document Type: __Invoice__
Reference Date: __03/30/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **Y63P** | **1** | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **GLAXO SMITH KLINE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/11/21**     **PO#01211907** | Date Received & Ref :  **02/11/21**     **RC#017065** |
| SOLD TO: | SHIPPED TO: |
| Name:     **MODERN PHARMACY LLC** | Name:     **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref :  **03/30/21**     **01S41571002** | Date Received & Ref :  **03/30/21**     **01S41571002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1          pages.

SCSRELATIVITY_0001335865

GX 086.0011

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020568</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| VENTOLIN INHALER 90 MCG, 90 ug/1, AEROSOL, METERED, 1 INHALER in 1 CARTON (0173-0682-20)  > 200 AEROSOL, MI |

NDC: S00173-0682-20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| Y63P | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01145885 |
| Document Type: | Invoice |
| Reference Date: | 03/30/21 |

## (TH) Transaction History

**Manufacturer's Name:**    GLAXO SMITH KLINE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|            REGO PARK NY 11374 |            REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|            CAMBRIDGE MD 21613 |            CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/17/21        PO#01211985 | Date Received & Ref :  02/17/21        RC#017151 |
| SOLD TO: | SHIPPED TO: |
| Name:    MODERN PHARMACY LLC | Name:    MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
|            MIAMI BEACH  FL 33139 |            MIAMI BEACH FL 33139 |
| Date Purchased & Ref :   03/30/21        01S41571002 | Date Received & Ref :  03/30/21        01S41571002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335865

GX 086.0012

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021830</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

Reference Number: __01145768__
Document Type: __Invoice__
Reference Date: __03/29/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| JFL6V00A   | 2        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21      PO#01212452 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/25/21      RC#017833 |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/29/21      01S41498001 | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :   03/29/21      01S41498001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001335868

GX 086.0013

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021416</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ROZEREM-TAB-8MG-30CT,**

NDC: **64764-0805-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| P27772 | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01I45768 |
| Document Type: | Invoice |
| Reference Date: | 03/29/21 |

## (TH) Transaction History

Manufacturer's Name:   **TAKEDA PHARMACEUTICALS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/11/21      PO#01212260 | Date Received & Ref :   03/11/21      RC#017594 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MODERN PHARMACY LLC** | Name:   **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :   03/29/21      01S41498001 | Date Received & Ref :   03/29/21      01S41498001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001335868

GX 086.0014

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021837</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01145768**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RV5B | 1 | |
| XC8B | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/25/21   PO#01212452 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 03/26/21   RC#017834 |
| SOLD TO:<br>Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH  FL 33139<br>Date Purchased & Ref : 03/29/21   01S41498001 | SHIPPED TO:<br>Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref : 03/29/21   01S41498001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001335868

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3** | | |

NDC: 59676-0575-30

| Reference Number: | **01145330** |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | **03/22/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG390 | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/27/21    PO#01211698 | Date Received & Ref : 01/28/21    RC#016763 |
| SOLD TO: | SHIPPED TO: |
| Name: MODERN PHARMACY LLC | Name: MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref : 03/22/21    01S41115001 | Date Received & Ref : 03/22/21    01S41115001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001335870

GX 086.0016

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021613</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**VASCEPA 1GM CAP 120CT,**

NDC: **52937-0001-20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8M03950 | 3 | |
| | | |
| | | |

Reference Number: **01l45330**
Document Type: **Invoice**
Reference Date: **03/22/21**

## (TH) Transaction History

Manufacturer's Name:  **AMARIN PHARMA**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/18/21    PO#01212348 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/18/21    RC#017703 |
| SOLD TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>    MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  03/22/21    01S41115001 | SHIPPED TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>    MIAMI BEACH  FL 33139<br>Date Received & Ref :  03/22/21    01S41115001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335870

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020379</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **AMITIZA-CAP-24MCP-60CT,** |

NDC: **64764-0240-60**

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| 3263568-61 | 1 | |
| | | |
| | | |

Reference Number: **01I44270**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:   **TAKEDA PHARMACEUTICALS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>           **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>           **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>           **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**      **PO#01211916** | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>           **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**      **RC#017067** |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>           **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **03/05/21**      **01S40217001** | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>           **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **03/05/21**      **01S40217001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335872

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG332 | 1 | |
| | | |
| | | |

Reference Number: **01144270**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| **SOLD TO:**<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/05/21      01S40217001 | **SHIPPED TO:**<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  03/05/21      01S40217001 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335872

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021020</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: **01144003**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20LG416    | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21    RC#017381 |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/02/21    01S39944001 | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  03/02/21    01S39944001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335873

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| | | | Reference Number: | **01143014** |
|---|---|---|---|---|
| | | | Document Type: | **Invoice** |
| | | | Reference Date: | **02/15/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 2 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**    VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/11/21      PO#01211914** | Date Received & Ref :  **02/12/21      RC#017078** |
| SOLD TO: | SHIPPED TO: |
| Name:    **MODERN PHARMACY LLC** | Name:    **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref :   **02/15/21      01S39158001** | Date Received & Ref :  **02/15/21      01S39158001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335882

GX 086.0021

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020446</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0566-30

Reference Number: **01142989**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/11/21      PO#01211914** | Date Received & Ref :  **02/12/21      RC#017078** |
| SOLD TO: | SHIPPED TO: |
| Name:     **MODERN PHARMACY LLC** | Name:     **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref :  **02/12/21      01S38999002** | Date Received & Ref :  **02/12/21      01S38999002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001335884

GX 086.0022

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01I42989 |
| Document Type: | Invoice |
| Reference Date: | 02/12/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3W | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:      BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:      BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21          PO#01211914 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21          RC#017078 |
| Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  02/12/21          01S38999002 | Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH  FL 33139<br>Date Received & Ref :  02/12/21          01S38999002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001335884

GX 086.0023

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020450</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | | | | |

NDC: 49702-0228-13

| | | | Reference Number: | 01142949 |
| | | | Document Type: | Invoice |
| | | | Reference Date: | 02/12/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 2 | |
| AP7Y | 2 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21        PO#01211914 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21        RC#017078 |
| SOLD TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  02/12/21        01S38227002 | SHIPPED TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  02/12/21        01S38227002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335892

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GG117 | 1 | |
| | | |
| | | |

Reference Number: 01142047
Document Type: Invoice
Reference Date: 01/28/21

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21        PO#01211610 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21        RC#016624 |
| Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   01/28/21        01S38227001 | Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  01/28/21        01S38227001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335893

GX 086.0025

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019687</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**COMBIVENT RESPIMAT 20/100M-120PUFF , 20; 100 ug/1; ug/1, SPRAY, METERED, 1 CARTRIDGE in 1 CARTON (0597-0024**

NDC: **00597-0024-02**

Reference Number: **01142047**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 905594C | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **BOEHRINGER INGELHEIM**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/22/21**   PO#01211634 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/25/21**   RC#016680 |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>   **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **01/28/21**   01S38227001 | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>   **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **01/28/21**   01S38227001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001335893

GX 086.0026

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019084</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**COMBIVENT RESPIMAT 20/100M-120PUFF , 20; 100 ug/1; ug/1, SPRAY, METERED, 1 CARTRIDGE in 1 CARTON (0597-0024**

NDC: 00597-0024-02

Reference Number: **01142047**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 001230C | 1 | |
| 001962A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **BOEHRINGER INGELHEIM**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **01/07/21** PO#01211363 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **01/07/21** RC#016301 |
| SOLD TO:<br>Name: **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>**MIAMI BEACH FL 33139**<br>Date Purchased & Ref : **01/28/21** 01S38227001 | SHIPPED TO:<br>Name: **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>**MIAMI BEACH FL 33139**<br>Date Received & Ref : **01/28/21** 01S38227001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001335893

GX 086.0027

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019716</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: PREZCOBIX TAB 30CT, | | | |
|---|---|---|---|
| NDC: 59676-0575-30 | | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

Reference Number: **01I41844**
Document Type: **Invoice**
Reference Date: **01/26/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/25/21      PO#01211652 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/25/21      RC#016683 |
| SOLD TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/26/21      01S38070001 | SHIPPED TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  01/26/21      01S38070001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335894

GX 086.0028

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019601</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01l41844 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 3 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:   JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016618 |
| SOLD TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>     MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/26/21      01S38070001 | SHIPPED TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>     MIAMI BEACH  FL 33139<br>Date Received & Ref :  01/26/21      01S38070001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001335894

GX 086.0029

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019881</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 1 | |
| | | |
| | | |

Reference Number: **01142036**
Document Type: **Invoice**
Reference Date: **01/28/21**

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/27/21   PO#01211698 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/28/21   RC#016747 |
| SOLD TO:<br>Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Purchased & Ref : 01/28/21   01S37896002 | SHIPPED TO:<br>Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref : 01/28/21   01S37896002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001335897

GX 086.0030

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020679</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: __01l43554__
Document Type: __Invoice__
Reference Date: __02/23/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| A65T | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**       **PO#01212034** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**     **RC#017225** |
| Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>       **MIAMI BEACH FL 33139**<br>Date Purchased & Ref :   **02/23/21**       **01S37411006** | Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>       **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **02/23/21**     **01S37411006** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335899

GX 086.0031

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020651</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: **49702-0246-13**

| Reference Number: | 01I43462 |
| Document Type: | Invoice |
| Reference Date: | 02/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8L4J | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**      **PO#01212034** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/22/21**      **RC#017222** |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>          **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :  **02/22/21**      **01S37411005** | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>          **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **02/22/21**      **01S37411005** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001335900

GX 086.0032

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01142084 |
| Document Type: | Invoice |
| Reference Date: | 01/28/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y6Y | 1 | |
| RA5C | 1 | |
| XB9B | 1 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21     PO#01211698 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21     RC#016763 |
| Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/28/21     01S37411003 | Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  01/28/21     01S37411003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001335902

GX 086.0033

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019623</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 2 | |
| | | |
| | | |

Reference Number: **01141599**
Document Type: **Invoice**
Reference Date: **01/21/21**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/21/21**       PO#01211610 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/21/21**       RC#016624 |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>            **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **01/21/21**        01S37411002 | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>            **MIAMI BEACH  FL 33139**<br>Date Received & Ref :  **01/21/21**       01S37411002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001335903

GX 086.0034

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG269 | 1 | |
| | | |
| | | |

Reference Number: **01I41109**
Document Type: **Invoice**
Reference Date: **01/14/21**

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/14/21      01S37411001 | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Received & Ref :  01/14/21      01S37411001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001335904

GX 086.0035

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020651</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| TP5Y | 1 | |
| | | |
| | | |

Reference Number: 01I43460
Document Type: **Invoice**
Reference Date: 02/22/21

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/22/21        PO#01212034 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :   02/22/21        RC#017222 |
| Name:     MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>           MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   02/22/21        01S37230001 | Name:     MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>           MIAMI BEACH  FL 33139<br>Date Received & Ref :   02/22/21        01S37230001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001335906

GX 086.0036

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019607</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01141628
Document Type: **Invoice**
Reference Date: 01/21/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 682H | 1 | |
| Y22X | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21        PO#01211610 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21        RC#016622 |
| Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   01/21/21        01S37137003 | Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  01/21/21        01S37137003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001335907

GX 086.0037

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020680

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01I43925**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**      **PO#01212034** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21      RC#017225** |
| SOLD TO:<br>Name:   **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: **46325 W 12 MILE ROAD #150**<br>       **NOVI MI 48377**<br>Date Purchased & Ref :  **03/01/21      01S39916001** | SHIPPED TO:<br>Name:   **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: **46325 W 12 MILE RD #150**<br>       **NOVI MI 48377**<br>Date Received & Ref :  **03/01/21      01S39916001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

GX 086.0038

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013742</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19NG777 | 1 | |
| | | |
| | | |

Reference Number: 01130794
Document Type: Invoice
Reference Date: 08/11/20

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/15/20      PO#01208419 | Date Received & Ref :  06/29/20      RC#012729 |
| SOLD TO: | SHIPPED TO: |
| Name:   PUCCI'S PHARMACY | Name:   PUCCI'S PHARMACY |
| Address: 2821 J ST | Address: 2821 J ST |
| SACRAMENTO CA 95816 | SACRAMENTO CA 95816 |
| Date Purchased & Ref :  08/11/20      01S28778001 | Date Received & Ref :  08/11/20      01S28778001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001338167

GX 086.0039

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013742</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

Reference Number: __01130794__
Document Type: **Invoice**
Reference Date: __08/11/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19NG777 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/15/20     PO#01208419 | Date Received & Ref :  06/29/20     RC#012729 |
| SOLD TO: | SHIPPED TO: |
| Name:    **PUCCI'S PHARMACY** | Name:    **PUCCI'S PHARMACY** |
| Address: 2821 J ST | Address: 2821 J ST |
|          SACRAMENTO CA 95816 |          SACRAMENTO CA 95816 |
| Date Purchased & Ref :  08/11/20     01S28778001 | Date Received & Ref :  08/11/20     01S28778001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001338309

GX 086.0040

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013742</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0562-01

Reference Number: 01130794
Document Type: Invoice
Reference Date: 08/11/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19NG777 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/15/20      PO#01208419 | Date Received & Ref :  06/29/20      RC#012729 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   PUCCI'S PHARMACY | Name:   PUCCI'S PHARMACY |
| Address: 2821 J ST | Address: 2821 J ST |
| SACRAMENTO CA 95816 | SACRAMENTO CA 95816 |
| Date Purchased & Ref :  08/11/20      01S28778001 | Date Received & Ref :  08/11/20      01S28778001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001338346

GX 086.0041

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018002</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01139141 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 2 | |
| 20HG207 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/01/20      PO#01210838 | Date Received & Ref :  12/02/20      RC#015588 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    KJRX | Name:    KJRX |
| Address: 1912 LIBERTY ROAD #21 | Address: 1912 LIBERTY ROAD #21 |
|          SYKESVILLE MD 21784 |          SYKESVILLE MD 21784 |
| Date Purchased & Ref :  12/10/20      01S35715001 | Date Received & Ref :  12/10/20      01S35715001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001339521

GX 086.0042

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018278</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **7N9J** | **1** | |
| **V79D** | **5** | |
| | | |

Reference Number: **01139141**
Document Type: **Invoice**
Reference Date: **12/10/20**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/07/20     PO#01210948** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/09/20     RC#015740** |
| Name:    **KJRX**<br>Address: **1912 LIBERTY ROAD #21**<br>     **SYKESVILLE MD 21784**<br>Date Purchased & Ref :   **12/10/20     01S35715001** | Name:    **KJRX**<br>Address: **1912 LIBERTY ROAD #21**<br>     **SYKESVILLE MD 21784**<br>Date Received & Ref :  **12/10/20     01S35715001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001339521

GX 086.0043

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018791</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01140475 |
| Document Type: | Invoice |
| Reference Date: | 01/05/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 7N9J | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20        PO#01211221 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20        RC#016109 |
| SOLD TO:<br>Name:    KJRX<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Purchased & Ref :  01/05/21        01S36524001 | SHIPPED TO:<br>Name:    KJRX<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Received & Ref :  01/05/21        01S36524001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339754

GX 086.0044

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019623</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01141643**
Document Type: **Invoice**
Reference Date: **01/21/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2T4G | 6 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21    PO#01211610 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21    RC#016624 |
| SOLD TO:<br>Name:  KJRX<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Purchased & Ref :  01/21/21    01S37593001 | SHIPPED TO:<br>Name:  KJRX<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Received & Ref :  01/21/21    01S37593001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339756

GX 086.0045

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01142129**
Document Type: **Invoice**
Reference Date: **01/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 5 | |
| BV3W | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Received & Ref : |
| SOLD TO: <br> Name:     **SAFE CHAIN SOLUTIONS, LLC** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Purchased & Ref :  **01/27/21**      PO#01211698 | SHIPPED TO: <br> Name:     **SAFE CHAIN SOLUTIONS** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Received & Ref :  **01/28/21**      RC#016763 |
| SOLD TO: <br> Name:     **KJRX** <br> Address: **1912 LIBERTY ROAD #21** <br> **SYKESVILLE MD 21784** <br> Date Purchased & Ref :   **01/29/21**      01S38267001 | SHIPPED TO: <br> Name:     **KJRX** <br> Address: **1912 LIBERTY ROAD #21** <br> **SYKESVILLE MD 21784** <br> Date Received & Ref :  **01/29/21**      01S38267001 |
| SOLD TO: <br> Name: <br> Address: <br><br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br><br> Date Received & Ref : |
| SOLD TO: <br> Name: <br> Address: <br><br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br><br> Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001339760

GX 086.0046

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01143444**
Document Type: **Invoice**
Reference Date: **02/22/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7L4D | 1 | |
| EK5N | 1 | |
| VW6H | 3 | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017222 |
| SOLD TO:<br>Name:   **KJRX**<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Purchased & Ref :  02/22/21        01S39186001 | SHIPPED TO:<br>Name:   **KJRX**<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Received & Ref :  02/22/21      01S39186001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001339762

GX 086.0047

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01143444 |
| Document Type: | Invoice |
| Reference Date: | 02/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WE7K | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017222 |
| SOLD TO:<br>Name:    KJRX<br>Address: 1912 LIBERTY ROAD #21<br>         SYKESVILLE MD 21784<br>Date Purchased & Ref :  02/22/21      01S39186001 | SHIPPED TO:<br>Name:    KJRX<br>Address: 1912 LIBERTY ROAD #21<br>         SYKESVILLE MD 21784<br>Date Received & Ref :  02/22/21      01S39186001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of 2        pages.

SCSRELATIVITY_0001339762

GX 086.0048

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021011</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** |

RILPIVIRINE HCL

NDC: 59676-0278-01

Reference Number: 01I44033
Document Type: Invoice
Reference Date: 03/02/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JGL8A01 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS

Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/01/21    PO#01212108 | Date Received & Ref :   03/01/21    RC#017381 |
| SOLD TO: | SHIPPED TO: |
| Name:   **KJRX** | Name:   **KJRX** |
| Address: 1912 LIBERTY ROAD #21 | Address: 1912 LIBERTY ROAD #21 |
|    SYKESVILLE MD 21784 |    SYKESVILLE MD 21784 |
| Date Purchased & Ref :   03/02/21    01S39967001 | Date Received & Ref :   03/02/21    01S39967001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001339764

GX 086.0049

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021026</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG106 | 1 | |
| 20GG117 | 2 | |
| | | |

Reference Number: **01144033**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/01/21**   PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/01/21**   RC#017385 |
| Name:   **KJRX**<br>Address: **1912 LIBERTY ROAD #21**<br>**SYKESVILLE MD 21784**<br>Date Purchased & Ref :   **03/02/21**   01S39967001 | Name:   **KJRX**<br>Address: **1912 LIBERTY ROAD #21**<br>**SYKESVILLE MD 21784**<br>Date Received & Ref :   **03/02/21**   01S39967001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001339764

GX 086.0050

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021020</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 2 | |
| | | |
| | | |

Reference Number: __01l44033__
Document Type: __Invoice__
Reference Date: __03/02/21__

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21       PO#01212108 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21       RC#017381 |
| Name:    **KJRX**<br>Address: 1912 LIBERTY ROAD #21<br>       SYKESVILLE MD 21784<br>Date Purchased & Ref :   03/02/21       01S39967001 | Name:    **KJRX**<br>Address: 1912 LIBERTY ROAD #21<br>       SYKESVILLE MD 21784<br>Date Received & Ref :   03/02/21       01S39967001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001339764

GX 086.0051

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021029</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01144033 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| 20EG062 | 2 | |
| 20GG131 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017387 |
| Name:     KJRX<br>Address: 1912 LIBERTY ROAD #21<br>          SYKESVILLE MD 21784<br>Date Purchased & Ref :   03/02/21      01S39967001 | Name:     KJRX<br>Address: 1912 LIBERTY ROAD #21<br>          SYKESVILLE MD 21784<br>Date Received & Ref :   03/02/21      01S39967001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1          pages.

SCSRELATIVITY_0001339764

GX 086.0052

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

Reference Number: __01144033__
Document Type: __Invoice__
Reference Date: __03/02/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JP7D | 1 | |
| W24V | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref : 03/02/21      RC#017389 |
| SOLD TO:<br>Name:   KJRX<br>Address: 1912 LIBERTY ROAD #21<br>         SYKESVILLE MD 21784<br>Date Purchased & Ref :  03/02/21      01S39967001 | SHIPPED TO:<br>Name:   KJRX<br>Address: 1912 LIBERTY ROAD #21<br>         SYKESVILLE MD 21784<br>Date Received & Ref : 03/02/21      01S39967001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339764

GX 086.0053

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018002</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 2 | |
| 20HG207 | 1 | |
| | | |

Reference Number: 01139141
Document Type: Invoice
Reference Date: 12/10/20

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20        PO#01210838 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20        RC#015588 |
| SOLD TO:<br>Name:   KJRX<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Purchased & Ref :  12/10/20        01S35715001 | SHIPPED TO:<br>Name:   KJRX<br>Address: 1912 LIBERTY ROAD #21<br>        SYKESVILLE MD 21784<br>Date Received & Ref :  12/10/20        01S35715001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339765

GX 086.0054

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018278</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01139141 |
| Document Type: | Invoice |
| Reference Date: | 12/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 1 | |
| V79D | 5 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:      BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:      BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20      PO#01210948 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20      RC#015740 |
| SOLD TO:<br>Name:    KJRX<br>Address: 1912 LIBERTY ROAD #21<br>           SYKESVILLE MD 21784<br>Date Purchased & Ref :  12/10/20      01S35715001 | SHIPPED TO:<br>Name:    KJRX<br>Address: 1912 LIBERTY ROAD #21<br>           SYKESVILLE MD 21784<br>Date Received & Ref :  12/10/20      01S35715001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339765

GX 086.0055

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| | | |
| | | |

Reference Number: **01144538**
Document Type: **Invoice**
Reference Date: **03/09/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21        PO#01212210 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/09/21        RC#017542 |
| Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :   03/09/21        01S40445001 | Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :   03/09/21        01S40445001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339816

GX 086.0056

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021301</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0566-30

Reference Number: **01144450**
Document Type: **Invoice**
Reference Date: **03/08/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20MG452 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**     JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21        PO#01212210 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21        RC#017537 |
| SOLD TO:<br>Name:   MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>       LAUREL MD 20707<br>Date Purchased & Ref :   03/08/21        01S40371001 | SHIPPED TO:<br>Name:   MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>       LAUREL MD 20707<br>Date Received & Ref :   03/08/21        01S40371001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339817

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: __01144450__
Document Type: __Invoice__
Reference Date: __03/08/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG322 | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :   03/08/21      01S40371001 | Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  03/08/21      01S40371001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001339817

GX 086.0058

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

| Reference Number: | 01144450 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/08/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7J4V | 1 | |
| CN8D | 1 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/08/21   PO#01212210 | Date Received & Ref : 03/08/21   RC#017537 |
| SOLD TO: | SHIPPED TO: |
| Name: **MAIN STREET PHARMACY** | Name: **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref : 03/08/21   01S40371001 | Date Received & Ref : 03/08/21   01S40371001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001339817

GX 086.0059

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021305</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 3 | |
| | | |
| | | |

Reference Number: **01144450**
Document Type: **Invoice**
Reference Date: **03/08/21**

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21        PO#01212210 | Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21        RC#017537 |
| Name:     **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :   03/08/21        01S40371001 | Name:     **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :   03/08/21        01S40371001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339817

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021301</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: __01144415__
Document Type: __Invoice__
Reference Date: __03/08/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG277 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21      PO#01212210 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21      RC#017537 |
| Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Purchased & Ref :   03/08/21      01S40133002 | Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Received & Ref :  03/08/21      01S40133002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339819

GX 086.0061

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01144193 |
| Document Type: | Invoice |
| Reference Date: | 03/04/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y6Y | 1 | |
| 8N2Y | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21        RC#017389 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Purchased & Ref :   03/04/21        01S40133001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Received & Ref :   03/04/21        01S40133001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339820

GX 086.0062

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01144034**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| U35F | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21        PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21        RC#017389 |
| SOLD TO:<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>           LAUREL MD 20707<br>Date Purchased & Ref :   03/02/21        01S39930002 | SHIPPED TO:<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>           LAUREL MD 20707<br>Date Received & Ref :  03/02/21        01S39930002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001339825

GX 086.0063

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019703</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: REXULTI-TAB-.5MG-30CT, | | | |
|---|---|---|---|
| **NDC: 59148-0036-13** | | | |
| Lot Number | Quantity | Unique Serial # | |
| BKS03620A | 1 | | |
| | | | |
| | | | |

Reference Number: 01I43970
Document Type: Invoice
Reference Date: 03/01/21

## (TH) Transaction History

**Manufacturer's Name:** OTSUKA AMERICA
**Manufacturer's information:**

| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/22/21        PO#01211635 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/25/21        RC#016681 |
| SOLD TO:<br>Name: MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Purchased & Ref : 03/01/21        01S39930001 | SHIPPED TO:<br>Name: MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Received & Ref : 03/01/21        01S39930001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339826

GX 086.0064

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01143970**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG204    | 2        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21        RC#017225 |
| Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  03/01/21        01S39930001 | Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  03/01/21        01S39930001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339826

GX 086.0065

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021305</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13) |

NDC: 49702-0231-13

Reference Number: <u>01144686</u>
Document Type: <u>Invoice</u>
Reference Date: <u>03/11/21</u>

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 1 | |
| BV3W | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21        PO#01212210 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21        RC#017537 |
| SOLD TO:<br>Name:   MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :   03/11/21        01S40592001 | SHIPPED TO:<br>Name:   MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :   03/11/21        01S40592001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339827

GX 086.0066

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| | | |
| | | |

Reference Number: __01144686__

Document Type: __Invoice__

Reference Date: __03/11/21__

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/08/21    PO#01212210 | Date Received & Ref :  03/09/21    RC#017542 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :   03/11/21    01S40592001 | Date Received & Ref :  03/11/21    01S40592001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001339827

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019881</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 2 | |
| | | |
| | | |

Reference Number: **01142130**
Document Type: **Invoice**
Reference Date: **01/29/21**

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21          PO#01211698 | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21          RC#016747 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>          LAUREL MD 20707<br>Date Purchased & Ref :   01/29/21          01S38268001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>          LAUREL MD 20707<br>Date Received & Ref :  01/29/21          01S38268001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001340408

GX 086.0068

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01142130**
Document Type: **Invoice**
Reference Date: **01/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3W | 5 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21       PO#01211698 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21       RC#016763 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :   01/29/21       01S38268001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  01/29/21       01S38268001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340408

GX 086.0069

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020018</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **PREZCOBIX TAB 30CT,** | | | **Reference Number:** | 01I42332 |
| NDC: **59676-0575-30** | | | **Document Type:** | **Invoice** |
| | | | **Reference Date:** | **02/03/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG210 | 3 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**  JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/02/21    PO#01211788 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  02/02/21    RC#016869 |
| SOLD TO:<br>Name:  MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>  LAUREL MD 20707<br>Date Purchased & Ref :  02/03/21    01S38533001 | SHIPPED TO:<br>Name:  MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>  LAUREL MD 20707<br>Date Received & Ref :  02/03/21    01S38533001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001340412

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018789</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01140335**
Document Type: **Invoice**
Reference Date: **01/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20         PO#01211221 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20         RC#016109 |
| Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Purchased & Ref :   01/04/21         01S36595001 | Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Received & Ref :  01/04/21         01S36595001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001340417

GX 086.0071

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019049

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01141662 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:    MAIN STREET PHARMACY | Name:    MAIN STREET PHARMACY |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :   01/22/21      01S36821001 | Date Received & Ref :  01/22/21      01S36821001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340418

GX 086.0072

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019603</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| | Reference Number: | 01141663 |
|---|---|---|
| | Document Type: | **Invoice** |
| | Reference Date: | **01/22/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| 20EG062 | 1 | |
| 20GG131 | 1 | |

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016618 |
| SOLD TO:<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>      LAUREL MD 20707<br>Date Purchased & Ref :   01/22/21      01S36821002 | SHIPPED TO:<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>      LAUREL MD 20707<br>Date Received & Ref :  01/22/21      01S36821002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001340419

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019603</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20AG853X | 1 | |
| 20GG129 | 1 | |
| | | |

Reference Number: **01141663**
Document Type: **Invoice**
Reference Date: **01/22/21**

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/21/21    PO#01211610 | Date Received & Ref : 01/21/21    RC#016618 |
| SOLD TO: | SHIPPED TO: |
| Name: **MAIN STREET PHARMACY** | Name: **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref : 01/22/21    01S36821002 | Date Received & Ref : 01/22/21    01S36821002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of 2       pages.

SCSRELATIVITY_0001340419

GX 086.0074

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019867</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

Reference Number: **01142035**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| BJ7T | 1 | |
| FL5F | 1 | |
| CJ4U | 1 | |

## (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016747 |
| Name:  **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Purchased & Ref :  01/28/21      01S36821003 | Name:  **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Received & Ref :  01/28/21      01S36821003 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001340420

GX 086.0075

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018791</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01I40115 |
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 526T | 1 | |
| EK5N | 1 | |
| N78R | 1 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/23/20        PO#01211221 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20        RC#016109 |
| SOLD TO:<br>Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>           LAUREL MD 20707<br>Date Purchased & Ref :   12/28/20        01S36471001 | SHIPPED TO:<br>Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>           LAUREL MD 20707<br>Date Received & Ref :  12/28/20        01S36471001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001340440

GX 086.0076

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018791</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| YK3E | 1 | |
| YR8X | 1 | |
| | | |

Reference Number: **01l40115**
Document Type: **Invoice**
Reference Date: **12/28/20**

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016109 |
| Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :   12/28/20      01S36471001 | Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  12/28/20      01S36471001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001340440

GX 086.0077

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01l43550 |
| Document Type: | Invoice |
| Reference Date: | 02/23/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 5 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/22/21        PO#01212034 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21        RC#017222 |
| SOLD TO:<br>Name:     MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Purchased & Ref :   02/23/21        01S39591001 | SHIPPED TO:<br>Name:     MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Received & Ref :  02/23/21        01S39591001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001340719

GX 086.0078

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG727X | 1 | |
| 20AG853X | 1 | |
| | | |

Reference Number: **01143642**
Document Type: **Invoice**
Reference Date: **02/24/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21        RC#017225 |
| Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  02/24/21        01S39617002 | Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  02/24/21        01S39617002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340720

GX 086.0079

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020674</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG048 | 1 | |
| 20EG106 | 2 | |
| 20GG117 | 4 | |

Reference Number: **01143620**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**      PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/22/21**      RC#017224 |
| Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>        **LAUREL MD 20707**<br>Date Purchased & Ref :   **02/23/21**      01S39630001 | Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>        **LAUREL MD 20707**<br>Date Received & Ref :  **02/23/21**      01S39630001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2         pages.

SCSRELATIVITY_0001340721

GX 086.0080

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020674</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3** |

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG193 | 5 | |
| 20HG205 | 1 | |
| | | |

Reference Number: 01143620
Document Type: Invoice
Reference Date: 02/23/21

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017224 |
| SOLD TO:<br>Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>       LAUREL MD 20707<br>Date Purchased & Ref :  02/23/21      01S39630001 | SHIPPED TO:<br>Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>       LAUREL MD 20707<br>Date Received & Ref :  02/23/21      01S39630001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of 2         pages.

SCSRELATIVITY_0001340721

GX 086.0081

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020444</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20JG269 | 2 | |
| | | |
| | | |

Reference Number: **01I43620**
Document Type: **Invoice**
Reference Date: **02/23/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21        PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21        RC#017078 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  02/23/21        01S39630001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  02/23/21        01S39630001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340721

GX 086.0082

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01143670**
Document Type: **Invoice**
Reference Date: **02/24/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 5 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21       RC#017222 |
| Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Purchased & Ref :  02/24/21        01S39673001 | Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Received & Ref :  02/24/21       01S39673001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001340722

GX 086.0083

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020660</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

Reference Number: __01l43863__
Document Type: __Invoice__
Reference Date: __02/26/21__

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21        RC#017222 |
| Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  02/26/21        01S39856001 | Name:    MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  02/26/21        01S39856001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340726

GX 086.0084

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020449</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG332    | 4        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01143038**
Document Type: **Invoice**
Reference Date: **02/15/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Purchased & Ref :  02/15/21      01S39165001 | Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Received & Ref :  02/15/21      01S39165001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001340729

GX 086.0085

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GS5E | 2 | |
| | | |
| | | |

Reference Number: **01143009**
Document Type: **Invoice**
Reference Date: **02/15/21**

## (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>          LAUREL MD 20707<br>Date Purchased & Ref :  02/15/21      01S39168001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>          LAUREL MD 20707<br>Date Received & Ref :  02/15/21      01S39168001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001340730

GX 086.0086

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 2T4G | 1 | |
| | | |
| | | |

Reference Number:  01143102
Document Type:  **Invoice**
Reference Date:  02/16/21

## (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:  **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Purchased & Ref :  02/16/21      01S39168002 | SHIPPED TO:<br>Name:  **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>LAUREL MD 20707<br>Date Received & Ref :  02/16/21      01S39168002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340731

GX 086.0087

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 1 | |
| | | |
| | | |

Reference Number: __01143335__
Document Type: __Invoice__
Reference Date: __02/19/21__

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21       PO#01211698 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21       RC#016763 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  02/19/21       01S39168003 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  02/19/21       01S39168003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340732

GX 086.0088

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WE7K | 1 | |
| | | |
| | | |

Reference Number:  01143473
Document Type:  **Invoice**
Reference Date:  02/22/21

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017222 |
| Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>    LAUREL MD 20707<br>Date Purchased & Ref :  02/22/21      01S39168004 | Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>    LAUREL MD 20707<br>Date Received & Ref :  02/22/21      01S39168004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340733

GX 086.0089

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020458</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T012616 | 1 | |
| | | |
| | | |

Reference Number: **01I43069**
Document Type: **Invoice**
Reference Date: **02/15/21**

## (TH) Transaction History

Manufacturer's Name:  **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  **02/11/21**     PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  **02/15/21**     RC#017082 |
| Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>    LAUREL MD 20707<br>Date Purchased & Ref :  **02/15/21**     01S39182001 | Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>    LAUREL MD 20707<br>Date Received & Ref :  **02/15/21**     01S39182001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001340736

GX 086.0090

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020438</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)** |

| | | | |
|---|---|---|---|
| | | Reference Number: | **01143069** |
| NDC: 59676-0571-01 | | Document Type: | **Invoice** |
| | | Reference Date: | **02/15/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JIL3G00 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :   02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>    LAUREL MD 20707<br>Date Purchased & Ref :   02/15/21      01S39182001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>    LAUREL MD 20707<br>Date Received & Ref :   02/15/21      01S39182001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001340736

GX 086.0091

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020534</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **PREZCOBIX TAB 30CT,** | | | |
| NDC: **59676-0575-30** | | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG208 | 5 | |
| | | |
| | | |

Reference Number: **01l43158**
Document Type: **Invoice**
Reference Date: **02/17/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/16/21      PO#01211958 | Date Received & Ref :  02/16/21      RC#017129 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: **667 MAIN STREET** | Address: **667 MAIN STREET** |
| **LAUREL MD 20707** | **LAUREL MD 20707** |
| Date Purchased & Ref :  02/17/21      01S39236001 | Date Received & Ref :  02/17/21      01S39236001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001340737

GX 086.0092

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020536</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **TIVICAY-TAB-50MG-30CT,** | | |

NDC: **49702-0228-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8ZP8166 | 1 | |
| | | |
| | | |

Reference Number: __01I43158__
Document Type: __Invoice__
Reference Date: __02/17/21__

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/16/21      PO#01211958 | Date Received & Ref :  02/16/21      RC#017129 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :  02/17/21      01S39236001 | Date Received & Ref :  02/17/21      01S39236001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1          pages.

SCSRELATIVITY_0001340737

GX 086.0093

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020537</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ-TAB-600MG/50MG/300MG-30CT,**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 3K4E | 1 | |
| | | |
| | | |

Reference Number: **01I43158**
Document Type: **Invoice**
Reference Date: **02/17/21**

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/16/21     PO#01211958 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/16/21     RC#017129 |
| Name:   MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>     LAUREL MD 20707<br>Date Purchased & Ref :  02/17/21     01S39236001 | Name:   MAIN STREET PHARMACY<br>Address: 667 MAIN STREET<br>     LAUREL MD 20707<br>Date Received & Ref :  02/17/21     01S39236001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001340737

GX 086.0094

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014284</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Reference Number: | 01I29510 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 07/23/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S006926 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  07/16/20    PO#01208861 | Date Received & Ref :  07/17/20    RC#013089 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BAY PHARMACY 19 INC** | Name:   **BAY PHARMACY 19 INC** |
| Address: 7606 AUSTIN STREET | Address: 7606 AUSTIN STREET |
|    FOREST HILLS NY 11375 |    FOREST HILLS NY 11375 |
| Date Purchased & Ref :  07/23/20    01S27639002 | Date Received & Ref :  07/23/20    01S27639002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001360029

GX 086.0095

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000014278

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL

NDC: 59676-0800-30

Reference Number: 01I29510
Document Type: Invoice
Reference Date: 07/23/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19HG416 | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 07/16/20 PO#01208861 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 07/17/20 RC#013084 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BAY PHARMACY 19 INC<br>Address: 7606 AUSTIN STREET<br>FOREST HILLS NY 11375<br>Date Purchased & Ref : 07/23/20 01S27639002 | Name: BAY PHARMACY 19 INC<br>Address: 7606 AUSTIN STREET<br>FOREST HILLS NY 11375<br>Date Received & Ref : 07/23/20 01S27639002 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01143961**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T032792 | 1 | |
| T032793 | 1 | |
| T032933 | 2 | |

### (TH) Transaction History

Manufacturer's Name:    **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**      **PO#01212034** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**      **RC#017225** |
| Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>          **LOS ANGELES CA 90017**<br>Date Purchased & Ref :  **03/01/21**      **01S39904001** | Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>          **LOS ANGELES CA 90017**<br>Date Received & Ref :  **03/01/21**      **01S39904001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 2      pages.

