SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

Reference Number: **01140508**
Document Type: **Invoice**
Reference Date: **01/05/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 016330     | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/27/19      PO#A141315 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/27/19      PO#A141315 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/21/19      PO#20191021 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/21/19      PO#20191021 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19      PO#01258775 | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19      PO#01258775 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016271 |
| Name:    **GL PHARMACY HOLDINGS LLC**<br>Address: **343 BROADWAY**<br>**BROOKLYN NY 11211**<br>Date Purchased & Ref :  01/05/21      01S36850002 | Name:    **GL PHARMACY HOLDING LLC**<br>Address: **343 BROADWAY**<br>**BROOKLYN NY 11211**<br>Date Received & Ref :  01/05/21      01S36850002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT**

**88**

1:24-cr-20255-WPD

Page: 1        of  1        pages.

SCSRELATIVITY_0001544806

GX 088.0001

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PL**

NDC: **15584-0101-01**

Reference Number: **01140559**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 016333 | 1 | |
| 016334 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/27/19      PO#A141315 | Date Received & Ref :  08/27/19      PO#A141315 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19      PO#20191021 | Date Received & Ref :  10/21/19      PO#20191021 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19      PO#01258775 | Date Received & Ref :  12/04/19      PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016271 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **CIENEGA PHARMACY** | Name:   **CIENEGA PHARMACY** |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref :  01/06/21      01S36869001 | Date Received & Ref :  01/06/21      01S36869001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544807

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

| Reference Number: | 01140864 |
| Document Type: | Invoice |
| Reference Date: | 01/08/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| U427801A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/27/19   PO#A141315 | Date Received & Ref :  08/27/19   PO#A141315 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19   PO#20191021 | Date Received & Ref :  10/21/19   PO#20191021 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19   PO#01258775 | Date Received & Ref :  12/04/19   PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21   PO#01211295 | Date Received & Ref :  01/05/21   RC#016271 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFEMED PHARMACY** | Name:   **SAFEMED PHARMACY** |
| Address: 6300 SAMUELL BLVD #118 | Address: 6300 SAMUELL BLVD #118 |
| DALLAS TX 75228 | DALLAS TX 75228 |
| Date Purchased & Ref :  01/08/21   01S37122001 | Date Received & Ref :  01/08/21   01S37122001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001544808

GX 088.0003

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PL**

NDC: 15584-0101-01

Reference Number: **01140888**
Document Type: **Invoice**
Reference Date: **01/11/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| U427800A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/27/19      PO#A141315 | Date Received & Ref :  08/27/19      PO#A141315 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19      PO#20191021 | Date Received & Ref :  10/21/19      PO#20191021 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19      PO#01258775 | Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016271 |
| SOLD TO: | SHIPPED TO: |
| Name:   **ASCAN PHARMACY** | Name:   **ASCAN PHARMACY** |
| Address: 10121 METROPOLITAN AVENUE | Address: 10121 METROPOLITAN AVENURE |
| FOREST HILLS NY 11375 | FOREST HILLS NY 11375 |
| Date Purchased & Ref :  01/11/21      01S37203001 | Date Received & Ref :  01/11/21      01S37203001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001544809

GX 088.0004

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: 15584-0101-01

Reference Number: **01141045**
Document Type: **Invoice**
Reference Date: **01/13/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| U427800A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/27/19     PO#A141315 | Date Received & Ref :  08/27/19     PO#A141315 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19     PO#20191021 | Date Received & Ref :  10/21/19     PO#20191021 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19     PO#01258775 | Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016271 |
| SOLD TO: | SHIPPED TO: |
| Name:   **HEALTHMAX PHARMACY** | Name:   **HEALTHMAX PHARMACY** |
| Address: 80-07 JAMAICA AVENUE | Address: 80-07 JAMAICA AVENUE |
| WOODHAVEN NY 11421 | WOODHAVEN NY 11421 |
| Date Purchased & Ref :  01/13/21     01S37353001 | Date Received & Ref :  01/13/21     01S37353001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001544810

GX 088.0005

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PL**

NDC: 15584-0101-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| U434181A   | 2        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01141060**
Document Type: **Invoice**
Reference Date: **01/13/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information  1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/27/19     PO#A141315 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/27/19     PO#A141315 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/21/19     PO#20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/21/19     PO#20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21     RC#016271 |
| SOLD TO:<br>Name:   **FORT LINCOLN PHARMACY AND**<br>Address: **MEDICAL EQUIPTMENT, LLC**<br>    **WASHINGTON DC 20018**<br>Date Purchased & Ref :  01/13/21     01S37380001 | SHIPPED TO:<br>Name:   **FORT LINCOLN PHARMACY AND**<br>Address: **MEDICAL EQUIPTMENT**<br>    **WASHINGTON DC 20018**<br>Date Received & Ref :  01/13/21     01S37380001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001544811

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019028</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

Reference Number: **01141370**
Document Type: **Invoice**
Reference Date: **01/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019047 | 2 | |
| 019276 | 1 | |
| U434181A | 1 | |

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/27/19      PO#A141315** | Date Received & Ref :  **08/27/19      PO#A141315** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/21/19      PO#20191021** | Date Received & Ref :  **10/21/19      PO#20191021** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  **12/04/19      PO#01258775** | Date Received & Ref :  **12/04/19      PO#01258775** |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **01/04/21      PO#01211295** | Date Received & Ref :  **01/05/21      RC#016271** |
| SOLD TO: | SHIPPED TO: |
| Name:   **DUPONT CIRCLE PHARMACY** | Name:   **DUPONT CIRCLE PHARMACY** |
| Address: **1506 21 STREET NW** | Address: **1506 21 STREET NW** |
| **WASHINGTON DC 20036** | **WASHINGTON DC 20036** |
| Date Purchased & Ref :  **01/19/21      01S37662001** | Date Received & Ref :  **01/19/21      01S37662001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001544812

GX 088.0007

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGPA | 1 | |
| | | |
| | | |

Reference Number: **01I43917**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19    A141306 | Date Received & Ref : 08/21/19    A141306 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/17/19    20191017 | Date Received & Ref : 10/17/19    20191017 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 03/01/21    12014 | Date Received & Ref : 03/01/21    12014 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21    PO#01212108 | Date Received & Ref : 03/01/21    RC#017381 |
| SOLD TO: | SHIPPED TO: |
| Name: **1746 PHARMACY CORP** | Name: **1746 PHARMACY CORP** |
| Address: 524 CLRKSON AVE | Address: 524 CLARKSON AVE |
| BROOKLYN NY 11203 | BROOKLYN NY 11203 |
| Date Purchased & Ref : 03/01/21    01S39733001 | Date Received & Ref : 03/01/21    01S39733001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001544848

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020730 | 3 | |
| CDSFGA | 3 | |
| | | |

Reference Number: **01I43918**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21      12014 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  03/01/21      01S39381003 | SHIPPED TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  03/01/21      01S39381003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001544849

GX 088.0009

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020727 | 3 | |
| 020729 | 3 | |
| | | |

Reference Number: **01I43924**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 08/21/19     A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 08/21/19     A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/17/19     20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref : 10/17/19     20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : 03/01/21     12014 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : 03/01/21     12014 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/01/21     PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref : 03/01/21     RC#017381 |
| SOLD TO:<br>Name:   **CAPITOL DRUGS**<br>Address: 8578 SANTA MONICA BLVD<br>        WEST HOLLYWOOD CA 90069<br>Date Purchased & Ref : 03/01/21     01S39289001 | SHIPPED TO:<br>Name:   **CAPITOL DRUGS**<br>Address: 8578 SANTA MONICA BLVD<br>        WEST HOLLYWOOD CA 90069<br>Date Received & Ref : 03/01/21     01S39289001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001544850

GX 088.0010

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:  **01I43926**
Document Type:  **Invoice**
Reference Date:  **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021350 | 4 | |
| CFBGGA | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19　　A141306 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19　　A141306 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19　　20191017 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19　　20191017 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21　　12014 | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Received & Ref :  03/01/21　　12014 |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21　　PO#01212108 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21　　RC#017381 |
| Name:  **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>　　　　WASHINGTON DC 20019<br>Date Purchased & Ref :  03/01/21　　01S39573001 | Name:  **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>　　　　WASHINGTON DC 20019<br>Date Received & Ref :  03/01/21　　01S39573001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544851

GX 088.0011

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020733 | 3 | |
| | | |
| | | |

Reference Number:    01l43927
Document Type:    Invoice
Reference Date:    03/01/21

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/21/19      A141306 | Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/21/19      A141306 |
| Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/17/19      20191017 | Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :   10/17/19      20191017 |
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21      12014 | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :   03/01/21      12014 |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21      RC#017381 |
| Name:    FULLER DRUG STORE<br>Address: 2688 THIRD AVENUE<br>         BRONX NY 10454<br>Date Purchased & Ref :   03/01/21      01S39688002 | Name:    FULLER DRUG STORE<br>Address: 2688 THIRD AVENUE<br>         BRONX NY 10454<br>Date Received & Ref :   03/01/21      01S39688002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001544852

GX 088.0012

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020733 | 10 | |
| CFBGGA | 9 | |
| | | |

Reference Number:  01I43929
Document Type:  Invoice
Reference Date:  03/01/21

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21      12014 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  03/01/21      01S39590001 | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  03/01/21      01S39590001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544853

GX 088.0013

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020733 | 1 | |
| | | |
| | | |

Reference Number: 01l43935
Document Type: **Invoice**
Reference Date: 03/01/21

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|          NORTH AMITYVILLE NY 11701-1156 |          NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      A141306 | Date Received & Ref :  08/21/19      A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|          NEW YORK NY 10032-8210 |          NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref :  03/01/21      12014 | Date Received & Ref :  03/01/21      12014 |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21      PO#01212108 | Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO: | SHIPPED TO: |
| Name:    **CARY RX. INC** | Name:    **CARY RX. INC.** |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
|          WASHINGTON DC 20001 |          WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/01/21      01S39601002 | Date Received & Ref :  03/01/21      01S39601002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544854

GX 088.0014

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43936**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020734 | 2 | |
| 021346 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21      12014 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO:<br>Name:    **MEDICAL MALL PHARMACY**<br>Address: 9 HOSPITAL DR<br>          TOMS RIVER NJ 08755<br>Date Purchased & Ref :  03/01/21      01S39503001 | SHIPPED TO:<br>Name:    **MEDICAL MALL PHARMACY**<br>Address: 9 HOSPITAL DR<br>          TOMS RIVER NJ 08755<br>Date Received & Ref :  03/01/21      01S39503001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001544855

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I43938 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023832 | 1 | |
| 023833 | 1 | |
| 025976 | 4 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     20191017 | Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     20191017 |
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21     12014 | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref :  03/01/21     12014 |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017381 |
| Name:   MEDFORD CHEMISTS INC<br>Address: 2608 ROUTE 112<br>    MEDFORD NY 11763<br>Date Purchased & Ref :  03/01/21     01S39797001 | Name:   MEDFORD CHEMISTS INC<br>Address: 2608 ROUTE 112<br>    MEDFORD NY 11763<br>Date Received & Ref :  03/01/21     01S39797001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001544856

GX 088.0016

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43940**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/21/19       A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/21/19       A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/17/19       20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/17/19       20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21       12014 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :   03/01/21       12014 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21       PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21       RC#017381 |
| SOLD TO:<br>Name:   **PRESTIGE SPECIALTY PHARMACY**<br>Address: 3739 15 MILE ROAD<br>        STERLING HEIGHTS MI 48310<br>Date Purchased & Ref :   03/01/21       01S39594001 | SHIPPED TO:<br>Name:   **PRESTIGE SPECIALTY PHARMACY**<br>Address: 3739 15 MILE ROAD<br>        STERLING HEIGHTS MI 48310<br>Date Received & Ref :   03/01/21       01S39594001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001544857

GX 088.0017

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43941**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020732 | 4 | |
| 020734 | 2 | |
| 023252 | 3 | |

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     20191017 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     20191017 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21     12014 | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  03/01/21     12014 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017381 |
| Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  03/01/21     01S39482002 | Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  03/01/21     01S39482002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544858

GX 088.0018

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGPA | 1 | |
| | | |
| | | |

Reference Number: **01l43943**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21      12014 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO:<br>Name:   **ICARE PHARMACY**<br>Address: 661 MAIN ST<br>       PATERSON NJ 07503<br>Date Purchased & Ref :  03/01/21      01S39728001 | SHIPPED TO:<br>Name:   **ICARE PHARMACY**<br>Address: 661 MAIN ST<br>       PATERSON NJ 07503<br>Date Received & Ref :  03/01/21      01S39728001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001544859

GX 088.0019

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43952**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733     | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     20191017 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     20191017 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21     12014 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  03/01/21     12014 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017381 |
| Name:   **PHARMRX PHARMACY LLC**<br>Address: 137 EAST FELTON RD<br>        CARTERSVILLE GA 30120<br>Date Purchased & Ref :  03/01/21     01S39619001 | Name:   **PHARMRX PHARMACY LLC**<br>Address: 137 EAST FELTON RD<br>        CARTERSVILLE GA 30120<br>Date Received & Ref :  03/01/21     01S39619001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001544860

GX 088.0020

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023255     | 2        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01I43953**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21      12014 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO:<br>Name:   **HOLLY SPRINGS PHARMACY**<br>Address: 648 HOLLY SPRINGS RD<br>      HOLLY SPRINGS NC 27540<br>Date Purchased & Ref :  03/01/21      01S39701002 | SHIPPED TO:<br>Name:   **HOLLY SPRINGS PHARMACY**<br>Address: 648 HOLLY SPRINGS RD<br>      HOLLY SPRINGS NC 27540<br>Date Received & Ref :  03/01/21      01S39701002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001544861

GX 088.0021

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01l43954 |
| Document Type: | **Invoice** |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021350 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      A141306 | Date Received & Ref :  08/21/19      A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  03/01/21      12014 | Date Received & Ref :  03/01/21      12014 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21      PO#01212108 | Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFEMED PHARMACY** | Name:  **SAFEMED PHARMACY** |
| Address: 6300 SAMUELL BLVD #118 | Address: 6300 SAMUELL BLVD #118 |
| DALLAS TX 75228 | DALLAS TX 75228 |
| Date Purchased & Ref :  03/01/21      01S39568002 | Date Received & Ref :  03/01/21      01S39568002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544862

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021348 | 3 | |
| 021349 | 2 | |
| CDVWGA | 4 | |

Reference Number: **01l43959**
Document Type: **Invoice**
Reference Date: **03/01/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19    A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19    A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19    20191017 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19    20191017 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21    12014 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  03/01/21    12014 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21    RC#017381 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Purchased & Ref :  03/01/21    01S39455001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Received & Ref :  03/01/21    01S39455001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001544863

GX 088.0023

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGFA | 1 | |
| | | |
| | | |

Reference Number: **01I43959**
Document Type: **Invoice**
Reference Date: **03/01/21**

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21      12014 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Purchased & Ref :   03/01/21      01S39455001 | SHIPPED TO:<br>Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>       EAST MEADOW NY 11554<br>Date Received & Ref :  03/01/21      01S39455001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001544863

GX 088.0024

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43963**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020731 | 2 | |
| 022053 | 1 | |
| 022055 | 1 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 08/21/19      A141306 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 08/21/19      A141306 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/17/19      20191017 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref : 10/17/19      20191017 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : 03/01/21      12014 | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : 03/01/21      12014 |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/01/21      PO#01212108 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref : 03/01/21      RC#017381 |
| SOLD TO:<br>Name: **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH ST NW<br>      WASHINGTON DC 20010<br>Date Purchased & Ref : 03/01/21      01S39266004 | SHIPPED TO:<br>Name: **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH STREET NW<br>      WASHINGTON DC 20010<br>Date Received & Ref : 03/01/21      01S39266004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 3      pages.

SCSRELATIVITY_0001544865

GX 088.0025

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01143963**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022057 | 4 | |
| CDMHDA | 1 | |
| CDSFCA | 2 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      A141306 | Date Received & Ref :  08/21/19      A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  03/01/21      12014 | Date Received & Ref :  03/01/21      12014 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21      PO#01212108 | Date Received & Ref :  03/01/21      RC#017381 |
| SOLD TO: | SHIPPED TO: |
| Name:   **COLUMBIA HEIGHTS PHARMACY** | Name:   **COLUMBIA HEIGHTS PHARMACY** |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
| WASHINGTON DC 20010 | WASHINGTON DC 20010 |
| Date Purchased & Ref :  03/01/21      01S39266004 | Date Received & Ref :  03/01/21      01S39266004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 3      pages.

SCSRELATIVITY_0001544865

GX 088.0026

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFDA | 2 | |
| CDSFFA | 2 | |
| CDSFKA | 2 | |

Reference Number: **01l43963**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     20191017 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     20191017 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21     12014 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  03/01/21     12014 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017381 |
| Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH ST NW<br>         WASHINGTON DC 20010<br>Date Purchased & Ref :  03/01/21     01S39266004 | Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH STREET NW<br>         WASHINGTON DC 20010<br>Date Received & Ref :  03/01/21     01S39266004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3       of  3       pages.

SCSRELATIVITY_0001544865

GX 088.0027

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021345 | 6 | |
| 021346 | 3 | |
| 021347 | 8 | |

Reference Number: **01I43964**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

**SOLD TO:**
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
         NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :  08/21/19      A141306

**SHIPPED TO:**
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
         NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :  08/21/19      A141306

**SOLD TO:**
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
         NEW YORK NY 10032-8210
Date Purchased & Ref :  10/17/19      20191017

**SHIPPED TO:**
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
         NEW YORK NY 10032-8210
Date Received & Ref :  10/17/19      20191017

**SOLD TO:**
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
         REGO PARK NY 11374
Date Purchased & Ref :  03/01/21      12014

**SHIPPED TO:**
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
         REGO PARK NY 11374
Date Received & Ref :  03/01/21      12014

**SOLD TO:**
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
         CAMBRIDGE MD 21613
Date Purchased & Ref :  03/01/21      PO#01212108

**SHIPPED TO:**
Name:   **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
         CAMBRIDGE MD 21613
Date Received & Ref :  03/01/21      RC#017381

**SOLD TO:**
Name:   **GLOBAL EXPRESS PHARMACY**
Address: 10596 GARDEN GROVE BLVD
         GARDEN GROVE CA 92843
Date Purchased & Ref :  03/01/21      01S39538001

**SHIPPED TO:**
Name:   **GLOBAL EXPRESS PHARMACY**
Address: 10596 GARDEN GROVE BLVD
         GARDEN GROVE CA 92843
Date Received & Ref :  03/01/21      01S39538001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 2      pages.

SCSRELATIVITY_0001544868

GX 088.0028

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021350 | 3 | |
| 023253 | 5 | |
| | | |

Reference Number: __01I43964__
Document Type: __Invoice__
Reference Date: __03/01/21__

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | **SHIPPED TO:**<br>Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| **SOLD TO:**<br>Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     20191017 | **SHIPPED TO:**<br>Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     20191017 |
| **SOLD TO:**<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21     12014 | **SHIPPED TO:**<br>Name:     **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  03/01/21     12014 |
| **SOLD TO:**<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | **SHIPPED TO:**<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017381 |
| **SOLD TO:**<br>Name:     **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/01/21     01S39538001 | **SHIPPED TO:**<br>Name:     **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  03/01/21     01S39538001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of 2     pages.

SCSRELATIVITY_0001544868

GX 088.0029

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMHCA | 1 | |
| CDSDYA | 1 | |
| | | |

Reference Number: **01l44190**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19    A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19    A141306 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19    20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19    20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  03/01/21    12014 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  03/01/21    12014 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21    RC#017381 |
| SOLD TO:<br>Name:    **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  03/04/21    01S39915002 | SHIPPED TO:<br>Name:    **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  03/04/21    01S39915002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544870

GX 088.0030

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I44192**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022614 | 4 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   08/21/19       A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   08/21/19       A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   10/17/19       20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :   10/17/19       20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref :   03/01/21       12014 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref :   03/01/21       12014 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   03/01/21       PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :   03/01/21       RC#017381 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>       **WEST HOLLYWOOD CA 90046**<br>Date Purchased & Ref :   03/04/21       01S39915003 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>       **WEST HOLLYWOOD CA 90046**<br>Date Received & Ref :   03/04/21       01S39915003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001544871

GX 088.0031

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGKA | 10 | |
| | | |
| | | |

Reference Number: **01l44194**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21      12014 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  03/01/21      12014 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017381 |
| Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Purchased & Ref :  03/04/21      01S39768002 | Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>         LAUREL MD 20707<br>Date Received & Ref :  03/04/21      01S39768002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001544872

GX 088.0032

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022614 | 3 | |
| 023775 | 3 | |
| | | |

Reference Number: **01I44245**
Document Type: **Invoice**
Reference Date: **03/04/21**

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

SOLD TO:
Name: **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref : 08/21/19    A141306

SHIPPED TO:
Name: **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
NORTH AMITYVILLE NY 11701-1156
Date Received & Ref : 08/21/19    A141306

SOLD TO:
Name: **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
NEW YORK NY 10032-8210
Date Purchased & Ref : 10/17/19    20191017

SHIPPED TO:
Name: **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
NEW YORK NY 10032-8210
Date Received & Ref : 10/17/19    20191017

SOLD TO:
Name: **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Purchased & Ref : 03/01/21    12014

SHIPPED TO:
Name: **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Received & Ref : 03/01/21    12014

SOLD TO:
Name: **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref : 03/01/21    PO#01212108

SHIPPED TO:
Name: **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref : 03/01/21    RC#017381

SOLD TO:
Name: **EKANTIK LLC**
Address: 692 N DUPONT BLVD SUITE 692
MILFORD DE 19963
Date Purchased & Ref : 03/04/21    01S40097002

SHIPPED TO:
Name: **EKANTIK LLC**
Address: 692 N DUPONT BLVD. SUITE 692
MILFORD DE 19963
Date Received & Ref : 03/04/21    01S40097002

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001544873

GX 088.0033

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022054 | 1 | |
| 6341501A | 1 | |
| 6400504A | 1 | |

Reference Number: **01l44534**
Document Type: **Invoice**
Reference Date: **03/09/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/21/19        A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/21/19        A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/17/19        20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/17/19        20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21        12014 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :   03/01/21        12014 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE AVE<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21        RC#017381 |
| SOLD TO:<br>Name:   **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>        WASHINGTON DC 20002<br>Date Purchased & Ref :   03/09/21        01S39911002 | SHIPPED TO:<br>Name:   **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>        WASHINGTON DC 20002<br>Date Received & Ref :   03/09/21        01S39911002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001544874

GX 088.0034

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYCA | 2 | |
| CDFYFA | 1 | |
| CDGWZA | 1 | |

Reference Number: **01I44534**
Document Type: **Invoice**
Reference Date: **03/09/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

**SOLD TO:**
Name:     **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
          **NORTH AMITYVILLE NY 11701-1156**
Date Purchased & Ref :  08/21/19       A141306

**SHIPPED TO:**
Name:     **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
          **NORTH AMITYVILLE NY 11701-1156**
Date Received & Ref :  08/21/19       A141306

**SOLD TO:**
Name:     **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
          **NEW YORK NY 10032-8210**
Date Purchased & Ref :  10/17/19       20191017

**SHIPPED TO:**
Name:     **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
          **NEW YORK NY 10032-8210**
Date Received & Ref :  10/17/19       20191017

**SOLD TO:**
Name:     **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
          **REGO PARK NY 11374**
Date Purchased & Ref :  03/01/21       12014

**SHIPPED TO:**
Name:     **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
          **REGO PARK NY 11374**
Date Received & Ref :  03/01/21       12014

**SOLD TO:**
Name:     **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
          **CAMBRIDGE MD 21613**
Date Purchased & Ref :  03/01/21       PO#01212108

**SHIPPED TO:**
Name:     **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
          **CAMBRIDGE MD 21613**
Date Received & Ref :  03/01/21       RC#017381

**SOLD TO:**
Name:     **SUPER PHARMACY LLC**
Address: **1019 H ST. NE**
          **WASHINGTON DC 20002**
Date Purchased & Ref :  03/09/21       01S39911002

**SHIPPED TO:**
Name:     **SUPER PHARMACY**
Address: **1019 H STREET NE**
          **WASHINGTON DC 20002**
Date Received & Ref :  03/09/21       01S39911002

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  3         pages.

SCSRELATIVITY_0001544874

GX 088.0035

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I44534**
Document Type: **Invoice**
Reference Date: **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXBA | 1 | |
| CDGXGA | 1 | |
| CDMGSA | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/21/19        A141306 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/21/19        A141306 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/17/19        20191017 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/17/19        20191017 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21        12014 | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :   03/01/21        12014 |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE AVE<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21        RC#017381 |
| **SOLD TO:**<br>Name:   **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>        WASHINGTON DC 20002<br>Date Purchased & Ref :   03/09/21        01S39911002 | **SHIPPED TO:**<br>Name:   **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>        WASHINGTON DC 20002<br>Date Received & Ref :   03/09/21        01S39911002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of   3        pages.

SCSRELATIVITY_0001544874

GX 088.0036

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000021008

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l44612**
Document Type: **Invoice**
Reference Date: **03/10/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 025976 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :   03/01/21     12014 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  03/01/21     12014 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017381 |
| SOLD TO:<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>       LAUREL MD 20707<br>Date Purchased & Ref :  03/10/21     01S40085003 | SHIPPED TO:<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>       LAUREL MD 20707<br>Date Received & Ref :  03/10/21     01S40085003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001544877

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021339</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| BIKTARVY 30CT, |

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCKKKA | 1 | |
| CCKKDA | 1 | |
| CCVCVA | 1 | |

Reference Number: __01I44531__
Document Type: __Invoice__
Reference Date: __03/09/21__

## (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/30/19      A141321 | Name:  AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/30/19      A141321 |
| SOLD TO:<br>Name:  AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:  AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/09/21      PO#01212238 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21      RC#017557 |
| SOLD TO:<br>Name:  HEALING TOUCH PHARMACY<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>WASHINGTON DC 20032<br>Date Purchased & Ref :  03/09/21      01S40394001 | SHIPPED TO:<br>Name:  HEALING TOUCH PHARMACY<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>WASHINGTON DC 20032<br>Date Received & Ref :  03/09/21      01S40394001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545593

GX 088.0038

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021339</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: BIKTARVY 30CT, | | |
|---|---|---|
| NDC: 61958-2501-01 | | |

| | | | Reference Number: | 01I44531 |
|---|---|---|---|---|
| | | | Document Type: | Invoice |
| | | | Reference Date: | 03/09/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BIC028A | 1 | |
| CCVCYA | 1 | |
| 19BIC038A | 1 | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/30/19      A141321 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/30/19      A141321 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/09/21      PO#01212238 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21      RC#017557 |
| SOLD TO:<br>Name:   HEALING TOUCH PHARMACY<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Purchased & Ref :  03/09/21      01S40394001 | SHIPPED TO:<br>Name:   HEALING TOUCH PHARMACY<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Received & Ref :  03/09/21      01S40394001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3      pages.

SCSRELATIVITY_0001545593

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021339</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: BIKTARVY 30CT, | | | | |
|---|---|---|---|---|
| NDC: 61958-2501-01 | | | Reference Number: | 01I44531 |
| | | | Document Type: | Invoice |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 03/09/21 |
| 19BIC036A | 1 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/30/19      A141321 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/30/19      A141321 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/09/21      PO#01212238 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21      RC#017557 |
| SOLD TO:<br>Name:   HEALING TOUCH PHARMACY<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Purchased & Ref :  03/09/21    01S40394001 | SHIPPED TO:<br>Name:   HEALING TOUCH PHARMACY<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Received & Ref :  03/09/21    01S40394001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of  3        pages.

SCSRELATIVITY_0001545593

GX 088.0040

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021339</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: BIKTARVY 30CT, | | |
|---|---|---|
| NDC: 61958-2501-01 | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCVCZA | 1 | |
| | | |
| | | |

Reference Number: **01I44545**
Document Type: **Invoice**
Reference Date: **03/09/21**

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/30/19    A141321 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/30/19    A141321 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19    20191016 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19    20191016 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/09/21    PO#01212238 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/09/21    RC#017557 |
| Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  03/09/21    01S40396001 | Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  03/09/21    01S40396001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001545596

GX 088.0041

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016658 | 1 | |
| | | |
| | | |

Reference Number: **01I43990**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19      A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19       20191121 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19       20191121 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21       PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21       RC#017388 |
| Name:   **PURE PHARMACY LLC**<br>Address: 959 WEST AVENUE #16<br>       MIAMI BEACH FL 33139<br>Date Purchased & Ref :   03/02/21       01S39576001 | Name:   **PURE PHARMACY LLC**<br>Address: 959 WEST AVENUE #16<br>       MIAMI FL 33139<br>Date Received & Ref :   03/02/21       01S39576001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545598

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)** |

NDC: 61958-0701-01

| Reference Number: | 01I43991 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 015454 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| SOLD TO:<br>Name:   FREEBURG PHARMACY<br>Address: 10 SOUTHGATE CENTER<br>        FREEBURG IL 62243<br>Date Purchased & Ref :  03/02/21      01S39066002 | SHIPPED TO:<br>Name:   FREEBURG PHARMACY<br>Address: 10 SOUTHGATE CENTER<br>        FREEBURG IL 62243<br>Date Received & Ref :  03/02/21      01S39066002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545599

GX 088.0043

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: __01I43997__
Document Type: __Invoice__
Reference Date: __03/02/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020586 | 1 | |
| 020587 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/11/19 | Date Received & Ref : 09/11/19  A141459 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/21/19  20191121 | Date Received & Ref : 11/21/19  20191121 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21  PO#01212108 | Date Received & Ref : 03/02/21  RC#017388 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **DUPONT CIRCLE PHARMACY** | Name: **DUPONT CIRCLE PHARMACY** |
| Address: 1506 21 STREET NW | Address: 1506 21 STREET NW |
| WASHINGTON DC 20036 | WASHINGTON DC 20036 |
| Date Purchased & Ref : 03/02/21  01S39750002 | Date Received & Ref : 03/02/21  01S39750002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of  1  pages.

SCSRELATIVITY_0001545600

GX 088.0044

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Reference Number: | 01I44017 |
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|-----------|----------|-----------------|
| 015715 | 1 | |
| 016615 | 1 | |
| 018794 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :　09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :　09/11/19　　A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Purchased & Ref :　11/21/19　　20191121 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Received & Ref :　11/21/19　　20191121 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :　03/01/21　　PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :　03/02/21　　RC#017388 |
| Name:   **CARY RX. INC**<br>Address: 1300 7TH STREET NW<br>　　　　WASHINGTON DC 20001<br>Date Purchased & Ref :　03/02/21　　01S39885001 | Name:   **CARY RX. INC.**<br>Address: 1300 7TH STREET NW<br>　　　　WASHINGTON DC 20001<br>Date Received & Ref :　03/02/21　　01S39885001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001545601

GX 088.0045

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)** |

**NDC:** 61958-0701-01

**Reference Number:** 01I44017
**Document Type:** Invoice
**Reference Date:** 03/02/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 018846 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**    GILEAD SCIENCES
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/11/19 | Date Received & Ref :  09/11/19    A141459 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/21/19    20191121 | Date Received & Ref :  11/21/19    20191121 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21    PO#01212108 | Date Received & Ref :  03/02/21    RC#017388 |
| SOLD TO: | SHIPPED TO: |
| Name:    CARY RX. INC | Name:    CARY RX. INC. |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
| WASHINGTON DC 20001 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/02/21    01S39885001 | Date Received & Ref :  03/02/21    01S39885001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of 2    pages.

SCSRELATIVITY_0001545601

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: **01I44056**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18TRS033UA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | **SHIPPED TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19    A141459 |
| **SOLD TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19    20191121 | **SHIPPED TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19    20191121 |
| **SOLD TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21    RC#017388 |
| **SOLD TO:**<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  03/02/21    01S40010001 | **SHIPPED TO:**<br>Name:    **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  03/02/21    01S40010001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545603

GX 088.0047

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **6238505A** | **1** | |
| | | |
| | | |

Reference Number: **01I44107**
Document Type: **Invoice**
Reference Date: **03/03/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19**    **A141459** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/21/19**    **20191121** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/21/19**    **20191121** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21**    **PO#01212108** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21**    **RC#017388** |
| SOLD TO:<br>Name:   **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: **46325 W 12 MILE ROAD #150**<br>    **NOVI MI 48377**<br>Date Purchased & Ref :  **03/03/21**    **01S40068001** | SHIPPED TO:<br>Name:   **KEYSTONE SPECIALTY CARE PHARMACY**<br>Address: **46325 W 12 MILE RD #150**<br>    **NOVI MI 48377**<br>Date Received & Ref :  **03/03/21**    **01S40068001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001545604

GX 088.0048

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6273601A | 1 | |
| 6273604A | 1 | |
| CCDWBA | 1 | |

Reference Number: **01I44208**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/04/21      01S40160001 | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/04/21      01S40160001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545605

GX 088.0049

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| H431167A | 1 | |
| H433935A | 1 | |
| | | |

Reference Number: **01l44208**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>　　　　**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>　　　　**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19**　　**A141459** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>　　　　**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/21/19**　　**20191121** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>　　　　**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/21/19**　　**20191121** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>　　　　**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>　　　　**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>　　　　**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21**　　**PO#01212108** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>　　　　**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21**　　**RC#017388** |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>　　　　**LOS ANGELES CA 90017**<br>Date Purchased & Ref :  **03/04/21**　　**01S40160001** | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>　　　　**LOS ANGELES CA 90017**<br>Date Received & Ref :  **03/04/21**　　**01S40160001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –　(G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2　　of 2　　pages.

SCSRELATIVITY_0001545605

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6273604A | 1 | |
| 6273609A | 1 | |
| CCKFMA | 1 | |

Reference Number: **01I44333**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

**SOLD TO:**
Name:    **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
           **NORTH AMITYVILLE NY 11701-1156**
Date Purchased & Ref :   09/11/19

**SHIPPED TO:**
Name:    **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
           **NORTH AMITYVILLE NY 11701-1156**
Date Received & Ref :   09/11/19      A141459

**SOLD TO:**
Name:    **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
           **NEW YORK NY 10032-8210**
Date Purchased & Ref :   11/21/19      20191121

**SHIPPED TO:**
Name:    **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
           **NEW YORK NY 10032-8210**
Date Received & Ref :   11/21/19      20191121

**SOLD TO:**
Name:    **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
           **REGO PARK NY 11374**
Date Purchased & Ref :

**SHIPPED TO:**
Name:    **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
           **REGO PARK NY 11374**
Date Received & Ref :

**SOLD TO:**
Name:    **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
           **CAMBRIDGE MD 21613**
Date Purchased & Ref :   03/01/21      PO#01212108

**SHIPPED TO:**
Name:    **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
           **CAMBRIDGE MD 21613**
Date Received & Ref :   03/02/21      RC#017388

**SOLD TO:**
Name:    **CIENEGA PHARMACY**
Address: **7360 SANTA MONICA BLVD #101**
           **WEST HOLLYWOOD CA 90046**
Date Purchased & Ref :   03/05/21      01S40282001

**SHIPPED TO:**
Name:    **CIENEGA PHARMACY**
Address: **7360 SANTA MONICA BLVD #101**
           **WEST HOLLYWOOD CA 90046**
Date Received & Ref :   03/05/21      01S40282001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001545607

GX 088.0051

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCKFPA | 1 | |
| | | |
| | | |

Reference Number: **01I44338**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19     A141459 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19       20191121 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19       20191121 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21       PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21       RC#017388 |
| SOLD TO:<br>Name:   **JOE PHARMACY**<br>Address: 1710 LIVE OAK ST<br>        COMMERCE TX 75428<br>Date Purchased & Ref :  03/05/21       01S40295001 | SHIPPED TO:<br>Name:   **JOE PHARMACY**<br>Address: 1710 LIVE OAK ST<br>        COMMERCE TX 75428<br>Date Received & Ref :  03/05/21       01S40295001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545608

GX 088.0052

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: **01I44490**
Document Type: **Invoice**
Reference Date: **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCPCYA | 1 | |
| H436755A | 1 | |
| H436758A | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19      A141459 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19      20191121 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19      20191121 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017388 |
| SOLD TO:<br>Name:   **OLYMPIA PLAZA PHARMACY INC**<br>Address: 5901 W OLYMPIC BLVD STE 103<br>         LOS ANGELES  CA 90036<br>Date Purchased & Ref :   03/09/21      01S40416001 | SHIPPED TO:<br>Name:   **OLYMPIA PLAZA PHARMACY INC**<br>Address: 5901 W OLYMPIC BLVD STE 103<br>         LOS ANGELES CA 90036<br>Date Received & Ref :   03/09/21      01S40416001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 2        pages.

SCSRELATIVITY_0001545609

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)** |

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| H436761A | 1 | |
| H436762A | 1 | |
| | | |

Reference Number: **01I44490**
Document Type: **Invoice**
Reference Date: **03/09/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19      A141459 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19      20191121 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19      20191121 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017388 |
| SOLD TO:<br>Name:    **OLYMPIA PLAZA PHARMACY INC**<br>Address: 5901 W OLYMPIC BLVD STE 103<br>          LOS ANGELES  CA 90036<br>Date Purchased & Ref :   03/09/21      01S40416001 | SHIPPED TO:<br>Name:    **OLYMPIA PLAZA PHARMACY INC**<br>Address: 5901 W OLYMPIC BLVD STE 103<br>          LOS ANGELES CA 90036<br>Date Received & Ref :   03/09/21      01S40416001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2           pages.

SCSRELATIVITY_0001545609

GX 088.0054

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: 01I44559
Document Type: Invoice
Reference Date: 03/10/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| CCKFGA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

SOLD TO:
Name:   AMERISOURCEBERGEN DRUG CP
Address: 5500 NEW HORIZONS BLVD.
          NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :   09/11/19

SHIPPED TO:
Name:   AMERISOURCEBERGEN DRUG CP
Address: 5500 NEW HORIZONS BLVD.
          NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :   09/11/19      A141459

SOLD TO:
Name:   AMSTERDAM WELLNESS PHARMA
Address: 2091 AMSTERDAM AVE
          NEW YORK NY 10032-8210
Date Purchased & Ref :   11/21/19      20191121

SHIPPED TO:
Name:   AMSTERDAM WELLNESS PHARMA
Address: 2091 AMSTERDAM AVE
          NEW YORK NY 10032-8210
Date Received & Ref :   11/21/19      20191121

SOLD TO:
Name:   BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD
          REGO PARK NY 11374
Date Purchased & Ref :

SHIPPED TO:
Name:   BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD
          REGO PARK NY 11374
Date Received & Ref :

SOLD TO:
Name:   SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
          CAMBRIDGE MD 21613
Date Purchased & Ref :   03/01/21      PO#01212108

SHIPPED TO:
Name:   SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
          CAMBRIDGE MD 21613
Date Received & Ref :   03/02/21      RC#017388

SOLD TO:
Name:   TYKA PHARMACY
Address: 173 CANAL STREET
          NEW YORK NY 10013
Date Purchased & Ref :   03/10/21      01S40470001

SHIPPED TO:
Name:   TYKA PHARMACY
Address: 173 CANAL STREET
          NEW YORK NY 10013
Date Received & Ref :   03/10/21      01S40470001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545611

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCKFGA | 1 | |
| | | |
| | | |

Reference Number: **01144588**
Document Type: **Invoice**
Reference Date: **03/10/21**

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/11/19 | Date Received & Ref : 09/11/19 A141459 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/21/19 20191121 | Date Received & Ref : 11/21/19 20191121 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21 PO#01212108 | Date Received & Ref : 03/02/21 RC#017388 |
| SOLD TO: | SHIPPED TO: |
| Name: **CARY RX. INC** | Name: **CARY RX. INC.** |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
| WASHINGTON DC 20001 | WASHINGTON DC 20001 |
| Date Purchased & Ref : 03/10/21 01S40506001 | Date Received & Ref : 03/10/21 01S40506001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001545612

GX 088.0056

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCPCZA | 1 | |
| | | |
| | | |

Reference Number: **01I44824**
Document Type: **Invoice**
Reference Date: **03/15/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| SOLD TO:<br>Name:   **ONE PHARMACY**<br>Address: 85 CYPRESS POINT PKWY UNIT B<br>        PALM COAST  FL 32164<br>Date Purchased & Ref :  03/15/21      01S40665001 | SHIPPED TO:<br>Name:   **ONE PHARMACY**<br>Address: 85 CYPRESS POINT PKWY UNIT B<br>        PALM COAST FL 32164<br>Date Received & Ref :  03/15/21      01S40665001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545613

GX 088.0057

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCPCZA | 1 | |
| | | |
| | | |

Reference Number: **01I44881**
Document Type: **Invoice**
Reference Date: **03/15/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

**SOLD TO:**
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
          NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :   09/11/19

**SHIPPED TO:**
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
          NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :   09/11/19        A141459

**SOLD TO:**
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
          NEW YORK NY 10032-8210
Date Purchased & Ref :   11/21/19        20191121

**SHIPPED TO:**
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
          NEW YORK NY 10032-8210
Date Received & Ref :   11/21/19        20191121

**SOLD TO:**
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
          REGO PARK NY 11374
Date Purchased & Ref :

**SHIPPED TO:**
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
          REGO PARK NY 11374
Date Received & Ref :

**SOLD TO:**
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
          CAMBRIDGE MD 21613
Date Purchased & Ref :   03/01/21        PO#01212108

**SHIPPED TO:**
Name:   **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
          CAMBRIDGE MD 21613
Date Received & Ref :   03/02/21        RC#017388

**SOLD TO:**
Name:   **PROSPERITY PHARMACY MANASSAS**
Address: 8644 SUDLEY ROAD #120
          MANASSAS VA 20110
Date Purchased & Ref :   03/15/21        01S40729001

**SHIPPED TO:**
Name:   **PROSPERITY PHARMACY MANASSAS**
Address: 8644 SUDLEY ROAD #120
          MANASSAS VA 20110
Date Received & Ref :   03/15/21        01S40729001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545614

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)** |

NDC: 61958-0701-01

Reference Number: __01I44992__
Document Type: __Invoice__
Reference Date: __03/17/21__

| Lot Number | Quantity | Unique Serial # |
| --- | --- | --- |
| H436754A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19      A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19      20191121 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19      20191121 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017388 |
| Name:   **ETHOS PHARMACY**<br>Address: 4332 N ELSTON AVE<br>          CHICAGO IL 60641<br>Date Purchased & Ref :   03/17/21      01S40859001 | Name:   **ETHOS PHARMACY**<br>Address: 4332 N ELSTON AVE<br>          CHICAGO IL 60641<br>Date Received & Ref :   03/17/21      01S40859001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545615

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 018916 | 1 | |
| H436754A | 1 | |
| | | |

Reference Number: **01I45032**
Document Type: **Invoice**
Reference Date: **03/17/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19      A141459 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19          20191121 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19          20191121 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21          PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21          RC#017388 |
| SOLD TO:<br>Name:    **MARTNICKS PHARMACY & DISCOUNT INC**<br>Address: 1107 E HALLANDALE BEACH BLVD<br>          HALLANDALE BEACH  FL 33009<br>Date Purchased & Ref :   03/17/21          01S40895001 | SHIPPED TO:<br>Name:    **MARTNICKS PHARMACY & DISCOUNT**<br>Address: 1107 E HALLANDALE BEACH BLVD<br>          HALLANDALE BEACH FL 33009<br>Date Received & Ref :   03/17/21          01S40895001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001545616

GX 088.0060

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCPDBA | 2 | |
| | | |
| | | |

Reference Number: **01145065**
Document Type: **Invoice**
Reference Date: **03/18/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19**      **A141459** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/21/19**      **20191121** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/21/19**      **20191121** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21**      **PO#01212108** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21**      **RC#017388** |
| SOLD TO:<br>Name:   **BETTER CARE RX**<br>Address: **4128 W BURBANK BLVD**<br>       **BURBANK CA 91505**<br>Date Purchased & Ref :  **03/18/21**      **01S40848001** | SHIPPED TO:<br>Name:   **BETTER CARE RX**<br>Address: **4128 W BURBANK BLVD**<br>       **BURBANK CA 91505**<br>Date Received & Ref :  **03/18/21**      **01S40848001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001545617

GX 088.0061

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Reference Number: | 01I45275 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 018916 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19    A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19    20191121 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19    20191121 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21    PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21    RC#017388 |
| Name:   **5TH AVE DRUG INC**<br>Address: 1805 FIFTH AVE STORE B<br>    BAYSHORE NY 11706<br>Date Purchased & Ref :   03/19/21    01S41070001 | Name:   **5TH AVE DRUG INC**<br>Address: 1805 FIFTH AVE STORE B<br>    BAYSHORE NY 11706<br>Date Received & Ref :   03/19/21    01S41070001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545618

GX 088.0062

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: __01I45335__
Document Type: __Invoice__
Reference Date: __03/22/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 018916 | 1 | |
| 6273610A | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| SOLD TO:<br>Name:   **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  03/22/21      01S41130001 | SHIPPED TO:<br>Name:   **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  03/22/21      01S41130001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545619

GX 088.0063

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Reference Number: | 01I45349 |
| Document Type: | Invoice |
| Reference Date: | 03/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6273610A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   09/11/19 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   09/11/19     A141459 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   11/21/19     20191121 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :   11/21/19     20191121 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   03/01/21     PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :   03/02/21     RC#017388 |
| SOLD TO:<br>Name:    **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Purchased & Ref :   03/22/21     01S41150001 | SHIPPED TO:<br>Name:    **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Received & Ref :   03/22/21     01S41150001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545620

GX 088.0064

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: **01I45546**
Document Type: **Invoice**
Reference Date: **03/25/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCKFKA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

SOLD TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
          NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :   09/11/19

SHIPPED TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
          NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :   09/11/19      A141459

SOLD TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
          NEW YORK NY 10032-8210
Date Purchased & Ref :   11/21/19      20191121

SHIPPED TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
          NEW YORK NY 10032-8210
Date Received & Ref :   11/21/19      20191121

SOLD TO:
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
          REGO PARK NY 11374
Date Purchased & Ref :

SHIPPED TO:
Name:   **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
          REGO PARK NY 11374
Date Received & Ref :

SOLD TO:
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
          CAMBRIDGE MD 21613
Date Purchased & Ref :   03/01/21      PO#01212108

SHIPPED TO:
Name:   **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
          CAMBRIDGE MD 21613
Date Received & Ref :   03/02/21      RC#017388

SOLD TO:
Name:   **GLOBAL EXPRESS PHARMACY**
Address: 10596 GARDEN GROVE BLVD
          GARDEN GROVE CA 92843
Date Purchased & Ref :   03/25/21      01S41337001

SHIPPED TO:
Name:   **GLOBAL EXPRESS PHARMACY**
Address: 10596 GARDEN GROVE BLVD
          GARDEN GROVE CA 92843
Date Received & Ref :   03/25/21      01S41337001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001545621

GX 088.0065

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: 01145566
Document Type: Invoice
Reference Date: 03/25/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCKFKA     | 2        |                 |
| CCPCVA     | 1        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| Name:   HACIENDA HEIGHTS<br>Address: 17170 COLIMA RD SUITE F<br>HACIENDA HEIGHTS CA 91745<br>Date Purchased & Ref :  03/25/21      01S41356001 | Name:   HACIENDA HEIGHTS<br>Address: 17170 COLIMA RD SUITE F<br>HACIENDA HEIGHTS CA 91745<br>Date Received & Ref :  03/25/21      01S41356001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001545622

GX 088.0066

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCPCVA | 1 | |
| | | |
| | | |

Reference Number: **01I45646**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19     A141459 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19       20191121 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19       20191121 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21       PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21       RC#017388 |
| SOLD TO:<br>Name:   **BELLEVILLE PHARMACY**<br>Address: 338 WASHINGTON AVE<br>        BELLEVILLE NJ 07109<br>Date Purchased & Ref :  03/26/21       01S41399001 | SHIPPED TO:<br>Name:   **BELLEVILLE PHARMACY**<br>Address: 338 WASHINGTON AVE<br>        BELLEVILLE NJ 07109<br>Date Received & Ref :  03/26/21       01S41399001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001545623

GX 088.0067

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

| | | | |
|---|---|---|---|
| NDC: **61958-0701-01** | | Reference Number: **01I45681** | |
| | | Document Type: **Invoice** | |
| Lot Number | Quantity | Unique Serial # | Reference Date: **03/26/21** |
| CCPCVA | 1 | | |
| H436751A | 1 | | |
| | | | |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/11/19 | Date Received & Ref :  09/11/19      A141459 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/21/19      20191121 | Date Received & Ref :  11/21/19      20191121 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21      PO#01212108 | Date Received & Ref :  03/02/21      RC#017388 |
| SOLD TO: | SHIPPED TO: |
| Name:   **CARY RX. INC** | Name:   **CARY RX. INC.** |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
| WASHINGTON DC 20001 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/26/21      01S41411001 | Date Received & Ref :  03/26/21      01S41411001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001545624

GX 088.0068

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Reference Number: | 01145934 |
| Document Type: | Invoice |
| Reference Date: | 03/30/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| H436751A | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :   09/11/19 | Date Received & Ref :   09/11/19      A141459 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :   11/21/19      20191121 | Date Received & Ref :   11/21/19      20191121 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/01/21      PO#01212108 | Date Received & Ref :   03/02/21      RC#017388 |
| SOLD TO: | SHIPPED TO: |
| Name:   KEYSTONE SPECIALTY CARE PHARMACY | Name:   KEYSTONE SPECIALTY CARE PHARMACY |
| Address: 46325 W 12 MILE ROAD #150 | Address: 46325 W 12 MILE RD #150 |
| NOVI MI 48377 | NOVI MI 48377 |
| Date Purchased & Ref :   03/30/21      01S41654001 | Date Received & Ref :   03/30/21      01S41654001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001545625

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 018850 | 4 | |
| 018917 | 4 | |
| 019385 | 2 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   **09/11/19** | Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   **09/11/19**     **A141459** |
| SOLD TO:<br>Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   **11/21/19**       **20191121** | SHIPPED TO:<br>Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :   **11/21/19**       **20191121** |
| SOLD TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/01/21**       **PO#01212108** | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/02/21**       **RC#017388** |
| SOLD TO:<br>Name:     **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/31/21**       **01S41750001** | SHIPPED TO:<br>Name:     **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/31/21**       **01S41750001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of 10          pages.

SCSRELATIVITY_0001545626

GX 088.0070

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019386 | 1 | |
| 6273611A | 4 | |
| 6273615A | 5 | |

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| Name:  **SCS-GILEAD**<br>Address: SCS-GILEAD<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/31/21      01S41750001 | Name:  **SCS-GILEAD**<br>Address: SCS-GILEAD<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/31/21      01S41750001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of 10        pages.

SCSRELATIVITY_0001545626

GX 088.0071

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6273616A | 6 | |
| 6352001A | 2 | |
| 6352003A | 2 | |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

SOLD TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
**NORTH AMITYVILLE NY 11701-1156**
Date Purchased & Ref :   **09/11/19**

SHIPPED TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
**NORTH AMITYVILLE NY 11701-1156**
Date Received & Ref :   **09/11/19**      **A141459**

SOLD TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
**NEW YORK NY 10032-8210**
Date Purchased & Ref :   **11/21/19**      **20191121**

SHIPPED TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
**NEW YORK NY 10032-8210**
Date Received & Ref :   **11/21/19**      **20191121**

SOLD TO:
Name:   **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Purchased & Ref :

SHIPPED TO:
Name:   **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Received & Ref :

SOLD TO:
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Purchased & Ref :   **03/01/21**      **PO#01212108**

SHIPPED TO:
Name:   **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Received & Ref :   **03/02/21**      **RC#017388**

SOLD TO:
Name:   **SCS-GILEAD**
Address: **SCS-GILEAD**
**CAMBRIDGE MD 21613**
Date Purchased & Ref :   **03/31/21**      **01S41750001**

SHIPPED TO:
Name:   **SCS-GILEAD**
Address: **SCS-GILEAD**
**CAMBRIDGE MD 21613**
Date Received & Ref :   **03/31/21**      **01S41750001**

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545626

GX 088.0072

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6352004A | 5 | |
| 6352005A | 1 | |
| 6352006A | 3 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/11/19 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/11/19      A141459 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/21/19      20191121 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/21/19      20191121 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21      RC#017388 |
| SOLD TO:<br>Name:    **SCS-GILEAD**<br>Address: SCS-GILEAD<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/31/21      01S41750001 | SHIPPED TO:<br>Name:    **SCS-GILEAD**<br>Address: SCS-GILEAD<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/31/21      01S41750001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545626

GX 088.0073

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6352007A | 4 | |
| 6352009A | 1 | |
| 6352010A | 1 | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19** | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19     A141459** |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/21/19      20191121** | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/21/19      20191121** |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21      PO#01212108** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21      RC#017388** |
| SOLD TO:<br>Name:    **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/31/21      01S41750001** | SHIPPED TO:<br>Name:    **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/31/21      01S41750001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 5        of   10        pages.

SCSRELATIVITY_0001545626

GX 088.0074

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6352012A | 1 | |
| CCPDCA | 1 | |
| CCPDDA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19**    **A141459** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/21/19**    **20191121** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/21/19**    **20191121** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21**    **PO#01212108** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21**    **RC#017388** |
| SOLD TO:<br>Name:   **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/31/21**    **01S41750001** | SHIPPED TO:<br>Name:   **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/31/21**    **01S41750001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 6    of 10    pages.

SCSRELATIVITY_0001545626

GX 088.0075

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCPDGA | 1 | |
| CCVDPA | 1 | |
| CCVDSA | 2 | |

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **09/11/19** | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : **09/11/19    A141459** |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **11/21/19    20191121** | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : **11/21/19    20191121** |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **03/01/21    PO#01212108** | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **03/02/21    RC#017388** |
| Name: **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **03/31/21    01S41750001** | Name: **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **03/31/21    01S41750001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545626

GX 088.0076

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

| Reference Number: | **01** |
| Document Type: | **Invoice** |
| Reference Date: | **03/31/21** |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCVDVA | 1 | |
| CCVDYA | 1 | |
| CCYNWA | 3 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   **09/11/19** | Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   **09/11/19        A141459** |
| Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   **11/21/19        20191121** | Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :   **11/21/19        20191121** |
| Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/01/21        PO#01212108** | Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/02/21        RC#017388** |
| Name:     **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **03/31/21        01S41750001** | Name:     **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :   **03/31/21        01S41750001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545626

GX 088.0077

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCYPDA | 1 | |
| CCYPFA | 4 | |
| CCYPKA | 7 | |

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/11/19** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/11/19**   **A141459** |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **11/21/19**   **20191121** | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **11/21/19**   **20191121** |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/01/21**   **PO#01212108** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/02/21**   **RC#017388** |
| Name:   **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/31/21**   **01S41750001** | Name:   **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/31/21**   **01S41750001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545626

GX 088.0078

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021031</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| H436751A | 1 | |
| H442857A | 1 | |
| | | |

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

## (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/11/19 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/11/19      A141459 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/21/19      20191121 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :   11/21/19      20191121 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/02/21      RC#017388 |
| Name:   **SCS-GILEAD**<br>Address: SCS-GILEAD<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/31/21      01S41750001 | Name:   **SCS-GILEAD**<br>Address: SCS-GILEAD<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/31/21      01S41750001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001545626

GX 088.0079

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39529**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020729 | 8 | |
| 023774 | 1 | |
| 025101 | 2 | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/09/19      A141289 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/09/19      A141289 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19      01262122 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19      01262122 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/14/20      PO#01211084 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/15/20      RC#015903 |
| **SOLD TO:**<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>       **LAUREL MD 20707**<br>Date Purchased & Ref :  12/15/20      01S35544001 | **SHIPPED TO:**<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>       **LAUREL MD 20707**<br>Date Received & Ref :  12/15/20      01S35544001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546186

GX 088.0080

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| **022055** | **1** | |
| | | |
| | | |

Reference Number: **01I39546**
Document Type: **Invoice**
Reference Date: **12/15/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref : **08/09/19     A141289** | Date Received & Ref : **08/09/19     A141289** |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref : **10/27/19     01262122** | Date Received & Ref : **10/27/19     01262122** |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **12/14/20     PO#01211084** | Date Received & Ref : **12/15/20     RC#015903** |
| SOLD TO: | SHIPPED TO: |
| Name: **SMALL TOWN PHARMACY 2** | Name: **SMALL TOWN PHARMACY 2** |
| Address: **80 WEST GERMANTOWN PIKE** | Address: **80 WEST GERMANTOWN PIKE** |
| **NORRISTOWN PA 19401** | **NORRISTOWN PA 19401** |
| Date Purchased & Ref : **12/15/20     01S35269002** | Date Received & Ref : **12/15/20     01S35269002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of 1         pages.

SCSRELATIVITY_0001546187

GX 088.0081

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39551**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022055 | 4 | |
| 022057 | 2 | |
| CDMHDA | 4 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/09/19      A141289 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/09/19      A141289 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/27/19      01262122 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :   10/27/19      01262122 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/14/20      PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :   12/15/20      RC#015903 |
| SOLD TO:<br>Name:   **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>    WASHINGTON DC 20036<br>Date Purchased & Ref :   12/15/20      01S35259002 | SHIPPED TO:<br>Name:   **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>    WASHINGTON DC 20036<br>Date Received & Ref :   12/15/20      01S35259002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546188

GX 088.0082

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39564**
Document Type: **Invoice**
Reference Date: **12/15/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400505A | 1 | |
| CDFXZA | 4 | |
| CDFYFA | 5 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19    A141289 | SHIPPED TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19    A141289 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19    01262122 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19    01262122 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20    PO#01211084 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20    RC#015903 |
| SOLD TO:<br>Name:    FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Purchased & Ref :  12/15/20    01S35236002 | SHIPPED TO:<br>Name:    FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Received & Ref :  12/15/20    01S35236002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2        pages.

SCSRELATIVITY_0001546189

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGWYA | 2 | |
| | | |
| | | |

Reference Number: **01l39564**
Document Type: **Invoice**
Reference Date: **12/15/20**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19      A141289 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19      A141289 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      01262122 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      01262122 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO:<br>Name:    **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Purchased & Ref :  12/15/20      01S35236002 | SHIPPED TO:<br>Name:    **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Received & Ref :  12/15/20      01S35236002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546189

GX 088.0084

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020727 | 6 | |
| CDSFHA | 7 | |
| CDSFKA | 3 | |

Reference Number: **01I39567**
Document Type: **Invoice**
Reference Date: **12/15/20**

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19      A141289 | Date Received & Ref :  08/09/19      A141289 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      01262122 | Date Received & Ref :  10/27/19      01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20      PO#01211084 | Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO: | SHIPPED TO: |
| Name:    **ALPHA PEOPLES DRUGS** | Name:    **ALPHA PEOPLE DRUGS** |
| Address: 1638 R ST NW | Address: 1638 R ST NW |
| WASHINGTON DC 20009 | WASHINGTON DC 20009 |
| Date Purchased & Ref :  12/15/20      01S35321003 | Date Received & Ref :  12/15/20      01S35321003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546191

GX 088.0085

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFKA | 1 | |
| | | |
| | | |

Reference Number:  **01I39576**
Document Type:  **Invoice**
Reference Date:  **12/15/20**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19   A141289 | Date Received & Ref :  08/09/19   A141289 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19   01262122 | Date Received & Ref :  10/27/19   01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20   PO#01211084 | Date Received & Ref :  12/15/20   RC#015903 |
| SOLD TO: | SHIPPED TO: |
| Name:  **ELITE PHARMACY** | Name:  **ELITE PHARMACY** |
| Address: 3201 S MALCOM X BLVD | Address: 3201 S MALCOM X BLVD |
| DALLAS TX 75215 | DALLAS TX 75215 |
| Date Purchased & Ref :  12/15/20   01S35379002 | Date Received & Ref :  12/15/20   01S35379002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546192

GX 088.0086

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I39580 |
| Document Type: | Invoice |
| Reference Date: | 12/15/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFCA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information  1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19     A141289 | Date Received & Ref :  08/09/19     A141289 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19     01262122 | Date Received & Ref :  10/27/19     01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20     PO#01211084 | Date Received & Ref :  12/15/20     RC#015903 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BELLEVUE PHARMACY LLC** | Name:   **BELLEVUE PHARMACY LLC** |
| Address: 3939 SOUTH CAPITOL STREET SW | Address: 3939 SOUTH CAPITOL STREET SW |
| WASHINGTON DC 20032 | WASHINGTON DC 20032 |
| Date Purchased & Ref :  12/15/20     01S35315002 | Date Received & Ref :  12/15/20     01S35315002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546193

GX 088.0087

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400504A | 1 | |
| CDFYDA | 1 | |
| CDFYHA | 1 | |

Reference Number: **01I39581**
Document Type: **Invoice**
Reference Date: **12/15/20**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/09/19        A141289 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/09/19        A141289 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/27/19        01262122 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   10/27/19        01262122 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/14/20        PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   12/15/20        RC#015903 |
| SOLD TO:<br>Name:   **METRO CARE PHARMACY**<br>Address: 6323 GEORGIA AVE NW<br>          WASHINGTON DC 20011<br>Date Purchased & Ref :   12/15/20        01S35234001 | SHIPPED TO:<br>Name:   **METRO CARE PHARMACY**<br>Address: 6323 GEORGIA AVENUE NW<br>          WASHINGTON DC 20011<br>Date Received & Ref :   12/15/20        01S35234001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546194

GX 088.0088

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I39587 |
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFKA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19  A141289 | Date Received & Ref :  08/09/19  A141289 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19  01262122 | Date Received & Ref :  10/27/19  01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20  PO#01211084 | Date Received & Ref :  12/15/20  RC#015903 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **424 NEIGHBORHOOD PHARMACY** | Name:  **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
| BROOKLYN NY 11212 | BROOKLYN NY 11212 |
| Date Purchased & Ref :  12/16/20  01S35324001 | Date Received & Ref :  12/16/20  01S35324001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001546195

GX 088.0089

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l39588**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFKA | 6 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19     A141289 | SHIPPED TO:<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19     A141289 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     01262122 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     01262122 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20     PO#01211084 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20     RC#015903 |
| SOLD TO:<br>Name:  **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>       WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  12/16/20     01S35467001 | SHIPPED TO:<br>Name:  **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>       WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  12/16/20     01S35467001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546196

GX 088.0090

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39589**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400504A | 1 | |
| 6400505A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19      A141289 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19      A141289 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      01262122 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      01262122 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015903 |
| Name:   **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>      WASHINGTON DC 20032<br>Date Purchased & Ref :  12/16/20      01S35235001 | Name:   **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>      WASHINGTON DC 20032<br>Date Received & Ref :  12/16/20      01S35235001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546197

GX 088.0091

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | 01I39599 |
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020729 | 8 | |
| CDSFKA | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|      NORTH AMITYVILLE NY 11701-1156 |      NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19      A141289 | Date Received & Ref :  08/09/19      A141289 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|      NEW YORK NY 10032-8210 |      NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      01262122 | Date Received & Ref :  10/27/19      01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|      REGO PARK NY 11374 |      REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|      CAMBRIDGE MD 21613 |      CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20      PO#01211084 | Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SUPER PHARMACY LLC** | Name:   **SUPER PHARMACY** |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
|      WASHINGTON DC 20002 |      WASHINGTON DC 20002 |
| Date Purchased & Ref :  12/16/20      01S35527003 | Date Received & Ref :  12/16/20      01S35527003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546198

GX 088.0092

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | **01139607** |
|---|---|
| Document Type: | **Invoice** |
| Reference Date: | **12/16/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6341501A | 1 | |
| 6341502A | 1 | |
| 6341503A | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19     A141289 | Date Received & Ref :  08/09/19     A141289 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19     01262122 | Date Received & Ref :  10/27/19     01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20     PO#01211084 | Date Received & Ref :  12/15/20     RC#015903 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SUPER PHARMACY LLC** | Name:   **SUPER PHARMACY** |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref :  12/16/20     01S35191004 | Date Received & Ref :  12/16/20     01S35191004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 4      pages.

SCSRELATIVITY_0001546199

GX 088.0093

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l39607__
Document Type: __Invoice__
Reference Date: __12/16/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCZCFA | 1 | |
| CDDHSA | 1 | |
| CDFXXA | 1 | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19      A141289 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19      A141289 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      01262122 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      01262122 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO:<br>Name:   **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>       WASHINGTON DC 20002<br>Date Purchased & Ref :  12/16/20      01S35191004 | SHIPPED TO:<br>Name:   **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>       WASHINGTON DC 20002<br>Date Received & Ref :  12/16/20      01S35191004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  4         pages.

SCSRELATIVITY_0001546199

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39607**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400501A | 1 | |
| 6400503A | 1 | |
| 6400506A | 1 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

SOLD TO:
Name: **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
**NORTH AMITYVILLE NY 11701-1156**
Date Purchased & Ref : **08/09/19      A141289**

SHIPPED TO:
Name: **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
**NORTH AMITYVILLE NY 11701-1156**
Date Received & Ref : **08/09/19      A141289**

SOLD TO:
Name: **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
**NEW YORK NY 10032-8210**
Date Purchased & Ref : **10/27/19      01262122**

SHIPPED TO:
Name: **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
**NEW YORK NY 10032-8210**
Date Received & Ref : **10/27/19      01262122**

SOLD TO:
Name: **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Purchased & Ref :

SHIPPED TO:
Name: **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Received & Ref :

SOLD TO:
Name: **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Purchased & Ref : **12/14/20      PO#01211084**

SHIPPED TO:
Name: **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Received & Ref : **12/15/20      RC#015903**

SOLD TO:
Name: **SUPER PHARMACY LLC**
Address: **1019 H ST. NE**
**WASHINGTON DC 20002**
Date Purchased & Ref : **12/16/20      01S35191004**

SHIPPED TO:
Name: **SUPER PHARMACY**
Address: **1019 H STREET NE**
**WASHINGTON DC 20002**
Date Received & Ref : **12/16/20      01S35191004**

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  4      pages.

SCSRELATIVITY_0001546199

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYBA | 1 | |
| | | |
| | | |

Reference Number: **01I39607**
Document Type: **Invoice**
Reference Date: **12/16/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/09/19      A141289** | Date Received & Ref :  **08/09/19      A141289** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/27/19      01262122** | Date Received & Ref :  **10/27/19      01262122** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/14/20      PO#01211084** | Date Received & Ref :  **12/15/20      RC#015903** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SUPER PHARMACY LLC** | Name:   **SUPER PHARMACY** |
| Address: **1019 H ST. NE** | Address: **1019 H STREET NE** |
| **WASHINGTON DC 20002** | **WASHINGTON DC 20002** |
| Date Purchased & Ref :  **12/16/20      01S35191004** | Date Received & Ref :  **12/16/20      01S35191004** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4      of  4      pages.

SCSRELATIVITY_0001546199

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMGSA | 1 | |
| CDMGTA | 2 | |
| CDMGWA | 1 | |

Reference Number: **01I39608**
Document Type: **Invoice**
Reference Date: **12/16/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref: **08/09/19    A141289** | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref: **08/09/19    A141289** |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref: **10/27/19    01262122** | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref: **10/27/19    01262122** |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref: | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref: |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref: **12/14/20    PO#01211084** | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref: **12/15/20    RC#015903** |
| SOLD TO:<br>Name: **RGJ/BEVERLY HILLS MED PLAZA PHAR**<br>Address: **150 N ROBERTSON BLVD.**<br>**BEVERLY HILLS CA 90211**<br>Date Purchased & Ref: **12/16/20    01S35246001** | SHIPPED TO:<br>Name: **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA**<br>Address: **150 NORTH ROBERTSON BLVD.**<br>**BEVERLY HILLS CA 90211**<br>Date Received & Ref: **12/16/20    01S35246001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546203

GX 088.0097

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022054 | 2 | |
| CDMHBA | 2 | |
| CDSDYA | 3 | |

Reference Number: **01139608**
Document Type: **Invoice**
Reference Date: **12/16/20**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/09/19      A141289** | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/09/19      A141289** |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/27/19      01262122** | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/27/19      01262122** |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/14/20      PO#01211084** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/15/20      RC#015903** |
| SOLD TO:<br>Name:    **RGJ/BEVERLY HILLS MED PLAZA PHAR**<br>Address: **150 N ROBERTSON BLVD.**<br>        **BEVERLY HILLS CA 90211**<br>Date Purchased & Ref :  **12/16/20      01S35246001** | SHIPPED TO:<br>Name:    **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA**<br>Address: **150 NORTH ROBERTSON BLVD.**<br>        **BEVERLY HILLS CA 90211**<br>Date Received & Ref :  **12/16/20      01S35246001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546203

GX 088.0098

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000018480

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39608**
Document Type: **Invoice**
Reference Date: **12/16/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022053 | 1 | |
| 022056 | 3 | |
| 022057 | 2 | |

## (TH) Transaction History

Manufacturer's Name:       **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19      A141289 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19      A141289 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      01262122 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      01262122 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015903 |
| Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR**<br>Address: 150 N ROBERTSON BLVD.<br>         BEVERLY HILLS CA 90211<br>Date Purchased & Ref :  12/16/20      01S35246001 | Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA**<br>Address: 150 NORTH ROBERTSON BLVD.<br>         BEVERLY HILLS CA 90211<br>Date Received & Ref :  12/16/20      01S35246001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3     of  6     pages.

SCSRELATIVITY_0001546203

GX 088.0099

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I39608 |
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022058 | 3 | |
| CDSDZA | 1 | |
| CDSFBA | 3 | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref: 08/09/19   A141289 | Date Received & Ref: 08/09/19   A141289 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref: 10/27/19   01262122 | Date Received & Ref: 10/27/19   01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref: | Date Received & Ref: |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref: 12/14/20   PO#01211084 | Date Received & Ref: 12/15/20   RC#015903 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **RGJ/BEVERLY HILLS MED PLAZA PHAR** | Name: **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** |
| Address: 150 N ROBERTSON BLVD. | Address: 150 NORTH ROBERTSON BLVD. |
| BEVERLY HILLS CA 90211 | BEVERLY HILLS CA 90211 |
| Date Purchased & Ref: 12/16/20   01S35246001 | Date Received & Ref: 12/16/20   01S35246001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4   of 6   pages.

SCSRELATIVITY_0001546203

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I39608 |
| Document Type: | Invoice |
| Reference Date: | 12/16/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYFA | 1 | |
| CDGXFA | 1 | |
| CDGXHA | 2 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/09/19      A141289 | Date Received & Ref :  08/09/19      A141289 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      01262122 | Date Received & Ref :  10/27/19      01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/14/20      PO#01211084 | Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO: | SHIPPED TO: |
| Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR** | Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** |
| Address: 150 N ROBERTSON BLVD. | Address: 150 NORTH ROBERTSON BLVD. |
| BEVERLY HILLS CA 90211 | BEVERLY HILLS CA 90211 |
| Date Purchased & Ref :  12/16/20      01S35246001 | Date Received & Ref :  12/16/20      01S35246001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546203

GX 088.0101

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXKA | 2 | |
| | | |
| | | |

Reference Number: **01I39608**
Document Type: **Invoice**
Reference Date: **12/16/20**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  08/09/19   A141289 | Date Received & Ref :  08/09/19   A141289 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/27/19   01262122 | Date Received & Ref :  10/27/19   01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  12/14/20   PO#01211084 | Date Received & Ref :  12/15/20   RC#015903 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **RGJ/BEVERLY HILLS MED PLAZA PHAR** | Name:  **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** |
| Address: **150 N ROBERTSON BLVD.** | Address: **150 NORTH ROBERTSON BLVD.** |
| **BEVERLY HILLS CA 90211** | **BEVERLY HILLS CA 90211** |
| Date Purchased & Ref :  12/16/20   01S35246001 | Date Received & Ref :  12/16/20   01S35246001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 6      of 6      pages.

SCSRELATIVITY_0001546203

GX 088.0102

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | **01I39679** |
| Document Type: | **Invoice** |
| Reference Date: | **12/16/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZCBA | 2 | |
| 022534 | 1 | |
| CCZCDA | 1 | |

### (TH) Transaction History

Manufacturer's Name:      **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :   **08/09/19       A141289** | Date Received & Ref :   **08/09/19       A141289** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :   **10/27/19       01262122** | Date Received & Ref :   **10/27/19       01262122** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :   **12/14/20       PO#01211084** | Date Received & Ref :   **12/15/20       RC#015903** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **RELIANCE PHARMACY** | Name:   **RELIANCE PHARMACY** |
| Address: **4047 MINNESOTA AVE NE** | Address: **4047 MINNESOTA AVE NE** |
| **WASHINGTON DC 20019** | **WASHINGTON DC 20019** |
| Date Purchased & Ref :   **12/16/20       01S35108003** | Date Received & Ref :   **12/16/20       01S35108003** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546209

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I39686__
Document Type: __Invoice__
Reference Date: __12/17/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFCA | 5 | |
| CDSFFA | 12 | |
| 020727 | 1 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19      A141289 | SHIPPED TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19      A141289 |
|---|---|
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      01262122 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      01262122 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO:<br>Name:    BETTER CARE RX<br>Address: 4128 W BURBANK BLVD<br>          BURBANK CA 91505<br>Date Purchased & Ref :  12/17/20      01S35320006 | SHIPPED TO:<br>Name:    BETTER CARE RX<br>Address: 4128 W BURBANK BLVD<br>          BURBANK CA 91505<br>Date Received & Ref :  12/17/20      01S35320006 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001546210

GX 088.0104

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39686**
Document Type: **Invoice**
Reference Date: **12/17/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020728 | 2 | |
| CDSFGA | 1 | |
| CDVWGA | 4 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/09/19      A141289 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/09/19      A141289 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19      01262122 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19      01262122 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/14/20      PO#01211084 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/15/20      RC#015903 |
| SOLD TO:<br>Name:   **BETTER CARE RX**<br>Address: **4128 W BURBANK BLVD**<br>         **BURBANK CA 91505**<br>Date Purchased & Ref :  12/17/20      01S35320006 | SHIPPED TO:<br>Name:   **BETTER CARE RX**<br>Address: **4128 W BURBANK BLVD**<br>         **BURBANK CA 91505**<br>Date Received & Ref :  12/17/20      01S35320006 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546210

GX 088.0105

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018480</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I39821**
Document Type: **Invoice**
Reference Date: **12/21/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BIC036A | 1 | |
| CCXKGA | 1 | |
| CCZBZA | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/09/19      A141289 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/09/19      A141289 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      01262122 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      01262122 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/14/20      PO#01211084 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/15/20      RC#015903 |
| **SOLD TO:**<br>Name:   GLOBAL EXPRESS PHARMACY<br>Address: 10596 GARDEN GROVE BLVD<br>          GARDEN GROVE CA 92843<br>Date Purchased & Ref :  12/21/20      01S35106005 | **SHIPPED TO:**<br>Name:   GLOBAL EXPRESS PHARMACY<br>Address: 10596 GARDEN GROVE BLVD<br>          GARDEN GROVE CA 92843<br>Date Received & Ref :  12/21/20      01S35106005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546212

GX 088.0106

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020728 | 8 | |
| CDVWFB | 7 | |
| | | |

Reference Number: **01I40097**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19      A141306** | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19      A141306** |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19      20121013** | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19      20191013** |
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20      PO#01211221** | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20      RC#016138** |
| Name:    **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Purchased & Ref :  **12/28/20      01S35789001** | Name:    **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Received & Ref :  **12/28/20      01S35789001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40098**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020727 | 9 | |
| CDSFHA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19      A141306** | SHIPPED TO:<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19      A141306** |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19      20121013** | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19      20191013** |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20      PO#01211221** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20      RC#016138** |
| SOLD TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: **10810 WARNER AVE #3**<br>      **FOUNTAIN VALLEY CA 92708**<br>Date Purchased & Ref :  **12/28/20      01S35878003** | SHIPPED TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: **10810 WARNER AVE #3**<br>      **FOUNTAIN VALLEY CA 92708**<br>Date Received & Ref :  **12/28/20      01S35878003** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546214

GX 088.0108

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01l40103**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSDYA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19     A141306** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19     A141306** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19     20121013** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19     20191013** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20     PO#01211221** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20     RC#016138** |
| SOLD TO:<br>Name:   **SAFE MED PHARMACY #2**<br>Address: **6300 SAMUELL BLVD #118**<br>     **DALLAS TX 75228**<br>Date Purchased & Ref :  **12/28/20     01S35596001** | SHIPPED TO:<br>Name:   **SAFE MED PHARMACY #2**<br>Address: **4245 E BERRY STREET**<br>     **FORT WORTH TX 76105**<br>Date Received & Ref :  **12/28/20     01S35596001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001546215

GX 088.0109

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000018832

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBSA | 2 | |
| CCZBZA | 1 | |
| CCZCDA | 1 | |

Reference Number: **01l40107**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/21/19      A141306** | Date Received & Ref :  **08/21/19      A141306** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/13/19      20121013** | Date Received & Ref :  **10/13/19      20191013** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/23/20      PO#01211221** | Date Received & Ref :  **12/28/20      RC#016138** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: **667 MAIN STREET** | Address: **667 MAIN STREET** |
| **LAUREL MD 20707** | **LAUREL MD 20707** |
| Date Purchased & Ref :  **12/28/20      01S35544002** | Date Received & Ref :  **12/28/20      01S35544002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546216

GX 088.0110

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| 6400505A | 4 | |
| CDFYFA | 1 | |
| CDGWYA | 3 | |

Reference Number: **01I40124**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      A141306 | Date Received & Ref :  08/21/19      A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19      20121013 | Date Received & Ref :  10/13/19      20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016138 |
| SOLD TO: | SHIPPED TO: |
| Name:   **GLOBAL EXPRESS PHARMACY** | Name:   **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  12/28/20      01S35566005 | Date Received & Ref :  12/28/20      01S35566005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of 5          pages.

SCSRELATIVITY_0001546217

GX 088.0111

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40124 |
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXBA | 1 | |
| CDGXCA | 1 | |
| CDGXFA | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19     A141306 | Date Received & Ref :  08/21/19     A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19     20121013 | Date Received & Ref :  10/13/19     20191013 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20     PO#01211221 | Date Received & Ref :  12/28/20     RC#016138 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **GLOBAL EXPRESS PHARMACY** | Name:   **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  12/28/20     01S35566005 | Date Received & Ref :  12/28/20     01S35566005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of 5        pages.

SCSRELATIVITY_0001546217

GX 088.0112

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01l40124 |
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXHA | 1 | |
| CDGXKA | 1 | |
| CDMGSA | 2 | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19   A141306 | Date Received & Ref : 08/21/19   A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/13/19   20121013 | Date Received & Ref : 10/13/19   20191013 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/23/20   PO#01211221 | Date Received & Ref : 12/28/20   RC#016138 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **GLOBAL EXPRESS PHARMACY** | Name: **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref : 12/28/20   01S35566005 | Date Received & Ref : 12/28/20   01S35566005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of 5    pages.

SCSRELATIVITY_0001546217

GX 088.0113

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMGTA | 5 | |
| CDMGXA | 1 | |
| CDMGZA | 2 | |

Reference Number: **01I40124**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19**      **A141306** | SHIPPED TO:<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19**      **A141306** |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19**      **20121013** | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19**      **20191013** |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20**      **PO#01211221** | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20**      **RC#016138** |
| SOLD TO:<br>Name:  **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  **12/28/20**      **01S35566005** | SHIPPED TO:<br>Name:  **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Received & Ref :  **12/28/20**      **01S35566005** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4      of 5      pages.

SCSRELATIVITY_0001546217

GX 088.0114

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l40124**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMHBA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19        A141306** | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19        A141306** |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19        20121013** | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19        20191013** |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20        PO#01211221** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20        RC#016138** |
| **SOLD TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>        **GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  **12/28/20        01S35566005** | **SHIPPED TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>        **GARDEN GROVE CA 92843**<br>Date Received & Ref :  **12/28/20        01S35566005** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 5        of  5        pages.

SCSRELATIVITY_0001546217

GX 088.0115

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I40129**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022055 | 7 | |
| CDSFFA | 5 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19      A141306 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19      A141306 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/13/19      20121013 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/13/19      20191013 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/23/20      PO#01211221 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/28/20      RC#016138 |
| **SOLD TO:**<br>Name:   **KJRX**<br>Address: **1912 LIBERTY ROAD #21**<br>        **SYKESVILLE MD 21784**<br>Date Purchased & Ref :  12/28/20      01S35715002 | **SHIPPED TO:**<br>Name:   **KJRX**<br>Address: **1912 LIBERTY ROAD #21**<br>        **SYKESVILLE MD 21784**<br>Date Received & Ref :  12/28/20      01S35715002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546222

GX 088.0116

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| | Reference Number: | **01l40137** |
| Document Type: | **Invoice** |
| Reference Date: | **12/28/20** |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022055 | 1 | |
| CDSFCA | 9 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/21/19**   **A141306** | Date Received & Ref :  **08/21/19**   **A141306** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/13/19**   **20121013** | Date Received & Ref :  **10/13/19**   **20191013** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/23/20**   **PO#01211221** | Date Received & Ref :  **12/28/20**   **RC#016138** |
| SOLD TO: | SHIPPED TO: |
| Name:   **MEADOW DRUGS AND SURGICALS** | Name:   **MEADOW DRUGS AND SURGICALS** |
| Address: **353 NEWBRIDGE RD** | Address: **353 NEWBRIDGE RD** |
| **EAST MEADOW NY 11554** | **EAST MEADOW NY 11554** |
| Date Purchased & Ref :  **12/28/20**   **01S35713001** | Date Received & Ref :  **12/28/20**   **01S35713001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001546223

GX 088.0117

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I40139**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022054 | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 08/21/19      A141306 | SHIPPED TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 08/21/19      A141306 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/13/19      20121013 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref : 10/13/19      20191013 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/23/20      PO#01211221 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20      RC#016138 |
| SOLD TO:<br>Name: **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>      GLEN BURNIE MD 21061<br>Date Purchased & Ref : 12/28/20      01S35647003 | SHIPPED TO:<br>Name: **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>      GLEN BURNIE MD 21061<br>Date Received & Ref : 12/28/20      01S35647003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546224

GX 088.0118

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I40140**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXKSA | 1 | |
| CCZBYA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19     20121013 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19     20191013 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20     PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20     RC#016138 |
| SOLD TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: 4219 S OTHELLO ST. #105F<br>       SEATTLE WA 98118<br>Date Purchased & Ref :  12/28/20     01S36080004 | SHIPPED TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: 4219 S OTHELLO ST. #105F<br>       SEATTLE WA 98118<br>Date Received & Ref :  12/28/20     01S36080004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546225

GX 088.0119

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40143**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400503A | 3 | |
| 6400506A | 1 | |
| CDFXZA | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19      20121013 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19      20191013 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016138 |
| SOLD TO:<br>Name:   **FORT LINCOLN PHARMACY AND**<br>Address: MEDICAL EQUIPTMENT, LLC<br>        WASHINGTON DC 20018<br>Date Purchased & Ref :  12/28/20      01S35556003 | SHIPPED TO:<br>Name:   **FORT LINCOLN PHARMACY AND**<br>Address: MEDICAL EQUIPTMENT<br>        WASHINGTON DC 20018<br>Date Received & Ref :  12/28/20      01S35556003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001546226

GX 088.0120

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40143__
Document Type: __Invoice__
Reference Date: __12/28/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYCA | 2 | |
| CDFYFA | 2 | |
| CDFYHA | 1 | |

### (TH) Transaction History

Manufacturer's Name:       GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19       A141306 | Date Received & Ref :  08/21/19       A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19       20121013 | Date Received & Ref :  10/13/19       20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20       PO#01211221 | Date Received & Ref :  12/28/20       RC#016138 |
| SOLD TO: | SHIPPED TO: |
| Name:   **FORT LINCOLN PHARMACY AND** | Name:   **FORT LINCOLN PHARMACY AND** |
| Address: MEDICAL EQUIPTMENT, LLC | Address: MEDICAL EQUIPTMENT |
| WASHINGTON DC 20018 | WASHINGTON DC 20018 |
| Date Purchased & Ref :  12/28/20       01S35556003 | Date Received & Ref :  12/28/20       01S35556003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546226

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1) |

NDC: 61958-2501-01

| Reference Number: | 01I40146 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022056 | 7 | |
| CDSFFA | 5 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CP | Name: AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19    A141306 | Date Received & Ref : 08/21/19    A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMSTERDAM WELLNESS PHARMA | Name: AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/13/19    20121013 | Date Received & Ref : 10/13/19    20191013 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/23/20    PO#01211221 | Date Received & Ref : 12/28/20    RC#016138 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: CIENEGA PHARMACY | Name: CIENEGA PHARMACY |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref : 12/28/20    01S35737001 | Date Received & Ref : 12/28/20    01S35737001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546228

GX 088.0122

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40147 |
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020729 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/21/19      A141306 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/21/19      A141306 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/13/19      20121013 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   10/13/19      20191013 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/23/20      PO#01211221 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   12/28/20      RC#016138 |
| SOLD TO:<br>Name:   EDENWALD PHARMACY<br>Address: 4137 LACONIA AVE.<br>          BRONX NY 10466<br>Date Purchased & Ref :   12/28/20      01S35846002 | SHIPPED TO:<br>Name:   EDENWALD PHARMACY<br>Address: 4137 LACONIA AVE.<br>          BRONX NY 10466<br>Date Received & Ref :   12/28/20      01S35846002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546229

GX 088.0123

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)** |

NDC: 61958-2501-01

Reference Number: **01l40152**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFHA | 10 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      A141306 | Date Received & Ref :  08/21/19      A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19      20121013 | Date Received & Ref :  10/13/19      20191013 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016138 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **NEIGHBORHOOD PHARMACY** | Name:  **NEIGHBORHOOD PHARMACY** |
| Address: 1932 MARTIN LUTHER KING JR AVE SE | Address: 1932 MARTIN LUTHER KING JR AVE SE |
| WAHSINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  12/28/20      01S36017001 | Date Received & Ref :  12/28/20      01S36017001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546230

GX 088.0124

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | **01I40161** |
| Document Type: | **Invoice** |
| Reference Date: | **12/28/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMHBA | 1 | |
| CDMHCA | 3 | |
| CDSDYA | 6 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/21/19      A141306** | Date Received & Ref :  **08/21/19      A141306** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/13/19      20121013** | Date Received & Ref :  **10/13/19      20191013** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/23/20      PO#01211221** | Date Received & Ref :  **12/28/20      RC#016138** |
| SOLD TO: | SHIPPED TO: |
| Name:   **COLUMBIA HEIGHTS PHARMACY** | Name:   **COLUMBIA HEIGHTS PHARMACY** |
| Address: **3316 14TH ST NW** | Address: **3316 14TH STREET NW** |
| **WASHINGTON DC 20010** | **WASHINGTON DC 20010** |
| Date Purchased & Ref :  **12/28/20      01S35580003** | Date Received & Ref :  **12/28/20      01S35580003** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546231

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I40170**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020727     | 3        |                 |
| 020729     | 3        |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19      A141306** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19      A141306** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19      20121013** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19      20191013** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20      PO#01211221** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20      RC#016138** |
| SOLD TO:<br>Name:   **EPIC PHARMACY**<br>Address: **2249 NW 39TH ST**<br>     **OKLAHOMA CITY OK 73112**<br>Date Purchased & Ref :  **12/28/20      01S35877003** | SHIPPED TO:<br>Name:   **EPIC PHARMACY**<br>Address: **2249 NW 39TH ST**<br>     **OKLAHOMA CITY OK 73112**<br>Date Received & Ref :  **12/28/20      01S35877003** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546232

GX 088.0126

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I40172**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022054     | 3        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19    A141306 | SHIPPED TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19    A141306 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19    20121013 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19    20191013 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20    PO#01211221 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20    RC#016138 |
| SOLD TO:<br>Name:    RELIANCE PHARMACY<br>Address: 4047 MINNESOTA AVE NE<br>        WASHINGTON DC 20019<br>Date Purchased & Ref :  12/28/20    01S35658003 | SHIPPED TO:<br>Name:    RELIANCE PHARMACY<br>Address: 4047 MINNESOTA AVE NE<br>        WASHINGTON DC 20019<br>Date Received & Ref :  12/28/20    01S35658003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546233

GX 088.0127

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6341501A | 1 | |
| 6341502A | 1 | |
| CDDHSA | 1 | |

Reference Number: **01l40176**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19        A141306** | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19        A141306** |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19        20121013** | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19        20191013** |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20        PO#01211221** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20        RC#016138** |
| **SOLD TO:**<br>Name:   **ELITE PHARMACY**<br>Address: **3201 S MALCOM X BLVD**<br>     **DALLAS TX 75215**<br>Date Purchased & Ref :  **12/28/20        01S35551001** | **SHIPPED TO:**<br>Name:   **ELITE PHARMACY**<br>Address: **3201 S MALCOM X BLVD**<br>     **DALLAS TX 75215**<br>Date Received & Ref :  **12/28/20        01S35551001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001546234

GX 088.0128

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40176**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFXXA | 2 | |
| CDFXYA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19     20121013 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19     20191013 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20     PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20     RC#016138 |
| SOLD TO:<br>Name:   **ELITE PHARMACY**<br>Address: 3201 S MALCOM X BLVD<br>       DALLAS TX 75215<br>Date Purchased & Ref :  12/28/20     01S35551001 | SHIPPED TO:<br>Name:   **ELITE PHARMACY**<br>Address: 3201 S MALCOM X BLVD<br>       DALLAS TX 75215<br>Date Received & Ref :  12/28/20     01S35551001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2     pages.

SCSRELATIVITY_0001546234

GX 088.0129

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40178 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020729 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:       **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19      20121013 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19      20191013 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016138 |
| **SOLD TO:**<br>Name:   **WORLD PHARMACY**<br>Address: 7339 EL CAJON BLVD.<br>         LA MESA CA 91942<br>Date Purchased & Ref :  12/28/20      01S35864002 | **SHIPPED TO:**<br>Name:   **WORLD PHARMACY**<br>Address: 7339 EL CAJON BLVD.<br>         LA MESA CA 91942<br>Date Received & Ref :  12/28/20      01S35864002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546236

GX 088.0130

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40179**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022053 | 2 | |
| 022058 | 2 | |
| CDMHFA | 3 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19      A141306** | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19      A141306** |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/13/19      20121013** | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/13/19      20191013** |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20      PO#01211221** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20      RC#016138** |
| **SOLD TO:**<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>      **WASHINGTON DC 20010**<br>Date Purchased & Ref :  **12/28/20      01S35701002** | **SHIPPED TO:**<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>      **WASHINGTON DC 20010**<br>Date Received & Ref :  **12/28/20      01S35701002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001546237

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40179 |
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFBA | 1 | |
| CDSFDA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|          NORTH AMITYVILLE NY 11701-1156 |          NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19     A141306 | Date Received & Ref :  08/21/19     A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|          NEW YORK NY 10032-8210 |          NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19     20121013 | Date Received & Ref :  10/13/19     20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20     PO#01211221 | Date Received & Ref :  12/28/20     RC#016138 |
| SOLD TO: | SHIPPED TO: |
| Name:   COLUMBIA HEIGHTS PHARMACY | Name:   COLUMBIA HEIGHTS PHARMACY |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
|          WASHINGTON DC 20010 |          WASHINGTON DC 20010 |
| Date Purchased & Ref :  12/28/20     01S35701002 | Date Received & Ref :  12/28/20     01S35701002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2          pages.

SCSRELATIVITY_0001546237

GX 088.0132

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40181 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020728 | 1 | |
| 020729 | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19    A141306 | Date Received & Ref :  08/21/19    A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19    20121013 | Date Received & Ref :  10/13/19    20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20    PO#01211221 | Date Received & Ref :  12/28/20    RC#016138 |
| SOLD TO: | SHIPPED TO: |
| Name:   DUPONT CIRCLE PHARMACY | Name:   DUPONT CIRCLE PHARMACY |
| Address: 1506 21 STREET NW | Address: 1506 21 STREET NW |
| WASHINGTON DC 20036 | WASHINGTON DC 20036 |
| Date Purchased & Ref :  12/28/20    01S35816001 | Date Received & Ref :  12/28/20    01S35816001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546239

GX 088.0133

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| | Reference Number: | 01I40196 |
| Document Type: | **Invoice** |
| Reference Date: | **12/28/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFGA | 14 | |
| CDSFHA | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information**1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19      20121013 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19      20191013 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016138 |
| SOLD TO:<br>Name:   **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>         WASHINGTON DC 20002<br>Date Purchased & Ref :  12/28/20      01S36094002 | SHIPPED TO:<br>Name:   **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>         WASHINGTON DC 20002<br>Date Received & Ref :  12/28/20      01S36094002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546240

GX 088.0134

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | **01I40243** |
| Document Type: | **Invoice** |
| Reference Date: | **12/29/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022057 | 5 | |
| CDMHDA | 5 | |
| CDSDZA | 4 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/21/19      A141306** | Date Received & Ref :  **08/21/19      A141306** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/13/19      20121013** | Date Received & Ref :  **10/13/19      20191013** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/23/20      PO#01211221** | Date Received & Ref :  **12/28/20      RC#016138** |
| SOLD TO: | SHIPPED TO: |
| Name:   **YORK WELLNESS PHARMACY** | Name:   **YORK WELLNESS PHARMACY** |
| Address: **605 S GEORGE STREET #130** | Address: **605 S GEORGE STREET #130** |
| **YORK PA 17401** | **YORK PA 17401** |
| Date Purchased & Ref :  **12/29/20      01S35703002** | Date Received & Ref :  **12/29/20      01S35703002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2         pages.

SCSRELATIVITY_0001546241

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40243__
Document Type: __Invoice__
Reference Date: __12/29/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFDA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19    A141306 | Date Received & Ref :  08/21/19    A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19    20121013 | Date Received & Ref :  10/13/19    20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20    PO#01211221 | Date Received & Ref :  12/28/20    RC#016138 |
| SOLD TO: | SHIPPED TO: |
| Name:    YORK WELLNESS PHARMACY | Name:    YORK WELLNESS PHARMACY |
| Address: 605 S GEORGE STREET #130 | Address: 605 S GEORGE STREET #130 |
| YORK PA 17401 | YORK PA 17401 |
| Date Purchased & Ref :  12/29/20    01S35703002 | Date Received & Ref :  12/29/20    01S35703002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001546241

GX 088.0136

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40252**
Document Type: **Invoice**
Reference Date: **12/29/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022056 | 4 | |
| CDSFKA | 7 | |
| CDVWFB | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19        A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19        A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19        20121013 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19        20191013 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20        PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20        RC#016138 |
| SOLD TO:<br>Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>          SACRAMENTO CA 95816<br>Date Purchased & Ref :  12/29/20        01S35779004 | SHIPPED TO:<br>Name:   **PUCCI'S PHARMACY**<br>Address: 2821 J ST<br>          SACRAMENTO CA 95816<br>Date Received & Ref :  12/29/20        01S35779004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001546243

GX 088.0137

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01l40252 |
| Document Type: | Invoice |
| Reference Date: | 12/29/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWGA | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      A141306 | Date Received & Ref :  08/21/19      A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19      20121013 | Date Received & Ref :  10/13/19      20191013 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016138 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **PUCCI'S PHARMACY** | Name:  **PUCCI'S PHARMACY** |
| Address: 2821 J ST | Address: 2821 J ST |
| SACRAMENTO CA 95816 | SACRAMENTO CA 95816 |
| Date Purchased & Ref :  12/29/20      01S35779004 | Date Received & Ref :  12/29/20      01S35779004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546243

GX 088.0138

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000018832

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l40445**
Document Type: **Invoice**
Reference Date: **01/05/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023253 | 3 | |
| 023774 | 3 | |
| 025101 | 2 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/21/19      A141306** | Date Received & Ref :  **08/21/19      A141306** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/13/19      20121013** | Date Received & Ref :  **10/13/19      20191013** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/23/20      PO#01211221** | Date Received & Ref :  **12/28/20      RC#016138** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **OPTIMED PHARMACY** | Name:   **OPTIMED PHARMACY** |
| Address: **6480 TECHNOLOGY AVENUE** | Address: **1000 OAKLAND DRIVE** |
| **KALAMAZOO MI 49009** | **KALAMAZOO MI 49008** |
| Date Purchased & Ref :  **01/05/21      01S36098001** | Date Received & Ref :  **01/05/21      01S36098001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001546245

GX 088.0139

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | 01l40445 |
| Document Type: | Invoice |
| Reference Date: | 01/05/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFGA | 5 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19       A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19       A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/13/19       20121013 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/13/19       20191013 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20       PO#01211221 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20       RC#016138 |
| Name:   **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>        KALAMAZOO MI 49009<br>Date Purchased & Ref :  01/05/21       01S36098001 | Name:   **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>        KALAMAZOO MI 49008<br>Date Received & Ref :  01/05/21       01S36098001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546245

GX 088.0140

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022055     | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01I40741**
Document Type: **Invoice**
Reference Date: **01/07/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 08/21/19     A141306 | **SHIPPED TO:**<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 08/21/19     A141306 |
| **SOLD TO:**<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/13/19     20121013 | **SHIPPED TO:**<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref : 10/13/19     20191013 |
| **SOLD TO:**<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/23/20     PO#01211221 | **SHIPPED TO:**<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20     RC#016138 |
| **SOLD TO:**<br>Name: **SAFEMED PHARMACY**<br>Address: 6300 SAMUELL BLVD #118<br>         DALLAS TX 75228<br>Date Purchased & Ref : 01/07/21     01S36857003 | **SHIPPED TO:**<br>Name: **SAFEMED PHARMACY**<br>Address: 6300 SAMUELL BLVD #118<br>         DALLAS TX 75228<br>Date Received & Ref : 01/07/21     01S36857003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546247

GX 088.0141

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018832</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40787 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/08/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022055 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19     A141306 | Date Received & Ref :  08/21/19     A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19     20121013 | Date Received & Ref :  10/13/19     20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20     PO#01211221 | Date Received & Ref :  12/28/20     RC#016138 |
| SOLD TO: | SHIPPED TO: |
| Name:   **KALORAMA PHARMACY INC** | Name:   **KALORAMA PHARMACY INC** |
| Address: 1841 COLUMBIA RD NW | Address: 1841 COLUMBIA RD NW |
| WASHINGTON DC 20009 | WASHINGTON DC 20009 |
| Date Purchased & Ref :  01/08/21     01S36868004 | Date Received & Ref :  01/08/21     01S36868004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001546248

GX 088.0142

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYDA | 1 | |
| | | |
| | | |

Reference Number: **01I36655**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **NBC FARMACIA**<br>Address: **2182 AMSTERDAM AVE**<br>     **NEW YORK NY 10032**<br>Date Purchased & Ref :  11/05/20      01S33537001 | SHIPPED TO:<br>Name:   **NBC FARMACIA**<br>Address: **2182 AMSTERDAM AVE**<br>     **NEW YORK NY 10032**<br>Date Received & Ref :  11/05/20      01S33537001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546607

GX 088.0143

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYFA | 6 | |
| | | |
| | | |

Reference Number: **01I36657**
Document Type: **Invoice**
Reference Date: **11/05/20**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| **SOLD TO:**<br>Name:   **MEDFORD CHEMISTS INC**<br>Address: 2608 ROUTE 112<br>          MEDFORD NY 11763<br>Date Purchased & Ref :  11/05/20      01S33609003 | **SHIPPED TO:**<br>Name:   **MEDFORD CHEMISTS INC**<br>Address: 2608 ROUTE 112<br>          MEDFORD NY 11763<br>Date Received & Ref :  11/05/20      01S33609003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546608

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36660**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400503A | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19    A1411291 | Date Received & Ref :  08/12/19    A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19    20191020 | Date Received & Ref :  10/20/19    20191020 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20    PO#01210470 | Date Received & Ref :  11/05/20    RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: 213 W MAIN ST, STE A | Address: 213 W MAIN ST, STE A |
| DURHAM NC 27701 | DURHAM NC 27701 |
| Date Purchased & Ref :  11/05/20    01S33577002 | Date Received & Ref :  11/05/20    01S33577002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546609

GX 088.0145

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I36662**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYFA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|          NORTH AMITYVILLE NY 11701-1156 |          NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19     A1411291 | Date Received & Ref :  08/12/19     A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|          NEW YORK NY 10032-8210 |          NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19     20191020 | Date Received & Ref :  10/20/19     20191020 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20     PO#01210470 | Date Received & Ref :  11/05/20     RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name:    **424 NEIGHBORHOOD PHARMACY** | Name:    **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
|          BROOKLYN NY 11212 |          BROOKLYN NY 11212 |
| Date Purchased & Ref :  11/05/20     01S33640001 | Date Received & Ref :  11/05/20     01S33640001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546610

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36663**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCZBWA | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19      A1411291 | Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19      20191020 | Date Received & Ref :  10/20/19      20191020 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20      PO#01210470 | Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name:   **424 NEIGHBORHOOD PHARMACY** | Name:   **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
| BROOKLYN NY 11212 | BROOKLYN NY 11212 |
| Date Purchased & Ref :  11/05/20      01S33443001 | Date Received & Ref :  11/05/20      01S33443001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546611

GX 088.0147

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYFA | 1 | |
| | | |
| | | |

Reference Number: **01I36687**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information**1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **ASCENSION PHARMACY HOLDINGS I LLC**<br>Address: 23-11 MERMAID AVENUE<br>          BROOKLYN NY 11224<br>Date Purchased & Ref :  11/05/20      01S33636002 | SHIPPED TO:<br>Name:   **ASCENSION PHARMACY HOLDINGS I LLC**<br>Address: 23-11 MERMAID AVENUE<br>          BROOKLYN NY 11224<br>Date Received & Ref :  11/05/20      01S33636002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546612

GX 088.0148

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I36689**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400505A   | 9        |                 |
| CDFYFA     | 1        |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   DUPONT CIRCLE PHARMACY<br>Address: 1506 21 STREET NW<br>        WASHINGTON DC 20036<br>Date Purchased & Ref :  11/05/20      01S33591002 | SHIPPED TO:<br>Name:   DUPONT CIRCLE PHARMACY<br>Address: 1506 21 STREET NW<br>        WASHINGTON DC 20036<br>Date Received & Ref :  11/05/20      01S33591002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546613

GX 088.0149

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36692**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYFA | 2 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **BRAVO PHARMACY**<br>Address: 3158 WASHINGTON ST<br>          JAMAICA PLAIN MA 02130<br>Date Purchased & Ref :  11/05/20      01S33616001 | SHIPPED TO:<br>Name:   **BRAVO PHARMACY**<br>Address: 3158 WASHINGTON ST<br>          JAMAICA PLAIN MA 02130<br>Date Received & Ref :  11/05/20      01S33616001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546614

GX 088.0150

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I36697__
Document Type: __Invoice__
Reference Date: __11/05/20__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBWA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19      A1411291 | Date Received & Ref :  08/12/19      A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19      20191020 | Date Received & Ref :  10/20/19      20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20      PO#01210470 | Date Received & Ref :  11/05/20      RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   ELITE PHARMACY | Name:   ELITE PHARMACY |
| Address: 3201 S MALCOM X BLVD | Address: 3201 S MALCOM X BLVD |
| DALLAS TX 75215 | DALLAS TX 75215 |
| Date Purchased & Ref :  11/05/20      01S33418002 | Date Received & Ref :  11/05/20      01S33418002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546615

GX 088.0151

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400501A | 2 | |
| 6400506A | 2 | |
| CCZCCA | 1 | |

Reference Number: **01I36698**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **ALPHA PEOPLES DRUGS**<br>Address: 1638 R ST NW<br>          WASHINGTON DC 20009<br>Date Purchased & Ref :  11/05/20      01S33527001 | SHIPPED TO:<br>Name:   **ALPHA PEOPLE DRUGS**<br>Address: 1638 R ST NW<br>          WASHINGTON DC 20009<br>Date Received & Ref :  11/05/20      01S33527001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  3      pages.

SCSRELATIVITY_0001546616

GX 088.0152

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36698**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCZCFA | 1 | |
| CDDHSA | 1 | |
| CDFXXA | 1 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19    A1411291 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19    A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19    20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19    20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20    PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20    RC#015086 |
| SOLD TO:<br>Name:   **ALPHA PEOPLES DRUGS**<br>Address: 1638 R ST NW<br>     WASHINGTON DC 20009<br>Date Purchased & Ref :  11/05/20    01S33527001 | SHIPPED TO:<br>Name:   **ALPHA PEOPLE DRUGS**<br>Address: 1638 R ST NW<br>     WASHINGTON DC 20009<br>Date Received & Ref :  11/05/20    01S33527001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  3     pages.

SCSRELATIVITY_0001546616

GX 088.0153

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I36698**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFXYA | 1 | |
| 6400502A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19     A1411291 | Date Received & Ref :  08/12/19     A1411291 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19     20191020 | Date Received & Ref :  10/20/19     20191020 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20     PO#01210470 | Date Received & Ref :  11/05/20     RC#015086 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **ALPHA PEOPLES DRUGS** | Name:   **ALPHA PEOPLE DRUGS** |
| Address: 1638 R ST NW | Address: 1638 R ST NW |
| WASHINGTON DC 20009 | WASHINGTON DC 20009 |
| Date Purchased & Ref :  11/05/20     01S33527001 | Date Received & Ref :  11/05/20     01S33527001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001546616

GX 088.0154

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36700**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXKWA | 4 | |
| CCZBSA | 2 | |
| CCZBVA | 2 | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19   A1411291 | Date Received & Ref :  08/12/19   A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19   20191020 | Date Received & Ref :  10/20/19   20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20   PO#01210470 | Date Received & Ref :  11/05/20   RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **GREENHILL PHARMACY -4TH ST** | Name:   **GREENHILL PHARMACY - 4TH ST** |
| Address: 2500 W 4TH ST | Address: 2500 W 4TH ST |
| WILMINGTON DE 19805 | WILMINGTON DE 19805 |
| Date Purchased & Ref :  11/05/20   01S33416004 | Date Received & Ref :  11/05/20   01S33416004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  2    pages.

SCSRELATIVITY_0001546619

GX 088.0155

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBXA | 2 | |
| CCZBZA | 3 | |
| | | |

Reference Number: **01I36700**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **GREENHILL PHARMACY -4TH ST**<br>Address: 2500 W 4TH ST<br>       WILMINGTON DE 19805<br>Date Purchased & Ref :  11/05/20      01S33416004 | SHIPPED TO:<br>Name:   **GREENHILL PHARMACY - 4TH ST**<br>Address: 2500 W 4TH ST<br>       WILMINGTON DE 19805<br>Date Received & Ref :  11/05/20      01S33416004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001546619

GX 088.0156

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYFA | 1 | |
| CDGXBA | 2 | |
| CDGXCA | 2 | |

Reference Number:  **01I36703**
Document Type:  **Invoice**
Reference Date:  **11/05/20**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/12/19**  **A1411291** | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  **08/12/19**  **A1411291** |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/20/19**  **20191020** | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/20/19**  **20191020** |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20**  **PO#01210470** | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20**  **RC#015086** |
| SOLD TO:<br>Name:  **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  **11/05/20**  **01S33657002** | SHIPPED TO:<br>Name:  **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Received & Ref :  **11/05/20**  **01S33657002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of 4  pages.

SCSRELATIVITY_0001546621

GX 088.0157

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXDA | 2 | |
| CDGXFA | 1 | |
| CDGXGA | 2 | |

Reference Number: **01l36703**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701** |
| Date Purchased & Ref :  **08/12/19      A1411291** | Date Received & Ref :  **08/12/19      A1411291** |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/20/19      20191020** | Date Received & Ref :  **10/20/19      20191020** |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **11/04/20      PO#01210470** | Date Received & Ref :  **11/05/20      RC#015086** |
| SOLD TO: | SHIPPED TO: |
| Name: **GLOBAL EXPRESS PHARMACY** | Name: **GLOBAL EXPRESS PHARMACY** |
| Address: **10596 GARDEN GROVE BLVD** | Address: **10596 GARDEN GROVE BLVD** |
| **GARDEN GROVE CA 92843** | **GARDEN GROVE CA 92843** |
| Date Purchased & Ref :  **11/05/20      01S33657002** | Date Received & Ref :  **11/05/20      01S33657002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 4      pages.

SCSRELATIVITY_0001546621

GX 088.0158

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:   **01l36703**
Document Type:   **Invoice**
Reference Date:   **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXHA | 3 | |
| CDMGSA | 1 | |
| CDMGTA | 2 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/12/19       A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701<br>Date Received & Ref :   08/12/19       A1411291 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/20/19       20191020 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Received & Ref :   10/20/19       20191020 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :   11/04/20       PO#01210470 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :   11/05/20       RC#015086 |
| Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>  GARDEN GROVE CA 92843<br>Date Purchased & Ref :   11/05/20       01S33657002 | Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>  GARDEN GROVE CA 92843<br>Date Received & Ref :   11/05/20       01S33657002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  4      pages.

SCSRELATIVITY_0001546621

GX 088.0159

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I36703**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGWA | 3 | |
| CDSFFA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19       A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19       A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19       20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19       20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20       PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20       RC#015086 |
| SOLD TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>         GARDEN GROVE CA 92843<br>Date Purchased & Ref :  11/05/20       01S33657002 | SHIPPED TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>         GARDEN GROVE CA 92843<br>Date Received & Ref :  11/05/20       01S33657002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4     of  4     pages.

SCSRELATIVITY_0001546621

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BIC036A | 3 | |
| CCVDCA | 1 | |
| CCXKHA | 1 | |

Reference Number: **01I36708**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19    A1411291 | Date Received & Ref :  08/12/19    A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19    20191020 | Date Received & Ref :  10/20/19    20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20    PO#01210470 | Date Received & Ref :  11/05/20    RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SUPER PHARMACY LLC | Name:   SUPER PHARMACY |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref :  11/05/20    01S33412003 | Date Received & Ref :  11/05/20    01S33412003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546625

GX 088.0161

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I36708 |
| Document Type: | **Invoice** |
| Reference Date: | **11/05/20** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXKKA | 1 | |
| CCXKMA | 2 | |
| CCXKPA | 2 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19     A1411291 | Date Received & Ref :  08/12/19     A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19     20191020 | Date Received & Ref :  10/20/19     20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20     PO#01210470 | Date Received & Ref :  11/05/20     RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SUPER PHARMACY LLC | Name:   SUPER PHARMACY |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref :  11/05/20     01S33412003 | Date Received & Ref :  11/05/20     01S33412003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3      pages.

SCSRELATIVITY_0001546625

GX 088.0162

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000017216

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I36708 |
| Document Type: | Invoice |
| Reference Date: | 11/05/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXKSA | 1 | |
| CCZBPA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19    A1411291 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19    A1411291 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19    20191020 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19    20191020 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20    PO#01210470 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20    RC#015086 |
| SOLD TO:<br>Name:  **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>  WASHINGTON DC 20002<br>Date Purchased & Ref :  11/05/20    01S33412003 | SHIPPED TO:<br>Name:  **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>  WASHINGTON DC 20002<br>Date Received & Ref :  11/05/20    01S33412003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of  3    pages.

SCSRELATIVITY_0001546625

GX 088.0163

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBWA | 1 | |
| CCZBYA | 4 | |
| | | |

Reference Number: **01I36721**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref : 08/12/19    A1411291 | Date Received & Ref : 08/12/19    A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/20/19    20191020 | Date Received & Ref : 10/20/19    20191020 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/04/20    PO#01210470 | Date Received & Ref : 11/05/20    RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name: **RELIANCE PHARMACY** | Name: **RELIANCE PHARMACY** |
| Address: 4047 MINNESOTA AVE NE | Address: 4047 MINNESOTA AVE NE |
| WASHINGTON DC 20019 | WASHINGTON DC 20019 |
| Date Purchased & Ref : 11/05/20    01S33460002 | Date Received & Ref : 11/05/20    01S33460002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546628

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36722**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400503A | 1 | |
| CDFYCA | 4 | |
| CDFYDA | 2 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/12/19        A1411291** | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  **08/12/19        A1411291** |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/20/19        20191020** | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/20/19        20191020** |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20        PO#01210470** | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20        RC#015086** |
| SOLD TO:<br>Name:  **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>    **WASHINGTON DC 20010**<br>Date Purchased & Ref :  **11/05/20        01S33573001** | SHIPPED TO:<br>Name:  **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>    **WASHINGTON DC 20010**<br>Date Received & Ref :  **11/05/20        01S33573001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001546629

GX 088.0165

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I36722**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGWYA | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | **SHIPPED TO:**<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| **SOLD TO:**<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | **SHIPPED TO:**<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| **SOLD TO:**<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | **SHIPPED TO:**<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| **SOLD TO:**<br>Name:    COLUMBIA HEIGHTS PHARMACY<br>Address: 3316 14TH ST NW<br>        WASHINGTON DC 20010<br>Date Purchased & Ref :  11/05/20      01S33573001 | **SHIPPED TO:**<br>Name:    COLUMBIA HEIGHTS PHARMACY<br>Address: 3316 14TH STREET NW<br>        WASHINGTON DC 20010<br>Date Received & Ref :  11/05/20      01S33573001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001546629

GX 088.0166

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01l36723 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 11/05/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYFA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/12/19        A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701<br>Date Received & Ref :   08/12/19        A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/20/19        20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/20/19        20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   11/04/20        PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   11/05/20        RC#015086 |
| SOLD TO:<br>Name:   **EDENWALD PHARMACY**<br>Address: 4137 LACONIA AVE.<br>        BRONX NY 10466<br>Date Purchased & Ref :   11/05/20        01S33720001 | SHIPPED TO:<br>Name:   **EDENWALD PHARMACY**<br>Address: 4137 LACONIA AVE.<br>        BRONX NY 10466<br>Date Received & Ref :   11/05/20        01S33720001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546631

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I36725**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXKPA | 1 | |
| CCXKWA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref : 08/12/19      A1411291 | Date Received & Ref : 08/12/19      A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/20/19      20191020 | Date Received & Ref : 10/20/19      20191020 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/04/20      PO#01210470 | Date Received & Ref : 11/05/20      RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name:   **EKANTIK LLC** | Name:   **EKANTIK LLC** |
| Address: 692 N DUPONT BLVD SUITE 692 | Address: 692 N DUPONT BLVD. SUITE 692 |
| MILFORD DE 19963 | MILFORD DE 19963 |
| Date Purchased & Ref : 11/05/20      01S33413002 | Date Received & Ref : 11/05/20      01S33413002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546632

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I36727**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGWZA | 6 | |
| CDGXKA | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/12/19    A1411291** | **SHIPPED TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  **08/12/19    A1411291** |
| **SOLD TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/20/19    20191020** | **SHIPPED TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/20/19    20191020** |
| **SOLD TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : | **SHIPPED TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20    PO#01210470** | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20    RC#015086** |
| **SOLD TO:**<br>Name:    **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>    **YORK PA 17401**<br>Date Purchased & Ref :  **11/05/20    01S33681002** | **SHIPPED TO:**<br>Name:    **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>    **YORK PA 17401**<br>Date Received & Ref :  **11/05/20    01S33681002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001546633

GX 088.0169

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36740**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400503A | 1 | |
| CDFYHA | 7 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/12/19       A1411291** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  **08/12/19       A1411291** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/20/19       20191020** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/20/19       20191020** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20       PO#01210470** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20       RC#015086** |
| SOLD TO:<br>Name:   **JOSEF'S PHARMACY - RALEIGH**<br>Address: **2100 NEW BERN AVE**<br>        **RALEIGH NC 27610**<br>Date Purchased & Ref :  **11/05/20       01S33579003** | SHIPPED TO:<br>Name:   **JOSEF'S PHARMACY**<br>Address: **2100 NEW BERN AVE**<br>        **RALEIGH NC 27610**<br>Date Received & Ref :  **11/05/20       01S33579003** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546634

GX 088.0170

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022054 | 1 | |
| | | |
| | | |

Reference Number: **01l36760**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19     A1411291 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19     A1411291 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19     20191020 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19     20191020 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20     PO#01210470 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20     RC#015086 |
| SOLD TO:<br>Name:    **GL PHARMACY HOLDINGS LLC**<br>Address: 343 BROADWAY<br>         BROOKLYN NY 11211<br>Date Purchased & Ref :  11/05/20     01S33710001 | SHIPPED TO:<br>Name:    **GL PHARMACY HOLDING LLC**<br>Address: 343 BROADWAY<br>         BROOKLYN NY 11211<br>Date Received & Ref :  11/05/20     01S33710001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546635

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMHCA | 1 | |
| | | |
| | | |

Reference Number: **01l36763**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref : 08/12/19     A1411291 | Date Received & Ref : 08/12/19     A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/20/19     20191020 | Date Received & Ref : 10/20/19     20191020 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/04/20     PO#01210470 | Date Received & Ref : 11/05/20     RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name: **PHARMOR PHARMACY - WOODWARD PLACE** | Name: **PHARMOR PHARMACY - WOODWARD PLACE** |
| Address: 15131 WOODWARD AVE | Address: 15131 WOODWARD AVENUE |
| HIGHLAND PARK MI 48203 | HIGHLAND PARK MI 48203 |
| Date Purchased & Ref : 11/05/20     01S33697001 | Date Received & Ref : 11/05/20     01S33697001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001546636

GX 088.0172

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36766**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19BIC040A  | 1        |                 |
| 19BIC041A  | 1        |                 |
| CCVCZA     | 1        |                 |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: 5403A ANNOPLIS ROAD<br>BLADENSBURG MD 20710<br>Date Purchased & Ref :  11/05/20      01S33687001 | SHIPPED TO:<br>Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: 5403A ANNAPOLIS ROAD<br>BLADENSBURG MD 20710<br>Date Received & Ref :  11/05/20      01S33687001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546637

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022534 | 3 | |
| 6341501A | 1 | |
| 6341503A | 2 | |

Reference Number: **01l36769**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :   08/12/19      A1411291 | Date Received & Ref :   08/12/19      A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :   10/20/19      20191020 | Date Received & Ref :   10/20/19      20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   11/04/20      PO#01210470 | Date Received & Ref :   11/05/20      RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :   11/05/20      01S33696001 | Date Received & Ref :   11/05/20      01S33696001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  4      pages.

SCSRELATIVITY_0001546638

GX 088.0174

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36769**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCZCBA | 4 | |
| CCZCDA | 5 | |
| CDGWZA | 2 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **08/12/19**   **A1411291** | SHIPPED TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701**<br>Date Received & Ref : **08/12/19**   **A1411291** |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **10/20/19**   **20191020** | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : **10/20/19**   **20191020** |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **11/04/20**   **PO#01210470** | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **11/05/20**   **RC#015086** |
| SOLD TO:<br>Name: **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Purchased & Ref : **11/05/20**   **01S33696001** | SHIPPED TO:<br>Name: **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Received & Ref : **11/05/20**   **01S33696001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of  4    pages.

SCSRELATIVITY_0001546638

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMGXA | 1 | |
| CDMGZA | 5 | |
| CDMHBA | 4 | |

Reference Number: **01I36769**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701** |
| Date Purchased & Ref:  **08/12/19     A1411291** | Date Received & Ref :  **08/12/19     A1411291** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/20/19     20191020** | Date Received & Ref :  **10/20/19     20191020** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **11/04/20     PO#01210470** | Date Received & Ref :  **11/05/20     RC#015086** |
| SOLD TO: | SHIPPED TO: |
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: **667 MAIN STREET** | Address: **667 MAIN STREET** |
| **LAUREL MD 20707** | **LAUREL MD 20707** |
| Date Purchased & Ref :  **11/05/20     01S33696001** | Date Received & Ref :  **11/05/20     01S33696001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3       of  4       pages.

SCSRELATIVITY_0001546638

GX 088.0176

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMHCA | 1 | |
| CDSDYA | 2 | |
| | | |

Reference Number: **01l36769**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/12/19      A1411291** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  **08/12/19      A1411291** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/20/19      20191020** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/20/19      20191020** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/04/20      PO#01210470** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/05/20      RC#015086** |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>         **LAUREL MD 20707**<br>Date Purchased & Ref :  **11/05/20      01S33696001** | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>         **LAUREL MD 20707**<br>Date Received & Ref :  **11/05/20      01S33696001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4     of 4     pages.

SCSRELATIVITY_0001546638

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022054     | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01I36778**
Document Type: **Invoice**
Reference Date: **11/05/20**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: 5403A ANNOPLIS ROAD<br>     BLADENSBURG MD 20710<br>Date Purchased & Ref :  11/05/20      01S33687002 | Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: 5403A ANNAPOLIS ROAD<br>     BLADENSBURG MD 20710<br>Date Received & Ref :  11/05/20      01S33687002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546642

GX 088.0178

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36785**
Document Type: **Invoice**
Reference Date: **11/05/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400505A | 6 | |
| CDFYHA | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19    A1411291 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19    A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19    20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19    20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20    PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20    RC#015086 |
| SOLD TO:<br>Name:   **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>        GLEN BURNIE MD 21061<br>Date Purchased & Ref :  11/05/20    01S33583003 | SHIPPED TO:<br>Name:   **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>        GLEN BURNIE MD 21061<br>Date Received & Ref :  11/05/20    01S33583003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546643

GX 088.0179

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022054     | 2        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01I36795**
Document Type: **Invoice**
Reference Date: **11/05/20**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19    A1411291 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19    A1411291 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19    20191020 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19    20191020 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20    PO#01210470 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20    RC#015086 |
| SOLD TO:<br>Name:    **ANDYS PHARMACY ON GRAND**<br>Address: 2676 W GRAND BLVD<br>    DETROIT MI 48208<br>Date Purchased & Ref :  11/05/20    01S33759001 | SHIPPED TO:<br>Name:    **ANDYS PHARMACY ON GRAND**<br>Address: 2676 W GRAND BLVD<br>    DETROIT MI 48208<br>Date Received & Ref :  11/05/20    01S33759001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546644

GX 088.0180

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMHDA | 2 | |
| | | |
| | | |

Reference Number: **01I36906**
Document Type: **Invoice**
Reference Date: **11/09/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref : 08/12/19  A1411291 | Date Received & Ref : 08/12/19  A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/20/19  20191020 | Date Received & Ref : 10/20/19  20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/04/20  PO#01210470 | Date Received & Ref : 11/05/20  RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **ELITE PHARMACY** | Name: **ELITE PHARMACY** |
| Address: 3201 S MALCOM X BLVD | Address: 3201 S MALCOM X BLVD |
| DALLAS TX 75215 | DALLAS TX 75215 |
| Date Purchased & Ref : 11/09/20  01S33804001 | Date Received & Ref : 11/09/20  01S33804001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001546645

GX 088.0181

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022054 | 8 | |
| | | |
| | | |

Reference Number: **01I36915**
Document Type: **Invoice**
Reference Date: **11/09/20**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref : 08/12/19   A1411291 | Date Received & Ref : 08/12/19   A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/20/19   20191020 | Date Received & Ref : 10/20/19   20191020 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/04/20   PO#01210470 | Date Received & Ref : 11/05/20   RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name: **GRUBB'S SOUTHEAST PHARMACY** | Name: **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref : 11/09/20   01S33764004 | Date Received & Ref : 11/09/20   01S33764004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001546646

GX 088.0182

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l36919**
Document Type: **Invoice**
Reference Date: **11/09/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022054 | 2 | |
| 022058 | 3 | |
| CDMHFA | 4 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/12/19       A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701**<br>Date Received & Ref :  08/12/19       A1411291 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/20/19       20191020 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/20/19       20191020 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  11/04/20       PO#01210470 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  11/05/20       RC#015086 |
| Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: **3412 W 13 MILE RD**<br>**ROYAL OAK  MI 48073**<br>Date Purchased & Ref :  11/09/20       01S33765002 | Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: **3412 W 13 MILE RD**<br>**ROYAL OAK MI 48073**<br>Date Received & Ref :  11/09/20       01S33765002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001546647

GX 088.0183

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSDZA | 2 | |
| CDSFBA | 3 | |
| | | |

Reference Number: **01I36919**
Document Type: **Invoice**
Reference Date: **11/09/20**

### (TH) Transaction History

Manufacturer's Name:      **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701<br>Date Received & Ref :  08/12/19      A1411291 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/20/19      20191020 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/20/19      20191020 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/04/20      PO#01210470 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  11/05/20      RC#015086 |
| Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: 3412 W 13 MILE RD<br>      ROYAL OAK MI 48073<br>Date Purchased & Ref :  11/09/20      01S33765002 | Name:   **SRX SPECIALTY CARE PHARMACY**<br>Address: 3412 W 13 MILE RD<br>      ROYAL OAK MI 48073<br>Date Received & Ref :  11/09/20      01S33765002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546647

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDMHDA | 3 | |
| | | |
| | | |

Reference Number: **01l36940**
Document Type: **Invoice**
Reference Date: **11/09/20**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19      A1411291 | Date Received & Ref :  08/12/19      A1411291 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19      20191020 | Date Received & Ref :  10/20/19      20191020 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20      PO#01210470 | Date Received & Ref :  11/05/20      RC#015086 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **CAPITOL HILL PHARMACY** | Name:   **CAPITOL HILL PHARMACY** |
| Address: 650 PENNSYLVANIA AVE SE | Address: 650 PENNSYLVANIA AVE SE |
| WASHINGTON DC 20003 | WASHINGTON DC 20003 |
| Date Purchased & Ref :  11/09/20      01S33818002 | Date Received & Ref :  11/09/20      01S33818002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001546649

GX 088.0185

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I36973 |
| Document Type: | Invoice |
| Reference Date: | 11/10/20 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 19LG640X | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|          NORTH AMITYVILLE NY 11701-1156 |          NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19     A1411291 | Date Received & Ref :  08/12/19     A1411291 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|          NEW YORK NY 10032-8210 |          NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19     20191020 | Date Received & Ref :  10/20/19     20191020 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20     PO#01210470 | Date Received & Ref :  11/05/20     RC#015086 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   OPTIMED PHARMACY | Name:   OPTIMED PHARMACY |
| Address: 6480 TECHNOLOGY AVENUE | Address: 1000 OAKLAND DRIVE |
|          KALAMAZOO MI 49009 |          KALAMAZOO MI 49008 |
| Date Purchased & Ref :  11/10/20     01S33488003 | Date Received & Ref :  11/10/20     01S33488003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546650

GX 088.0186

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01l36989 |
| Document Type: | Invoice |
| Reference Date: | 11/09/20 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMHCA | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19        A1411291 | Date Received & Ref :  08/12/19        A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19        20191020 | Date Received & Ref :  10/20/19        20191020 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20        PO#01210470 | Date Received & Ref :  11/05/20        RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name:   COLUMBIA HEIGHTS PHARMACY | Name:   COLUMBIA HEIGHTS PHARMACY |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
| WASHINGTON DC 20010 | WASHINGTON DC 20010 |
| Date Purchased & Ref :  11/09/20        01S33871002 | Date Received & Ref :  11/09/20        01S33871002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546651

GX 088.0187

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37076**
Document Type: **Invoice**
Reference Date: **11/10/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYFA | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701 |
| Date Purchased & Ref :  08/12/19    A1411291 | Date Received & Ref :  08/12/19    A1411291 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/20/19    20191020 | Date Received & Ref :  10/20/19    20191020 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/04/20    PO#01210470 | Date Received & Ref :  11/05/20    RC#015086 |
| SOLD TO: | SHIPPED TO: |
| Name: **FIVE POINTS PHARMACY AND WELLNESS** | Name: **FIVE POINTS PHARMACY AND WELLNESS** |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  11/10/20    01S33639001 | Date Received & Ref :  11/10/20    01S33639001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001546652

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017216</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| | | |
| | | |
| | | |

Reference Number:   **01**
Document Type:   **Invoice**
Reference Date:   **11/05/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/12/19      A1411291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701<br>Date Received & Ref :   08/12/19      A1411291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/20/19      20191020 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Received & Ref :   10/20/19      20191020 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :   11/04/20      PO#01210470 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :   11/05/20      RC#015086 |
| SOLD TO:<br>Name:   **EDENWALD PHARMACY**<br>Address: 4137 LACONIA AVE.<br>   BRONX NY 10466<br>Date Purchased & Ref :   11/05/20      01S33617001 | SHIPPED TO:<br>Name:   **EDENWALD PHARMACY**<br>Address: 4137 LACONIA AVE.<br>   BRONX NY 10466<br>Date Received & Ref :   11/05/20      01S33617001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546653

GX 088.0189

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01140115__
Document Type: __Invoice__
Reference Date: __12/28/20__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 019274 | 1 | |
| 019697 | 1 | |
| 022033 | 4 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19     PO#20191028 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19     PO#20191028 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20     PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20     RC#016141 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  12/28/20     01S36471001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  12/28/20     01S36471001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  3      pages.

SCSRELATIVITY_0001546733

GX 088.0190

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CBHDH | 1 | |
| CBHDM | 1 | |
| CCZWXB | 1 | |

Reference Number: **01140115**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19    PO#20191028 | Date Received & Ref :  10/28/19    PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19    PO#01258775 | Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20    PO#01211221 | Date Received & Ref :  12/28/20    RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name: **MAIN STREET PHARMACY** | Name: **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :  12/28/20    01S36471001 | Date Received & Ref :  12/28/20    01S36471001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  3        pages.

SCSRELATIVITY_0001546733

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01140115 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZWYA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19     PO#20191028 | Date Received & Ref :  10/28/19     PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19     PO#01258775 | Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20     PO#01211221 | Date Received & Ref :  12/28/20     RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name:    MAIN STREET PHARMACY | Name:    MAIN STREET PHARMACY |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :  12/28/20     01S36471001 | Date Received & Ref :  12/28/20     01S36471001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of  3        pages.

SCSRELATIVITY_0001546733

GX 088.0192

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

| Reference Number: | 01140122 |
| Document Type: | Invoice |
| Reference Date: | 12/28/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021600 | 2 | |
| CCZWYA | 3 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information:** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 09/23/19    PO#A141582 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 09/23/19    PO#A141582 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/28/19    PO#20191028 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref : 10/28/19    PO#20191028 |
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : 12/04/19    PO#01258775 | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : 12/04/19    PO#01258775 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/23/20    PO#01211221 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20    RC#016141 |
| Name: **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Purchased & Ref : 12/28/20    01S36477001 | Name: **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>EAST MEADOW NY 11554<br>Date Received & Ref : 12/28/20    01S36477001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001546736

GX 088.0193

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021600     | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01140168**
Document Type: **Invoice**
Reference Date: **12/28/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   10/28/19      PO#20191028 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Received & Ref :   10/28/19      PO#20191028 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref :   12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref :   12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   12/23/20      PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :   12/28/20      RC#016141 |
| SOLD TO:<br>Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>          **WASHINGTON DC 20003**<br>Date Purchased & Ref :   12/28/20      01S36486001 | SHIPPED TO:<br>Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>          **WASHINGTON DC 20003**<br>Date Received & Ref :   12/28/20      01S36486001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001546737

GX 088.0194

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

Reference Number: **01140186**
Document Type: **Invoice**
Reference Date: **12/28/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020469 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  09/23/19   PO#A141582 | Date Received & Ref :  09/23/19   PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/28/19   PO#20191028 | Date Received & Ref :  10/28/19   PO#20191028 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/04/19   PO#01258775 | Date Received & Ref :  12/04/19   PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  12/23/20   PO#01211221 | Date Received & Ref :  12/28/20   RC#016141 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **ARUNDEL PHARMACY** | Name:   **ARUNDEL PHARMACY** |
| Address: **7571 RITCHIE HWY** | Address: **7571 RITCHIE HWY** |
| **GLEN BURNIE MD 21061** | **GLEN BURNIE MD 21061** |
| Date Purchased & Ref :  12/28/20   01S36500001 | Date Received & Ref :  12/28/20   01S36500001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546738

GX 088.0195

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140213**
Document Type: **Invoice**
Reference Date: **12/29/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020469 | 1 | |
| 021087 | 2 | |
| 021596 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/23/19**     **PO#A141582** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/23/19**     **PO#A141582** |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/28/19**     **PO#20191028** | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/28/19**     **PO#20191028** |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/04/19**     **PO#01258775** | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  **12/04/19**     **PO#01258775** |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20**     **PO#01211221** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20**     **RC#016141** |
| Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Purchased & Ref :  **12/29/20**     **01S36505001** | Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Received & Ref :  **12/29/20**     **01S36505001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001546739

GX 088.0196

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021601 | 7 | |
| 6425304A | 1 | |
| | | |

Reference Number: **01140213**
Document Type: **Invoice**
Reference Date: **12/29/20**

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 09/23/19    PO#A141582 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 09/23/19    PO#A141582 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/28/19    PO#20191028 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref : 10/28/19    PO#20191028 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : 12/04/19    PO#01258775 | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : 12/04/19    PO#01258775 |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/23/20    PO#01211221 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20    RC#016141 |
| SOLD TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 12/29/20    01S36505001 | SHIPPED TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 12/29/20    01S36505001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of  2    pages.

SCSRELATIVITY_0001546739

GX 088.0197

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021088 | 1 | |
| | | |
| | | |

Reference Number: **01140229**
Document Type: **Invoice**
Reference Date: **12/29/20**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19       PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19       PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/28/19      PO#20191028 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/28/19      PO#20191028 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/23/20      PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/28/20      RC#016141 |
| SOLD TO:<br>Name:   **FREEDOM PHARMACY**<br>Address: **3902 HARDY ST**<br>         **HATTIESBURG MS 39402**<br>Date Purchased & Ref :  12/29/20      01S36541001 | SHIPPED TO:<br>Name:   **FREEDOM PHARMACY**<br>Address: **3902 HARDY ST**<br>         **HATTIESBURG MS 39402**<br>Date Received & Ref :  12/29/20      01S36541001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546741

GX 088.0198

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021086 | 1 | |
| 021089 | 2 | |
| 021597 | 3 | |

Reference Number:  **01140318**
Document Type:  **Invoice**
Reference Date:  **01/04/21**

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19      PO#20191028 | Date Received & Ref :  10/28/19      PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19      PO#01258775 | Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR** | Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** |
| Address: 150 N ROBERTSON BLVD. | Address: 150 NORTH ROBERTSON BLVD. |
| BEVERLY HILLS CA 90211 | BEVERLY HILLS CA 90211 |
| Date Purchased & Ref :  01/04/21      01S36625001 | Date Received & Ref :  01/04/21      01S36625001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001546742

GX 088.0199

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01140318 |
| Document Type: | Invoice |
| Reference Date: | 01/04/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6425303A | 4 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/28/19     PO#20191028 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/28/19     PO#20191028 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/23/20     PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/28/20     RC#016141 |
| SOLD TO:<br>Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR**<br>Address: **150 N ROBERTSON BLVD.**<br>       **BEVERLY HILLS CA 90211**<br>Date Purchased & Ref :  01/04/21     01S36625001 | SHIPPED TO:<br>Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA**<br>Address: **150 NORTH ROBERTSON BLVD.**<br>       **BEVERLY HILLS CA 90211**<br>Date Received & Ref :  01/04/21     01S36625001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546742

GX 088.0200

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140321**
Document Type: **Invoice**
Reference Date: **01/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021351 | 2 | |
| 021599 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  01/04/21      01S36644001 | Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  01/04/21      01S36644001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001546744

GX 088.0201

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140330**
Document Type: **Invoice**
Reference Date: **01/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021088 | 2 | |
| 021089 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

SOLD TO:
Name:    **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
    NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :  09/23/19    PO#A141582

SHIPPED TO:
Name:    **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
    NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :  09/23/19    PO#A141582

SOLD TO:
Name:    **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
    NEW YORK NY 10032-8210
Date Purchased & Ref :  10/28/19    PO#20191028

SHIPPED TO:
Name:    **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
    NEW YORK NY 10032-8210
Date Received & Ref :  10/28/19    PO#20191028

SOLD TO:
Name:    **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
    REGO PARK NY 11374
Date Purchased & Ref :  12/04/19    PO#01258775

SHIPPED TO:
Name:    **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
    REGO PARK NY 11374
Date Received & Ref :  12/04/19    PO#01258775

SOLD TO:
Name:    **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
    CAMBRIDGE MD 21613
Date Purchased & Ref :  12/23/20    PO#01211221

SHIPPED TO:
Name:    **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
    CAMBRIDGE MD 21613
Date Received & Ref :  12/28/20    RC#016141

SOLD TO:
Name:    **RELIANCE PHARMACY**
Address: 4047 MINNESOTA AVE NE
    WASHINGTON DC 20019
Date Purchased & Ref :  01/04/21    01S36620001

SHIPPED TO:
Name:    **RELIANCE PHARMACY**
Address: 4047 MINNESOTA AVE NE
    WASHINGTON DC 20019
Date Received & Ref :  01/04/21    01S36620001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001546745

GX 088.0202

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140334**
Document Type: **Invoice**
Reference Date: **01/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021086     | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/28/19     PO#20191028 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/28/19     PO#20191028 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/23/20     PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/28/20     RC#016141 |
| SOLD TO:<br>Name:   **WORLD PHARMACY**<br>Address: **7339 EL CAJON BLVD.**<br>     **LA MESA CA 91942**<br>Date Purchased & Ref :  01/04/21     01S36632001 | SHIPPED TO:<br>Name:   **WORLD PHARMACY**<br>Address: **7339 EL CAJON BLVD.**<br>     **LA MESA CA 91942**<br>Date Received & Ref :  01/04/21     01S36632001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546746

GX 088.0203

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140345**
Document Type: **Invoice**
Reference Date: **01/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021086 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| Name:   **NORTH CAPITOL PHARMACY**<br>Address: 1516 NORTH CAPITOL STREET NW<br>        WASHINGTON DC 20001<br>Date Purchased & Ref :  01/04/21      01S36626001 | Name:   **NORTH CAPITOL PHARMACY**<br>Address: 1516 NORTH CAPITOL STREET NW<br>        WASHINGTON DC 20001<br>Date Received & Ref :  01/04/21      01S36626001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546747

GX 088.0204

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140408**
Document Type: **Invoice**
Reference Date: **01/04/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021086 | 1 | |
| 021352 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19    PO#20191028 | Date Received & Ref :  10/28/19    PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19    PO#01258775 | Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20    PO#01211221 | Date Received & Ref :  12/28/20    RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name:    CHARLIE'S PHARMACY | Name:    CHARLIE'S PHARMACY |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  01/04/21    01S36640001 | Date Received & Ref :  01/04/21    01S36640001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546748

GX 088.0205

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

| | | | |
|---|---|---|---|
| NDC: **61958-2002-01** | | Reference Number: | **01140525** |
| | | Document Type: | **Invoice** |
| | | Reference Date: | **01/05/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021354 | 1 | |
| 022074 | 1 | |
| 022076 | 1 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/28/19     PO#20191028 | Date Received & Ref :  10/28/19     PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/04/19     PO#01258775 | Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  12/23/20     PO#01211221 | Date Received & Ref :  12/28/20     RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR** | Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** |
| Address: **150 N ROBERTSON BLVD.** | Address: **150 NORTH ROBERTSON BLVD.** |
| **BEVERLY HILLS CA 90211** | **BEVERLY HILLS CA 90211** |
| Date Purchased & Ref :  01/05/21     01S36863001 | Date Received & Ref :  01/05/21     01S36863001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1         of  2         pages.

SCSRELATIVITY_0001546749

GX 088.0206

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| 022079 | 1 | |
| 022081 | 1 | |
| CDPYPA | 1 | |

Reference Number: **01140525**
Document Type: **Invoice**
Reference Date: **01/05/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>　　　　**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19　　PO#A141582 | **SHIPPED TO:**<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>　　　　**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19　　PO#A141582 |
| **SOLD TO:**<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>　　　　**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/28/19　　PO#20191028 | **SHIPPED TO:**<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>　　　　**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/28/19　　PO#20191028 |
| **SOLD TO:**<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>　　　　**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/04/19　　PO#01258775 | **SHIPPED TO:**<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>　　　　**REGO PARK NY 11374**<br>Date Received & Ref :  12/04/19　　PO#01258775 |
| **SOLD TO:**<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>　　　　**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  12/23/20　　PO#01211221 | **SHIPPED TO:**<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>　　　　**CAMBRIDGE MD 21613**<br>Date Received & Ref :  12/28/20　　RC#016141 |
| **SOLD TO:**<br>Name: **RGJ/BEVERLY HILLS MED PLAZA PHAR**<br>Address: **150 N ROBERTSON BLVD.**<br>　　　　**BEVERLY HILLS CA 90211**<br>Date Purchased & Ref :  01/05/21　　01S36863001 | **SHIPPED TO:**<br>Name: **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA**<br>Address: **150 NORTH ROBERTSON BLVD.**<br>　　　　**BEVERLY HILLS CA 90211**<br>Date Received & Ref :  01/05/21　　01S36863001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2　　of 2　　pages.

SCSRELATIVITY_0001546749

GX 088.0207

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140561**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDPYSA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref : **09/23/19    PO#A141582** | Date Received & Ref : **09/23/19    PO#A141582** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref : **10/28/19    PO#20191028** | Date Received & Ref : **10/28/19    PO#20191028** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : **12/04/19    PO#01258775** | Date Received & Ref : **12/04/19    PO#01258775** |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **12/23/20    PO#01211221** | Date Received & Ref : **12/28/20    RC#016141** |
| SOLD TO: | SHIPPED TO: |
| Name:   **CHOICE PHARMACY INC** | Name:   **CHOICE PHARMACY INC** |
| Address: **5913 N ARMENIA AVENUE** | Address: **5913 N ARMENIA AVENUE** |
| **TAMPA FL 33603** | **TAMPA FL 33603** |
| Date Purchased & Ref : **01/06/21    01S36865001** | Date Received & Ref : **01/06/21    01S36865001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546751

GX 088.0208

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDPYVA | 2 | |
| CDPYWA | 2 | |
| | | |

Reference Number: **01140599**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/28/19      PO#20191028 | Date Received & Ref :  10/28/19      PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/04/19      PO#01258775 | Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name: **VICTORY MEDICAL CENTER** | Name: **VICTORY MEDICAL CENTER** |
| Address: 4303 VICTORY DRIVE | Address: 4303 VICTORY DRIVE |
| **AUSTIN TX 78704** | **AUSTIN TX 78704** |
| Date Purchased & Ref :  01/06/21      01S36905001 | Date Received & Ref :  01/06/21      01S36905001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546752

GX 088.0209

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDPYSA | 1 | |
| | | |
| | | |

Reference Number: __01140647__
Document Type: __Invoice__
Reference Date: __01/06/21__

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | **SHIPPED TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| **SOLD TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | **SHIPPED TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| **SOLD TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | **SHIPPED TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| **SOLD TO:**<br>Name:    **SAFEMED PHARMACY**<br>Address: 6300 SAMUELL BLVD #118<br>        DALLAS TX 75228<br>Date Purchased & Ref :  01/06/21      01S36904001 | **SHIPPED TO:**<br>Name:    **SAFEMED PHARMACY**<br>Address: 6300 SAMUELL BLVD #118<br>        DALLAS TX 75228<br>Date Received & Ref :  01/06/21      01S36904001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546753

GX 088.0210

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDPYXA     | 2        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01140653**
Document Type: **Invoice**
Reference Date: **01/06/21**

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/23/19       PO#A141582 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/23/19       PO#A141582 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/28/19       PO#20191028 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :   10/28/19       PO#20191028 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :   12/04/19       PO#01258775 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :   12/04/19       PO#01258775 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/23/20       PO#01211221 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   12/28/20       RC#016141 |
| SOLD TO:<br>Name:    **1746 PHARMACY CORP**<br>Address: 524 CLRKSON AVE<br>       BROOKLYN NY 11203<br>Date Purchased & Ref :   01/06/21       01S36955001 | SHIPPED TO:<br>Name:    **1746 PHARMACY CORP**<br>Address: 524 CLARKSON AVE<br>       BROOKLYN NY 11203<br>Date Received & Ref :   01/06/21       01S36955001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546754

GX 088.0211

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number:  **01140673**
Document Type:  **Invoice**
Reference Date:  **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022077     | 1        |                 |
| 022080     | 3        |                 |
| 022574     | 3        |                 |

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>      WASHINGTON DC 20020<br>Date Purchased & Ref :  01/06/21      01S36987001 | Name:    **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>      WASHINGTON DC 20020<br>Date Received & Ref :  01/06/21      01S36987001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546755

GX 088.0212

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| | | | | |
|---|---|---|---|---|
| **Reference Number:** | 01140673 |
| **Document Type:** | Invoice |
| **Reference Date:** | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDPYYA | 3 | |
| CDPYZA | 2 | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information:** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 09/23/19    PO#A141582 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 09/23/19    PO#A141582 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/28/19    PO#20191028 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref : 10/28/19    PO#20191028 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : 12/04/19    PO#01258775 | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : 12/04/19    PO#01258775 |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 12/23/20    PO#01211221 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 12/28/20    RC#016141 |
| SOLD TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>WASHINGTON DC 20020<br>Date Purchased & Ref : 01/06/21    01S36987001 | SHIPPED TO:<br>Name: **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>WASHINGTON DC 20020<br>Date Received & Ref : 01/06/21    01S36987001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001546755

GX 088.0213

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140716**
Document Type: **Invoice**
Reference Date: **01/07/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022077 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19    PO#20191028 | Date Received & Ref :  10/28/19    PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19    PO#01258775 | Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20    PO#01211221 | Date Received & Ref :  12/28/20    RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name:   CARY RX. INC | Name:   CARY RX. INC |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
| WASHINGTON DC 20001 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  01/07/21    01S37033001 | Date Received & Ref :  01/07/21    01S37033001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001546757

GX 088.0214

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022077 | 1 | |
| | | |
| | | |

Reference Number: **01140777**
Document Type: **Invoice**
Reference Date: **01/07/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **09/23/19      PO#A141582** | Date Received & Ref :  **09/23/19      PO#A141582** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/28/19      PO#20191028** | Date Received & Ref :  **10/28/19      PO#20191028** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  **12/04/19      PO#01258775** | Date Received & Ref :  **12/04/19      PO#01258775** |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **12/23/20      PO#01211221** | Date Received & Ref :  **12/28/20      RC#016141** |
| SOLD TO: | SHIPPED TO: |
| Name:   **GL PHARMACY HOLDINGS LLC** | Name:   **GL PHARMACY HOLDING LLC** |
| Address: **343 BROADWAY** | Address: **343 BROADWAY** |
| **BROOKLYN NY 11211** | **BROOKLYN NY 11211** |
| Date Purchased & Ref :  **01/07/21      01S37079001** | Date Received & Ref :  **01/07/21      01S37079001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1           pages.

SCSRELATIVITY_0001546758

GX 088.0215

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

Reference Number: **01140818**
Document Type: **Invoice**
Reference Date: **01/08/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021353 | 7 | |
| 022077 | 2 | |
| 022082 | 1 | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   10/28/19      PO#20191028 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :   10/28/19      PO#20191028 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref :   12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref :   12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   12/23/20      PO#01211221 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :   12/28/20      RC#016141 |
| SOLD TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>     **EAST MEADOW NY 11554**<br>Date Purchased & Ref :   01/08/21      01S37094001 | SHIPPED TO:<br>Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>     **EAST MEADOW NY 11554**<br>Date Received & Ref :   01/08/21      01S37094001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546759

GX 088.0216

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022082 | 3 | |
| | | |
| | | |

Reference Number: **01140820**
Document Type: **Invoice**
Reference Date: **01/08/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :   09/23/19      PO#A141582 | Date Received & Ref :   09/23/19      PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :   10/28/19      PO#20191028 | Date Received & Ref :   10/28/19      PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :   12/04/19      PO#01258775 | Date Received & Ref :   12/04/19      PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   12/23/20      PO#01211221 | Date Received & Ref :   12/28/20      RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name:   **TREE PHARMACY INC** | Name:   **TREE PHARMACY INC** |
| Address: 2423 ADAM CLAYTON POWELL JR BLVD | Address: 2423 ADAM CLAYTON POWELL JR BLVD |
| NEW YORK NY 10030 | NEW YORK NY 10030 |
| Date Purchased & Ref :   01/08/21      01S37098001 | Date Received & Ref :   01/08/21      01S37098001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546760

GX 088.0217

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01140855 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/08/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022082 | 3 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19      PO#20191028 | Date Received & Ref :  10/28/19      PO#20191028 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19      PO#01258775 | Date Received & Ref :  12/04/19      PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20      PO#01211221 | Date Received & Ref :  12/28/20      RC#016141 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   NEIGHBORHOOD PHARMACY | Name:   NEIGHBORHOOD PHARMACY |
| Address: 1932 MARTIN LUTHER KING JR AVE SE | Address: 1932 MARTIN LUTHER KING JR AVE SE |
| WAHSINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  01/08/21      01S37128001 | Date Received & Ref :  01/08/21      01S37128001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546761

GX 088.0218

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6468402A | 1 | |
| | | |
| | | |

Reference Number: **01140858**
Document Type: **Invoice**
Reference Date: **01/08/21**

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE   LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br>  **NORTH AMITYVILLE NY 11701-1156** <br> Date Purchased & Ref : **09/23/19**   **PO#A141582** | Name: **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br>  **NORTH AMITYVILLE NY 11701-1156** <br> Date Received & Ref : **09/23/19**   **PO#A141582** |
| Name: **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br>  **NEW YORK NY 10032-8210** <br> Date Purchased & Ref : **10/28/19**   **PO#20191028** | Name: **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br>  **NEW YORK NY 10032-8210** <br> Date Received & Ref : **10/28/19**   **PO#20191028** |
| Name: **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br>  **REGO PARK NY 11374** <br> Date Purchased & Ref : **12/04/19**   **PO#01258775** | Name: **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br>  **REGO PARK NY 11374** <br> Date Received & Ref : **12/04/19**   **PO#01258775** |
| Name: **SAFE CHAIN SOLUTIONS, LLC** <br> Address: **822 CHESAPEAKE DR** <br>  **CAMBRIDGE MD 21613** <br> Date Purchased & Ref : **12/23/20**   **PO#01211221** | Name: **SAFE CHAIN SOLUTIONS** <br> Address: **822 CHESAPEAKE DR** <br>  **CAMBRIDGE MD 21613** <br> Date Received & Ref : **12/28/20**   **RC#016141** |
| Name: **GENERX DISCOUNT PHARMACY** <br> Address: **1235 S JOSEY LANE SUITE 533** <br>  **CARROLLTOWN TX 75006** <br> Date Purchased & Ref : **01/08/21**   **01S37130001** | Name: **GENERX DISCOUNT PHARMACY** <br> Address: **1235 S JOSEY LANE SUITE 533** <br>  **CARROLLTOWN TX 75006** <br> Date Received & Ref : **01/08/21**   **01S37130001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001546762

GX 088.0219

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

Reference Number: **01140865**
Document Type: **Invoice**
Reference Date: **01/08/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6468402A | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE   LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref : 09/23/19   PO#A141582 | Date Received & Ref : 09/23/19   PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref : 10/28/19   PO#20191028 | Date Received & Ref : 10/28/19   PO#20191028 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : 12/04/19   PO#01258775 | Date Received & Ref : 12/04/19   PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : 12/23/20   PO#01211221 | Date Received & Ref : 12/28/20   RC#016141 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BROOKLYN FAMILY PHARMACY** | Name: **BROOKLYN FAMILY PHARMACY** |
| Address: **355 AVENUE X** | Address: **355 AVENUE X** |
| **BROOKLYN NY 11223** | **BROOKLYN NY 11223** |
| Date Purchased & Ref : 01/08/21   01S37134001 | Date Received & Ref : 01/08/21   01S37134001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001546763

GX 088.0220

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6468402A | 2 | |
| | | |
| | | |

Reference Number: **01140876**
Document Type: **Invoice**
Reference Date: **01/11/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| **SOLD TO:**<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  01/11/21      01S37175001 | **SHIPPED TO:**<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>        SAN FRANCISCO CA 94115<br>Date Received & Ref :  01/11/21      01S37175001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546764

GX 088.0221

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140883**
Document Type: **Invoice**
Reference Date: **01/11/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6468402A   | 1        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| **SOLD TO:**<br>Name:   **TREMONT CHEMIST**<br>Address: 3131 E TREMONT AVE<br>       BRONX NY 10461<br>Date Purchased & Ref :  01/11/21      01S37193001 | **SHIPPED TO:**<br>Name:   **TREMONT CHEMIST**<br>Address: 3131 E TREMONT AVE<br>       BRONX NY 10461<br>Date Received & Ref :  01/11/21      01S37193001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546765

GX 088.0222

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140942**
Document Type: **Invoice**
Reference Date: **01/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022577 | 4 | |
| 6485402A | 2 | |
| 6505201A | 2 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| Name:   **CAPITOL DRUGS**<br>Address: 8578 SANTA MONICA BLVD<br>      WEST HOLLYWOOD CA 90069<br>Date Purchased & Ref :  01/12/21      01S37251001 | Name:   **CAPITOL DRUGS**<br>Address: 8578 SANTA MONICA BLVD<br>      WEST HOLLYWOOD CA 90069<br>Date Received & Ref :  01/12/21      01S37251001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001546766

GX 088.0223

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6468402A | 1 | |
| | | |
| | | |

Reference Number: **01140944**
Document Type: **Invoice**
Reference Date: **01/12/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

SOLD TO:
Name: **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :  09/23/19      PO#A141582

SHIPPED TO:
Name: **AMERISOURCEBERGEN DRUG CP**
Address: 5500 NEW HORIZONS BLVD.
NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :  09/23/19      PO#A141582

SOLD TO:
Name: **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
NEW YORK NY 10032-8210
Date Purchased & Ref :  10/28/19      PO#20191028

SHIPPED TO:
Name: **AMSTERDAM WELLNESS PHARMA**
Address: 2091 AMSTERDAM AVE
NEW YORK NY 10032-8210
Date Received & Ref :  10/28/19      PO#20191028

SOLD TO:
Name: **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Purchased & Ref :  12/04/19      PO#01258775

SHIPPED TO:
Name: **BOULEVARD 9229 LLC**
Address: 9229 QUEENS BLVD
REGO PARK NY 11374
Date Received & Ref :  12/04/19      PO#01258775

SOLD TO:
Name: **SAFE CHAIN SOLUTIONS, LLC**
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref :  12/23/20      PO#01211221

SHIPPED TO:
Name: **SAFE CHAIN SOLUTIONS**
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref :  12/28/20      RC#016141

SOLD TO:
Name: **YORK WELLNESS PHARMACY**
Address: 605 S GEORGE STREET #130
YORK PA 17401
Date Purchased & Ref :  01/12/21      01S37205001

SHIPPED TO:
Name: **YORK WELLNESS PHARMACY**
Address: 605 S GEORGE STREET #130
YORK PA 17401
Date Received & Ref :  01/12/21      01S37205001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546767

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

Reference Number:   **01140970**
Document Type:   **Invoice**
Reference Date:   **01/12/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/23/19     PO#A141582** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/23/19     PO#A141582** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/28/19     PO#20191028** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/28/19     PO#20191028** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/04/19     PO#01258775** | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  **12/04/19     PO#01258775** |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **12/23/20     PO#01211221** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **12/28/20     RC#016141** |
| SOLD TO:<br>Name:   **PHARMACY 45**<br>Address: **8221 GULF FRWY STE 550**<br>        **HOUSTON TX 77017**<br>Date Purchased & Ref :  **01/12/21     01S37311001** | SHIPPED TO:<br>Name:   **PHARMACY 45**<br>Address: **8221 GULF FRWY STE 550**<br>        **HOUSTON TX 77017**<br>Date Received & Ref :  **01/12/21     01S37311001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546768

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

Reference Number: **01141091**
Document Type: **Invoice**
Reference Date: **01/13/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19   PO#A141582 | Date Received & Ref : 09/23/19   PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/28/19   PO#20191028 | Date Received & Ref : 10/28/19   PO#20191028 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/04/19   PO#01258775 | Date Received & Ref : 12/04/19   PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/23/20   PO#01211221 | Date Received & Ref : 12/28/20   RC#016141 |
| SOLD TO: | SHIPPED TO: |
| Name: **GL PHARMACY HOLDINGS LLC** | Name: **GL PHARMACY HOLDING LLC** |
| Address: 343 BROADWAY | Address: 343 BROADWAY |
| BROOKLYN NY 11211 | BROOKLYN NY 11211 |
| Date Purchased & Ref : 01/13/21   01S37403001 | Date Received & Ref : 01/13/21   01S37403001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546769

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000018833

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01141135**
Document Type: **Invoice**
Reference Date: **01/14/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022583 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/23/19     PO#A141582 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/28/19     PO#20191028 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :   10/28/19     PO#20191028 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :   12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :   12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :   12/23/20     PO#01211221 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :   12/28/20     RC#016141 |
| SOLD TO:<br>Name:   HOLLY SPRINGS PHARMACY<br>Address: 648 HOLLY SPRINGS RD<br>     HOLLY SPRINGS NC 27540<br>Date Purchased & Ref :   01/14/21     01S37454001 | SHIPPED TO:<br>Name:   HOLLY SPRINGS PHARMACY<br>Address: 648 HOLLY SPRINGS RD<br>     HOLLY SPRINGS NC 27540<br>Date Received & Ref :   01/14/21     01S37454001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546770

GX 088.0227

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01141139**
Document Type: **Invoice**
Reference Date: **01/14/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022583 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/28/19     PO#20191028 | Date Received & Ref :  10/28/19     PO#20191028 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19     PO#01258775 | Date Received & Ref :  12/04/19     PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  12/23/20     PO#01211221 | Date Received & Ref :  12/28/20     RC#016141 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **ADVANCED MEDICAL GROUP LLC** | Name: **LANGLEY DRUG COMPANY** |
| Address: PO BOX 1860 | Address: 2820 AUGUSTA ROAD |
| LANGLEY SC 29834 | LANGLEY SC 29834 |
| Date Purchased & Ref :  01/14/21     01S37447001 | Date Received & Ref :  01/14/21     01S37447001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546771

GX 088.0228

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018833</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01141262 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/15/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022583 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information:1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:     AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | SHIPPED TO:<br>Name:     AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
|---|---|
| SOLD TO:<br>Name:     AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/28/19      PO#20191028 | SHIPPED TO:<br>Name:     AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/28/19      PO#20191028 |
| SOLD TO:<br>Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | SHIPPED TO:<br>Name:     BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO:<br>Name:     SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  12/23/20      PO#01211221 | SHIPPED TO:<br>Name:     SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  12/28/20      RC#016141 |
| SOLD TO:<br>Name:     PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>          MANASSAS VA 20110<br>Date Purchased & Ref :  01/15/21      01S37570001 | SHIPPED TO:<br>Name:     PROSPERITY PHARMACY MANASSAS<br>Address: 8644 SUDLEY ROAD #120<br>          MANASSAS VA 20110<br>Date Received & Ref :  01/15/21      01S37570001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001546772

GX 088.0229

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: 01l40639
Document Type: Invoice
Reference Date: 01/06/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 015451 | 2 | |
| 016658 | 1 | |
| 016659 | 1 | |

### (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/27/19    PO#A141627 | Date Received & Ref : 09/27/19    PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/13/19    PO#20191113 | Date Received & Ref : 11/13/19    PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/05/19    PO#01258999 | Date Received & Ref : 12/05/19    PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21    PO#01211295 | Date Received & Ref : 01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name: **TLC XPRESS PHARMACY** | Name: **TLC XPRESS PHARMACY** |
| Address: 10810 WARNER AVE #3 | Address: 10810 WARNER AVE #3 |
| FOUNTAIN VALLEY CA 92708 | FOUNTAIN VALLEY CA 92708 |
| Date Purchased & Ref : 01/06/21    01S36929001 | Date Received & Ref : 01/06/21    01S36929001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001546783

GX 088.0230

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016658 | 1 | |
| | | |
| | | |

Reference Number: 01I40664
Document Type: Invoice
Reference Date: 01/06/21

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:  AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/27/19     PO#A141627 | **SHIPPED TO:**<br>Name:  AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/27/19     PO#A141627 |
| **SOLD TO:**<br>Name:  AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/13/19     PO#20191113 | **SHIPPED TO:**<br>Name:  AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  11/13/19     PO#20191113 |
| **SOLD TO:**<br>Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/05/19     PO#01258999 | **SHIPPED TO:**<br>Name:  BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/05/19     PO#01258999 |
| **SOLD TO:**<br>Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | **SHIPPED TO:**<br>Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| **SOLD TO:**<br>Name:  PURE PHARMACY LLC<br>Address: 959 WEST AVENUE #16<br>     MIAMI BEACH FL 33139<br>Date Purchased & Ref :  01/06/21     01S36988001 | **SHIPPED TO:**<br>Name:  PURE PHARMACY LLC<br>Address: 959 WEST AVENUE #16<br>     MIAMI FL 33139<br>Date Received & Ref :  01/06/21     01S36988001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001546784

GX 088.0231

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Reference Number: | 01140689 |
| Document Type: | Invoice |
| Reference Date: | 01/07/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016658 | 2 | |
| ZSSXA | 1 | |
| ZVSTA | 1 | |

### (TH) Transaction History

Manufacturer's Name:       GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19    PO#A141627 | Date Received & Ref :  09/27/19    PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19    PO#20191113 | Date Received & Ref :  11/13/19    PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19    PO#01258999 | Date Received & Ref :  12/05/19    PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   ATHENAS PHARMACY | Name:   ATHENAS PHARMACY |
| Address: 32-84 STEINWAY STREET | Address: 32-84 STEINWAY STREET |
| ASTORIA NY 11103 | ASTORIA NY 11103 |
| Date Purchased & Ref :  01/07/21    01S37014001 | Date Received & Ref :  01/07/21    01S37014001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001546785

GX 088.0232

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| ZVSWA | 2 | |
| | | |
| | | |

Reference Number: **01140689**
Document Type: **Invoice**
Reference Date: **01/07/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19    PO#A141627 | Date Received & Ref :  09/27/19    PO#A141627 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19    PO#20191113 | Date Received & Ref :  11/13/19    PO#20191113 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19    PO#01258999 | Date Received & Ref :  12/05/19    PO#01258999 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **ATHENAS PHARMACY** | Name:   **ATHENAS PHARMACY** |
| Address: 32-84 STEINWAY STREET | Address: 32-84 STEINWAY STREET |
| ASTORIA NY 11103 | ASTORIA NY 11103 |
| Date Purchased & Ref :  01/07/21    01S37014001 | Date Received & Ref :  01/07/21    01S37014001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of  2    pages.

SCSRELATIVITY_0001546785

GX 088.0233

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Reference Number: | 01I40735 |
| Document Type: | Invoice |
| Reference Date: | 01/07/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 015713 | 1 | |
| ZYFCA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/27/19     PO#A141627 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/27/19     PO#A141627 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/13/19     PO#20191113 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  11/13/19     PO#20191113 |
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/05/19     PO#01258999 | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/05/19     PO#01258999 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| Name: **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>     WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  01/07/21     01S37045001 | Name: **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>     WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  01/07/21     01S37045001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546787

GX 088.0234

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 015714 | 1 | |
| ZYFHA | 1 | |
| | | |

Reference Number: **01I40820**
Document Type: **Invoice**
Reference Date: **01/08/21**

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19      PO#A141627 | Date Received & Ref :  09/27/19      PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19      PO#20191113 | Date Received & Ref :  11/13/19      PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19      PO#01258999 | Date Received & Ref :  12/05/19      PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   **TREE PHARMACY INC** | Name:   **TREE PHARMACY INC** |
| Address: 2423 ADAM CLAYTON POWELL JR BLVD | Address: 2423 ADAM CLAYTON POWELL JR BLVD |
| NEW YORK NY 10030 | NEW YORK NY 10030 |
| Date Purchased & Ref :  01/08/21      01S37098001 | Date Received & Ref :  01/08/21      01S37098001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546788

GX 088.0235

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

**Reference Number:** 01I40821
**Document Type:** Invoice
**Reference Date:** 01/08/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| ZYFHA      | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/27/19   PO#A141627 | Date Received & Ref : 09/27/19   PO#A141627 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/13/19   PO#20191113 | Date Received & Ref : 11/13/19   PO#20191113 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/05/19   PO#01258999 | Date Received & Ref : 12/05/19   PO#01258999 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21   PO#01211295 | Date Received & Ref : 01/05/21   RC#016278 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAI APTEKA PHARMACY INC** | Name: **SAI APTEKA PHARMACY INC** |
| Address: 151 NASSAU AVENUE | Address: 151 NASSAU AVENUE |
| BROOKLYN NY 11222 | BROOKLYN NY 11222 |
| Date Purchased & Ref : 01/08/21   01S37108001 | Date Received & Ref : 01/08/21   01S37108001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001546789

GX 088.0236

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

| Reference Number: | 01I40861 |
| Document Type: | Invoice |
| Reference Date: | 01/08/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18TRS006UA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19    PO#A141627 | Date Received & Ref :  09/27/19    PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19    PO#20191113 | Date Received & Ref :  11/13/19    PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19    PO#01258999 | Date Received & Ref :  12/05/19    PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   YORK WELLNESS PHARMACY | Name:   YORK WELLNESS PHARMACY |
| Address: 605 S GEORGE STREET #130 | Address: 605 S GEORGE STREET #130 |
| YORK PA 17401 | YORK PA 17401 |
| Date Purchased & Ref :  01/08/21    01S37124001 | Date Received & Ref :  01/08/21    01S37124001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546790

GX 088.0237

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18TRS006UA | 1 | |
| | | |
| | | |

Reference Number: **01141045**
Document Type: **Invoice**
Reference Date: **01/13/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/27/19        PO#A141627 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/27/19        PO#A141627 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/13/19        PO#20191113 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/13/19        PO#20191113 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/05/19        PO#01258999 | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/05/19        PO#01258999 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21        PO#01211295 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21        RC#016278 |
| Name:    **HEALTHMAX PHARMACY**<br>Address: 80-07 JAMAICA AVENUE<br>        WOODHAVEN NY 11421<br>Date Purchased & Ref :  01/13/21        01S37353001 | Name:    **HEALTHMAX PHARMACY**<br>Address: 80-07 JAMAICA AVENUE<br>        WOODHAVEN NY 11421<br>Date Received & Ref :  01/13/21        01S37353001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546791

GX 088.0238

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: __01I41067__
Document Type: __Invoice__
Reference Date: __01/13/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18TRS007UA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19    PO#A141627 | Date Received & Ref :  09/27/19    PO#A141627 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19    PO#20191113 | Date Received & Ref :  11/13/19    PO#20191113 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19    PO#01258999 | Date Received & Ref :  12/05/19    PO#01258999 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   MARTNICKS PHARMACY & DISCOUNT INC | Name:   MARTNICKS PHARMACY & DISCOUNT |
| Address: 1107 E HALLANDALE BEACH BLVD | Address: 1107 E HALLANDALE BEACH BLVD |
| HALLANDALE BEACH  FL 33009 | HALLANDALE BEACH FL 33009 |
| Date Purchased & Ref :  01/13/21    01S37382001 | Date Received & Ref :  01/13/21    01S37382001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546792

GX 088.0239

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 18TRS007UA | 1 | |
| | | |
| | | |

Reference Number: **01I41153**
Document Type: **Invoice**
Reference Date: **01/14/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **09/27/19** **PO#A141627** | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : **09/27/19** **PO#A141627** |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **11/13/19** **PO#20191113** | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : **11/13/19** **PO#20191113** |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : **12/05/19** **PO#01258999** | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : **12/05/19** **PO#01258999** |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **01/04/21** **PO#01211295** | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **01/05/21** **RC#016278** |
| Name: **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Purchased & Ref : **01/14/21** **01S37469001** | Name: **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Received & Ref : **01/14/21** **01S37469001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001546793

GX 088.0240

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016656 | 1 | |
| | | |
| | | |

Reference Number: **01141295**
Document Type: **Invoice**
Reference Date: **01/18/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/27/19       PO#A141627 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/27/19       PO#A141627 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/13/19       PO#20191113 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/13/19       PO#20191113 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/05/19       PO#01258999 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/05/19       PO#01258999 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21       PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21       RC#016278 |
| SOLD TO:<br>Name:   **VALUE PHARMACY**<br>Address: 1400 HAZELWOOD DRIVE<br>        SMYRNA  TN 37167<br>Date Purchased & Ref :  01/18/21       01S37609001 | SHIPPED TO:<br>Name:   **VALUE PHARMACY**<br>Address: 1400 HAZELWOOD DR<br>        SMYRNA TN 37167<br>Date Received & Ref :  01/18/21       01S37609001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546794

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019053

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18TRS040UA | 1 | |
| CBFFHA | 1 | |
| CBFFKA | 1 | |

Reference Number: **01I41438**
Document Type: **Invoice**
Reference Date: **01/20/21**

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/27/19      PO#A141627 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/27/19      PO#A141627 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/13/19      PO#20191113 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/13/19      PO#20191113 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/05/19      PO#01258999 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/05/19      PO#01258999 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  01/20/21      01S37730001 | Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  01/20/21      01S37730001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546795

GX 088.0242

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6238501A | 1 | |
| H431167A | 1 | |
| | | |

Reference Number: **01I41480**
Document Type: **Invoice**
Reference Date: **01/20/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19      PO#A141627 | Date Received & Ref :  09/27/19      PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19      PO#20191113 | Date Received & Ref :  11/13/19      PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19      PO#01258999 | Date Received & Ref :  12/05/19      PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MEDFORD CHEMISTS INC** | Name:   **MEDFORD CHEMISTS INC** |
| Address: 2608 ROUTE 112 | Address: 2608 ROUTE 112 |
| MEDFORD NY 11763 | MEDFORD NY 11763 |
| Date Purchased & Ref :  01/20/21      01S37792001 | Date Received & Ref :  01/20/21      01S37792001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546796

GX 088.0243

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6255404A | 1 | |
| | | |
| | | |

Reference Number: **01I41687**
Document Type: **Invoice**
Reference Date: **01/22/21**

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/27/19       PO#A141627 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/27/19       PO#A141627 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/13/19       PO#20191113 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  11/13/19       PO#20191113 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  12/05/19       PO#01258999 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  12/05/19       PO#01258999 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21       PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21       RC#016278 |
| Name:   **JOE PHARMACY**<br>Address: 1710 LIVE OAK ST<br>       COMMERCE TX 75428<br>Date Purchased & Ref :  01/22/21       01S37900001 | Name:   **JOE PHARMACY**<br>Address: 1710 LIVE OAK ST<br>       COMMERCE TX 75428<br>Date Received & Ref :  01/22/21       01S37900001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546797

GX 088.0244

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 018848 | 1 | |
| | | |
| | | |

Reference Number:  **01141713**
Document Type:  **Invoice**
Reference Date:  **01/22/21**

## (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19      PO#A141627 | Date Received & Ref :  09/27/19      PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19      PO#20191113 | Date Received & Ref :  11/13/19      PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19      PO#01258999 | Date Received & Ref :  12/05/19      PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:  **CENTENNIAL PHARMACY SERVICES INC** | Name:  **CENTENNIAL PHARMACY SERVICES INC** |
| Address: 1020 N DELAWARE AVENUE #200 | Address: 1020 N DELAWARE AVE #200 |
| PHILADELPHIA PA 19125 | PHILADELPHIA PA 19125 |
| Date Purchased & Ref :  01/22/21      01S37955001 | Date Received & Ref :  01/22/21      01S37955001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546798

GX 088.0245

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: **01142038**
Document Type: **Invoice**
Reference Date: **01/28/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 018848 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **09/27/19     PO#A141627** | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : **09/27/19     PO#A141627** |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **11/13/19     PO#20191113** | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref : **11/13/19     PO#20191113** |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : **12/05/19     PO#01258999** | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : **12/05/19     PO#01258999** |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **01/04/21     PO#01211295** | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref : **01/05/21     RC#016278** |
| SOLD TO:<br>Name:  **BELLEVILLE PHARMACY**<br>Address: **338 WASHINGTON AVE**<br>     **BELLEVILLE NJ 07109**<br>Date Purchased & Ref : **01/28/21     01S38229001** | SHIPPED TO:<br>Name:  **BELLEVILLE PHARMACY**<br>Address: **338 WASHINGTON AVE**<br>     **BELLEVILLE NJ 07109**<br>Date Received & Ref : **01/28/21     01S38229001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001546799

GX 088.0246

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019053</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: 61958-0701-01

Reference Number: 01I42091
Document Type: Invoice
Reference Date: 01/28/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 018848 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/27/19    PO#A141627 | Date Received & Ref :  09/27/19    PO#A141627 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/13/19    PO#20191113 | Date Received & Ref :  11/13/19    PO#20191113 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/05/19    PO#01258999 | Date Received & Ref :  12/05/19    PO#01258999 |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:  KEYSTONE SPECIALTY CARE PHARMACY | Name:  KEYSTONE SPECIALTY CARE PHARMACY |
| Address: 46325 W 12 MILE ROAD #150 | Address: 46325 W 12 MILE RD #150 |
| NOVI MI 48377 | NOVI MI 48377 |
| Date Purchased & Ref :  01/28/21    01S38260001 | Date Received & Ref :  01/28/21    01S38260001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546800

GX 088.0247

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021661</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

| Reference Number: | 01145338 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016331 | 3 | |
| 016332 | 2 | |
| 017883 | 1 | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/27/19   PO#A141315 | Date Received & Ref : 08/27/19   PO#A141315 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/21/19   PO#20191021 | Date Received & Ref : 10/21/19   PO#20191021 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/04/19   PO#01258775 | Date Received & Ref : 12/04/19   PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/19/21   PO#01212358 | Date Received & Ref : 03/19/21   RC#017722 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER** | Name: **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref : 03/22/21   01S41138001 | Date Received & Ref : 03/22/21   01S41138001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001546862

GX 088.0248

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021661</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PL**

NDC: 15584-0101-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| U427801A   | 4        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01145338**
Document Type: **Invoice**
Reference Date: **03/22/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/27/19      PO#A141315 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/27/19      PO#A141315 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      PO#20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      PO#20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/22/21      01S41138001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/22/21      01S41138001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546862

GX 088.0249

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021661</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: 15584-0101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 017883 | 1 | |
| | | |
| | | |

Reference Number: 01145489
Document Type: Invoice
Reference Date: 03/24/21

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/27/19       PO#A141315 | Date Received & Ref :  08/27/19       PO#A141315 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19       PO#20191021 | Date Received & Ref :  10/21/19       PO#20191021 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19       PO#01258775 | Date Received & Ref :  12/04/19       PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21       PO#01212358 | Date Received & Ref :  03/19/21       RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:  1746 PHARMACY CORP | Name:  1746 PHARMACY CORP |
| Address: 524 CLRKSON AVE | Address: 524 CLARKSON AVE |
| BROOKLYN NY 11203 | BROOKLYN NY 11203 |
| Date Purchased & Ref :  03/24/21       01S41289001 | Date Received & Ref :  03/24/21       01S41289001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001546864

GX 088.0250

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021661</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: 15584-0101-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 017883 | 1 | |
| | | |
| | | |

Reference Number: 01145536
Document Type: Invoice
Reference Date: 03/24/21

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information**1800 WHEELER AVENUE LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/27/19 PO#A141315 | Date Received & Ref : 08/27/19 PO#A141315 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/21/19 PO#20191021 | Date Received & Ref : 10/21/19 PO#20191021 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/04/19 PO#01258775 | Date Received & Ref : 12/04/19 PO#01258775 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/19/21 PO#01212358 | Date Received & Ref : 03/19/21 RC#017722 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **CIENEGA PHARMACY** | Name: **CIENEGA PHARMACY** |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref : 03/24/21 01S41260001 | Date Received & Ref : 03/24/21 01S41260001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 1 pages.

SCSRELATIVITY_0001546865

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021661</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

Reference Number: **01145595**
Document Type: **Invoice**
Reference Date: **03/25/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 017882 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/27/19    PO#A141315 | Date Received & Ref :  08/27/19    PO#A141315 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19    PO#20191021 | Date Received & Ref :  10/21/19    PO#20191021 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/04/19    PO#01258775 | Date Received & Ref :  12/04/19    PO#01258775 |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21    PO#01212358 | Date Received & Ref :  03/19/21    RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:    NORTH CAPITOL PHARMACY | Name:    NORTH CAPITOL PHARMACY |
| Address: 1516 NORTH CAPITOL STREET NW | Address: 1516 NORTH CAPITOL STREET NW |
| WASHINGTON DC 20002 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/25/21    01S41381001 | Date Received & Ref :  03/25/21    01S41381001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546866

GX 088.0252

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021661</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 017882 | 3 | |
| U450499A | 1 | |
| U450500A | 1 | |

Reference Number: **01145609**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/27/19     PO#A141315 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/27/19     PO#A141315 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19     PO#20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19     PO#20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19     PO#01258775 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/04/19     PO#01258775 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21     PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21     RC#017722 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>     LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21     01S41414001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>     LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21     01S41414001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001546867

GX 088.0253

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140559**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022033 | 1 | |
| 5950404B | 1 | |
| CBHDH | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19    PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19    PO#A141638 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19    PO#20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19    PO#20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21    PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  01/06/21    01S36869001 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  01/06/21    01S36869001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001546958

GX 088.0254

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140559**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CBHDM | 1 | |
| CCZWYA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/30/19      PO#A141638 | Date Received & Ref :  09/30/19      PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      PO#20191017 | Date Received & Ref :  10/17/19      PO#20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   **CIENEGA PHARMACY** | Name:   **CIENEGA PHARMACY** |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref :  01/06/21      01S36869001 | Date Received & Ref :  01/06/21      01S36869001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001546958

GX 088.0255

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020469 | 1 | |
| | | |
| | | |

Reference Number: __01140581__
Document Type: __Invoice__
Reference Date: __01/06/21__

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/30/19   PO#A141638 | Date Received & Ref : 09/30/19   PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/17/19   PO#20191017 | Date Received & Ref : 10/17/19   PO#20191017 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21   PO#01211295 | Date Received & Ref : 01/05/21   RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name: **RELIANCE PHARMACY** | Name: **RELIANCE PHARMACY** |
| Address: 4047 MINNESOTA AVE NE | Address: 4047 MINNESOTA AVE NE |
| WASHINGTON DC 20019 | WASHINGTON DC 20019 |
| Date Purchased & Ref : 01/06/21   01S36894001 | Date Received & Ref : 01/06/21   01S36894001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001546960

GX 088.0256

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140921**
Document Type: **Invoice**
Reference Date: **01/11/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDPYSA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19     PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19     PO#A141638 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     PO#20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     PO#20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:   **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>       WASHINGTON DC 20032<br>Date Purchased & Ref :  01/11/21     01S37225001 | SHIPPED TO:<br>Name:   **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>       WASHINGTON DC 20032<br>Date Received & Ref :  01/11/21     01S37225001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546961

GX 088.0257

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021353 | 1 | |
| 022077 | 2 | |
| 022079 | 2 | |

Reference Number: **01140942**
Document Type: **Invoice**
Reference Date: **01/12/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/30/19    PO#A141638 | Date Received & Ref :  09/30/19    PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19    PO#20191017 | Date Received & Ref :  10/17/19    PO#20191017 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name: **CAPITOL DRUGS** | Name: **CAPITOL DRUGS** |
| Address: 8578 SANTA MONICA BLVD | Address: 8578 SANTA MONICA BLVD |
| WEST HOLLYWOOD CA 90069 | WEST HOLLYWOOD CA 90069 |
| Date Purchased & Ref :  01/12/21    01S37251001 | Date Received & Ref :  01/12/21    01S37251001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2       pages.

SCSRELATIVITY_0001546962

GX 088.0258

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022082 | 2 | |
| | | |
| | | |

Reference Number: **01140942**
Document Type: **Invoice**
Reference Date: **01/12/21**

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      PO#A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19      PO#A141638 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      PO#20191017 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      PO#20191017 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:   **CAPITOL DRUGS**<br>Address: 8578 SANTA MONICA BLVD<br>     WEST HOLLYWOOD CA 90069<br>Date Purchased & Ref :  01/12/21      01S37251001 | Name:   **CAPITOL DRUGS**<br>Address: 8578 SANTA MONICA BLVD<br>     WEST HOLLYWOOD CA 90069<br>Date Received & Ref :  01/12/21      01S37251001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001546962

GX 088.0259

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01140944**
Document Type: **Invoice**
Reference Date: **01/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022076 | 1 | |
| 022078 | 1 | |
| 022081 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19     PO#A141638 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19     PO#A141638 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19     PO#20191017 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19     PO#20191017 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:   YORK WELLNESS PHARMACY<br>Address: 605 S GEORGE STREET #130<br>  YORK PA 17401<br>Date Purchased & Ref :  01/12/21     01S37205001 | SHIPPED TO:<br>Name:   YORK WELLNESS PHARMACY<br>Address: 605 S GEORGE STREET #130<br>  YORK PA 17401<br>Date Received & Ref :  01/12/21     01S37205001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001546964

GX 088.0260

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01141045**
Document Type: **Invoice**
Reference Date: **01/13/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021353 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/30/19   PO#A141638 | Date Received & Ref :  09/30/19   PO#A141638 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19   PO#20191017 | Date Received & Ref :  10/17/19   PO#20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19   PO#01262122 | Date Received & Ref :  12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21   PO#01211295 | Date Received & Ref :  01/05/21   RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   **HEALTHMAX PHARMACY** | Name:   **HEALTHMAX PHARMACY** |
| Address: 80-07 JAMAICA AVENUE | Address: 80-07 JAMAICA AVENUE |
| WOODHAVEN NY 11421 | WOODHAVEN NY 11421 |
| Date Purchased & Ref :  01/13/21   01S37353001 | Date Received & Ref :  01/13/21   01S37353001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546965

GX 088.0261

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019043</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01141101**
Document Type: **Invoice**
Reference Date: **01/13/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 4 | |
| 022579 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/30/19    PO#A141638 | Date Received & Ref :  09/30/19    PO#A141638 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19    PO#20191017 | Date Received & Ref :  10/17/19    PO#20191017 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **NASHVILLE PHARMACY SERVICES** | Name:  **NASHVILLE PHARMACY SERVICES** |
| Address: PO BOX 157 | Address: 719 THOMPSON LANE #57100 |
| NASHVILLE TN 37204 | NASHVILLE TN 37204 |
| Date Purchased & Ref :  01/13/21    01S37407001 | Date Received & Ref :  01/13/21    01S37407001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001546966

GX 088.0262

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021287</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

Reference Number: **01144508**
Document Type: **Invoice**
Reference Date: **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 017057 | 1 | |
| 019047 | 1 | |
| 019792 | 1 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br> **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : 08/26/19     PO#A141312 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br> **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : 08/26/19     PO#A141312 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br> **NEW YORK NY 10032-8210**<br>Date Purchased & Ref : 10/22/19     PO#20191022 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br> **NEW YORK NY 10032-8210**<br>Date Received & Ref : 10/22/19     PO#20191022 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br> **REGO PARK NY 11374**<br>Date Purchased & Ref : 12/04/19     PO#01258775 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br> **REGO PARK NY 11374**<br>Date Received & Ref : 12/04/19     PO#01258775 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br> **CAMBRIDGE MD 21613**<br>Date Purchased & Ref : 03/08/21     PO#01212210 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br> **CAMBRIDGE MD 21613**<br>Date Received & Ref : 03/08/21     RC#017533 |
| SOLD TO:<br>Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br> **LOS ANGELES CA 90017**<br>Date Purchased & Ref : 03/09/21     01S40167002 | SHIPPED TO:<br>Name:  **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br> **LOS ANGELES CA 90017**<br>Date Received & Ref : 03/09/21     01S40167002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  2     pages.

SCSRELATIVITY_0001547315

GX 088.0263

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021287</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA TAB 30CT, 600; 200; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLA**

NDC: **15584-0101-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| U434179A   | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01144508**
Document Type: **Invoice**
Reference Date: **03/09/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/26/19      PO#A141312 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/26/19      PO#A141312 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      PO#20191022 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      PO#20191022 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref :  12/04/19      PO#01258775 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref :  12/04/19      PO#01258775 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/08/21      PO#01212210 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/08/21      RC#017533 |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/09/21      01S40167002 | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>LOS ANGELES CA 90017<br>Date Received & Ref :  03/09/21      01S40167002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001547315

GX 088.0264

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01140546 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021361 | 10 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19      PO#10142019 | Date Received & Ref :  10/14/19      PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19      PO#20191115 | Date Received & Ref :  11/15/19      PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR** | Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** |
| Address: 150 N ROBERTSON BLVD. | Address: 150 NORTH ROBERTSON BLVD. |
| BEVERLY HILLS CA 90211 | BEVERLY HILLS CA 90211 |
| Date Purchased & Ref :  01/06/21      01S36856002 | Date Received & Ref :  01/06/21      01S36856002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547866

GX 088.0265

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GV022UA | 3 | |
| CCXCVA | 1 | |
| CCXCWA | 1 | |

Reference Number: **01140556**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/14/19      PO#10142019 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19      PO#20191115 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19      PO#20191115 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:   **SUPER PHARMACY LLC**<br>Address: **1019 H ST. NE**<br>        **WASHINGTON DC 20002**<br>Date Purchased & Ref :  01/06/21      01S36743001 | Name:   **SUPER PHARMACY**<br>Address: **1019 H STREET NE**<br>        **WASHINGTON DC 20002**<br>Date Received & Ref :  01/06/21      01S36743001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001547867

GX 088.0266

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: **61958-1901-01**

Reference Number: **01140557**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020478 | 1 | |
| 020717 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information:1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      PO#10142019 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19      PO#20191115 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19      PO#20191115 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:   **HEALTHMAX PHARMACY**<br>Address: 80-07 JAMAICA AVENUE<br>        WOODHAVEN NY 11421<br>Date Purchased & Ref :  01/06/21      01S36772001 | Name:   **HEALTHMAX PHARMACY**<br>Address: 80-07 JAMAICA AVENUE<br>        WOODHAVEN NY 11421<br>Date Received & Ref :  01/06/21      01S36772001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547868

GX 088.0267

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021359     | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01140560**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/14/19      PO#10142019 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19      PO#20191115 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19      PO#20191115 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016278 |
| Name:   **COMPLETE CARE PHARMACY**<br>Address: **1600 PINEHURST VIEW DRIVE**<br>      **GRAYSON GA 30017**<br>Date Purchased & Ref :  01/06/21      01S36873001 | Name:   **COMPLETE CARE PHARMACY**<br>Address: **4050 BUFORD DRIVE**<br>      **BUFORD GA 30518**<br>Date Received & Ref :  01/06/21      01S36873001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547869

GX 088.0268

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01140565 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021361 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19    PO#10142019 | Date Received & Ref :  10/14/19    PO#10142019 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19    PO#20191115 | Date Received & Ref :  11/15/19    PO#20191115 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:  ELITE PHARMACY | Name:  ELITE PHARMACY |
| Address: 3201 MALCOM X BLVD | Address: 3201 MALCOM X BLVD |
| DALLAS TX 75215 | DALLAS TX 75215 |
| Date Purchased & Ref :  01/06/21    01S36844001 | Date Received & Ref :  01/06/21    01S36844001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547870

GX 088.0269

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021359 | 3 | |
| | | |
| | | |

Reference Number: **01140568**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19     PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19     PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19     PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19     PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:   **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>        WASHINGTON DC 20019<br>Date Purchased & Ref :  01/06/21     01S36882001 | SHIPPED TO:<br>Name:   **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>        WASHINGTON DC 20019<br>Date Received & Ref :  01/06/21     01S36882001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547871

GX 088.0270

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140571**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021361 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **10/14/19      PO#10142019** | Date Received & Ref :  **10/14/19      PO#10142019** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **11/15/19      PO#20191115** | Date Received & Ref :  **11/15/19      PO#20191115** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  **12/08/19      PO#01262122** | Date Received & Ref :  **12/08/19      PO#01262122** |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **01/04/21      PO#01211295** | Date Received & Ref :  **01/05/21      RC#016278** |
| SOLD TO: | SHIPPED TO: |
| Name:   **SMART CHOICE PHARMACY** | Name:   **SMART CHOICE PHARMACY** |
| Address: **259 AVENUE X** | Address: **259 AVENUE X** |
| **BROOKLYN NY 11223** | **BROOKLYN NY 11223** |
| Date Purchased & Ref :  **01/06/21      01S36848001** | Date Received & Ref :  **01/06/21      01S36848001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001547872

GX 088.0271

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140586**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 019488 | 2 | |
| 19GV019UA | 1 | |
| CCHZHA | 1 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/14/19  PO#10142019 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/14/19  PO#10142019 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19  PO#20191115 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19  PO#20191115 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19  PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19  PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21  PO#01211295 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21  RC#016278 |
| SOLD TO:<br>Name:  **ARUNDEL PHARMACY**<br>Address: **7571 RITCHIE HWY**<br>**GLEN BURNIE MD 21061**<br>Date Purchased & Ref :  01/06/21  01S36500002 | SHIPPED TO:<br>Name:  **ARUNDEL PHARMACY**<br>Address: **7571 RITCHIE HWY**<br>**GLEN BURNIE MD 21061**<br>Date Received & Ref :  01/06/21  01S36500002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of 1  pages.

SCSRELATIVITY_0001547873

GX 088.0272

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01140627 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 017426 | 1 | |
| 018716 | 1 | |
| 019487 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19      PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH ST NW<br>          WASHINGTON DC 20010<br>Date Purchased & Ref :  01/06/21      01S35580004 | SHIPPED TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH STREET NW<br>          WASHINGTON DC 20010<br>Date Received & Ref :  01/06/21      01S35580004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001547874

GX 088.0273

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140627**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020228 | 1 | |
| 020229 | 1 | |
| 023827 | 3 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>　　　　**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>　　　　**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>　　　　**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19      PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>　　　　**NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>　　　　**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>　　　　**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>　　　　**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>　　　　**CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>　　　　**WASHINGTON DC 20010**<br>Date Purchased & Ref :  01/06/21      01S35580004 | SHIPPED TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>　　　　**WASHINGTON DC 20010**<br>Date Received & Ref :  01/06/21      01S35580004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001547874

GX 088.0274

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1** |

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 18GV077UA | 1 | |
| 19GV003UA | 1 | |
| | | |

Reference Number: 01I40627
Document Type: Invoice
Reference Date: 01/06/21

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 10/14/19   PO#10142019 | Date Received & Ref : 10/14/19   PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 11/15/19   PO#20191115 | Date Received & Ref : 11/15/19   PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21   PO#01211295 | Date Received & Ref : 01/05/21   RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   COLUMBIA HEIGHTS PHARMACY | Name:   COLUMBIA HEIGHTS PHARMACY |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
| WASHINGTON DC 20010 | WASHINGTON DC 20010 |
| Date Purchased & Ref : 01/06/21   01S35580004 | Date Received & Ref : 01/06/21   01S35580004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3   of 3   pages.

SCSRELATIVITY_0001547874

GX 088.0275

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140596**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021359 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19      PO#10142019 | Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19      PO#20191115 | Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE MED PHARMACY #2** | Name: **SAFE MED PHARMACY #2** |
| Address: 6300 SAMUELL BLVD #118 | Address: 4245 E BERRY STREET |
| DALLAS TX 75228 | FORT WORTH TX 76105 |
| Date Purchased & Ref :  01/06/21      01S36902001 | Date Received & Ref :  01/06/21      01S36902001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547877

GX 088.0276

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: **61958-1901-01**

Reference Number: **01140602**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020717 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19      PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>         SAN FRANCISCO CA 94115<br>Date Purchased & Ref :  01/06/21      01S36776001 | SHIPPED TO:<br>Name:   **CHARLIE'S PHARMACY**<br>Address: 1101 FILLMORE STREET<br>         SAN FRANCISCO CA 94115<br>Date Received & Ref :  01/06/21      01S36776001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001547878

GX 088.0277

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020476 | 3 | |
| 020716 | 3 | |
| | | |

Reference Number: **01I40606**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19      PO#10142019 | Date Received & Ref :  10/14/19      PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19      PO#20191115 | Date Received & Ref :  11/15/19      PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **KJRX** | Name:   **KJRX** |
| Address: 1912 LIBERTY ROAD #21 | Address: 1912 LIBERTY ROAD #21 |
| SYKESVILLE MD 21784 | SYKESVILLE MD 21784 |
| Date Purchased & Ref :  01/06/21      01S36779001 | Date Received & Ref :  01/06/21      01S36779001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001547879

GX 088.0278

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140607**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 024554 | 1 | |
| CCXCWA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19     PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19     PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19     PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19     PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:   **CAREPLUS PHARMACY**<br>Address: 13260 US HWY 1<br>     SEBASTIAN FL 32958<br>Date Purchased & Ref :  01/06/21     01S36767001 | SHIPPED TO:<br>Name:   **CAREPLUS PHARMACY**<br>Address: 13260 US HWY 1<br>     SEBASTIAN FL 32958<br>Date Received & Ref :  01/06/21     01S36767001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547880

GX 088.0279

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01140620 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020715 | 4 | |
| 021357 | 7 | |
| 021358 | 5 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|        NORTH AMITYVILLE NY 11701-1156 |        NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19     PO#10142019 | Date Received & Ref :  10/14/19     PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|        NEW YORK NY 10032-8210 |        NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19     PO#20191115 | Date Received & Ref :  11/15/19     PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|        REGO PARK NY 11374 |        REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|        CAMBRIDGE MD 21613 |        CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **GRUBB'S SOUTHEAST PHARMACY** | Name:   **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|        WASHINGTON DC 20020 |        WASHINGTON DC 20020 |
| Date Purchased & Ref :  01/06/21     01S36835002 | Date Received & Ref :  01/06/21     01S36835002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001547881

GX 088.0280

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: __01I40620__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021360 | 4 | |
| 022059 | 5 | |
| 022714 | 5 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19      PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>         WASHINGTON DC 20020<br>Date Purchased & Ref :  01/06/21      01S36835002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>         WASHINGTON DC 20020<br>Date Received & Ref :  01/06/21      01S36835002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001547881

GX 088.0281

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140638**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021359 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19      PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO:<br>Name:   **KALORAMA PHARMACY INC**<br>Address: 1841 COLUMBIA RD NW<br>          WASHINGTON DC 20009<br>Date Purchased & Ref :  01/06/21      01S36868001 | SHIPPED TO:<br>Name:   **KALORAMA PHARMACY INC**<br>Address: 1841 COLUMBIA RD NW<br>          WASHINGTON DC 20009<br>Date Received & Ref :  01/06/21      01S36868001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547883

GX 088.0282

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01140639**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021359 | 6 | |
| 20GV006UA | 1 | |
| 20GV007UA | 2 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19    PO#10142019 | Date Received & Ref :  10/14/19    PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19    PO#20191115 | Date Received & Ref :  11/15/19    PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   TLC XPRESS PHARMACY | Name:   TLC XPRESS PHARMACY |
| Address: 10810 WARNER AVE #3 | Address: 10810 WARNER AVE #3 |
| FOUNTAIN VALLEY CA 92708 | FOUNTAIN VALLEY CA 92708 |
| Date Purchased & Ref :  01/06/21    01S36929001 | Date Received & Ref :  01/06/21    01S36929001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001547884

GX 088.0283

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I40641 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GV006UA | 2 | |
| 20GV008UA | 4 | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:**     GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19      PO#10142019 | **SHIPPED TO:**<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19      PO#10142019 |
| **SOLD TO:**<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19      PO#20191115 | **SHIPPED TO:**<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19      PO#20191115 |
| **SOLD TO:**<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | **SHIPPED TO:**<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016278 |
| **SOLD TO:**<br>Name:    SUPER PHARMACY LLC<br>Address: 1019 H ST. NE<br>        WASHINGTON DC 20002<br>Date Purchased & Ref :  01/06/21      01S36958001 | **SHIPPED TO:**<br>Name:    SUPER PHARMACY<br>Address: 1019 H STREET NE<br>        WASHINGTON DC 20002<br>Date Received & Ref :  01/06/21      01S36958001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547885

GX 088.0284

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: __01140643__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20GV006UA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19    PO#10142019 | Date Received & Ref : 10/14/19    PO#10142019 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19    PO#20191115 | Date Received & Ref :  11/15/19    PO#20191115 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name: **FIVE POINTS PHARMACY AND WELLNESS** | Name: **FIVE POINTS PHARMACY AND WELLNESS** |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  01/06/21    01S36939001 | Date Received & Ref :  01/06/21    01S36939001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547886

GX 088.0285

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019488 | 1 | |
| 19GV020UA | 1 | |
| 19GV023UA | 2 | |

Reference Number: **01140646**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19    PO#10142019 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19    PO#10142019 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19    PO#20191115 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19    PO#20191115 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21    PO#01211295 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO:<br>Name:  **MEDFORD CHEMISTS INC**<br>Address: 2608 ROUTE 112<br>MEDFORD NY 11763<br>Date Purchased & Ref :  01/06/21    01S36587001 | SHIPPED TO:<br>Name:  **MEDFORD CHEMISTS INC**<br>Address: 2608 ROUTE 112<br>MEDFORD NY 11763<br>Date Received & Ref :  01/06/21    01S36587001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547887

GX 088.0286

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1** |

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021359 | 1 | |
| | | |
| | | |

Reference Number: 01140647
Document Type: Invoice
Reference Date: 01/06/21

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19   PO#10142019 | Date Received & Ref :  10/14/19   PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19   PO#20191115 | Date Received & Ref :  11/15/19   PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19   PO#01262122 | Date Received & Ref :  12/08/19   PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21   PO#01211295 | Date Received & Ref :  01/05/21   RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFEMED PHARMACY | Name:   SAFEMED PHARMACY |
| Address: 6300 SAMUELL BLVD #118 | Address: 6300 SAMUELL BLVD #118 |
| DALLAS TX 75228 | DALLAS TX 75228 |
| Date Purchased & Ref :  01/06/21   01S36904001 | Date Received & Ref :  01/06/21   01S36904001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001547888

GX 088.0287

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020473 | 2 | |
| | | |
| | | |

Reference Number: **01142818**
Document Type: **Invoice**
Reference Date: **02/11/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  10/14/19     PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  10/14/19     PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  11/15/19     PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  11/15/19     PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO:<br>Name:   **NORTH CAPITOL PHARMACY**<br>Address: **1516 NORTH CAPITOL STREET NW**<br>     **WASHINGTON DC 20002**<br>Date Purchased & Ref :  02/11/21     01S37984002 | SHIPPED TO:<br>Name:   **NORTH CAPITOL PHARMACY**<br>Address: **1516 NORTH CAPITOL STREET NW**<br>     **WASHINGTON DC 20001**<br>Date Received & Ref :  02/11/21     01S37984002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001547889

GX 088.0288

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1 | | |

NDC: 61958-1901-01

Reference Number: **01142820**
Document Type: **Invoice**
Reference Date: **02/11/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022060 | 3 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information  1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|        NORTH AMITYVILLE NY 11701-1156 |        NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19      PO#10142019 | Date Received & Ref :  10/14/19      PO#10142019 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|        NEW YORK NY 10032-8210 |        NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19      PO#20191115 | Date Received & Ref :  11/15/19      PO#20191115 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|        REGO PARK NY 11374 |        REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|        CAMBRIDGE MD 21613 |        CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   RAAJIPO LLC | Name:   RAAJIPO LLC |
| Address: 824 N MARKET ST. SUITE 103 | Address: 824 N MARKET ST. SUITE 103 |
|        WILMINGTON DE 19801 |        WILMINGTON DE 19801 |
| Date Purchased & Ref :  02/11/21      01S38040001 | Date Received & Ref :  02/11/21      01S38040001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001547890

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01142823 |
| Document Type: | Invoice |
| Reference Date: | 02/11/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020472 | 1 | |
| 020473 | 1 | |
| 020474 | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/14/19       PO#10142019 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/14/19       PO#10142019 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/15/19       PO#20191115 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  11/15/19       PO#20191115 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19       PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19       PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21       PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21       RC#016278 |
| SOLD TO:<br>Name:   **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>          GLEN BURNIE MD 21061<br>Date Purchased & Ref :  02/11/21       01S37864005 | SHIPPED TO:<br>Name:   **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>          GLEN BURNIE MD 21061<br>Date Received & Ref :  02/11/21       01S37864005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001547891

GX 088.0290

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 024554 | 2 | |
| | | |
| | | |

Reference Number: **01142823**
Document Type: **Invoice**
Reference Date: **02/11/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19     PO#10142019 | Date Received & Ref :  10/14/19     PO#10142019 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19     PO#20191115 | Date Received & Ref :  11/15/19     PO#20191115 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:   **ARUNDEL PHARMACY** | Name:   **ARUNDEL PHARMACY** |
| Address: 7571 RITCHIE HWY | Address: 7571 RITCHIE HWY |
| GLEN BURNIE MD 21061 | GLEN BURNIE MD 21061 |
| Date Purchased & Ref :  02/11/21     01S37864005 | Date Received & Ref :  02/11/21     01S37864005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001547891

GX 088.0291

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01142829 |
| Document Type: | Invoice |
| Reference Date: | 02/11/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020477 | 1 | |
| 020478 | 1 | |
| 020714 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | |
| Address: 5500 NEW HORIZONS BLVD. | |
| NORTH AMITYVILLE NY 11701-1156 | |
| Date Purchased & Ref :  10/14/19    PO#10142019 | |

| SHIPPED TO: | |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | |
| Address: 5500 NEW HORIZONS BLVD. | |
| NORTH AMITYVILLE NY 11701-1156 | |
| Date Received & Ref :  10/14/19    PO#10142019 | |

| SOLD TO: |
|---|
| Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19    PO#20191115 |

| SHIPPED TO: |
|---|
| Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 |
| Date Received & Ref :  11/15/19    PO#20191115 |

| SOLD TO: |
|---|
| Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 |

| SHIPPED TO: |
|---|
| Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 |
| Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: |
|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 |

| SHIPPED TO: |
|---|
| Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 |
| Date Received & Ref :  01/05/21    RC#016278 |

| SOLD TO: |
|---|
| Name:    SUPER PHARMACY LLC |
| Address: 1019 H ST. NE |
| WASHINGTON DC 20002 |
| Date Purchased & Ref :  02/11/21    01S38014002 |

| SHIPPED TO: |
|---|
| Name:    SUPER PHARMACY |
| Address: 1019 H STREET NE |
| WASHINGTON DC 20002 |
| Date Received & Ref :  02/11/21    01S38014002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001547893

GX 088.0292

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01142829**
Document Type: **Invoice**
Reference Date: **02/11/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020718 | 1 | |
| 021358 | 1 | |
| 022060 | 5 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **10/14/19    PO#10142019** | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : **10/14/19    PO#10142019** |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **11/15/19    PO#20191115** | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : **11/15/19    PO#20191115** |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : **12/08/19    PO#01262122** | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : **12/08/19    PO#01262122** |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **01/04/21    PO#01211295** | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **01/05/21    RC#016278** |
| SOLD TO:<br>Name: **SUPER PHARMACY LLC**<br>Address: **1019 H ST. NE**<br>**WASHINGTON DC 20002**<br>Date Purchased & Ref : **02/11/21    01S38014002** | SHIPPED TO:<br>Name: **SUPER PHARMACY**<br>Address: **1019 H STREET NE**<br>**WASHINGTON DC 20002**<br>Date Received & Ref : **02/11/21    01S38014002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001547893

GX 088.0293

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01144094**
Document Type: **Invoice**
Reference Date: **03/03/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 024554 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19    PO#10142019 | Date Received & Ref :  10/14/19    PO#10142019 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19    PO#20191115 | Date Received & Ref :  11/15/19    PO#20191115 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    FIVE POINTS PHARMACY AND WELLNESS | Name:    FIVE POINTS PHARMACY AND WELLNESS |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  03/03/21    01S39770002 | Date Received & Ref :  03/03/21    01S39770002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1           pages.

SCSRELATIVITY_0001547895

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019044</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01144097 |
| Document Type: | Invoice |
| Reference Date: | 03/03/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 024554 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  10/14/19    PO#10142019 | Date Received & Ref :  10/14/19    PO#10142019 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  11/15/19    PO#20191115 | Date Received & Ref :  11/15/19    PO#20191115 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016278 |
| SOLD TO: | SHIPPED TO: |
| Name:  **RAAJIPO LLC** | Name:  **RAAJIPO LLC** |
| Address: 824 N MARKET ST. SUITE 103 | Address: 824 N MARKET ST. SUITE 103 |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| Date Purchased & Ref :  03/03/21    01S39968001 | Date Received & Ref :  03/03/21    01S39968001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547896

GX 088.0295

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43487**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGHA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information:**1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **08/23/19      A141310** | **SHIPPED TO:**<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : **08/23/19      A141310** |
| **SOLD TO:**<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **10/16/19      20191016** | **SHIPPED TO:**<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref : **10/16/19      20191016** |
| **SOLD TO:**<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : | **SHIPPED TO:**<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **02/22/21      PO#01212034** | **SHIPPED TO:**<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref : **02/23/21      RC#017227** |
| **SOLD TO:**<br>Name: **RELIANCE PHARMACY**<br>Address: **4047 MINNESOTA AVE NE**<br>    **WASHINGTON DC 20019**<br>Date Purchased & Ref : **02/23/21      01S39161001** | **SHIPPED TO:**<br>Name: **RELIANCE PHARMACY**<br>Address: **4047 MINNESOTA AVE NE**<br>    **WASHINGTON DC 20019**<br>Date Received & Ref : **02/23/21      01S39161001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547974

GX 088.0296

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01l43493**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGXHA | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/23/19      A141310** | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/23/19      A141310** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/16/19      20191016** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/16/19      20191016** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21      PO#01212034** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21      RC#017227** |
| SOLD TO:<br>Name:   **ICARE PHARMACY**<br>Address: **661 MAIN ST**<br>        **PATERSON NJ 07503**<br>Date Purchased & Ref :  **02/23/21      01S38628001** | SHIPPED TO:<br>Name:   **ICARE PHARMACY**<br>Address: **661 MAIN ST**<br>        **PATERSON NJ 07503**<br>Date Received & Ref :  **02/23/21      01S38628001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547975

GX 088.0297

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l43502__
Document Type: __Invoice__
Reference Date: __02/23/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFGA     | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19      A141310 | **SHIPPED TO:**<br>Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19      A141310 |
| **SOLD TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | **SHIPPED TO:**<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| **SOLD TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | **SHIPPED TO:**<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017227 |
| **SOLD TO:**<br>Name:    **MEDICAL MALL PHARMACY**<br>Address: 9 HOSPITAL DR<br>        TOMS RIVER NJ 08755<br>Date Purchased & Ref :  02/23/21      01S38684001 | **SHIPPED TO:**<br>Name:    **MEDICAL MALL PHARMACY**<br>Address: 9 HOSPITAL DR<br>        TOMS RIVER NJ 08755<br>Date Received & Ref :  02/23/21      01S38684001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001547976

GX 088.0298

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43504**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFGA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **PHARMAQUICK LLC** | Name:  **PHARMAQUICK LLC** |
| Address: **753 ARTHUR GODFREY RD** | Address: **753 ARTHUR GODFREY RD** |
| **MIAMI BEACH  FL 33140** | **MIAMI BEACH FL 33140** |
| Date Purchased & Ref :  02/23/21      01S38760002 | Date Received & Ref :  02/23/21      01S38760002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547977

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43505**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWFB | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19      A141310 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19      A141310 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017227 |
| **SOLD TO:**<br>Name:   APPALACHIAN SPECIALTY PHARMACY<br>Address: 932 HENDERSONVILLE RD, STE 106<br>        ASHEVILLE NC 28803<br>Date Purchased & Ref :  02/23/21      01S38794002 | **SHIPPED TO:**<br>Name:   APPALACHIAN SPECIALTY PHARMACY<br>Address: 932 HENDERSONVILLE RD, STE 106<br>        ASHEVILLE NC 28803<br>Date Received & Ref :  02/23/21      01S38794002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547978

GX 088.0300

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I43509
Document Type: Invoice
Reference Date: 02/23/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19    A141310 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19    A141310 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19    20191016 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19    20191016 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21    RC#017227 |
| SOLD TO:<br>Name:   PADEK HEALTHCARE PHARMACY II<br>Address: 5814 BALTIMORE AVENUE<br>          HYATTSVILLE MD 20781<br>Date Purchased & Ref :  02/23/21    01S38790002 | SHIPPED TO:<br>Name:   PADEK HEALTHCARE PHARMACY II<br>Address: 5814 BALTIMORE AVENUE<br>          HYATTSVILLE MD 20781<br>Date Received & Ref :  02/23/21    01S38790002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001547979

GX 088.0301

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFXZA | 3 | |
| CDFYDA | 2 | |
| CDFYFA | 2 | |

Reference Number: **01l43510**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br>         **NORTH AMITYVILLE NY 11701-1156** <br> Date Purchased & Ref :  08/23/19        A141310 | Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br>         **NORTH AMITYVILLE NY 11701-1156** <br> Date Received & Ref :  08/23/19        A141310 |
| SOLD TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br>         **NEW YORK NY 10032-8210** <br> Date Purchased & Ref :  10/16/19        20191016 | SHIPPED TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br>         **NEW YORK NY 10032-8210** <br> Date Received & Ref :  10/16/19        20191016 |
| SOLD TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br>         **REGO PARK NY 11374** <br> Date Purchased & Ref : | SHIPPED TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br>         **REGO PARK NY 11374** <br> Date Received & Ref : |
| SOLD TO: <br> Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: **822 CHESAPEAKE DR** <br>         **CAMBRIDGE MD 21613** <br> Date Purchased & Ref :  02/22/21        PO#01212034 | SHIPPED TO: <br> Name:   **SAFE CHAIN SOLUTIONS** <br> Address: **822 CHESAPEAKE DR** <br>         **CAMBRIDGE MD 21613** <br> Date Received & Ref :  02/23/21        RC#017227 |
| SOLD TO: <br> Name:   **GRUBB'S SOUTHEAST PHARMACY** <br> Address: **1800 MARTIN LUTHER KING JR AVE SE** <br>         **WASHINGTON DC 20020** <br> Date Purchased & Ref :  02/23/21        01S38584003 | SHIPPED TO: <br> Name:   **GRUBB'S SOUTHEAST PHARMACY** <br> Address: **1800 MARTIN LUTHER KING JR. AVE SE** <br>         **WASHINGTON DC 20020** <br> Date Received & Ref :  02/23/21        01S38584003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001547980

GX 088.0302

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYHA | 2 | |
| | | |
| | | |

Reference Number: **01l43510**
Document Type: **Invoice**
Reference Date: **02/23/21**

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|     NORTH AMITYVILLE NY 11701-1156 |     NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19     A141310 | Date Received & Ref :  08/23/19     A141310 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|     NEW YORK NY 10032-8210 |     NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19     20191016 | Date Received & Ref :  10/16/19     20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|     REGO PARK NY 11374 |     REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|     CAMBRIDGE MD 21613 |     CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017227 |
| SOLD TO: | SHIPPED TO: |
| Name:    **GRUBB'S SOUTHEAST PHARMACY** | Name:    **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
|     WASHINGTON DC 20020 |     WASHINGTON DC 20020 |
| Date Purchased & Ref :  02/23/21     01S38584003 | Date Received & Ref :  02/23/21     01S38584003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2          pages.

SCSRELATIVITY_0001547980

GX 088.0303

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43512**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| CDSFBA | 3 | |
| CDSFCA | 3 | |
| CDSFDA | 4 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19     A141310 | Date Received & Ref :  08/23/19     A141310 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19     20191016 | Date Received & Ref :  10/16/19     20191016 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017227 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   GLOBAL EXPRESS PHARMACY | Name:   GLOBAL EXPRESS PHARMACY |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  02/23/21     01S38657001 | Date Received & Ref :  02/23/21     01S38657001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001547982

GX 088.0304

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFHA | 1 | |
| | | |
| | | |

Reference Number: **01I43512**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/23/19**     **A141310** | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/23/19**     **A141310** |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/16/19**     **20191016** | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/16/19**     **20191016** |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**     **PO#01212034** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**     **RC#017227** |
| **SOLD TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>     **GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  **02/23/21**     **01S38657001** | **SHIPPED TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>     **GARDEN GROVE CA 92843**<br>Date Received & Ref :  **02/23/21**     **01S38657001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2      pages.

SCSRELATIVITY_0001547982

GX 088.0305

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43513**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFKA | 4 | |
| CFBGHA | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/23/19       A141310 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/23/19       A141310 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/16/19       20191016 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/16/19       20191016 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21       PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21       RC#017227 |
| SOLD TO:<br>Name:  **FORT LINCOLN PHARMACY AND**<br>Address: **MEDICAL EQUIPTMENT, LLC**<br>       **WASHINGTON DC 20018**<br>Date Purchased & Ref :  02/23/21       01S39160002 | SHIPPED TO:<br>Name:  **FORT LINCOLN PHARMACY AND**<br>Address: **MEDICAL EQUIPTMENT**<br>       **WASHINGTON DC 20018**<br>Date Received & Ref :  02/23/21       01S39160002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001547984

GX 088.0306

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I43514__
Document Type: __Invoice__
Reference Date: __02/23/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYBA | 2 | |
| CDFYCA | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/23/19      A141310 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/23/19      A141310 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO:<br>Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>   **WASHINGTON DC 20003**<br>Date Purchased & Ref :  02/23/21      01S38574001 | SHIPPED TO:<br>Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>   **WASHINGTON DC 20003**<br>Date Received & Ref :  02/23/21      01S38574001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001547985

GX 088.0307

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43515**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGXBA | 2 | |
| CDGXDA | 1 | |
| CDGXGA | 1 | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/23/19    A141310** | Date Received & Ref :  **08/23/19    A141310** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/16/19    20191016** | Date Received & Ref :  **10/16/19    20191016** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/22/21    PO#01212034** | Date Received & Ref :  **02/23/21    RC#017227** |
| SOLD TO: | SHIPPED TO: |
| Name:   **YORK WELLNESS PHARMACY** | Name:   **YORK WELLNESS PHARMACY** |
| Address: **605 S GEORGE STREET #130** | Address: **605 S GEORGE STREET #130** |
| **YORK PA 17401** | **YORK PA 17401** |
| Date Purchased & Ref :  **02/23/21    01S38623003** | Date Received & Ref :  **02/23/21    01S38623003** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2          pages.

SCSRELATIVITY_0001547986

GX 088.0308

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXHA | 2 | |
| CDMGWA | 1 | |
| | | |

Reference Number: **01I43515**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/23/19     A141310 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/23/19     A141310 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/16/19     20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/16/19     20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21     RC#017227 |
| SOLD TO:<br>Name:   **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>     **YORK PA 17401**<br>Date Purchased & Ref :  02/23/21     01S38623003 | SHIPPED TO:<br>Name:   **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>     **YORK PA 17401**<br>Date Received & Ref :  02/23/21     01S38623003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001547986

GX 088.0309

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I43517
Document Type: Invoice
Reference Date: 02/23/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGGA | 4 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO: | SHIPPED TO: |
| Name: **DUPONT CIRCLE PHARMACY** | Name: **DUPONT CIRCLE PHARMACY** |
| Address: 1506 21 STREET NW | Address: 1506 21 STREET NW |
| WASHINGTON DC 20036 | WASHINGTON DC 20036 |
| Date Purchased & Ref :  02/23/21      01S39189001 | Date Received & Ref :  02/23/21      01S39189001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547988

GX 088.0310

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I43518__
Document Type: __Invoice__
Reference Date: __02/23/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFGA     | 2        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19      A141310 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19      A141310 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017227 |
| **SOLD TO:**<br>Name:   ASPCARES - COLUMBIA<br>Address: 13988 DIPLOMAT DRIVE #140<br>        FARMERS BRANCH TX 75234<br>Date Purchased & Ref :  02/23/21      01S38781003 | **SHIPPED TO:**<br>Name:   ASPCARES - COLUMBIA<br>Address: 5500 KNOLL NORTH DRIVE #140<br>        COLUMBIA MD 21045<br>Date Received & Ref :  02/23/21      01S38781003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001547989

GX 088.0311

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01143520**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGSA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19    A141310 | Date Received & Ref :  08/23/19    A141310 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19    20191016 | Date Received & Ref :  10/16/19    20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017227 |
| SOLD TO: | SHIPPED TO: |
| Name:   **424 NEIGHBORHOOD PHARMACY** | Name:   **424 NEIGHBOORHOOD PHARMACY** |
| Address: 424 SUTTER AVENUE | Address: 424 SUTTER AVENUE |
| BROOKLYN NY 11212 | BROOKLYN NY 11212 |
| Date Purchased & Ref :  02/23/21    01S38642001 | Date Received & Ref :  02/23/21    01S38642001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547990

GX 088.0312

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGKA | 6 | |
| | | |
| | | |

Reference Number: **01l43538**
Document Type: **Invoice**
Reference Date: **02/23/21**

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19      A141310 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19      A141310 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO:<br>Name:   **YORK WELLNESS PHARMACY**<br>Address: 605 S GEORGE STREET #130<br>         YORK PA 17401<br>Date Purchased & Ref :  02/23/21      01S39238001 | SHIPPED TO:<br>Name:   **YORK WELLNESS PHARMACY**<br>Address: 605 S GEORGE STREET #130<br>         YORK PA 17401<br>Date Received & Ref :  02/23/21      01S39238001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547991

GX 088.0313

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWGA | 6 | |
| | | |
| | | |

Reference Number: __01l43546__
Document Type: __Invoice__
Reference Date: __02/23/21__

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19      A141310 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19      A141310 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO:<br>Name:   GREENHILL PHARMACY -4TH ST<br>Address: 2500 W 4TH ST<br>         WILMINGTON DE 19805<br>Date Purchased & Ref :  02/23/21      01S39110001 | SHIPPED TO:<br>Name:   GREENHILL PHARMACY - 4TH ST<br>Address: 2500 W 4TH ST<br>         WILMINGTON DE 19805<br>Date Received & Ref :  02/23/21      01S39110001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001547992

GX 088.0314

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGGA | 1 | |
| | | |
| | | |

Reference Number: **01I43558**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : 08/23/19    A141310 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : 08/23/19    A141310 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : 10/16/19    20191016 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : 10/16/19    20191016 |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : 02/22/21    PO#01212034 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : 02/23/21    RC#017227 |
| Name: **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>**WASHINGTON DC 20010**<br>Date Purchased & Ref : 02/23/21    01S39266003 | Name: **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>**WASHINGTON DC 20010**<br>Date Received & Ref : 02/23/21    01S39266003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001547993

GX 088.0315

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43561**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/23/19      A141310 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/23/19      A141310 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/16/19      20191016 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/16/19      20191016 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO:<br>Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: **5403A ANNOPLIS ROAD**<br>          **BLADENSBURG MD 20710**<br>Date Purchased & Ref :  02/23/21      01S38789003 | SHIPPED TO:<br>Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: **5403A ANNAPOLIS ROAD**<br>          **BLADENSBURG MD 20710**<br>Date Received & Ref :  02/23/21      01S38789003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547994

GX 088.0316

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I43571
Document Type: Invoice
Reference Date: 02/23/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGGA | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO: | SHIPPED TO: |
| Name: **RAAJIPO LLC** | Name: **RAAJIPO LLC** |
| Address: 824 N MARKET ST. SUITE 103 | Address: 824 N MARKET ST. SUITE 103 |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| Date Purchased & Ref :  02/23/21      01S39197002 | Date Received & Ref :  02/23/21      01S39197002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547995

GX 088.0317

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I43591**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGHA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/23/19      A141310** | Date Received & Ref :  **08/23/19      A141310** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/16/19      20191016** | Date Received & Ref :  **10/16/19      20191016** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/22/21      PO#01212034** | Date Received & Ref :  **02/23/21      RC#017227** |
| SOLD TO: | SHIPPED TO: |
| Name:   **RAAJIPO LLC** | Name:   **RAAJIPO LLC** |
| Address: **824 N MARKET ST. SUITE 103** | Address: **824 N MARKET ST. SUITE 103** |
| **WILMINGTON DE 19801** | **WILMINGTON DE 19801** |
| Date Purchased & Ref :  **02/23/21      01S39507001** | Date Received & Ref :  **02/23/21      01S39507001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001547996

GX 088.0318

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43600**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGSA | 3 | |
| CDMHBA | 2 | |
| CDMHCA | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19       A141310 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19       A141310 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19       20191016 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19       20191016 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21       PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21       RC#017227 |
| SOLD TO:<br>Name:   AMERICAN SPECIALTY PHARMACY<br>Address: 13988 DIPLOMAT DRIVE #100<br>          FARMERS BRANCH TX 75234<br>Date Purchased & Ref :  02/23/21       01S38653004 | SHIPPED TO:<br>Name:   ASPCARES - LAS VEGAS<br>Address: 501 S RANCHO DRIVE G46<br>          LAS VEGAS NV 89106<br>Date Received & Ref :  02/23/21       01S38653004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001547997

GX 088.0319

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSDYA | 3 | |
| CDSDZA | 1 | |
| | | |

Reference Number: **01l43600**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19    A141310 | Date Received & Ref :  08/23/19    A141310 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19    20191016 | Date Received & Ref :  10/16/19    20191016 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017227 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERICAN SPECIALTY PHARMACY** | Name: **ASPCARES - LAS VEGAS** |
| Address: 13988 DIPLOMAT DRIVE #100 | Address: 501 S RANCHO DRIVE G46 |
| FARMERS BRANCH TX 75234 | LAS VEGAS NV 89106 |
| Date Purchased & Ref :  02/23/21    01S38653004 | Date Received & Ref :  02/23/21    01S38653004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2        pages.

SCSRELATIVITY_0001547997

GX 088.0320

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGFA | 7 | |
| | | |
| | | |

Reference Number: **01I43615**
Document Type: **Invoice**
Reference Date: **02/23/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/23/19      A141310 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/23/19      A141310 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/16/19      20191016 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/16/19      20191016 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017227 |
| Name:  **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>          LAUREL MD 20707<br>Date Purchased & Ref :  02/23/21      01S39168006 | Name:  **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>          LAUREL MD 20707<br>Date Received & Ref :  02/23/21      01S39168006 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001547999

GX 088.0321

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I43652
Document Type: Invoice
Reference Date: 02/24/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   MAIN STREET PHARMACY | Name:   MAIN STREET PHARMACY |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :  02/24/21      01S39168007 | Date Received & Ref :  02/24/21      01S39168007 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548000

GX 088.0322

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43742**
Document Type: **Invoice**
Reference Date: **02/25/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFKA | 5 | |
| CDVWGA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO: | SHIPPED TO: |
| Name:   FIVE POINTS PHARMACY AND WELLNESS | Name:   FIVE POINTS PHARMACY AND WELLNESS |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  02/25/21      01S39111001 | Date Received & Ref :  02/25/21      01S39111001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548001

GX 088.0323

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFGA | 2 | |
| | | |
| | | |

Reference Number: **01l44475**
Document Type: **Invoice**
Reference Date: **03/09/21**

## (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |
| SOLD TO: | SHIPPED TO: |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS** | Name:   **FIVE POINTS PHARMACY AND WELLNESS** |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  03/09/21      01S40344002 | Date Received & Ref :  03/09/21      01S40344002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001548002

GX 088.0324

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Reference Number: | **01** |
| Document Type: | **Invoice** |
| Reference Date: | **02/23/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| | | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/23/19       A141310** | Date Received & Ref :  **08/23/19       A141310** |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/16/19       20191016** | Date Received & Ref :  **10/16/19       20191016** |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/22/21       PO#01212034** | Date Received & Ref :  **02/23/21       RC#017227** |
| SOLD TO: | SHIPPED TO: |
| Name:   **MODERN PHARMACY LLC** | Name:   **MODERN PHARMACY LLC** |
| Address: **123 ALTON ROAD** | Address: **123 ALTON ROAD** |
| **MIAMI BEACH  FL 33139** | **MIAMI BEACH FL 33139** |
| Date Purchased & Ref :  **02/23/21       01S38804003** | Date Received & Ref :  **02/23/21       01S38804003** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548003

GX 088.0325

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020683</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| | Reference Number: | 01 |
|---|---|---|
| | Document Type: | **Invoice** |
| | Reference Date: | **02/23/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| | | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  08/23/19      A141310 | Date Received & Ref :  08/23/19      A141310 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/16/19      20191016 | Date Received & Ref :  10/16/19      20191016 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017227 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **MAIN STREET PHARMACY** | Name:    **MAIN STREET PHARMACY** |
| Address: **667 MAIN STREET** | Address: **667 MAIN STREET** |
| **LAUREL MD 20707** | **LAUREL MD 20707** |
| Date Purchased & Ref :  02/23/21      01S39168005 | Date Received & Ref :  02/23/21      01S39168005 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548004

GX 088.0326

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01l42945
Document Type: Invoice
Reference Date: 02/12/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020734 | 3 | |
| CFBGGA | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      PO#A141306 | Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      PO#20191027 | Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21      PO#01211914 | Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:  FIVE POINTS PHARMACY AND WELLNESS | Name:  FIVE POINTS PHARMACY AND WELLNESS |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref :  02/12/21      01S38432001 | Date Received & Ref :  02/12/21      01S38432001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001548005

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGGA | 1 | |
| | | |
| | | |

Reference Number: 01l42946
Document Type: Invoice
Reference Date: 02/12/21

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      PO#A141306 | Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      PO#20191027 | Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21      PO#01211914 | Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:   1746 PHARMACY CORP | Name:   1746 PHARMACY CORP |
| Address: 524 CLRKSON AVE | Address: 524 CLARKSON AVE |
| BROOKLYN NY 11203 | BROOKLYN NY 11203 |
| Date Purchased & Ref :  02/12/21      01S38452001 | Date Received & Ref :  02/12/21      01S38452001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001548006

GX 088.0328

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42950**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 025976 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:   **ASCAN PHARMACY**<br>Address: 10121 METROPOLITAN AVENUE<br>          FOREST HILLS NY 11375<br>Date Purchased & Ref :  02/12/21      01S38495001 | Name:   **ASCAN PHARMACY**<br>Address: 10121 METROPOLITAN AVENURE<br>          FOREST HILLS NY 11375<br>Date Received & Ref :  02/12/21      01S38495001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548007

GX 088.0329

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020729 | 3 | |
| CDSFHA | 1 | |
| CDVWFB | 2 | |

Reference Number: **01l42953**
Document Type: **Invoice**
Reference Date: **02/12/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  02/12/21      01S38106001 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  02/12/21      01S38106001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001548008

GX 088.0330

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01142953__
Document Type: __Invoice__
Reference Date: __02/12/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWGA | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  02/12/21      01S38106001 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  02/12/21      01S38106001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001548008

GX 088.0331

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I42954
Document Type: Invoice
Reference Date: 02/12/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020731 | 6 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      PO#A141306 | Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      PO#20191027 | Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21      PO#01211914 | Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:  HEALTHMAX PHARMACY | Name:  HEALTHMAX PHARMACY |
| Address: 80-07 JAMAICA AVENUE | Address: 80-07 JAMAICA AVENUE |
| WOODHAVEN NY 11421 | WOODHAVEN NY 11421 |
| Date Purchased & Ref :  02/12/21      01S38127003 | Date Received & Ref :  02/12/21      01S38127003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548010

GX 088.0332

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I42957
Document Type: Invoice
Reference Date: 02/12/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023774 | 1 | |
| 023832 | 1 | |
| 025976 | 5 | |

### (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19    PO#A141306 | Date Received & Ref : 08/21/19    PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/27/19    PO#20191027 | Date Received & Ref : 10/27/19    PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/11/21    PO#01211914 | Date Received & Ref : 02/12/21    RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name: **GLOBAL EXPRESS PHARMACY** | Name: **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref : 02/12/21    01S38489002 | Date Received & Ref : 02/12/21    01S38489002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  2    pages.

SCSRELATIVITY_0001548011

GX 088.0333

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:  **01I42957**
Document Type:  **Invoice**
Reference Date:  **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGGA | 18 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/21/19     PO#A141306** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/21/19     PO#A141306** |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/27/19     PO#20191027** | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/27/19     PO#20191027** |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/08/19     PO#01262122** | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref :  **12/08/19     PO#01262122** |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/11/21     PO#01211914** | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/12/21     RC#017078** |
| Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>    **GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  **02/12/21     01S38489002** | Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>    **GARDEN GROVE CA 92843**<br>Date Received & Ref :  **02/12/21     01S38489002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2     pages.

SCSRELATIVITY_0001548011

GX 088.0334

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l42958**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGFA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      PO#A141306 | Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      PO#20191027 | Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21      PO#01211914 | Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFEMED PHARMACY | Name:   SAFEMED PHARMACY |
| Address: 6300 SAMUELL BLVD #118 | Address: 6300 SAMUELL BLVD #118 |
| DALLAS TX 75228 | DALLAS TX 75228 |
| Date Purchased & Ref :  02/12/21      01S38234002 | Date Received & Ref :  02/12/21      01S38234002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548013

GX 088.0335

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01142961**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020731 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19    PO#A141306 | Date Received & Ref : 08/21/19    PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/27/19    PO#20191027 | Date Received & Ref : 10/27/19    PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/11/21    PO#01211914 | Date Received & Ref : 02/12/21    RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name: **ATTICA PHARMACY INC** | Name: **ATTICA PHARMACY INC** |
| Address: 2 MARKET STREET | Address: 2 MARKET STREET |
| ATTICA NY 14011 | ATTICA NY 14011 |
| Date Purchased & Ref : 02/12/21    01S38130001 | Date Received & Ref : 02/12/21    01S38130001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001548014

GX 088.0336

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l42966**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020731 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   BROOKS PHARMACY<br>Address: 4481 LAKESHORE RD<br>        HAMBURG NY 14075<br>Date Purchased & Ref :  02/12/21     01S38131001 | SHIPPED TO:<br>Name:   BROOKS PHARMACY<br>Address: 4481 LAKESHORE ROAD<br>        HAMBURG NY 14075<br>Date Received & Ref :  02/12/21     01S38131001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548015

GX 088.0337

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42967**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGFA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19      PO#A141306 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19      PO#20191027 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19      PO#20191027 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref :   12/08/19      PO#01262122 | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:   **MEDICAL MALL PHARMACY**<br>Address: **9 HOSPITAL DR**<br>      **TOMS RIVER NJ 08755**<br>Date Purchased & Ref :  02/12/21      01S38232001 | Name:   **MEDICAL MALL PHARMACY**<br>Address: **9 HOSPITAL DR**<br>      **TOMS RIVER NJ 08755**<br>Date Received & Ref :  02/12/21      01S38232001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548016

GX 088.0338

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020430

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42968**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSDZA | 3 | |
| CDSFBA | 2 | |
| CDSFCA | 2 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19    PO#A141306 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19    PO#A141306 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19    PO#20191027 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19    PO#20191027 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21    PO#01211914 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21    RC#017078 |
| Name:  **SUPER PHARMACY LLC**<br>Address: **1019 H ST. NE**<br>**WASHINGTON DC 20002**<br>Date Purchased & Ref :  02/12/21    01S38014003 | Name:  **SUPER PHARMACY**<br>Address: **1019 H STREET NE**<br>**WASHINGTON DC 20002**<br>Date Received & Ref :  02/12/21    01S38014003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001548017

GX 088.0339

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:  **01I42968**
Document Type:  **Invoice**
Reference Date:  **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFFA | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>       WASHINGTON DC 20002<br>Date Purchased & Ref :  02/12/21      01S38014003 | SHIPPED TO:<br>Name:   **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>       WASHINGTON DC 20002<br>Date Received & Ref :  02/12/21      01S38014003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001548017

GX 088.0340

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42973**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGFA | 4 | |
| CFBGHA | 6 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19      PO#A141306 | Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19      PO#20191027 | Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21      PO#01211914 | Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:  **DUPONT CIRCLE PHARMACY** | Name:  **DUPONT CIRCLE PHARMACY** |
| Address: 1506 21 STREET NW | Address: 1506 21 STREET NW |
| WASHINGTON DC 20036 | WASHINGTON DC 20036 |
| Date Purchased & Ref :  02/12/21      01S38192001 | Date Received & Ref :  02/12/21      01S38192001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001548019

GX 088.0341

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021350 | 6 | |
| | | |
| | | |

Reference Number: **01l42979**
Document Type: **Invoice**
Reference Date: **02/12/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref : **08/21/19     PO#A141306** | Date Received & Ref : **08/21/19     PO#A141306** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref : **10/27/19     PO#20191027** | Date Received & Ref : **10/27/19     PO#20191027** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : **12/08/19     PO#01262122** | Date Received & Ref : **12/08/19     PO#01262122** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **02/11/21     PO#01211914** | Date Received & Ref : **02/12/21     RC#017078** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **KJRX** | Name:   **KJRX** |
| Address: **1912 LIBERTY ROAD #21** | Address: **1912 LIBERTY ROAD #21** |
| **SYKESVILLE MD 21784** | **SYKESVILLE MD 21784** |
| Date Purchased & Ref : **02/12/21     01S38267002** | Date Received & Ref : **02/12/21     01S38267002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001548020

GX 088.0342

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l42981__
Document Type: __Invoice__
Reference Date: __02/12/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFHA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : 08/21/19   PO#A141306 | SHIPPED TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : 08/21/19   PO#A141306 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref : 10/27/19   PO#20191027 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref : 10/27/19   PO#20191027 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref : 12/08/19   PO#01262122 | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref : 12/08/19   PO#01262122 |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref : 02/11/21   PO#01211914 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref : 02/12/21   RC#017078 |
| SOLD TO:<br>Name: **PINEBROOK PHARMACY LLC**<br>Address: **14111 CORTEZ BLVD**<br>   **BROOKSVILLE FL 34613**<br>Date Purchased & Ref : 02/12/21   01S38103001 | SHIPPED TO:<br>Name: **PINEBRO\OK PHARMACY LLC**<br>Address: **14111 CORTEZ BLVD**<br>   **BROOKSVILLE FL 34613**<br>Date Received & Ref : 02/12/21   01S38103001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001548021

GX 088.0343

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733 | 6 | |
| 020734 | 4 | |
| | | |

Reference Number: **01I42982**
Document Type: **Invoice**
Reference Date: **02/12/21**

## (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

SOLD TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
        **NORTH AMITYVILLE NY 11701-1156**
Date Purchased & Ref :  08/21/19      PO#A141306

SHIPPED TO:
Name:   **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
        **NORTH AMITYVILLE NY 11701-1156**
Date Received & Ref :  08/21/19      PO#A141306

SOLD TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
        **NEW YORK NY 10032-8210**
Date Purchased & Ref :  10/27/19      PO#20191027

SHIPPED TO:
Name:   **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
        **NEW YORK NY 10032-8210**
Date Received & Ref :  10/27/19      PO#20191027

SOLD TO:
Name:   **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
        **REGO PARK NY 11374**
Date Purchased & Ref :  12/08/19      PO#01262122

SHIPPED TO:
Name:   **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
        **REGO PARK NY 11374**
Date Received & Ref :  12/08/19      PO#01262122

SOLD TO:
Name:   **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
        **CAMBRIDGE MD 21613**
Date Purchased & Ref :  02/11/21      PO#01211914

SHIPPED TO:
Name:   **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
        **CAMBRIDGE MD 21613**
Date Received & Ref :  02/12/21      RC#017078

SOLD TO:
Name:   **TLC XPRESS PHARMACY**
Address: **10810 WARNER AVE #3**
        **FOUNTAIN VALLEY CA 92708**
Date Purchased & Ref :  02/12/21      01S38403003

SHIPPED TO:
Name:   **TLC XPRESS PHARMACY**
Address: **10810 WARNER AVE #3**
        **FOUNTAIN VALLEY CA 92708**
Date Received & Ref :  02/12/21      01S38403003

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548022

GX 088.0344

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42986**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021345 | 1 | |
| 021349 | 6 | |
| 023252 | 6 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19    PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19    PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19    PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19    PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21    PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21    RC#017078 |
| SOLD TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: **6480 TECHNOLOGY AVENUE**<br>       **KALAMAZOO MI 49009**<br>Date Purchased & Ref :  02/12/21    01S38154001 | SHIPPED TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: **1000 OAKLAND DRIVE**<br>       **KALAMAZOO MI 49008**<br>Date Received & Ref :  02/12/21    01S38154001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001548023

GX 088.0345

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l42986__
Document Type: __Invoice__
Reference Date: __02/12/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGHA     | 2        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:   **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>        KALAMAZOO MI 49009<br>Date Purchased & Ref :  02/12/21      01S38154001 | Name:   **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>        KALAMAZOO MI 49008<br>Date Received & Ref :  02/12/21      01S38154001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001548023

GX 088.0346

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I42987
Document Type: Invoice
Reference Date: 02/12/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021350 | 4 | |
| CFBGFA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   KALORAMA PHARMACY INC<br>Address: 1841 COLUMBIA RD NW<br>      WASHINGTON DC 20009<br>Date Purchased & Ref :  02/12/21      01S38265002 | SHIPPED TO:<br>Name:   KALORAMA PHARMACY INC<br>Address: 1841 COLUMBIA RD NW<br>      WASHINGTON DC 20009<br>Date Received & Ref :  02/12/21      01S38265002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548025

GX 088.0347

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42988**
Document Type: **Invoice**
Reference Date: **02/12/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020731 | 3 | |
| CDSFKA | 5 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  08/21/19      PO#A141306 | Date Received & Ref :  08/21/19      PO#A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/27/19      PO#20191027 | Date Received & Ref :  10/27/19      PO#20191027 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/11/21      PO#01211914 | Date Received & Ref :  02/12/21      RC#017078 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **PADEK HEALTHCARE PHARMACY** | Name:  **PADEK HEALTHCARE PHARMACY** |
| Address: **5403A ANNOPLIS ROAD** | Address: **5403A ANNAPOLIS ROAD** |
| **BLADENSBURG MD 20710** | **BLADENSBURG MD 20710** |
| Date Purchased & Ref :  02/12/21      01S38149001 | Date Received & Ref :  02/12/21      01S38149001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548026

GX 088.0348

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43000**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020730 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19   PO#A141306 | Date Received & Ref : 08/21/19   PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/27/19   PO#20191027 | Date Received & Ref : 10/27/19   PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/11/21   PO#01211914 | Date Received & Ref : 02/12/21   RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name: **HOLLY SPRINGS PHARMACY** | Name: **HOLLY SPRINGS PHARMACY** |
| Address: 648 HOLLY SPRINGS RD | Address: 648 HOLLY SPRINGS RD |
| HOLLY SPRINGS NC 27540 | HOLLY SPRINGS NC 27540 |
| Date Purchased & Ref : 02/15/21   01S38088003 | Date Received & Ref : 02/15/21   01S38088003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001548027

GX 088.0349

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I43007
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWFB | 6 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   ARUNDEL PHARMACY<br>Address: 7571 RITCHIE HWY<br>        GLEN BURNIE MD 21061<br>Date Purchased & Ref :  02/15/21      01S38116004 | SHIPPED TO:<br>Name:   ARUNDEL PHARMACY<br>Address: 7571 RITCHIE HWY<br>        GLEN BURNIE MD 21061<br>Date Received & Ref :  02/15/21      01S38116004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001548028

GX 088.0350

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43010**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020734 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19    PO#A141306 | Date Received & Ref :  08/21/19    PO#A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19    PO#20191027 | Date Received & Ref :  10/27/19    PO#20191027 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21    PO#01211914 | Date Received & Ref :  02/12/21    RC#017078 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **HOLLYWOOD PHARMACY** | Name:  **HOLLYWOOD PHARMACY** |
| Address: 9901 RHODE ISLAND AVENUE | Address: 9901 RHODE ISLAND AVENUE |
| COLLEGE PARK MD 20742 | COLLEGE PARK MD 20742 |
| Date Purchased & Ref :  02/15/21    01S38410001 | Date Received & Ref :  02/15/21    01S38410001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548029

GX 088.0351

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:   **01l43017**
Document Type:   **Invoice**
Reference Date:   **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020727 | 2 | |
| 020728 | 2 | |
| CDSFGA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| **SOLD TO:**<br>Name:   CAPITOL HILL PHARMACY<br>Address: 650 PENNSYLVANIA AVE SE<br>      WASHINGTON DC 20003<br>Date Purchased & Ref :  02/15/21      01S38100001 | **SHIPPED TO:**<br>Name:   CAPITOL HILL PHARMACY<br>Address: 650 PENNSYLVANIA AVE SE<br>      WASHINGTON DC 20003<br>Date Received & Ref :  02/15/21      01S38100001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001548030

GX 088.0352

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l43022__
Document Type: __Invoice__
Reference Date: __02/15/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGGA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| SOLD TO:<br>Name:   **HOLLY SPRINGS PHARMACY**<br>Address: 648 HOLLY SPRINGS RD<br>　　　　HOLLY SPRINGS NC 27540<br>Date Purchased & Ref :  02/15/21      01S38463002 | SHIPPED TO:<br>Name:   **HOLLY SPRINGS PHARMACY**<br>Address: 648 HOLLY SPRINGS RD<br>　　　　HOLLY SPRINGS NC 27540<br>Date Received & Ref :  02/15/21      01S38463002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548031

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020732 | 1 | |
| 021345 | 4 | |
| 021346 | 1 | |

Reference Number: **01l43025**
Document Type: **Invoice**
Reference Date: **02/15/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19       PO#A141306 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19       PO#A141306 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19       PO#20191027 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19       PO#20191027 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :   12/08/19       PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19       PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21       PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21       RC#017078 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Purchased & Ref :  02/15/21       01S38153001 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Received & Ref :  02/15/21       01S38153001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001548032

GX 088.0354

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021347 | 1 | |
| 023253 | 1 | |
| CDSFKA | 7 | |

Reference Number: **01l43025**
Document Type: **Invoice**
Reference Date: **02/15/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19       PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19       PO#A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19       PO#20191027 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19       PO#20191027 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19       PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19       PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21       PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21       RC#017078 |
| Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Purchased & Ref :  02/15/21       01S38153001 | Name:   **MAIN STREET PHARMACY**<br>Address: 667 MAIN STREET<br>        LAUREL MD 20707<br>Date Received & Ref :  02/15/21       01S38153001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  2       pages.

SCSRELATIVITY_0001548032

GX 088.0355

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400503A | 2 | |
| 6400506A | 2 | |
| CDFYBA | 3 | |

Reference Number: **01l43026**
Document Type: **Invoice**
Reference Date: **02/15/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref : **08/21/19    PO#A141306** | Date Received & Ref : **08/21/19    PO#A141306** |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref : **10/27/19    PO#20191027** | Date Received & Ref : **10/27/19    PO#20191027** |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : **12/08/19    PO#01262122** | Date Received & Ref : **12/08/19    PO#01262122** |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **02/11/21    PO#01211914** | Date Received & Ref : **02/12/21    RC#017078** |
| SOLD TO: | SHIPPED TO: |
| Name: **ARUNDEL PHARMACY** | Name: **ARUNDEL PHARMACY** |
| Address: **7571 RITCHIE HWY** | Address: **7571 RITCHIE HWY** |
| **GLEN BURNIE MD 21061** | **GLEN BURNIE MD 21061** |
| Date Purchased & Ref : **02/15/21    01S37864006** | Date Received & Ref : **02/15/21    01S37864006** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001548034

GX 088.0356

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01l43026 |
| Document Type: | Invoice |
| Reference Date: | 02/15/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYCA | 2 | |
| CDFYHA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information  1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19    PO#A141306 | Date Received & Ref :  08/21/19    PO#A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19    PO#20191027 | Date Received & Ref :  10/27/19    PO#20191027 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21    PO#01211914 | Date Received & Ref :  02/12/21    RC#017078 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **ARUNDEL PHARMACY** | Name:   **ARUNDEL PHARMACY** |
| Address: 7571 RITCHIE HWY | Address: 7571 RITCHIE HWY |
| GLEN BURNIE MD 21061 | GLEN BURNIE MD 21061 |
| Date Purchased & Ref :  02/15/21    01S37864006 | Date Received & Ref :  02/15/21    01S37864006 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001548034

GX 088.0357

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I43027**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6341501A   | 1        |                 |
| 6400501A   | 1        |                 |
| 6400502A   | 1        |                 |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| Name:  **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>     EAST MEADOW NY 11554<br>Date Purchased & Ref :  02/15/21     01S37835003 | Name:  **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>     EAST MEADOW NY 11554<br>Date Received & Ref :  02/15/21     01S37835003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001548036

GX 088.0358

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)** |

NDC: 61958-2501-01

Reference Number: 01I43027
Document Type: Invoice
Reference Date: 02/15/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400505A | 1 | |
| CCZCCA | 1 | |
| CCZCDA | 1 | |

### (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CP | Name: AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19 PO#A141306 | Date Received & Ref : 08/21/19 PO#A141306 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMSTERDAM WELLNESS PHARMA | Name: AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/27/19 PO#20191027 | Date Received & Ref : 10/27/19 PO#20191027 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19 PO#01262122 | Date Received & Ref : 12/08/19 PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/11/21 PO#01211914 | Date Received & Ref : 02/12/21 RC#017078 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: MEADOW DRUGS AND SURGICALS | Name: MEADOW DRUGS AND SURGICALS |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref : 02/15/21 01S37835003 | Date Received & Ref : 02/15/21 01S37835003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2 of 4 pages.

SCSRELATIVITY_0001548036

GX 088.0359

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43027**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDDHSA | 1 | |
| CDFXYA | 1 | |
| CDFXZA | 1 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/21/19   PO#A141306 | Date Received & Ref : 08/21/19   PO#A141306 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/27/19   PO#20191027 | Date Received & Ref : 10/27/19   PO#20191027 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/11/21   PO#01211914 | Date Received & Ref : 02/12/21   RC#017078 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **MEADOW DRUGS AND SURGICALS** | Name:   **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref : 02/15/21   01S37835003 | Date Received & Ref : 02/15/21   01S37835003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of  4    pages.

SCSRELATIVITY_0001548036

GX 088.0360

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43027**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYDA | 1 | |
| CDFYFA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Purchased & Ref :  02/15/21      01S37835003 | Name:    **MEADOW DRUGS AND SURGICALS**<br>Address: 353 NEWBRIDGE RD<br>        EAST MEADOW NY 11554<br>Date Received & Ref :  02/15/21      01S37835003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4      of  4      pages.

SCSRELATIVITY_0001548036

GX 088.0361

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l43028__
Document Type: __Invoice__
Reference Date: __02/15/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022053 | 1 | |
| 022055 | 1 | |
| 022056 | 2 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19     PO#A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19     PO#20191027 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19     PO#20191027 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :   12/08/19     PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21     PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21     RC#017078 |
| Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>**WASHINGTON DC 20010**<br>Date Purchased & Ref :  02/15/21     01S37883001 | Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>**WASHINGTON DC 20010**<br>Date Received & Ref :  02/15/21     01S37883001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  5          pages.

SCSRELATIVITY_0001548040

GX 088.0362

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43028**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022058 | 1 | |
| CDGWZA | 4 | |
| CDGXBA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH ST NW<br>     WASHINGTON DC 20010<br>Date Purchased & Ref :  02/15/21     01S37883001 | Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH STREET NW<br>     WASHINGTON DC 20010<br>Date Received & Ref :  02/15/21     01S37883001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of 5     pages.

SCSRELATIVITY_0001548040

GX 088.0363

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43028**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGXCA | 1 | |
| CDGXFA | 2 | |
| CDGXHA | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19    PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19    PO#A141306 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19    PO#20191027 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19    PO#20191027 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21    PO#01211914 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21    RC#017078 |
| Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>   **WASHINGTON DC 20010**<br>Date Purchased & Ref :  02/15/21    01S37883001 | Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>   **WASHINGTON DC 20010**<br>Date Received & Ref :  02/15/21    01S37883001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001548040

GX 088.0364

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01 43028__
Document Type: __Invoice__
Reference Date: __02/15/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGXA | 1 | |
| CDMHBA | 1 | |
| CDMHDA | 2 | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19     PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>     **WASHINGTON DC 20010**<br>Date Purchased & Ref :  02/15/21     01S37883001 | SHIPPED TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>     **WASHINGTON DC 20010**<br>Date Received & Ref :  02/15/21     01S37883001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4    of  5    pages.

SCSRELATIVITY_0001548040

GX 088.0365

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSDYA | 1 | |
| | | |
| | | |

Reference Number: **01I43028**
Document Type: **Invoice**
Reference Date: **02/15/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH ST NW<br>        WASHINGTON DC 20010<br>Date Purchased & Ref :  02/15/21     01S37883001 | SHIPPED TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: 3316 14TH STREET NW<br>        WASHINGTON DC 20010<br>Date Received & Ref :  02/15/21     01S37883001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 5      of  5       pages.

SCSRELATIVITY_0001548040

GX 088.0366

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l43030__
Document Type: __Invoice__
Reference Date: __02/15/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020734 | 10 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19       PO#A141306 | Date Received & Ref :  08/21/19       PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19       PO#20191027 | Date Received & Ref :  10/27/19       PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19       PO#01262122 | Date Received & Ref :  12/08/19       PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21       PO#01211914 | Date Received & Ref :  02/12/21       RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:   COLUMBIA HEIGHTS PHARMACY | Name:   COLUMBIA HEIGHTS PHARMACY |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
| WASHINGTON DC 20010 | WASHINGTON DC 20010 |
| Date Purchased & Ref :  02/15/21       01S38424001 | Date Received & Ref :  02/15/21       01S38424001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001548045

GX 088.0367

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43032**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733 | 1 | |
| 021348 | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19    PO#A141306 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19    PO#A141306 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19    PO#20191027 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19    PO#20191027 |
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21    PO#01211914 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21    RC#017078 |
| Name: **BELLEVUE PHARMACY LLC**<br>Address: 3939 SOUTH CAPITOL STREET SW<br>WASHINGTON DC 20032<br>Date Purchased & Ref :  02/15/21    01S38334001 | Name: **BELLEVUE PHARMACY LLC**<br>Address: 3939 SOUTH CAPITOL STREET SW<br>WASHINGTON DC 20032<br>Date Received & Ref :  02/15/21    01S38334001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548046

GX 088.0368

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I43044__
Document Type: __Invoice__
Reference Date: __02/15/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733     | 10       |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19   PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>  NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19   PO#A141306 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19   PO#20191027 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>  NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19   PO#20191027 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19   PO#01262122 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>  REGO PARK NY 11374<br>Date Received & Ref :  12/08/19   PO#01262122 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21   PO#01211914 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>  CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21   RC#017078 |
| SOLD TO:<br>Name:    **SUPER PHARMACY LLC**<br>Address: 1019 H ST. NE<br>  WASHINGTON DC 20002<br>Date Purchased & Ref :  02/15/21   01S38365001 | SHIPPED TO:<br>Name:    **SUPER PHARMACY**<br>Address: 1019 H STREET NE<br>  WASHINGTON DC 20002<br>Date Received & Ref :  02/15/21   01S38365001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001548047

GX 088.0369

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:  **01I43047**
Document Type:  **Invoice**
Reference Date:  **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022058 | 1 | |
| CDMHFA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:  **BELLEVUE PHARMACY LLC**<br>Address: 3939 SOUTH CAPITOL STREET SW<br>     WASHINGTON DC 20032<br>Date Purchased & Ref :  02/15/21     01S37963003 | SHIPPED TO:<br>Name:  **BELLEVUE PHARMACY LLC**<br>Address: 3939 SOUTH CAPITOL STREET SW<br>     WASHINGTON DC 20032<br>Date Received & Ref :  02/15/21     01S37963003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548048

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020430

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWFB | 1 | |
| | | |
| | | |

Reference Number: **01I43048**
Document Type: **Invoice**
Reference Date: **02/15/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/21/19   PO#A141306 | Date Received & Ref :  08/21/19   PO#A141306 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/27/19   PO#20191027 | Date Received & Ref :  10/27/19   PO#20191027 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19   PO#01262122 | Date Received & Ref :  12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/11/21   PO#01211914 | Date Received & Ref :  02/12/21   RC#017078 |
| SOLD TO: | SHIPPED TO: |
| Name:   BELLEVUE PHARMACY LLC | Name:   BELLEVUE PHARMACY LLC |
| Address: 3939 SOUTH CAPITOL STREET SW | Address: 3939 SOUTH CAPITOL STREET SW |
| WASHINGTON DC 20032 | WASHINGTON DC 20032 |
| Date Purchased & Ref :  02/15/21   01S38119001 | Date Received & Ref :  02/15/21   01S38119001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001548049

GX 088.0371

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43068**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021348 | 10 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19        PO#A141306 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19        PO#A141306 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19        PO#20191027 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19        PO#20191027 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19        PO#01262122 | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19        PO#01262122 |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21        PO#01211914 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21        RC#017078 |
| Name:  **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>          **YORK PA 17401**<br>Date Purchased & Ref :  02/15/21        01S38304001 | Name:  **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>          **YORK PA 17401**<br>Date Received & Ref :  02/15/21        01S38304001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548050

GX 088.0372

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l43330**
Document Type: **Invoice**
Reference Date: **02/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021350 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
|---|---|
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   ASCAN PHARMACY<br>Address: 10121 METROPOLITAN AVENUE<br>     FOREST HILLS NY 11375<br>Date Purchased & Ref :  02/19/21     01S38495002 | SHIPPED TO:<br>Name:   ASCAN PHARMACY<br>Address: 10121 METROPOLITAN AVENURE<br>     FOREST HILLS NY 11375<br>Date Received & Ref :  02/19/21     01S38495002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001548051

GX 088.0373

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 1 | |
| | | |
| | | |

Reference Number: **01I44022**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>     **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/21/19     PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>     **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>     **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>     **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   **LONGLEYS PHARMACY**<br>Address: **785 CHICKAMAUGA AVENUE**<br>     **ROSSVILLE GA 30741**<br>Date Purchased & Ref :  03/02/21     01S39964001 | SHIPPED TO:<br>Name:   **LONGLEYS PHARMACY**<br>Address: **785 CHICKAMAUGA AVENUE**<br>     **ROSSVILLE GA 30741**<br>Date Received & Ref :  03/02/21     01S39964001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001548052

GX 088.0374

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I44027__
Document Type: __Invoice__
Reference Date: __03/02/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWFB | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19     PO#A141306 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19     PO#A141306 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19     PO#20191027 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19     PO#20191027 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21     PO#01211914 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21     RC#017078 |
| SOLD TO:<br>Name:   **A AND V PHARMACY INC**<br>Address: 8501 4TH AVENUE<br>       BROOKLYN NY 11209<br>Date Purchased & Ref :  03/02/21     01S39958001 | SHIPPED TO:<br>Name:   **A AND V PHARMACY INC**<br>Address: 8501 4TH AVENUE<br>       BROOKLYN NY 11209<br>Date Received & Ref :  03/02/21     01S39958001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548053

GX 088.0375

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400506A | 2 | |
| | | |
| | | |

Reference Number: **01I44279**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19    PO#A141306 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19    PO#A141306 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19    PO#20191027 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19    PO#20191027 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21    PO#01211914 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21    RC#017078 |
| **SOLD TO:**<br>Name:   NASHVILLE PHARMACY SERVICES<br>Address: PO BOX 157<br>        NASHVILLE TN 37204<br>Date Purchased & Ref :  03/05/21    01S40181002 | **SHIPPED TO:**<br>Name:   NASHVILLE PHARMACY SERVICES<br>Address: 719 THOMPSON LANE #57100<br>        NASHVILLE TN 37204<br>Date Received & Ref :  03/05/21    01S40181002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548054

GX 088.0376

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020430</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I44475**
Document Type: **Invoice**
Reference Date: **03/09/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/21/19      PO#A141306 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/21/19      PO#A141306 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/27/19      PO#20191027 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/27/19      PO#20191027 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/11/21      PO#01211914 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/12/21      RC#017078 |
| **SOLD TO:**<br>Name:   FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Purchased & Ref :  03/09/21      01S40344002 | **SHIPPED TO:**<br>Name:   FIVE POINTS PHARMACY AND WELLNESS<br>Address: 1108 LAKE DRIVE<br>         COCOA FL 32922<br>Date Received & Ref :  03/09/21      01S40344002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548055

GX 088.0377

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021024</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: **VOSEVI-TAB-400/100/100-28CT, SOFOSBUV/VELPA/VOXILA** NDC: **61958-2401-01** | | | |
|---|---|---|---|
| | | | Reference Number: **01** |
| | | | Document Type: **Invoice** |
| **Lot Number** | **Quantity** | **Unique Serial #** | Reference Date: **03/31/21** |
| 018729 | 3 | | |
| 024594 | 2 | | |
| | | | |

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** Address: **5500 NEW HORIZONS BLVD.** **NORTH AMITYVILLE NY 11701-1156** Date Purchased & Ref :  **10/14/19**      **A142385** | Name:  **AMERISOURCEBERGEN DRUG CP** Address: **5500 NEW HORIZONS BLVD.** **NORTH AMITYVILLE NY 11701-1156** Date Received & Ref :  **10/14/19      A142385** |
| SOLD TO: Name:   **AMSTERDAM WELLNESS PHARMA** Address: **2091 AMSTERDAM AVE** **NEW YORK NY 10032-8210** Date Purchased & Ref :  **11/18/19          20191118** | SHIPPED TO: Name:   **AMSTERDAM WELLNESS PHARMA** Address: **2091 AMSTERDAM AVE** **NEW YORK NY 10032-8210** Date Received & Ref :  **11/18/19          20191118** |
| SOLD TO: Name:   **BOULEVARD 9229 LLC** Address: **9229 QUEENS BLVD** **REGO PARK NY 11374** Date Purchased & Ref : | SHIPPED TO: Name:   **BOULEVARD 9229 LLC** Address: **9229 QUEENS BLVD** **REGO PARK NY 11374** Date Received & Ref : |
| SOLD TO: Name:   **SAFE CHAIN SOLUTIONS, LLC** Address: **822 CHESAPEAKE DR** **CAMBRIDGE MD 21613** Date Purchased & Ref :  **03/01/21          PO#01212108** | SHIPPED TO: Name:   **SAFE CHAIN SOLUTIONS** Address: **822 CHESAPEAKE DR** **CAMBRIDGE MD 21613** Date Received & Ref :  **03/01/21          RC#017381** |
| SOLD TO: Name:   **SCS-GILEAD** Address: **SCS-GILEAD** **CAMBRIDGE MD 21613** Date Purchased & Ref :  **03/31/21          01S41750001** | SHIPPED TO: Name:   **SCS-GILEAD** Address: **SCS-GILEAD** **CAMBRIDGE MD 21613** Date Received & Ref :  **03/31/21          01S41750001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548064

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021046</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRUVADA, 200; 300 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE, PLASTIC (61958-0701-1)**

NDC: **61958-0701-01**

Reference Number: **01I43997**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| ZYFCA | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  10/21/19     A142434 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  10/21/19     A142434 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/08/19     20191108 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Received & Ref :  11/08/19     20191108 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  03/02/21     RC#017389 |
| SOLD TO:<br>Name:   **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>   WASHINGTON DC 20036<br>Date Purchased & Ref :  03/02/21     01S39750002 | SHIPPED TO:<br>Name:   **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>   WASHINGTON DC 20036<br>Date Received & Ref :  03/02/21     01S39750002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548065

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:  **01l40546**
Document Type:  **Invoice**
Reference Date:  **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023253 | 1 | |
| CDSFGA | 22 | |
| CDVWFB | 1 | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19  PO#A141301 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19  PO#A141301 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　　NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19  PO#20191022 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　　NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19  PO#20191022 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　　REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19  PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　　REGO PARK NY 11374<br>Date Received & Ref :  12/08/19  PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21  PO#01211295 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>　　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21  RC#016279 |
| SOLD TO:<br>Name:  **RGJ/BEVERLY HILLS MED PLAZA PHAR**<br>Address: 150 N ROBERTSON BLVD.<br>　　　　　BEVERLY HILLS CA 90211<br>Date Purchased & Ref :  01/06/21  01S36856002 | SHIPPED TO:<br>Name:  **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA**<br>Address: 150 NORTH ROBERTSON BLVD.<br>　　　　　BEVERLY HILLS CA 90211<br>Date Received & Ref :  01/06/21  01S36856002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1　　　of  2　　　pages.

SCSRELATIVITY_0001548149

GX 088.0380

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40546**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDVWGA | 13 | |
| CFBGHA | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: 5500 NEW HORIZONS BLVD. <br>          NORTH AMITYVILLE NY 11701-1156 <br> Date Purchased & Ref :  08/16/19      PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: 5500 NEW HORIZONS BLVD. <br>          NORTH AMITYVILLE NY 11701-1156 <br> Date Received & Ref :  08/16/19      PO#A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: 2091 AMSTERDAM AVE <br>          NEW YORK NY 10032-8210 <br> Date Purchased & Ref :  10/22/19      PO#20191022 | Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: 2091 AMSTERDAM AVE <br>          NEW YORK NY 10032-8210 <br> Date Received & Ref :  10/22/19      PO#20191022 |
| Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br>          REGO PARK NY 11374 <br> Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br>          REGO PARK NY 11374 <br> Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br>          CAMBRIDGE MD 21613 <br> Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br>          CAMBRIDGE MD 21613 <br> Date Received & Ref :  01/05/21      RC#016279 |
| Name:   **RGJ/BEVERLY HILLS MED PLAZA PHAR** <br> Address: 150 N ROBERTSON BLVD. <br>          BEVERLY HILLS CA 90211 <br> Date Purchased & Ref :  01/06/21      01S36856002 | Name:   **RGJ/BEVERLY HILLS MEDICAL PLAZA PHA** <br> Address: 150 NORTH ROBERTSON BLVD. <br>          BEVERLY HILLS CA 90211 <br> Date Received & Ref :  01/06/21      01S36856002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2       pages.

SCSRELATIVITY_0001548149

GX 088.0381

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40547**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400505A   | 10       |                 |
| CDGXBA     | 1        |                 |
| CDGXCA     | 1        |                 |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: 5500 NEW HORIZONS BLVD. <br> NORTH AMITYVILLE NY 11701-1156 <br> Date Purchased & Ref :  08/16/19   PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: 5500 NEW HORIZONS BLVD. <br> NORTH AMITYVILLE NY 11701-1156 <br> Date Received & Ref :  08/16/19   PO#A141301 |
| SOLD TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK NY 10032-8210 <br> Date Purchased & Ref :  10/22/19   PO#20191022 | SHIPPED TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK NY 10032-8210 <br> Date Received & Ref :  10/22/19   PO#20191022 |
| SOLD TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Purchased & Ref :  12/08/19   PO#01262122 | SHIPPED TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: 9229 QUEENS BLVD <br> REGO PARK NY 11374 <br> Date Received & Ref :  12/08/19   PO#01262122 |
| SOLD TO: <br> Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Purchased & Ref :  01/04/21   PO#01211295 | SHIPPED TO: <br> Name:   **SAFE CHAIN SOLUTIONS** <br> Address: 822 CHESAPEAKE DR <br> CAMBRIDGE MD 21613 <br> Date Received & Ref :  01/05/21   RC#016279 |
| SOLD TO: <br> Name:   **CIENEGA PHARMACY** <br> Address: 7360 SANTA MONICA BLVD #101 <br> WEST HOLLYWOOD CA 90046 <br> Date Purchased & Ref :  01/06/21   01S36740001 | SHIPPED TO: <br> Name:   **CIENEGA PHARMACY** <br> Address: 7360 SANTA MONICA BLVD #101 <br> WEST HOLLYWOOD CA 90046 <br> Date Received & Ref :  01/06/21   01S36740001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 3     pages.

SCSRELATIVITY_0001548151

GX 088.0382

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40547 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXDA | 1 | |
| CDGXFA | 1 | |
| CDGXGA | 1 | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    PO#A141301 | Date Received & Ref :  08/16/19    PO#A141301 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19    PO#20191022 | Date Received & Ref :  10/22/19    PO#20191022 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016279 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **CIENEGA PHARMACY** | Name:  **CIENEGA PHARMACY** |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref :  01/06/21    01S36740001 | Date Received & Ref :  01/06/21    01S36740001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  3       pages.

SCSRELATIVITY_0001548151

GX 088.0383

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGXHA | 2 | |
| CDMGSA | 2 | |
| CDMGTA | 1 | |

Reference Number: **01I40547**
Document Type: **Invoice**
Reference Date: **01/06/21**

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/16/19    PO#A141301 | Date Received & Ref : 08/16/19    PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/22/19    PO#20191022 | Date Received & Ref : 10/22/19    PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21    PO#01211295 | Date Received & Ref : 01/05/21    RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name: **CIENEGA PHARMACY** | Name: **CIENEGA PHARMACY** |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref : 01/06/21    01S36740001 | Date Received & Ref : 01/06/21    01S36740001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of 3    pages.

SCSRELATIVITY_0001548151

GX 088.0384

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFBA | 8 | |
| | | |
| | | |

Reference Number: **01I40557**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  08/16/19    PO#A141301 | Date Received & Ref :  08/16/19    PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/22/19    PO#20191022 | Date Received & Ref :  10/22/19    PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:   **HEALTHMAX PHARMACY** | Name:   **HEALTHMAX PHARMACY** |
| Address: **80-07 JAMAICA AVENUE** | Address: **80-07 JAMAICA AVENUE** |
| **WOODHAVEN NY 11421** | **WOODHAVEN NY 11421** |
| Date Purchased & Ref :  01/06/21    01S36772001 | Date Received & Ref :  01/06/21    01S36772001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001548154

GX 088.0385

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l40562__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022056 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    PO#A141301 | Date Received & Ref :  08/16/19    PO#A141301 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19    PO#20191022 | Date Received & Ref :  10/22/19    PO#20191022 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016279 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  ALPHA PHARMACY | Name:  ALPHA PHARMACY |
| Address: 3061 FREDERICK AVENUE | Address: 3061 FEDERICK AVENUE |
| BALTIMORE MD 21223 | BALTIMORE MD 21223 |
| Date Purchased & Ref :  01/06/21    01S36792001 | Date Received & Ref :  01/06/21    01S36792001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001548155

GX 088.0386

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l40570__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19     PO#A141301 | Date Received & Ref :  08/16/19     PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19     PO#20191022 | Date Received & Ref :  10/22/19     PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE MED PHARMACY #2** | Name:   **SAFE MED PHARMACY #2** |
| Address: 6300 SAMUELL BLVD #118 | Address: 4245 E BERRY STREET |
| DALLAS TX 75228 | FORT WORTH TX 76105 |
| Date Purchased & Ref :  01/06/21     01S36853001 | Date Received & Ref :  01/06/21     01S36853001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548156

GX 088.0387

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l40580**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGTA | 1 | |
| CDMGXA | 1 | |
| CDMHCA | 1 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19      PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19      PO#A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19      PO#20191022 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19      PO#20191022 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016279 |
| SOLD TO:<br>Name:   **DEROSA PHARMACY**<br>Address: **570 BLOOMFIELD AVENUE**<br>        **NEWARK  NJ 07107**<br>Date Purchased & Ref :  01/06/21      01S36746001 | SHIPPED TO:<br>Name:   **DEROSA PHARMACY**<br>Address: **570 BLOOMFIELD AVENUE**<br>        **NEWARK NJ 07107**<br>Date Received & Ref :  01/06/21      01S36746001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548157

GX 088.0388

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l40586**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400503A | 2 | |
| CDFYBA | 2 | |
| CDFYCA | 3 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19    PO#A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19    PO#A141301 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19    PO#20191022 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19    PO#20191022 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21    PO#01211295 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21    RC#016279 |
| Name:    **ARUNDEL PHARMACY**<br>Address: **7571 RITCHIE HWY**<br>   **GLEN BURNIE MD 21061**<br>Date Purchased & Ref :  01/06/21    01S36500002 | Name:    **ARUNDEL PHARMACY**<br>Address: **7571 RITCHIE HWY**<br>   **GLEN BURNIE MD 21061**<br>Date Received & Ref :  01/06/21    01S36500002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  2    pages.

SCSRELATIVITY_0001548158

GX 088.0389

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l40586**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYHA | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      PO#A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      PO#20191022 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      PO#20191022 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016279 |
| SOLD TO:<br>Name:   **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>      GLEN BURNIE MD 21061<br>Date Purchased & Ref :  01/06/21      01S36500002 | SHIPPED TO:<br>Name:   **ARUNDEL PHARMACY**<br>Address: 7571 RITCHIE HWY<br>      GLEN BURNIE MD 21061<br>Date Received & Ref :  01/06/21      01S36500002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40591**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020731 | 1 | |
| CDSFFA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      PO#A141301 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      PO#A141301 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      PO#20191022 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      PO#20191022 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016279 |
| **SOLD TO:**<br>Name:   **424 NEIGHBORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>       BROOKLYN NY 11212<br>Date Purchased & Ref :  01/06/21      01S36828001 | **SHIPPED TO:**<br>Name:   **424 NEIGHBOORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>       BROOKLYN NY 11212<br>Date Received & Ref :  01/06/21      01S36828001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548160

GX 088.0391

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40592**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZCBA | 2 | |
| CCZCDA | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19     PO#A141301 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19     PO#A141301 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19     PO#20191022 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19     PO#20191022 |
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016279 |
| Name: **KALORAMA PHARMACY INC**<br>Address: 1841 COLUMBIA RD NW<br>     WASHINGTON DC 20009<br>Date Purchased & Ref :  01/06/21     01S36868002 | Name: **KALORAMA PHARMACY INC**<br>Address: 1841 COLUMBIA RD NW<br>     WASHINGTON DC 20009<br>Date Received & Ref :  01/06/21     01S36868002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548161

GX 088.0392

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l40595**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCZBYA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19     PO#A141301 | Date Received & Ref :  08/16/19     PO#A141301 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19     PO#20191022 | Date Received & Ref :  10/22/19     PO#20191022 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21     PO#01211295 | Date Received & Ref :  01/05/21     RC#016279 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **GLOBAL EXPRESS PHARMACY** | Name:   **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  01/06/21     01S35106007 | Date Received & Ref :  01/06/21     01S35106007 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548162

GX 088.0393

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l40617__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400505A | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19    PO#A141301 | Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19    PO#A141301 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19    PO#20191022 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19    PO#20191022 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21    PO#01211295 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21    RC#016279 |
| SOLD TO:<br>Name:    BELLEVUE PHARMACY LLC<br>Address: 3939 SOUTH CAPITOL STREET SW<br>        WASHINGTON DC 20032<br>Date Purchased & Ref :  01/06/21    01S36622001 | SHIPPED TO:<br>Name:    BELLEVUE PHARMACY LLC<br>Address: 3939 SOUTH CAPITOL STREET SW<br>        WASHINGTON DC 20032<br>Date Received & Ref :  01/06/21    01S36622001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548163

GX 088.0394

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022534 | 3 | |
| 6400502A | 1 | |
| 6400504A | 2 | |

Reference Number: **01I40618**
Document Type: **Invoice**
Reference Date: **01/06/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    PO#A141301 | Date Received & Ref :  08/16/19    PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19    PO#20191022 | Date Received & Ref :  10/22/19    PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:  **COLUMBIA HEIGHTS PHARMACY** | Name:  **COLUMBIA HEIGHTS PHARMACY** |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
| WASHINGTON DC 20010 | WASHINGTON DC 20010 |
| Date Purchased & Ref :  01/06/21    01S36485002 | Date Received & Ref :  01/06/21    01S36485002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 4        pages.

SCSRELATIVITY_0001548164

GX 088.0395

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40618__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400506A | 3 | |
| CCZCCA | 1 | |
| CCZCFA | 2 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/16/19    PO#A141301 | Date Received & Ref : 08/16/19    PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/22/19    PO#20191022 | Date Received & Ref : 10/22/19    PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 01/04/21    PO#01211295 | Date Received & Ref : 01/05/21    RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name: **COLUMBIA HEIGHTS PHARMACY** | Name: **COLUMBIA HEIGHTS PHARMACY** |
| Address: 3316 14TH ST NW | Address: 3316 14TH STREET NW |
| WASHINGTON DC 20010 | WASHINGTON DC 20010 |
| Date Purchased & Ref : 01/06/21    01S36485002 | Date Received & Ref : 01/06/21    01S36485002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  4      pages.

SCSRELATIVITY_0001548164

GX 088.0396

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40618__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDDHSA | 1 | |
| CDFXXA | 1 | |
| CDFXYA | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19     PO#A141301 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19     PO#A141301 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19     PO#20191022 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19     PO#20191022 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016279 |
| SOLD TO:<br>Name:   COLUMBIA HEIGHTS PHARMACY<br>Address: 3316 14TH ST NW<br>        WASHINGTON DC 20010<br>Date Purchased & Ref :  01/06/21     01S36485002 | SHIPPED TO:<br>Name:   COLUMBIA HEIGHTS PHARMACY<br>Address: 3316 14TH STREET NW<br>        WASHINGTON DC 20010<br>Date Received & Ref :  01/06/21     01S36485002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of 4        pages.

SCSRELATIVITY_0001548164

GX 088.0397

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01l40618**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYBA | 1 | |
| CDFYDA | 1 | |
| CDFYFA | 2 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19      PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>      **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19      PO#A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19      PO#20191022 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>      **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19      PO#20191022 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>      **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016279 |
| SOLD TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH ST NW**<br>      **WASHINGTON DC 20010**<br>Date Purchased & Ref :  01/06/21      01S36485002 | SHIPPED TO:<br>Name:   **COLUMBIA HEIGHTS PHARMACY**<br>Address: **3316 14TH STREET NW**<br>      **WASHINGTON DC 20010**<br>Date Received & Ref :  01/06/21      01S36485002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4      of  4      pages.

SCSRELATIVITY_0001548164

GX 088.0398

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40620**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020727 | 5 | |
| 020728 | 6 | |
| 020729 | 6 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19      PO#A141301 | Date Received & Ref :  08/16/19      PO#A141301 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19      PO#20191022 | Date Received & Ref :  10/22/19      PO#20191022 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016279 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **GRUBB'S SOUTHEAST PHARMACY** | Name:  **GRUBB'S SOUTHEAST PHARMACY** |
| Address: 1800 MARTIN LUTHER KING JR AVE SE | Address: 1800 MARTIN LUTHER KING JR. AVE SE |
| WASHINGTON DC 20020 | WASHINGTON DC 20020 |
| Date Purchased & Ref :  01/06/21      01S36835002 | Date Received & Ref :  01/06/21      01S36835002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  3      pages.

SCSRELATIVITY_0001548168

GX 088.0399

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40620__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020730 | 9 | |
| 020731 | 3 | |
| CDSFHA | 6 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19      PO#A141301 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19      PO#A141301 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19      PO#20191022 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19      PO#20191022 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016279 |
| **SOLD TO:**<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Purchased & Ref :  01/06/21      01S36835002 | **SHIPPED TO:**<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: **1800 MARTIN LUTHER KING JR. AVE SE**<br>        **WASHINGTON DC 20020**<br>Date Received & Ref :  01/06/21      01S36835002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3      pages.

SCSRELATIVITY_0001548168

GX 088.0400

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:   01I40620
Document Type:   Invoice
Reference Date:   01/06/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFKA     | 5        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      PO#A141301 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      PO#A141301 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      PO#20191022 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      PO#20191022 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21      PO#01211295 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21      RC#016279 |
| **SOLD TO:**<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  01/06/21      01S36835002 | **SHIPPED TO:**<br>Name:   GRUBB'S SOUTHEAST PHARMACY<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  01/06/21      01S36835002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001548168

GX 088.0401

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40645__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023774 | 1 | |
| 023832 | 1 | |
| 023833 | 4 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19　　PO#A141301 | **SHIPPED TO:**<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19　　PO#A141301 |
| **SOLD TO:**<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　　NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19　　PO#20191022 | **SHIPPED TO:**<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　　NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19　　PO#20191022 |
| **SOLD TO:**<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　　REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19　　PO#01262122 | **SHIPPED TO:**<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　　REGO PARK NY 11374<br>Date Received & Ref :  12/08/19　　PO#01262122 |
| **SOLD TO:**<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21　　PO#01211295 | **SHIPPED TO:**<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>　　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21　　RC#016279 |
| **SOLD TO:**<br>Name:  **SAFEMED PHARMACY**<br>Address: 6300 SAMUELL BLVD #118<br>　　　　　DALLAS TX 75228<br>Date Purchased & Ref :  01/06/21　　01S36857002 | **SHIPPED TO:**<br>Name:  **SAFEMED PHARMACY**<br>Address: 6300 SAMUELL BLVD #118<br>　　　　　DALLAS TX 75228<br>Date Received & Ref :  01/06/21　　01S36857002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1　　of  2　　pages.

SCSRELATIVITY_0001548171

GX 088.0402

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01 40645**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 025101 | 1 | |
| CFBGHA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/16/19      PO#A141301 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/16/19      PO#A141301 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/22/19      PO#20191022 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :   10/22/19      PO#20191022 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :   12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :   12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :   01/04/21      PO#01211295 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :   01/05/21      RC#016279 |
| **SOLD TO:**<br>Name:   SAFEMED PHARMACY<br>Address: 6300 SAMUELL BLVD #118<br>      DALLAS TX 75228<br>Date Purchased & Ref :   01/06/21      01S36857002 | **SHIPPED TO:**<br>Name:   SAFEMED PHARMACY<br>Address: 6300 SAMUELL BLVD #118<br>      DALLAS TX 75228<br>Date Received & Ref :   01/06/21      01S36857002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001548171

GX 088.0403

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01l40646
Document Type: Invoice
Reference Date: 01/06/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400505A   | 6        |                 |
|            |          |                 |
|            |          |                 |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19     PO#A141301 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19     PO#A141301 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19     PO#20191022 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19     PO#20191022 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016279 |
| SOLD TO:<br>Name:   MEDFORD CHEMISTS INC<br>Address: 2608 ROUTE 112<br>MEDFORD NY 11763<br>Date Purchased & Ref :  01/06/21     01S36587001 | SHIPPED TO:<br>Name:   MEDFORD CHEMISTS INC<br>Address: 2608 ROUTE 112<br>MEDFORD NY 11763<br>Date Received & Ref :  01/06/21     01S36587001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548173

GX 088.0404

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40651**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022054 | 1 | |
| CDMGXA | 2 | |
| CDMHBA | 4 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19     PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19     PO#A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19     PO#20191022 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19     PO#20191022 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016279 |
| Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: 5403A ANNOPLIS ROAD<br>        BLADENSBURG MD 20710<br>Date Purchased & Ref :  01/06/21     01S36751001 | Name:   **PADEK HEALTHCARE PHARMACY**<br>Address: 5403A ANNAPOLIS ROAD<br>        BLADENSBURG MD 20710<br>Date Received & Ref :  01/06/21     01S36751001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548174

GX 088.0405

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I40654 |
| Document Type: | Invoice |
| Reference Date: | 01/06/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022053 | 4 | |
| 022054 | 4 | |
| 022055 | 3 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19      PO#A141301 | Date Received & Ref :  08/16/19      PO#A141301 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19      PO#20191022 | Date Received & Ref :  10/22/19      PO#20191022 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016279 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   MEADOW DRUGS AND SURGICALS | Name:   MEADOW DRUGS AND SURGICALS |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  01/06/21      01S36757001 | Date Received & Ref :  01/06/21      01S36757001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001548175

GX 088.0406

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup></sup>Doc#00000019056

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40654**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022057 | 4 | |
| 022058 | 2 | |
| CDMHFA | 3 | |

## (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19     PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19     PO#A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19     PO#20191022 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19     PO#20191022 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21     PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21     RC#016279 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>         **EAST MEADOW NY 11554**<br>Date Purchased & Ref :  01/06/21     01S36757001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>         **EAST MEADOW NY 11554**<br>Date Received & Ref :  01/06/21     01S36757001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  3     pages.

SCSRELATIVITY_0001548175

GX 088.0407

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I40654**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSDYA | 5 | |
| CDSDZA | 2 | |
| CDSFDA | 3 | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19      PO#A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19      PO#A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19      PO#20191022 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19      PO#20191022 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21      PO#01211295 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21      RC#016279 |
| Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>         **EAST MEADOW NY 11554**<br>Date Purchased & Ref :  01/06/21      01S36757001 | Name:   **MEADOW DRUGS AND SURGICALS**<br>Address: **353 NEWBRIDGE RD**<br>         **EAST MEADOW NY 11554**<br>Date Received & Ref :  01/06/21      01S36757001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001548175

GX 088.0408

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400503A | 3 | |
| 6400505A | 1 | |
| CDFXZA | 6 | |

Reference Number: 01I40668
Document Type: **Invoice**
Reference Date: 01/06/21

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    PO#A141301 | Date Received & Ref :  08/16/19    PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19    PO#20191022 | Date Received & Ref :  10/22/19    PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:   MEADOW DRUGS AND SURGICALS | Name:   MEADOW DRUGS AND SURGICALS |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  01/06/21    01S36514001 | Date Received & Ref :  01/06/21    01S36514001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SCSRELATIVITY_0001548178

GX 088.0409

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01I40668__
Document Type: __Invoice__
Reference Date: __01/06/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGWYA | 5 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19     PO#A141301 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19     PO#A141301 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19     PO#20191022 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19     PO#20191022 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  01/04/21     PO#01211295 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  01/05/21     RC#016279 |
| SOLD TO:<br>Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Purchased & Ref :  01/06/21     01S36514001 | SHIPPED TO:<br>Name:   MEADOW DRUGS AND SURGICALS<br>Address: 353 NEWBRIDGE RD<br>         EAST MEADOW NY 11554<br>Date Received & Ref :  01/06/21     01S36514001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2         pages.

SCSRELATIVITY_0001548178

GX 088.0410

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBZA | 2 | |
| | | |
| | | |

Reference Number: **01I40741**
Document Type: **Invoice**
Reference Date: **01/07/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br> **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/16/19    PO#A141301 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br> **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/16/19    PO#A141301 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br> **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/22/19    PO#20191022 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br> **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/22/19    PO#20191022 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br> **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br> **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br> **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  01/04/21    PO#01211295 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br> **CAMBRIDGE MD 21613**<br>Date Received & Ref :  01/05/21    RC#016279 |
| Name:  **SAFEMED PHARMACY**<br>Address: **6300 SAMUELL BLVD #118**<br> **DALLAS TX 75228**<br>Date Purchased & Ref :  01/07/21    01S36857003 | Name:  **SAFEMED PHARMACY**<br>Address: **6300 SAMUELL BLVD #118**<br> **DALLAS TX 75228**<br>Date Received & Ref :  01/07/21    01S36857003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001548180

GX 088.0411

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I40829
Document Type: Invoice
Reference Date: 01/08/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022056 | 6 | |
| CDSFCA | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : 08/16/19    PO#A141301 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : 08/16/19    PO#A141301 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : 10/22/19    PO#20191022 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : 10/22/19    PO#20191022 |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : 12/08/19    PO#01262122 | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : 12/08/19    PO#01262122 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : 01/04/21    PO#01211295 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : 01/05/21    RC#016279 |
| Name: **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>**YORK PA 17401**<br>Date Purchased & Ref : 01/08/21    01S36793001 | Name: **YORK WELLNESS PHARMACY**<br>Address: **605 S GEORGE STREET #130**<br>**YORK PA 17401**<br>Date Received & Ref : 01/08/21    01S36793001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001548181

GX 088.0412

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBSA | 1 | |
| CCZBWA | 2 | |
| CCZBXA | 1 | |

Reference Number: **01l40834**
Document Type: **Invoice**
Reference Date: **01/08/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

**SOLD TO:**
Name: **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
**NORTH AMITYVILLE NY 11701-1156**
Date Purchased & Ref : **08/16/19      PO#A141301**

**SHIPPED TO:**
Name: **AMERISOURCEBERGEN DRUG CP**
Address: **5500 NEW HORIZONS BLVD.**
**NORTH AMITYVILLE NY 11701-1156**
Date Received & Ref : **08/16/19      PO#A141301**

**SOLD TO:**
Name: **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
**NEW YORK NY 10032-8210**
Date Purchased & Ref : **10/22/19      PO#20191022**

**SHIPPED TO:**
Name: **AMSTERDAM WELLNESS PHARMA**
Address: **2091 AMSTERDAM AVE**
**NEW YORK NY 10032-8210**
Date Received & Ref : **10/22/19      PO#20191022**

**SOLD TO:**
Name: **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Purchased & Ref : **12/08/19      PO#01262122**

**SHIPPED TO:**
Name: **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD**
**REGO PARK NY 11374**
Date Received & Ref : **12/08/19      PO#01262122**

**SOLD TO:**
Name: **SAFE CHAIN SOLUTIONS, LLC**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Purchased & Ref : **01/04/21      PO#01211295**

**SHIPPED TO:**
Name: **SAFE CHAIN SOLUTIONS**
Address: **822 CHESAPEAKE DR**
**CAMBRIDGE MD 21613**
Date Received & Ref : **01/05/21      RC#016279**

**SOLD TO:**
Name: **YORK WELLNESS PHARMACY**
Address: **605 S GEORGE STREET #130**
**YORK PA 17401**
Date Purchased & Ref : **01/08/21      01S36446002**

**SHIPPED TO:**
Name: **YORK WELLNESS PHARMACY**
Address: **605 S GEORGE STREET #130**
**YORK PA 17401**
Date Received & Ref : **01/08/21      01S36446002**

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001548182

GX 088.0413

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000019056

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZBYA | 1 | |
| | | |
| | | |

Reference Number: **01I40834**
Document Type: **Invoice**
Reference Date: **01/08/21**

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19      PO#A141301 | Date Received & Ref :  08/16/19      PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19      PO#20191022 | Date Received & Ref :  10/22/19      PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:   YORK WELLNESS PHARMACY | Name:   YORK WELLNESS PHARMACY |
| Address: 605 S GEORGE STREET #130 | Address: 605 S GEORGE STREET #130 |
| YORK PA 17401 | YORK PA 17401 |
| Date Purchased & Ref :  01/08/21      01S36446002 | Date Received & Ref :  01/08/21      01S36446002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 2      pages.

SCSRELATIVITY_0001548182

GX 088.0414

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I41662 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 01/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFCA | 6 | |
| CDSFFA | 9 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19   PO#A141301 | Date Received & Ref :  08/16/19   PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19   PO#20191022 | Date Received & Ref :  10/22/19   PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19   PO#01262122 | Date Received & Ref :  12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21   PO#01211295 | Date Received & Ref :  01/05/21   RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:   **MAIN STREET PHARMACY** | Name:   **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref :  01/22/21   01S36821001 | Date Received & Ref :  01/22/21   01S36821001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001548184

GX 088.0415

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020728 | 3 | |
| CDVWFB | 3 | |
| | | |

Reference Number: **01142786**
Document Type: **Invoice**
Reference Date: **02/11/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/16/19**     **PO#A141301** | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/16/19**     **PO#A141301** |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/22/19**     **PO#20191022** | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/22/19**     **PO#20191022** |
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/08/19**     **PO#01262122** | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  **12/08/19**     **PO#01262122** |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/04/21**     **PO#01211295** | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/05/21**     **RC#016279** |
| Name:  **RAAJIPO LLC**<br>Address: **824 N MARKET ST. SUITE 103**<br>**WILMINGTON DE 19801**<br>Date Purchased & Ref :  **02/11/21**     **01S38808001** | Name:  **RAAJIPO LLC**<br>Address: **824 N MARKET ST. SUITE 103**<br>**WILMINGTON DE 19801**<br>Date Received & Ref :  **02/11/21**     **01S38808001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548185

GX 088.0416

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01Ι42792**
Document Type: **Invoice**
Reference Date: **02/11/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020728 | 1 | |
| 022058 | 2 | |
| CDMHDA | 4 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/16/19      PO#A141301** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/16/19      PO#A141301** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/22/19      PO#20191022** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/22/19      PO#20191022** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/08/19      PO#01262122** | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref :  **12/08/19      PO#01262122** |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **01/04/21      PO#01211295** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **01/05/21      RC#016279** |
| SOLD TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>       **COCOA FL 32922**<br>Date Purchased & Ref :  **02/11/21      01S37964001** | SHIPPED TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: **1108 LAKE DRIVE**<br>       **COCOA FL 32922**<br>Date Received & Ref :  **02/11/21      01S37964001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548186

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I42793**
Document Type: **Invoice**
Reference Date: **02/11/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB     | 3        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref : **08/16/19     PO#A141301** | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref : **08/16/19     PO#A141301** |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref : **10/22/19     PO#20191022** | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref : **10/22/19     PO#20191022** |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : **12/08/19     PO#01262122** | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : **12/08/19     PO#01262122** |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **01/04/21     PO#01211295** | Name: **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **01/05/21     RC#016279** |
| Name: **A PLUS PHARMACY**<br>Address: **4750 E MOODY BLVD, SUITE 107**<br>**BUNNELL FL 32110**<br>Date Purchased & Ref : **02/11/21     01S38877002** | Name: **A PLUS PHARMACY**<br>Address: **4750 E MOODY BLVD, SUITE 107**<br>**BUNNELL FL 32110**<br>Date Received & Ref : **02/11/21     01S38877002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548187

GX 088.0418

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number:  **01l43086**
Document Type:  **Invoice**
Reference Date:  **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 4 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    PO#A141301 | Date Received & Ref :  08/16/19    PO#A141301 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19    PO#20191022 | Date Received & Ref :  10/22/19    PO#20191022 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21    PO#01211295 | Date Received & Ref :  01/05/21    RC#016279 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **MEADOW DRUGS AND SURGICALS** | Name:  **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  02/15/21    01S37835002 | Date Received & Ref :  02/15/21    01S37835002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548188

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000019056</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01143294__
Document Type: __Invoice__
Reference Date: __02/18/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWFB | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19      PO#A141301 | Date Received & Ref :  08/16/19      PO#A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19      PO#20191022 | Date Received & Ref :  10/22/19      PO#20191022 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  01/04/21      PO#01211295 | Date Received & Ref :  01/05/21      RC#016279 |
| SOLD TO: | SHIPPED TO: |
| Name:   A AND V PHARMACY INC | Name:   A AND V PHARMACY INC |
| Address: 8501 4TH AVENUE | Address: 8501 4TH AVENUE |
| BROOKLYN NY 11209 | BROOKLYN NY 11209 |
| Date Purchased & Ref :  02/18/21      01S35714004 | Date Received & Ref :  02/18/21      01S35714004 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001548189

GX 088.0420

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020728 | 2 | |
| 020729 | 3 | |
| 020732 | 2 | |

Reference Number: **01I45203**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **JOSEF'S PHARMACY - RALEIGH**<br>Address: 2100 NEW BERN AVE<br>          RALEIGH NC 27610<br>Date Purchased & Ref :   03/19/21      01S40234004 | SHIPPED TO:<br>Name:   **JOSEF'S PHARMACY**<br>Address: 2100 NEW BERN AVE<br>          RALEIGH NC 27610<br>Date Received & Ref :   03/19/21      01S40234004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001548627

GX 088.0421

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45203**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021346 | 1 | |
| 023252 | 1 | |
| 023253 | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19   A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19   A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19   20191021 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19   20191021 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21   PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21   RC#017730 |
| Name:   **JOSEF'S PHARMACY - RALEIGH**<br>Address: 2100 NEW BERN AVE<br>   RALEIGH NC 27610<br>Date Purchased & Ref :  03/19/21   01S40234004 | Name:   **JOSEF'S PHARMACY**<br>Address: 2100 NEW BERN AVE<br>   RALEIGH NC 27610<br>Date Received & Ref :  03/19/21   01S40234004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of  2   pages.

SCSRELATIVITY_0001548627

GX 088.0422

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45204**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400501A | 2 | |
| 6400505A | 1 | |
| CDFYBA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/19/21      01S40108002 | SHIPPED TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  03/19/21      01S40108002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  2       pages.

SCSRELATIVITY_0001548629

GX 088.0423

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFYFA | 1 | |
| | | |
| | | |

Reference Number: **01145204**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>　　　　NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>　　　　NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>　　　　REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>　　　　CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| **SOLD TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>　　　　GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/19/21      01S40108002 | **SHIPPED TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>　　　　GARDEN GROVE CA 92843<br>Date Received & Ref :  03/19/21      01S40108002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001548629

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 025101 | 7 | |
| 025976 | 5 | |
| | | |

Reference Number: **01I45209**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/20/19     A141301 | Date Received & Ref :  08/20/19     A141301 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19     20191021 | Date Received & Ref :  10/21/19     20191021 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21     PO#01212358 | Date Received & Ref :  03/19/21     RC#017730 |
| SOLD TO: | SHIPPED TO: |
| Name: **EPIC PHARMACY** | Name: **EPIC PHARMACY** |
| Address: 2249 NW 39TH ST | Address: 2249 NW 39TH ST |
| OKLAHOMA CITY OK 73112 | OKLAHOMA CITY OK 73112 |
| Date Purchased & Ref :  03/19/21     01S40658003 | Date Received & Ref :  03/19/21     01S40658003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548631

GX 088.0425

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I45214**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020728 | 1 | |
| CDSFGA | 2 | |
| CDSFKA | 2 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19    A141301 | **SHIPPED TO:**<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19    A141301 |
| **SOLD TO:**<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19    20191021 | **SHIPPED TO:**<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19    20191021 |
| **SOLD TO:**<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21    PO#01212358 | **SHIPPED TO:**<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21    RC#017730 |
| **SOLD TO:**<br>Name:  **MAIN STREET PHARMACY**<br>Address: 213 W MAIN ST, STE A<br>    DURHAM NC 27701<br>Date Purchased & Ref :  03/19/21    01S40232002 | **SHIPPED TO:**<br>Name:  **MAIN STREET PHARMACY**<br>Address: 213 W MAIN ST, STE A<br>    DURHAM NC 27701<br>Date Received & Ref :  03/19/21    01S40232002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  2    pages.

SCSRELATIVITY_0001548632

GX 088.0426

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDVWGA | 1 | |
| | | |
| | | |

Reference Number: **01I45214**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19    A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19    A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19    20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19    20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21    PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21    RC#017730 |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 213 W MAIN ST, STE A<br>         DURHAM NC 27701<br>Date Purchased & Ref :  03/19/21    01S40232002 | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: 213 W MAIN ST, STE A<br>         DURHAM NC 27701<br>Date Received & Ref :  03/19/21    01S40232002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2     pages.

SCSRELATIVITY_0001548632

GX 088.0427

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022614     | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01145222**
Document Type: **Invoice**
Reference Date: **03/19/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **424 NEIGHBORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>      BROOKLYN NY 11212<br>Date Purchased & Ref :  03/19/21      01S40486001 | SHIPPED TO:<br>Name:   **424 NEIGHBOORHOOD PHARMACY**<br>Address: 424 SUTTER AVENUE<br>      BROOKLYN NY 11212<br>Date Received & Ref :  03/19/21      01S40486001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548634

GX 088.0428

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45224**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021349 | 5 | |
| 6341503A | 1 | |
| CDDHSA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** Address: 5500 NEW HORIZONS BLVD. NORTH AMITYVILLE NY 11701-1156 Date Purchased & Ref :  08/20/19     A141301 | Name:   **AMERISOURCEBERGEN DRUG CP** Address: 5500 NEW HORIZONS BLVD. NORTH AMITYVILLE NY 11701-1156 Date Received & Ref :  08/20/19     A141301 |
| SOLD TO: Name:   **AMSTERDAM WELLNESS PHARMA** Address: 2091 AMSTERDAM AVE NEW YORK NY 10032-8210 Date Purchased & Ref :  10/21/19     20191021 | SHIPPED TO: Name:   **AMSTERDAM WELLNESS PHARMA** Address: 2091 AMSTERDAM AVE NEW YORK NY 10032-8210 Date Received & Ref :  10/21/19     20191021 |
| SOLD TO: Name:   **BOULEVARD 9229 LLC** Address: 9229 QUEENS BLVD REGO PARK NY 11374 Date Purchased & Ref : | SHIPPED TO: Name:   **BOULEVARD 9229 LLC** Address: 9229 QUEENS BLVD REGO PARK NY 11374 Date Received & Ref : |
| SOLD TO: Name:   **SAFE CHAIN SOLUTIONS, LLC** Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 Date Purchased & Ref :  03/19/21     PO#01212358 | SHIPPED TO: Name:   **SAFE CHAIN SOLUTIONS** Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 Date Received & Ref :  03/19/21     RC#017730 |
| SOLD TO: Name:   **COLUMBIA HEIGHTS PHARMACY** Address: 3316 14TH ST NW WASHINGTON DC 20010 Date Purchased & Ref :  03/19/21     01S40105005 | SHIPPED TO: Name:   **COLUMBIA HEIGHTS PHARMACY** Address: 3316 14TH STREET NW WASHINGTON DC 20010 Date Received & Ref :  03/19/21     01S40105005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548635

GX 088.0429

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021347 | 3 | |
| CFBGGA | 4 | |
| CFBGHA | 3 | |

Reference Number:  **01145230**
Document Type:  **Invoice**
Reference Date:  **03/19/21**

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:  **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>        CAMBRIA HEIGHTS NY 11411<br>Date Purchased & Ref :  03/19/21      01S40348003 | SHIPPED TO:<br>Name:  **LIN PHARMACY INC**<br>Address: 22404 LINDEN BLVD<br>        CAMBRIA HEIGHTS NY 11411<br>Date Received & Ref :  03/19/21      01S40348003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548636

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45236**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **CARY RX. INC**<br>Address: 1300 7TH STREET NW<br>      WASHINGTON DC 20001<br>Date Purchased & Ref :  03/19/21      01S40362001 | SHIPPED TO:<br>Name:   **CARY RX INC.**<br>Address: 1300 7TH STREET NW<br>      WASHINGTON DC 20001<br>Date Received & Ref :  03/19/21      01S40362001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548637

GX 088.0431

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number:   **01I45237**
Document Type:   **Invoice**
Reference Date:   **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020727 | 1 | |
| 020730 | 1 | |
| 020731 | 1 | |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :   10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :   03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **HEALING TOUCH PHARMACY**<br>Address: 5210 INDIAN HEAD HWY UNIT 1RR<br>OXON HILL MD 20745<br>Date Purchased & Ref :   03/19/21      01S40147001 | SHIPPED TO:<br>Name:   **HEALING TOUCH PHARMACY**<br>Address: 5210 INDIAN HEAD HWY UNIT 1RR<br>OXON HILL MD 20745<br>Date Received & Ref :   03/19/21      01S40147001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548638

GX 088.0432

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45238**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDSFHA | 1 | |
| CDVWFB | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **ANDYS PHARMACY ON GRAND**<br>Address: 2676 W GRAND BLVD<br>        DETROIT MI 48208<br>Date Purchased & Ref :  03/19/21      01S40170001 | SHIPPED TO:<br>Name:   **ANDYS PHARMACY ON GRAND**<br>Address: 2676 W GRAND BLVD<br>        DETROIT MI 48208<br>Date Received & Ref :  03/19/21      01S40170001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001548639

GX 088.0433

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 025101 | 1 | |
| | | |
| | | |

Reference Number: **01l45244**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/20/19   A141301 | Date Received & Ref :  08/20/19   A141301 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/21/19   20191021 | Date Received & Ref :  10/21/19   20191021 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21   PO#01212358 | Date Received & Ref :  03/19/21   RC#017730 |
| SOLD TO: | SHIPPED TO: |
| Name: **SUSSEX PHARMACY** | Name: **SUSSEX PHARMACY** |
| Address: 32362 LONG NECK RD, UNIT 5 | Address: 32362 LONG NECK ROAD, UNIT 5 |
| MILLSBORO DE 19966 | MILLSBORO DE 19966 |
| Date Purchased & Ref :  03/19/21   01S40615002 | Date Received & Ref :  03/19/21   01S40615002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548640

GX 088.0434

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I45246
Document Type: Invoice
Reference Date: 03/19/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022614     | 6        |                 |
| 025101     | 4        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| Name:   TLC XPRESS PHARMACY<br>Address: 10810 WARNER AVE #3<br>          FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  03/19/21      01S40599002 | Name:   TLC XPRESS PHARMACY<br>Address: 10810 WARNER AVE #3<br>          FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  03/19/21      01S40599002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548641

GX 088.0435

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I45247**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFBGKA | 4 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:    **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>        WASHINGTON DC 20019<br>Date Purchased & Ref :  03/19/21      01S40408002 | SHIPPED TO:<br>Name:    **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>        WASHINGTON DC 20019<br>Date Received & Ref :  03/19/21      01S40408002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548642

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 025976 | 1 | |
| 6400506A | 1 | |
| | | |

Reference Number: **01l45249**
Document Type: **Invoice**
Reference Date: **03/19/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **GENERX DISCOUNT PHARMACY**<br>Address: 1235 S JOSEY LANE SUITE 533<br>        CARROLLTOWN TX 75006<br>Date Purchased & Ref :  03/19/21      01S40669001 | SHIPPED TO:<br>Name:   **GENERX DISCOUNT PHARMACY**<br>Address: 1235 S JOSEY LANE SUITE 533<br>        CARROLLTOWN TX 75006<br>Date Received & Ref :  03/19/21      01S40669001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548643

GX 088.0437

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l45253__
Document Type: __Invoice__
Reference Date: __03/19/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400504A   | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19       A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19       A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19       20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19       20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21       PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21       RC#017730 |
| SOLD TO:<br>Name:   **GENERX DISCOUNT PHARMACY**<br>Address: 1235 S JOSEY LANE SUITE 533<br>          CARROLLTOWN TX 75006<br>Date Purchased & Ref :  03/19/21       01S40124002 | SHIPPED TO:<br>Name:   **GENERX DISCOUNT PHARMACY**<br>Address: 1235 S JOSEY LANE SUITE 533<br>          CARROLLTOWN TX 75006<br>Date Received & Ref :  03/19/21       01S40124002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548644

GX 088.0438

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733 | 4 | |
| 021347 | 3 | |
| | | |

Reference Number: **01145255**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/20/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/21/19      20191021 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/21/19      20191021 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  03/19/21      RC#017730 |
| Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>**WASHINGTON DC 20003**<br>Date Purchased & Ref :  03/19/21      01S40349001 | Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>**WASHINGTON DC 20003**<br>Date Received & Ref :  03/19/21      01S40349001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548645

GX 088.0439

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I45261**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023255 | 6 | |
| 023774 | 3 | |
| CFBGKA | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| Name:   **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  03/19/21      01S40440001 | Name:   **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  03/19/21      01S40440001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001548646

GX 088.0440

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: 01I45264
Document Type: Invoice
Reference Date: 03/19/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020733 | 6 | |
| 022615 | 1 | |
| 022616 | 3 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19    A141301 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19    A141301 |
| Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19    20191021 | Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19    20191021 |
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21    PO#01212358 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21    RC#017730 |
| Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/19/21    01S40400001 | Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Received & Ref :  03/19/21    01S40400001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of  4   pages.

SCSRELATIVITY_0001548647

GX 088.0441

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022617 | 1 | |
| 022618 | 2 | |
| 022619 | 4 | |

Reference Number: **01I45264**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/19/21      01S40400001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/19/21      01S40400001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  4      pages.

SCSRELATIVITY_0001548647

GX 088.0442

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45264**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFBGMA | 1 | |
| CFBGPA | 3 | |
| CFHKHA | 3 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/20/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/21/19      20191021 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/21/19      20191021 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/19/21      RC#017730 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/19/21      01S40400001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :   03/19/21      01S40400001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  4      pages.

SCSRELATIVITY_0001548647

GX 088.0443

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I45264 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023254 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19     A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19     A141301 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19     20191021 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19     20191021 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21     PO#01212358 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21     RC#017730 |
| Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/19/21     01S40400001 | Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/19/21     01S40400001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4      of  4      pages.

SCSRELATIVITY_0001548647

GX 088.0444

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45271**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022614 | 1 | |
| 023774 | 3 | |
| 023775 | 6 | |

## (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| Name:  **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  03/19/21      01S40740001 | Name:  **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  03/19/21      01S40740001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001548651

GX 088.0445

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I45340**
Document Type: **Invoice**
Reference Date: **03/22/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020734 | 2 | |
| 021345 | 2 | |
| 021348 | 2 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| Name:   **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Purchased & Ref :  03/22/21      01S40322001 | Name:   **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Received & Ref :  03/22/21      01S40322001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001548652

GX 088.0446

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I45340**
Document Type: **Invoice**
Reference Date: **03/22/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021350 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/20/19        A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/20/19        A141301 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/21/19        20191021 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/21/19        20191021 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/19/21        PO#01212358 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/19/21        RC#017730 |
| SOLD TO:<br>Name:    **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Purchased & Ref :   03/22/21        01S40322001 | SHIPPED TO:<br>Name:    **HEALING TOUCH PHARMACY**<br>Address: 4139 WHEELER ROAD SOUTHEAST<br>        WASHINGTON DC 20032<br>Date Received & Ref :   03/22/21        01S40322001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

SCSRELATIVITY_0001548652

GX 088.0447

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000021685

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSDZA | 3 | |
| | | |
| | | |

Reference Number: 01l45411
Document Type: Invoice
Reference Date: 03/23/21

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 08/20/19    A141301 | SHIPPED TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 08/20/19    A141301 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/21/19    20191021 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref : 10/21/19    20191021 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/19/21    PO#01212358 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 03/19/21    RC#017730 |
| SOLD TO:<br>Name: **RAAJIPO LLC**<br>Address: 824 N MARKET ST. SUITE 103<br>WILMINGTON DE 19801<br>Date Purchased & Ref : 03/23/21    01S41088002 | SHIPPED TO:<br>Name: **RAAJIPO LLC**<br>Address: 824 N MARKET ST. SUITE 103<br>WILMINGTON DE 19801<br>Date Received & Ref : 03/23/21    01S41088002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001548654

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l45412**
Document Type: **Invoice**
Reference Date: **03/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022055 | 2 | |
| 022058 | 1 | |
| CDSFCA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>        COCOA FL 32922<br>Date Purchased & Ref :  03/23/21      01S41189001 | SHIPPED TO:<br>Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>        COCOA FL 32922<br>Date Received & Ref :  03/23/21      01S41189001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001548655

GX 088.0449

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: __01l45412__
Document Type: __Invoice__
Reference Date: __03/23/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDSFFA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19   A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19   A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19   20191021 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19   20191021 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21   PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21   RC#017730 |
| Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>   COCOA FL 32922<br>Date Purchased & Ref :  03/23/21   01S41189001 | Name:   **FIVE POINTS PHARMACY AND WELLNESS**<br>Address: 1108 LAKE DRIVE<br>   COCOA FL 32922<br>Date Received & Ref :  03/23/21   01S41189001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of  2   pages.

SCSRELATIVITY_0001548655

GX 088.0450

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01145420**
Document Type: **Invoice**
Reference Date: **03/23/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022057 | 1 | |
| 6400504A | 1 | |
| CDGXFA | 1 | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>        KALAMAZOO MI 49009<br>Date Purchased & Ref :  03/23/21      01S40135003 | SHIPPED TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>        KALAMAZOO MI 49008<br>Date Received & Ref :  03/23/21      01S40135003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001548657

GX 088.0451

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021685</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I45420**
Document Type: **Invoice**
Reference Date: **03/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGXA | 2 | |
| CDMHBA | 1 | |
| CDMHCA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/20/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>   NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/20/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/21/19      20191021 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>   NEW YORK NY 10032-8210<br>Date Received & Ref :   10/21/19      20191021 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>   REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>   CAMBRIDGE MD 21613<br>Date Received & Ref :   03/19/21      RC#017730 |
| SOLD TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>   KALAMAZOO MI 49009<br>Date Purchased & Ref :   03/23/21      01S40135003 | SHIPPED TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>   KALAMAZOO MI 49008<br>Date Received & Ref :   03/23/21      01S40135003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001548657

GX 088.0452

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01l43989**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023247 | 2 | |
| 023248 | 2 | |
| 025096 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/08/19    A141285 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/08/19 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19    20191022 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19    20191022 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21    PO#01212108 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21    RC#017386 |
| Name:   **EKANTIK LLC**<br>Address: 692 N DUPONT BLVD SUITE 692<br>MILFORD DE 19963<br>Date Purchased & Ref :  03/02/21    01S39509002 | Name:   **EKANTIK LLC**<br>Address: 692 N DUPONT BLVD. SUITE 692<br>MILFORD DE 19963<br>Date Received & Ref :  03/02/21    01S39509002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  2     pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01I43989**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFCMFA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/08/19     A141285 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/08/19 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19     20191022 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19     20191022 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21     PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21     RC#017386 |
| SOLD TO:<br>Name:   **EKANTIK LLC**<br>Address: 692 N DUPONT BLVD SUITE 692<br>         MILFORD DE 19963<br>Date Purchased & Ref :  03/02/21     01S39509002 | SHIPPED TO:<br>Name:   **EKANTIK LLC**<br>Address: 692 N DUPONT BLVD. SUITE 692<br>         MILFORD DE 19963<br>Date Received & Ref :  03/02/21     01S39509002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2     of  2       pages.

SCSRELATIVITY_0001550094

GX 088.0454

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023246 | 2 | |
| 025097 | 3 | |
| | | |

Reference Number: **01143992**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/08/19    A141285 | Date Received & Ref : 08/08/19 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/22/19    20191022 | Date Received & Ref : 10/22/19    20191022 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21    PO#01212108 | Date Received & Ref : 03/01/21    RC#017386 |
| SOLD TO: | SHIPPED TO: |
| Name: **GLOBAL EXPRESS PHARMACY** | Name: **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref : 03/02/21    01S39538002 | Date Received & Ref : 03/02/21    01S39538002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550096

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: __01I43993__
Document Type: __Invoice__
Reference Date: __03/02/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021359 | 1 | |
| 022059 | 3 | |
| 20GV008UA | 1 | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/08/19    A141285 | Date Received & Ref : 08/08/19 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/22/19    20191022 | Date Received & Ref : 10/22/19    20191022 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21    PO#01212108 | Date Received & Ref : 03/01/21    RC#017386 |
| SOLD TO: | SHIPPED TO: |
| Name: **TLC XPRESS PHARMACY** | Name: **TLC XPRESS PHARMACY** |
| Address: 10810 WARNER AVE #3 | Address: 10810 WARNER AVE #3 |
| FOUNTAIN VALLEY CA 92708 | FOUNTAIN VALLEY CA 92708 |
| Date Purchased & Ref : 03/02/21    01S39381004 | Date Received & Ref : 03/02/21    01S39381004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001550097

GX 088.0456

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup></sup>Doc#00000021027

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023246 | 3 | |
| 025394 | 1 | |
| | | |

Reference Number: __01I43994__
Document Type: __Invoice__
Reference Date: __03/02/21__

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/08/19      A141285 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/08/19 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      20191022 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      20191022 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017386 |
| SOLD TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR AVE SE<br>          WASHINGTON DC 20020<br>Date Purchased & Ref :  03/02/21      01S39590002 | SHIPPED TO:<br>Name:   **GRUBB'S SOUTHEAST PHARMACY**<br>Address: 1800 MARTIN LUTHER KING JR. AVE SE<br>          WASHINGTON DC 20020<br>Date Received & Ref :  03/02/21      01S39590002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001550098

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I44005 |
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFCMCA | 2 | |
| CFCMFA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/08/19        A141285 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/08/19 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19        20191022 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19        20191022 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21        PO#01212108 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21        RC#017386 |
| SOLD TO:<br>Name:   CAPITOL HILL PHARMACY<br>Address: 650 PENNSYLVANIA AVE SE<br>        WASHINGTON DC 20003<br>Date Purchased & Ref :  03/02/21        01S39492001 | SHIPPED TO:<br>Name:   CAPITOL HILL PHARMACY<br>Address: 650 PENNSYLVANIA AVE SE<br>        WASHINGTON DC 20003<br>Date Received & Ref :  03/02/21        01S39492001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550099

GX 088.0458

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20GV006UA | 2 | |
| 20GV007UA | 2 | |
| CFCMCA | 1 | |

Reference Number: **01I44010**
Document Type: **Invoice**
Reference Date: **03/02/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/08/19      A141285 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/08/19 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/22/19      20191022 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/22/19      20191022 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21      PO#01212108 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21      RC#017386 |
| SOLD TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :   03/02/21      01S39482003 | SHIPPED TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :   03/02/21      01S39482003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550100

GX 088.0459

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I44012 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023247 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   08/08/19        A141285 | Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   08/08/19 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/22/19        20191022 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/22/19        20191022 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/01/21        PO#01212108 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/01/21        RC#017386 |
| SOLD TO:<br>Name:    GREENHILL PHARMACY - W 4TH ST<br>Address: 2500 W 4TH ST<br>        WILMINGTON DE 19805<br>Date Purchased & Ref :   03/02/21        01S39510004 | SHIPPED TO:<br>Name:    GREENHILL PHARMACY - 4TH ST<br>Address: 2500 W 4TH ST<br>        WILMINGTON DE 19805<br>Date Received & Ref :   03/02/21        01S39510004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550101

GX 088.0460

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I44016 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFCMFA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/08/19    A141285 | Date Received & Ref :  08/08/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/22/19    20191022 | Date Received & Ref :  10/22/19    20191022 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/01/21    PO#01212108 | Date Received & Ref :  03/01/21    RC#017386 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    MEDICAL MALL PHARMACY | Name:    MEDICAL MALL PHARMACY |
| Address: 9 HOSPITAL DR | Address: 9 HOSPITAL DR |
| TOMS RIVER NJ 08755 | TOMS RIVER NJ 08755 |
| Date Purchased & Ref :  03/02/21    01S39503002 | Date Received & Ref :  03/02/21    01S39503002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550102

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: **61958-1901-01**

Reference Number: **01I44125**
Document Type: **Invoice**
Reference Date: **03/03/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 025097 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/08/19    A141285 | Date Received & Ref : 08/08/19 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/22/19    20191022 | Date Received & Ref : 10/22/19    20191022 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21    PO#01212108 | Date Received & Ref : 03/01/21    RC#017386 |
| SOLD TO: | SHIPPED TO: |
| Name: **HOLLY SPRINGS PHARMACY** | Name: **HOLLY SPRINGS PHARMACY** |
| Address: 648 HOLLY SPRINGS RD | Address: 648 HOLLY SPRINGS RD |
| HOLLY SPRINGS NC 27540 | HOLLY SPRINGS NC 27540 |
| Date Purchased & Ref : 03/03/21    01S39701003 | Date Received & Ref : 03/03/21    01S39701003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550103

GX 088.0462

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: **61958-1901-01**

Reference Number: **01I44189**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020472 | 1 | |
| 020716 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/08/19      A141285 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/08/19 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      20191022 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      20191022 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017386 |
| SOLD TO:<br>Name:   **EKANTIK LLC**<br>Address: 692 N DUPONT BLVD SUITE 692<br>       MILFORD DE 19963<br>Date Purchased & Ref :  03/04/21      01S40097001 | SHIPPED TO:<br>Name:   **EKANTIK LLC**<br>Address: 692 N DUPONT BLVD. SUITE 692<br>       MILFORD DE 19963<br>Date Received & Ref :  03/04/21      01S40097001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550104

GX 088.0463

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I44535 |
| Document Type: | Invoice |
| Reference Date: | 03/09/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020086 | 1 | |
| 020230 | 1 | |
| 023827 | 1 | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/08/19      A141285 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/08/19 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/22/19      20191022 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/22/19      20191022 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/01/21      PO#01212108 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/01/21      RC#017386 |
| SOLD TO:<br>Name:   SUPER PHARMACY LLC<br>Address: 1019 H ST. NE<br>       WASHINGTON DC 20002<br>Date Purchased & Ref :  03/09/21      01S39913002 | SHIPPED TO:<br>Name:   SUPER PHARMACY<br>Address: 1019 H STREET NE<br>       WASHINGTON DC 20002<br>Date Received & Ref :  03/09/21      01S39913002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  3      pages.

SCSRELATIVITY_0001550105

GX 088.0464

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I44535 |
| Document Type: | Invoice |
| Reference Date: | 03/09/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 024554 | 1 | |
| 18GV076UA | 1 | |
| CCBYPA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :   08/08/19       A141285 | Date Received & Ref :   08/08/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :   10/22/19       20191022 | Date Received & Ref :   10/22/19       20191022 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :   03/01/21       PO#01212108 | Date Received & Ref :   03/01/21       RC#017386 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SUPER PHARMACY LLC** | Name:   **SUPER PHARMACY** |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref :   03/09/21       01S39913002 | Date Received & Ref :   03/09/21       01S39913002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550105

GX 088.0465

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021027</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDBCCA | 1 | |
| | | |
| | | |

Reference Number: **01I44535**
Document Type: **Invoice**
Reference Date: **03/09/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/08/19   A141285 | Date Received & Ref : 08/08/19 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/22/19   20191022 | Date Received & Ref : 10/22/19   20191022 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/01/21   PO#01212108 | Date Received & Ref : 03/01/21   RC#017386 |
| SOLD TO: | SHIPPED TO: |
| Name: **SUPER PHARMACY LLC** | Name: **SUPER PHARMACY** |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref : 03/09/21   01S39913002 | Date Received & Ref : 03/09/21   01S39913002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3    of  3    pages.

SCSRELATIVITY_0001550105

GX 088.0466

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01143555 |
| Document Type: | Invoice |
| Reference Date: | 02/23/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 5950405B   | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **HEALING TOUCH PHARMACY** | Name:    **HEALING TOUCH PHARMACY** |
| Address: 4139 WHEELER ROAD SOUTHEAST | Address: 4139 WHEELER ROAD SOUTHEAST |
| WASHINGTON DC 20032 | WASHINGTON DC 20032 |
| Date Purchased & Ref :  02/23/21    01S39588001 | Date Received & Ref :  02/23/21    01S39588001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001550130

GX 088.0467

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143559**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 019049     | 1        |                 |
| 5951403B   | 1        |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19       PO#A141582 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19       PO#A141582 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19       PO#20191023 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19       PO#20191023 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19       PO#01262122 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19       PO#01262122 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21       PO#01212034 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21       RC#017225 |
| SOLD TO:<br>Name:    **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>          WASHINGTON DC 20019<br>Date Purchased & Ref :  02/23/21       01S39589001 | SHIPPED TO:<br>Name:    **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>          WASHINGTON DC 20019<br>Date Received & Ref :  02/23/21       01S39589001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550131

GX 088.0468

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020675

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143613**
Document Type: **Invoice**
Reference Date: **02/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 019695 | 1 | |
| 019696 | 1 | |
| 019699 | 1 | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19     PO#20191023 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19     PO#20191023 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| Name:   **AMERICAN SPECIALTY PHARMACY**<br>Address: 13988 DIPLOMAT DRIVE #100<br>     FARMERS BRANCH TX 75234<br>Date Purchased & Ref :  02/23/21     01S38653005 | Name:   **ASPCARES - LAS VEGAS**<br>Address: 501 S RANCHO DRIVE G46<br>     LAS VEGAS NV 89106<br>Date Received & Ref :  02/23/21     01S38653005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550132

GX 088.0469

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01143613__

Document Type: __Invoice__

Reference Date: __02/23/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022033 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERICAN SPECIALTY PHARMACY** | Name:  **ASPCARES - LAS VEGAS** |
| Address: 13988 DIPLOMAT DRIVE #100 | Address: 501 S RANCHO DRIVE G46 |
| FARMERS BRANCH TX 75234 | LAS VEGAS NV 89106 |
| Date Purchased & Ref :  02/23/21    01S38653005 | Date Received & Ref :  02/23/21    01S38653005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2        pages.

SCSRELATIVITY_0001550132

GX 088.0470

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019813 | 1 | |
| | | |
| | | |

Reference Number: __01143632__
Document Type: __Invoice__
Reference Date: __02/24/21__

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   CHARLIE'S PHARMACY | Name:   CHARLIE'S PHARMACY |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  02/24/21      01S39635001 | Date Received & Ref :  02/24/21      01S39635001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001550134

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019816 | 1 | |
| | | |
| | | |

Reference Number: __01143694__
Document Type: __Invoice__
Reference Date: __02/24/21__

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **POINT OF CARE PHARMACY**<br>Address: 333 FORSGATE DRIVE, SUITE 104<br>        JAMESBURG NJ 08831<br>Date Purchased & Ref :  02/24/21      01S39683001 | SHIPPED TO:<br>Name:   **POINT OF CARE PHARMACY**<br>Address: 333 FORSGATE DRIVE, SUITE 104<br>        JAMESBURG NJ 08831<br>Date Received & Ref :  02/24/21      01S39683001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550135

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01143703 |
| Document Type: | **Invoice** |
| Reference Date: | 02/24/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019817 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   **FULLER DRUG STORE** | Name:   **FULLER DRUG STORE** |
| Address: 2688 THIRD AVENUE | Address: 2688 THIRD AVENUE |
| BRONX NY 10454 | BRONX NY 10454 |
| Date Purchased & Ref :  02/24/21    01S39688001 | Date Received & Ref :  02/24/21    01S39688001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550136

GX 088.0473

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01143713 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 02/24/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019815 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   HOLLY SPRINGS PHARMACY | Name:   HOLLY SPRINGS PHARMACY |
| Address: 648 HOLLY SPRINGS RD | Address: 648 HOLLY SPRINGS RD |
| HOLLY SPRINGS NC 27540 | HOLLY SPRINGS NC 27540 |
| Date Purchased & Ref :  02/24/21    01S39701001 | Date Received & Ref :  02/24/21    01S39701001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550137

GX 088.0474

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 019815     | 1        |                 |
|            |          |                 |
|            |          |                 |

Reference Number: **01143723**
Document Type: **Invoice**
Reference Date: **02/24/21**

### (TH) Transaction History

Manufacturer's Name:      **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:   **GL PHARMACY HOLDINGS LLC**<br>Address: 343 BROADWAY<br>      BROOKLYN NY 11211<br>Date Purchased & Ref :  02/24/21      01S39706001 | Name:   **GL PHARMACY HOLDING LLC**<br>Address: 343 BROADWAY<br>      BROOKLYN NY 11211<br>Date Received & Ref :  02/24/21      01S39706001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001550138

GX 088.0475

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143743**
Document Type: **Invoice**
Reference Date: **02/25/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 019815     | 3        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:  **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>    WASHINGTON DC 20036<br>Date Purchased & Ref :  02/25/21    01S39750001 | SHIPPED TO:<br>Name:  **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>    WASHINGTON DC 20036<br>Date Received & Ref :  02/25/21    01S39750001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550139

GX 088.0476

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143747**
Document Type: **Invoice**
Reference Date: **02/25/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019815 | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19    PO#A141582 | Date Received & Ref : 09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/23/19    PO#20191023 | Date Received & Ref : 10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21    PO#01212034 | Date Received & Ref : 02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name: **FIVE POINTS PHARMACY AND WELLNESS** | Name: **FIVE POINTS PHARMACY AND WELLNESS** |
| Address: 1108 LAKE DRIVE | Address: 1108 LAKE DRIVE |
| COCOA FL 32922 | COCOA FL 32922 |
| Date Purchased & Ref : 02/25/21    01S39770001 | Date Received & Ref : 02/25/21    01S39770001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550140

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143796**
Document Type: **Invoice**
Reference Date: **02/25/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCWZNA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19     PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   **EXPRESS DISCOUNT PHARMACY** | Name:   **EXPRESS DISCOUNT PHARMACY** |
| Address: 4528 KIRKWOOD HIGHWAY SUITE A | Address: 4528 KIRKWOOD HIGHWAY SUITE A |
| WILMINGTON DE 19808 | WILMINGTON DE 19808 |
| Date Purchased & Ref :  02/25/21     01S39793001 | Date Received & Ref :  02/25/21     01S39793001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550141

GX 088.0478

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019274 | 1 | |
| 019815 | 1 | |
| | | |

Reference Number: **01143801**
Document Type: **Invoice**
Reference Date: **02/25/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/23/19     PO#A141582** | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/23/19     PO#A141582** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/23/19     PO#20191023** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/23/19     PO#20191023** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/08/19     PO#01262122** | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref :  **12/08/19     PO#01262122** |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21     PO#01212034** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21     RC#017225** |
| SOLD TO:<br>Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>       **WASHINGTON DC 20003**<br>Date Purchased & Ref :  **02/25/21     01S39788001** | SHIPPED TO:<br>Name:   **CAPITOL HILL PHARMACY**<br>Address: **650 PENNSYLVANIA AVE SE**<br>       **WASHINGTON DC 20003**<br>Date Received & Ref :  **02/25/21     01S39788001** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001550142

GX 088.0479

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020469 | 1 | |
| | | |
| | | |

Reference Number: **01143810**
Document Type: **Invoice**
Reference Date: **02/26/21**

## (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:  THOMPSON'S LAKE COUNTRY DRUG INC | Name:  THOMPSON'S LAKE COUNTRY DRUG INC |
| Address: PO BOX 2 | Address: 205 MAIN STREET W |
| ISLE MN 56342 | ISLE MN 56342 |
| Date Purchased & Ref :  02/26/21      01S39798001 | Date Received & Ref :  02/26/21      01S39798001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001550143

GX 088.0480

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143863**
Document Type: **Invoice**
Reference Date: **02/26/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021600 | 1 | |
| 021601 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19   PO#A141582 | Date Received & Ref : 09/23/19   PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/23/19   PO#20191023 | Date Received & Ref : 10/23/19   PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21   PO#01212034 | Date Received & Ref : 02/23/21   RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name: **MAIN STREET PHARMACY** | Name: **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref : 02/26/21   01S39856001 | Date Received & Ref : 02/26/21   01S39856001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550144

GX 088.0481

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01143869 |
| Document Type: | **Invoice** |
| Reference Date: | **02/26/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021351 | 1 | |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information:** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19   PO#A141582 | Date Received & Ref : 09/23/19   PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/23/19   PO#20191023 | Date Received & Ref : 10/23/19   PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21   PO#01212034 | Date Received & Ref : 02/23/21   RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name: **TUCKER PHARMACY** | Name: **TUCKER PHARMACY LLC** |
| Address: 2415 FAIRVIEW BLVD | Address: 2415 FAIRVIEW BLVD |
| FAIRVIEW TN 37062 | FAIRVIEW TN 37062 |
| Date Purchased & Ref : 02/26/21   01S39862001 | Date Received & Ref : 02/26/21   01S39862001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001550145

GX 088.0482

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021088 | 1 | |
| 021597 | 1 | |
| 021601 | 5 | |

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | **SHIPPED TO:**<br>Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| **SOLD TO:**<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | **SHIPPED TO:**<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| **SOLD TO:**<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | **SHIPPED TO:**<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| **SOLD TO:**<br>Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Purchased & Ref :  02/26/21      01S39858001 | **SHIPPED TO:**<br>Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>         MANASSAS VA 20110<br>Date Received & Ref :  02/26/21      01S39858001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 2      pages.

SCSRELATIVITY_0001550146

GX 088.0483

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6425303A | 1 | |
| 6425304A | 1 | |
| | | |

Reference Number: **01143870**
Document Type: **Invoice**
Reference Date: **02/26/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:  **PROSPERITY PHARMACY MANASSAS** | Name:  **PROSPERITY PHARMACY MANASSAS** |
| Address: 8644 SUDLEY ROAD #120 | Address: 8644 SUDLEY ROAD #120 |
| MANASSAS VA 20110 | MANASSAS VA 20110 |
| Date Purchased & Ref :  02/26/21    01S39858001 | Date Received & Ref :  02/26/21    01S39858001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of  2    pages.

SCSRELATIVITY_0001550146

GX 088.0484

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01143879__
Document Type: __Invoice__
Reference Date: __03/01/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 021598 | 1 | |
| 021599 | 1 | |
| 022574 | 1 | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19   PO#A141582 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19   PO#A141582 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19   PO#20191023 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19   PO#20191023 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19   PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref :  12/08/19   PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21   PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21   RC#017225 |
| SOLD TO:<br>Name:   ALPHA PEOPLES DRUGS<br>Address: 1638 R ST NW<br>    WASHINGTON DC 20009<br>Date Purchased & Ref :  03/01/21   01S39866001 | SHIPPED TO:<br>Name:   ALPHA PEOPLE DRUGS<br>Address: 1638 R ST NW<br>    WASHINGTON DC 20009<br>Date Received & Ref :  03/01/21   01S39866001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001550148

GX 088.0485

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020675

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022073 | 1 | |
| 022080 | 2 | |
| CDPYPA | 2 | |

Reference Number: **01143904**
Document Type: **Invoice**
Reference Date: **03/01/21**

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **SUPER PHARMACY LLC** | Name:    **SUPER PHARMACY** |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref :  03/01/21    01S39911001 | Date Received & Ref :  03/01/21    01S39911001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550149

GX 088.0486

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022073 | 1 | |
| | | |
| | | |

Reference Number: **01143905**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **09/23/19**   **PO#A141582** | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **09/23/19**   **PO#A141582** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/23/19**   **PO#20191023** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/23/19**   **PO#20191023** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref :  **12/08/19**   **PO#01262122** | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref :  **12/08/19**   **PO#01262122** |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **02/22/21**   **PO#01212034** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **02/23/21**   **RC#017225** |
| SOLD TO:<br>Name:   **SMALL TOWN PHARMACY 2**<br>Address: **80 WEST GERMANTOWN PIKE**<br>   **NORRISTOWN PA 19401**<br>Date Purchased & Ref :  **03/01/21**   **01S39908001** | SHIPPED TO:<br>Name:   **SMALL TOWN PHARMACY 2**<br>Address: **80 WEST GERMANTOWN PIKE**<br>   **NORRISTOWN PA 19401**<br>Date Received & Ref :  **03/01/21**   **01S39908001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550150

GX 088.0487

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDPYWA | 1 | |
| CDPYXA | 1 | |
| | | |

Reference Number: **01143906**
Document Type: **Invoice**
Reference Date: **03/01/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>   **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>   **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>   **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>   **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: **4219 S OTHELLO ST. #105F**<br>   **SEATTLE WA 98118**<br>Date Purchased & Ref :  03/01/21      01S39902001 | SHIPPED TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: **4219 S OTHELLO ST. #105F**<br>   **SEATTLE WA 98118**<br>Date Received & Ref :  03/01/21      01S39902001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550151

GX 088.0488

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6468401D | 1 | |
| CDPYVA | 1 | |
| | | |

Reference Number:  **01143931**
Document Type:  **Invoice**
Reference Date:  **03/01/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:  **PHARMAQUICK LLC** | Name:  **PHARMAQUICK LLC** |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH  FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  03/01/21    01S39901001 | Date Received & Ref :  03/01/21    01S39901001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550152

GX 088.0489

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01143969 |
| Document Type: | Invoice |
| Reference Date: | 03/01/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021353 | 4 | |
| 022074 | 3 | |
| 022078 | 3 | |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19   PO#A141582 | Date Received & Ref : 09/23/19   PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/23/19   PO#20191023 | Date Received & Ref : 10/23/19   PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21   PO#01212034 | Date Received & Ref : 02/23/21   RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name: **GLOBAL EXPRESS PHARMACY** | Name: **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref : 03/01/21   01S39921001 | Date Received & Ref : 03/01/21   01S39921001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2         pages.

SCSRELATIVITY_0001550153

GX 088.0490

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01143969**
Document Type: **Invoice**
Reference Date: **03/01/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDPYTA | 2 | |
| CDPYZA | 3 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>    **GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  03/01/21    01S39921001 | SHIPPED TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>    **GARDEN GROVE CA 92843**<br>Date Received & Ref :  03/01/21    01S39921001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of  2    pages.

SCSRELATIVITY_0001550153

GX 088.0491

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

| | | | Reference Number: | **01143970** |
|---|---|---|---|---|
| | | | Document Type: | **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: | **03/01/21** |
| **022075** | **2** | | | |
| | | | | |
| | | | | |

## (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE, CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19    PO#A141582 | Date Received & Ref : 09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/23/19    PO#20191023 | Date Received & Ref : 10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21    PO#01212034 | Date Received & Ref : 02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name: **MAIN STREET PHARMACY** | Name: **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref : 03/01/21    01S39930001 | Date Received & Ref : 03/01/21    01S39930001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001550155

GX 088.0492

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01143988 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/02/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6425304A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **WELDONE PHARMACY LLC**<br>Address: **1739 E HILLSBOROUHG AVE**<br>        **TAMPA FL 33610**<br>Date Purchased & Ref :  03/02/21      01S39860001 | SHIPPED TO:<br>Name:   **WELDONE PHARMACY**<br>Address: **1739 E HILLSBOROUGH AVE**<br>        **TAMPA FL 33610**<br>Date Received & Ref :  03/02/21      01S39860001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550156

GX 088.0493

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01144009**
Document Type: **Invoice**
Reference Date: **03/02/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022075 | 2 | |
| 022076 | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19     PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   **CARY RX. INC** | Name:   **CARY RX. INC.** |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
| WASHINGTON DC 20001 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/02/21     01S39939001 | Date Received & Ref :  03/02/21     01S39939001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550157

GX 088.0494

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 020470 | 1 | |
| | | |
| | | |

Reference Number: **01144135**
Document Type: **Invoice**
Reference Date: **03/03/21**

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | SHIPPED TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19     PO#20191023 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:    OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>          SEATTLE WA 98118<br>Date Purchased & Ref :  03/03/21     01S40082001 | SHIPPED TO:<br>Name:    OTHELLO STATION PHARMACY<br>Address: 4219 S OTHELLO ST. #105F<br>          SEATTLE WA 98118<br>Date Received & Ref :  03/03/21     01S40082001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550158

GX 088.0495

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01144166**
Document Type: **Invoice**
Reference Date: **03/03/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022076 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | SHIPPED TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
|---|---|
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:    ASPCARES - COLUMBIA<br>Address: 13988 DIPLOMAT DRIVE #140<br>          FARMERS BRANCH TX 75234<br>Date Purchased & Ref :  03/03/21      01S40120001 | SHIPPED TO:<br>Name:    ASPCARES - COLUMBIA<br>Address: 5500 KNOLL NORTH DRIVE #140<br>          COLUMBIA MD 21045<br>Date Received & Ref :  03/03/21      01S40120001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022076 | 1 | |
| | | |
| | | |

Reference Number: **01144173**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:   **GENERX DISCOUNT PHARMACY**<br>Address: **1235 S JOSEY LANE SUITE 533**<br>    **CARROLLTOWN TX 75006**<br>Date Purchased & Ref :  03/04/21    01S40124001 | SHIPPED TO:<br>Name:   **GENERX DISCOUNT PHARMACY**<br>Address: **1235 S JOSEY LANE SUITE 533**<br>    **CARROLLTOWN TX 75006**<br>Date Received & Ref :  03/04/21    01S40124001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550160

GX 088.0497

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01144179 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/04/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022076 | 1 | |
| 022082 | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMERISOURCEBERGEN DRUG CP | Name:  AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  AMSTERDAM WELLNESS PHARMA | Name:  AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  MINNICH'S PHARMACY | Name:  MINNICH'S PHARMACY |
| Address: 976 S GEORGE STREET | Address: 976 S GEORGE STREET |
| YORK PA 17403 | YORK PA 17403 |
| Date Purchased & Ref :  03/04/21      01S40125001 | Date Received & Ref :  03/04/21      01S40125001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550161

GX 088.0498

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022077 | 2 | |
| CDPYSA | 3 | |
| | | |

Reference Number: **01144247**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>        **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19      PO#20191023 | Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>        **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19      PO#20191023 |
| Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>        **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>        **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>        **MANASSAS VA 20110**<br>Date Purchased & Ref :  03/04/21      01S40201001 | Name:  **PROSPERITY PHARMACY MANASSAS**<br>Address: **8644 SUDLEY ROAD #120**<br>        **MANASSAS VA 20110**<br>Date Received & Ref :  03/04/21      01S40201001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001550162

GX 088.0499

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01144254**
Document Type: **Invoice**
Reference Date: **03/04/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022077 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19     PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:  **ETHOS PHARMACY** | Name:  **ETHOS PHARMACY** |
| Address: 4332 N ELSTON AVE | Address: 4332 N ELSTON AVE |
| CHICAGO IL 60641 | CHICAGO IL 60641 |
| Date Purchased & Ref :  03/04/21     01S40206001 | Date Received & Ref :  03/04/21     01S40206001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550163

GX 088.0500

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022077 | 2 | |
| | | |
| | | |

Reference Number: **01144260**
Document Type: **Invoice**
Reference Date: **03/04/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19     PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **CHARLIE'S PHARMACY** | Name:   **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  03/04/21     01S40214001 | Date Received & Ref :  03/04/21     01S40214001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001550164

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022082 | 4 | |
| 6468402A | 6 | |
| CDPYSA | 3 | |

Reference Number: **01144279**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/23/19        PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/23/19        PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/23/19        PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :   10/23/19        PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :   12/08/19        PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :   12/08/19        PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/22/21        PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   02/23/21        RC#017225 |
| SOLD TO:<br>Name:   **NASHVILLE PHARMACY SERVICES**<br>Address: PO BOX 157<br>        NASHVILLE TN 37204<br>Date Purchased & Ref :   03/05/21        01S40181002 | SHIPPED TO:<br>Name:   **NASHVILLE PHARMACY SERVICES**<br>Address: 719 THOMPSON LANE #57100<br>        NASHVILLE TN 37204<br>Date Received & Ref :   03/05/21        01S40181002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550165

GX 088.0502

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022077 | 2 | |
| | | |
| | | |

Reference Number: **01144312**
Document Type: **Invoice**
Reference Date: **03/05/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/23/19     PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   **CONCORD DRUGS** | Name:   **CONCORD DRUGS** |
| Address: **8046 ROSWELL RD SUITE 202** | Address: **550 PEACHTREE STREET N.E SUITE 1450** |
| **ATLANTA GA 30308** | **ATLANTA GA 30308** |
| Date Purchased & Ref :  03/05/21     01S40246001 | Date Received & Ref :  03/05/21     01S40246001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550166

GX 088.0503

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01144332**
Document Type: **Invoice**
Reference Date: **03/05/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022077     | 2        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19      PO#A141582 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19      PO#20191023 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19      PO#20191023 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017225 |
| Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Purchased & Ref :  03/05/21      01S40284001 | Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Received & Ref :  03/05/21      01S40284001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550167

GX 088.0504

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01144333**
Document Type: **Invoice**
Reference Date: **03/05/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022077 | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  03/05/21      01S40282001 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  03/05/21      01S40282001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550168

GX 088.0505

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01144351**
Document Type: **Invoice**
Reference Date: **03/08/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022077     | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information: **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>  **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>  **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>  **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19     PO#20191023 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>  **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>  **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>  **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:  **PHARMAQUICK LLC**<br>Address: **753 ARTHUR GODFREY RD**<br>  **MIAMI BEACH  FL 33140**<br>Date Purchased & Ref :  03/08/21     01S40300001 | SHIPPED TO:<br>Name:  **PHARMAQUICK LLC**<br>Address: **753 ARTHUR GODFREY RD**<br>  **MIAMI BEACH FL 33140**<br>Date Received & Ref :  03/08/21     01S40300001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001550169

GX 088.0506

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022077 | 1 | |
| | | |
| | | |

Reference Number: __01144364__
Document Type: __Invoice__
Reference Date: __03/08/21__

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:  **ALL RX INC**<br>Address: 1113 SOUTH F STREET, SUITE C<br>    HARLINGEN TX 78550<br>Date Purchased & Ref :  03/08/21    01S40306001 | SHIPPED TO:<br>Name:  **ALL RX INC**<br>Address: 1113 SOUTH F STREET, SUITE C<br>    HARLINGEN TX 78550<br>Date Received & Ref :  03/08/21    01S40306001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001550170

GX 088.0507

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01I44994 |
| Document Type: | Invoice |
| Reference Date: | 03/17/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022579 | 2 | |
| 6505201A | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19     PO#20191023 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:    HOLLY SPRINGS PHARMACY<br>Address: 648 HOLLY SPRINGS RD<br>        HOLLY SPRINGS NC 27540<br>Date Purchased & Ref :  03/17/21     01S40855001 | SHIPPED TO:<br>Name:    HOLLY SPRINGS PHARMACY<br>Address: 648 HOLLY SPRINGS RD<br>        HOLLY SPRINGS NC 27540<br>Date Received & Ref :  03/17/21     01S40855001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550171

GX 088.0508

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01145065__
Document Type: __Invoice__
Reference Date: __03/18/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022079 | 4 | |
| 022579 | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19  PO#A141582 | Date Received & Ref :  09/23/19  PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19  PO#20191023 | Date Received & Ref :  10/23/19  PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19  PO#01262122 | Date Received & Ref :  12/08/19  PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21  PO#01212034 | Date Received & Ref :  02/23/21  RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BETTER CARE RX** | Name:  **BETTER CARE RX** |
| Address: 4128 W BURBANK BLVD | Address: 4128 W BURBANK BLVD |
| BURBANK CA 91505 | BURBANK CA 91505 |
| Date Purchased & Ref :  03/18/21  01S40848001 | Date Received & Ref :  03/18/21  01S40848001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of 1  pages.

SCSRELATIVITY_0001550172

GX 088.0509

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020675

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

Reference Number: __01145067__
Document Type: __Invoice__
Reference Date: __03/18/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6505201A | 1 | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  09/23/19       PO#A141582 | Date Received & Ref :  09/23/19       PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/23/19       PO#20191023 | Date Received & Ref :  10/23/19       PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/08/19       PO#01262122 | Date Received & Ref :  12/08/19       PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/22/21       PO#01212034 | Date Received & Ref :  02/23/21       RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **A PLUS PHARMACY** | Name:   **A PLUS PHARMACY** |
| Address: **4750 E MOODY BLVD, SUITE 107** | Address: **4750 E MOODY BLVD, SUITE 107** |
| **BUNNELL FL 32110** | **BUNNELL FL 32110** |
| Date Purchased & Ref :  03/18/21       01S40929001 | Date Received & Ref :  03/18/21       01S40929001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550173

GX 088.0510

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145276**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6505201A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :   09/23/19       PO#A141582 | Name:     **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>         **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :   09/23/19       PO#A141582 |
| SOLD TO:<br>Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :   10/23/19       PO#20191023 | SHIPPED TO:<br>Name:     **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>         **NEW YORK NY 10032-8210**<br>Date Received & Ref :   10/23/19       PO#20191023 |
| SOLD TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Purchased & Ref :   12/08/19       PO#01262122 | SHIPPED TO:<br>Name:     **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>         **REGO PARK NY 11374**<br>Date Received & Ref :   12/08/19       PO#01262122 |
| SOLD TO:<br>Name:     **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   02/22/21       PO#01212034 | SHIPPED TO:<br>Name:     **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>         **CAMBRIDGE MD 21613**<br>Date Received & Ref :   02/23/21       RC#017225 |
| SOLD TO:<br>Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>         **SAN FRANCISCO CA 94115**<br>Date Purchased & Ref :   03/19/21       01S41072001 | SHIPPED TO:<br>Name:     **CHARLIE'S PHARMACY**<br>Address: **1101 FILLMORE STREET**<br>         **SAN FRANCISCO CA 94115**<br>Date Received & Ref :   03/19/21       01S41072001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001550174

GX 088.0511

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

| Reference Number: | 01145286 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6505201A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   PARK PHARMACY | Name:   PARK PHARMACY |
| Address: 4811 AMBASSADOR CAFFERY PKWY #101 | Address: 4811 AMBASSADOR CAFFERY PKWY #101 |
| LAFAYETTE LA 70508 | LAFAYETTE LA 70508 |
| Date Purchased & Ref :  03/22/21      01S41075001 | Date Received & Ref :  03/22/21      01S41075001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550175

GX 088.0512

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6505201A | 1 | |
| | | |
| | | |

Reference Number: **01145297**
Document Type: **Invoice**
Reference Date: **03/22/21**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19     PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:   **EXTRA CARE CITY PHARMACY**<br>Address: 1000 EXECUTIVE DRIVE SUITE 2<br>     OVIEDO FL 32765<br>Date Purchased & Ref :  03/22/21     01S41099001 | SHIPPED TO:<br>Name:   **EXTRA CARE CITY PHARMACY**<br>Address: 1000 EXECUTIVE DR<br>     OVIEDO FL 32765<br>Date Received & Ref :  03/22/21     01S41099001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001550176

GX 088.0513

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

Reference Number: __01145311__
Document Type: __Invoice__
Reference Date: __03/22/21__

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | SHIPPED TO:<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   CAPITOL HILL PHARMACY<br>Address: 650 PENNSYLVANIA AVE SE<br>        WASHINGTON DC 20003<br>Date Purchased & Ref :  03/22/21      01S41110001 | SHIPPED TO:<br>Name:   CAPITOL HILL PHARMACY<br>Address: 650 PENNSYLVANIA AVE SE<br>        WASHINGTON DC 20003<br>Date Received & Ref :  03/22/21      01S41110001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550177

GX 088.0514

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

| | | | |
|---|---|---|---|
| NDC: 61958-2002-01 | | Reference Number: | **01145327** |
| | | Document Type: | **Invoice** |
| Lot Number | Quantity | Unique Serial # | Reference Date: **03/22/21** |
| 6505201A | 1 | | |
| | | | |
| | | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **CARY RX. INC** | Name:   **CARY RX INC.** |
| Address: 1300 7TH STREET NW | Address: 1300 7TH STREET NW |
| WASHINGTON DC 20001 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/22/21      01S41107001 | Date Received & Ref :  03/22/21      01S41107001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550178

GX 088.0515

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

Reference Number:  **01145341**
Document Type:  **Invoice**
Reference Date:  **03/22/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **POINT OF CARE PHARMACY** | Name:  **POINT OF CARE PHARMACY** |
| Address: **333 FORSGATE DRIVE, SUITE 104** | Address: **333 FORSGATE DRIVE, SUITE 104** |
| **JAMESBURG NJ 08831** | **JAMESBURG NJ 08831** |
| Date Purchased & Ref :  03/22/21    01S41128001 | Date Received & Ref :  03/22/21    01S41128001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550179

GX 088.0516

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01145377 |
| Document Type: | Invoice |
| Reference Date: | 03/22/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:  **T-CARE PHARMACY** | Name:  **T-CARE PHARMACY** |
| Address: 9185 BARBARESCO CIRCLE | Address: 678 N WILSON WAY #14 |
| STOCKTON CA 95205 | STOCKTON CA 95205 |
| Date Purchased & Ref :  03/22/21    01S41167001 | Date Received & Ref :  03/22/21    01S41167001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001550180

GX 088.0517

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145404**
Document Type: **Invoice**
Reference Date: **03/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022577     | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>**NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:   **TRIPLE ALLIANCE PHARMACY**<br>Address: **1219 BRENTWOOD ROAD NE**<br>**WASHINGTON DC 20018**<br>Date Purchased & Ref :  03/23/21    01S41205001 | SHIPPED TO:<br>Name:   **TRIPLE ALLIANCE PHARMACY**<br>Address: **1219 BRENTWOOD ROAD NE**<br>**WASHINGTON DC 20018**<br>Date Received & Ref :  03/23/21    01S41205001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001550181

GX 088.0518

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145457**
Document Type: **Invoice**
Reference Date: **03/23/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022577 | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|          NORTH AMITYVILLE NY 11701-1156 |          NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|          NEW YORK NY 10032-8210 |          NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   POLYPLEX PHARMACY INC | Name:   POLYPLEX PHARMACY INC |
| Address: 2596 DONALD LEE HOLLOWELL PKWY | Address: 2596 DONALD LEE HOLLOWELL PKWY |
|          ATLANTA GA 30318 |          ATLANTA GA 30318 |
| Date Purchased & Ref :  03/23/21      01S41246001 | Date Received & Ref :  03/23/21     01S41246001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001550182

GX 088.0519

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

Reference Number: **01145501**
Document Type: **Invoice**
Reference Date: **03/24/21**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: |
|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 |

| SHIPPED TO: |
|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 |
| Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: |
|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 |

| SHIPPED TO: |
|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 |
| Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: |
|---|
| Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 |

| SHIPPED TO: |
|---|
| Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 |
| Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: |
|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** |
| Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 |

| SHIPPED TO: |
|---|
| Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 |
| Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: |
|---|
| Name:   **HOLLY SPRINGS PHARMACY** |
| Address: 648 HOLLY SPRINGS RD |
| HOLLY SPRINGS NC 27540 |
| Date Purchased & Ref :  03/24/21      01S41278001 |

| SHIPPED TO: |
|---|
| Name:   **HOLLY SPRINGS PHARMACY** |
| Address: 648 HOLLY SPRINGS RD |
| HOLLY SPRINGS NC 27540 |
| Date Received & Ref :  03/24/21      01S41278001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550183

GX 088.0520

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022577 | 1 | |
| | | |
| | | |

Reference Number: __01145528__
Document Type: __Invoice__
Reference Date: __03/24/21__

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **BRAVO PHARMACY**<br>Address: 3158 WASHINGTON ST<br>        JAMAICA PLAIN MA 02130<br>Date Purchased & Ref :  03/24/21      01S41323001 | SHIPPED TO:<br>Name:   **BRAVO PHARMACY**<br>Address: 3158 WASHINGTON ST<br>        JAMAICA PLAIN MA 02130<br>Date Received & Ref :  03/24/21      01S41323001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001550184

GX 088.0521

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022577 | 1 | |
| | | |
| | | |

Reference Number: __01145532__
Document Type: __Invoice__
Reference Date: __03/24/21__

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 09/23/19    PO#A141582 | Date Received & Ref : 09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/23/19    PO#20191023 | Date Received & Ref : 10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19    PO#01262122 | Date Received & Ref : 12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 02/22/21    PO#01212034 | Date Received & Ref : 02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name: **CAREPLUS PHARMACY** | Name: **CAREPLUS PHARMACY** |
| Address: 22948 SUSSEX HIGHWAY | Address: 22948 SUSSEX HIGHWAY |
| SEAFORD DE 19973 | SEAFORD DE 19973 |
| Date Purchased & Ref : 03/24/21    01S41318001 | Date Received & Ref : 03/24/21    01S41318001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550185

GX 088.0522

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145565**
Document Type: **Invoice**
Reference Date: **03/25/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022577 | 1 | |
| 022578 | 9 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  03/25/21      01S41357001 | SHIPPED TO:<br>Name:   **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  03/25/21      01S41357001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550186

GX 088.0523

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01145569__
Document Type: __Invoice__
Reference Date: __03/25/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022578 | 2 | |
| 6485401A | 4 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:   **VICTORY MEDICAL CENTER**<br>Address: **4303 VICTORY DRIVE**<br>    **AUSTIN TX 78704**<br>Date Purchased & Ref :  03/25/21    01S41363001 | SHIPPED TO:<br>Name:   **VICTORY MEDICAL CENTER**<br>Address: **4303 VICTORY DRIVE**<br>    **AUSTIN TX 78704**<br>Date Received & Ref :  03/25/21    01S41363001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001550187

GX 088.0524

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6485401A | 2 | |
| | | |
| | | |

Reference Number:  **01145572**
Document Type:  **Invoice**
Reference Date:  **03/25/21**

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   **OTHELLO STATION PHARMACY** | Name:   **OTHELLO STATION PHARMACY** |
| Address: 4219 S OTHELLO ST. #105F | Address: 4219 S OTHELLO ST. #105F |
| SEATTLE WA 98118 | SEATTLE WA 98118 |
| Date Purchased & Ref :  03/25/21    01S41371001 | Date Received & Ref :  03/25/21    01S41371001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001550188

GX 088.0525

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

**Reference Number:** 01145589
**Document Type:** Invoice
**Reference Date:** 03/25/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| 6485401A   | 2        |                  |
|            |          |                  |
|            |          |                  |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** AMERISOURCEBERGEN DRUG CP | **Name:** AMERISOURCEBERGEN DRUG CP |
| **Address:** 5500 NEW HORIZONS BLVD. | **Address:** 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| **Date Purchased & Ref :** 09/23/19   PO#A141582 | **Date Received & Ref :** 09/23/19   PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** AMSTERDAM WELLNESS PHARMA | **Name:** AMSTERDAM WELLNESS PHARMA |
| **Address:** 2091 AMSTERDAM AVE | **Address:** 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Date Received & Ref :** 10/23/19   PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD | **Address:** 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| **Date Purchased & Ref :** 12/08/19   PO#01262122 | **Date Received & Ref :** 12/08/19   PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** SAFE CHAIN SOLUTIONS, LLC | **Name:** SAFE CHAIN SOLUTIONS |
| **Address:** 822 CHESAPEAKE DR | **Address:** 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| **Date Purchased & Ref :** 02/22/21   PO#01212034 | **Date Received & Ref :** 02/23/21   RC#017225 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** VICTORY MEDICAL CENTER | **Name:** VICTORY MEDICAL CENTER |
| **Address:** 4303 VICTORY DRIVE | **Address:** 4303 VICTORY DRIVE |
| AUSTIN TX 78704 | AUSTIN TX 78704 |
| **Date Purchased & Ref :** 03/25/21   01S41372001 | **Date Received & Ref :** 03/25/21   01S41372001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001550189

GX 088.0526

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145595**
Document Type: **Invoice**
Reference Date: **03/25/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6485401A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **NORTH CAPITOL PHARMACY** | Name:   **NORTH CAPITOL PHARMACY** |
| Address: 1516 NORTH CAPITOL STREET NW | Address: 1516 NORTH CAPITOL STREET NW |
| WASHINGTON DC 20002 | WASHINGTON DC 20001 |
| Date Purchased & Ref :  03/25/21      01S41381001 | Date Received & Ref :  03/25/21      01S41381001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550190

GX 088.0527

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01145599 |
| Document Type: | Invoice |
| Reference Date: | 03/25/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6485403A | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **CHARLIE'S PHARMACY** | Name:   **CHARLIE'S PHARMACY** |
| Address: 1101 FILLMORE STREET | Address: 1101 FILLMORE STREET |
| SAN FRANCISCO CA 94115 | SAN FRANCISCO CA 94115 |
| Date Purchased & Ref :  03/25/21      01S41387001 | Date Received & Ref :  03/25/21      01S41387001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001550191

GX 088.0528

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01145616__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6485403A   | 1        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| | |
|---|---|
| SOLD TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   09/23/19      PO#A141582 | SHIPPED TO:<br>Name:    AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   09/23/19      PO#A141582 |
| SOLD TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :   10/23/19      PO#20191023 | SHIPPED TO:<br>Name:    AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :   10/23/19      PO#20191023 |
| SOLD TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref :   12/08/19      PO#01262122 | SHIPPED TO:<br>Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref :   12/08/19      PO#01262122 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   02/22/21      PO#01212034 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   02/23/21      RC#017225 |
| SOLD TO:<br>Name:    THOMPSON'S LAKE COUNTRY DRUG INC<br>Address: PO BOX 2<br>          ISLE MN 56342<br>Date Purchased & Ref :   03/26/21      01S41397001 | SHIPPED TO:<br>Name:    THOMPSON'S LAKE COUNTRY DRUG INC<br>Address: 205 MAIN STREET W<br>          ISLE MN 56342<br>Date Received & Ref :   03/26/21      01S41397001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550192

GX 088.0529

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6485401A | 2 | |
| 6485403A | 4 | |
| | | |

Reference Number: __01145623__
Document Type: __Invoice__
Reference Date: __03/26/21__

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
|---|---|
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Purchased & Ref :  03/26/21      01S41384001 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: 7360 SANTA MONICA BLVD #101<br>        WEST HOLLYWOOD CA 90046<br>Date Received & Ref :  03/26/21      01S41384001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550193

GX 088.0530

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: __01145639__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6485403A | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19     PO#20191023 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:   VICTORY MEDICAL CENTER<br>Address: 4303 VICTORY DRIVE<br>         AUSTIN TX 78704<br>Date Purchased & Ref :  03/26/21     01S41403001 | SHIPPED TO:<br>Name:   VICTORY MEDICAL CENTER<br>Address: 4303 VICTORY DRIVE<br>         AUSTIN TX 78704<br>Date Received & Ref :  03/26/21     01S41403001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001550194

GX 088.0531

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000020675

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022576 | 1 | |
| | | |
| | | |

Reference Number: **01145669**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:  GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19    PO#A141582 | Name:  **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19    PO#20191023 | SHIPPED TO:<br>Name:  **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19    PO#01262122 | SHIPPED TO:<br>Name:  **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO:<br>Name:  **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21    PO#01212034 | SHIPPED TO:<br>Name:  **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO:<br>Name:  **WELDONE PHARMACY LLC**<br>Address: 1739 E HILLSBOROUHG AVE<br>    TAMPA FL 33610<br>Date Purchased & Ref :  03/26/21    01S41428001 | SHIPPED TO:<br>Name:  **WELDONE PHARMACY**<br>Address: 1739 E HILLSBOROUGH AVE<br>    TAMPA FL 33610<br>Date Received & Ref :  03/26/21    01S41428001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550195

GX 088.0532

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145681**
Document Type: **Invoice**
Reference Date: **03/26/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022576     | 2        |                 |
|            |          |                 |
|            |          |                 |

### (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information:** 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 09/23/19   PO#A141582 | Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 09/23/19   PO#A141582 |
| Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/23/19   PO#20191023 | Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref : 10/23/19   PO#20191023 |
| Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : 12/08/19   PO#01262122 | Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : 12/08/19   PO#01262122 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 02/22/21   PO#01212034 | Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 02/23/21   RC#017225 |
| Name: **CARY RX. INC**<br>Address: 1300 7TH STREET NW<br>WASHINGTON DC 20001<br>Date Purchased & Ref : 03/26/21   01S41411001 | Name: **CARY RX INC.**<br>Address: 1300 7TH STREET NW<br>WASHINGTON DC 20001<br>Date Received & Ref : 03/26/21   01S41411001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550196

GX 088.0533

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022576 | 5 | |
| | | |
| | | |

Reference Number: **01145683**
Document Type: **Invoice**
Reference Date: **03/26/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>            NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19        PO#A141582 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>            NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19        PO#A141582 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>            NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19        PO#20191023 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>            NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19        PO#20191023 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19        PO#01262122 | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>            REGO PARK NY 11374<br>Date Received & Ref :  12/08/19        PO#01262122 |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21        PO#01212034 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>            CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21        RC#017225 |
| SOLD TO:<br>Name:    **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>            WASHINGTON DC 20036<br>Date Purchased & Ref :  03/26/21        01S41420001 | SHIPPED TO:<br>Name:    **DUPONT CIRCLE PHARMACY**<br>Address: 1506 21 STREET NW<br>            WASHINGTON DC 20036<br>Date Received & Ref :  03/26/21        01S41420001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550197

GX 088.0534

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022576 | 1 | |
| | | |
| | | |

Reference Number: **01145763**
Document Type: **Invoice**
Reference Date: **03/29/21**

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19    PO#A141582 | Date Received & Ref :  09/23/19    PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19    PO#20191023 | Date Received & Ref :  10/23/19    PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19    PO#01262122 | Date Received & Ref :  12/08/19    PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21    PO#01212034 | Date Received & Ref :  02/23/21    RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   PURE PHARMACY LLC | Name:   PURE PHARMACY LLC |
| Address: 959 WEST AVENUE #16 | Address: 959 WEST AVENUE #16 |
| MIAMI BEACH FL 33139 | MIAMI FL 33139 |
| Date Purchased & Ref :  03/29/21    01S41494001 | Date Received & Ref :  03/29/21    01S41494001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1           pages.

SCSRELATIVITY_0001550198

GX 088.0535

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

Reference Number: **01145774**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022576 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **EXTRA CARE CITY PHARMACY** | Name:   **EXTRA CARE CITY PHARMACY** |
| Address: 1000 EXECUTIVE DRIVE SUITE 2 | Address: 1000 EXECUTIVE DR |
| OVIEDO FL 32765 | OVIEDO FL 32765 |
| Date Purchased & Ref :  03/29/21      01S41493001 | Date Received & Ref :  03/29/21      01S41493001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550199

GX 088.0536

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)** |

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022576 | 3 | |
| | | |
| | | |

Reference Number:   01145777
Document Type:   Invoice
Reference Date:   03/29/21

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO: | SHIPPED TO: |
| Name:   PHARMAQUICK LLC | Name:   PHARMAQUICK LLC |
| Address: 753 ARTHUR GODFREY RD | Address: 753 ARTHUR GODFREY RD |
| MIAMI BEACH  FL 33140 | MIAMI BEACH FL 33140 |
| Date Purchased & Ref :  03/29/21      01S41502001 | Date Received & Ref :  03/29/21      01S41502001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550200

GX 088.0537

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Reference Number: | 01145780 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/29/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022576 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19      PO#A141582 | Date Received & Ref :  09/23/19      PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19      PO#20191023 | Date Received & Ref :  10/23/19      PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19      PO#01262122 | Date Received & Ref :  12/08/19      PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21      PO#01212034 | Date Received & Ref :  02/23/21      RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   HOLLY SPRINGS PHARMACY | Name:   HOLLY SPRINGS PHARMACY |
| Address: 648 HOLLY SPRINGS RD | Address: 648 HOLLY SPRINGS RD |
| HOLLY SPRINGS NC 27540 | HOLLY SPRINGS NC 27540 |
| Date Purchased & Ref :  03/29/21      01S41479001 | Date Received & Ref :  03/29/21      01S41479001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550201

GX 088.0538

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01145792**
Document Type: **Invoice**
Reference Date: **03/29/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022576 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: 4219 S OTHELLO ST. #105F<br>         SEATTLE WA 98118<br>Date Purchased & Ref :  03/29/21      01S41525001 | SHIPPED TO:<br>Name:   **OTHELLO STATION PHARMACY**<br>Address: 4219 S OTHELLO ST. #105F<br>         SEATTLE WA 98118<br>Date Received & Ref :  03/29/21      01S41525001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550202

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

| | | | |
|---|---|---|---|
| NDC: 61958-2002-01 | | Reference Number: | **01145825** |
| | | Document Type: | **Invoice** |
| | | Reference Date: | **03/29/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022575 | 7 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19  PO#A141582 | Date Received & Ref :  09/23/19  PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19  PO#20191023 | Date Received & Ref :  10/23/19  PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19  PO#01262122 | Date Received & Ref :  12/08/19  PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21  PO#01212034 | Date Received & Ref :  02/23/21  RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **MEADOW DRUGS AND SURGICALS** | Name:  **MEADOW DRUGS AND SURGICALS** |
| Address: 353 NEWBRIDGE RD | Address: 353 NEWBRIDGE RD |
| EAST MEADOW NY 11554 | EAST MEADOW NY 11554 |
| Date Purchased & Ref :  03/29/21  01S41554001 | Date Received & Ref :  03/29/21  01S41554001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550203

GX 088.0540

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022575 | 4 | |
| | | |
| | | |

Reference Number: **01145932**
Document Type: **Invoice**
Reference Date: **03/30/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19     PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>      NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19     PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19     PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>      NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19     PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19     PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>      REGO PARK NY 11374<br>Date Received & Ref :  12/08/19     PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21     PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>      CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21     RC#017225 |
| SOLD TO:<br>Name:   **MEDCARE FAMILY PHARMACY**<br>Address: 1710 SOUTH MAIN STREET<br>      SANTA ANA CA 92707<br>Date Purchased & Ref :  03/30/21     01S41581001 | SHIPPED TO:<br>Name:   **MEDCARE FAMILY PHARMACY**<br>Address: 1710 SOUTH MAIN STREET<br>      SANTA ANA CA 92707<br>Date Received & Ref :  03/30/21     01S41581001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550204

GX 088.0541

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: **61958-2002-01**

| Reference Number: | 01145936 |
| Document Type: | Invoice |
| Reference Date: | 03/30/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022575 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|     NORTH AMITYVILLE NY 11701-1156 |     NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  09/23/19     PO#A141582 | Date Received & Ref :  09/23/19     PO#A141582 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|     NEW YORK NY 10032-8210 |     NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/23/19     PO#20191023 | Date Received & Ref :  10/23/19     PO#20191023 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|     REGO PARK NY 11374 |     REGO PARK NY 11374 |
| Date Purchased & Ref :  12/08/19     PO#01262122 | Date Received & Ref :  12/08/19     PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|     CAMBRIDGE MD 21613 |     CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  02/22/21     PO#01212034 | Date Received & Ref :  02/23/21     RC#017225 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **EXPRESS DISCOUNT PHARMACY** | Name:   **EXPRESS DISCOUNT PHARMACY** |
| Address: 4528 KIRKWOOD HIGHWAY SUITE A | Address: 4528 KIRKWOOD HIGHWAY SUITE A |
|     WILMINGTON DE 19808 |     WILMINGTON DE 19808 |
| Date Purchased & Ref :  03/30/21     01S41643001 | Date Received & Ref :  03/30/21     01S41643001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001550205

GX 088.0542

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

Reference Number: **01**

NDC: **61958-2002-01**

Document Type: **Invoice**

Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 022575 | 5 | |
| 022583 | 16 | |
| 022594 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **09/23/19      PO#A141582** | Date Received & Ref :  **09/23/19      PO#A141582** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/23/19      PO#20191023** | Date Received & Ref :  **10/23/19      PO#20191023** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref :  **12/08/19      PO#01262122** | Date Received & Ref :  **12/08/19      PO#01262122** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **02/22/21      PO#01212034** | Date Received & Ref :  **02/23/21      RC#017225** |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SCS-GILEAD** | Name:   **SCS-GILEAD** |
| Address: **SCS-GILEAD** | Address: **SCS-GILEAD** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **03/31/21      01S41750001** | Date Received & Ref :  **03/31/21      01S41750001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001550206

GX 088.0543

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6485402A | 18 | |
| 6485403A | 3 | |
| 6505202A | 25 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/23/19      PO#A141582 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>         NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/23/19      PO#A141582 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/23/19      PO#20191023 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>         NEW YORK NY 10032-8210<br>Date Received & Ref :  10/23/19      PO#20191023 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Purchased & Ref :  12/08/19      PO#01262122 | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>         REGO PARK NY 11374<br>Date Received & Ref :  12/08/19      PO#01262122 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  02/22/21      PO#01212034 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  02/23/21      RC#017225 |
| SOLD TO:<br>Name:   **SCS-GILEAD**<br>Address: SCS-GILEAD<br>         CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/31/21      01S41750001 | SHIPPED TO:<br>Name:   **SCS-GILEAD**<br>Address: SCS-GILEAD<br>         CAMBRIDGE MD 21613<br>Date Received & Ref :  03/31/21      01S41750001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  3      pages.

SCSRELATIVITY_0001550206

GX 088.0544

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000020675</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DESCOVY TAB 30CT, 200; 25 mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2002-1)**

NDC: 61958-2002-01

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/31/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6505203A | 4 | |
| 6505204A | 1 | |
| 6509303A | 1 | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  09/23/19      PO#A141582 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  09/23/19      PO#A141582 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/23/19      PO#20191023 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/23/19      PO#20191023 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref :  12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref :  12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  02/22/21      PO#01212034 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  02/23/21      RC#017225 |
| **SOLD TO:**<br>Name:   **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  03/31/21      01S41750001 | **SHIPPED TO:**<br>Name:   **SCS-GILEAD**<br>Address: **SCS-GILEAD**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  03/31/21      01S41750001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  3      pages.

SCSRELATIVITY_0001550206

GX 088.0545

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37892**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFYDA | 6 | |
| CDMGWA | 1 | |
| CDFXZA | 3 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19     A141301 | Date Received & Ref :  08/19/19     A14301 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19     20191017 | Date Received & Ref :  10/17/19     20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20     PO#01210702 | Date Received & Ref :  11/20/20     RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name:   SUPER PHARMACY LLC | Name:   SUPER PHARMACY |
| Address: 1019 H ST. NE | Address: 1019 H STREET NE |
| WASHINGTON DC 20002 | WASHINGTON DC 20002 |
| Date Purchased & Ref :  11/20/20     01S34095004 | Date Received & Ref :  11/20/20     01S34095004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550609

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFXZA | 1 | |
| | | |
| | | |

Reference Number: **01l37893**
Document Type: **Invoice**
Reference Date: **11/20/20**

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19     A141301 | Date Received & Ref :  08/19/19     A14301 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19     20191017 | Date Received & Ref :  10/17/19     20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20     PO#01210702 | Date Received & Ref :  11/20/20     RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name:    **ATTICA PHARMACY INC** | Name:    **ATTICA PHARMACY INC** |
| Address: 2 MARKET STREET | Address: 2 MARKET STREET |
| ATTICA NY 14011 | ATTICA NY 14011 |
| Date Purchased & Ref :  11/20/20     01S34092002 | Date Received & Ref :  11/20/20     01S34092002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001550610

GX 088.0547

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I37895**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXCA | 2 | |
| CDMGSA | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  **08/19/19**      **A141301** | Date Received & Ref :  **08/19/19**      **A14301** |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  **10/17/19**      **20191017** | Date Received & Ref :  **10/17/19**      **20191017** |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  **11/19/20**      **PO#01210702** | Date Received & Ref :  **11/20/20**      **RC#015405** |
| SOLD TO: | SHIPPED TO: |
| Name:  **SUNRISE PHARMACY** | Name:  **SUNRISE PHARMACY** |
| Address: **1637 THIRD AVENUE #A** | Address: **1637 THIRD AVENUE #A** |
| **CHULA VISTA CA 91911** | **CHULA VISTA CA 91911** |
| Date Purchased & Ref :  **11/20/20**      **01S34214002** | Date Received & Ref :  **11/20/20**      **01S34214002** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550611

GX 088.0548

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000017695

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGWZA | 5 | |
| CDGXKA | 1 | |
| CDMGTA | 4 | |

Reference Number: **01I37900**
Document Type: **Invoice**
Reference Date: **11/20/20**

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/19/19    A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/19/19    A14301 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19    20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19    20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20    PO#01210702 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20    RC#015405 |
| SOLD TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Purchased & Ref :  11/20/20    01S34161004 | SHIPPED TO:<br>Name:    **TLC XPRESS PHARMACY**<br>Address: 10810 WARNER AVE #3<br>        FOUNTAIN VALLEY CA 92708<br>Date Received & Ref :  11/20/20    01S34161004 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550612

GX 088.0549

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37902**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 6400503A   | 2        |                 |
| 6400504A   | 1        |                 |
| 6400506A   | 2        |                 |

### (TH) Transaction History

Manufacturer's Name:      GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/19/19      A141301 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>       **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/19/19      A14301 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/17/19      20191017 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>       **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/17/19      20191017 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>       **REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  11/19/20      PO#01210702 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>       **CAMBRIDGE MD 21613**<br>Date Received & Ref :  11/20/20      RC#015405 |
| **SOLD TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>       **GARDEN GROVE CA 92843**<br>Date Purchased & Ref :  11/20/20      01S34047003 | **SHIPPED TO:**<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>       **GARDEN GROVE CA 92843**<br>Date Received & Ref :  11/20/20      01S34047003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 4      pages.

SCSRELATIVITY_0001550613

GX 088.0550

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37902**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDFXXA | 1 | |
| 6341503A | 2 | |
| 6400501A | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19     A141301 | Date Received & Ref :  08/19/19     A14301 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19     20191017 | Date Received & Ref :  10/17/19     20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20     PO#01210702 | Date Received & Ref :  11/20/20     RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name:   **GLOBAL EXPRESS PHARMACY** | Name:   **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  11/20/20     01S34047003 | Date Received & Ref :  11/20/20     01S34047003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 4      pages.

SCSRELATIVITY_0001550613

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000017695

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37902**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCZCCA | 2 | |
| CCZCFA | 1 | |
| CDDHSA | 1 | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/19/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/19/19      A14301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20      PO#01210702 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20      RC#015405 |
| SOLD TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  11/20/20      01S34047003 | SHIPPED TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  11/20/20      01S34047003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  4      pages.

SCSRELATIVITY_0001550613

GX 088.0552

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDFXYA | 3 | |
| CDFYBA | 3 | |
| | | |

Reference Number: **01I37902**
Document Type: **Invoice**
Reference Date: **11/20/20**

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19      A141301 | Date Received & Ref :  08/19/19      A14301 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20      PO#01210702 | Date Received & Ref :  11/20/20      RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name:   **GLOBAL EXPRESS PHARMACY** | Name:   **GLOBAL EXPRESS PHARMACY** |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  11/20/20      01S34047003 | Date Received & Ref :  11/20/20      01S34047003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550613

GX 088.0553

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

| Reference Number: | 01I37905 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 11/20/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXCA | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :  08/19/19      A141301 | Date Received & Ref :  08/19/19      A14301 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK NY 10032-8210** | **NEW YORK NY 10032-8210** |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref :  11/19/20      PO#01210702 | Date Received & Ref :  11/20/20      RC#015405 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **ASCAN PHARMACY** | Name:   **ASCAN PHARMACY** |
| Address: **10121 METROPOLITAN AVENUE** | Address: **10121 METROPOLITAN AVENURE** |
| **FOREST HILLS NY 11375** | **FOREST HILLS NY 11375** |
| Date Purchased & Ref :  11/20/20      01S34210002 | Date Received & Ref :  11/20/20      01S34210002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001550617

GX 088.0554

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: **61958-2501-01**

Reference Number: **01I37913**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6400506A | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/19/19   A141301 | Date Received & Ref : 08/19/19   A14301 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/17/19   20191017 | Date Received & Ref : 10/17/19   20191017 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 11/19/20   PO#01210702 | Date Received & Ref : 11/20/20   RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name: **RELIANCE PHARMACY** | Name: **RELIANCE PHARMACY** |
| Address: 4047 MINNESOTA AVE NE | Address: 4047 MINNESOTA AVE NE |
| WASHINGTON DC 20019 | WASHINGTON DC 20019 |
| Date Purchased & Ref : 11/20/20   01S34077002 | Date Received & Ref : 11/20/20   01S34077002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001550618

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37914**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXBA | 3 | |
| CDGXGA | 3 | |
| CDGXKA | 2 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/19/19    A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/19/19    A14301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19    20191017 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19    20191017 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20    PO#01210702 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20    RC#015405 |
| SOLD TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>    KALAMAZOO MI 49009<br>Date Purchased & Ref :  11/20/20    01S34105002 | SHIPPED TO:<br>Name:   **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>    KALAMAZOO MI 49008<br>Date Received & Ref :  11/20/20    01S34105002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  2        pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37914**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMGWA | 1 | |
| CDGXDA | 3 | |
| CDGXFA | 3 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/19/19      A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/19/19      A14301 |
| SOLD TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/17/19      20191017 | SHIPPED TO:<br>Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/17/19      20191017 |
| SOLD TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:    **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  11/19/20      PO#01210702 | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  11/20/20      RC#015405 |
| SOLD TO:<br>Name:    **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>       KALAMAZOO MI 49009<br>Date Purchased & Ref :  11/20/20      01S34105002 | SHIPPED TO:<br>Name:    **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>       KALAMAZOO MI 49008<br>Date Received & Ref :  11/20/20      01S34105002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  2      pages.

SCSRELATIVITY_0001550619

GX 088.0557

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01l37916**
Document Type: **Invoice**
Reference Date: **11/20/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 6341501A | 1 | |
| 6341502A | 1 | |
| 6341503A | 2 | |

## (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  **08/19/19     A141301** | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>    **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  **08/19/19     A14301** |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  **10/17/19     20191017** | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>    **NEW YORK NY 10032-8210**<br>Date Received & Ref :  **10/17/19     20191017** |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>    **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **11/19/20     PO#01210702** | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>    **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **11/20/20     RC#015405** |
| SOLD TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>    **LAUREL MD 20707**<br>Date Purchased & Ref :  **11/20/20     01S34027004** | SHIPPED TO:<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>    **LAUREL MD 20707**<br>Date Received & Ref :  **11/20/20     01S34027004** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550621

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)** | | |

NDC: 61958-2501-01

Reference Number: **01I37931**
Document Type: **Invoice**
Reference Date: **11/23/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXHA | 8 | |
| CDMGZA | 1 | |
| CDMHBA | 5 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19      A141301 | Date Received & Ref :  08/19/19      A14301 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20      PO#01210702 | Date Received & Ref :  11/20/20      RC#015405 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **RAAJIPO LLC** | Name:   **RAAJIPO LLC** |
| Address: 824 N MARKET ST. SUITE 103 | Address: 824 N MARKET ST. SUITE 103 |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| Date Purchased & Ref :  11/23/20      01S34216004 | Date Received & Ref :  11/23/20      01S34216004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001550622

GX 088.0559

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37931**
Document Type: **Invoice**
Reference Date: **11/23/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDMHFA | 2 | |
| CDMHDA | 7 | |
| CDMGSA | 6 | |

### (TH) Transaction History

Manufacturer's Name:     GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19     A141301 | Date Received & Ref :  08/19/19     A14301 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19     20191017 | Date Received & Ref :  10/17/19     20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20     PO#01210702 | Date Received & Ref :  11/20/20     RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name:    **RAAJIPO LLC** | Name:    **RAAJIPO LLC** |
| Address: 824 N MARKET ST. SUITE 103 | Address: 824 N MARKET ST. SUITE 103 |
| WILMINGTON DE 19801 | WILMINGTON DE 19801 |
| Date Purchased & Ref :  11/23/20     01S34216004 | Date Received & Ref :  11/23/20     01S34216004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  2       pages.

SCSRELATIVITY_0001550622

GX 088.0560

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000017695</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT, 50; 200; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2501-1)**

NDC: 61958-2501-01

Reference Number: **01I37936**
Document Type: **Invoice**
Reference Date: **11/23/20**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CDGXCA | 2 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:       GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE,CA 91750

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/19/19      A141301 | Date Received & Ref :  08/19/19      A14301 |
| SOLD TO: | SHIPPED TO: |
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/17/19      20191017 | Date Received & Ref :  10/17/19      20191017 |
| SOLD TO: | SHIPPED TO: |
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  11/19/20      PO#01210702 | Date Received & Ref :  11/20/20      RC#015405 |
| SOLD TO: | SHIPPED TO: |
| Name:   **HEALING TOUCH PHARMACY** | Name:   **HEALING TOUCH PHARMACY** |
| Address: 4139 WHEELER ROAD SOUTHEAST | Address: 4139 WHEELER ROAD SOUTHEAST |
| WASHINGTON DC 20032 | WASHINGTON DC 20032 |
| Date Purchased & Ref :  11/23/20      01S34187001 | Date Received & Ref :  11/23/20      01S34187001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550624

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I45174 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 025100 | 3 | |
| 026700 | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br> **NORTH AMITYVILLE NY 11701-1156** <br> Date Purchased & Ref :  08/16/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP** <br> Address: **5500 NEW HORIZONS BLVD.** <br> **NORTH AMITYVILLE NY 11701-1156** <br> Date Received & Ref :  08/16/19      A141301 |
| SOLD TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br> **NEW YORK NY 10032-8210** <br> Date Purchased & Ref :  10/24/19      20191024 | SHIPPED TO: <br> Name:   **AMSTERDAM WELLNESS PHARMA** <br> Address: **2091 AMSTERDAM AVE** <br> **NEW YORK NY 10032-8210** <br> Date Received & Ref :  10/24/19      20191024 |
| SOLD TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Purchased & Ref : | SHIPPED TO: <br> Name:   **BOULEVARD 9229 LLC** <br> Address: **9229 QUEENS BLVD** <br> **REGO PARK NY 11374** <br> Date Received & Ref : |
| SOLD TO: <br> Name:   **SAFE CHAIN SOLUTIONS, LLC** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO: <br> Name:   **SAFE CHAIN SOLUTIONS** <br> Address: **822 CHESAPEAKE DR** <br> **CAMBRIDGE MD 21613** <br> Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO: <br> Name:   **CAPITOL HILL PHARMACY** <br> Address: **650 PENNSYLVANIA AVE SE** <br> **WASHINGTON DC 20003** <br> Date Purchased & Ref :  03/19/21      01S40703001 | SHIPPED TO: <br> Name:   **CAPITOL HILL PHARMACY** <br> Address: **650 PENNSYLVANIA AVE SE** <br> **WASHINGTON DC 20003** <br> Date Received & Ref :  03/19/21      01S40703001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550903

GX 088.0562

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I45175 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 025394 | 4 | |
| 026700 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    A141301 | Date Received & Ref :  08/16/19    A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/24/19    20191024 | Date Received & Ref :  10/24/19    20191024 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21    PO#01212358 | Date Received & Ref :  03/19/21    RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:    GLOBAL EXPRESS PHARMACY | Name:    GLOBAL EXPRESS PHARMACY |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  03/19/21    01S40733003 | Date Received & Ref :  03/19/21    01S40733003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001550904

GX 088.0563

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01I45176**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 017427 | 1 | |
| 020475 | 1 | |
| 020716 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>       GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/19/21      01S39921003 | SHIPPED TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>       GARDEN GROVE CA 92843<br>Date Received & Ref :  03/19/21      01S39921003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 4      pages.

SCSRELATIVITY_0001550905

GX 088.0564

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01I45176**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021357 | 1 | |
| 021361 | 1 | |
| 022060 | 1 | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/19/21      01S39921003 | Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  03/19/21      01S39921003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of  4      pages.

SCSRELATIVITY_0001550905

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: __01l45176__
Document Type: __Invoice__
Reference Date: __03/19/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 022714 | 1 | |
| 023827 | 1 | |
| 19GV023UA | 1 | |

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/19/21      01S39921003 | Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  03/19/21      01S39921003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3      of  4      pages.

SCSRELATIVITY_0001550905

GX 088.0566

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CCNWKA | 1 | |
| | | |
| | | |

Reference Number: **01I45176**
Document Type: **Invoice**
Reference Date: **03/19/21**

## (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | SHIPPED TO:<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/19/21      01S39921003 | SHIPPED TO:<br>Name:   **GLOBAL EXPRESS PHARMACY**<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  03/19/21      01S39921003 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4      of  4      pages.

SCSRELATIVITY_0001550905

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023246 | 1 | |
| 023247 | 1 | |
| | | |

Reference Number: **01I45184**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| SOLD TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref:  08/16/19      A141301 | SHIPPED TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref:  08/16/19      A141301 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref:  10/24/19      20191024 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref:  10/24/19      20191024 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref: | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref: |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref:  03/19/21      PO#01212358 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref:  03/19/21      RC#017722 |
| SOLD TO:<br>Name: **MINNICH'S PHARMACY**<br>Address: 976 S GEORGE STREET<br>       YORK PA 17403<br>Date Purchased & Ref:  03/19/21      01S40342001 | SHIPPED TO:<br>Name: **MINNICH'S PHARMACY**<br>Address: 976 S GEORGE STREET<br>       YORK PA 17403<br>Date Received & Ref:  03/19/21      01S40342001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550909

GX 088.0568

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023246 | 1 | |
| | | |
| | | |

Reference Number: **01I45185**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | **SHIPPED TO:**<br>Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>       NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| **SOLD TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | **SHIPPED TO:**<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>       NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| **SOLD TO:**<br>Name:   **METROMEDS PHARMACY LLC**<br>Address: 409 E MICHIGAN STREET<br>       ORLANDO FL 32806<br>Date Purchased & Ref :  03/19/21      01S40651002 | **SHIPPED TO:**<br>Name:   **METROMEDS PHARMACY**<br>Address: 409 E MICHIGAN STREET<br>       ORLANDO FL 32806<br>Date Received & Ref :  03/19/21      01S40651002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550910

GX 088.0569

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01145187 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023246 | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:  **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19      A141301 | Date Received & Ref :  08/16/19      A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:  **AMSTERDAM WELLNESS PHARMA** | Name:  **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/24/19      20191024 | Date Received & Ref :  10/24/19      20191024 |
| SOLD TO: | SHIPPED TO: |
| Name:  **BOULEVARD 9229 LLC** | Name:  **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21      PO#01212358 | Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:  **MINNICH'S PHARMACY** | Name:  **MINNICH'S PHARMACY** |
| Address: 976 S GEORGE STREET | Address: 976 S GEORGE STREET |
| YORK PA 17403 | YORK PA 17403 |
| Date Purchased & Ref :  03/19/21      01S40640002 | Date Received & Ref :  03/19/21      01S40640002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001550911

GX 088.0570

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023246 | 3 | |
| | | |
| | | |

Reference Number: **01l45188**
Document Type: **Invoice**
Reference Date: **03/19/21**

## (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>           NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>           NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>           NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>           NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>           REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>           CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| Name:   **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>           WASHINGTON DC 20019<br>Date Purchased & Ref :  03/19/21      01S40408001 | Name:   **RELIANCE PHARMACY**<br>Address: 4047 MINNESOTA AVE NE<br>           WASHINGTON DC 20019<br>Date Received & Ref :  03/19/21      01S40408001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001550912

GX 088.0571

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| | Reference Number: | 01I45189 |
| | Document Type: | Invoice |
| | Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023246 | 1 | |
| 025986 | 1 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
|          NORTH AMITYVILLE NY 11701-1156 |          NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19     A141301 | Date Received & Ref :  08/16/19     A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
|          NEW YORK NY 10032-8210 |          NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/24/19     20191024 | Date Received & Ref :  10/24/19     20191024 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
|          REGO PARK NY 11374 |          REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21     PO#01212358 | Date Received & Ref :  03/19/21     RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:    EPIC PHARMACY | Name:    EPIC PHARMACY |
| Address: 2249 NW 39TH ST | Address: 2249 NW 39TH ST |
|          OKLAHOMA CITY OK 73112 |          OKLAHOMA CITY OK 73112 |
| Date Purchased & Ref :  03/19/21     01S40658002 | Date Received & Ref :  03/19/21     01S40658002 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001550913

GX 088.0572

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01I45194 |
| Document Type: | Invoice |
| Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023247 | 6 | |
| 025097 | 4 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:     **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP** | Name:   **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19     A141301 | Date Received & Ref :  08/16/19     A141301 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMSTERDAM WELLNESS PHARMA** | Name:   **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/24/19     20191024 | Date Received & Ref :  10/24/19     20191024 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC** | Name:   **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21     PO#01212358 | Date Received & Ref :  03/19/21     RC#017722 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **JOSEF'S PHARMACY - RALEIGH** | Name:   **JOSEF'S PHARMACY** |
| Address: 2100 NEW BERN AVE | Address: 2100 NEW BERN AVE |
| RALEIGH NC 27610 | RALEIGH NC 27610 |
| Date Purchased & Ref :  03/19/21     01S40234003 | Date Received & Ref :  03/19/21     01S40234003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001550914

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: **01I45195**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023248 | 1 | |
| 025096 | 3 | |
| 025097 | 1 | |

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>            **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref:  08/16/19       A141301 | Name:    **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>            **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref:  08/16/19       A141301 |
| Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>            **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/24/19       20191024 | Name:    **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>            **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/24/19       20191024 |
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>            **REGO PARK NY 11374**<br>Date Received & Ref : |
| Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  03/19/21       PO#01212358 | Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>            **CAMBRIDGE MD 21613**<br>Date Received & Ref :  03/19/21       RC#017722 |
| Name:    **MAIN STREET PHARMACY**<br>Address: **213 W MAIN ST, STE A**<br>            **DURHAM NC 27701**<br>Date Purchased & Ref :  03/19/21       01S40232001 | Name:    **MAIN STREET PHARMACY**<br>Address: **213 W MAIN ST, STE A**<br>            **DURHAM NC 27701**<br>Date Received & Ref :  03/19/21       01S40232001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001550915

GX 088.0574

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

| | | | |
|---|---|---|---|
| NDC: 61958-1901-01 | | Reference Number: | 01l45205 |
| | | Document Type: | Invoice |
| | | Reference Date: | 03/19/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023246 | 4 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO:<br>Name:   **NEIGHBORHOOD PHARMACY**<br>Address: 1932 MARTIN LUTHER KING JR AVE SE<br>        WAHSINGTON DC 20020<br>Date Purchased & Ref :  03/19/21      01S40378002 | SHIPPED TO:<br>Name:   **NEIGHBORHOOD PHARMACY**<br>Address: 1932 MARTIN LUTHER KING JR AVE SE<br>        WASHINGTON DC 20020<br>Date Received & Ref :  03/19/21      01S40378002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550916

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016047 | 1 | |
| 016668 | 1 | |
| | | |

Reference Number: 01I45216
Document Type: Invoice
Reference Date: 03/19/21

### (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19    A141301 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>     NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19    A141301 |
| Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19    20191024 | Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>     NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19    20191024 |
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21    PO#01212358 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21    RC#017722 |
| Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>     MANASSAS VA 20110<br>Date Purchased & Ref :  03/19/21    01S39895002 | Name:   **PROSPERITY PHARMACY MANASSAS**<br>Address: 8644 SUDLEY ROAD #120<br>     MANASSAS VA 20110<br>Date Received & Ref :  03/19/21    01S39895002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001550917

GX 088.0576

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023246 | 2 | |
| | | |
| | | |

Reference Number: 01l45326
Document Type: Invoice
Reference Date: 03/22/21

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  08/16/19      A141301 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>        NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  08/16/19      A141301 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Purchased & Ref :  10/24/19      20191024 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>        NEW YORK NY 10032-8210<br>Date Received & Ref :  10/24/19      20191024 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO:<br>Name:   GLOBAL EXPRESS PHARMACY<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Purchased & Ref :  03/22/21      01S40733005 | SHIPPED TO:<br>Name:   GLOBAL EXPRESS PHARMACY<br>Address: 10596 GARDEN GROVE BLVD<br>        GARDEN GROVE CA 92843<br>Date Received & Ref :  03/22/21      01S40733005 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001550918

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Reference Number: | 01l45409 |
| Document Type: | Invoice |
| Reference Date: | 03/23/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023248 | 1 | |
| CFCMFA | 2 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   AMERISOURCEBERGEN DRUG CP | Name:   AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19      A141301 | Date Received & Ref :  08/16/19      A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:   AMSTERDAM WELLNESS PHARMA | Name:   AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/24/19      20191024 | Date Received & Ref :  10/24/19      20191024 |
| SOLD TO: | SHIPPED TO: |
| Name:   BOULEVARD 9229 LLC | Name:   BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21      PO#01212358 | Date Received & Ref :  03/19/21      RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:   GLOBAL EXPRESS PHARMACY | Name:   GLOBAL EXPRESS PHARMACY |
| Address: 10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :  03/23/21      01S40733006 | Date Received & Ref :  03/23/21      01S40733006 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550919

GX 088.0578

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

Reference Number: __01I45420__
Document Type: __Invoice__
Reference Date: __03/23/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 20GV006UA  | 3        |                 |
| 20GV008UA  | 1        |                 |
| CFCMCA     | 1        |                 |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref : 08/16/19 A141301 | SHIPPED TO:<br>Name: **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref : 08/16/19 A141301 |
|---|---|
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref : 10/24/19 20191024 | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref : 10/24/19 20191024 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 03/19/21 PO#01212358 | SHIPPED TO:<br>Name: **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 03/19/21 RC#017722 |
| SOLD TO:<br>Name: **OPTIMED PHARMACY**<br>Address: 6480 TECHNOLOGY AVENUE<br>KALAMAZOO MI 49009<br>Date Purchased & Ref : 03/23/21 01S40135003 | SHIPPED TO:<br>Name: **OPTIMED PHARMACY**<br>Address: 1000 OAKLAND DRIVE<br>KALAMAZOO MI 49008<br>Date Received & Ref : 03/23/21 01S40135003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 2 pages.

SCSRELATIVITY_0001550920

GX 088.0579

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| CFCMDA | 1 | |
| | | |
| | | |

Reference Number: **01I45420**
Document Type: **Invoice**
Reference Date: **03/23/21**

### (TH) Transaction History

Manufacturer's Name:    **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    **AMERISOURCEBERGEN DRUG CP** | Name:    **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/16/19    A141301 | Date Received & Ref :  08/16/19    A141301 |
| SOLD TO: | SHIPPED TO: |
| Name:    **AMSTERDAM WELLNESS PHARMA** | Name:    **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/24/19    20191024 | Date Received & Ref :  10/24/19    20191024 |
| SOLD TO: | SHIPPED TO: |
| Name:    **BOULEVARD 9229 LLC** | Name:    **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    **SAFE CHAIN SOLUTIONS, LLC** | Name:    **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21    PO#01212358 | Date Received & Ref :  03/19/21    RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name:    **OPTIMED PHARMACY** | Name:    **OPTIMED PHARMACY** |
| Address: 6480 TECHNOLOGY AVENUE | Address: 1000 OAKLAND DRIVE |
| KALAMAZOO MI 49009 | KALAMAZOO MI 49008 |
| Date Purchased & Ref :  03/23/21    01S40135003 | Date Received & Ref :  03/23/21    01S40135003 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2          pages.

SCSRELATIVITY_0001550920

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021666</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT, 150; 150; 200; 10 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-1901-1**

NDC: **61958-1901-01**

Reference Number: **01**
Document Type: **Invoice**
Reference Date: **03/19/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| | | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **GILEAD SCIENCES**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CP** | Name: **AMERISOURCEBERGEN DRUG CP** |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref : 08/16/19    A141301 | Date Received & Ref : 08/16/19    A141301 |
| SOLD TO: | SHIPPED TO: |
| Name: **AMSTERDAM WELLNESS PHARMA** | Name: **AMSTERDAM WELLNESS PHARMA** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref : 10/24/19    20191024 | Date Received & Ref : 10/24/19    20191024 |
| SOLD TO: | SHIPPED TO: |
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/19/21    PO#01212358 | Date Received & Ref : 03/19/21    RC#017722 |
| SOLD TO: | SHIPPED TO: |
| Name: **MAIN STREET PHARMACY** | Name: **MAIN STREET PHARMACY** |
| Address: 667 MAIN STREET | Address: 667 MAIN STREET |
| LAUREL MD 20707 | LAUREL MD 20707 |
| Date Purchased & Ref : 03/19/21    01S40371002 | Date Received & Ref : 03/19/21    01S40371002 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550922

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021688</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ODEFSEY TAB 30CT, 200; 25; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2101-1)**

NDC: 61958-2101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 016600 | 1 | |
| | | |
| | | |

Reference Number: 01145220
Document Type: Invoice
Reference Date: 03/19/21

### (TH) Transaction History

Manufacturer's Name:   GILEAD SCIENCES, INC
Manufacturer's information: 1800 WHEELER AVENUE  LA VERNE, CA 91750

**SOLD TO:**
Name:   AMERISOURCEBERGEN DRUG CP
Address: 5500 NEW HORIZONS BLVD.
    NORTH AMITYVILLE NY 11701-1156
Date Purchased & Ref :  08/12/19    A141291

**SHIPPED TO:**
Name:   AMERISOURCEBERGEN DRUG CP
Address: 5500 NEW HORIZONS BLVD.
    NORTH AMITYVILLE NY 11701-1156
Date Received & Ref :  08/12/19    A141291

**SOLD TO:**
Name:   AMSTERDAM WELLNESS PHARMA
Address: 2091 AMSTERDAM AVE
    NEW YORK NY 10032-8210
Date Purchased & Ref :  10/13/19    20191013

**SHIPPED TO:**
Name:   AMSTERDAM WELLNESS PHARMA
Address: 2091 AMSTERDAM AVE
    NEW YORK NY 10032-8210
Date Received & Ref :  10/13/19    20191013

**SOLD TO:**
Name:   BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD
    REGO PARK NY 11374
Date Purchased & Ref :

**SHIPPED TO:**
Name:   BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD
    REGO PARK NY 11374
Date Received & Ref :

**SOLD TO:**
Name:   SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
    CAMBRIDGE MD 21613
Date Purchased & Ref :  03/19/21    PO#01212358

**SHIPPED TO:**
Name:   SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
    CAMBRIDGE MD 21613
Date Received & Ref :  03/19/21    RC#017730

**SOLD TO:**
Name:   424 NEIGHBORHOOD PHARMACY
Address: 424 SUTTER AVENUE
    BROOKLYN NY 11212
Date Purchased & Ref :  03/19/21    01S41042001

**SHIPPED TO:**
Name:   424 NEIGHBOORHOOD PHARMACY
Address: 424 SUTTER AVENUE
    BROOKLYN NY 11212
Date Received & Ref :  03/19/21    01S41042001

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001550923

GX 088.0582

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021688</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ODEFSEY TAB 30CT, 200; 25; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2101-1)**

NDC: 61958-2101-01

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 023335 | 2 | |
| | | |
| | | |

Reference Number: **01145221**
Document Type: **Invoice**
Reference Date: **03/19/21**

### (TH) Transaction History

Manufacturer's Name:   **GILEAD SCIENCES, INC**
Manufacturer's information **1800 WHEELER AVENUE  LA VERNE,CA 91750**

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Purchased & Ref :  08/12/19          A141291 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: **5500 NEW HORIZONS BLVD.**<br>          **NORTH AMITYVILLE NY 11701-1156**<br>Date Received & Ref :  08/12/19          A141291 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Purchased & Ref :  10/13/19          20191013 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: **2091 AMSTERDAM AVE**<br>          **NEW YORK NY 10032-8210**<br>Date Received & Ref :  10/13/19          20191013 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  03/19/21          PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  03/19/21          RC#017730 |
| SOLD TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>          **WEST HOLLYWOOD CA 90046**<br>Date Purchased & Ref :  03/19/21          01S38545004 | SHIPPED TO:<br>Name:   **CIENEGA PHARMACY**<br>Address: **7360 SANTA MONICA BLVD #101**<br>          **WEST HOLLYWOOD CA 90046**<br>Date Received & Ref :  03/19/21          01S38545004 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001550924

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021688</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ODEFSEY TAB 30CT, 200; 25; 25 mg/1; mg/1; mg/1, TABLET, 30 TABLET in 1 BOTTLE, PLASTIC (61958-2101-1)**

NDC: 61958-2101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 023234 | 1 | |
| | | |
| | | |

Reference Number: **01145314**
Document Type: **Invoice**
Reference Date: **03/22/21**

## (TH) Transaction History

Manufacturer's Name:    GILEAD SCIENCES, INC
Manufacturer's information 1800 WHEELER AVENUE  LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    AMERISOURCEBERGEN DRUG CP | Name:    AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :  08/12/19      A141291 | Date Received & Ref :  08/12/19      A141291 |
| SOLD TO: | SHIPPED TO: |
| Name:    AMSTERDAM WELLNESS PHARMA | Name:    AMSTERDAM WELLNESS PHARMA |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK NY 10032-8210 | NEW YORK NY 10032-8210 |
| Date Purchased & Ref :  10/13/19      20191013 | Date Received & Ref :  10/13/19      20191013 |
| SOLD TO: | SHIPPED TO: |
| Name:    BOULEVARD 9229 LLC | Name:    BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/19/21      PO#01212358 | Date Received & Ref :  03/19/21      RC#017730 |
| SOLD TO: | SHIPPED TO: |
| Name:    CIENEGA PHARMACY | Name:    CIENEGA PHARMACY |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref :  03/22/21      01S38545005 | Date Received & Ref :  03/22/21      01S38545005 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001550925