SCSRELATIVITY_0001427772

GX 086.0097

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | |
|---|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** | |

**NDC: 00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T040169 | 1 | |
| | | |
| | | |

Reference Number: 01143961
Document Type: Invoice
Reference Date: 03/01/21

### (TH) Transaction History

**Manufacturer's Name:** MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21    PO#01212034 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Received & Ref : 02/23/21    RC#017225 |
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br> LOS ANGELES CA 90017<br>Date Purchased & Ref : 03/01/21    01S39904001 | Name: **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br> LOS ANGELES CA 90017<br>Date Received & Ref : 03/01/21    01S39904001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2     pages.

SCSRELATIVITY_0001427772

GX 086.0098

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019872</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Reference Number: | 01143961 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T032793 | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/27/21    PO#01211698 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/28/21    RC#016747 |
| SOLD TO:<br>Name: **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref : 03/01/21    01S39904001 | SHIPPED TO:<br>Name: **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref : 03/01/21    01S39904001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0099

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020458</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01143961**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T032793 | 6 | |
| T032933 | 6 | |
| T040169 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**     PO#01211914 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/15/21**     RC#017082 |
| Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>      **LOS ANGELES CA 90017**<br>Date Purchased & Ref :   **03/01/21**     01S39904001 | Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>      **LOS ANGELES CA 90017**<br>Date Received & Ref :  **03/01/21**     01S39904001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0100

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 22 | |
| GH3U | 3 | |
| | | |

Reference Number: 01143965
Document Type: Invoice
Reference Date: 03/01/21

## (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21    PO#01212034 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 02/23/21    RC#017225 |
| Name: TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref : 03/01/21    01S39896001 | Name: TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref : 03/01/21    01S39896001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0101

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01143965 |
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GS5E | 15 | |
| RN2K | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017222 |
| SOLD TO:<br>Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/01/21      01S39896001 | SHIPPED TO:<br>Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/01/21      01S39896001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0102

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021013</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KGL0001 | 1 | |
| | | |
| | | |

Reference Number: **01144212**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21        RC#017381 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>         LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/04/21        01S40167001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>         LOS ANGELES CA 90017<br>Date Received & Ref :   03/04/21        01S40167001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0103

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 6 | |
| 20KG332 | 12 | |
| | | |

Reference Number: **01144383**
Document Type: **Invoice**
Reference Date: **03/08/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/08/21        01S40305001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/08/21      01S40305001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0104

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021299</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG193 | 3 | |
| | | |
| | | |

Reference Number: **01144444**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21        PO#01212210 | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21      RC#017537 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/08/21        01S40357002 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :   03/08/21        01S40357002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020444</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG334 | 4 | |
| 20KG337 | 1 | |
| | | |

Reference Number:  **01144444**
Document Type:  **Invoice**
Reference Date:  **03/08/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/08/21     01S40357002 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Received & Ref :  03/08/21     01S40357002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001427772

GX 086.0106

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020674</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG337 | 3 | |
| 20MG466 | 1 | |
| | | |

Reference Number: **01144444**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017224 |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/08/21      01S40357002 | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/08/21      01S40357002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0107

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021334</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number:  **01144503**
Document Type:  **Invoice**
Reference Date:  **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KBL0000 | 1 | |
| KGL0001 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21  PO#01212210 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21  RC#017553 |
| Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/09/21  01S40167003 | Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref :  03/09/21  01S40167003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of  1  pages.

SCSRELATIVITY_0001427772

GX 086.0108

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021296</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: **49702-0242-13**

Reference Number: **01144508**
Document Type: **Invoice**
Reference Date: **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| MW5J | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21      PO#01212210 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21      RC#017536 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/09/21      01S40167002 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :   03/09/21      01S40167002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0109

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021300</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

| Reference Number: | 01144508 |
| Document Type: | Invoice |
| Reference Date: | 03/09/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG002X | 1 | |
| 20LG401 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21          PO#01212210 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21          RC#017537 |
| Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/09/21          01S40167002 | Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :   03/09/21          01S40167002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001427772

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021305</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 13 | |
| | | |
| | | |

Reference Number: 01144762
Document Type: Invoice
Reference Date: 03/12/21

**(TH) Transaction History**

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21        PO#01212210 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21        RC#017537 |
| SOLD TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/12/21        01S40618001 | SHIPPED TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21        01S40618001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0111

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01144762
Document Type: Invoice
Reference Date: 03/12/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| BV3V | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>           LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/12/21       01S40618001 | SHIPPED TO:<br>Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>           LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21       01S40618001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001427772

GX 086.0112

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: __01144762__
Document Type: __Invoice__
Reference Date: __03/12/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RN2K | 6 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21        RC#017222 |
| Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/12/21        01S40618001 | Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21        01S40618001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0113

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01144762**
Document Type: **Invoice**
Reference Date: **03/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20GG129 | 1 | |
| 20HG203 | 2 | |
| 20HG204 | 7 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21      PO#01212210 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21      RC#017542 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/12/21      01S40618001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21      01S40618001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 086.0114

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number:  **01144762**
Document Type:  **Invoice**
Reference Date:  **03/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG332 | 5 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21   PO#01212210 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21   RC#017542 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/12/21   01S40618001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21   01S40618001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2      pages.

SCSRELATIVITY_0001427772

GX 086.0115

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01144762**
Document Type: **Invoice**
Reference Date: **03/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>     LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/12/21     01S40618001 | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>     LOS ANGELES CA 90017<br>Date Received & Ref :  03/12/21     01S40618001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0116

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021687</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: **49702-0242-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| MW5J | 4 | |
| | | |
| | | |

Reference Number: **01145239**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **03/19/21**     PO#01212358 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **03/19/21**     RC#017730 |
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>**LOS ANGELES CA 90017**<br>Date Purchased & Ref : **03/19/21**     01S41004001 | Name: **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>**LOS ANGELES CA 90017**<br>Date Received & Ref : **03/19/21**     01S41004001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0117

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021822</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KGL0002 | 1 | |
| | | |
| | | |

Reference Number: **01145611**
Document Type: **Invoice**
Reference Date: **03/26/21**

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21      RC#017833 |
| Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21      01S40167004 | Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21      01S40167004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001427772

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021829</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0562-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20BG904 | 1 | |
| 20EG087 | 2 | |
| 20MG465 | 1 | |

Reference Number: **01I45611**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/25/21      PO#01212452** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/25/21      RC#017833** |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>          **LOS ANGELES CA 90017**<br>Date Purchased & Ref :   **03/26/21      01S40167004** | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>          **LOS ANGELES CA 90017**<br>Date Received & Ref :  **03/26/21      01S40167004** |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 086.0119

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021819</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| BJ7T | 1 | |
| BJ7Y | 1 | |
| KE3G | 1 | |

Reference Number: **01I45614**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21      RC#017833 |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/26/21      01S41391001 | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21      01S41391001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0120

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021821</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
RILPIVIRINE HCL
NDC: 59676-0278-01

Reference Number: **01I45615**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JGL2C00 | 1 | |
| KBL2K00A | 1 | |
| KFL6Y00A | 2 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/25/21**    PO#01212452 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/25/21**    RC#017833 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>**LOS ANGELES CA 90017**<br>Date Purchased & Ref :  **03/26/21**    01S41393001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>**LOS ANGELES CA 90017**<br>Date Received & Ref :  **03/26/21**    01S41393001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2        pages.

SCSRELATIVITY_0001427772

GX 086.0121

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021821</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01) | | | | |
| RILPIVIRINE HCL | | | Reference Number: | 01145615 |
| NDC: 59676-0278-01 | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 03/26/21 |
| KFL7500 | 4 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|           REGO PARK NY 11374 |           REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|           CAMBRIDGE MD 21613 |           CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/25/21      PO#01212452 | Date Received & Ref :  03/25/21      RC#017833 |
| SOLD TO: | SHIPPED TO: |
| Name:    TOTAL REMEDY & PRESCRIPTION CENTER | Name:    TOTAL REMEDY & PRESCRIPTION CENTER |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
|           LOS ANGELES CA 90017 |           LOS ANGELES CA 90017 |
| Date Purchased & Ref :  03/26/21      01S41393001 | Date Received & Ref :  03/26/21      01S41393001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 086.0122

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021825</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| BV4B | 2 | |
| MW5J | 1 | |
| | | |

Reference Number: 01145682
Document Type: **Invoice**
Reference Date: 03/26/21

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21      PO#01212452 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :   03/25/21      RC#017833 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/26/21      01S41004002 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref :   03/26/21      01S41004002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001427772

GX 086.0123

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y7S | 1 | |
| 682E | 4 | |
| 7J4V | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21     PO#01212452 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21     RC#017834 |
| **SOLD TO:**<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21     01S41410001 | **SHIPPED TO:**<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21     01S41410001 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 8        pages.

SCSRELATIVITY_0001427772

GX 086.0124

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01145710**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8L3M | 3 | |
| 9R2Y | 2 | |
| E76Y | 1 | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21    PO#01212452 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21    RC#017834 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21    01S41410001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21    01S41410001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of 8        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01145710**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 5 | |
| GH3U | 1 | |
| HN9W | 1 | |

## (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/25/21   PO#01212452 | Date Received & Ref :   03/26/21   RC#017834 |
| SOLD TO: | SHIPPED TO: |
| Name:    **TOTAL REMEDY & PRESCRIPTION CENTER** | Name:    **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref :   03/26/21   01S41410001 | Date Received & Ref :   03/26/21   01S41410001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 086.0126

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

**NDC:** 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LK9U | 1 | |
| PN5E | 3 | |
| RJ8T | 1 | |

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

### (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21    PO#01212452 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21    RC#017834 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/26/21    01S41410001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>   LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21    01S41410001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 086.0127

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01145710**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RT6F | 1 | |
| RW9Y | 1 | |
| SY7D | 2 | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21      RC#017834 |
| Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21      01S41410001 | Name:    TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21      01S41410001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 5      of 8      pages.

SCSRELATIVITY_0001427772

GX 086.0128

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Reference Number: | 01145710 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7L | 1 | |
| T96C | 1 | |
| VT3C | 1 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21      PO#01212452 | Date Received & Ref : 03/26/21      RC#017834 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER** | Name: **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref : 03/26/21      01S41410001 | Date Received & Ref : 03/26/21      01S41410001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 6        of 8        pages.

SCSRELATIVITY_0001427772

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup></sup>Doc#00000021836

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WP4P | 1 | |
| Y22W | 2 | |
| SH7B | 1 | |

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21    PO#01212452 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21    RC#017834 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21    01S41410001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21    01S41410001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 086.0130

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

| Reference Number: | 01145710 |
| Document Type: | Invoice |
| Reference Date: | 03/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GB2K | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/25/21     PO#01212452** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/26/21     RC#017834** |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>     **LOS ANGELES CA 90017**<br>Date Purchased & Ref :   **03/26/21     01S41410001** | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>     **LOS ANGELES CA 90017**<br>Date Received & Ref :   **03/26/21     01S41410001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 8     of  8     pages.

SCSRELATIVITY_0001427772

GX 086.0131

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

**NDC: 49702-0228-13**

Reference Number: **01145710**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| LD3H | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21      PO#01212210 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21      RC#017537 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>      LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/26/21      01S41410001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>      LOS ANGELES CA 90017<br>Date Received & Ref :   03/26/21      01S41410001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001427772

GX 086.0132

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016822</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| | | |
| | | |

Reference Number: __01135455__
Document Type: __Invoice__
Reference Date: __10/19/20__

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **10/16/20        PO#01210201** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **10/19/20        RC#014755** |
| Name:    **ELITE PHARMACY**<br>Address: **3201 S MALCOM X BLVD**<br>        **DALLAS TX 75215**<br>Date Purchased & Ref :  **10/19/20        01S32511001** | Name:    **ELITE PHARMACY**<br>Address: **3201 S MALCOM X BLVD**<br>        **DALLAS TX 75215**<br>Date Received & Ref :  **10/19/20        01S32511001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427783

GX 086.0133

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019716</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX TAB 30CT,** |

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

Reference Number: **01I41835**

Document Type: **Invoice**

Reference Date: **01/26/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  01/25/21     PO#01211652 | Date Received & Ref :  01/25/21     RC#016683 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **PHARMAQUICK LLC** | Name:   **PHARMAQUICK LLC** |
| Address: **753 ARTHUR GODFREY RD** | Address: **753 ARTHUR GODFREY RD** |
| **MIAMI BEACH  FL 33140** | **MIAMI BEACH  FL 33140** |
| Date Purchased & Ref :  01/26/21     01S38071001 | Date Received & Ref :  01/26/21     01S38071001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427960

GX 086.0134

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019871</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01141993**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KAL2D03 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21    PO#01211698 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21    RC#016747 |
| Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>   MIAMI BEACH FL 33140<br>Date Purchased & Ref :   01/28/21    01S38218001 | Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>   MIAMI BEACH FL 33140<br>Date Received & Ref :  01/28/21    01S38218001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001427961

GX 086.0135

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019041</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: PREZCOBIX TAB 30CT, | | | |
|---|---|---|---|
| NDC: 59676-0575-30 | | | Reference Number: **01I41997** |
| | | | Document Type: **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: **01/28/21** |
| 19CG202 | 1 | | |
| | | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|            REGO PARK NY 11374 |            REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|            CAMBRIDGE MD 21613 |            CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/05/21        PO#01211329 | Date Received & Ref :  01/05/21        RC#016276 |
| SOLD TO: | SHIPPED TO: |
| Name:    PHARMAQUICK LLC | Name:    PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
|            MIAMI BEACH FL 33140 |            MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  01/28/21        01S38071002 | Date Received & Ref :  01/28/21        01S38071002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427962

GX 086.0136

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 885M | 2 | |
| GB2K | 1 | |
| | | |

Reference Number: __01142070__
Document Type: __Invoice__
Reference Date: __01/28/21__

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   01/27/21      PO#01211698 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   01/28/21      RC#016763 |
| SOLD TO:<br>Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>        MIAMI BEACH  FL 33140<br>Date Purchased & Ref :   01/28/21      01S37641002 | SHIPPED TO:<br>Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>        MIAMI BEACH  FL 33140<br>Date Received & Ref :   01/28/21      01S37641002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427963

GX 086.0137

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020193</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **PREZCOBIX TAB 30CT,** | | |

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG210 | 1 | |
| | | |
| | | |

Reference Number: **01I42773**
Document Type: **Invoice**
Reference Date: **02/10/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/08/21      PO#01211866** | Date Received & Ref :  **02/08/21      RC#016992** |
| SOLD TO: | SHIPPED TO: |
| Name:   **PHARMAQUICK LLC** | Name:   **PHARMAQUICK LLC** |
| Address: **753 ARTHUR GODFREY RD** | Address: **753 ARTHUR GODFREY RD** |
| **MIAMI BEACH  FL 33140** | **MIAMI BEACH  FL 33140** |
| Date Purchased & Ref :  **02/10/21      01S38992001** | Date Received & Ref :  **02/10/21      01S38992001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001427966

GX 086.0138

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020449</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| | | |
| | | |

Reference Number: **01142965**
Document Type: **Invoice**
Reference Date: **02/12/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>   MIAMI BEACH  FL 33140<br>Date Purchased & Ref :  02/12/21      01S38569002 | SHIPPED TO:<br>Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>   MIAMI BEACH  FL 33140<br>Date Received & Ref :  02/12/21      01S38569002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427967

GX 086.0139

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020446</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I42971 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 02/12/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21    PO#01211914 | Date Received & Ref :  02/12/21    RC#017078 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    PHARMAQUICK LLC | Name:    PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  02/12/21    01S38992002 | Date Received & Ref :  02/12/21    01S38992002 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427968

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020508</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: PREZCOBIX TAB 30CT, | | | | |
|---|---|---|---|---|
| NDC: 59676-0575-30 | | | Reference Number: | 01l43107 |
| | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 02/16/21 |
| 19CG208 | 1 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

Manufacturer's Name:  JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/15/21    PO#01211945 | Date Received & Ref :  02/15/21    RC#017115 |
| SOLD TO: | SHIPPED TO: |
| Name:  PHARMAQUICK LLC | Name:  PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  02/16/21    01S39224001 | Date Received & Ref :  02/16/21    01S39224001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001427969

GX 086.0141

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020620</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01143361 |
| Document Type: | Invoice |
| Reference Date: | 02/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 3 | |
| AP7Y | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/19/21      PO#01212031 | Date Received & Ref :  02/19/21      RC#017202 |
| SOLD TO: | SHIPPED TO: |
| Name:     PHARMAQUICK LLC | Name:     PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  02/19/21      01S38992003 | Date Received & Ref :  02/19/21      01S38992003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427970

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020438</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KGL0001 | 1 | |
| | | |
| | | |

Reference Number: __01143931__
Document Type: __Invoice__
Reference Date: __03/01/21__

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref : 02/11/21    PO#01211914 | Name: **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref : 02/12/21    RC#017078 |
| Name: **PHARMAQUICK LLC** <br> Address: 753 ARTHUR GODFREY RD <br> MIAMI BEACH FL 33140 <br> Date Purchased & Ref : 03/01/21    01S39901001 | Name: **PHARMAQUICK LLC** <br> Address: 753 ARTHUR GODFREY RD <br> MIAMI BEACH FL 33140 <br> Date Received & Ref : 03/01/21    01S39901001 |
| Name: <br> Address: <br> <br> Date Purchased & Ref : | Name: <br> Address: <br> <br> Date Received & Ref : |
| Name: <br> Address: <br> <br> Date Purchased & Ref : | Name: <br> Address: <br> <br> Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001427974

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG204    | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01143931**
Document Type: **Invoice**
Reference Date: **03/01/21**

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:    **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>      MIAMI BEACH FL 33140<br>Date Purchased & Ref :  03/01/21      01S39901001 | SHIPPED TO:<br>Name:    **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>      MIAMI BEACH FL 33140<br>Date Received & Ref :  03/01/21      01S39901001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001427974

GX 086.0144

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021312</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **PREZCOBIX TAB 30CT,** | | | |
|---|---|---|---|

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG210 | 2 | |
| | | |
| | | |

Reference Number: **01I44460**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/08/21     PO#01212218 | Date Received & Ref :  03/08/21     RC#017540 |
| SOLD TO: | SHIPPED TO: |
| Name:    **PHARMAQUICK LLC** | Name:    **PHARMAQUICK LLC** |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :   03/08/21     01S40300002 | Date Received & Ref :  03/08/21     01S40300002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427977

GX 086.0145

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021294</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01144672**
Document Type: **Invoice**
Reference Date: **03/11/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T032792    | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21    PO#01212210 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21    RC#017536 |
| Name:    **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>  MIAMI BEACH  FL 33140<br>Date Purchased & Ref :   03/11/21        01S40573001 | Name:    **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>  MIAMI BEACH  FL 33140<br>Date Received & Ref :  03/11/21      01S40573001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427978

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021301</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0566-30

Reference Number: <u>01I44672</u>

Document Type: <u>Invoice</u>

Reference Date: <u>03/11/21</u>

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**     JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|           REGO PARK NY 11374 |           REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|           CAMBRIDGE MD 21613 |           CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/08/21      PO#01212210 | Date Received & Ref :  03/08/21      RC#017537 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     PHARMAQUICK LLC | Name:     PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
|           MIAMI BEACH  FL 33140 |           MIAMI BEACH  FL 33140 |
| Date Purchased & Ref :  03/11/21      01S40573001 | Date Received & Ref :  03/11/21      01S40573001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001427978

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Reference Number: | 01144782 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/12/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682E | 1 | |
| 682H | 2 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/08/21     PO#01212210 | Date Received & Ref :  03/08/21     RC#017537 |
| SOLD TO: | SHIPPED TO: |
| Name:  PHARMAQUICK LLC | Name:  PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  03/12/21     01S40655002 | Date Received & Ref :  03/12/21     01S40655002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001427979

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019051</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **TIVICAY-TAB-10MG-30CT,** | | | |

**NDC: 49702-0226-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UH7X | 1 | |
| | | |
| | | |

**Reference Number:** 01I44948

**Document Type:** Invoice

**Reference Date:** 03/16/21

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD | **Address:** 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** SAFE CHAIN SOLUTIONS, LLC | **Name:** SAFE CHAIN SOLUTIONS |
| **Address:** 822 CHESAPEAKE DR | **Address:** 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 01/04/21   PO#01211295 | **Date Received & Ref :** 01/05/21   RC#016278 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** PHARMAQUICK LLC | **Name:** PHARMAQUICK LLC |
| **Address:** 753 ARTHUR GODFREY RD | **Address:** 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| **Date Purchased & Ref :** 03/16/21   01S40804001 | **Date Received & Ref :** 03/16/21   01S40804001 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001427980

GX 086.0149

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020651</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)** |

NDC: 49702-0246-13

Reference Number: 01l45123
Document Type: Invoice
Reference Date: 03/17/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8L4J | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/22/21      RC#017222 |
| SOLD TO: | SHIPPED TO: |
| Name:    PHARMAQUICK LLC | Name:    PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
|          MIAMI BEACH FL 33140 |          MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  03/18/21      01S40988001 | Date Received & Ref :  03/18/21      01S40988001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SCSRELATIVITY_0001427981

GX 086.0150

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG390 | 2 | |
| | | |
| | | |

Reference Number: 01145328
Document Type: Invoice
Reference Date: 03/22/21

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016763 |
| SOLD TO:<br>Name:    PHARMAQUICK LLC<br>Address: 753 ARTHUR GODFREY RD<br>         MIAMI BEACH  FL 33140<br>Date Purchased & Ref :  03/22/21      01S41121001 | SHIPPED TO:<br>Name:    PHARMAQUICK LLC<br>Address: 753 ARTHUR GODFREY RD<br>         MIAMI BEACH  FL 33140<br>Date Received & Ref :  03/22/21      01S41121001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427982

GX 086.0151

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021613</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: VASCEPA 1GM CAP 120CT, | | | |
|---|---|---|---|

NDC: 52937-0001-20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8M03950 | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01I45328 |
| Document Type: | Invoice |
| Reference Date: | 03/22/21 |

### (TH) Transaction History

Manufacturer's Name:    AMARIN PHARMA
Manufacturer's information:

| SOLD TO: Name:    BOULEVARD 9229 LLC Address: 9229 QUEENS BLVD         REGO PARK NY 11374 Date Purchased & Ref : | SHIPPED TO: Name:    BOULEVARD 9229 LLC Address: 9229 QUEENS BLVD         REGO PARK NY 11374 Date Received & Ref : |
|---|---|
| SOLD TO: Name:    SAFE CHAIN SOLUTIONS, LLC Address: 822 CHESAPEAKE DR         CAMBRIDGE MD 21613 Date Purchased & Ref :  03/18/21        PO#01212348 | SHIPPED TO: Name:    SAFE CHAIN SOLUTIONS Address: 822 CHESAPEAKE DR         CAMBRIDGE MD 21613 Date Received & Ref :  03/18/21        RC#017703 |
| SOLD TO: Name:    PHARMAQUICK LLC Address: 753 ARTHUR GODFREY RD         MIAMI BEACH  FL 33140 Date Purchased & Ref :  03/22/21        01S41121001 | SHIPPED TO: Name:    PHARMAQUICK LLC Address: 753 ARTHUR GODFREY RD         MIAMI BEACH  FL 33140 Date Received & Ref :  03/22/21        01S41121001 |
| SOLD TO: Name: Address:  Date Purchased & Ref : | SHIPPED TO: Name: Address:  Date Received & Ref : |
| SOLD TO: Name: Address:  Date Purchased & Ref : | SHIPPED TO: Name: Address:  Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427982

GX 086.0152

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01145777**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG322    | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21          PO#01212452 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :   03/25/21          RC#017833 |
| SOLD TO:<br>Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>           MIAMI BEACH  FL 33140<br>Date Purchased & Ref :   03/29/21          01S41502001 | SHIPPED TO:<br>Name:   **PHARMAQUICK LLC**<br>Address: 753 ARTHUR GODFREY RD<br>           MIAMI BEACH  FL 33140<br>Date Received & Ref :   03/29/21          01S41502001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001427983

GX 086.0153

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021823</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-3080-01)**

NDC: **00006-3080-01**

Reference Number: **01I45777**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T039120 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21    PO#01212452 | Date Received & Ref : 03/25/21    RC#017833 |
| SOLD TO: | SHIPPED TO: |
| Name: **PHARMAQUICK LLC** | Name: **PHARMAQUICK LLC** |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref : 03/29/21    01S41502001 | Date Received & Ref : 03/29/21    01S41502001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1          pages.

SCSRELATIVITY_0001427983

GX 086.0154

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017205</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 526T | 1 | |
| | | |
| | | |

Reference Number: __01136719__
Document Type: __Invoice__
Reference Date: __11/05/20__

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20     PO#01210470 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20     RC#015085 |
| SOLD TO:<br>Name:   WORLD PHARMACY<br>Address: 7339 EL CAJON BLVD.<br>         LA MESA CA 91942<br>Date Purchased & Ref :   11/05/20     01S33507003 | SHIPPED TO:<br>Name:   WORLD PHARMACY<br>Address: 7339 EL CAJON BLVD.<br>         LA MESA CA 91942<br>Date Received & Ref :  11/05/20     01S33507003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SCSRELATIVITY_0001428090

GX 086.0155

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017206</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01136719**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y7S | 1 | |
| CG8M | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20      PO#01210470** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20      RC#015085** |
| Name:    **WORLD PHARMACY**<br>Address: **7339 EL CAJON BLVD.**<br>        **LA MESA CA 91942**<br>Date Purchased & Ref :   **11/05/20      01S33507003** | Name:    **WORLD PHARMACY**<br>Address: **7339 EL CAJON BLVD.**<br>        **LA MESA CA 91942**<br>Date Received & Ref :  **11/05/20      01S33507003** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428090

GX 086.0156

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017205</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

| | | | |
|---|---|---|---|
| NDC: 49702-0231-13 | | **Reference Number:** | 01I36999 |
| | | **Document Type:** | Invoice |

| Lot Number | Quantity | Unique Serial # | **Reference Date:** 11/09/20 |
|---|---|---|---|
| X46V | 1 | | |
| | | | |
| | | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/04/20   PO#01210470 | Date Received & Ref : 11/05/20   RC#015085 |
| SOLD TO: | SHIPPED TO: |
| Name: **WORLD PHARMACY** | Name: **WORLD PHARMACY** |
| Address: 7339 EL CAJON BLVD. | Address: 7339 EL CAJON BLVD. |
| LA MESA CA 91942 | LA MESA CA 91942 |
| Date Purchased & Ref : 11/09/20   01S33915001 | Date Received & Ref : 11/09/20   01S33915001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001428090

GX 086.0157

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01139572**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7L | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/14/20**   PO#01211084 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/15/20**   RC#015906 |
| Name:    **WORLD PHARMACY**<br>Address: **7339 EL CAJON BLVD.**<br>   **LA MESA CA 91942**<br>Date Purchased & Ref :   **12/15/20**   01S35864001 | Name:    **WORLD PHARMACY**<br>Address: **7339 EL CAJON BLVD.**<br>   **LA MESA CA 91942**<br>Date Received & Ref :  **12/15/20**   01S35864001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001428090

GX 086.0158

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| VW6H | 1 | |
| YR8X | 1 | |
| | | |

Reference Number: **01I39572**
Document Type: **Invoice**
Reference Date: **12/15/20**

### (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015911 |
| Name: **WORLD PHARMACY**<br>Address: 7339 EL CAJON BLVD.<br>LA MESA CA 91942<br>Date Purchased & Ref :  12/15/20      01S35864001 | Name: **WORLD PHARMACY**<br>Address: 7339 EL CAJON BLVD.<br>LA MESA CA 91942<br>Date Received & Ref :  12/15/20      01S35864001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001428090

GX 086.0159

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018789</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19MG726 | 2 | |
| | | |
| | | |

Reference Number: **01140178**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20        PO#01211221 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20        RC#016109 |
| SOLD TO:<br>Name:    **WORLD PHARMACY**<br>Address: 7339 EL CAJON BLVD.<br>        LA MESA CA 91942<br>Date Purchased & Ref :   12/28/20        01S35864002 | SHIPPED TO:<br>Name:    **WORLD PHARMACY**<br>Address: 7339 EL CAJON BLVD.<br>        LA MESA CA 91942<br>Date Received & Ref :  12/28/20        01S35864002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428090

GX 086.0160

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017095</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01136664**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| VH3K | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|              REGO PARK NY 11374 |              REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|              CAMBRIDGE MD 21613 |              CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  10/28/20        PO#01210378 | Date Received & Ref :  10/29/20        RC#014972 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **424 NEIGHBORHOOD PHARMACY** | Name:    **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
|              BROOKLYN NY 11212 |              BROOKLYN NY 11212 |
| Date Purchased & Ref :   11/05/20        01S32416003 | Date Received & Ref :  11/05/20        01S32416003 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0161

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017349</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01l37042 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 11/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LX8Y | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/06/20        PO#01210524** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/09/20        RC#015151** |
| SOLD TO:<br>Name:    **424 NEIGHBORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>        **BROOKLYN NY 11212**<br>Date Purchased & Ref :   **11/10/20        01S33932001** | SHIPPED TO:<br>Name:    **424 NEIGHBOORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>        **BROOKLYN NY 11212**<br>Date Received & Ref :  **11/10/20        01S33932001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0162

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018006</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01138774**
Document Type: **Invoice**
Reference Date: **12/07/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/01/20   PO#01210838 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 12/02/20   RC#015589 |
| Name: **424 NEIGHBORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>BROOKLYN NY 11212<br>Date Purchased & Ref : 12/07/20   01S35396001 | Name: **424 NEIGHBOORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>BROOKLYN NY 11212<br>Date Received & Ref : 12/07/20   01S35396001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001428139

GX 086.0163

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01139592**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RJ9G | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/14/20**     PO#01211084 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/15/20**     RC#015906 |
| Name:   **424 NEIGHBORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>       **BROOKLYN NY 11212**<br>Date Purchased & Ref :   **12/16/20**     01S35400001 | Name:   **424 NEIGHBOORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>       **BROOKLYN NY 11212**<br>Date Received & Ref :  **12/16/20**     01S35400001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0164

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RJ9A | 1 | |
| | | |
| | | |

Reference Number: 01139594
Document Type: Invoice
Reference Date: 12/16/20

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20     PO#01211084 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20     RC#015906 |
| Name:    424 NEIGHBORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>     BROOKLYN NY 11212<br>Date Purchased & Ref :  12/16/20     01S35325001 | Name:    424 NEIGHBOORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>     BROOKLYN NY 11212<br>Date Received & Ref :  12/16/20     01S35325001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001428139

GX 086.0165

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018485</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

| | | | |
|---|---|---|---|
| **NDC:** 00006-0227-61 | | Reference Number: | 01I39617 |
| | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: 12/16/20 |
| T024073 | 1 | | |
| | | | |
| | | | |

## (TH) Transaction History

**Manufacturer's Name:    MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20     PO#01211084 | Date Received & Ref :  12/15/20     RC#015907 |
| SOLD TO: | SHIPPED TO: |
| Name:    424 NEIGHBORHOOD PHARMACY | Name:    424 NEIGHBOORHOOD PHARMACY |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
|          BROOKLYN NY 11212 |          BROOKLYN NY 11212 |
| Date Purchased & Ref :  12/16/20     01S36051001 | Date Received & Ref :  12/16/20     01S36051001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001428139

GX 086.0166

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018485</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

**NDC: 00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T024536 | 1 | |
| | | |
| | | |

Reference Number: **01I39794**
Document Type: **Invoice**
Reference Date: **12/18/20**

### (TH) Transaction History

**Manufacturer's Name:    MERCK SHARP & DOHME**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/14/20**      PO#01211084 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/15/20**      RC#015907 |
| Name:    **424 NEIGHBORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>          **BROOKLYN NY 11212**<br>Date Purchased & Ref :   **12/18/20**      01S36209001 | Name:    **424 NEIGHBOORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>          **BROOKLYN NY 11212**<br>Date Received & Ref :  **12/18/20**      01S36209001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001428139

GX 086.0167

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018479</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Reference Number: | **01l40180** |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | **12/28/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG337 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|     REGO PARK NY 11374 |     REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|     CAMBRIDGE MD 21613 |     CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20     PO#01211084 | Date Received & Ref :  12/15/20     RC#015901 |
| SOLD TO: | SHIPPED TO: |
| Name:    **424 NEIGHBORHOOD PHARMACY** | Name:    **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
|     BROOKLYN NY 11212 |     BROOKLYN NY 11212 |
| Date Purchased & Ref :   12/28/20     01S36419001 | Date Received & Ref :  12/28/20     01S36419001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0168

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

Reference Number: 01I41733
Document Type: Invoice
Reference Date: 01/25/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19LG609 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   01/21/21        PO#01211610 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   01/21/21       RC#016624 |
| Name:     424 NEIGHBORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>         BROOKLYN NY 11212<br>Date Purchased & Ref :   01/25/21        01S37973001 | Name:     424 NEIGHBOORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>         BROOKLYN NY 11212<br>Date Received & Ref :   01/25/21       01S37973001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0169

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019872</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01142031**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S037643 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21       PO#01211698 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016747 |
| SOLD TO:<br>Name:    **424 NEIGHBORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>         BROOKLYN NY 11212<br>Date Purchased & Ref :  01/28/21       01S38212001 | SHIPPED TO:<br>Name:    **424 NEIGHBOORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>         BROOKLYN NY 11212<br>Date Received & Ref :  01/28/21      01S38212001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020674</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Reference Number: | 01l43581 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 02/23/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG048 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/22/21      RC#017224 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    424 NEIGHBORHOOD PHARMACY | Name:    424 NEIGHBOORHOOD PHARMACY |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
| BROOKLYN NY 11212 | BROOKLYN NY 11212 |
| Date Purchased & Ref :  02/23/21      01S39587001 | Date Received & Ref :  02/23/21      01S39587001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001428139

GX 086.0171

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T032792 | 1 | |
| | | |
| | | |

Reference Number: **01143881**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21       PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:    **424 NEIGHBORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>       BROOKLYN NY 11212<br>Date Purchased & Ref :  03/01/21       01S39881001 | Name:    **424 NEIGHBOORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>       BROOKLYN NY 11212<br>Date Received & Ref :  03/01/21      01S39881001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0172

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01144502**
Document Type: **Invoice**
Reference Date: **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CJ4V | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21     PO#01212210 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21     RC#017537 |
| Name:   424 NEIGHBORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>        BROOKLYN NY 11212<br>Date Purchased & Ref :   03/09/21     01S40412001 | Name:   424 NEIGHBOORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>        BROOKLYN NY 11212<br>Date Received & Ref :   03/09/21     01S40412001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001428139

GX 086.0173

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01144693**
Document Type: **Invoice**
Reference Date: **03/11/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GG131 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/08/21    PO#01212210 | Date Received & Ref :  03/09/21    RC#017542 |
| SOLD TO: | SHIPPED TO: |
| Name:    **424 NEIGHBORHOOD PHARMACY** | Name:    **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
| BROOKLYN NY 11212 | BROOKLYN NY 11212 |
| Date Purchased & Ref :  03/11/21    01S40601001 | Date Received & Ref :  03/11/21    01S40601001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0174

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021687</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: 01l45220
Document Type: Invoice
Reference Date: 03/19/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV4B | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/19/21    PO#01212358 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 03/19/21    RC#017730 |
| SOLD TO:<br>Name: 424 NEIGHBORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>BROOKLYN NY 11212<br>Date Purchased & Ref : 03/19/21    01S41042001 | SHIPPED TO:<br>Name: 424 NEIGHBOORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>BROOKLYN NY 11212<br>Date Received & Ref : 03/19/21    01S41042001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

GX 086.0175

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG390 | 1 | |
| | | |
| | | |

Reference Number: **01145285**
Document Type: **Invoice**
Reference Date: **03/22/21**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/27/21      PO#01211698** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/28/21      RC#016763** |
| Name:    **424 NEIGHBORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>      **BROOKLYN NY 11212**<br>Date Purchased & Ref :   **03/22/21      01S41077001** | Name:    **424 NEIGHBOORHOOD PHARMACY**<br>Address: **424 SUTTER AVENUE**<br>      **BROOKLYN NY 11212**<br>Date Received & Ref :  **03/22/21      01S41077001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001428139

GX 086.0176

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021686</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** | | |

**NDC: 00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T036715 | 1 | |
| | | |
| | | |

Reference Number:  01145337
Document Type:  Invoice
Reference Date:  03/22/21

### (TH) Transaction History

**Manufacturer's Name:**   MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   424 NEIGHBORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>        BROOKLYN NY 11212<br>Date Purchased & Ref :  03/22/21      01S41143001 | SHIPPED TO:<br>Name:   424 NEIGHBOORHOOD PHARMACY<br>Address: 424 SUTTER AVENUE<br>        BROOKLYN NY 11212<br>Date Received & Ref :  03/22/21      01S41143001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428139

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20LG388    | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01145223**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21       PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016624 |
| SOLD TO:<br>Name:   **METROMEDS PHARMACY LLC**<br>Address: 409 E MICHIGAN STREET<br>   ORLANDO FL 32806<br>Date Purchased & Ref :  03/19/21       01S41047001 | SHIPPED TO:<br>Name:   **METROMEDS PHARMACY**<br>Address: 409 E MICHIGAN STREET<br>   ORLANDO FL 32806<br>Date Received & Ref :  03/19/21      01S41047001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428327

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| | | |
| | | |

Reference Number: **01143925**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21        RC#017225 |
| Name:    **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: 46325 W 12 MILE ROAD #150<br>         NOVI MI 48377<br>Date Purchased & Ref :  03/01/21        01S39916001 | Name:    **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: 46325 W 12 MILE RD #150<br>         NOVI MI 48377<br>Date Received & Ref :  03/01/21        01S39916001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428728

GX 086.0179

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016990</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

Reference Number: 01135865
Document Type: Invoice
Reference Date: 10/23/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19GG387    | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/22/20     PO#01210304 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  10/23/20     RC#014885 |
| SOLD TO:<br>Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>      MANASSAS VA 20110<br>Date Purchased & Ref :  10/23/20     01S32955001 | SHIPPED TO:<br>Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>      MANASSAS VA 20110<br>Date Received & Ref :  10/23/20     01S32955001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001428782

GX 086.0180

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017687</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19HG421 | 9 | |
| 19KG528 | 1 | |
| | | |

Reference Number: 01138350
Document Type: **Invoice**
Reference Date: 11/30/20

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20      PO#01210702 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20      RC#015400 |
| SOLD TO:<br>Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Purchased & Ref :   11/30/20      01S35027001 | SHIPPED TO:<br>Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Received & Ref :  11/30/20      01S35027001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0181

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017339</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01138350**
Document Type: **Invoice**
Reference Date: **11/30/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| S006926 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/06/20      PO#01210524 | Date Received & Ref : 11/09/20      RC#015151 |
| SOLD TO: | SHIPPED TO: |
| Name: **PROSPERITY PHARMACY MANASSAS** | Name: **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref : 11/30/20      01S35027001 | Date Received & Ref : 11/30/20      01S35027001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001428782

GX 086.0182

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017688</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** |

NDC: **00006-0227-61**

Reference Number: **01138350**
Document Type: **Invoice**
Reference Date: **11/30/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S008129 | 2 | |
| S022383 | 1 | |
| S018432 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/19/20        PO#01210702** | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/20/20        RC#015400** |
| SOLD TO:<br>Name:     **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>        **MANASSAS VA 20110**<br>Date Purchased & Ref :   **11/30/20        01S35027001** | SHIPPED TO:<br>Name:     **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>        **MANASSAS VA 20110**<br>Date Received & Ref :  **11/30/20        01S35027001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001428782

GX 086.0183

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017688</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

| | | | |
|---|---|---|---|
| NDC: **00006-0227-61** | | Reference Number: **01138350** | |
| | | Document Type: **Invoice** | |
| Lot Number | Quantity | Unique Serial # | Reference Date: **11/30/20** |
| **T008120** | **1** | | |
| | | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/19/20**      PO#01210702 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/20/20**      RC#015400 |
| Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>      **MANASSAS VA 20110**<br>Date Purchased & Ref :   **11/30/20**      01S35027001 | Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>      **MANASSAS VA 20110**<br>Date Received & Ref :  **11/30/20**      01S35027001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001428782

GX 086.0184

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017842</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UC3R | 8 | |
| UD4D | 3 | |
| V79D | 4 | |

Reference Number: **01138350**
Document Type: **Invoice**
Reference Date: **11/30/20**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/24/20      PO#01210770 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  11/25/20      RC#015460 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Purchased & Ref :   11/30/20      01S35027001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Received & Ref :  11/30/20      01S35027001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0185

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017684</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

**NDC:** 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG087 | 1 | |
| 20BG904 | 1 | |
| | | |

**Reference Number:** 01138350
**Document Type:** Invoice
**Reference Date:** 11/30/20

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/19/20     PO#01210702 | Date Received & Ref : 11/20/20     RC#015400 |
| SOLD TO: | SHIPPED TO: |
| Name: PROSPERITY PHARMACY MANASSAS | Name: PROSPERITY PHARMACY MANASSAS |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref : 11/30/20     01S35027001 | Date Received & Ref : 11/30/20     01S35027001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001428782

GX 086.0186

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017838</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0562-01**

Reference Number: **01138350**
Document Type: **Invoice**
Reference Date: **11/30/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20BG904    | 1        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/24/20        PO#01210770 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/25/20        RC#015460 |
| SOLD TO:<br>Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :   11/30/20        01S35027001 | SHIPPED TO:<br>Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  11/30/20        01S35027001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0187

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018479</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

| | | | |
|---|---|---|---|
| NDC: 59676-0575-30 | | Reference Number: | 01I39611 |
| | | Document Type: | Invoice |
| | | Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG718 | 2 | |
| 20CG935 | 2 | |
| 20CG988 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20      PO#01211084 | Date Received & Ref :  12/15/20      RC#015901 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **PROSPERITY PHARMACY MANASSAS** | Name:   **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref :  12/16/20      01S36018001 | Date Received & Ref :  12/16/20      01S36018001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001428782

GX 086.0188

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018479</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20EG106 | 1 | |
| 20GG117 | 2 | |
| 20HG193 | 2 | |

Reference Number: **01I39611**
Document Type: **Invoice**
Reference Date: **12/16/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015901 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :   12/16/20       01S36018001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  12/16/20       01S36018001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  3         pages.

SCSRELATIVITY_0001428782

GX 086.0189

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018479</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

Reference Number: **01I39611**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG205    | 1        |                 |
| 20JG269    | 4        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015901 |
| SOLD TO:<br>Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :   12/16/20        01S36018001 | SHIPPED TO:<br>Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  12/16/20        01S36018001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3       of 3         pages.

SCSRELATIVITY_0001428782

GX 086.0190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG267 | 3 | |
| 20KG334 | 3 | |
| | | |

Reference Number: 01I41262
Document Type: Invoice
Reference Date: 01/15/21

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21        PO#01211295 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21        RC#016278 |
| Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>           MANASSAS VA 20110<br>Date Purchased & Ref :  01/15/21        01S37570001 | Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>           MANASSAS VA 20110<br>Date Received & Ref :  01/15/21        01S37570001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0191

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19LG609 | 1 | |
| 19MG715 | 1 | |
| 19MG718 | 4 | |

Reference Number: **01142169**
Document Type: **Invoice**
Reference Date: **01/29/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016763 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>       MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21      01S38316001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>       MANASSAS VA 20110<br>Date Received & Ref :  01/29/21      01S38316001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  3          pages.

SCSRELATIVITY_0001428782

GX 086.0192

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

Reference Number:  **01142169**
Document Type:  **Invoice**
Reference Date:  **01/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20AG852 | 2 | |
| 20CG935 | 1 | |
| 20CG988 | 3 | |

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21  PO#01211698 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21  RC#016763 |
| SOLD TO:<br>Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br> MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21  01S38316001 | SHIPPED TO:<br>Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br> MANASSAS VA 20110<br>Date Received & Ref :  01/29/21  01S38316001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2  of 3  pages.

SCSRELATIVITY_0001428782

GX 086.0193

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG048 | 1 | |
| | | |
| | | |

Reference Number: 01142169
Document Type: Invoice
Reference Date: 01/29/21

## (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21   PO#01211698 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21   RC#016763 |
| Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>   MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21   01S38316001 | Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>   MANASSAS VA 20110<br>Date Received & Ref :  01/29/21   01S38316001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001428782

GX 086.0194

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019879</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I42169 |
| Document Type: | Invoice |
| Reference Date: | 01/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG104 | 1 | |
| 20DG027X | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016747 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21      01S38316001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Received & Ref :  01/29/21      01S38316001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0195

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019881</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01142169**
Document Type: **Invoice**
Reference Date: **01/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21      PO#01211698 | Date Received & Ref :  01/28/21      RC#016747 |
| SOLD TO: | SHIPPED TO: |
| Name:    **PROSPERITY PHARMACY MANASSAS** | Name:    **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref :  01/29/21      01S38316001 | Date Received & Ref :  01/29/21      01S38316001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0196

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01142169 |
| Document Type: | Invoice |
| Reference Date: | 01/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 5 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016763 |
| SOLD TO:<br>Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21      01S38316001 | SHIPPED TO:<br>Name:   PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Received & Ref :  01/29/21      01S38316001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0197

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019595</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Reference Number: | 01142169 |
| Document Type: | Invoice |
| Reference Date: | 01/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KBL0000 | 1 | |
| KDL0001 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016618 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21      01S38316001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Received & Ref :  01/29/21      01S38316001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001428782

GX 086.0198

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019872</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

| | | | |
|---|---|---|---|
| **NDC:** 00006-0227-61 | | Reference Number: | 01142169 |
| | | Document Type: | Invoice |
| | | Reference Date: | 01/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T013564 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**  MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21   PO#01211698 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21   RC#016747 |
| SOLD TO:<br>Name:  PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>  MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21   01S38316001 | SHIPPED TO:<br>Name:  PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>  MANASSAS VA 20110<br>Date Received & Ref :  01/29/21   01S38316001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001428782

GX 086.0199

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019621</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01142169**
Document Type: **Invoice**
Reference Date: **01/29/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T010083 | 1 | |
| T015806 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21    PO#01211610 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21    RC#016624 |
| Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Purchased & Ref :  01/29/21    01S38316001 | Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Received & Ref :  01/29/21    01S38316001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| AP7Y | 4 | |
| GH3U | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21        RC#017225 |
| SOLD TO:<br>Name:     PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :  02/26/21        01S39858001 | SHIPPED TO:<br>Name:     PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  02/26/21        01S39858001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG334 | 5 | |
| | | |
| | | |

Reference Number: 01I43870
Document Type: Invoice
Reference Date: 02/26/21

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/21/21      PO#01211610 | Date Received & Ref :  01/21/21      RC#016624 |
| SOLD TO: | SHIPPED TO: |
| Name:   PROSPERITY PHARMACY MANASSAS | Name:   PROSPERITY PHARMACY MANASSAS |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref :  02/26/21      01S39858001 | Date Received & Ref :  02/26/21      01S39858001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0202

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020660</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I43870 |
| Document Type: | Invoice |
| Reference Date: | 02/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/22/21      RC#017222 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **PROSPERITY PHARMACY MANASSAS** | Name:   **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref :  02/26/21      01S39858001 | Date Received & Ref :  02/26/21      01S39858001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001428782

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: __01143870__
Document Type: __Invoice__
Reference Date: __02/26/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2T4G | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:    PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>      MANASSAS VA 20110<br>Date Purchased & Ref :  02/26/21      01S39858001 | Name:    PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>      MANASSAS VA 20110<br>Date Received & Ref :  02/26/21      01S39858001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0204

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 5 | |
| GS5G | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  **02/22/21**      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  **02/22/21**      RC#017222 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>   MANASSAS VA 20110<br>Date Purchased & Ref :   **02/26/21**      01S39858001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>   MANASSAS VA 20110<br>Date Received & Ref :  **02/26/21**      01S39858001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001428782

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG204 | 2 | |
| | | |
| | | |

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/22/21          PO#01212034 | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :   02/23/21          RC#017225 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>            MANASSAS VA 20110<br>Date Purchased & Ref :   02/26/21          01S39858001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>            MANASSAS VA 20110<br>Date Received & Ref :   02/26/21          01S39858001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001428782

GX 086.0206

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T021331    | 1        |                 |
| T024073    | 1        |                 |
| T024536    | 1        |                 |

### (TH) Transaction History

Manufacturer's Name:    **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21       PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Purchased & Ref :   02/26/21      01S39858001 | Name:    **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Received & Ref :  02/26/21      01S39858001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0207

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020438</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| KFL0000 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|                REGO PARK NY 11374 |                REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|                CAMBRIDGE MD 21613 |                CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21       PO#01211914 | Date Received & Ref :  02/12/21       RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:     **PROSPERITY PHARMACY MANASSAS** | Name:     **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
|                MANASSAS VA 20110 |                MANASSAS VA 20110 |
| Date Purchased & Ref :  02/26/21       01S39858001 | Date Received & Ref :  02/26/21       01S39858001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0208

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Reference Number: | 01143971 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG337 | 3 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/21/21   PO#01211610 | Date Received & Ref : 01/21/21   RC#016624 |
| SOLD TO: | SHIPPED TO: |
| Name: **PROSPERITY PHARMACY MANASSAS** | Name: **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref : 03/01/21   01S39929001 | Date Received & Ref : 03/01/21   01S39929001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001428782

GX 086.0209

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021020</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: <u>01I43971</u>
Document Type: <u>Invoice</u>
Reference Date: <u>03/01/21</u>

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/01/21**   **PO#01212108** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/01/21**   **RC#017381** |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>   **MANASSAS VA 20110**<br>Date Purchased & Ref :   **03/01/21**   **01S39929001** | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>   **MANASSAS VA 20110**<br>Date Received & Ref :   **03/01/21**   **01S39929001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001428782

GX 086.0210

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01144247**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T040169 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**      PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**      RC#017225 |
| Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>   **MANASSAS VA 20110**<br>Date Purchased & Ref :   **03/04/21**      01S40201001 | Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>   **MANASSAS VA 20110**<br>Date Received & Ref :  **03/04/21**      01S40201001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0211

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020458</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01144247**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T036714 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  **02/11/21      PO#01211914** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  **02/15/21      RC#017082** |
| Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Purchased & Ref :   **03/04/21      01S40201001** | Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>MANASSAS VA 20110<br>Date Received & Ref :  **03/04/21      01S40201001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0212

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021294</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01I44881**
Document Type: **Invoice**
Reference Date: **03/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T040169 | 3 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref : 03/08/21   PO#01212210 | Name: **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref : 03/08/21   RC#017536 |
| Name: **PROSPERITY PHARMACY MANASSAS** <br> Address: 8644 SUDLEY ROAD #120 <br> MANASSAS VA 20110 <br> Date Purchased & Ref : 03/15/21   01S40729001 | Name: **PROSPERITY PHARMACY MANASSAS** <br> Address: 8644 SUDLEY ROAD #120 <br> MANASSAS VA 20110 <br> Date Received & Ref : 03/15/21   01S40729001 |
| Name: <br> Address: <br> Date Purchased & Ref : | Name: <br> Address: <br> Date Received & Ref : |
| Name: <br> Address: <br> Date Purchased & Ref : | Name: <br> Address: <br> Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001428782

GX 086.0213

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01144881**
Document Type: **Invoice**
Reference Date: **03/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T036714 | 5 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**       PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**     RC#017225 |
| SOLD TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>        **MANASSAS VA 20110**<br>Date Purchased & Ref :   **03/15/21**       01S40729001 | SHIPPED TO:<br>Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>        **MANASSAS VA 20110**<br>Date Received & Ref :  **03/15/21**     01S40729001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0214

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20LG396    | 3        |                 |
| 20LG431    | 2        |                 |
|            |          |                 |

Reference Number: **01144881**
Document Type: **Invoice**
Reference Date: **03/15/21**

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21        PO#01212210 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21        RC#017542 |
| Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :  03/15/21        01S40729001 | Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  03/15/21        01S40729001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001428782

GX 086.0215

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020674</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG390 | 4 | |
| 20LG391 | 6 | |
| | | |

Reference Number: **01146007**
Document Type: **Invoice**
Reference Date: **03/31/21**

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21    PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21    RC#017224 |
| Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Purchased & Ref :   03/31/21     01S41748001 | Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>        MANASSAS VA 20110<br>Date Received & Ref :  03/31/21    01S41748001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001428782

GX 086.0216

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021824</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

| | | | |
|---|---|---|---|
| NDC: **00006-0227-61** | | Reference Number: | **0114 6007** |
| | | Document Type: | **Invoice** |
| | | Reference Date: | **03/31/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T036715 | 1 | |
| T040170 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **03/25/21      PO#01212452** | Date Received & Ref :  **03/25/21      RC#017833** |
| SOLD TO: | SHIPPED TO: |
| Name:   **PROSPERITY PHARMACY MANASSAS** | Name:   **PROSPERITY PHARMACY MANASSAS** |
| Address: **8644 SUDLEY ROAD #120** | Address: **8644 SUDLEY ROAD #120** |
| **MANASSAS VA 20110** | **MANASSAS VA 20110** |
| Date Purchased & Ref :  **03/31/21      01S41748001** | Date Received & Ref :  **03/31/21      01S41748001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001428782

GX 086.0217

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

**NDC:** 49702-0228-13

**Reference Number:** 01145616
**Document Type:** Invoice
**Reference Date:** 03/26/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T42G | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21      RC#017834 |
| SOLD TO:<br>Name:   THOMPSON'S LAKE COUNTRY DRUG INC<br>Address: PO BOX 2<br>        ISLE MN 56342<br>Date Purchased & Ref :  03/26/21      01S41397001 | SHIPPED TO:<br>Name:   THOMPSON'S LAKE COUNTRY DRUG INC<br>Address: 205 MAIN STREET W<br>        ISLE MN 56342<br>Date Received & Ref :  03/26/21      01S41397001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429578

GX 086.0218

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021830</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

Reference Number: **01I45616**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| JFL3900A   | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21     RC#017833 |
| SOLD TO:<br>Name:   **THOMPSON'S LAKE COUNTRY DRUG INC**<br>Address: PO BOX 2<br>ISLE MN 56342<br>Date Purchased & Ref :  03/26/21      01S41397001 | SHIPPED TO:<br>Name:   **THOMPSON'S LAKE COUNTRY DRUG INC**<br>Address: 205 MAIN STREET W<br>ISLE MN 56342<br>Date Received & Ref :  03/26/21     01S41397001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429578

GX 086.0219

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020660</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

**NDC: 59676-0566-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

Reference Number: 01I43810
Document Type: **Invoice**
Reference Date: 02/26/21

### (TH) Transaction History

**Manufacturer's Name:**    JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21        RC#017222 |
| SOLD TO:<br>Name:    THOMPSON'S LAKE COUNTRY DRUG INC<br>Address: PO BOX 2<br>        ISLE MN 56342<br>Date Purchased & Ref :  02/26/21        01S39798001 | SHIPPED TO:<br>Name:    THOMPSON'S LAKE COUNTRY DRUG INC<br>Address: 205 MAIN STREET W<br>        ISLE MN 56342<br>Date Received & Ref :  02/26/21        01S39798001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429579

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| AP7Y | 1 | |
| | | |
| | | |

Reference Number: **01143810**
Document Type: **Invoice**
Reference Date: **02/26/21**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **THOMPSON'S LAKE COUNTRY DRUG INC**<br>Address: PO BOX 2<br>        ISLE MN 56342<br>Date Purchased & Ref :  02/26/21      01S39798001 | SHIPPED TO:<br>Name:   **THOMPSON'S LAKE COUNTRY DRUG INC**<br>Address: 205 MAIN STREET W<br>        ISLE MN 56342<br>Date Received & Ref :  02/26/21      01S39798001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429579

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016289</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01l33946 |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | 09/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CG8M | 1 | |
| 2Y7S | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   09/28/20    PO#01209895 | Date Received & Ref :   09/28/20    RC#014373 |
| SOLD TO: | SHIPPED TO: |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS** | Name:   **FIVE POINTS PHARMACY AND WELLNESS** |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :   09/28/20    01S30291003 | Date Received & Ref :   09/28/20    01S30291003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429648

GX 086.0222

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016149</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| RJ9G | 1 | |
| | | |
| | | |

Reference Number: 01I34091
Document Type: **Invoice**
Reference Date: 09/29/20

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 09/21/20    PO#01209825 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 09/22/20    RC#014294 |
| Name: **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>COCOA FL 32922<br>Date Purchased & Ref : 09/29/20    01S31178002 | Name: **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>COCOA FL 32922<br>Date Received & Ref : 09/29/20    01S31178002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001429649

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017348</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| GB2K | 1 | |
| | | |
| | | |

Reference Number: **01136888**
Document Type: **Invoice**
Reference Date: **11/09/20**

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/06/20      PO#01210524 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  11/09/20      RC#015151 |
| SOLD TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>            COCOA FL 32922<br>Date Purchased & Ref :  11/09/20      01S33639005 | SHIPPED TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>            COCOA FL 32922<br>Date Received & Ref :  11/09/20      01S33639005 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001429662

GX 086.0224

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017348</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

**NDC:** 49702-0228-13

**Reference Number:** 01136980
**Document Type:** Invoice
**Reference Date:** 11/09/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7L | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref : 11/06/20    PO#01210524 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref : 11/09/20    RC#015151 |
| Name: **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>    COCOA FL 32922<br>Date Purchased & Ref : 11/09/20    01S33879001 | Name: **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>    COCOA FL 32922<br>Date Received & Ref : 11/09/20    01S33879001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001429663

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017526</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19KG534 | 1 | |
| | | |
| | | |

Reference Number: **01I37703**

Document Type: **Invoice**

Reference Date: **11/19/20**

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **11/13/20**    **PO#01210630** | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **11/16/20**    **RC#015302** |
| Name: **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>**COCOA FL 32922**<br>Date Purchased & Ref : **11/19/20**    **01S34511001** | Name: **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>**COCOA FL 32922**<br>Date Received & Ref : **11/19/20**    **01S34511001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001429668

GX 086.0226

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018276</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

Reference Number: **01139058**
Document Type: **Invoice**
Reference Date: **12/09/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CJ4U       | 1        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20    PO#01210948 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20    RC#015738 |
| Name:  **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>COCOA FL 32922<br>Date Purchased & Ref :  12/09/20    01S33879002 | Name:  **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>COCOA FL 32922<br>Date Received & Ref :  12/09/20    01S33879002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429675

GX 086.0227

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018277</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG334 | 1 | |
| | | |
| | | |

Reference Number: **01139435**
Document Type: **Invoice**
Reference Date: **12/14/20**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/07/20**     PO#01210948 | Date Received & Ref :  **12/09/20**     RC#015739 |
| SOLD TO: | SHIPPED TO: |
| Name:    **FIVE POINTS PHARMACY AND WELLNESS** | Name:    **FIVE POINTS PHARMACY AND WELLNESS** |
| Address: **1108 LAKE DRIVE** | Address: **1108 LAKE DRIVE** |
| **COCOA FL 32922** | **COCOA FL 32922** |
| Date Purchased & Ref :   **12/14/20**     01S35909001 | Date Received & Ref :  **12/14/20**     01S35909001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429676

GX 086.0228

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T96C | 2 | |
| | | |
| | | |

Reference Number: __01I39543__
Document Type: __Invoice__
Reference Date: __12/15/20__

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015906 |
| Name:     FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>            COCOA FL 32922<br>Date Purchased & Ref :   12/15/20      01S35909002 | Name:     FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>            COCOA FL 32922<br>Date Received & Ref :  12/15/20      01S35909002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001429677

GX 086.0229

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018789</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01140131**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20**      PO#**01211221** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20**      RC#**016109** |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>      **COCOA FL 32922**<br>Date Purchased & Ref :  **12/28/20**      **01S36255001** | Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>      **COCOA FL 32922**<br>Date Received & Ref :  **12/28/20**      **01S36255001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001429680

GX 086.0230

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019051</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size:<br>TIVICAY-TAB-10MG-30CT,<br><br>NDC: 49702-0226-13 | | | |
|---|---|---|---|

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UH7X | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01I40722 |
| Document Type: | Invoice |
| Reference Date: | 01/07/21 |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:    FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>          COCOA FL 32922<br>Date Purchased & Ref :  01/07/21     01S36999001 | SHIPPED TO:<br>Name:    FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>          COCOA FL 32922<br>Date Received & Ref :  01/07/21     01S36999001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001429684

GX 086.0231

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20KG334 | 1 | |
| | | |
| | | |

Reference Number: **01I41313**
Document Type: **Invoice**
Reference Date: **01/18/21**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:    **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>    COCOA FL 32922<br>Date Purchased & Ref :   01/18/21         01S37610001 | SHIPPED TO:<br>Name:    **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>    COCOA FL 32922<br>Date Received & Ref :  01/18/21       01S37610001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001429685

GX 086.0232

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019881</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01l42011**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20GG129    | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/27/21**    PO#01211698 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/28/21**    RC#016747 |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>    **COCOA FL 32922**<br>Date Purchased & Ref :  **01/28/21**    01S37610002 | Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>    **COCOA FL 32922**<br>Date Received & Ref :  **01/28/21**    01S37610002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429687

GX 086.0233

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01142081 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/28/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RJ9G | 1 | |
| SH7B | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21        PO#01211698 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21        RC#016763 |
| SOLD TO:<br>Name:    FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Purchased & Ref :  01/28/21        01S37610003 | SHIPPED TO:<br>Name:    FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Received & Ref :  01/28/21        01S37610003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429688

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020444</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20CG935 | 1 | |
| | | |
| | | |

Reference Number: **01I43134**
Document Type: **Invoice**
Reference Date: **02/16/21**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21    PO#01211914 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21    RC#017078 |
| SOLD TO:<br>Name:    **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>    COCOA FL 32922<br>Date Purchased & Ref :  02/16/21    01S39261001 | SHIPPED TO:<br>Name:    **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>    COCOA FL 32922<br>Date Received & Ref :  02/16/21    01S39261001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429691

GX 086.0235

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01l43747
Document Type: **Invoice**
Reference Date: 02/25/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG727X | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**   **PO#01212034** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**   **RC#017225** |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>   **COCOA FL 32922**<br>Date Purchased & Ref :   **02/25/21**   **01S39770001** | Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>   **COCOA FL 32922**<br>Date Received & Ref :  **02/25/21**   **01S39770001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001429693

GX 086.0236

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01143747 |
| Document Type: | Invoice |
| Reference Date: | 02/25/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| Y22W | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>          COCOA FL 32922<br>Date Purchased & Ref :  02/25/21      01S39770001 | SHIPPED TO:<br>Name:   FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>          COCOA FL 32922<br>Date Received & Ref :  02/25/21      01S39770001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001429693

GX 086.0237

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019889

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Reference Number: | 01144389 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/08/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG337 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21      PO#01211698 | Date Received & Ref :  01/28/21      RC#016763 |
| SOLD TO: | SHIPPED TO: |
| Name:   FIVE POINTS PHARMACY AND WELLNESS | Name:   FIVE POINTS PHARMACY AND WELLNESS |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  03/08/21      01S40344001 | Date Received & Ref :  03/08/21      01S40344001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001429695

GX 086.0238

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000017689

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01139242**
Document Type: **Invoice**
Reference Date: **12/11/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IKL3I00 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 11/19/20    PO#01210702 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 11/20/20    RC#015400 |
| Name: **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>SACRAMENTO CA 95816<br>Date Purchased & Ref : 12/11/20    01S35779002 | Name: **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>SACRAMENTO CA 95816<br>Date Received & Ref : 12/11/20    01S35779002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429887

GX 086.0239

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017994</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

| | | | |
|---|---|---|---|
| NDC: 59676-0571-01 | | Reference Number: | 01139242 |
| | | Document Type: | Invoice |
| | | Reference Date: | 12/11/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JCL8900 | 1 | |
| JCL8B00 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/01/20      PO#01210838 | Date Received & Ref :  12/02/20      RC#015587 |
| SOLD TO: | SHIPPED TO: |
| Name:   **PUCCI'S PHARMACY** | Name:   **PUCCI'S PHARMACY** |
| Address: 2821 J ST | Address: 2821 J ST |
|    SACRAMENTO CA 95816 |    SACRAMENTO CA 95816 |
| Date Purchased & Ref :  12/11/20      01S35779002 | Date Received & Ref :  12/11/20      01S35779002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001429887

GX 086.0240

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017539</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)** |

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JCL8C01 | 1 | |
| | | |
| | | |

Reference Number: 01139242
Document Type: Invoice
Reference Date: 12/11/20

## (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/13/20    PO#01210630 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/16/20    RC#015306 |
| SOLD TO:<br>Name:   PUCCI'S PHARMACY<br>Address: 2821 J ST<br>        SACRAMENTO CA 95816<br>Date Purchased & Ref :   12/11/20    01S35779002 | SHIPPED TO:<br>Name:   PUCCI'S PHARMACY<br>Address: 2821 J ST<br>        SACRAMENTO CA 95816<br>Date Received & Ref :  12/11/20    01S35779002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429887

GX 086.0241

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018340</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **S00006-0227-61**

Reference Number: **01139242**
Document Type: **Invoice**
Reference Date: **12/11/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| S000158 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/10/20**   PO#01211040 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/10/20**   RC#015788 |
| SOLD TO:<br>Name:   **PUCCI'S PHARMACY**<br>Address: **2821 J ST**<br>   **SACRAMENTO CA 95816**<br>Date Purchased & Ref :   **12/11/20**   01S35779002 | SHIPPED TO:<br>Name:   **PUCCI'S PHARMACY**<br>Address: **2821 J ST**<br>   **SACRAMENTO CA 95816**<br>Date Received & Ref :  **12/11/20**   01S35779002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001429887

GX 086.0242

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018277</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20JG269 | 2 | |
| | | |
| | | |

Reference Number: 01139242
Document Type: **Invoice**
Reference Date: 12/11/20

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20     PO#01210948 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20     RC#015739 |
| SOLD TO:<br>Name:     PUCCI'S PHARMACY<br>Address: 2821 J ST<br>          SACRAMENTO CA 95816<br>Date Purchased & Ref :   12/11/20       01S35779002 | SHIPPED TO:<br>Name:     PUCCI'S PHARMACY<br>Address: 2821 J ST<br>          SACRAMENTO CA 95816<br>Date Received & Ref :  12/11/20       01S35779002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001429887

GX 086.0243

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018282</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

Reference Number: **01139242**
Document Type: **Invoice**
Reference Date: **12/11/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG257 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20       PO#01210948 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20       RC#015744 |
| SOLD TO:<br>Name:    **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>          SACRAMENTO CA 95816<br>Date Purchased & Ref :   12/11/20       01S35779002 | SHIPPED TO:<br>Name:    **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>          SACRAMENTO CA 95816<br>Date Received & Ref :  12/11/20       01S35779002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429887

GX 086.0244

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: 01139242
Document Type: **Invoice**
Reference Date: **12/11/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG207 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20    PO#01210702 | Date Received & Ref :  11/20/20    RC#015400 |
| SOLD TO: | SHIPPED TO: |
| Name:   **PUCCI'S PHARMACY** | Name:   **PUCCI'S PHARMACY** |
| Address: 2821 J ST | Address: 2821 J ST |
| SACRAMENTO CA 95816 | SACRAMENTO CA 95816 |
| Date Purchased & Ref :  12/11/20    01S35779002 | Date Received & Ref :  12/11/20    01S35779002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429887

GX 086.0245

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018278</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 6 | |
| | | |
| | | |

Reference Number: **01139242**
Document Type: **Invoice**
Reference Date: **12/11/20**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/07/20     PO#01210948 | Date Received & Ref :  12/09/20     RC#015740 |
| SOLD TO: | SHIPPED TO: |
| Name:    **PUCCI'S PHARMACY** | Name:    **PUCCI'S PHARMACY** |
| Address: 2821 J ST | Address: 2821 J ST |
| SACRAMENTO CA 95816 | SACRAMENTO CA 95816 |
| Date Purchased & Ref :  12/11/20     01S35779002 | Date Received & Ref :  12/11/20     01S35779002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429887

GX 086.0246

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018485</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01139601**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T021331    | 1        |                 |
| T018246    | 1        |                 |
| T024073    | 1        |                 |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015907 |
| Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>    SACRAMENTO CA 95816<br>Date Purchased & Ref :  12/16/20      01S35779003 | Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>    SACRAMENTO CA 95816<br>Date Received & Ref :  12/16/20      01S35779003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001429888

GX 086.0247

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018485</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01I39601**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T030722 | 3 | |
| T032791 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  **12/14/20**     **PO#01211084** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  **12/15/20**     **RC#015907** |
| Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>SACRAMENTO CA 95816<br>Date Purchased & Ref :   **12/16/20**     **01S35779003** | Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>SACRAMENTO CA 95816<br>Date Received & Ref :  **12/16/20**     **01S35779003** |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001429888

GX 086.0248

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018482</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

| | | | |
|---|---|---|---|
| NDC: **59676-0562-01** | | Reference Number: | **01139601** |
| | | Document Type: | **Invoice** |
| | | Reference Date: | **12/16/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19DG258X | 1 | |
| 19KG576 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/14/20      PO#01211084** | Date Received & Ref :  **12/15/20      RC#015905** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **PUCCI'S PHARMACY** | Name:    **PUCCI'S PHARMACY** |
| Address: **2821 J ST** | Address: **2821 J ST** |
| **SACRAMENTO CA 95816** | **SACRAMENTO CA 95816** |
| Date Purchased & Ref :   **12/16/20      01S35779003** | Date Received & Ref :  **12/16/20      01S35779003** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001429888

GX 086.0249

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018492</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01139601**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG726 | 1 | |
| 19MG727X | 1 | |
| 20EG062 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20     PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20     RC#015909 |
| SOLD TO:<br>Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>     SACRAMENTO CA 95816<br>Date Purchased & Ref :  12/16/20     01S35779003 | SHIPPED TO:<br>Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>     SACRAMENTO CA 95816<br>Date Received & Ref :  12/16/20     01S35779003 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 2      pages.

SCSRELATIVITY_0001429888

GX 086.0250

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018492</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01139601 |
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 2 | |
| 20KG322 | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**     JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20        PO#01211084 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20        RC#015909 |
| Name:    PUCCI'S PHARMACY<br>Address: 2821 J ST<br>        SACRAMENTO CA 95816<br>Date Purchased & Ref :  12/16/20        01S35779003 | Name:    PUCCI'S PHARMACY<br>Address: 2821 J ST<br>        SACRAMENTO CA 95816<br>Date Received & Ref :  12/16/20        01S35779003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001429888

GX 086.0251

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01139601**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KD2R | 1 | |
| PG9F | 2 | |
| V59A | 2 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>**Date Purchased & Ref :** | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>**Date Received & Ref :** |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Purchased & Ref :** 12/14/20   PO#01211084 | **Name:** SAFE CHAIN SOLUTIONS<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Received & Ref :** 12/15/20   RC#015911 |
| **Name:** PUCCI'S PHARMACY<br>**Address:** 2821 J ST<br>SACRAMENTO CA 95816<br>**Date Purchased & Ref :** 12/16/20   01S35779003 | **Name:** PUCCI'S PHARMACY<br>**Address:** 2821 J ST<br>SACRAMENTO CA 95816<br>**Date Received & Ref :** 12/16/20   01S35779003 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001429888

GX 086.0252

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01I39601**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| XW2J | 1 | |
| LX8Y | 1 | |
| SE9G | 1 | |

### (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20        PO#01211084 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20        RC#015911 |
| Name:    **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>        SACRAMENTO CA 95816<br>Date Purchased & Ref :   12/16/20        01S35779003 | Name:    **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>        SACRAMENTO CA 95816<br>Date Received & Ref :  12/16/20        01S35779003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001429888

GX 086.0253

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016278</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T95G | 1 | |
| | | |
| | | |

Reference Number: 01133945
Document Type: Invoice
Reference Date: 09/28/20

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  09/28/20    PO#01209895 | Date Received & Ref :  09/28/20    RC#014370 |
| SOLD TO: | SHIPPED TO: |
| Name:    PRESTIGE SPECIALTY PHARMACY | Name:    PRESTIGE SPECIALTY PHARMACY |
| Address: 3739 15 MILE ROAD | Address: 3739 15 MILE ROAD |
|          STERLING HEIGHTS MI 48310 |          STERLING HEIGHTS MI 48310 |
| Date Purchased & Ref :  09/28/20    01S29373004 | Date Received & Ref :  09/28/20    01S29373004 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001430280

GX 086.0254

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021291</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)** |

NDC: 49702-0246-13

Reference Number: <u>01I44414</u>
Document Type: <u>Invoice</u>
Reference Date: <u>03/08/21</u>

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| TP5Y | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21      PO#01212210 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21      RC#017534 |
| SOLD TO:<br>Name:     PRESTIGE SPECIALTY PHARMACY<br>Address: 3739 15 MILE ROAD<br>          STERLING HEIGHTS MI 48310<br>Date Purchased & Ref :   03/08/21      01S39927001 | SHIPPED TO:<br>Name:     PRESTIGE SPECIALTY PHARMACY<br>Address: 3739 15 MILE ROAD<br>          STERLING HEIGHTS MI 48310<br>Date Received & Ref :   03/08/21      01S39927001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001430290

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021819</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

Reference Number: 01|45645
Document Type: Invoice
Reference Date: 03/26/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| KE3G | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|           REGO PARK NY 11374 |           REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|           CAMBRIDGE MD 21613 |           CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21   PO#01212452 | Date Received & Ref : 03/25/21   RC#017833 |
| SOLD TO: | SHIPPED TO: |
| Name:   PRESTIGE SPECIALTY PHARMACY | Name:   PRESTIGE SPECIALTY PHARMACY |
| Address: 3739 15 MILE ROAD | Address: 3739 15 MILE ROAD |
|           STERLING HEIGHTS MI 48310 |           STERLING HEIGHTS MI 48310 |
| Date Purchased & Ref : 03/26/21   01S39927002 | Date Received & Ref : 03/26/21   01S39927002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001430291

GX 086.0256

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01143635**
Document Type: **Invoice**
Reference Date: **02/24/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/22/21       PO#01212034** | Date Received & Ref :  **02/22/21       RC#017222** |
| SOLD TO: | SHIPPED TO: |
| Name:     **CAPITOL DRUGS** | Name:     **CAPITOL DRUGS** |
| Address: **8578 SANTA MONICA BLVD** | Address: **8578 SANTA MONICA BLVD** |
| **WEST HOLLYWOOD CA 90069** | **WEST HOLLYWOOD CA 90069** |
| Date Purchased & Ref :  **02/24/21       01S39642001** | Date Received & Ref :  **02/24/21       01S39642001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001430408

GX 086.0257

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7D | 3 | |
| SY7L | 2 | |
| | | |

Reference Number: 01143635
Document Type: Invoice
Reference Date: 02/24/21

## (TH) Transaction History

Manufacturer's Name: VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21  PO#01212034 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 02/23/21  RC#017225 |
| Name: CAPITOL DRUGS<br>Address: 8578 SANTA MONICA BLVD<br>WEST HOLLYWOOD CA 90069<br>Date Purchased & Ref : 02/24/21  01S39642001 | Name: CAPITOL DRUGS<br>Address: 8578 SANTA MONICA BLVD<br>WEST HOLLYWOOD CA 90069<br>Date Received & Ref : 02/24/21  01S39642001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1        pages.

SCSRELATIVITY_0001430408

GX 086.0258

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01138921 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/08/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 354K | 1 | |
| 7N9J | 1 | |
| 7N9K | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/01/20        PO#01210838 | Date Received & Ref :  12/02/20        RC#015589 |
| SOLD TO: | SHIPPED TO: |
| Name:   CIENEGA PHARMACY | Name:   CIENEGA PHARMACY |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref :  12/08/20        01S35521001 | Date Received & Ref :  12/08/20        01S35521001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001430462

GX 086.0259

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01138921 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/08/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V79D | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/01/20    PO#01210838 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :   12/02/20    RC#015589 |
| SOLD TO:<br>Name:    CIENEGA PHARMACY<br>Address: 7360 SANTA MONICA BLVD #101<br>    WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :   12/08/20    01S35521001 | SHIPPED TO:<br>Name:    CIENEGA PHARMACY<br>Address: 7360 SANTA MONICA BLVD #101<br>    WEST HOLLYWOOD CA 90046<br>Date Received & Ref :   12/08/20    01S35521001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001430462

GX 086.0260

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019598</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**MAVYRET TAB 84CT,**

NDC: 00074-2625-28

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1114861 | 1 | |
| | | |
| | | |

Reference Number: **01I42547**
Document Type: **Invoice**
Reference Date: **02/08/21**

### (TH) Transaction History

Manufacturer's Name:     **ABBVIE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21        PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21        RC#016618 |
| SOLD TO:<br>Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: 3412 W 13 MILE RD<br>        ROYAL OAK  MI 48073<br>Date Purchased & Ref :  02/08/21        01S38753001 | SHIPPED TO:<br>Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: 3412 W 13 MILE RD<br>        ROYAL OAK MI 48073<br>Date Received & Ref :  02/08/21        01S38753001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001430782

GX 086.0261

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020455</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SOFOS/VELPA-TB-400/100MG 28CT,**

NDC: **72626-2701-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20ASV003UA | 1 | |
| | | |
| | | |

Reference Number: **01I44664**
Document Type: **Invoice**
Reference Date: **03/11/21**

## (TH) Transaction History

Manufacturer's Name:   **ASEGUA THERAPEUTICS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  **02/11/21**    PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  **02/12/21**    RC#017078 |
| SOLD TO:<br>Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: 3412 W 13 MILE RD<br>        ROYAL OAK  MI 48073<br>Date Purchased & Ref :   **03/11/21**        01S40565001 | SHIPPED TO:<br>Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: 3412 W 13 MILE RD<br>        ROYAL OAK MI 48073<br>Date Received & Ref :  **03/11/21**      01S40565001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001430782

GX 086.0262

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021051</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **SOFOS/VELPA-TB-400/100MG 28CT,** | | | |

NDC: **72626-2701-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20ASV003UA | 1 | |
| | | |
| | | |

Reference Number: **01I44664**

Document Type: **Invoice**

Reference Date: **03/11/21**

## (TH) Transaction History

Manufacturer's Name:   **ASEGUA THERAPEUTICS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| **Address: 9229 QUEENS BLVD** | **Address: 9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| **Address: 822 CHESAPEAKE DR** | **Address: 822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :   **03/01/21      PO#01212108** | Date Received & Ref :   **03/02/21      RC#017404** |
| SOLD TO: | SHIPPED TO: |
| Name:    **SRX SPECIALTY CARE PHARMACY** | Name:    **SRX SPECIALTY CARE PHARMACY** |
| **Address: 3412 W 13 MILE RD** | **Address: 3412 W 13 MILE RD** |
| **ROYAL OAK  MI 48073** | **ROYAL OAK MI 48073** |
| Date Purchased & Ref :   **03/11/21      01S40565001** | Date Received & Ref :   **03/11/21      01S40565001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SCSRELATIVITY_0001430782

GX 086.0263

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

**NDC:** 49702-0228-13

| Reference Number: | 01144949 |
| Document Type: | Invoice |
| Reference Date: | 03/16/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| LN5D | 4 | |
| RN2F | 3 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/08/21   PO#01212210 | Date Received & Ref : 03/08/21   RC#017537 |
| SOLD TO: | SHIPPED TO: |
| Name: **SRX SPECIALTY CARE PHARMACY** | Name: **SRX SPECIALTY CARE PHARMACY** |
| Address: 3412 W 13 MILE RD | Address: 3412 W 13 MILE RD |
| ROYAL OAK  MI 48073 | ROYAL OAK MI 48073 |
| Date Purchased & Ref : 03/16/21   01S40797001 | Date Received & Ref : 03/16/21   01S40797001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1         pages.

SCSRELATIVITY_0001430782

GX 086.0264

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021017</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **MAVYRET TAB 84CT,** | | | Reference Number: | **01I45014** |
| NDC: 00074-2625-28 | | | Document Type: | **Invoice** |
| | | | Reference Date: | **03/17/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1120280 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** ABBVIE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21        RC#017381 |
| SOLD TO:<br>Name:   SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD<br>        ROYAL OAK  MI 48073<br>Date Purchased & Ref :   03/17/21        01S40876001 | SHIPPED TO:<br>Name:   SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD<br>        ROYAL OAK MI 48073<br>Date Received & Ref :   03/17/21        01S40876001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001430782

GX 086.0265

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021297</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**MAVYRET TAB 84CT,**

NDC: 00074-2625-28

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1123457 | 1 | |
| | | |
| | | |

Reference Number:   **01I45014**
Document Type:   **Invoice**
Reference Date:   **03/17/21**

### (TH) Transaction History

Manufacturer's Name:   **ABBVIE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/08/21      PO#01212210** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/08/21      RC#017537** |
| SOLD TO:<br>Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: **3412 W 13 MILE RD**<br>   **ROYAL OAK  MI 48073**<br>Date Purchased & Ref :   **03/17/21      01S40876001** | SHIPPED TO:<br>Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: **3412 W 13 MILE RD**<br>   **ROYAL OAK MI 48073**<br>Date Received & Ref :   **03/17/21      01S40876001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001430782

GX 086.0266

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017095</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01136204 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 10/29/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| NB8J | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   10/28/20      PO#01210378 | Date Received & Ref :   10/29/20      RC#014972 |
| SOLD TO: | SHIPPED TO: |
| Name:    **OTHELLO STATION PHARMACY** | Name:    **OTHELLO STATION PHARMACY** |
| Address: 4219 S OTHELLO ST. #105F | Address: 4219 S OTHELLO ST. #105F |
| SEATTLE WA 98118 | SEATTLE WA 98118 |
| Date Purchased & Ref :   10/29/20      01S31380003 | Date Received & Ref :   10/29/20      01S31380003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001431326

GX 086.0267

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017093</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01136205
Document Type: Invoice
Reference Date: 10/29/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WS3J | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/28/20    PO#01210379 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  10/29/20    RC#014968 |
| Name:   OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>    SEATTLE WA 98118<br>Date Purchased & Ref :  10/29/20    01S33005002 | Name:   OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>    SEATTLE WA 98118<br>Date Received & Ref :  10/29/20    01S33005002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001431327

GX 086.0268

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017348</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | | | Reference Number: | **01136981** |
| NDC: 49702-0228-13 | | | Document Type: | **Invoice** |
| **Lot Number** | **Quantity** | **Unique Serial #** | Reference Date: | **11/09/20** |
| **T96C** | **2** | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/06/20      PO#01210524 | Date Received & Ref :  11/09/20      RC#015151 |
| SOLD TO: | SHIPPED TO: |
| Name:   **OTHELLO STATION PHARMACY** | Name:   **OTHELLO STATION PHARMACY** |
| Address: 4219 S OTHELLO ST. #105F | Address: 4219 S OTHELLO ST. #105F |
| SEATTLE WA 98118 | SEATTLE WA 98118 |
| Date Purchased & Ref :  11/09/20      01S33800001 | Date Received & Ref :  11/09/20      01S33800001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431331

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017348</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| PN5E | 1 | |
| | | |
| | | |

Reference Number: **01136982**
Document Type: **Invoice**
Reference Date: **11/09/20**

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/06/20    PO#01210524 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/09/20    RC#015151 |
| Name:   **OTHELLO STATION PHARMACY**<br>Address: 4219 S OTHELLO ST. #105F<br>        SEATTLE WA 98118<br>Date Purchased & Ref :  11/09/20    01S33664002 | Name:   **OTHELLO STATION PHARMACY**<br>Address: 4219 S OTHELLO ST. #105F<br>        SEATTLE WA 98118<br>Date Received & Ref :  11/09/20    01S33664002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SCSRELATIVITY_0001431332

GX 086.0270

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01139558**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| SY7L | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|        REGO PARK NY 11374 |        REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|        CAMBRIDGE MD 21613 |        CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20      PO#01211084 | Date Received & Ref :  12/15/20      RC#015906 |
| SOLD TO: | SHIPPED TO: |
| Name:   **OTHELLO STATION PHARMACY** | Name:   **OTHELLO STATION PHARMACY** |
| Address: 4219 S OTHELLO ST. #105F | Address: 4219 S OTHELLO ST. #105F |
|        SEATTLE WA 98118 |        SEATTLE WA 98118 |
| Date Purchased & Ref :   12/15/20      01S35813002 | Date Received & Ref :  12/15/20      01S35813002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431337

GX 086.0271

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |
|---|

NDC: **49702-0228-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RJ9G | 1 | |
| | | |
| | | |

Reference Number: **01139680**
Document Type: **Invoice**
Reference Date: **12/16/20**

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
        REGO PARK NY 11374
Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
        REGO PARK NY 11374
Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
        CAMBRIDGE MD 21613
Date Purchased & Ref :  12/14/20      PO#01211084 | Name:    **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
        CAMBRIDGE MD 21613
Date Received & Ref :  12/15/20      RC#015906 |
| Name:    **OTHELLO STATION PHARMACY**
Address: 4219 S OTHELLO ST. #105F
        SEATTLE WA 98118
Date Purchased & Ref :   12/16/20      01S36080001 | Name:    **OTHELLO STATION PHARMACY**
Address: 4219 S OTHELLO ST. #105F
        SEATTLE WA 98118
Date Received & Ref :  12/16/20      01S36080001 |
| Name:
Address:

Date Purchased & Ref : | Name:
Address:

Date Received & Ref : |
| Name:
Address:

Date Purchased & Ref : | Name:
Address:

Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431338

GX 086.0272

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01139680 |
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V79D | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20        PO#01211084 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20        RC#015911 |
| SOLD TO:<br>Name:    OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>        SEATTLE WA 98118<br>Date Purchased & Ref :  12/16/20        01S36080001 | SHIPPED TO:<br>Name:    OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>        SEATTLE WA 98118<br>Date Received & Ref :  12/16/20        01S36080001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431338

GX 086.0273

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018790</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01140140**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| GB2B | 4 | |
| RW9Y | 1 | |
| T96C | 3 | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016109 |
| Name:    OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>        SEATTLE WA 98118<br>Date Purchased & Ref :  12/28/20      01S36080004 | Name:    OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>        SEATTLE WA 98118<br>Date Received & Ref :  12/28/20      01S36080004 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001431339

GX 086.0274

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018790</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

| Reference Number: | **01140140** |
| Document Type: | **Invoice** |
| Reference Date: | **12/28/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| VN7P | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016109 |
| SOLD TO: | SHIPPED TO: |
| Name:    **OTHELLO STATION PHARMACY** | Name:    **OTHELLO STATION PHARMACY** |
| Address: 4219 S OTHELLO ST. #105F | Address: 4219 S OTHELLO ST. #105F |
|    SEATTLE WA 98118 |    SEATTLE WA 98118 |
| Date Purchased & Ref :  12/28/20      01S36080004 | Date Received & Ref :  12/28/20      01S36080004 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001431339

GX 086.0275

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01142094 |
| Document Type: | Invoice |
| Reference Date: | 01/28/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JB5R | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016763 |
| SOLD TO:<br>Name:     OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>         SEATTLE WA 98118<br>Date Purchased & Ref :  01/28/21      01S37729001 | SHIPPED TO:<br>Name:     OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>         SEATTLE WA 98118<br>Date Received & Ref :  01/28/21      01S37729001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431340

GX 086.0276

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019046</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

| | | | |
|---|---|---|---|
| NDC: **59676-0566-30** | | Reference Number: | **01140557** |
| | | Document Type: | **Invoice** |
| | | Reference Date: | **01/06/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG026 | 2 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:   JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:    **HEALTHMAX PHARMACY** | Name:    **HEALTHMAX PHARMACY** |
| Address: 80-07 JAMAICA AVENUE | Address: 80-07 JAMAICA AVENUE |
|          WOODHAVEN NY 11421 |          WOODHAVEN NY 11421 |
| Date Purchased & Ref :  01/06/21      01S36772001 | Date Received & Ref :  01/06/21      01S36772001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431378

GX 086.0277

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019052</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01140557**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UC3R | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21    PO#01211295 | Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21    RC#016278 |
| Name:  HEALTHMAX PHARMACY<br>Address: 80-07 JAMAICA AVENUE<br>  WOODHAVEN NY 11421<br>Date Purchased & Ref :  01/06/21    01S36772001 | Name:  HEALTHMAX PHARMACY<br>Address: 80-07 JAMAICA AVENUE<br>  WOODHAVEN NY 11421<br>Date Received & Ref :  01/06/21    01S36772001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001431379

GX 086.0278

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG269 | 1 | |
| | | |
| | | |

Reference Number: **01l41109**
Document Type: **Invoice**
Reference Date: **01/14/21**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:    **MODERN PHARMACY LLC** | Name:    **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :   01/14/21       01S37411001 | Date Received & Ref :  01/14/21      01S37411001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431541

GX 086.0279

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019623</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01141599**
Document Type: **Invoice**
Reference Date: **01/21/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/21/21 PO#01211610 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/21/21 RC#016624 |
| Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Purchased & Ref : 01/21/21 01S37411002 | Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref : 01/21/21 01S37411002 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001431543

GX 086.0280

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019607</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

**NDC:** 49702-0228-13

| Reference Number: | 01141628 |
| Document Type: | Invoice |
| Reference Date: | 01/21/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 1 | |
| Y22X | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/21/21     PO#01211610 | Date Received & Ref :  01/21/21     RC#016622 |
| SOLD TO: | SHIPPED TO: |
| Name:   MODERN PHARMACY LLC | Name:   MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :  01/21/21     01S37137003 | Date Received & Ref :  01/21/21     01S37137003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001431544

GX 086.0281

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019621</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01141677**
Document Type: **Invoice**
Reference Date: **01/22/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T013565 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/21/21      PO#01211610 | Date Received & Ref :  01/21/21      RC#016624 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MODERN PHARMACY LLC** | Name:   **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :  01/22/21      01S37896001 | Date Received & Ref :  01/22/21      01S37896001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431545

GX 086.0282

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019601</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 1 | |
| | | |
| | | |

Reference Number:  **01l41677**
Document Type:  **Invoice**
Reference Date:  **01/22/21**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21     PO#01211610 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21     RC#016618 |
| SOLD TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>            MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   01/22/21     01S37896001 | SHIPPED TO:<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>            MIAMI BEACH FL 33139<br>Date Received & Ref :  01/22/21     01S37896001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431545

GX 086.0283

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019716</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

Reference Number: **01I41844**
Document Type: **Invoice**
Reference Date: **01/26/21**

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/25/21          PO#01211652 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/25/21          RC#016683 |
| **SOLD TO:**<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   01/26/21          01S38070001 | **SHIPPED TO:**<br>Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH FL 33139<br>Date Received & Ref :  01/26/21          01S38070001 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431547

GX 086.0284

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019601</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I41844 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/21/21          PO#01211610 | Date Received & Ref :  01/21/21          RC#016618 |
| SOLD TO: | SHIPPED TO: |
| Name:    MODERN PHARMACY LLC | Name:    MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
|          MIAMI BEACH  FL 33139 |          MIAMI BEACH FL 33139 |
| Date Purchased & Ref :  01/26/21          01S38070001 | Date Received & Ref :  01/26/21          01S38070001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431547

GX 086.0285

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019881

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number:  **01142036**
Document Type:  **Invoice**
Reference Date:  **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/27/21**      **PO#01211698** | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/28/21**      **RC#016747** |
| Name:  **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>         **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :  **01/28/21**      **01S37896002** | Name:  **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>         **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **01/28/21**      **01S37896002** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431549

GX 086.0286

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019622

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20GG117    | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01142047**
Document Type: **Invoice**
Reference Date: **01/28/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016624 |
| Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/28/21      01S38227001 | Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref :  01/28/21      01S38227001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431550

GX 086.0287

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019687</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**COMBIVENT RESPIMAT 20/100M-120PUFF , 20; 100 ug/1; ug/1, SPRAY, METERED, 1 CARTRIDGE in 1 CARTON (0597-0024**

NDC: **00597-0024-02**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 905594C | 1 | |
| | | |
| | | |

Reference Number: **01l42047**
Document Type: **Invoice**
Reference Date: **01/28/21**

### (TH) Transaction History

Manufacturer's Name: **BOEHRINGER INGELHEIM**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/22/21    PO#01211634 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/25/21    RC#016680 |
| Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/28/21       01S38227001 | Name: **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref :  01/28/21       01S38227001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431550

GX 086.0288

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019084</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**COMBIVENT RESPIMAT 20/100M-120PUFF , 20; 100 ug/1; ug/1, SPRAY, METERED, 1 CARTRIDGE in 1 CARTON (0597-0024**

NDC: **00597-0024-02**

Reference Number: **01142047**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 001230C | 1 | |
| 001962A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **BOEHRINGER INGELHEIM**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/07/21**        PO#01211363 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/07/21**        RC#016301 |
| **SOLD TO:**<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>        **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **01/28/21**        01S38227001 | **SHIPPED TO:**<br>Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>        **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **01/28/21**        01S38227001 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431550

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

**NDC:** 49702-0228-13

Reference Number: **01142084**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y6Y | 1 | |
| RA5C | 1 | |
| XB9B | 1 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/27/21   PO#01211698 | Date Received & Ref : 01/28/21   RC#016763 |
| SOLD TO: | SHIPPED TO: |
| Name: **MODERN PHARMACY LLC** | Name: **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref : 01/28/21   01S37411003 | Date Received & Ref : 01/28/21   01S37411003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431551

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020450</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

Reference Number: 01142949
Document Type: Invoice
Reference Date: 02/12/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 2 | |
| AP7Y | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21       PO#01211914 | Date Received & Ref :  02/12/21       RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:   MODERN PHARMACY LLC | Name:   MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :  02/12/21       01S38227002 | Date Received & Ref :  02/12/21       01S38227002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431560

GX 086.0291

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020446</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 2 | |
| | | |
| | | |

Reference Number: __01142989__

Document Type: __Invoice__

Reference Date: __02/12/21__

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**       **PO#01211914** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**       **RC#017078** |
| SOLD TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>       **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **02/12/21**       **01S38999002** | SHIPPED TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>       **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **02/12/21**       **01S38999002** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001431561

GX 086.0292

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3W | 2 | |
| | | |
| | | |

Reference Number: **01142989**
Document Type: **Invoice**
Reference Date: **02/12/21**

### (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**     **PO#01211914** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**     **RC#017078** |
| **SOLD TO:**<br>Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>     **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **02/12/21**     **01S38999002** | **SHIPPED TO:**<br>Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>     **MIAMI BEACH  FL 33139**<br>Date Received & Ref :  **02/12/21**     **01S38999002** |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431561

GX 086.0293

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3W | 2 | |
| | | |
| | | |

Reference Number: 01l42991
Document Type: Invoice
Reference Date: 02/12/21

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>    MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  02/12/21      01S38804002 | Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>    MIAMI BEACH FL 33139<br>Date Received & Ref :  02/12/21      01S38804002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431562

GX 086.0294

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 2 | |
| | | |
| | | |

Reference Number: **01143014**
Document Type: **Invoice**
Reference Date: **02/15/21**

## (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**    PO#01211914 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**    RC#017078 |
| Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>    **MIAMI BEACH  FL 33139**<br>Date Purchased & Ref :   **02/15/21**    01S39158001 | Name:    **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>    **MIAMI BEACH FL 33139**<br>Date Received & Ref :  **02/15/21**    01S39158001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431563

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020651</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| TP5Y | 1 | |
| | | |
| | | |

Reference Number: 01I43460
Document Type: Invoice
Reference Date: 02/22/21

### (TH) Transaction History

Manufacturer's Name: VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21    PO#01212034 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 02/22/21    RC#017222 |
| Name: MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Purchased & Ref : 02/22/21    01S37230001 | Name: MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref : 02/22/21    01S37230001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001431567

GX 086.0296

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020651</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Reference Number: | 01143462 |
| Document Type: | Invoice |
| Reference Date: | 02/22/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 8L4J | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21   PO#01212034 | Date Received & Ref : 02/22/21   RC#017222 |
| SOLD TO: | SHIPPED TO: |
| Name: **MODERN PHARMACY LLC** | Name: **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref : 02/22/21   01S37411005 | Date Received & Ref : 02/22/21   01S37411005 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431568

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020679

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: __01I43554__
Document Type: __Invoice__
Reference Date: __02/23/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| A65T | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   02/23/21      01S37411006 | SHIPPED TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Received & Ref :  02/23/21      01S37411006 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431569

GX 086.0298

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021020</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: __01I44003__
Document Type: __Invoice__
Reference Date: __03/02/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21        RC#017381 |
| Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Purchased & Ref :   03/02/21        01S39944001 | Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Received & Ref :   03/02/21        01S39944001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431572

GX 086.0299

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020660</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I44011 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017222 |
| SOLD TO:<br>Name:  **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>    MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  03/02/21      01S39761003 | SHIPPED TO:<br>Name:  **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>    MIAMI BEACH FL 33139<br>Date Received & Ref :  03/02/21      01S39761003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001431575

GX 086.0300

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020379</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **AMITIZA-CAP-24MCP-60CT,** | | | Reference Number: | **01I44270** |
| **NDC: 64764-0240-60** | | | Document Type: | **Invoice** |
| | | | Reference Date: | **03/05/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 3263568-61 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:    TAKEDA PHARMACEUTICALS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|           REGO PARK NY 11374 |           REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|           CAMBRIDGE MD 21613 |           CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21    PO#01211916 | Date Received & Ref :  02/12/21    RC#017067 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    MODERN PHARMACY LLC | Name:    MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
|           MIAMI BEACH  FL 33139 |           MIAMI BEACH FL 33139 |
| Date Purchased & Ref :   03/05/21      01S40217001 | Date Received & Ref :  03/05/21      01S40217001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001431577

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01144270**
Document Type: **Invoice**
Reference Date: **03/05/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG332 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21        RC#017225 |
| Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Purchased & Ref :   03/05/21        01S40217001 | Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>        MIAMI BEACH FL 33139<br>Date Received & Ref :  03/05/21        01S40217001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431577

GX 086.0302

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019889</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG390 | 1 | |
| | | |
| | | |

Reference Number: __01145330__
Document Type: __Invoice__
Reference Date: __03/22/21__

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21     PO#01211698 | Date Received & Ref :  01/28/21     RC#016763 |
| SOLD TO: | SHIPPED TO: |
| Name:    MODERN PHARMACY LLC | Name:    MODERN PHARMACY LLC |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :   03/22/21     01S41115001 | Date Received & Ref :  03/22/21     01S41115001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431580

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021613</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**VASCEPA 1GM CAP 120CT,**

NDC: **52937-0001-20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 8M03950    | 3        |                 |
|            |          |                 |
|            |          |                 |

Reference Number:  **01I45330**
Document Type:  **Invoice**
Reference Date:  **03/22/21**

## (TH) Transaction History

Manufacturer's Name:    **AMARIN PHARMA**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/18/21    PO#01212348 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/18/21    RC#017703 |
| Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Purchased & Ref :   03/22/21    01S41115001 | Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref :  03/22/21    01S41115001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431580

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021830</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

Reference Number: **01145768**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| JFL6V00A   | 2        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21      RC#017833 |
| SOLD TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/29/21      01S41498001 | SHIPPED TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>          MIAMI BEACH FL 33139<br>Date Received & Ref :  03/29/21      01S41498001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431582

GX 086.0305

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000021416

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ROZEREM-TAB-8MG-30CT,**

**NDC: 64764-0805-30**

| Reference Number: | 01I45768 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| P27772 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **TAKEDA PHARMACEUTICALS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/11/21      PO#01212260 | Date Received & Ref :   03/11/21      RC#017594 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MODERN PHARMACY LLC** | Name:   **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :   03/29/21      01S41498001 | Date Received & Ref :   03/29/21      01S41498001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001431582

GX 086.0306

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021837</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RV5B | 1 | |
| XC8B | 1 | |
| | | |

Reference Number: __01145768__
Document Type: __Invoice__
Reference Date: __03/29/21__

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21       PO#01212452 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21       RC#017834 |
| Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>       MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  03/29/21       01S41498001 | Name:   MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>       MIAMI BEACH FL 33139<br>Date Received & Ref :  03/29/21       01S41498001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431582

GX 086.0307

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021825</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)** |

NDC: 49702-0242-13

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| MW5J | 1 | |
| | | |
| | | |

Reference Number: __01l45885__
Document Type: __Invoice__
Reference Date: __03/30/21__

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21      PO#01212452 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   03/25/21      RC#017833 |
| SOLD TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/30/21      01S41571002 | SHIPPED TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>         MIAMI BEACH FL 33139<br>Date Received & Ref :   03/30/21      01S41571002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431585

GX 086.0308

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020375</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**VENTOLIN INHALER 90 MCG, 90 ug/1, AEROSOL, METERED, 1 INHALER in 1 CARTON (0173-0682-20)  > 200 AEROSOL, ME**

NDC: **S00173-0682-20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| Y63P | 1 | |
| | | |
| | | |

Reference Number: **01145885**
Document Type: **Invoice**
Reference Date: **03/30/21**

### (TH) Transaction History

Manufacturer's Name:    **GLAXO SMITH KLINE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21       PO#01211907 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  02/11/21       RC#017065 |
| Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>       MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   03/30/21       01S41571002 | Name:    **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>       MIAMI BEACH FL 33139<br>Date Received & Ref :  03/30/21       01S41571002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431585

GX 086.0309

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020568</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **VENTOLIN INHALER 90 MCG, 90 ug/1, AEROSOL, METERED, 1 INHALER in 1 CARTON (0173-0682-20)  > 200 AEROSOL, ME** |

NDC: **S00173-0682-20**

Reference Number: **01145885**
Document Type: **Invoice**
Reference Date: **03/30/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **Y63P** | **1** | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **GLAXO SMITH KLINE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/17/21**        PO#01211985 | Date Received & Ref :  **02/17/21**        RC#017151 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MODERN PHARMACY LLC** | Name:   **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref :   **03/30/21**        01S41571002** | Date Received & Ref :  **03/30/21**        01S41571002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431585

GX 086.0310

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017536</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

| Reference Number: | **01137561** |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | **11/17/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **11/13/20**      PO#01210630 | Date Received & Ref :  **11/16/20**      RC#015306 |
| SOLD TO: | SHIPPED TO: |
| Name:   **LIN PHARMACY INC** | Name:   **LIN PHARMACY INC** |
| Address: **22404 LINDEN BLVD** | Address: **22404 LINDEN BLVD** |
| **CAMBRIA HEIGHTS NY 11411** | **CAMBRIA HEIGHTS NY 11411** |
| Date Purchased & Ref :  **11/17/20**      01S34361001** | Date Received & Ref :  **11/17/20**      01S34361001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0311

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017529</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG204 | 3 | |
| | | |
| | | |

Reference Number: **01137561**
Document Type: **Invoice**
Reference Date: **11/17/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/13/20**       **PO#01210630** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/16/20**       **RC#015302** |
| Name:   **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>   **CAMBRIA HEIGHTS NY 11411**<br>Date Purchased & Ref :   **11/17/20**       **01S34361001** | Name:   **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>   **CAMBRIA HEIGHTS NY 11411**<br>Date Received & Ref :  **11/17/20**       **01S34361001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0312

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017841</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 689Y | 2 | |
| 8N2Y | 2 | |
| WF2G | 1 | |

Reference Number: **01138182**
Document Type: **Invoice**
Reference Date: **11/25/20**

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/24/20      PO#01210770** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/25/20      RC#015460** |
| SOLD TO:<br>Name:    **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>          **CAMBRIA HEIGHTS NY 11411**<br>Date Purchased & Ref :   **11/25/20      01S34361002** | SHIPPED TO:<br>Name:    **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>          **CAMBRIA HEIGHTS NY 11411**<br>Date Received & Ref :  **11/25/20      01S34361002** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431750

GX 086.0313

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017895</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** | | | Reference Number: | **01138357** |
| **NDC: S00006-0227-61** | | | Document Type: | **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: | **11/30/20** |
| S008130 | 1 | | | |
| S007958 | 1 | | | |
| | | | | |

## (TH) Transaction History

**Manufacturer's Name:**   **MERCK SHARP & DOHME**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **11/30/20**   PO#01210809 | Date Received & Ref :  **11/30/20**   RC#015545 |
| SOLD TO: | SHIPPED TO: |
| Name:   **LIN PHARMACY INC** | Name:   **LIN PHARMACY INC** |
| Address: **22404 LINDEN BLVD** | Address: **22404 LINDEN BLVD** |
| **CAMBRIA HEIGHTS NY 11411** | **CAMBRIA HEIGHTS NY 11411** |
| Date Purchased & Ref :  **11/30/20**   01S35039001 | Date Received & Ref :  **11/30/20**   01S35039001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0314

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017897</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** |

NDC: **S00006-0227-61**

Reference Number: __01l38357__
Document Type: __Invoice__
Reference Date: __11/30/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S008147 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **11/30/20     PO#01210813** | Date Received & Ref :  **11/30/20     RC#015546** |
| SOLD TO: | SHIPPED TO: |
| Name:   **LIN PHARMACY INC** | Name:   **LIN PHARMACY INC** |
| Address: **22404 LINDEN BLVD** | Address: **22404 LINDEN BLVD** |
| **CAMBRIA HEIGHTS NY 11411** | **CAMBRIA HEIGHTS NY 11411** |
| Date Purchased & Ref :  **11/30/20     01S35039001** | Date Received & Ref :  **11/30/20     01S35039001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431750

GX 086.0315

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017872</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **S00006-0227-61**

| Reference Number: | 01I38357 |
| Document Type: | Invoice |
| Reference Date: | 11/30/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S008130 | 1 | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name:    **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|           REGO PARK NY 11374 |           REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|           CAMBRIDGE MD 21613 |           CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/27/20    PO#01210784 | Date Received & Ref :  11/27/20    RC#015530 |
| SOLD TO: | SHIPPED TO: |
| Name:    **LIN PHARMACY INC** | Name:    **LIN PHARMACY INC** |
| Address: 22404 LINDEN BLVD | Address: 22404 LINDEN BLVD |
|           CAMBRIA HEIGHTS NY 11411 |           CAMBRIA HEIGHTS NY 11411 |
| Date Purchased & Ref :   11/30/20    01S35039001 | Date Received & Ref :  11/30/20    01S35039001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001431750

GX 086.0316

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017896</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **PREZISTA 800MG TAB 30CT,** | | | |

NDC: **59676-0566-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19DG241 | 1 | |
| | | |
| | | |

Reference Number: **01I38357**
Document Type: **Invoice**
Reference Date: **11/30/20**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/30/20**      PO#01210809 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/30/20**      RC#015545 |
| SOLD TO:<br>Name:    **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>        **CAMBRIA HEIGHTS NY 11411**<br>Date Purchased & Ref :   **11/30/20**      01S35039001 | SHIPPED TO:<br>Name:    **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>        **CAMBRIA HEIGHTS NY 11411**<br>Date Received & Ref :  **11/30/20**      01S35039001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0317

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018791</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01140159**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| UC3R | 1 | |
| UD4D | 3 | |
| V79D | 2 | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20       PO#01211221 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20       RC#016109 |
| SOLD TO:<br>Name:    LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>            CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  12/28/20       01S36484001 | SHIPPED TO:<br>Name:    LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>            CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref : 12/28/20       01S36484001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0318

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01143541 |
| Document Type: | Invoice |
| Reference Date: | 02/23/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7J4V | 1 | |
| EM3E | 1 | |
| HN9W | 1 | |

### (TH) Transaction History

**Manufacturer's Name:    VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:    LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>         CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  02/23/21      01S39220001 | Name:    LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>         CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  02/23/21      01S39220001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 2       pages.

SCSRELATIVITY_0001431750

GX 086.0319

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JP7D | 1 | |
| RA5C | 1 | |
| | | |

Reference Number: __01143541__
Document Type: __Invoice__
Reference Date: __02/23/21__

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21  PO#01212034 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 02/23/21  RC#017225 |
| Name: **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref : 02/23/21  01S39220001 | Name: **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref : 02/23/21  01S39220001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of 2     pages.

SCSRELATIVITY_0001431750

GX 086.0320

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01143787**
Document Type: **Invoice**
Reference Date: **02/25/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 2 | |
| BV3W | 3 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21       PO#01212034 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017222 |
| SOLD TO:<br>Name:     LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>          CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :   02/25/21       01S39781001 | SHIPPED TO:<br>Name:     LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>          CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  02/25/21      01S39781001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0321

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020653</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
**RILPIVIRINE HCL**
NDC: **59676-0278-01**

| | | | |
|---|---|---|---|
| Reference Number: | 01143787 | | |
| Document Type: | Invoice | | |
| Reference Date: | 02/25/21 | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KFL7500 | 2 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:   JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/22/21     RC#017222 |
| SOLD TO: | SHIPPED TO: |
| Name:    LIN PHARMACY INC | Name:    LIN PHARMACY INC |
| Address: 22404 LINDEN BLVD | Address: 22404 LINDEN BLVD |
| CAMBRIA HEIGHTS NY 11411 | CAMBRIA HEIGHTS NY 11411 |
| Date Purchased & Ref :  02/25/21     01S39781001 | Date Received & Ref :  02/25/21     01S39781001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001431750

GX 086.0322

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number:   **01143787**

Document Type:   **Invoice**

Reference Date:   **02/25/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG727X | 2 | |
| 20EG062 | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21       PO#01212034** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21       RC#017225** |
| Name:   **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>          **CAMBRIA HEIGHTS NY 11411**<br>Date Purchased & Ref :  **02/25/21       01S39781001** | Name:   **LIN PHARMACY INC**<br>Address: **22404 LINDEN BLVD**<br>          **CAMBRIA HEIGHTS NY 11411**<br>Date Received & Ref :  **02/25/21       01S39781001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0323

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020674</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20JG267    | 2        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01143787**
Document Type: **Invoice**
Reference Date: **02/25/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21      RC#017224 |
| SOLD TO:<br>Name:   **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  02/25/21      01S39781001 | SHIPPED TO:<br>Name:   **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  02/25/21      01S39781001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001431750

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021305</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 6 | |
| | | |
| | | |

Reference Number: **01144436**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21      PO#01212210 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21      RC#017537 |
| Name:    LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>      CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  03/08/21      01S40348002 | Name:    LIN PHARMACY INC<br>Address: 22404 LINDEN BLVD<br>      CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  03/08/21      01S40348002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0325

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021345</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19JG470 | 2 | |
| | | |
| | | |

Reference Number: **01I44542**
Document Type: **Invoice**
Reference Date: **03/09/21**

## (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/09/21    PO#01212238 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21    RC#017557 |
| Name:    **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  03/09/21    01S40423001 | Name:    **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  03/09/21    01S40423001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0326

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021314</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01144866**
Document Type: **Invoice**
Reference Date: **03/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG374X | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/08/21    PO#01212210 | Date Received & Ref : 03/09/21    RC#017542 |
| SOLD TO: | SHIPPED TO: |
| Name: **LIN PHARMACY INC** | Name: **LIN PHARMACY INC** |
| Address: 22404 LINDEN BLVD | Address: 22404 LINDEN BLVD |
| CAMBRIA HEIGHTS NY 11411 | CAMBRIA HEIGHTS NY 11411 |
| Date Purchased & Ref : 03/15/21    01S40720001 | Date Received & Ref : 03/15/21    01S40720001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0327

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 6 | |
| | | |
| | | |

Reference Number: 01144866
Document Type: Invoice
Reference Date: 03/15/21

## (TH) Transaction History

Manufacturer's Name: VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/08/21 PO#01212210 | Date Received & Ref : 03/08/21 RC#017537 |
| SOLD TO: | SHIPPED TO: |
| Name: LIN PHARMACY INC | Name: LIN PHARMACY INC |
| Address: 22404 LINDEN BLVD | Address: 22404 LINDEN BLVD |
| CAMBRIA HEIGHTS NY 11411 | CAMBRIA HEIGHTS NY 11411 |
| Date Purchased & Ref : 03/15/21 01S40720001 | Date Received & Ref : 03/15/21 01S40720001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001431750

GX 086.0328

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021820</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| DUEXIS TAB 90CT, 800; 26.6 mg/1; mg/1, TABLET, COATED, 90 TABLET, COATED in 1 BOTTLE (75987-010-03) | | | Reference Number: | 01145711 |
| IBUPROFEN 800MG/ FAMOTIDINE 26.6MG | | | Document Type: | Invoice |
| NDC: 75987-0010-03 | | | Reference Date: | 03/26/21 |
| Lot Number | Quantity | Unique Serial # | | |
| 8123904 | 2 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:** HORIZON THERAPEUTICS USA
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21 PO#01212452 | Date Received & Ref : 03/25/21 RC#017833 |
| SOLD TO: | SHIPPED TO: |
| Name: LIN PHARMACY INC | Name: LIN PHARMACY INC |
| Address: 22404 LINDEN BLVD | Address: 22404 LINDEN BLVD |
| CAMBRIA HEIGHTS NY 11411 | CAMBRIA HEIGHTS NY 11411 |
| Date Purchased & Ref : 03/26/21 01S41304001 | Date Received & Ref : 03/26/21 01S41304001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431750

GX 086.0329

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021827</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PENNSAID 2% TOP SOL 112G BT, 20 mg/g, SOLUTION, 112 g in 1 BOTTLE, PUMP (75987-040-05)**

NDC: 75987-0040-05

| Reference Number: | 01145711 |
| Document Type: | Invoice |
| Reference Date: | 03/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| A1164B1 | 3 | |
| A1165A1 | 2 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** HORIZON THERAPEUTICS USA
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/25/21   PO#01212452 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Received & Ref : 03/25/21   RC#017833 |
| SOLD TO:<br>Name: **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br> CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref : 03/26/21   01S41304001 | SHIPPED TO:<br>Name: **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br> CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref : 03/26/21   01S41304001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001431750

GX 086.0330

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017338</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Reference Number: | 01137860 |
| Document Type: | Invoice |
| Reference Date: | 11/20/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IKL5N00 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/06/20      PO#01210524 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/09/20      RC#015151 |
| SOLD TO:<br>Name:     CIENEGA PHARMACY<br>Address: 7360 SANTA MONICA BLVD #101<br>          WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :   11/20/20      01S34593001 | SHIPPED TO:<br>Name:     CIENEGA PHARMACY<br>Address: 7360 SANTA MONICA BLVD #101<br>          WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  11/20/20      01S34593001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001431879

GX 086.0331

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000012800

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01I26213 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 05/27/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG184 | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|   REGO PARK NY 11374 |   REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|   CAMBRIDGE MD 21613 |   CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  05/22/20     PO#01208044 | Date Received & Ref :  05/26/20     RC#012058 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   FERNDALE FAMILY PHARMACY | Name:   FERNDALE FAMILY PHARMACY |
| Address: 753 W NINE MILE RD | Address: 753 W NINE MILE RD |
|   FERNDALE MI 48220 |   FERNDALE MI 48220 |
| Date Purchased & Ref :  05/27/20     01S24630001 | Date Received & Ref :  05/27/20     01S24630001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432059

GX 086.0332

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012801</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SM9N | 1 | |
| | | |
| | | |

Reference Number:   **01I26213**
Document Type:   **Invoice**
Reference Date:   **05/27/20**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/22/20      PO#01208044 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  05/26/20      RC#012058 |
| Name:   **FERNDALE FAMILY PHARMACY**<br>Address: 753 W NINE MILE RD<br>FERNDALE MI 48220<br>Date Purchased & Ref :  05/27/20      01S24630001 | Name:   **FERNDALE FAMILY PHARMACY**<br>Address: 753 W NINE MILE RD<br>FERNDALE MI 48220<br>Date Received & Ref :  05/27/20      01S24630001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001432059

GX 086.0333

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012994</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01I26525 |
| Document Type: | Invoice |
| Reference Date: | 06/02/20 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| U35F | 1 | |
| JP7D | 1 | |
| LK9K | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/01/20      PO#01208165 | Date Received & Ref :  06/02/20      RC#012208 |
| SOLD TO: | SHIPPED TO: |
| Name:   FERNDALE FAMILY PHARMACY | Name:   FERNDALE FAMILY PHARMACY |
| Address: 753 W NINE MILE RD | Address: 753 W NINE MILE RD |
| FERNDALE MI 48220 | FERNDALE MI 48220 |
| Date Purchased & Ref :  06/02/20      01S24872002 | Date Received & Ref :  06/02/20      01S24872002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SCSRELATIVITY_0001432059

GX 086.0334

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012953</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| W24V | 1 | |
| | | |
| | | |

Reference Number: 01I26525
Document Type: **Invoice**
Reference Date: 06/02/20

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/29/20    PO#01208117 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  06/01/20    RC#012165 |
| Name:   **FERNDALE FAMILY PHARMACY**<br>Address: 753 W NINE MILE RD<br>  FERNDALE MI 48220<br>Date Purchased & Ref :  06/02/20    01S24872002 | Name:   **FERNDALE FAMILY PHARMACY**<br>Address: 753 W NINE MILE RD<br>  FERNDALE MI 48220<br>Date Received & Ref :  06/02/20    01S24872002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001432059

GX 086.0335

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000013125

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01I27213
Document Type: Invoice
Reference Date: 06/15/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19DG231 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/05/20      PO#01208268 | Date Received & Ref :  06/08/20      RC#012330 |
| SOLD TO: | SHIPPED TO: |
| Name:    FERNDALE FAMILY PHARMACY | Name:    FERNDALE FAMILY PHARMACY |
| Address: 753 W NINE MILE RD | Address: 753 W NINE MILE RD |
| FERNDALE MI 48220 | FERNDALE MI 48220 |
| Date Purchased & Ref :  06/15/20      01S25545001 | Date Received & Ref :  06/15/20      01S25545001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001432059

GX 086.0336

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013869</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Reference Number: | 01I28946 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 07/15/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LR8B | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/30/20     PO#01208658 | Date Received & Ref :  07/02/20     RC#012811 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     FERNDALE FAMILY PHARMACY | Name:     FERNDALE FAMILY PHARMACY |
| Address: 753 W NINE MILE RD | Address: 753 W NINE MILE RD |
| FERNDALE MI 48220 | FERNDALE MI 48220 |
| Date Purchased & Ref :  07/15/20     01S27142002 | Date Received & Ref :  07/15/20     01S27142002 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of 1          pages.

SCSRELATIVITY_0001432059

GX 086.0337

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014778</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01130311 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 08/04/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WK7W | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   08/03/20        PO#01209134 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   08/04/20        RC#013441 |
| SOLD TO:<br>Name:     FERNDALE FAMILY PHARMACY<br>Address: 753 W NINE MILE RD<br>          FERNDALE MI 48220<br>Date Purchased & Ref :   08/04/20        01S27985003 | SHIPPED TO:<br>Name:     FERNDALE FAMILY PHARMACY<br>Address: 753 W NINE MILE RD<br>          FERNDALE MI 48220<br>Date Received & Ref :   08/04/20        01S27985003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432059

GX 086.0338

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017691</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | |
|---|---|
| **HUMIRA PEN 40MG/0.8ML, , KIT, 2 KIT in 1 CARTON (0074-4339-02)** > 1 KIT in 1 KIT * 1 SYRINGE in 1 TRAY > .8 mL in 1 S' | |

NDC: **00074-4339-02**

Reference Number: **01137965**
Document Type: **Invoice**
Reference Date: **11/23/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 1124461 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **ABBVIE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  11/19/20      PO#01210702 | Date Received & Ref :  11/20/20      RC#015400 |
| SOLD TO: | SHIPPED TO: |
| Name:    **MEADOW DRUGS AND SURGICALS** | Name:    **MEADOW DRUGS AND SURGICALS** |
| Address: **353 NEWBRIDGE RD** | Address: **353 NEWBRIDGE RD** |
| **EAST MEADOW NY 11554** | **EAST MEADOW NY 11554** |
| Date Purchased & Ref :  11/23/20      01S34582001 | Date Received & Ref :  11/23/20      01S34582001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000017690

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: TRULICITY INJECTION 1.5MG/0.5ML, | | |
|---|---|---|
| NDC: 00002-1434-80 | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| D295249C | 1 | |
| | | |
| | | |

Reference Number: **01I37965**
Document Type: **Invoice**
Reference Date: **11/23/20**

### (TH) Transaction History

Manufacturer's Name:     LILLY
Manufacturer's information:

| SOLD TO:<br>Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20        PO#01210702 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20        RC#015400 |
| SOLD TO:<br>Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Purchased & Ref :   11/23/20        01S34582001 | SHIPPED TO:<br>Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Received & Ref :  11/23/20        01S34582001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0340

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017847</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **S00006-0227-61**

Reference Number: **01138192**
Document Type: **Invoice**
Reference Date: **11/25/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| S012546    | 3        |                 |
| S008130    | 2        |                 |
| S007958    | 1        |                 |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/25/20      PO#01210777 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/25/20      RC#015476 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :   11/25/20      01S34851001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  11/25/20      01S34851001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0341

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017687</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| 19JG470 | 1 | |
| | | |
| | | |

Reference Number: 01138250
Document Type: Invoice
Reference Date: 11/27/20

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20     PO#01210702 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20     RC#015400 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Purchased & Ref :   11/27/20     01S34905001 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Received & Ref :  11/27/20     01S34905001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001432630

GX 086.0342

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017097</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** |

RILPIVIRINE HCL
NDC: 59676-0278-01

Reference Number: 01I38434
Document Type: Invoice
Reference Date: 12/02/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IIL7200B | 1 | |
| ILL2300 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/28/20     PO#01210378 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  10/29/20     RC#014972 |
| Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Purchased & Ref :  12/02/20     01S35145001 | Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Received & Ref :  12/02/20     01S35145001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0343

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018012</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PIFELTRO 100MG TAB 30CT,**

NDC:

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T030716 | 1 | |
| T017747 | 1 | |
| T017743 | 1 | |

Reference Number: **01I38516**
Document Type: **Invoice**
Reference Date: **12/03/20**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20      PO#01210838 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20      RC#015589 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :   12/03/20      01S35155001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  12/03/20      01S35155001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0344

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017991</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
**RILPIVIRINE HCL**
NDC: **59676-0278-01**

Reference Number: **01I38646**
Document Type: **Invoice**
Reference Date: **12/03/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IGL1300 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20      PO#01210838 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20      RC#015587 |
| Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Purchased & Ref :  12/03/20      01S35318001 | Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Received & Ref :  12/03/20      01S35318001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001432630

GX 086.0345

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017995</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T001235 | 1 | |
| S037643 | 2 | |
| T007067 | 1 | |

Reference Number: **01138646**
Document Type: **Invoice**
Reference Date: **12/03/20**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/01/20**      PO#01210838 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/02/20**      RC#015587 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Purchased & Ref :   **12/03/20**      01S35318001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Received & Ref :  **12/03/20**      01S35318001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0346

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number:   **01139557**
Document Type:   **Invoice**
Reference Date:   **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| WE7K | 1 | |
| YK3E | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20       PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20       RC#015911 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Purchased & Ref :  12/15/20       01S35780001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Received & Ref :  12/15/20       01S35780001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001432630

GX 086.0347

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018669</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **PREZCOBIX TAB 30CT,** | | | **Reference Number:** 01I39844 |
| **NDC: 59676-0575-30** | | | **Document Type:** Invoice |
| | | | **Reference Date:** 12/21/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BG119X | 3 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/21/20    PO#01211192 | Date Received & Ref : 12/21/20    RC#016031 |
| SOLD TO: | SHIPPED TO: |
| Name: **MEADOW DRUGS AND SURGICALS** | Name: **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref : 12/21/20    01S36263002 | Date Received & Ref : 12/21/20    01S36263002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001432630

GX 086.0348

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018789</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 2 | |
| | | |
| | | |

Reference Number:  **01140122**
Document Type:  **Invoice**
Reference Date:  **12/28/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20**   PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20**   RC#016109 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>   **EAST MEADOW NY 11554**<br>Date Purchased & Ref :   **12/28/20**   01S36477001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>   **EAST MEADOW NY 11554**<br>Date Received & Ref :  **12/28/20**   01S36477001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001432630

GX 086.0349

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018485</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Reference Number: | 01140455 |
| Document Type: | Invoice |
| Reference Date: | 01/05/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T024536 | 2 | |
| T032792 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20    PO#01211084 | Date Received & Ref :  12/15/20    RC#015907 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MEADOW DRUGS AND SURGICALS** | Name:   **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  01/05/21    01S36759001 | Date Received & Ref :  01/05/21    01S36759001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0350

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019039</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **PIFELTRO 100MG TAB 30CT,** | | | |

**Reference Number:** 01I40582
**Document Type:** Invoice
**Reference Date:** 01/06/21

NDC:

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T019912 | 1 | |
| T017740 | 1 | |
| T025058 | 1 | |

### (TH) Transaction History

**Manufacturer's Name:**   MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21    PO#01211295 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21    RC#016271 |
| Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>    EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/06/21    01S36168001 | Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>    EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21    01S36168001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0351

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019035</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-3080-01)**

NDC: **00006-3080-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T018686 | 1 | |
| | | |
| | | |

Reference Number: **01140584**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br>      REGO PARK NY 11374 <br> Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br>      REGO PARK NY 11374 <br> Date Received & Ref : |
| SOLD TO: <br> Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br>      CAMBRIDGE MD 21613 <br> Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO: <br> Name:   **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br>      CAMBRIDGE MD 21613 <br> Date Received & Ref :  01/05/21      RC#016271 |
| SOLD TO: <br> Name:   **MEADOW DRUGS AND SURGICALS** <br> Address: 353 NEWBRIDGE RD <br>      EAST MEADOW NY 11554 <br> Date Purchased & Ref :   01/06/21      01S35318003 | SHIPPED TO: <br> Name:   **MEADOW DRUGS AND SURGICALS** <br> Address: 353 NEWBRIDGE RD <br>      EAST MEADOW NY 11554 <br> Date Received & Ref :  01/06/21      01S35318003 |
| SOLD TO: <br> Name: <br> Address: <br> <br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br> <br> Date Received & Ref : |
| SOLD TO: <br> Name: <br> Address: <br> <br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br> <br> Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01140590**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 652K | 1 | |
| 689W | 1 | |
| 885M | 1 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21        PO#01211295 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21        RC#016278 |
| Name:     MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>            EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/06/21        01S36759002 | Name:     MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>            EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21        01S36759002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  4          pages.

SCSRELATIVITY_0001432630

GX 086.0353

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| | | | |
|---|---|---|---|
| Reference Number: | 0114O590 | | |
| Document Type: | Invoice | | |
| Reference Date: | 01/06/21 | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 885T | 1 | |
| CJ4V | 1 | |
| GB2B | 1 | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/06/21      01S36759002 | Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21      01S36759002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 4      pages.

SCSRELATIVITY_0001432630

GX 086.0354

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01140590 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| PN5E | 1 | |
| RW9Y | 1 | |
| WX8M | 1 | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/06/21      01S36759002 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21      01S36759002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of  4         pages.

SCSRELATIVITY_0001432630

GX 086.0355

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01140590 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| X49H | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21       PO#01211295 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21       RC#016278 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Purchased & Ref :   01/06/21       01S36759002 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21       01S36759002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4        of  4        pages.

SCSRELATIVITY_0001432630

GX 086.0356

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01140635
Document Type: Invoice
Reference Date: 01/06/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 682H | 1 | |
| AP7Y | 4 | |
| SY7D | 8 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Purchased & Ref :   01/06/21      01S36878001 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21      01S36878001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001432630

GX 086.0357

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01140635 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| SY7L | 1 | |
| Y22W | 3 | |
| Y22X | 8 | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/06/21     01S36878001 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>          EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21     01S36878001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2       pages.

SCSRELATIVITY_0001432630

GX 086.0358

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019600</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PIFELTRO 100MG TAB 30CT,**

NDC:

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T009398 | 1 | |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | **01I41574** |
| Document Type: | **Invoice** |
| Reference Date: | **01/21/21** |

## (TH) Transaction History

Manufacturer's Name:    **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016618 |
| Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/21/21      01S36514002 | Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Received & Ref :  01/21/21      01S36514002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0359

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

Reference Number: 01I41830
Document Type: Invoice
Reference Date: 01/26/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG048 | 2 | |
| 20EG106 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21    PO#01211610 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21    RC#016624 |
| SOLD TO:<br>Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>   EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/26/21    01S38034001 | SHIPPED TO:<br>Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>   EAST MEADOW NY 11554<br>Date Received & Ref :  01/26/21    01S38034001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019620</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
RILPIVIRINE HCL
NDC: 59676-0278-01

Reference Number: __01l41945__
Document Type: __Invoice__
Reference Date: __01/27/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| JGL2C00 | 2 | |
| KBL2K00A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016624 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Purchased & Ref :   01/27/21      01S38152001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Received & Ref :  01/27/21      01S38152001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001432630

GX 086.0361

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019620</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** RILPIVIRINE HCL NDC: 59676-0278-01 | | | | |
|---|---|---|---|---|
| | | | Reference Number: | 01I41946 |
| | | | Document Type: | Invoice |
| | | | Reference Date: | 01/27/21 |
| **Lot Number** | **Quantity** | **Unique Serial #** | | |
| KBL2L00 | 2 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: Name:    **BOULEVARD 9229 LLC** Address: **9229 QUEENS BLVD** **REGO PARK NY 11374** Date Purchased & Ref : | SHIPPED TO: Name:    **BOULEVARD 9229 LLC** Address: **9229 QUEENS BLVD** **REGO PARK NY 11374** Date Received & Ref : |
|---|---|
| SOLD TO: Name:    **SAFE CHAIN SOLUTIONS, LLC** Address: **822 CHESAPEAKE DR** **CAMBRIDGE MD 21613** Date Purchased & Ref :  01/21/21    PO#01211610 | SHIPPED TO: Name:    **SAFE CHAIN SOLUTIONS** Address: **822 CHESAPEAKE DR** **CAMBRIDGE MD 21613** Date Received & Ref :  01/21/21    RC#016624 |
| SOLD TO: Name:    **MEADOW DRUGS AND SURGICALS** Address: **353 NEWBRIDGE RD** **EAST MEADOW NY 11554** Date Purchased & Ref :   01/27/21    01S38163001 | SHIPPED TO: Name:    **MEADOW DRUGS AND SURGICALS** Address: **353 NEWBRIDGE RD** **EAST MEADOW NY 11554** Date Received & Ref :  01/27/21    01S38163001 |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0362

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019873</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-3080-01)**

NDC: **00006-3080-01**

| Reference Number: | 01I42029 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/28/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T031438 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:   MERCK SHARP & DOHME**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016747 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/28/21      01S36759004 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  01/28/21      01S36759004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0363

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019873</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-3080-01)**

NDC: 00006-3080-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T031410 | 1 | |
| | | |
| | | |

Reference Number: **01142030**
Document Type: **Invoice**
Reference Date: **01/28/21**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016747 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/28/21      01S35318004 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  01/28/21      01S35318004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01142110 |
| Document Type: | Invoice |
| Reference Date: | 01/28/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682E | 6 | |
| 8L3M | 9 | |
| FU5E | 2 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21      PO#01211698 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21      RC#016763 |
| SOLD TO:<br>Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>      EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/28/21      01S37835001 | SHIPPED TO:<br>Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>      EAST MEADOW NY 11554<br>Date Received & Ref :  01/28/21      01S37835001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

### (TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | |

NDC: **49702-0228-13**

Reference Number: **01142110**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GH3U | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/27/21**    PO#01211698 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/28/21**    RC#016763 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>    **EAST MEADOW NY 11554**<br>Date Purchased & Ref :  **01/28/21**    01S37835001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>    **EAST MEADOW NY 11554**<br>Date Received & Ref :  **01/28/21**    01S37835001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  2       pages.

SCSRELATIVITY_0001432630

GX 086.0366

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019879</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I42205 |
| Document Type: | Invoice |
| Reference Date: | 02/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21        PO#01211698 | Date Received & Ref :  01/28/21        RC#016747 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **MEADOW DRUGS AND SURGICALS** | Name:   **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  02/01/21        01S38349001 | Date Received & Ref :  02/01/21        01S38349001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0367

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019621</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01I42205**
Document Type: **Invoice**
Reference Date: **02/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T015806 | 3 | |
| T015805 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21     PO#01211610 | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21     RC#016624 |
| SOLD TO:<br>Name:     **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>     EAST MEADOW NY 11554<br>Date Purchased & Ref :  02/01/21     01S38349001 | SHIPPED TO:<br>Name:     **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>     EAST MEADOW NY 11554<br>Date Received & Ref :  02/01/21     01S38349001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020272</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **SPIRIVA RESPIMAT-2.5MCG,** |

NDC: **00597-0100-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 002623B | 1 | |
| 002623E | 1 | |
| 907277C | 1 | |

Reference Number:  **01I42785**
Document Type:  **Invoice**
Reference Date:  **02/11/21**

## (TH) Transaction History

Manufacturer's Name:   **BOEHRINGER INGELHEIM**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/09/21**      PO#01211886 | Date Received & Ref :  **02/10/21**      RC#017021 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MEADOW DRUGS AND SURGICALS** | Name:   **MEADOW DRUGS AND SURGICALS** |
| Address: **353 NEWBRIDGE RD** | Address: **353 NEWBRIDGE RD** |
| **EAST MEADOW NY 11554** | **EAST MEADOW NY 11554** |
| Date Purchased & Ref :  **02/11/21**      01S39020002** | Date Received & Ref :  **02/11/21**      01S39020002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2         pages.

SCSRELATIVITY_0001432630

GX 086.0369

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020272</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| SPIRIVA RESPIMAT-2.5MCG, | | | | |
| NDC: 00597-0100-61 | | | Reference Number: | 01I42785 |
| | | | Document Type: | Invoice |
| | | | Reference Date: | 02/11/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 907640A | 2 | |
| 907640B | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   BOEHRINGER INGELHEIM
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/09/21      PO#01211886 | Date Received & Ref :  02/10/21      RC#017021 |
| SOLD TO: | SHIPPED TO: |
| Name:   MEADOW DRUGS AND SURGICALS | Name:   MEADOW DRUGS AND SURGICALS |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  02/11/21      01S39020002 | Date Received & Ref :  02/11/21      01S39020002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  2       pages.

SCSRELATIVITY_0001432630

GX 086.0370

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020237</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **FARXIGA 5MG TAB 30CT,** | | |
| **DAPAGLIFLOZIN** | | |
| NDC: **00310-6205-30** | | |

Reference Number: **01I42785**
Document Type: **Invoice**
Reference Date: **02/11/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| MH0042 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **ASTRAZENECA**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/09/21       PO#01211886** | Date Received & Ref :  **02/10/21       RC#017019** |
| SOLD TO: | SHIPPED TO: |
| Name:    **MEADOW DRUGS AND SURGICALS** | Name:    **MEADOW DRUGS AND SURGICALS** |
| Address: **353 NEWBRIDGE RD** | Address: **353 NEWBRIDGE RD** |
| **EAST MEADOW NY 11554** | **EAST MEADOW NY 11554** |
| Date Purchased & Ref :  **02/11/21       01S39020002** | Date Received & Ref :  **02/11/21       01S39020002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020365</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDARBI-TAB-80MG-30CT,**

NDC: **60631-0080-30**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 65834 | 2 | |
| | | |
| | | |

Reference Number: **01I42845**
Document Type: **Invoice**
Reference Date: **02/11/21**

### (TH) Transaction History

Manufacturer's Name:   **ARBOR PHARMACEUTICALS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211907 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  02/11/21      RC#017065 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Purchased & Ref :  02/11/21      01S39020003 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Received & Ref :  02/11/21      01S39020003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0372

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020402</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: ZENPEP-20,000/63,000/84,000 USP, | | | | |
|---|---|---|---|---|

NDC: 00023-6112-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| W03391 | 1 | |
| W03961 | 1 | |
| | | |

Reference Number: **01I42916**
Document Type: **Invoice**
Reference Date: **02/12/21**

## (TH) Transaction History

Manufacturer's Name:    **NESTLE HEALTHCARE NUTRITION**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/12/21    PO#01211918 | Date Received & Ref :  02/12/21    RC#017068 |
| SOLD TO: | SHIPPED TO: |
| Name:    **MEADOW DRUGS AND SURGICALS** | Name:    **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
|    EAST MEADOW NY 11554 |    EAST MEADOW NY 11554 |
| Date Purchased & Ref :  02/12/21    01S39095001 | Date Received & Ref :  02/12/21    01S39095001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0373

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020399</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **PRADAXA-CAP-75MG-60CT,** | | |

NDC: **00597-0355-09**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **905624** | **2** | |
| | | |
| | | |

Reference Number: **01I42916**
Document Type: **Invoice**
Reference Date: **02/12/21**

## (TH) Transaction History

Manufacturer's Name:   **BOEHRINGER INGELHEIM**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  **02/12/21**        PO#01211918 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  **02/12/21**        RC#017068 |
| SOLD TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :   **02/12/21**        01S39095001 | SHIPPED TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  **02/12/21**        01S39095001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0374

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020396</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JENTADUETO-TAB-2.5/500MG-60CT,**

NDC: **00597-0146-60**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 960411 | 3 | |
| | | |
| | | |

Reference Number: **01l42916**

Document Type: **Invoice**

Reference Date: **02/12/21**

## (TH) Transaction History

Manufacturer's Name:     **BOEHRINGER INGELHEIM**
Manufacturer's information:

| SOLD TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/12/21        PO#01211918 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21        RC#017068 |
| SOLD TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  02/12/21        01S39095001 | SHIPPED TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  02/12/21        01S39095001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0375

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020269</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**RESTASIS-SINGLE-.05%-.4ML EA-30CT, .5 mg/mL, EMULSION, 30 VIAL, SINGLE-USE in 1 TRAY (0023-9163-30)  > .4 mL in**

NDC#: **00023-9163-30**

Reference Number: **01142918**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 10445      | 1        |                 |
| T0382      | 2        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **ALLERGAN**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/09/21      PO#01211886 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/10/21      RC#017021 |
| SOLD TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :   02/12/21      01S39020005 | SHIPPED TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  02/12/21      01S39020005 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0376

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019621</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01142924**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T024073 | 1 | |
| T030722 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016624 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>            EAST MEADOW NY 11554<br>Date Purchased & Ref :   02/12/21      01S39153001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>            EAST MEADOW NY 11554<br>Date Received & Ref :  02/12/21      01S39153001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0377

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019872</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01142924**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T024073 | 2 | |
| T032791 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/27/21**   PO#01211698 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/28/21**   RC#016747 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>   **EAST MEADOW NY 11554**<br>Date Purchased & Ref :   **02/12/21**   01S39153001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>   **EAST MEADOW NY 11554**<br>Date Received & Ref :  **02/12/21**   01S39153001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001432630

GX 086.0378

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020439</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-3080-01)**

NDC: **00006-3080-01**

| Reference Number: | 01143003 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 02/15/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T027924 | 1 | |
| T031410 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  02/15/21      01S36759005 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  02/15/21      01S36759005 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020451</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01143005**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V59A | 1 | |
| XW2J | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**    PO#01211914 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**    RC#017078 |
| Name: **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Purchased & Ref :  **02/15/21**    01S38498002 | Name: **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Received & Ref :  **02/15/21**    01S38498002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020443</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PIFELTRO 100MG TAB 30CT,** |

NDC:

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T017702 | 1 | |
| T019911 | 1 | |
| T047702 | 1 | |

Reference Number: __01I43013__
Document Type: __Invoice__
Reference Date: __02/15/21__

## (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/11/21    PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   02/12/21    RC#017078 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :   02/15/21    01S36514003 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :   02/15/21    01S36514003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0381

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020458</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01143049**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T024073 | 1 | |
| T024536 | 2 | |
| T030722 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**     PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/15/21**     RC#017082 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Purchased & Ref :  **02/15/21**     01S39183001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>**EAST MEADOW NY 11554**<br>Date Received & Ref :  **02/15/21**     01S39183001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001432630

GX 086.0382

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020530</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: PRADAXA-CAP-75MG-60CT, | | | | |
|---|---|---|---|---|
| NDC: 00597-0355-09 | | | Reference Number: | 01I43159 |
| | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 02/17/21 |
| 905839 | 1 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:**   BOEHRINGER INGELHEIM
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/16/21   PO#01211958 | Date Received & Ref :  02/16/21   RC#017129 |
| SOLD TO: | SHIPPED TO: |
| Name:   MEADOW DRUGS AND SURGICALS | Name:   MEADOW DRUGS AND SURGICALS |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  02/17/21   01S39095002 | Date Received & Ref :  02/17/21   01S39095002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0383

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020658</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PIFELTRO 100MG TAB 30CT,**

NDC:

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T035257 | 1 | |
| | | |
| | | |

Reference Number: <u>01I43442</u>
Document Type: <u>Invoice</u>
Reference Date: <u>02/22/21</u>

### (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21   PO#01212034 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 02/22/21   RC#017222 |
| Name: **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Purchased & Ref : 02/22/21   01S36514004 | Name: **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Received & Ref : 02/22/21   01S36514004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0384

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021015</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-3080-01)**

NDC: **00006-3080-01**

| Reference Number: | 01143930 |
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T024068 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21      RC#017381 |
| SOLD TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :   03/01/21      01S38226001 | SHIPPED TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :   03/01/21      01S38226001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0385

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021016</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

| Reference Number: | 01l43951 |
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| MW5J | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| Name:     MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Purchased & Ref :  03/01/21      01S37967001 | Name:     MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Received & Ref :  03/01/21      01S37967001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0386

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021296</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CT5U | 2 | |
| | | |
| | | |

Reference Number: **01144419**
Document Type: **Invoice**
Reference Date: **03/08/21**

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21        PO#01212210 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21        RC#017536 |
| Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>            EAST MEADOW NY 11554<br>Date Purchased & Ref :   03/08/21        01S37967002 | Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>            EAST MEADOW NY 11554<br>Date Received & Ref :  03/08/21        01S37967002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0387

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020678</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01144880**
Document Type: **Invoice**
Reference Date: **03/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| T036714 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:    **MEADOW DRUGS AND SURGICALS** | Name:    **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  03/15/21      01S40730001 | Date Received & Ref :  03/15/21      01S40730001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001432630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021014</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

| | | | |
|---|---|---|---|
| NDC: **00006-0227-61** | | Reference Number: | **01144880** |
| | | Document Type: | **Invoice** |
| | | Reference Date: | **03/15/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T036714 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **03/01/21      PO#01212108** | Date Received & Ref :  **03/01/21      RC#017381** |
| SOLD TO: | SHIPPED TO: |
| Name:   **MEADOW DRUGS AND SURGICALS** | Name:   **MEADOW DRUGS AND SURGICALS** |
| Address: **353 NEWBRIDGE RD** | Address: **353 NEWBRIDGE RD** |
| **EAST MEADOW NY 11554** | **EAST MEADOW NY 11554** |
| Date Purchased & Ref :  **03/15/21      01S40730001** | Date Received & Ref :  **03/15/21      01S40730001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0389

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021294</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T036714 | 2 | |
| | | |
| | | |

Reference Number: **01144880**
Document Type: **Invoice**
Reference Date: **03/15/21**

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21      PO#01212210 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21      RC#017536 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>      EAST MEADOW NY 11554<br>Date Purchased & Ref :   03/15/21      01S40730001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>      EAST MEADOW NY 11554<br>Date Received & Ref :   03/15/21      01S40730001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001432630

GX 086.0390

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021664</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
**RILPIVIRINE HCL**
NDC: 59676-0278-01

Reference Number: 01145215
Document Type: Invoice
Reference Date: 03/19/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| KFL7500    | 1        |                 |
| KFL7500A   | 2        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:  JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21     PO#01212358 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21     RC#017722 |
| Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Purchased & Ref :  03/19/21     01S40809001 | Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Received & Ref :  03/19/21     01S40809001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0391

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021825</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: **01145696**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| MW5J | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21    PO#01212452 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21    RC#017833 |
| Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  03/26/21    01S41347001 | Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  03/26/21    01S41347001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001432630

GX 086.0392

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021828</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PIFELTRO 100MG TAB 30CT,**

NDC:

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T036720 | 1 | |
| | | |
| | | |

Reference Number: <u>01I45697</u>
Document Type: <u>Invoice</u>
Reference Date: <u>03/26/21</u>

## (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>**Address: 9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>**Address: 9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>**Address: 822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  03/25/21      PO#01212452 | Name:   **SAFE CHAIN SOLUTIONS**<br>**Address: 822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  03/25/21      RC#017833 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>**Address: 353 NEWBRIDGE RD**<br>       **EAST MEADOW NY 11554**<br>Date Purchased & Ref :  03/26/21      01S38349002 | Name:   **MEADOW DRUGS AND SURGICALS**<br>**Address: 353 NEWBRIDGE RD**<br>       **EAST MEADOW NY 11554**<br>Date Received & Ref :  03/26/21      01S38349002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001432630

GX 086.0393

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01145825 |
| Document Type: | Invoice |
| Reference Date: | 03/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LD3H | 1 | |
| LN5D | 5 | |
| RN2F | 4 | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21     RC#017834 |
| SOLD TO:<br>Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  03/29/21      01S41554001 | SHIPPED TO:<br>Name:    MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  03/29/21      01S41554001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001432630

GX 086.0394

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| | | |
| | | |

Reference Number: **01143925**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:    **KEYSTONE SPECIALTY CARE PHARMACY** | Name:    **KEYSTONE SPECIALTY CARE PHARMACY** |
| Address: 46325 W 12 MILE ROAD #150 | Address: 46325 W 12 MILE RD #150 |
| NOVI MI 48377 | NOVI MI 48377 |
| Date Purchased & Ref :   03/01/21      01S39916001 | Date Received & Ref :  03/01/21      01S39916001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433001

GX 086.0395

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020680</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 1 | |
| | | |
| | | |

Reference Number: **01143925**
Document Type: **Invoice**
Reference Date: **03/01/21**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**      **PO#01212034** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**      **RC#017225** |
| SOLD TO:<br>Name:    **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: **46325 W 12 MILE ROAD #150**<br>          **NOVI MI 48377**<br>Date Purchased & Ref :   **03/01/21**      **01S39916001** | SHIPPED TO:<br>Name:    **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: **46325 W 12 MILE RD #150**<br>          **NOVI MI 48377**<br>Date Received & Ref :  **03/01/21**      **01S39916001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001433136

GX 086.0396

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012771</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

| Reference Number: | 01I26089 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 05/22/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| U42N | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  05/22/20    PO#01208031 | Date Received & Ref :  05/22/20    RC#012028 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  05/22/20    01S24504003 | Date Received & Ref :  05/22/20    01S24504003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433305

GX 086.0397

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012775</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19AG066X | 1 | |
| 19EG280 | 1 | |
| 19BG119X | 1 | |

Reference Number: __01126089__
Document Type: __Invoice__
Reference Date: __05/22/20__

## (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/22/20    PO#01208031 | Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  05/22/20    RC#012028 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  05/22/20    01S24504003 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  05/22/20    01S24504003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433305

GX 086.0398

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012775</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18MG939 | 1 | |
| | | |
| | | |

Reference Number: **01I26089**
Document Type: **Invoice**
Reference Date: **05/22/20**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/22/20      PO#01208031 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  05/22/20      RC#012028 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :  05/22/20      01S24504003 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :  05/22/20      01S24504003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433305

GX 086.0399

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012772</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01126089**
Document Type: **Invoice**
Reference Date: **05/22/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18LG861X   | 5        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref : |
| SOLD TO: <br> Name:    **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref :  05/22/20        PO#01208031 | SHIPPED TO: <br> Name:    **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref :  05/22/20        RC#012028 |
| SOLD TO: <br> Name:    **GRUBB'S SOUTHEAST PHARMACY** <br> Address: 1800 MARTIN LUTHER KING JR AVE SE <br> WASHINGTON DC 20020 <br> Date Purchased & Ref :   05/22/20        01S24504003 | SHIPPED TO: <br> Name:    **GRUBB'S SOUTHEAST PHARMACY** <br> Address: 1800 MARTIN LUTHER KING JR. AVE SE <br> WASHINGTON DC 20020 <br> Date Received & Ref :  05/22/20        01S24504003 |
| SOLD TO: <br> Name: <br> Address: <br><br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br><br> Date Received & Ref : |
| SOLD TO: <br> Name: <br> Address: <br><br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br><br> Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433305

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012773</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01126089__
Document Type: __Invoice__
Reference Date: __05/22/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 5Y6J | 2 | |
| U34X | 1 | |
| D97M | 1 | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/22/20    PO#01208031 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  05/22/20    RC#012028 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  05/22/20    01S24504003 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  05/22/20    01S24504003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012773</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01I26089**
Document Type: **Invoice**
Reference Date: **05/22/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| A96V | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/22/20   PO#01208031 | Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  05/22/20   RC#012028 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :  05/22/20   01S24504003 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :  05/22/20   01S24504003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of 2   pages.

SCSRELATIVITY_0001433305

GX 086.0402

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012774</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01126089
Document Type: Invoice
Reference Date: 05/22/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| Y89X | 1 | |
| BP6T | 1 | |
| 7F7B | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/22/20    PO#01208031 | Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  05/22/20    RC#012028 |
| Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref :  05/22/20    01S24504003 | Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref :  05/22/20    01S24504003 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 2    pages.

SCSRELATIVITY_0001433305
GX 086.0403

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000012774

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01126089**
Document Type: **Invoice**
Reference Date: **05/22/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| EW6D | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  05/22/20      PO#01208031 | Date Received & Ref :  05/22/20      RC#012028 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  05/22/20      01S24504003 | Date Received & Ref :  05/22/20      01S24504003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001433305

GX 086.0404

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000012840

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
**RILPIVIRINE HCL**
NDC: **59676-0278-01**

Reference Number: **01I26211**
Document Type: **Invoice**
Reference Date: **05/27/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| ICL1M00 | 1 | |
| IGL1300 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>              **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>              **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>              **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **05/27/20**        **PO#01208060** | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>              **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **05/27/20**        **RC#012081** |
| SOLD TO:<br>Name:     **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>              **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **05/27/20**        **01S24628001** | SHIPPED TO:<br>Name:     **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>              **WASHINGTON DC 20020**<br>Date Received & Ref :  **05/27/20**        **01S24628001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433307

GX 086.0405

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012841</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0562-01**

Reference Number: **01I26211**
Document Type: **Invoice**
Reference Date: **05/27/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18LG888 | 1 | |
| 18AG065 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   05/27/20      PO#01208060 | Date Received & Ref :   05/27/20      RC#012081 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :   05/27/20      01S24628001 | Date Received & Ref :   05/27/20      01S24628001 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433307

GX 086.0406

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012878</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01I26283**
Document Type: **Invoice**
Reference Date: **05/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| S007958 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **05/27/20**   PO#01208081 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **05/28/20**   RC#012110 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>  **WASHINGTON DC 20020**<br>Date Purchased & Ref :  **05/28/20**   01S24699001 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>  **WASHINGTON DC 20020**<br>Date Received & Ref :  **05/28/20**   01S24699001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433308

GX 086.0407

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012883</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: 00006-0227-61

| Reference Number: | 01l26283 |
| Document Type: | Invoice |
| Reference Date: | 05/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S008147 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/28/20   PO#01208104 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  05/28/20   RC#012109 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref :  05/28/20   01S24699001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref :  05/28/20   01S24699001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001433308
GX 086.0408

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012885</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19JG470 | 1 | |
| 19CG208 | 1 | |
| 19AG066X | 1 | |

Reference Number: **01126283**
Document Type: **Invoice**
Reference Date: **05/28/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/28/20      PO#01208104 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :  05/28/20      RC#012109 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>　　　　WASHINGTON DC 20020<br>Date Purchased & Ref :  05/28/20      01S24699001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>　　　　WASHINGTON DC 20020<br>Date Received & Ref :  05/28/20      01S24699001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001433308

GX 086.0409

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012885</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19EG2841   | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: __01126283__
Document Type: __Invoice__
Reference Date: __05/28/20__

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/28/20        PO#01208104 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  05/28/20        RC#012109 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  05/28/20        01S24699001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  05/28/20        01S24699001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001433308

GX 086.0410

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012886</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18DG336    | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01126514**
Document Type: **Invoice**
Reference Date: **06/02/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  05/28/20   PO#01208104 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  05/28/20   RC#012109 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :  06/02/20   01S24868002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :  06/02/20   01S24868002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433309

GX 086.0411

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012992</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0562-01**

Reference Number: __01126514__
Document Type: __Invoice__
Reference Date: __06/02/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18GG530 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **06/01/20      PO#01208165** | Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **06/02/20      RC#012208** |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **06/02/20      01S24868002** | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Received & Ref :  **06/02/20      01S24868002** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433309

GX 086.0412

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012979</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: 01I26514
Document Type: Invoice
Reference Date: 06/02/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18MG968 | 1 | |
| 19DG241 | 1 | |
| 19EG331 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/01/20      PO#01208158 | Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  06/02/20      RC#012207 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  06/02/20      01S24868002 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  06/02/20      01S24868002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433309

GX 086.0413

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012993</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01I26514**
Document Type: **Invoice**
Reference Date: **06/02/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19EG269 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/01/20        PO#01208165 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  06/02/20        RC#012208 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref :   06/02/20        01S24868002 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref :  06/02/20        01S24868002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433309

GX 086.0414

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012980</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01I26514**
Document Type: **Invoice**
Reference Date: **06/02/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19CG184    | 1        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/01/20     PO#01208158 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/02/20     RC#012207 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  06/02/20     01S24868002 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  06/02/20     01S24868002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433309

GX 086.0415

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012994</sup>

### (TI) Transaction Information

| | |
|---|---|
| **Drug Name, Strength, Dosage Form, Container Size:** | |
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | |

**NDC: 49702-0228-13**

| Reference Number: | 01I26514 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 06/02/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8ZP2158 | 1 | |
| CN8B | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD | **Address:** 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: | SHIPPED TO: |
| **Name:** SAFE CHAIN SOLUTIONS, LLC | **Name:** SAFE CHAIN SOLUTIONS, LLC |
| **Address:** 822 CHESAPEAKE DR | **Address:** 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 06/01/20   PO#01208165 | **Date Received & Ref :** 06/02/20   RC#012208 |
| SOLD TO: | SHIPPED TO: |
| **Name:** GRUBB'S SOUTHEAST PHARMACY | **Name:** GRUBB'S SOUTHEAST PHARMACY |
| **Address:** 1800 MARTIN LUTHER KING JR AVE SE | **Address:** 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| **Date Purchased & Ref :** 06/02/20   01S24868002 | **Date Received & Ref :** 06/02/20   01S24868002 |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433309

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013115</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)** |

**NDC: 59676-0571-01**

| Reference Number: | **01126807** |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | **06/08/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IKL3H00 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:   JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/05/20      PO#01208268 | Date Received & Ref :  06/08/20      RC#012330 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  06/08/20      01S25163002 | Date Received & Ref :  06/08/20      01S25163002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433310

GX 086.0417

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013118</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** |

NDC: **00006-0227-61**

Reference Number: **01I26807**
Document Type: **Invoice**
Reference Date: **06/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S008130 | 1 | |
| R035410 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20   PO#01208268 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20   RC#012330 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :   06/08/20   01S25163002 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :  06/08/20   01S25163002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433310

GX 086.0418

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013119</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: __01126807__
Document Type: __Invoice__
Reference Date: __06/08/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 4F8W | 1 | |
| YK9Y | 1 | |
| V73Y | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20       PO#01208268 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20       RC#012330 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  06/08/20       01S25163002 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  06/08/20       01S25163002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433310

GX 086.0419

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013121</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01126807__
Document Type: __Invoice__
Reference Date: __06/08/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| JP7D | 3 | |
| A96V | 1 | |
| LK9K | 3 | |

## (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref : |
| SOLD TO: <br> Name:  **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref :  06/05/20  PO#01208268 | SHIPPED TO: <br> Name:  **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref :  06/08/20  RC#012330 |
| SOLD TO: <br> Name:  **GRUBB'S SOUTHEAST PHARMACY** <br> Address: 1800 MARTIN LUTHER KING JR AVE SE <br> WASHINGTON DC 20020 <br> Date Purchased & Ref :  06/08/20  01S25163002 | SHIPPED TO: <br> Name:  **GRUBB'S SOUTHEAST PHARMACY** <br> Address: 1800 MARTIN LUTHER KING JR. AVE SE <br> WASHINGTON DC 20020 <br> Date Received & Ref :  06/08/20  01S25163002 |
| SOLD TO: <br> Name: <br> Address: <br> <br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br> <br> Date Received & Ref : |
| SOLD TO: <br> Name: <br> Address: <br> <br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br> <br> Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001433310

GX 086.0420

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013121</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01126807**
Document Type: **Invoice**
Reference Date: **06/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| E76Y | 2 | |
| BY3F | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20      PO#01208268 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20      RC#012330 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :   06/08/20      01S25163002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :  06/08/20      01S25163002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001433310

GX 086.0421

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013122</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: __01126807__
Document Type: __Invoice__
Reference Date: __06/08/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 4F9S | 1 | |
| GR8J | 2 | |
| LB7W | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20      PO#01208268 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20      RC#012330 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>           WASHINGTON DC 20020<br>Date Purchased & Ref :   06/08/20      01S25163002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>           WASHINGTON DC 20020<br>Date Received & Ref :  06/08/20      01S25163002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  2         pages.

SCSRELATIVITY_0001433310

GX 086.0422

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013122</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)** |

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| CE7N | 1 | |
| | | |
| | | |

Reference Number: **01126807**
Document Type: **Invoice**
Reference Date: **06/08/20**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|     REGO PARK NY 11374 |     REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|     CAMBRIDGE MD 21613 |     CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/05/20     PO#01208268 | Date Received & Ref :  06/08/20     RC#012330 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|     WASHINGTON DC 20020 |     WASHINGTON DC 20020 |
| Date Purchased & Ref :  06/08/20     01S25163002 | Date Received & Ref :  06/08/20     01S25163002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2       pages.

SCSRELATIVITY_0001433310

GX 086.0423

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013085</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SM9N | 1 | |
| | | |
| | | |

Reference Number: **01126807**
Document Type: **Invoice**
Reference Date: **06/08/20**

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/03/20     PO#01208217 | Date Received & Ref :  06/04/20     RC#012286 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :   06/08/20     01S25163002 | Date Received & Ref :  06/08/20     01S25163002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001433310

GX 086.0424

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013115</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01126905**
Document Type: **Invoice**
Reference Date: **06/09/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IKL3H00 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20     PO#01208268 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20     RC#012330 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>     WASHINGTON DC 20020<br>Date Purchased & Ref :  06/09/20     01S25237001 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>     WASHINGTON DC 20020<br>Date Received & Ref :  06/09/20     01S25237001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001433311

GX 086.0425

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012991</sup>

Doc#00000012991

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19HG421 | 1 | |
| | | |
| | | |

Reference Number: 01l26905
Document Type: Invoice
Reference Date: 06/09/20

## (TH) Transaction History

Manufacturer's Name:  JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/01/20      PO#01208165 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  06/02/20      RC#012208 |
| SOLD TO:<br>Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref :  06/09/20      01S25237001 | SHIPPED TO:<br>Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref :  06/09/20      01S25237001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433311

GX 086.0426

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013050</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| ZY7S | 1 | |
| | | |
| | | |

Reference Number: **01I26937**
Document Type: **Invoice**
Reference Date: **06/10/20**

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **06/03/20** PO#01208203 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **06/04/20** RC#012254 |
| SOLD TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>**WASHINGTON DC 20020**<br>Date Purchased & Ref : **06/10/20** 01S25312001 | SHIPPED TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>**WASHINGTON DC 20020**<br>Date Received & Ref : **06/10/20** 01S25312001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433312

GX 086.0427

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013121</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01I26937**
Document Type: **Invoice**
Reference Date: **06/10/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 8N2W | 1 | |
| 9R2Y | 1 | |
| PW4Y | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **06/05/20**      PO#01208268 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **06/08/20**      RC#012330 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>          **WASHINGTON DC 20020**<br>Date Purchased & Ref :  **06/10/20**      01S25312001 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>          **WASHINGTON DC 20020**<br>Date Received & Ref :  **06/10/20**      01S25312001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433312

GX 086.0428

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013122</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

| | | | |
|---|---|---|---|
| NDC: 49702-0231-13 | | Reference Number: | 01126937 |
| | | Document Type: | Invoice |
| | | Reference Date: | 06/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FP4T | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/05/20    PO#01208268 | Date Received & Ref :  06/08/20    RC#012330 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  06/10/20    01S25312001 | Date Received & Ref :  06/10/20    01S25312001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433312

GX 086.0429

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013081</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Reference Number: | 01126937 |
| Document Type: | Invoice |
| Reference Date: | 06/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| N55W | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS, LLC** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **06/04/20      PO#01208227** | Date Received & Ref :  **06/04/20      RC#012284** |
| SOLD TO: | SHIPPED TO: |
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: **1800 MARTIN LUTHER KING JR AVE SE** | Address: **1800 MARTIN LUTHER KING JR. AVE SE** |
| **WASHINGTON DC 20020** | **WASHINGTON DC 20020** |
| Date Purchased & Ref :  **06/10/20      01S25312001** | Date Received & Ref :  **06/10/20      01S25312001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433312

GX 086.0430

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013077</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** | | | | |
| **RILPIVIRINE HCL** | | | Reference Number: | 01I27187 |
| NDC: 59676-0278-01 | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 06/15/20 |
| IGL1300 | 1 | | | |
| | | | | |
| | | | | |

## (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 06/04/20    PO#01208227 | Date Received & Ref : 06/04/20    RC#012283 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 06/15/20    01S25484001 | Date Received & Ref : 06/15/20    01S25484001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001433313

GX 086.0431

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013122</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01I27187 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 06/15/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| N55W | 1 | |
| 433G | 1 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20        PO#01208268 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20        RC#012330 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  06/15/20        01S25484001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  06/15/20        01S25484001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433313

GX 086.0432

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013335</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| BF7T | 1 | |
| X89X | 1 | |
| VU3A | 1 | |

Reference Number: __01127188__
Document Type: __Invoice__
Reference Date: __06/15/20__

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/11/20      PO#01208371 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/15/20      RC#012487 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   06/15/20       01S25484002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  06/15/20       01S25484002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001433314

GX 086.0433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013335</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01I27188
Document Type: Invoice
Reference Date: 06/15/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7F7B | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :   06/11/20      PO#01208371 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :   06/15/20      RC#012487 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :   06/15/20      01S25484002 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :   06/15/20      01S25484002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 2      pages.

SCSRELATIVITY_0001433314

GX 086.0434

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013115</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)** |

|  | Reference Number: | 01I27314 |
| --- | --- | --- |
| NDC: 59676-0571-01 | Document Type: | **Invoice** |
|  | Reference Date: | 06/17/20 |

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| IKL3H00 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/05/20     PO#01208268 | Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Received & Ref :  06/08/20     RC#012330 |
| Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br> WASHINGTON DC 20020<br>Date Purchased & Ref :  06/17/20     01S25652001 | Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br> WASHINGTON DC 20020<br>Date Received & Ref :  06/17/20     01S25652001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433316

GX 086.0435

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013118</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S000158 | 1 | |
| | | |
| | | |

Reference Number: **01I27314**
Document Type: **Invoice**
Reference Date: **06/17/20**

### (TH) Transaction History

Manufacturer's Name:    **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **06/05/20**     PO#01208268 | Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **06/08/20**     RC#012330 |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>     **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **06/17/20**     01S25652001 | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>     **WASHINGTON DC 20020**<br>Date Received & Ref :  **06/17/20**     01S25652001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433316

GX 086.0436

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012992</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0562-01

Reference Number: 01I27314
Document Type: Invoice
Reference Date: 06/17/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19DG222 | 2 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 06/01/20    PO#01208165 | Date Received & Ref : 06/02/20    RC#012208 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 06/17/20    01S25652001 | Date Received & Ref : 06/17/20    01S25652001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001433316

GX 086.0437

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013125</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01I27314
Document Type: **Invoice**
Reference Date: 06/17/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19HG416 | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/05/20    PO#01208268 | Date Received & Ref :  06/08/20    RC#012330 |
| SOLD TO: | SHIPPED TO: |
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  06/17/20    01S25652001 | Date Received & Ref :  06/17/20    01S25652001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1         pages.

SCSRELATIVITY_0001433316

GX 086.0438

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000012993

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01I27314
Document Type: Invoice
Reference Date: 06/17/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19JG484 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/01/20    PO#01208165 | Date Received & Ref :  06/02/20    RC#012208 |
| SOLD TO: | SHIPPED TO: |
| Name:  GRUBB'S SOUTHEAST PHARMACY | Name:  GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  06/17/20    01S25652001 | Date Received & Ref :  06/17/20    01S25652001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001433316

GX 086.0439

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012980</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: <u>01I27314</u>
Document Type: <u>Invoice</u>
Reference Date: <u>06/17/20</u>

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19JG484 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/01/20        PO#01208158 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  06/02/20        RC#012207 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>            WASHINGTON DC 20020<br>Date Purchased & Ref :   06/17/20        01S25652001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>            WASHINGTON DC 20020<br>Date Received & Ref :  06/17/20        01S25652001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433316

GX 086.0440

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013342</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

| | | | |
|---|---|---|---|
| NDC: 59676-0575-30 | | Reference Number: | 01I27475 |
| | | Document Type: | Invoice |
| | | Reference Date: | 06/19/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG280 | 3 | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/15/20    PO#01208419 | Date Received & Ref :  06/15/20    RC#012489 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  06/19/20    01S25749001 | Date Received & Ref :  06/19/20    01S25749001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433317

GX 086.0441

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013077</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** | | | | |
| **RILPIVIRINE HCL** | | | Reference Number: | 01I27560 |
| **NDC: 59676-0278-01** | | | Document Type: | Invoice |
| **Lot Number** | **Quantity** | **Unique Serial #** | Reference Date: | 06/22/20 |
| **IIL7200A** | **1** | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/04/20       PO#01208227 | Date Received & Ref :  06/04/20       RC#012283 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :   06/22/20       01S25818001 | Date Received & Ref :  06/22/20       01S25818001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433319

GX 086.0442

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013342</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-** |

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG202 | 2 | |
| | | |
| | | |

Reference Number: 01I27560

Document Type: Invoice

Reference Date: 06/22/20

## (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   06/15/20        PO#01208419 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   06/15/20        RC#012489 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :   06/22/20        01S25818001 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :   06/22/20        01S25818001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433319

GX 086.0443

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013264</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG202 | 1 | |
| | | |
| | | |

Reference Number: **01I27560**
Document Type: **Invoice**
Reference Date: **06/22/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/10/20      PO#01208348 | Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  06/11/20      RC#012434 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :  06/22/20      01S25818001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :  06/22/20      01S25818001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433319

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013595</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

Reference Number: 01I27796
Document Type: Invoice
Reference Date: 06/24/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19CG202 | 1 | |
| 19BG119X | 1 | |
| 19CG205 | 1 | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/23/20        PO#01208526 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/23/20        RC#012649 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  06/24/20        01S26072001 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  06/24/20        01S26072001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433322

GX 086.0445

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013264</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-** |

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG281 | 1 | |
| | | |
| | | |

Reference Number: **01l27796**

Document Type: **Invoice**

Reference Date: **06/24/20**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS, LLC** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **06/10/20     PO#01208348** | Date Received & Ref :  **06/11/20     RC#012434** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: **1800 MARTIN LUTHER KING JR AVE SE** | Address: **1800 MARTIN LUTHER KING JR. AVE SE** |
| **WASHINGTON DC 20020** | **WASHINGTON DC 20020** |
| Date Purchased & Ref :  **06/24/20     01S26072001** | Date Received & Ref :  **06/24/20     01S26072001** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433322

GX 086.0446

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013596</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

Reference Number: **01I27796**
Document Type: **Invoice**
Reference Date: **06/24/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18EG432 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 06/23/20   PO#01208526 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 06/23/20   RC#012649 |
| Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 06/24/20   01S26072001 | Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 06/24/20   01S26072001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433322

GX 086.0447

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013550</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

**NDC:** 59676-0566-30

**Reference Number:** 01I27796
**Document Type:** Invoice
**Reference Date:** 06/24/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18MG965 | 2 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 06/18/20    PO#01208479 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 06/22/20    RC#012626 |
| SOLD TO:<br>Name: GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 06/24/20    01S26072001 | SHIPPED TO:<br>Name: GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 06/24/20    01S26072001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001433322

GX 086.0448

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013734</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18LG905 | 1 | |
| 19CG202 | 1 | |
| 19AG066X | 1 | |

Reference Number: **01I27944**
Document Type: **Invoice**
Reference Date: **06/26/20**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :   06/26/20       PO#01208593 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :   06/26/20       RC#012722 |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref :   06/26/20       01S26208001 | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref :   06/26/20       01S26208001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433324

GX 086.0449

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000013734

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG210 | 1 | |
| | | |
| | | |

Reference Number: **01128073**
Document Type: **Invoice**
Reference Date: **06/29/20**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   06/26/20        PO#01208593 | Date Received & Ref :   06/26/20        RC#012722 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :   06/29/20        01S26286001 | Date Received & Ref :   06/29/20        01S26286001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433325

GX 086.0450

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013264</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19JG470 | 1 | |
| | | |
| | | |

Reference Number: __01128073__
Document Type: __Invoice__
Reference Date: __06/29/20__

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 06/10/20 PO#01208348 | Date Received & Ref : 06/11/20 RC#012434 |
| SOLD TO: | SHIPPED TO: |
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 06/29/20 01S26286001 | Date Received & Ref : 06/29/20 01S26286001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001433325
GX 086.0451

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013595</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG326 | 1 | |
| | | |
| | | |

Reference Number: **01128073**
Document Type: **Invoice**
Reference Date: **06/29/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **06/23/20**      **PO#01208526** | Date Received & Ref :  **06/23/20**      **RC#012649** |
| SOLD TO: | SHIPPED TO: |
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: **1800 MARTIN LUTHER KING JR AVE SE** | Address: **1800 MARTIN LUTHER KING JR. AVE SE** |
| **WASHINGTON DC 20020** | **WASHINGTON DC 20020** |
| Date Purchased & Ref :   **06/29/20**      **01S26286001** | Date Received & Ref :  **06/29/20**      **01S26286001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433325

GX 086.0452

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000013597

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01I28073 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 06/29/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BG125 | 1 | |
| 18MG968 | 1 | |
| IKL2L00 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/23/20        PO#01208526 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/23/20        RC#012649 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  06/29/20        01S26286001 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  06/29/20        01S26286001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433325

GX 086.0453

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000012882</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)**
**RILPIVIRINE HCL**
NDC: 59676-0278-01

| | | | |
|---|---|---|---|
| Reference Number: | 01I28214 |
| Document Type: | Invoice |
| Reference Date: | 07/02/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IIL7100 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  05/28/20       PO#01208104 | Date Received & Ref :  05/28/20       RC#012109 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  07/02/20       01S26448001 | Date Received & Ref :  07/02/20       01S26448001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433326

GX 086.0454

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013869</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JE6K | 1 | |
| JE6R | 1 | |
| | | |

Reference Number: **01I28214**
Document Type: **Invoice**
Reference Date: **07/02/20**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  06/30/20     PO#01208658 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  07/02/20     RC#012811 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Purchased & Ref :  07/02/20     01S26448001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Received & Ref :  07/02/20     01S26448001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433326

GX 086.0455

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013874</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **SELZENTRY TB 300MG 60/BT,** | | | |

NDC: **49702-0224-18**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **W60049** | **1** | |
| | | |
| | | |

Reference Number: <u>**01I28214**</u>
Document Type: <u>**Invoice**</u>
Reference Date: <u>**07/02/20**</u>

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/30/20      PO#01208658 | Date Received & Ref :  07/02/20      RC#012811 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  07/02/20      01S26448001 | Date Received & Ref :  07/02/20      01S26448001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433326

GX 086.0456

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014516</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

**NDC: 59676-0562-01**

Reference Number: __01130259__
Document Type: __Invoice__
Reference Date: __07/31/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19AG058 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:    JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/24/20      PO#01209002 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  07/27/20      RC#013247 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>         WASHINGTON DC 20020<br>Date Purchased & Ref :   07/31/20      01S28126001 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>         WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20      01S28126001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433328

GX 086.0457

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013596</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19DG222 | 1 | |
| | | |
| | | |

Reference Number: **01130259**
Document Type: **Invoice**
Reference Date: **07/31/20**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  06/23/20       PO#01208526 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  06/23/20       RC#012649 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   07/31/20       01S28126001 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20       01S28126001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001433328

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014686</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6E4C | 1 | |
| LR8B | 1 | |
| | | |

Reference Number: **01130260**
Document Type: **Invoice**
Reference Date: **07/31/20**

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  07/30/20      PO#01209091 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  07/31/20      RC#013363 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>**WASHINGTON DC 20020**<br>Date Purchased & Ref :  07/31/20      01S28126002 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>**WASHINGTON DC 20020**<br>Date Received & Ref :  07/31/20      01S28126002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433329

GX 086.0459

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: __01130260__
Document Type: __Invoice__
Reference Date: __07/31/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| VT2R | 1 | |
| 8C9L | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20      PO#01209091 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20      RC#013363 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>         WASHINGTON DC 20020<br>Date Purchased & Ref :  07/31/20      01S28126002 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>         WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20      01S28126002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433329

GX 086.0460

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014684</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| X49H | 1 | |
| A96V | 1 | |
| 759H | 1 | |

Reference Number: **01130260**
Document Type: **Invoice**
Reference Date: **07/31/20**

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20     PO#01209091 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20     RC#013363 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  07/31/20     01S28126002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20     01S28126002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 4      pages.

SCSRELATIVITY_0001433329

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014684</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01130260
Document Type: Invoice
Reference Date: 07/31/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| E76Y | 1 | |
| 686H | 1 | |
| TS4P | 1 | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20       PO#01209091 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20    RC#013363 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>       WASHINGTON DC 20020<br>Date Purchased & Ref :  07/31/20    01S28126002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>       WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20    01S28126002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of  4    pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014684</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| HC6L | 1 | |
| DR8L | 1 | |
| W24V | 1 | |

Reference Number: **01130260**
Document Type: **Invoice**
Reference Date: **07/31/20**

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20     PO#01209091 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20     RC#013363 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>       WASHINGTON DC 20020<br>Date Purchased & Ref :  07/31/20     01S28126002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>       WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20     01S28126002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3     of  4     pages.

SCSRELATIVITY_0001433329

GX 086.0463

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014684</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| XB9B | 1 | |
| | | |
| | | |

Reference Number: **01130260**
Document Type: **Invoice**
Reference Date: **07/31/20**

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20        PO#01209091 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20        RC#013363 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  07/31/20       01S28126002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20       01S28126002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433329

GX 086.0464

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014691</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01130260
Document Type: Invoice
Reference Date: 07/31/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18LG861X | 2 | |
| 18HG617X | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20   PO#01209091 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20   RC#013366 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :  07/31/20   01S28126002 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :  07/31/20   01S28126002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001433329

GX 086.0465

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000013592</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01130529**
Document Type: **Invoice**
Reference Date: **08/06/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| IKL3H00 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  06/23/20    PO#01208526 | Date Received & Ref :  06/23/20    RC#012649 |
| SOLD TO: | SHIPPED TO: |
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|    WASHINGTON DC 20020 |    WASHINGTON DC 20020 |
| Date Purchased & Ref :  08/06/20    01S26334001 | Date Received & Ref :  08/06/20    01S26334001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001433331

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015549</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG202 | 1 | |
| 19EG281 | 2 | |
| 19CG208 | 1 | |

Reference Number: **01132039**
Document Type: **Invoice**
Reference Date: **08/28/20**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  08/27/20        PO#01209513 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  08/28/20        RC#013893 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  08/28/20        01S29683001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  08/28/20        01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001433334

GX 086.0467

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015549</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19MG718 | 1 | |
| 19GG404 | 1 | |
| 19BG119X | 1 | |

Reference Number: __01132039__

Document Type: __Invoice__

Reference Date: __08/28/20__

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  08/27/20      PO#01209513 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  08/28/20      RC#013893 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   08/28/20      01S29683001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  08/28/20      01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433334

GX 086.0468

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015549</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19JG470 | 1 | |
| | | |
| | | |

Reference Number: **01132039**
Document Type: **Invoice**
Reference Date: **08/28/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  08/27/20    PO#01209513 | Date Received & Ref :  08/28/20    RC#013893 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  08/28/20    01S29683001 | Date Received & Ref :  08/28/20    01S29683001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001433334

GX 086.0469

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015556</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8ZP1961 | 1 | |
| WF2G | 1 | |
| E76Y | 1 | |

Reference Number: __01132039__
Document Type: __Invoice__
Reference Date: __08/28/20__

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  08/27/20    PO#01209513 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  08/28/20    RC#013894 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Purchased & Ref :   08/28/20    01S29683001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Received & Ref :  08/28/20    01S29683001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  5        pages.

SCSRELATIVITY_0001433334

GX 086.0470

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015556</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| | Reference Number: | 01132039 |
| --- | --- | --- |
| | Document Type: | Invoice |
| | Reference Date: | 08/28/20 |

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| 8ZP1457 | 1 | |
| 885T | 2 | |
| WX8M | 2 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| --- | --- |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  08/27/20      PO#01209513 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  08/28/20      RC#013894 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>         WASHINGTON DC 20020<br>Date Purchased & Ref :  08/28/20      01S29683001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>         WASHINGTON DC 20020<br>Date Received & Ref :  08/28/20      01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433334

GX 086.0471

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015556</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01132039**
Document Type: **Invoice**
Reference Date: **08/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| PW4Y | 1 | |
| 652K | 2 | |
| TS4P | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  08/27/20        PO#01209513 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  08/28/20        RC#013894 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  08/28/20        01S29683001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  08/28/20        01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  5      pages.

SCSRELATIVITY_0001433334

GX 086.0472

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015556</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01132039 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 08/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| X49H | 1 | |
| WS3J | 1 | |
| CJ4V | 2 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 08/27/20   PO#01209513 | Date Received & Ref : 08/28/20   RC#013894 |
| SOLD TO: | SHIPPED TO: |
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 08/28/20   01S29683001 | Date Received & Ref : 08/28/20   01S29683001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4    of 5    pages.

SCSRELATIVITY_0001433334

GX 086.0473

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015556</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01132039 |
| Document Type: | Invoice |
| Reference Date: | 08/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| W24V | 1 | |
| 689W | 1 | |
| HC6L | 1 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 08/27/20   PO#01209513 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 08/28/20   RC#013894 |
| Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 08/28/20   01S29683001 | Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 08/28/20   01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 5     of  5          pages.

SCSRELATIVITY_0001433334

GX 086.0474

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015557</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| PL3D | 3 | |
| NB8J | 3 | |
| L53T | 1 | |

Reference Number: **01132039**
Document Type: **Invoice**
Reference Date: **08/28/20**

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   08/27/20        PO#01209513 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   08/28/20        RC#013894 |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   08/28/20        01S29683001 | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :   08/28/20        01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001433334

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015557</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| EW6D | 8 | |
| X46V | 2 | |
| 2G7U | 1 | |

Reference Number: 01132039
Document Type: Invoice
Reference Date: 08/28/20

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :   08/27/20      PO#01209513 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :   08/28/20      RC#013894 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :   08/28/20      01S29683001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :   08/28/20      01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3      pages.

SCSRELATIVITY_0001433334

GX 086.0476

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015557</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01132039 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 08/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WK7W | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  08/27/20       PO#01209513 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  08/28/20      RC#013894 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>            WASHINGTON DC 20020<br>Date Purchased & Ref :   08/28/20        01S29683001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>            WASHINGTON DC 20020<br>Date Received & Ref :  08/28/20        01S29683001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of  3          pages.

SCSRELATIVITY_0001433334

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015625</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Reference Number: | 01132251 |
| Document Type: | Invoice |
| Reference Date: | 09/01/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG210 | 1 | |
| 19EG326 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  08/28/20      PO#01209544 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  09/01/20      RC#013924 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :  09/01/20      01S29683002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :  09/01/20      01S29683002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001433335

GX 086.0478

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000015759

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01132518
Document Type: **Invoice**
Reference Date: 09/08/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GG352 | 3 | |
| 19JG484 | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 09/02/20   PO#01209608 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 09/08/20   RC#014052 |
| SOLD TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 09/08/20   01S30055001 | SHIPPED TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 09/08/20   01S30055001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001433336

GX 086.0479

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015760</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01132518**
Document Type: **Invoice**
Reference Date: **09/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| E76Y | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   09/02/20      PO#01209608 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/08/20      RC#014052 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   09/08/20      01S30055001 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  09/08/20      01S30055001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433336

GX 086.0480

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015759</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

Reference Number: **01132538**
Document Type: **Invoice**
Reference Date: **09/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18LG861X | 1 | |
| 19DG231 | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/02/20      PO#01209608 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/08/20      RC#014052 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   09/08/20      01S29683003 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  09/08/20      01S29683003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433337

GX 086.0481

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015760</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01132538 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 09/08/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8ZP1457 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  09/02/20      PO#01209608 | Date Received & Ref :  09/08/20      RC#014052 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  09/08/20      01S29683003 | Date Received & Ref :  09/08/20      01S29683003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433337

GX 086.0482

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015904</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| SH7B | 1 | |
| 689W | 1 | |
| TS4P | 1 | |

Reference Number: 01l33044
Document Type: Invoice
Reference Date: 09/15/20

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/15/20   PO#01209744 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  09/15/20   RC#014148 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :  09/15/20   01S30561004 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :  09/15/20   01S30561004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 4      pages.

SCSRELATIVITY_0001433341

GX 086.0483

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015904</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01133044
Document Type: Invoice
Reference Date: 09/15/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 885T | 2 | |
| 652K | 3 | |
| X49H | 5 | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/15/20      PO#01209744 | Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  09/15/20      RC#014148 |
| Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  09/15/20      01S30561004 | Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  09/15/20      01S30561004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433341

GX 086.0484

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015904</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01I33044 |
| Document Type: | Invoice |
| Reference Date: | 09/15/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| X49P | 1 | |
| CJ4V | 1 | |
| PC5C | 2 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :   09/15/20    PO#01209744 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :   09/15/20    RC#014148 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>    WASHINGTON DC 20020<br>Date Purchased & Ref :   09/15/20    01S30561004 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>    WASHINGTON DC 20020<br>Date Received & Ref :   09/15/20    01S30561004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of  4    pages.

SCSRELATIVITY_0001433341

GX 086.0485

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015904</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8N2Y | 1 | |
| HC3V | 1 | |
| 8ZP1457 | 1 | |

Reference Number: 01I33044
Document Type: Invoice
Reference Date: 09/15/20

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/15/20     PO#01209744 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/15/20     RC#014148 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  09/15/20     01S30561004 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  09/15/20     01S30561004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4        of  4        pages.

SCSRELATIVITY_0001433341

GX 086.0486

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015903</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01133079
Document Type: Invoice
Reference Date: 09/15/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20EG062 | 2 | |
| 20GG129 | 5 | |
| 20AG853X | 2 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/15/20     PO#01209744 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  09/15/20     RC#014148 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>    WASHINGTON DC 20020<br>Date Purchased & Ref :  09/15/20     01S30561002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>    WASHINGTON DC 20020<br>Date Received & Ref :  09/15/20     01S30561002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  2     pages.

SCSRELATIVITY_0001433344

GX 086.0487

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015903</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01I33079 |
| Document Type: | Invoice |
| Reference Date: | 09/15/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GG131 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  09/15/20    PO#01209744 | Date Received & Ref :  09/15/20    RC#014148 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  09/15/20    01S30561002 | Date Received & Ref :  09/15/20    01S30561002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433344

GX 086.0488

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015621</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** | | | | |
| **RILPIVIRINE HCL** | | | Reference Number: | 01I33553 |
| **NDC: 59676-0278-01** | | | Document Type: | Invoice |
| **Lot Number** | **Quantity** | **Unique Serial #** | Reference Date: | 09/22/20 |
| IIL7200 | 1 | | | |
| IIL7200B | 1 | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:     JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:      BOULEVARD 9229 LLC | Name:      BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   08/28/20       PO#01209544 | Date Received & Ref :   09/01/20        RC#013924 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :   09/22/20       01S31026001 | Date Received & Ref :   09/22/20        01S31026001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1              pages.

SCSRELATIVITY_0001433346

GX 086.0489

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015944</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GG117 | 1 | |
| | | |
| | | |

Reference Number: __01133553__
Document Type: __Invoice__
Reference Date: __09/22/20__

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  09/10/20        PO#01209692 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  09/16/20        RC#014176 |
| **SOLD TO:**<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>         **WASHINGTON DC 20020**<br>Date Purchased & Ref :  09/22/20        01S31026001 | **SHIPPED TO:**<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>         **WASHINGTON DC 20020**<br>Date Received & Ref :  09/22/20        01S31026001 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433346

GX 086.0490

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016155</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: **49702-0246-13**

| Reference Number: | 01133579 |
| Document Type: | Invoice |
| Reference Date: | 09/22/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FL5F | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/21/20      PO#01209825 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/22/20      RC#014294 |
| SOLD TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  09/22/20      01S31026002 | SHIPPED TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  09/22/20      01S31026002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433347

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016154</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: 01133579
Document Type: Invoice
Reference Date: 09/22/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FN4D | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/21/20   PO#01209825 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  09/22/20   RC#014294 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>   WASHINGTON DC 20020<br>Date Purchased & Ref :  09/22/20   01S31026002 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>   WASHINGTON DC 20020<br>Date Received & Ref :  09/22/20   01S31026002 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001433347

GX 086.0492

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016149</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01133579
Document Type: Invoice
Reference Date: 09/22/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 689W | 9 | |
| RW9Y | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/21/20      PO#01209825 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  09/22/20      RC#014294 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :  09/22/20      01S31026002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :  09/22/20      01S31026002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433347

GX 086.0493

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016150</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01133579
Document Type: Invoice
Reference Date: 09/22/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| PG9F | 3 | |
| VH3K | 2 | |
| XV9Y | 2 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/21/20        PO#01209825 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/22/20        RC#014294 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  09/22/20        01S31026002 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  09/22/20        01S31026002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001433347

GX 086.0494

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016150</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V59A | 2 | |
| XW2J | 1 | |
| | | |

Reference Number: __01133579__
Document Type: __Invoice__
Reference Date: __09/22/20__

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   09/21/20        PO#01209825 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   09/22/20        RC#014294 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :   09/22/20        01S31026002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :   09/22/20        01S31026002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001433347

GX 086.0495

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016278</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Reference Number: | 01I33991 |
| Document Type: | Invoice |
| Reference Date: | 09/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6E4B | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   09/28/20     PO#01209895 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/28/20    RC#014370 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   09/28/20     01S31272002 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  09/28/20    01S31272002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433349

GX 086.0496

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016149</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01133991
Document Type: Invoice
Reference Date: 09/28/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 8N2W | 2 | |
| HN9W | 1 | |
| XB9B | 1 | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Purchased & Ref : 09/21/20    PO#01209825 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Received & Ref : 09/22/20    RC#014294 |
| SOLD TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br> WASHINGTON DC 20020<br>Date Purchased & Ref : 09/28/20    01S31272002 | SHIPPED TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br> WASHINGTON DC 20020<br>Date Received & Ref : 09/28/20    01S31272002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  3    pages.

SCSRELATIVITY_0001433349

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016149</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

**NDC:** 49702-0228-13

**Reference Number:** 01I33991
**Document Type:** Invoice
**Reference Date:** 09/28/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WP4P | 1 | |
| RJ9G | 2 | |
| 8N2Y | 2 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO:<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>**Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 09/21/20 PO#01209825 | SHIPPED TO:<br>**Name:** SAFE CHAIN SOLUTIONS<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 09/22/20 RC#014294 |
| SOLD TO:<br>**Name:** GRUBB'S SOUTHEAST PHARMACY<br>**Address:** 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 09/28/20 01S31272002 | SHIPPED TO:<br>**Name:** GRUBB'S SOUTHEAST PHARMACY<br>**Address:** 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 09/28/20 01S31272002 |
| SOLD TO:<br>**Name:**<br>**Address:**<br><br>Date Purchased & Ref : | SHIPPED TO:<br>**Name:**<br>**Address:**<br><br>Date Received & Ref : |
| SOLD TO:<br>**Name:**<br>**Address:**<br><br>Date Purchased & Ref : | SHIPPED TO:<br>**Name:**<br>**Address:**<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433349

GX 086.0498

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016149</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number:  01I33991
Document Type:  Invoice
Reference Date:  09/28/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 7J4V       | 1        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/21/20    PO#01209825 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  09/22/20    RC#014294 |
| SOLD TO:<br>Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>  WASHINGTON DC 20020<br>Date Purchased & Ref :  09/28/20    01S31272002 | SHIPPED TO:<br>Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>  WASHINGTON DC 20020<br>Date Received & Ref :  09/28/20    01S31272002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of  3    pages.

SCSRELATIVITY_0001433349

GX 086.0499

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016285</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0562-01**

Reference Number: __01l34817__
Document Type: __Invoice__
Reference Date: __10/09/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19AG058 | 1 | |
| 18LG888 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  09/28/20      PO#01209895 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  09/28/20      RC#014371 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  10/09/20       01S32107001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  10/09/20       01S32107001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433351

GX 086.0500

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016830</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01135475 |
| Document Type: | Invoice |
| Reference Date: | 10/19/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| B52W | 1 | |
| 784F | 5 | |
| 526T | 4 | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/16/20         PO#01210198 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  10/19/20         RC#014757 |
| SOLD TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>         WASHINGTON DC 20020<br>Date Purchased & Ref :  10/19/20         01S32107004 | SHIPPED TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>         WASHINGTON DC 20020<br>Date Received & Ref :  10/19/20         01S32107004 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001433357

GX 086.0501

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016822</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01135542
Document Type: Invoice
Reference Date: 10/20/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20GG131 | 2 | |
| 20EG062 | 3 | |
| 19MG727X | 1 | |

## (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|    REGO PARK NY 11374 |    REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|    CAMBRIDGE MD 21613 |    CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  10/16/20     PO#01210201 | Date Received & Ref :  10/19/20     RC#014755 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|    WASHINGTON DC 20020 |    WASHINGTON DC 20020 |
| Date Purchased & Ref :  10/20/20     01S32693001 | Date Received & Ref :  10/20/20     01S32693001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433358

GX 086.0502

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016991</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01135864 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 10/23/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 689Y | 1 | |
| 885M | 1 | |
| 885T | 5 | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  10/22/20    PO#01210304 | Date Received & Ref :  10/23/20    RC#014888 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  10/23/20    01S32912001 | Date Received & Ref :  10/23/20    01S32912001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  4        pages.

SCSRELATIVITY_0001433359

GX 086.0503

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016991</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01135864 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 10/23/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CJ4V | 1 | |
| GB2B | 1 | |
| GB2K | 3 | |

### (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/22/20       PO#01210304 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  10/23/20      RC#014888 |
| SOLD TO:<br>Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref :  10/23/20      01S32912001 | SHIPPED TO:<br>Name:  GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref :  10/23/20      01S32912001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  4        pages.

SCSRELATIVITY_0001433359

GX 086.0504

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016991</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Reference Number: | 01135864 |
| --- | --- |
| Document Type: | Invoice |
| Reference Date: | 10/23/20 |

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| LK9K | 1 | |
| RW9Y | 1 | |
| WS3J | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   10/22/20      PO#01210304 | Date Received & Ref :   10/23/20      RC#014888 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :   10/23/20      01S32912001 | Date Received & Ref :   10/23/20      01S32912001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  4      pages.

SCSRELATIVITY_0001433359

GX 086.0505

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016991</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WX8M | 1 | |
| | | |
| | | |

Reference Number: __01135864__
Document Type: __Invoice__
Reference Date: __10/23/20__

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/22/20      PO#01210304 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  10/23/20      RC#014888 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  10/23/20      01S32912001 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  10/23/20      01S32912001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433359

GX 086.0506

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016989</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01135864 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 10/23/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 526T | 4 | |
| 784F | 2 | |
| EK5N | 3 | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  10/22/20       PO#01210304 | Date Received & Ref :  10/23/20       RC#014885 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  10/23/20       01S32912001 | Date Received & Ref :  10/23/20       01S32912001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  3       pages.

SCSRELATIVITY_0001433359

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016989</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01135864
Document Type: Invoice
Reference Date: 10/23/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| J25S | 2 | |
| LX8Y | 4 | |
| YK3E | 3 | |

### (TH) Transaction History

Manufacturer's Name: VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 10/22/20   PO#01210304 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 10/23/20   RC#014885 |
| Name: GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 10/23/20   01S32912001 | Name: GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 10/23/20   01S32912001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of 3   pages.

SCSRELATIVITY_0001433359

GX 086.0508

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016989</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)** |

**NDC: 49702-0231-13**

Reference Number: __01135864__
Document Type: __Invoice__
Reference Date: __10/23/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| YR8X | 2 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/22/20        PO#01210304 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  10/23/20        RC#014885 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>            WASHINGTON DC 20020<br>Date Purchased & Ref :   10/23/20        01S32912001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>            WASHINGTON DC 20020<br>Date Received & Ref :  10/23/20        01S32912001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3         pages.

SCSRELATIVITY_0001433359

GX 086.0509

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017079</sup>

## (TI) Transaction Information

| | |
|---|---|
| Drug Name, Strength, Dosage Form, Container Size: | |
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** | |

NDC: **00006-0227-61**

Reference Number: **01136358**
Document Type: **Invoice**
Reference Date: **10/30/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S017036 | 1 | |
| T013564 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **10/28/20      PO#01210379** | Date Received & Ref :  **10/29/20      RC#014961** |
| SOLD TO: | SHIPPED TO: |
| Name:     **GRUBB'S SOUTHEAST PHARMACY** | Name:     **GRUBB'S SOUTHEAST PHARMACY** |
| Address: **1800 MARTIN LUTHER KING JR AVE SE** | Address: **1800 MARTIN LUTHER KING JR. AVE SE** |
| **WASHINGTON DC 20020** | **WASHINGTON DC 20020** |
| Date Purchased & Ref :  **10/30/20      01S33398001** | Date Received & Ref :  **10/30/20      01S33398001** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433360

GX 086.0510

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016990</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Reference Number: | 01136358 |
| Document Type: | Invoice |
| Reference Date: | 10/30/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG106 | 3 | |
| 20GG117 | 4 | |
| 20HG193 | 2 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  10/22/20      PO#01210304 | Date Received & Ref :  10/23/20      RC#014885 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  10/30/20      01S33398001 | Date Received & Ref :  10/30/20      01S33398001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001433360

GX 086.0511

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000016990</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG205    | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01136358**
Document Type: **Invoice**
Reference Date: **10/30/20**

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/22/20        PO#01210304 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  10/23/20        RC#014885 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   10/30/20        01S33398001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  10/30/20        01S33398001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433360

GX 086.0512

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017098</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

| Reference Number: | 01136358 |
| Document Type: | Invoice |
| Reference Date: | 10/30/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18AG056 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **10/28/20       PO#01210378** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref : **10/29/20       RC#014972** |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>       **WASHINGTON DC 20020**<br>Date Purchased & Ref : **10/30/20       01S33398001** | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>       **WASHINGTON DC 20020**<br>Date Received & Ref : **10/30/20       01S33398001** |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001433360

GX 086.0513

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017096</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: 01136358
Document Type: Invoice
Reference Date: 10/30/20

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19MG726 | 4 | |
| 19JG484 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  10/28/20      PO#01210378 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  10/29/20      RC#014972 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  10/30/20      01S33398001 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  10/30/20      01S33398001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433360

GX 086.0514

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017214</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LR7X | 1 | |
| | | |
| | | |

Reference Number: 01136717
Document Type: Invoice
Reference Date: 11/05/20

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 11/04/20      PO#01210470 | Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 11/05/20      RC#015085 |
| Name: GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 11/05/20      01S31272005 | Name: GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 11/05/20      01S31272005 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001433361

GX 086.0515

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017213</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: **49702-0242-13**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| **FN4D** | **1** | |
| | | |
| | | |

Reference Number: **01136717**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20        PO#01210470** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20        RC#015085** |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>         **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **11/05/20        01S31272005** | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>         **WASHINGTON DC 20020**<br>Date Received & Ref :  **11/05/20        01S31272005** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433361

GX 086.0516

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017093</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01136833**
Document Type: **Invoice**
Reference Date: **11/06/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| HC6L | 2 | |
| PC5C | 1 | |
| VN7P | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :   10/28/20    PO#01210379 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :   10/29/20    RC#014968 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>    WASHINGTON DC 20020<br>Date Purchased & Ref :   11/06/20    01S32912002 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>    WASHINGTON DC 20020<br>Date Received & Ref :   11/06/20    01S32912002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433362

GX 086.0517

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017345</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01136922 |
| Document Type: | Invoice |
| Reference Date: | 11/09/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19LG637 | 1 | |
| 19NG781 | 1 | |
| 20CG954 | 1 | |

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/06/20     PO#01210524 | Date Received & Ref :  11/09/20     RC#015151 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  11/09/20     01S33764003 | Date Received & Ref :  11/09/20     01S33764003 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433365

GX 086.0518

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017097</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01) | | | | |
| RILPIVIRINE HCL | | | Reference Number: | 01I37159 |
| NDC: 59676-0278-01 | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 11/12/20 |
| IIL7100 | 2 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 10/28/20    PO#01210378 | Date Received & Ref : 10/29/20    RC#014972 |
| SOLD TO: | SHIPPED TO: |
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 11/12/20    01S34059001 | Date Received & Ref : 11/12/20    01S34059001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433366

GX 086.0519

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000017531

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01137493 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 11/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 652K | 2 | |
| 689W | 1 | |
| 8ZP1862 | 1 | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/13/20      PO#01210630 | Date Received & Ref :  11/16/20      RC#015302 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   GRUBB'S SOUTHEAST PHARMACY | Name:   GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|          WASHINGTON DC 20020 |          WASHINGTON DC 20020 |
| Date Purchased & Ref :  11/16/20      01S33764005 | Date Received & Ref :  11/16/20      01S33764005 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  5        pages.

SCSRELATIVITY_0001433367

GX 086.0520

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017531</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01137493**
Document Type: **Invoice**
Reference Date: **11/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| DR8N | 1 | |
| EM3E | 1 | |
| HC3V | 1 | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/13/20**       PO#01210630 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/16/20**       RC#015302 |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **11/16/20**       01S33764005 | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Received & Ref :  **11/16/20**       01S33764005 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2         of  5         pages.

SCSRELATIVITY_0001433367

GX 086.0521

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017531</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01137493
Document Type: Invoice
Reference Date: 11/16/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| K62J | 1 | |
| PC5C | 1 | |
| TS4P | 2 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/13/20     PO#01210630 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  11/16/20     RC#015302 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>     WASHINGTON DC 20020<br>Date Purchased & Ref :  11/16/20     01S33764005 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>     WASHINGTON DC 20020<br>Date Received & Ref :  11/16/20     01S33764005 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3     of  5     pages.

SCSRELATIVITY_0001433367

GX 086.0522

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017531</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01137493**
Document Type: **Invoice**
Reference Date: **11/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| VN7P | 1 | |
| WS3J | 1 | |
| X49H | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

**SOLD TO:**
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Purchased & Ref :

**SHIPPED TO:**
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Received & Ref :

**SOLD TO:**
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref :   11/13/20      PO#01210630

**SHIPPED TO:**
Name:   **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref :   11/16/20      RC#015302

**SOLD TO:**
Name:   **GRUBB'S SOUTHEAST PHARMACY**
Address: 1800 MARTIN LUTHER KING JR AVE SE
WASHINGTON DC 20020
Date Purchased & Ref :   11/16/20      01S33764005

**SHIPPED TO:**
Name:   **GRUBB'S SOUTHEAST PHARMACY**
Address: 1800 MARTIN LUTHER KING JR. AVE SE
WASHINGTON DC 20020
Date Received & Ref :   11/16/20      01S33764005

**SOLD TO:**
Name:
Address:
Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:
Date Received & Ref :

**SOLD TO:**
Name:
Address:
Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:
Date Received & Ref :

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433367

GX 086.0523

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017531</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

| Reference Number: | 01137493 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 11/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CJ4V | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/13/20      PO#01210630 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/16/20      RC#015302 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :   11/16/20      01S33764005 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  11/16/20      01S33764005 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 5        of  5        pages.

SCSRELATIVITY_0001433367

GX 086.0524

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017538</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01137644**
Document Type: **Invoice**
Reference Date: **11/18/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S008129 | 1 | |
| S006926 | 1 | |
| S021930 | 1 | |

## (TH) Transaction History

Manufacturer's Name:   **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/13/20**   PO#01210630 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/16/20**   RC#015306 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **11/18/20**   01S34433001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Received & Ref :  **11/18/20**   01S34433001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433369

GX 086.0525

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017526</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GG117 | 1 | |
| 19MG718 | 3 | |
| 19MG715 | 1 | |

Reference Number: **01137644**
Document Type: **Invoice**
Reference Date: **11/18/20**

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|                REGO PARK NY 11374 |                REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|                CAMBRIDGE MD 21613 |                CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/13/20      PO#01210630 | Date Received & Ref :  11/16/20      RC#015302 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|                WASHINGTON DC 20020 |                WASHINGTON DC 20020 |
| Date Purchased & Ref :  11/18/20      01S34433001 | Date Received & Ref :  11/18/20      01S34433001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  3      pages.

SCSRELATIVITY_0001433369

GX 086.0526

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017526</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20DG048 | 2 | |
| 20AG852 | 1 | |
| 19LG594 | 1 | |

Reference Number: 01137644
Document Type: Invoice
Reference Date: 11/18/20

### (TH) Transaction History

Manufacturer's Name:   JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/13/20     PO#01210630 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/16/20     RC#015302 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :   11/18/20      01S34433001 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  11/18/20      01S34433001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of 3        pages.

SCSRELATIVITY_0001433369

GX 086.0527

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017526</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19LG609 | 1 | |
| | | |
| | | |

Reference Number: 01I37644
Document Type: Invoice
Reference Date: 11/18/20

### (TH) Transaction History

Manufacturer's Name:     JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/13/20      PO#01210630 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/16/20      RC#015302 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  11/18/20      01S34433001 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  11/18/20      01S34433001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of  3        pages.

SCSRELATIVITY_0001433369

GX 086.0528

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017535</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

| | | | |
|---|---|---|---|
| | | Reference Number: | 01137644 |
| NDC: 59676-0562-01 | | Document Type: | Invoice |
| | | Reference Date: | 11/18/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19NG777 | 1 | |
| 20EG087 | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/13/20    PO#01210630 | Date Received & Ref : 11/16/20    RC#015306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 11/18/20    01S34433001 | Date Received & Ref : 11/18/20    01S34433001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433369

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017841</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 689Y | 3 | |
| GB2K | 1 | |
| GB2B | 1 | |

Reference Number: __01138183__
Document Type: __Invoice__
Reference Date: __11/25/20__

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/24/20     PO#01210770 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/25/20     RC#015460 |
| Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  11/25/20     01S34433003 | Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  11/25/20     01S34433003 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433371

GX 086.0530

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017539</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Reference Number: | 01138366 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/01/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IKL3I00 | 1 | |
| IKL3H00 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|             REGO PARK NY 11374 |             REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|             CAMBRIDGE MD 21613 |             CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/13/20    PO#01210630 | Date Received & Ref :  11/16/20    RC#015306 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|             WASHINGTON DC 20020 |             WASHINGTON DC 20020 |
| Date Purchased & Ref :   12/01/20      01S35037001 | Date Received & Ref :  12/01/20      01S35037001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433372

GX 086.0531

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017687</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3** |

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG718 | 2 | |
| 19NG782 | 1 | |
| | | |

Reference Number:  01138366
Document Type:  **Invoice**
Reference Date:  **12/01/20**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20        PO#01210702 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20        RC#015400 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   12/01/20        01S35037001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  12/01/20        01S35037001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433372

GX 086.0532

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017684</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

Reference Number: **01138366**
Document Type: **Invoice**
Reference Date: **12/01/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20JG257    | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20        PO#01210702 | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20        RC#015400 |
| SOLD TO:<br>Name:     **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>         WASHINGTON DC 20020<br>Date Purchased & Ref :   12/01/20        01S35037001 | SHIPPED TO:<br>Name:     **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>         WASHINGTON DC 20020<br>Date Received & Ref :  12/01/20        01S35037001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001433372

GX 086.0533

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017842</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 2 | |
| | | |
| | | |

Reference Number: **01138366**
Document Type: **Invoice**
Reference Date: **12/01/20**

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|     REGO PARK NY 11374 |     REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|     CAMBRIDGE MD 21613 |     CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/24/20     PO#01210770 | Date Received & Ref :  11/25/20     RC#015460 |
| SOLD TO: | SHIPPED TO: |
| Name:     GRUBB'S SOUTHEAST PHARMACY | Name:     GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|     WASHINGTON DC 20020 |     WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/01/20     01S35037001 | Date Received & Ref :  12/01/20     01S35037001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001433372

GX 086.0534

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018001</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GG367X | 1 | |
| | | |
| | | |

Reference Number: **01138509**
Document Type: **Invoice**
Reference Date: **12/03/20**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|             REGO PARK NY 11374 |             REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|             CAMBRIDGE MD 21613 |             CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/01/20      PO#01210838 | Date Received & Ref :  12/02/20      RC#015588 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|             WASHINGTON DC 20020 |             WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/03/20      01S35040001 | Date Received & Ref :  12/03/20      01S35040001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433373

GX 086.0535

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018006</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Reference Number: | 01138509 |
| Document Type: | Invoice |
| Reference Date: | 12/03/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19JG484 | 2 | |
| 19MG726 | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/01/20      PO#01210838 | Date Received & Ref :  12/02/20      RC#015589 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/03/20      01S35040001 | Date Received & Ref :  12/03/20      01S35040001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433373

GX 086.0536

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01138509**
Document Type: **Invoice**
Reference Date: **12/03/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| VB2Y | 1 | |
| WK7W | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20      PO#01210838 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20      RC#015589 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>    WASHINGTON DC 20020<br>Date Purchased & Ref :  12/03/20      01S35040001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>    WASHINGTON DC 20020<br>Date Received & Ref :  12/03/20      01S35040001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433373

GX 086.0537

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018002</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: **01138805**
Document Type: **Invoice**
Reference Date: **12/07/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20CG954 | 1 | |
| 19NG781 | 1 | |
| 20DG026 | 1 | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20     PO#01210838 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20     RC#015588 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   12/07/20     01S35435001 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  12/07/20     01S35435001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433375

GX 086.0538

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018279</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 686H | 2 | |
| 9J3C | 3 | |
| BY3F | 1 | |

Reference Number:   **01139033**
Document Type:   **Invoice**
Reference Date:   **12/09/20**

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20     PO#01210948 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20     RC#015741 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>  WASHINGTON DC 20020<br>Date Purchased & Ref :  12/09/20     01S35040002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>  WASHINGTON DC 20020<br>Date Received & Ref :  12/09/20     01S35040002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 4     pages.

SCSRELATIVITY_0001433377

GX 086.0539

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018279</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CG8M | 1 | |
| DR8N | 1 | |
| E76Y | 1 | |

Reference Number: **01139033**
Document Type: **Invoice**
Reference Date: **12/09/20**

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20        PO#01210948 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20        RC#015741 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  12/09/20        01S35040002 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  12/09/20        01S35040002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  4        pages.

SCSRELATIVITY_0001433377

GX 086.0540

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018279</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01I39033**
Document Type: **Invoice**
Reference Date: **12/09/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| FM9R | 1 | |
| RA5C | 1 | |
| RJ9G | 1 | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/07/20    PO#01210948 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20    RC#015741 |
| SOLD TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  12/09/20    01S35040002 | SHIPPED TO:<br>Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  12/09/20    01S35040002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of  4    pages.

SCSRELATIVITY_0001433377

GX 086.0541

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018279</sup>

### (TI) Transaction Information

| | |
|---|---|
| **Drug Name, Strength, Dosage Form, Container Size:** | |
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | |

NDC: 49702-0228-13

Reference Number: **01I39033**
Document Type: **Invoice**
Reference Date: **12/09/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SH7B | 1 | |
| U34X | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/07/20       PO#01210948 | Date Received & Ref :  12/09/20       RC#015741 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/09/20       01S35040002 | Date Received & Ref :  12/09/20       01S35040002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433377

GX 086.0542

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018289</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: **49702-0242-13**

Reference Number: **01l39044**
Document Type: **Invoice**
Reference Date: **12/09/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CT5U | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **12/07/20    PO#01210948** | Date Received & Ref : **12/09/20    RC#015745** |
| SOLD TO: | SHIPPED TO: |
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: **1800 MARTIN LUTHER KING JR AVE SE** | Address: **1800 MARTIN LUTHER KING JR. AVE SE** |
| **WASHINGTON DC 20020** | **WASHINGTON DC 20020** |
| Date Purchased & Ref : **12/09/20    01S32693002** | Date Received & Ref : **12/09/20    01S32693002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433378

GX 086.0543

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017994</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01139488**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| JFL0U00 | 1 | |
| JDL8000 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br> REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20  PO#01210838 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br> CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20  RC#015587 |
| Name:  **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br> WASHINGTON DC 20020<br>Date Purchased & Ref :  12/15/20  01S35900001 | Name:  **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br> WASHINGTON DC 20020<br>Date Received & Ref :  12/15/20  01S35900001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of  1  pages.

SCSRELATIVITY_0001433380

GX 086.0544

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| | Reference Number: | 01139603 |
|---|---|---|
| | Document Type: | Invoice |
| | Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SH7B | 1 | |
| WX8M | 1 | |
| HC6L | 1 | |

### (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20   PO#01211084 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20   RC#015906 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>  WASHINGTON DC 20020<br>Date Purchased & Ref :  12/16/20   01S35435002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>  WASHINGTON DC 20020<br>Date Received & Ref :  12/16/20   01S35435002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of  3   pages.

SCSRELATIVITY_0001433381

GX 086.0545

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01I39603 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| VN7P | 5 | |
| TS4P | 1 | |
| X49H | 3 | |

### (TH) Transaction History

**Manufacturer's Name:     VIIV HEALTHCARE**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015906 |
| SOLD TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   12/16/20      01S35435002 | SHIPPED TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  12/16/20      01S35435002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3      pages.

SCSRELATIVITY_0001433381

GX 086.0546

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01139603**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| X49P | 2 | |
| 652K | 1 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20    PO#01211084 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20    RC#015906 |
| SOLD TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :   12/16/20    01S35435002 | SHIPPED TO:<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  12/16/20    01S35435002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3     of  3     pages.

SCSRELATIVITY_0001433381

GX 086.0547

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018489</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** |
| **RILPIVIRINE HCL** |
| **NDC: 59676-0278-01** |

| Reference Number: | 01I39610 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| IGL1300 | 2 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:    JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20      PO#01211084 | Date Received & Ref :  12/15/20      RC#015909 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :   12/16/20        01S35900002 | Date Received & Ref :  12/16/20      01S35900002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433382

GX 086.0548

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7L | 1 | |
| T96C | 5 | |
| | | |

Reference Number: 01I39610
Document Type: Invoice
Reference Date: 12/16/20

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015906 |
| SOLD TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  12/16/20      01S35900002 | SHIPPED TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  12/16/20      01S35900002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433382

GX 086.0549

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01I39610 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 526T | 2 | |
| 784F | 1 | |
| 7L4D | 1 | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|                REGO PARK NY 11374 |                REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|                CAMBRIDGE MD 21613 |                CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20       PO#01211084 | Date Received & Ref :  12/15/20       RC#015911 |
| SOLD TO: | SHIPPED TO: |
| Name:     GRUBB'S SOUTHEAST PHARMACY | Name:     GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|                WASHINGTON DC 20020 |                WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/16/20       01S35900002 | Date Received & Ref :  12/16/20       01S35900002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001433382

GX 086.0550

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01139610 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| AJ8W | 1 | |
| J25S | 1 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/14/20    PO#01211084 | Date Received & Ref : 12/15/20    RC#015911 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 12/16/20    01S35900002 | Date Received & Ref : 12/16/20    01S35900002 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433382

GX 086.0551

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018789</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01140164**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20HG204 | 6 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20        PO#01211221 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20        RC#016109 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :   12/28/20        01S36210001 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  12/28/20        01S36210001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433383

GX 086.0552

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018797</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

|  |  |  | Reference Number: | 01I40213 |
|---|---|---|---|---|
| NDC: 59676-0571-01 | | | Document Type: | Invoice |
| | | | Reference Date: | 12/29/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JCL8900 | 1 | |
| JCL8C00 | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20        PO#01211221 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20        RC#016115 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  12/29/20        01S36505001 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  12/29/20        01S36505001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433384

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018801</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0562-01

Reference Number: **01I40213**
Document Type: **Invoice**
Reference Date: **12/29/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19NG777 | 1 | |
| 19KG576 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/23/20   PO#01211221 | Date Received & Ref : 12/28/20   RC#016115 |
| SOLD TO: | SHIPPED TO: |
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 12/29/20   01S36505001 | Date Received & Ref : 12/29/20   01S36505001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433384

GX 086.0554

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01140213 |
| Document Type: | Invoice |
| Reference Date: | 12/29/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|              REGO PARK NY 11374 |              REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|              CAMBRIDGE MD 21613 |              CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20     PO#01211084 | Date Received & Ref :  12/15/20     RC#015911 |
| SOLD TO: | SHIPPED TO: |
| Name:     GRUBB'S SOUTHEAST PHARMACY | Name:     GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|              WASHINGTON DC 20020 |              WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/29/20     01S36505001 | Date Received & Ref :  12/29/20     01S36505001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1           pages.

SCSRELATIVITY_0001433384

GX 086.0555

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018791</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2T4G | 1 | |
| 354K | 3 | |
| 7N9K | 9 | |

Reference Number: **01140213**
Document Type: **Invoice**
Reference Date: **12/29/20**

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20     PO#01211221 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20     RC#016109 |
| SOLD TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  12/29/20     01S36505001 | SHIPPED TO:<br>Name:     GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  12/29/20     01S36505001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433384

GX 086.0556

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018795</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **EDURANT 25MG TAB 30CT, 25 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-278-01)** | | | | |
| **RILPIVIRINE HCL** | | | Reference Number: | 01140481 |
| **NDC: 59676-0278-01** | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 01/05/21 |
| JBL5I00 | 2 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

**Manufacturer's Name:    JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016115 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  01/05/21      01S36794001 | Date Received & Ref :  01/05/21      01S36794001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433385

GX 086.0557

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018797</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JDL7T00 | 1 | |
| | | |
| | | |

Reference Number: **01140481**
Document Type: **Invoice**
Reference Date: **01/05/21**

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20    PO#01211221 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20    RC#016115 |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>    WASHINGTON DC 20020<br>Date Purchased & Ref :  01/05/21    01S36794001 | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>    WASHINGTON DC 20020<br>Date Received & Ref :  01/05/21    01S36794001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001433385

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017994</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JFL0U00 | 1 | |
| | | |
| | | |

Reference Number:  **01140481**
Document Type:  **Invoice**
Reference Date:  **01/05/21**

### (TH) Transaction History

Manufacturer's Name:  **JANSSEN PRODUCTS**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/01/20   PO#01210838** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/02/20   RC#015587** |
| **SOLD TO:**<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Purchased & Ref :  **01/05/21   01S36794001** | **SHIPPED TO:**<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>   **WASHINGTON DC 20020**<br>Date Received & Ref :  **01/05/21   01S36794001** |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433385

GX 086.0559

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20DG048 | 1 | |
| | | |
| | | |

Reference Number: 01140724
Document Type: Invoice
Reference Date: 01/07/21

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/04/21     PO#01211295 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/05/21     RC#016278 |
| Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 01/07/21     01S36992001 | Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 01/07/21     01S36992001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001433389

GX 086.0560

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019595</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: **01141553**
Document Type: **Invoice**
Reference Date: **01/21/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KAL2D03 | 1 | |
| JKL2I00 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/21/21**      **PO#01211610** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/21/21**      **RC#016618** |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>      **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **01/21/21**      **01S37816001** | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>      **WASHINGTON DC 20020**<br>Date Received & Ref :  **01/21/21**      **01S37816001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433390

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019603</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 6 | |
| | | |
| | | |

Reference Number: **01141583**
Document Type: **Invoice**
Reference Date: **01/21/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016618 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Purchased & Ref :  01/21/21      01S36987002 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  01/21/21      01S36987002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433391

GX 086.0562

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019881</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

Reference Number: **01142004**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 3 | |
| 20KG322 | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21     PO#01211698 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21     RC#016747 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>     WASHINGTON DC 20020<br>Date Purchased & Ref :   01/28/21     01S37816003 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>     WASHINGTON DC 20020<br>Date Received & Ref :  01/28/21     01S37816003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001433393

GX 086.0563

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: **01142098**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| AP7Y | 5 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21     PO#01211698 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21     RC#016763 |
| Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>     WASHINGTON DC 20020<br>Date Purchased & Ref :  01/28/21     01S37816004 | Name:    GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>     WASHINGTON DC 20020<br>Date Received & Ref :  01/28/21     01S37816004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001433394

GX 086.0564

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01142098 |
| Document Type: | Invoice |
| Reference Date: | 01/28/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2T4G | 5 | |
| 354K | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/27/21 PO#01211698 | Date Received & Ref : 01/28/21 RC#016763 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 01/28/21 01S37816004 | Date Received & Ref : 01/28/21 01S37816004 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001433394

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020445</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0562-01**

Reference Number: **01142956**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20EG087 | 1 | |
| 20JG257 | 1 | |
| 20LG401 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**     PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**     RC#017078 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>    **WASHINGTON DC 20020**<br>Date Purchased & Ref :   **02/12/21**     01S37816005 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>    **WASHINGTON DC 20020**<br>Date Received & Ref :  **02/12/21**     01S37816005 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433396

GX 086.0566

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020620</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01143362**
Document Type: **Invoice**
Reference Date: **02/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7J4V | 1 | |
| RT6K | 1 | |
| 2Y7S | 1 | |

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/19/21**    PO#01212031 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/19/21**    RC#017202 |
| SOLD TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>      **WASHINGTON DC 20020**<br>Date Purchased & Ref :  **02/19/21**    01S38584002 | SHIPPED TO:<br>Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>      **WASHINGTON DC 20020**<br>Date Received & Ref :  **02/19/21**    01S38584002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  2    pages.

SCSRELATIVITY_0001433398

GX 086.0567

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020620</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01143362 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 02/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| W36L | 1 | |
| LK9U | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/19/21    PO#01212031 | Date Received & Ref : 02/19/21    RC#017202 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 02/19/21    01S38584002 | Date Received & Ref : 02/19/21    01S38584002 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of 2    pages.

SCSRELATIVITY_0001433398

GX 086.0568

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020679</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: **01143497**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| A65T | 2 | |
| R49Y | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:    GRUBB'S SOUTHEAST PHARMACY | Name:    GRUBB'S SOUTHEAST PHARMACY |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  02/23/21      01S36835003 | Date Received & Ref :  02/23/21      01S36835003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001433400

GX 086.0569

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017994</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JDL7T00 | 1 | |
| | | |
| | | |

Reference Number: **01139422**
Document Type: **Invoice**
Reference Date: **12/14/20**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/01/20       PO#01210838 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/02/20       RC#015587 |
| Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   12/14/20       01S35899001 | Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  12/14/20       01S35899001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001433775

GX 086.0570

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018451</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **PREZISTA 800MG TAB 30CT,** | | | Reference Number: | **01I39520** |
| NDC: **59676-0566-30** | | | Document Type: | **Invoice** |
| | | | Reference Date: | **12/15/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG331 | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/14/20 PO#01211088 | Date Received & Ref : 12/14/20 RC#015864 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **CHARLIE'S PHARMACY** | Name: **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref : 12/15/20 01S35851001 | Date Received & Ref : 12/15/20 01S35851001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001433776

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018451</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **PREZISTA 800MG TAB 30CT,** | | | |

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG331 | 2 | |
| | | |
| | | |

Reference Number: **01I39522**
Document Type: **Invoice**
Reference Date: **12/15/20**

## (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/14/20    PO#01211088 | Date Received & Ref : 12/14/20    RC#015864 |
| SOLD TO: | SHIPPED TO: |
| Name: **CHARLIE'S PHARMACY** | Name: **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref : 12/15/20    01S35899002 | Date Received & Ref : 12/15/20    01S35899002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1        pages.

SCSRELATIVITY_0001433777

GX 086.0572

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |

**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01139574**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| EK5N | 1 | |
| J25S | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20    PO#01211084 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20    RC#015911 |
| SOLD TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  12/15/20    01S35914001 | SHIPPED TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  12/15/20    01S35914001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433778

GX 086.0573

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01139574 |
| Document Type: | Invoice |
| Reference Date: | 12/15/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T96C | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20     PO#01211084 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20     RC#015906 |
| Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>         SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  12/15/20     01S35914001 | Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>         SAN FRANCISCO CA 94115<br>Date Received & Ref :  12/15/20     01S35914001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433778

GX 086.0574

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V79D | 1 | |
| | | |
| | | |

Reference Number: **01I39734**
Document Type: **Invoice**
Reference Date: **12/17/20**

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/14/20     PO#01211084** | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/15/20     RC#015911** |
| SOLD TO:<br>Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>            **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :   **12/17/20     01S36158001** | SHIPPED TO:<br>Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>            **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **12/17/20     01S36158001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001433779

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018835</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| PREZCOBIX TAB 30CT, | | | Reference Number: | 01I40185 |
| NDC: 59676-0575-30 | | | Document Type: | Invoice |
| | | | Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BG119X | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/28/20     PO#01211248 | Date Received & Ref :  12/28/20     RC#016145 |
| SOLD TO: | SHIPPED TO: |
| Name:   CHARLIE'S PHARMACY | Name:   CHARLIE'S PHARMACY |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  12/28/20     01S36497002 | Date Received & Ref :  12/28/20     01S36497002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1         pages.

SCSRELATIVITY_0001433780

GX 086.0576

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018495</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01140185**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015911 |
| SOLD TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>         SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  12/28/20      01S36497002 | SHIPPED TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>         SAN FRANCISCO CA 94115<br>Date Received & Ref :  12/28/20      01S36497002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433780

GX 086.0577

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018479</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

Reference Number: **01I40460**
Document Type: **Invoice**
Reference Date: **01/05/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG337 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/14/20  PO#01211084 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref : 12/15/20  RC#015901 |
| Name:  **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>  SAN FRANCISCO CA 94115<br>Date Purchased & Ref : 01/05/21  01S36640002 | Name:  **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>  SAN FRANCISCO CA 94115<br>Date Received & Ref : 01/05/21  01S36640002 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of 1  pages.

SCSRELATIVITY_0001433782
GX 086.0578

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20EG060    | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: __01140575__
Document Type: __Invoice__
Reference Date: __01/06/21__

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   01/06/21      01S36843001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>SAN FRANCISCO CA 94115<br>Date Received & Ref :  01/06/21      01S36843001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001433783

GX 086.0579

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019049</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19MG727X | 1 | |
| 20AG853X | 1 | |
| | | |

Reference Number: **01140602**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/04/21     PO#01211295 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/05/21     RC#016278 |
| Name: **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>SAN FRANCISCO CA 94115<br>Date Purchased & Ref : 01/06/21     01S36776001 | Name: **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>SAN FRANCISCO CA 94115<br>Date Received & Ref : 01/06/21     01S36776001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433784

GX 086.0580

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

| NDC: 49702-0228-13 | | | Reference Number: 01140602 |
|---|---|---|---|
| | | | Document Type: Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: 01/06/21 |
| GB2K | 3 | | |
| T96C | 1 | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   CHARLIE'S PHARMACY | Name:   CHARLIE'S PHARMACY |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
|          SAN FRANCISCO CA 94115 |          SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  01/06/21     01S36776001 | Date Received & Ref :  01/06/21     01S36776001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001433784

GX 086.0581

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018997</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **S00006-0227-61**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| R032930 | 1 | |
| | | |
| | | |

Reference Number: **01140876**
Document Type: **Invoice**
Reference Date: **01/11/21**

### (TH) Transaction History

Manufacturer's Name:     **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/04/21**        PO#01211292 | Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/04/21**        RC#016245 |
| Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>          **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :   **01/11/21**        01S37175001 | Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>          **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **01/11/21**        01S37175001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433786

GX 086.0582

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018797</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

Reference Number: __01I40876__
Document Type: __Invoice__
Reference Date: __01/11/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| KFL0000 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/23/20   PO#01211221 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20   RC#016115 |
| Name: **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>   SAN FRANCISCO CA 94115<br>Date Purchased & Ref : 01/11/21   01S37175001 | Name: **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>   SAN FRANCISCO CA 94115<br>Date Received & Ref : 01/11/21   01S37175001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433786

GX 086.0583

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019601</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

Reference Number: 01l41717
Document Type: Invoice
Reference Date: 01/25/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/21/21   PO#01211610 | Date Received & Ref : 01/21/21   RC#016618 |
| SOLD TO: | SHIPPED TO: |
| Name: **CHARLIE'S PHARMACY** | Name: **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref : 01/25/21   01S37956001 | Date Received & Ref : 01/25/21   01S37956001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433788

GX 086.0584

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019716</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

Reference Number: **01I41788**
Document Type: **Invoice**
Reference Date: **01/25/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/25/21**     PO#01211652 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/25/21**     RC#016683 |
| Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>  **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  **01/25/21**     01S37966001 | Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>  **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **01/25/21**     01S37966001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001433791

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019879</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01l42167 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20CG954 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21      PO#01211698 | Date Received & Ref :  01/28/21      RC#016747 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **CHARLIE'S PHARMACY** | Name:    **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  01/29/21      01S38315001 | Date Received & Ref :  01/29/21      01S38315001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433793

GX 086.0586

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019881</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Reference Number: | 01142167 |
| Document Type: | Invoice |
| Reference Date: | 01/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20KG322 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21      PO#01211698 | Date Received & Ref :  01/28/21      RC#016747 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **CHARLIE'S PHARMACY** | Name:   **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  01/29/21      01S38315001 | Date Received & Ref :  01/29/21      01S38315001 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433793

GX 086.0587

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019891</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01142167**
Document Type: **Invoice**
Reference Date: **01/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| BV3V | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/27/21**      **PO#01211698** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/28/21**      **RC#016763** |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>         **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  **01/29/21**      **01S38315001** | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>         **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **01/29/21**      **01S38315001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433793

GX 086.0588

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019930</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **PREZCOBIX TAB 30CT,** | | | Reference Number: | 01I42189 |
|---|---|---|---|---|
| NDC: **59676-0575-30** | | | Document Type: | **Invoice** |
| | | | Reference Date: | **02/01/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG210 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  01/29/21    PO#01211741 | Date Received & Ref :  01/29/21    RC#016793 |
| SOLD TO: | SHIPPED TO: |
| Name:   **CHARLIE'S PHARMACY** | Name:   **CHARLIE'S PHARMACY** |
| Address: **1101 FILLMORE STREET** | Address: **1101 FILLMORE STREET** |
| **SAN FRANCISCO CA 94115** | **SAN FRANCISCO CA 94115** |
| Date Purchased & Ref :  02/01/21    01S38315002 | Date Received & Ref :  02/01/21    01S38315002 |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |
| SOLD TO: Name: Address: Date Purchased & Ref : | SHIPPED TO: Name: Address: Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433794

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019871</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**INTELENCE 200MG TAB 60CT, 200 mg/1, TABLET, 60 TABLET in 1 BOTTLE, PLASTIC (59676-571-01)**

NDC: 59676-0571-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| KDL0002 | 1 | |
| | | |
| | | |

Reference Number: **01142517**
Document Type: **Invoice**
Reference Date: **02/05/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/27/21     PO#01211698 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/28/21     RC#016747 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>       SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  02/05/21     01S38729001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>       SAN FRANCISCO CA 94115<br>Date Received & Ref :  02/05/21     01S38729001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433795

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019621</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

Reference Number: **01142925**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T024073 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/21/21    PO#01211610 | Date Received & Ref : 01/21/21    RC#016624 |
| SOLD TO: | SHIPPED TO: |
| Name: **CHARLIE'S PHARMACY** | Name: **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref : 02/12/21    01S39139001 | Date Received & Ref : 02/12/21    01S39139001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001433798

GX 086.0591

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020385</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG281 | 1 | |
| | | |
| | | |

Reference Number: **01I42925**
Document Type: **Invoice**
Reference Date: **02/12/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21**      PO#01211916 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21**      RC#017067 |
| Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>          **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :   **02/12/21**      01S39139001 | Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>          **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **02/12/21**      01S39139001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433798

GX 086.0592

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020449</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: **59676-0800-30**

| Reference Number: | 01143341 |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | **02/19/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **20LG396** | **1** | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/11/21       PO#01211914** | Date Received & Ref :  **02/12/21       RC#017078** |
| SOLD TO: | SHIPPED TO: |
| Name:    **CHARLIE'S PHARMACY** | Name:    **CHARLIE'S PHARMACY** |
| Address: **1101 FILLMORE STREET** | Address: **1101 FILLMORE STREET** |
| **SAN FRANCISCO CA 94115** | **SAN FRANCISCO CA 94115** |
| Date Purchased & Ref :  **02/19/21       01S39445002** | Date Received & Ref :  **02/19/21       01S39445002** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433799

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020660</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: **59676-0566-30**

Reference Number: **01143632**
Document Type: **Invoice**
Reference Date: **02/24/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JFL2X00A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/22/21     RC#017222 |
| Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  02/24/21     01S39635001 | Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  02/24/21     01S39635001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433800

GX 086.0594

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7J4V | 1 | |
| | | |
| | | |

Reference Number: **01143632**
Document Type: **Invoice**
Reference Date: **02/24/21**

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:    CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  02/24/21      01S39635001 | SHIPPED TO:<br>Name:    CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  02/24/21      01S39635001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001433800

GX 086.0595

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01143632**
Document Type: **Invoice**
Reference Date: **02/24/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 7N9J       | 1        |                 |
| 7N9K       | 2        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**    PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/22/21**    RC#017222 |
| SOLD TO:<br>Name:  **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>    **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  **02/24/21**    01S39635001 | SHIPPED TO:<br>Name:  **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>    **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **02/24/21**    01S39635001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001433800

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020534</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: PREZCOBIX TAB 30CT, | | | |
|---|---|---|---|
| NDC: 59676-0575-30 | | | Reference Number: **01I43996** |
| | | | Document Type: **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: **03/02/21** |
| 19CG208 | 1 | | |
| | | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/16/21    PO#01211958 | Date Received & Ref :  02/16/21    RC#017129 |
| SOLD TO: | SHIPPED TO: |
| Name:    **CHARLIE'S PHARMACY** | Name:    **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
|          SAN FRANCISCO CA 94115 |          SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  03/02/21    01S39940001 | Date Received & Ref :  03/02/21    01S39940001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433802

GX 086.0597

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021387</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**WELLBUTRIN XL-TAB-300MG-30CT,**

NDC: **00187-0731-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20G069P | 1 | |
| | | |
| | | |

Reference Number: **01I44634**

Document Type: **Invoice**

Reference Date: **03/10/21**

## (TH) Transaction History

Manufacturer's Name:     **VALEANT**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/10/21**      **PO#01212253** | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/10/21**      **RC#017580** |
| SOLD TO:<br>Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>            **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :  **03/10/21**      **01S40454001** | SHIPPED TO:<br>Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>            **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **03/10/21**      **01S40454001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433807

GX 086.0598

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021385</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19EG281 | 1 | |
| | | |
| | | |

Reference Number: **01I44634**
Document Type: **Invoice**
Reference Date: **03/10/21**

## (TH) Transaction History

Manufacturer's Name:    **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/10/21      PO#01212253 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :   03/10/21      RC#017580 |
| SOLD TO:<br>Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>   SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   03/10/21      01S40454001 | SHIPPED TO:<br>Name:    **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>   SAN FRANCISCO CA 94115<br>Date Received & Ref :   03/10/21      01S40454001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433807

GX 086.0599

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021382</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **S00006-0227-61**

Reference Number: **01144634**
Document Type: **Invoice**
Reference Date: **03/10/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| S006926 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/10/21    PO#01212253 | Date Received & Ref : 03/10/21    RC#017580 |
| SOLD TO: | SHIPPED TO: |
| Name: **CHARLIE'S PHARMACY** | Name: **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref : 03/10/21    01S40454001 | Date Received & Ref : 03/10/21    01S40454001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433807

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021385</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **PREZCOBIX TAB 30CT,** | | |
|---|---|---|

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19EG281 | 1 | |
| | | |
| | | |

Reference Number: **01I44707**
Document Type: **Invoice**
Reference Date: **03/11/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/10/21**      PO#01212253 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/10/21**      RC#017580 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>        **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :   **03/11/21**      01S40603001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>        **SAN FRANCISCO CA 94115**<br>Date Received & Ref :  **03/11/21**      01S40603001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433808

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021301</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

NDC: 59676-0566-30

Reference Number: <u>01I44707</u>
Document Type: <u>Invoice</u>
Reference Date: <u>03/11/21</u>

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG416 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21    PO#01212210 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21    RC#017537 |
| SOLD TO:<br>Name:    CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>    SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  03/11/21    01S40603001 | SHIPPED TO:<br>Name:    CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>    SAN FRANCISCO CA 94115<br>Date Received & Ref :  03/11/21    01S40603001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433808

GX 086.0602

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021305</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: __01144821__
Document Type: __Invoice__
Reference Date: __03/15/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RN2K | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21      PO#01212210 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21      RC#017537 |
| SOLD TO:<br>Name:   CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   03/15/21      01S40676001 | SHIPPED TO:<br>Name:    CHARLIE'S PHARMACY<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  03/15/21      01S40676001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433810

GX 086.0603

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019622</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20LG388 | 1 | |
| | | |
| | | |

Reference Number: __01145276__
Document Type: __Invoice__
Reference Date: __03/19/21__

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21      RC#016624 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>          SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   03/19/21      01S41072001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>          SAN FRANCISCO CA 94115<br>Date Received & Ref :  03/19/21      01S41072001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433811

GX 086.0604

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021830</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-** |

**NDC:** 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| JFL2X00A | 1 | |
| | | |
| | | |

Reference Number: __01145599__
Document Type: __Invoice__
Reference Date: __03/25/21__

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21   PO#01212452 | Date Received & Ref : 03/25/21   RC#017833 |
| SOLD TO: | SHIPPED TO: |
| Name: **CHARLIE'S PHARMACY** | Name: **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref : 03/25/21   01S41387001 | Date Received & Ref : 03/25/21   01S41387001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1       pages.

SCSRELATIVITY_0001433814

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021832</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 30CT , 800; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTL**

NDC: 59676-0800-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20HG204 | 2 | |
| | | |
| | | |

Reference Number:   **01145599**
Document Type:   **Invoice**
Reference Date:   **03/25/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21        PO#01212452 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/25/21      RC#017833 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>       SAN FRANCISCO CA 94115<br>Date Purchased & Ref :   03/25/21        01S41387001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>       SAN FRANCISCO CA 94115<br>Date Received & Ref :   03/25/21      01S41387001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433814

GX 086.0606

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021837</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| Reference Number: | 01145648 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RN2K | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/25/21     PO#01212452 | Date Received & Ref :  03/26/21     RC#017834 |
| SOLD TO: | SHIPPED TO: |
| Name:   CHARLIE'S PHARMACY | Name:   CHARLIE'S PHARMACY |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  03/26/21     01S41387002 | Date Received & Ref :  03/26/21     01S41387002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1         pages.

SCSRELATIVITY_0001433815

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021971</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: SYMTUZA-TAB-30CT, | | | |
|---|---|---|---|
| NDC: 59676-0800-30 | | | |

Reference Number: __01I45937__
Document Type: __Invoice__
Reference Date: __03/30/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18NG019X | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** JANSSEN PRODUCTS
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref : |
| SOLD TO: <br> Name: **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref : 03/30/21  PO#01212495 | SHIPPED TO: <br> Name: **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref : 03/30/21  RC#017929 |
| SOLD TO: <br> Name: **CHARLIE'S PHARMACY** <br> Address: 1101 FILLMORE STREET <br> SAN FRANCISCO CA 94115 <br> Date Purchased & Ref : 03/30/21  01S41553001 | SHIPPED TO: <br> Name: **CHARLIE'S PHARMACY** <br> Address: 1101 FILLMORE STREET <br> SAN FRANCISCO CA 94115 <br> Date Received & Ref : 03/30/21  01S41553001 |
| SOLD TO: <br> Name: <br> Address: <br> <br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br> <br> Date Received & Ref : |
| SOLD TO: <br> Name: <br> Address: <br> <br> Date Purchased & Ref : | SHIPPED TO: <br> Name: <br> Address: <br> <br> Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433816

GX 086.0608

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017531</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: 01137507
Document Type: **Invoice**
Reference Date: **11/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| GB2K | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/13/20      PO#01210630 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  11/16/20      RC#015302 |
| Name:   **ATTICA PHARMACY INC**<br>Address: 2 MARKET STREET<br>ATTICA NY 14011<br>Date Purchased & Ref :   11/16/20      01S34092001 | Name:   **ATTICA PHARMACY INC**<br>Address: 2 MARKET STREET<br>ATTICA NY 14011<br>Date Received & Ref :  11/16/20      01S34092001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433902

GX 086.0609

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018279</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01139059**
Document Type: **Invoice**
Reference Date: **12/09/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 689W | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/07/20       PO#01210948 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/09/20       RC#015741 |
| SOLD TO:<br>Name:     ATTICA PHARMACY INC<br>Address: 2 MARKET STREET<br>        ATTICA NY 14011<br>Date Purchased & Ref :   12/09/20       01S35233001 | SHIPPED TO:<br>Name:     ATTICA PHARMACY INC<br>Address: 2 MARKET STREET<br>        ATTICA NY 14011<br>Date Received & Ref :  12/09/20       01S35233001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001433902

GX 086.0610

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019050</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| Y22W | 1 | |
| | | |
| | | |

Reference Number: **01140597**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|           REGO PARK NY 11374 |           REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|           CAMBRIDGE MD 21613 |           CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:     **ATTICA PHARMACY INC** | Name:     **ATTICA PHARMACY INC** |
| Address: 2 MARKET STREET | Address: 2 MARKET STREET |
|           ATTICA NY 14011 |           ATTICA NY 14011 |
| Date Purchased & Ref :   01/06/21      01S36888001 | Date Received & Ref :  01/06/21      01S36888001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433902

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019784</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**NUEDEXTA-CAP-20/10MG-60CT,**

NDC: **64597-0301-60**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19R17 | 1 | |
| | | |
| | | |

Reference Number: **01I41891**
Document Type: **Invoice**
Reference Date: **01/26/21**

### (TH) Transaction History

Manufacturer's Name:  **AVANIR PHARMACEUTICALS, LLC**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 01/26/21   PO#01211675 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 01/26/21   RC#016711 |
| Name: **ATTICA PHARMACY INC**<br>Address: 2 MARKET STREET<br>ATTICA NY 14011<br>Date Purchased & Ref : 01/26/21   01S38090002 | Name: **ATTICA PHARMACY INC**<br>Address: 2 MARKET STREET<br>ATTICA NY 14011<br>Date Received & Ref : 01/26/21   01S38090002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001433902

GX 086.0612

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020450</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

| | | | |
|---|---|---|---|
| NDC: 49702-0228-13 | | Reference Number: | **01142963** |
| | | Document Type: | **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: **02/12/21** |
| GB2K | 1 | | |
| | | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     **SAFE CHAIN SOLUTIONS, LLC** | Name:     **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21     PO#01211914 | Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:     **ATTICA PHARMACY INC** | Name:     **ATTICA PHARMACY INC** |
| Address: 2 MARKET STREET | Address: 2 MARKET STREET |
| ATTICA NY 14011 | ATTICA NY 14011 |
| Date Purchased & Ref :  02/12/21     01S38090003 | Date Received & Ref :  02/12/21     01S38090003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001433902

GX 086.0613

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020681</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | | | |

NDC: 49702-0228-13

| | Reference Number: | 01143556 |
|---|---|---|
| | Document Type: | Invoice |
| | Reference Date: | 02/23/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RW9Y | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21          PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21          RC#017225 |
| SOLD TO:<br>Name:    ATTICA PHARMACY INC<br>Address: 2 MARKET STREET<br>          ATTICA NY 14011<br>Date Purchased & Ref :  02/23/21          01S39603001 | SHIPPED TO:<br>Name:    ATTICA PHARMACY INC<br>Address: 2 MARKET STREET<br>          ATTICA NY 14011<br>Date Received & Ref :  02/23/21          01S39603001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001433902

GX 086.0614

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021819</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT, 50; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-246-13)**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| R48R | 1 | |
| | | |
| | | |

Reference Number: 01145725
Document Type: Invoice
Reference Date: 03/26/21

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21      RC#017833 |
| Name:   BROOKLYN FAMILY PHARMACY<br>Address: 355 AVENUE X<br>        BROOKLYN NY 11223<br>Date Purchased & Ref :  03/26/21      01S41442001 | Name:   BROOKLYN FAMILY PHARMACY<br>Address: 355 AVENUE X<br>        BROOKLYN NY 11223<br>Date Received & Ref :  03/26/21      01S41442001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  1            pages.

SCSRELATIVITY_0001434234

GX 086.0615

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017344</sup>

**Doc#00000017344** Doc#00000017344

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 600MG TAB 60CT, 600 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

**NDC: 59676-0562-01**

| Reference Number: | 01137378 |
| Document Type: | Invoice |
| Reference Date: | 11/13/20 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18JG646X | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:    JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/06/20    PO#01210524 | Date Received & Ref :  11/09/20    RC#015151 |
| SOLD TO: | SHIPPED TO: |
| Name:    **SUNRISE PHARMACY** | Name:    **SUNRISE PHARMACY** |
| Address: 1637 THIRD AVENUE #A | Address: 1637 THIRD AVENUE #A |
|          CHULA VISTA CA 91911 |          CHULA VISTA CA 91911 |
| Date Purchased & Ref :  11/13/20    01S34214001 | Date Received & Ref :  11/13/20    01S34214001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001434540

GX 086.0616

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017339</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)** | | |

**NDC:** 00006-0227-61

Reference Number: **01137378**
Document Type: **Invoice**
Reference Date: **11/13/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S017036 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   MERCK SHARP & DOHME
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| **Address: 9229 QUEENS BLVD** | **Address: 9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| **Address: 822 CHESAPEAKE DR** | **Address: 822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  11/06/20     PO#01210524 | Date Received & Ref :  11/09/20     RC#015151 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SUNRISE PHARMACY** | Name:   **SUNRISE PHARMACY** |
| **Address: 1637 THIRD AVENUE #A** | **Address: 1637 THIRD AVENUE #A** |
| **CHULA VISTA CA 91911** | **CHULA VISTA CA 91911** |
| Date Purchased & Ref :  11/13/20     01S34214001 | Date Received & Ref :  11/13/20     01S34214001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001434540

GX 086.0617

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018550</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19BG119X   | 2        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01I39712**
Document Type: **Invoice**
Reference Date: **12/17/20**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/17/20    PO#01211157 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  12/17/20    RC#015950 |
| SOLD TO:<br>Name:   **SUNRISE PHARMACY**<br>Address: 1637 THIRD AVENUE #A<br>   CHULA VISTA CA 91911<br>Date Purchased & Ref :  12/17/20    01S36146001 | SHIPPED TO:<br>Name:   **SUNRISE PHARMACY**<br>Address: 1637 THIRD AVENUE #A<br>   CHULA VISTA CA 91911<br>Date Received & Ref :  12/17/20    01S36146001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001434543

GX 086.0618

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017348</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

| Reference Number: | 01I37214 |
| Document Type: | Invoice |
| Reference Date: | 11/12/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7L | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 11/06/20    PO#01210524 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 11/09/20    RC#015151 |
| Name: **TREMONT CHEMIST**<br>Address: 3131 E TREMONT AVE<br>BRONX NY 10461<br>Date Purchased & Ref : 11/12/20    01S34022002 | Name: **TREMONT CHEMIST**<br>Address: 3131 E TREMONT AVE<br>BRONX NY 10461<br>Date Received & Ref : 11/12/20    01S34022002 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001435055

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017349</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: 01137343
Document Type: Invoice
Reference Date: 11/13/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| AJ8W | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/06/20    PO#01210524 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  11/09/20    RC#015151 |
| SOLD TO:<br>Name:   TREMONT CHEMIST<br>Address: 3131 E TREMONT AVE<br>           BRONX NY 10461<br>Date Purchased & Ref :  11/13/20    01S34153001 | SHIPPED TO:<br>Name:   TREMONT CHEMIST<br>Address: 3131 E TREMONT AVE<br>           BRONX NY 10461<br>Date Received & Ref :  11/13/20    01S34153001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001435055

GX 086.0620

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018278</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01139055**
Document Type: **Invoice**
Reference Date: **12/09/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **N78R** | **1** | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/07/20        PO#01210948** | Date Received & Ref :  **12/09/20        RC#015740** |
| SOLD TO: | SHIPPED TO: |
| Name:    **TREMONT CHEMIST** | Name:    **TREMONT CHEMIST** |
| Address: **3131 E TREMONT AVE** | Address: **3131 E TREMONT AVE** |
| **BRONX NY 10461** | **BRONX NY 10461** |
| Date Purchased & Ref :   **12/09/20        01S35595002** | Date Received & Ref :  **12/09/20        01S35595002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001435055

GX 086.0621

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018484</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** | | | Reference Number: | **01I39552** |
| **NDC: 49702-0228-13** | | | Document Type: | **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: | **12/15/20** |
| **SY7D** | **1** | | | |
| | | | | |
| | | | | |

## (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/14/20**      PO#01211084 | Date Received & Ref :  **12/15/20**      RC#015906 |
| SOLD TO: | SHIPPED TO: |
| Name:   **TREMONT CHEMIST** | Name:   **TREMONT CHEMIST** |
| Address: **3131 E TREMONT AVE** | Address: **3131 E TREMONT AVE** |
| **BRONX NY 10461** | **BRONX NY 10461** |
| Date Purchased & Ref :   **12/15/20**      01S35595003** | Date Received & Ref :  **12/15/20**      01S35595003** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001435055

GX 086.0622

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019623</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01141607**
Document Type: **Invoice**
Reference Date: **01/21/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 7N9K | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/21/21**      **PO#01211610** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/21/21**      **RC#016624** |
| SOLD TO:<br>Name:    **TREMONT CHEMIST**<br>Address: **3131 E TREMONT AVE**<br>         **BRONX NY 10461**<br>Date Purchased & Ref :   **01/21/21**      **01S37305001** | SHIPPED TO:<br>Name:    **TREMONT CHEMIST**<br>Address: **3131 E TREMONT AVE**<br>         **BRONX NY 10461**<br>Date Received & Ref :  **01/21/21**      **01S37305001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001435055

GX 086.0623

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019890</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

| | | | |
|---|---|---|---|
| NDC: 49702-0228-13 | | Reference Number: | **01142095** |
| | | Document Type: | **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: **01/28/21** |
| K62P | 1 | | |
| | | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/27/21   PO#01211698 | Date Received & Ref :  01/28/21   RC#016763 |
| SOLD TO: | SHIPPED TO: |
| Name:   TREMONT CHEMIST | Name:   TREMONT CHEMIST |
| Address: 3131 E TREMONT AVE | Address: 3131 E TREMONT AVE |
| BRONX NY 10461 | BRONX NY 10461 |
| Date Purchased & Ref :  01/28/21   01S37305002 | Date Received & Ref :  01/28/21   01S37305002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001435055

GX 086.0624

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020662</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

| | | | | | |
|---|---|---|---|---|---|
| | | | Reference Number: | 01143436 | |
| | | | Document Type: | Invoice | |
| | | | Reference Date: | 02/22/21 | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2T4G | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|             REGO PARK NY 11374 |             REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|             CAMBRIDGE MD 21613 |             CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21       PO#01212034 | Date Received & Ref :  02/22/21       RC#017222 |
| SOLD TO: | SHIPPED TO: |
| Name:     TREMONT CHEMIST | Name:     TREMONT CHEMIST |
| Address: 3131 E TREMONT AVE | Address: 3131 E TREMONT AVE |
|             BRONX NY 10461 |             BRONX NY 10461 |
| Date Purchased & Ref :  02/22/21       01S39490001 | Date Received & Ref :  02/22/21       01S39490001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001435055

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020681

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

**NDC:** 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SH7B | 1 | |
| | | |
| | | |

**Reference Number:** 01143533
**Document Type:** Invoice
**Reference Date:** 02/23/21

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>**Date Purchased & Ref :** | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>**Date Received & Ref :** |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Purchased & Ref :** 02/22/21   PO#01212034 | **Name:** SAFE CHAIN SOLUTIONS<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Received & Ref :** 02/23/21   RC#017225 |
| **Name:** TREMONT CHEMIST<br>**Address:** 3131 E TREMONT AVE<br>BRONX NY 10461<br>**Date Purchased & Ref :** 02/23/21   01S39490002 | **Name:** TREMONT CHEMIST<br>**Address:** 3131 E TREMONT AVE<br>BRONX NY 10461<br>**Date Received & Ref :** 02/23/21   01S39490002 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001435055

GX 086.0626

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01144867 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/15/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|              REGO PARK NY 11374 |              REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|              CAMBRIDGE MD 21613 |              CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/08/21       PO#01212210 | Date Received & Ref :   03/08/21       RC#017537 |
| SOLD TO: | SHIPPED TO: |
| Name:     TREMONT CHEMIST | Name:     TREMONT CHEMIST |
| Address: 3131 E TREMONT AVE | Address: 3131 E TREMONT AVE |
|              BRONX NY 10461 |              BRONX NY 10461 |
| Date Purchased & Ref :   03/15/21       01S40719001 | Date Received & Ref :   03/15/21       01S40719001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001435055

GX 086.0627

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019607</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

**NDC:** 49702-0228-13

| Reference Number: | 01141628 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/21/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 1 | |
| Y22X | 1 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/21/21      PO#01211610 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/21/21      RC#016622 |
| SOLD TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>         **MIAMI BEACH FL 33139**<br>Date Purchased & Ref :  01/21/21      01S37137003 | SHIPPED TO:<br>Name:   **MODERN PHARMACY LLC**<br>Address: **123 ALTON ROAD**<br>         **MIAMI BEACH FL 33139**<br>Date Received & Ref :  01/21/21      01S37137003 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001451382

GX 086.0628

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019045</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT, 800; 150 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (59676-575-3**

NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG269 | 1 | |
| | | |
| | | |

Reference Number:   **01I41109**
Document Type:   **Invoice**
Reference Date:   **01/14/21**

## (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :   01/04/21   PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :   01/05/21   RC#016278 |
| Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH  FL 33139<br>Date Purchased & Ref :   01/14/21   01S37411001 | Name:   **MODERN PHARMACY LLC**<br>Address: 123 ALTON ROAD<br>MIAMI BEACH FL 33139<br>Date Received & Ref :   01/14/21   01S37411001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001451383

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019623</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01141599**
Document Type: **Invoice**
Reference Date: **01/21/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9K | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **01/21/21    PO#01211610** | Date Received & Ref : **01/21/21    RC#016624** |
| SOLD TO: | SHIPPED TO: |
| Name: **MODERN PHARMACY LLC** | Name: **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref : **01/21/21    01S37411002** | Date Received & Ref : **01/21/21    01S37411002** |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001451384

GX 086.0630

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document [Doc#00000019621]

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ISENTRESS 400MG TAB 60CT, 400 mg/1, TABLET, FILM COATED, 60 TABLET, FILM COATED in 1 BOTTLE (0006-0227-61)**

NDC: **00006-0227-61**

| Reference Number: | 01141677 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| T013565 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **MERCK SHARP & DOHME**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **BOULEVARD 9229 LLC** | Name:     **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **01/21/21**    PO#01211610 | Date Received & Ref : **01/21/21**    RC#016624 |
| SOLD TO: | SHIPPED TO: |
| Name:    **MODERN PHARMACY LLC** | Name:    **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref :   **01/22/21**    01S37896001** | Date Received & Ref :  **01/22/21**   01S37896001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001451386

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019601</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 1 | |
| | | |
| | | |

Reference Number: 01I41677
Document Type: Invoice
Reference Date: 01/22/21

### (TH) Transaction History

Manufacturer's Name:    JANSSEN PRODUCTS
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/21/21       PO#01211610 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/21/21       RC#016618 |
| SOLD TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>       MIAMI BEACH  FL 33139<br>Date Purchased & Ref :  01/22/21       01S37896001 | SHIPPED TO:<br>Name:    MODERN PHARMACY LLC<br>Address: 123 ALTON ROAD<br>       MIAMI BEACH FL 33139<br>Date Received & Ref :  01/22/21       01S37896001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001451386

GX 086.0632

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019716</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX TAB 30CT,**

NDC: **59676-0575-30**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

Reference Number: **01I41844**
Document Type: **Invoice**
Reference Date: **01/26/21**

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

**SOLD TO:**
Name:   **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Purchased & Ref :

**SHIPPED TO:**
Name:   **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Received & Ref :

**SOLD TO:**
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Purchased & Ref : **01/25/21      PO#01211652**

**SHIPPED TO:**
Name:   **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Received & Ref : **01/25/21      RC#016683**

**SOLD TO:**
Name:   **MODERN PHARMACY LLC**
Address: **123 ALTON ROAD**
**MIAMI BEACH  FL 33139**
Date Purchased & Ref : **01/26/21      01S38070001**

**SHIPPED TO:**
Name:   **MODERN PHARMACY LLC**
Address: **123 ALTON ROAD**
**MIAMI BEACH FL 33139**
Date Received & Ref : **01/26/21      01S38070001**

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001451389

GX 086.0633

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019601</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZISTA 800MG TAB 30CT, 800 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (59676-**

NDC: 59676-0566-30

| Reference Number: | 01l41844 |
| Document Type: | Invoice |
| Reference Date: | 01/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20JG278 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **JANSSEN PRODUCTS**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/21/21      PO#01211610 | Date Received & Ref :  01/21/21      RC#016618 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MODERN PHARMACY LLC** | Name:   **MODERN PHARMACY LLC** |
| Address: 123 ALTON ROAD | Address: 123 ALTON ROAD |
| MIAMI BEACH  FL 33139 | MIAMI BEACH FL 33139 |
| Date Purchased & Ref :  01/26/21      01S38070001 | Date Received & Ref :  01/26/21      01S38070001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001451389

GX 086.0634

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: 01I30150
Document Type: Invoice
Reference Date: 07/31/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| EW6D | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/30/20     PO#01209091 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  07/31/20     RC#013367 |
| SOLD TO:<br>Name:    BAY PHARMACY 19 INC<br>Address: 7306 AUSTIN STREET<br>     FOREST HILLS NY 11375<br>Date Purchased & Ref :  07/31/20     01S27639006 | SHIPPED TO:<br>Name:    BAY PHARMACY 19 INC<br>Address: 7606 AUSTIN STREET<br>     FOREST HILLS NY 11375<br>Date Received & Ref :  07/31/20     01S27639006 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001321611

GX 086.0635

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019214

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **PREZCOBIX TAB 30CT,** | | | Reference Number: __01I41045__ |
| NDC: 59676-0575-30 | | | Document Type: __Invoice__ |
| | | | Reference Date: __01/13/21__ |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19CG205 | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:    JANSSEN PRODUCTS**
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **01/08/21     PO#01211411** | Date Received & Ref :  **01/08/21     RC#016362** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **HEALTHMAX PHARMACY** | Name:    **HEALTHMAX PHARMACY** |
| Address: **80-07 JAMAICA AVENUE** | Address: **80-07 JAMAICA AVENUE** |
| **WOODHAVEN NY 11421** | **WOODHAVEN NY 11421** |
| Date Purchased & Ref :   **01/13/21       01S37353001** | Date Received & Ref :  **01/13/21       01S37353001** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1             pages.

SCSRELATIVITY_0001321911

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

Reference Number: **01144819**
Document Type: **Invoice**
Reference Date: **03/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 682H | 3 | |
| Y22W | 5 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21        PO#01212210 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21        RC#017537 |
| Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/15/21        01S40675001 | Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref :  03/15/21        01S40675001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001427772

GX 086.0637