SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000012801</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)

NDC: 49702-0231-13

Reference Number: **01I26234**
Document Type: **Invoice**
Reference Date: **05/27/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| N55W | 1 | |
| 433G | 1 | |
| GR8J | 2 | |

## (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref : **05/22/20**　**PO#01208044** | Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref : **05/26/20**　**RC#012058** |
| Name: **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Purchased & Ref : **05/27/20**　**01S24637002** | Name: **GLOBAL EXPRESS PHARMACY**<br>Address: **10596 GARDEN GROVE BLVD**<br>**GARDEN GROVE CA 92843**<br>Date Received & Ref : **05/27/20**　**01S24637002** |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

GOVERNMENT EXHIBIT

**91**

1:24-cr-20255-WPD

Page: 1　　of　2　　pages.

WWPB011394

GX 091.0001

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000012801</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | | |
|---|---|---|---|---|---|
| TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13) | | | | | |

NDC: 49702-0231-13

| | | | |
|---|---|---|---|
| Reference Number: | 01I26234 | | |
| Document Type: | Invoice | | |
| Reference Date: | 05/27/20 | | |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FP4T | 3 | |
| LB7W | 2 | |
| | | |

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:     BOULEVARD 9229 LLC | Name:     BOULEVARD 9229 LLC |
| Address:  9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:     SAFE CHAIN SOLUTIONS, LLC | Name:     SAFE CHAIN SOLUTIONS, LLC |
| Address:  822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :    05/22/20        PO#01208044 | Date Received & Ref :   05/26/20        RC#012058 |
| SOLD TO: | SHIPPED TO: |
| Name:     GLOBAL EXPRESS PHARMACY | Name:     GLOBAL EXPRESS PHARMACY |
| Address:  10596 GARDEN GROVE BLVD | Address: 10596 GARDEN GROVE BLVD |
| GARDEN GROVE CA 92843 | GARDEN GROVE CA 92843 |
| Date Purchased & Ref :    05/27/20        01S24637002 | Date Received & Ref :   05/27/20        01S24637002 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2        of  2        pages.

WWPB011395

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc# 00000012838

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)

NDC: 49702-0231-13

| Reference Number: | 01I26234 |
| Document Type: | Invoice |
| Reference Date: | 05/27/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GR8J | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:**   VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:    BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :   05/27/20      PO#01208060 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :   05/27/20      RC#012081 |
| SOLD TO:<br>Name:    GLOBAL EXPRESS PHARMACY<br>Address: 10596 GARDEN GROVE BLVD<br>          GARDEN GROVE CA 92843<br>Date Purchased & Ref :   05/27/20      01S24637002 | SHIPPED TO:<br>Name:    GLOBAL EXPRESS PHARMACY<br>Address: 10596 GARDEN GROVE BLVD<br>          GARDEN GROVE CA 92843<br>Date Received & Ref :   05/27/20      01S24637002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

WWPB011396

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**DOVATO TAB 30CT**

NDC: 49702-0246-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| A65N | 1 | |
| | | |
| | | |

Reference Number: **INV512**
Document Type: **INVOICE**
Reference Date: 07/24/2020

## (TH) Transaction History

Manufacturer's Name: **ViiV Healthcare**
Manufacturer's information: **Five Moore Drive Research, Triangle Park, North Carolina 27709-3398**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **Independent Pharmacy Cooperative**<br>Address: **1550 Columbus Street**<br>**Sun Prairie, WI 53590** | Name: **Independent Pharmacy Cooperative**<br>Address: **1550 Columbus Street**<br>**Sun Prairie, WI 53590** |
| Date Purchased & Ref : 05/07/20   PO#159657 | Date Received & Ref : 05/07/20 |
| Name: **LMP Pharmacy**<br>Address: **7535 Main Str**<br>**Flushing, NY 11367** | Name: **LMP Pharmacy**<br>Address: **7535 Main Str**<br>**Flushing, NY 11367** |
| Date Purchased & Ref : 05/22/20   PO#5243 | Date Received & Ref : 05/22/20 |
| Name: **BNR Wholesaler**<br>Address: **3858 Nostrand Ave**<br>**Brooklyn, NY 11235** | Name: **BNR Wholesaler**<br>Address: **3858 Nostrand Ave**<br>**Brooklyn, NY 11235** |
| Date Purchased & Ref : 06/03/20   PO#01A2598 | Date Received & Ref : 06/03/20 |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE 11**<br>**REGO PARK, NY 11374** | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE 11**<br>**REGO PARK, NY 11374** |
| Date Purchased & Ref : 06/05/20   PO#01208419 | Date Received & Ref : 06/15/20 |
| Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613** | Name: **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613** |
| Date Purchased & Ref : 07/24/20   PO#9115 | Date Received & Ref : 07/24/20 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of   1   pages.

SCSRELATIVITY_0001320836

GX 091.0004

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015424</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| TIVICAY 50MG TAB 30CT, |

NDC: 49702-0228-13

| Reference Number: | 01I31650 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 08/24/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 9R2Y | 1 | |
| HC6L | 1 | |
| WS3J | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   DROGUERIA BETANCES | Name:   DROGUERIA BETANCES |
| Address: LUIS MUNOZ MARIN AVE | Address: LUIS MUNOZ MARIN AVE |
| CAGUAS PR 00725 | CAGUAS PR 00725 |
| Date Purchased & Ref:  08/18/20        851071 | Date Received & Ref:  08/18/20        851071 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   GENTEK LLC | Name:   GENTEK LLC |
| Address: 45 CEDAR ST UNIT 3 | Address: 45 CEDAR ST UNIT 3 |
| STAMFORD CT 06902 | STAMFORD CT 06902 |
| Date Purchased & Ref :  08/20/20        2690 | Date Received & Ref :  08/20/20        2690 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS, LLC | Name:   SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  08/21/20    PO#01209427 | Date Received & Ref :  08/24/20    RC#013778 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   GIANNOTTO'S SPECIALTY PHARMACY | Name:   GIANNOTTO'S SPECIALTY PHARMACY |
| Address: 195 FIRST AVE. W | Address: 195 FIRST AVENUE W |
| BLOOMFIELD NJ 07003 | NEWARK NJ 07107 |
| Date Purchased & Ref :  08/24/20    01S27686004 | Date Received & Ref :  08/24/20    01S27686004 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001320826

GX 091.0005

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000015424</sup>

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
TIVICAY 50MG TAB 30CT,

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 9R2Y | 1 | |
| HC6L | 1 | |
| WS3J | 1 | |

Reference Number: **01I31650**
Document Type: **Invoice**
Reference Date: **08/24/20**

## (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:    DROGUERIA BETANCES<br>Address: LUIS MUNOZ MARIN AVE<br>        CAGUAS PR 00725<br>Date Purchased & Ref:   08/18/20      851071 | Name:    DROGUERIA BETANCES<br>Address: LUIS MUNOZ MARIN AVE<br>        CAGUAS PR 00725<br>Date Received & Ref:   08/18/20      851071 |
| Name:    GENTEK LLC<br>Address: 45 CEDAR ST UNIT 3<br>        STAMFORD CT 06902<br>Date Purchased & Ref :   08/20/20      2690 | Name:    GENTEK LLC<br>Address: 45 CEDAR ST UNIT 3<br>        STAMFORD CT 06902<br>Date Received & Ref :   08/20/20      2690 |
| Name:    SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   08/21/20      PO#01209427 | Name:    SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   08/24/20      RC#013778 |
| Name:    GIANNOTTO'S SPECIALTY PHARMACY<br>Address: 195 FIRST AVE. W<br>        BLOOMFIELD NJ 07003<br>Date Purchased & Ref :   08/24/20      01S27686004 | Name:    GIANNOTTO'S SPECIALTY PHARMACY<br>Address: 195 FIRST AVENUE W<br>        NEWARK NJ 07107<br>Date Received & Ref :   08/24/20      01S27686004 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001320826

GX 091.0006

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000017378</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT,**
**50/25MG**
NDC: **49702-0242-13**

| Reference Number: | 01I37029 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 11/10/20 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| S76K | 1 | |
| FN4D | 6 | |
| CT5U | 2 | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information: FIVE MOORE DRIVE RESEARCH TRIANGLE, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    DROGUERIA BETANCES | Name:    DROGUERIA BETANCES |
| Address: LUIS MUNOZ MARIN AVE, ESQ. EL TROCHE CAGAS, PR 00725 | Address: LUIS MUNOZ MARIN AVE, ESQ. EL TROCHE CAGAS, PR 00725 |
| Date Purchased & Ref : 11/05/20     PO#V82453 | Date Purchased & Ref : 11/05/20     PO#V82453 |
| SOLD TO: | SHIPPED TO: |
| Name:    GENTEK LLC | Name:    GENTEK LLC |
| Address: 45 CEDAR ST UNIT 3 | Address: 45 CEDAR ST UNIT 3 |
| STAMFORD CT 06902 | STAMFORD CT 06902 |
| Date Purchased & Ref : 11/09/20     PO#85148 | Date Received & Ref : 11/09/20     PO#85148 |
| SOLD TO: | SHIPPED TO: |
| Name:    SAFE CHAIN SOLUTIONS, LLC | Name:    SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :     11/09/20     PO#01210538 | Date Received & Ref :     11/10/20     RC#015177 |
| SOLD TO: | SHIPPED TO: |
| Name:    OLYMPIA PLAZA PHARMACY INC | Name:    OLYMPIA PLAZA PHARMACY INC |
| Address: 5901 W OLYMPIC BLVD STE 103 | Address: 5901 W OLYMPIC BLVD STE 103 |
| LOS ANGELES  CA 90036 | LOS ANGELES CA 90036 |
| Date Purchased & Ref :     11/10/20     01S32820003 | Date Received & Ref :     11/10/20     01S32820003 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001320926

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document Doc#00000018008

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13) |

NDC: 49702-0231-13

Reference Number: **01138921**
Document Type: **Invoice**
Reference Date: **12/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 354K | 1 | |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP. | Name: AMERISOURCEBERGEN DRUG CORP. |
| Address: 5500 NEW HORIZONS BLVD | Address: 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 10/14/19   PO#A142385 | Date Received & Ref : 10/14/19   PO#A142385 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMSTERDAM WELLNESS PHARMACY INC | Name: AMSTERDAM WELLNESS PHARMACY INC |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 11/12/19   PO#20191112 | Date Received & Ref : 11/12/19   PO#20191112 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/08/19   PO#01262122 | Date Received & Ref : 12/08/19   PO#01262122 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS, LLC |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/01/20   PO#01210838 | Date Received & Ref : 12/02/20   RC#015589 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: CIENEGA PHARMACY | Name: CIENEGA PHARMACY |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref : 12/08/20   01S35521001 | Date Received & Ref : 12/08/20   01S35521001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001321056

GX 091.0008

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01I38921**
Document Type: **Invoice**
Reference Date: **12/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7N9J | 1 | |
| 7N9K | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name: **VIIV HEALTHCARE**
Manufacturer's information: **Five Moore Drive, Research Triangle Park, North Carolina 27709-3398**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.** | Name: **AMERISOURCEBERGEN DRUG CORP.** |
| Address: **5500 NEW HORIZONS BLVD** | Address: **5500 NEW HORIZONS BLVD** |
| **NORTH AMITYVILLE, NY 11701-1156** | **NORTH AMITYVILLE, NY 11701-1156** |
| Date Purchased & Ref : **10/17/19    PO#A142423** | Date Received & Ref : **10/17/19    PO#A142423** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMACY INC** | Name: **AMSTERDAM WELLNESS PHARMACY INC** |
| Address: **2091 AMSTERDAM AVE** | Address: **2091 AMSTERDAM AVE** |
| **NEW YORK, NY 10032-8210** | **NEW YORK, NY 10032-8210** |
| Date Purchased & Ref : **11/22/19    PO#20191122** | Date Received & Ref : **11/22/19    PO#20191122** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: **9229 QUEENS BLVD** | Address: **9229 QUEENS BLVD** |
| **REGO PARK NY 11374** | **REGO PARK NY 11374** |
| Date Purchased & Ref : **12/05/19    PO#01258999** | Date Received & Ref : **12/05/19    PO#01258999** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: **822 CHESAPEAKE DR** | Address: **822 CHESAPEAKE DR** |
| **CAMBRIDGE MD 21613** | **CAMBRIDGE MD 21613** |
| Date Purchased & Ref : **12/01/20    PO#01210838** | Date Received & Ref : **12/02/20    RC#015589** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **CIENEGA PHARMACY** | Name: **CIENEGA PHARMACY** |
| Address: **7360 SANTA MONICA BLVD #101** | Address: **7360 SANTA MONICA BLVD #101** |
| **WEST HOLLYWOOD CA 90046** | **WEST HOLLYWOOD CA 90046** |
| Date Purchased & Ref : **12/08/20    01S35521001** | Date Received & Ref : **12/08/20    01S35521001** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001321056

GX 091.0009

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000018008</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: 49702-0231-13

Reference Number: **01138921**
Document Type: **Invoice**
Reference Date: **12/08/20**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V79D | 3 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: ViiV Healthcare
Manufacturer's information: Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.** | Name: **AMERISOURCEBERGEN DRUG CORP.** |
| Address: 5500 NEW HORIZONS BLVD | Address: 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 10/17/19  PO#A142423 | Date Received & Ref : 10/17/19  PO#A142423 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMSTERDAM WELLNESS PHARMACY INC** | Name: **AMSTERDAM WELLNESS PHARMACY INC** |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 11/14/19  PO#20191114 | Date Received & Ref : 11/14/19  PO#20191114 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : 12/06/19  PO#012159654 | Date Received & Ref : 12/06/19  PO#012159654 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 12/01/20  PO#01210838 | Date Received & Ref : 12/02/20  RC#015589 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **CIENEGA PHARMACY** | Name: **CIENEGA PHARMACY** |
| Address: 7360 SANTA MONICA BLVD #101 | Address: 7360 SANTA MONICA BLVD #101 |
| WEST HOLLYWOOD CA 90046 | WEST HOLLYWOOD CA 90046 |
| Date Purchased & Ref : 12/08/20  01S35521001 | Date Received & Ref : 12/08/20  01S35521001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001321056

GX 091.0010

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000019052</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01I40557**
Document Type: **Invoice**
Reference Date: **01/06/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| UC3R | 1 | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| | |
|---|---|
| **SOLD TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :   10/17/19      PO#A142423 | **SHIPPED TO:**<br>Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :   10/17/19      PO#A142423 |
| **SOLD TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Purchased & Ref :   11/15/19      PO#20191115 | **SHIPPED TO:**<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK NY 10032-8210<br>Date Received & Ref :   11/15/19      PO#20191115 |
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref :   12/08/19      PO#01262122 | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref :   12/08/19      PO#01262122 |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref :   01/04/21      PO#01211295 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref :   01/05/21      RC#016278 |
| **SOLD TO:**<br>Name:   HEALTHMAX PHARMACY<br>Address: 80-07 JAMAICA AVENUE<br>WOODHAVEN NY 11421<br>Date Purchased & Ref :   01/06/21      01S36772001 | **SHIPPED TO:**<br>Name:   HEALTHMAX PHARMACY<br>Address: 80-07 JAMAICA AVENUE<br>WOODHAVEN NY 11421<br>Date Received & Ref :   01/06/21      01S36772001 |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001321421

GX 091.0011

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000020451</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ , 600; 50; 300 mg/1; mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-231-13)**

NDC: **49702-0231-13**

Reference Number: **01I43009**
Document Type: **Invoice**
Reference Date: **02/15/21**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GS5E | 2 | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name:   **VIIV HEALTHCARE**
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>**REGO PARK NY 11374**<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Purchased & Ref :   **02/11/21      PO#01211914** | **SHIPPED TO:**<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>**CAMBRIDGE MD 21613**<br>Date Received & Ref :   **02/12/21      RC#017078** |
| **SOLD TO:**<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Purchased & Ref :   **02/15/21      01S39168001** | **SHIPPED TO:**<br>Name:   **MAIN STREET PHARMACY**<br>Address: **667 MAIN STREET**<br>**LAUREL MD 20707**<br>Date Received & Ref :   **02/15/21      01S39168001** |
| **SOLD TO:**<br>Name:<br>Address:<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001391344

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021119</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ TAB 30CT,**
**600/50/300MG**
NDC: **49702-0231-13**

Reference Number: **01I44144**
Document Type: **Invoice**
Reference Date: **03/03/21**

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 2T4G | 1 | |
| 7N9K | 1 | |
| GS5E | 4 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **WHOLESALERS GROUP INC.** | Name:   **WHOLESALERS GROUP INC.** |
| Address: 917 CALLE TRINITY | Address: 917 CALLE TRINITY |
|          CAROLINA PR 00982 |          CAROLINA PR 00982 |
| Date Purchased & Ref :  02/07/21      14921679 | Date Received & Ref :  02/07/21      14921679 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SYNERGY GROUP WHOLESALERS** | Name:   **SYNERGY GROUP WHOLESALERS** |
| Address: 491 AMWELL RD SUITE 103 | Address: 491 AMWELL RD SUITE 103 |
|          HILLSBOROUGH NJ 08844 |          HILLSBOROUGH NJ 08844 |
| Date Purchased & Ref :  02/23/21      8C13810 | Date Received & Ref :  02/23/21      8C13810 |
| SOLD TO: | SHIPPED TO: |
| Name:   **SAFE CHAIN SOLUTIONS, LLC** | Name:   **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
|          CAMBRIDGE MD 21613 |          CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/02/21      PO#01212140 | Date Received & Ref :  03/03/21      RC#017439 |
| SOLD TO: | SHIPPED TO: |
| Name:   LEROY PHARMACY | Name:   LEROY PHARMACY |
| Address: 314 EAST 204TH ST | Address: 314 EAST 204TH ST |
|          BRONX NY 10467 |          BRONX NY 10467 |
| Date Purchased & Ref :  03/03/21      01S40011001 | Date Received & Ref :  03/03/21      01S40011001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| | |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  3        pages.

SCSRELATIVITY_0001320840

GX 091.0013

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021119</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ TAB 30CT,**
**600/50/300MG**
NDC: **49702-0231-13**

Reference Number:   01I44144
Document Type:   Invoice
Reference Date:   03/03/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GS5G | 1 | |
| N78R | 1 | |
| RN2K | 2 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   WHOLESALERS GROUP INC.<br>Address: 917 CALLE TRINITY<br>       CAROLINA PR 00982<br>Date Purchased & Ref :  02/07/21       14921679 | Name:   WHOLESALERS GROUP INC.<br>Address: 917 CALLE TRINITY<br>       CAROLINA PR 00982<br>Date Received & Ref :  02/07/21       14921679 |
| SOLD TO:<br>Name:   SYNERGY GROUP WHOLESALERS<br>Address: 491 AMWELL RD SUITE 103<br>       HILLSBOROUGH NJ 08844<br>Date Purchased & Ref :  02/23/21       8C13810 | SHIPPED TO:<br>Name:   SYNERGY GROUP WHOLESALERS<br>Address: 491 AMWELL RD SUITE 103<br>       HILLSBOROUGH NJ 08844<br>Date Received & Ref :  02/23/21       8C13810 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/02/21       PO#01212140 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :  03/03/21       RC#017439 |
| SOLD TO:<br>Name:   LEROY PHARMACY<br>Address: 314 EAST 204TH ST<br>       BRONX NY 10467<br>Date Purchased & Ref :  03/03/21       01S40011001 | SHIPPED TO:<br>Name:   LEROY PHARMACY<br>Address: 314 EAST 204TH ST<br>       BRONX NY 10467<br>Date Received & Ref :  03/03/21       01S40011001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2       of  3       pages.

SCSRELATIVITY_0001320840

GX 091.0014

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021119</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TRIUMEQ TAB 30CT,**
**600/50/300MG**
NDC: **49702-0231-13**

Reference Number: __01I44144__
Document Type: __Invoice__
Reference Date: __03/03/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| V79D | 1 | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **WHOLESALERS GROUP INC.**<br>Address: **917 CALLE TRINITY**<br>      **CAROLINA PR 00982**<br>Date Purchased & Ref :  02/07/21      14921679 | Name:   **WHOLESALERS GROUP INC.**<br>Address: **917 CALLE TRINITY**<br>      **CAROLINA PR 00982**<br>Date Received & Ref :  02/07/21      14921679 |
| SOLD TO:<br>Name:   **SYNERGY GROUP WHOLESALERS**<br>Address: **491 AMWELL RD SUITE 103**<br>      **HILLSBOROUGH NJ 08844**<br>Date Purchased & Ref :  02/23/21      8C13810 | SHIPPED TO:<br>Name:   **SYNERGY GROUP WHOLESALERS**<br>Address: **491 AMWELL RD SUITE 103**<br>      **HILLSBOROUGH NJ 08844**<br>Date Received & Ref :  02/23/21      8C13810 |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  03/02/21      PO#01212140 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>      **CAMBRIDGE MD 21613**<br>Date Received & Ref :  03/03/21      RC#017439 |
| SOLD TO:<br>Name:   **LEROY PHARMACY**<br>Address: **314 EAST 204TH ST**<br>      **BRONX NY 10467**<br>Date Purchased & Ref :  03/03/21      01S40011001 | SHIPPED TO:<br>Name:   **LEROY PHARMACY**<br>Address: **314 EAST 204TH ST**<br>      **BRONX NY 10467**<br>Date Received & Ref :  03/03/21      01S40011001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 3        of  3        pages.

SCSRELATIVITY_0001320840

GX 091.0015

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000021236</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT,**

NDC: **49702-0228-13**

| Reference Number: | 01I44344 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/05/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| HC3V | 4 | |
| WS3J | 2 | |
| | | |

**(TH) Transaction History**

Manufacturer's Name:　　VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:　AMERISOURCEBERGEN DRUG CP | Name:　AMERISOURCEBERGEN DRUG CP |
| Address: 5500 NEW HORIZONS BLVD. | Address: 5500 NEW HORIZONS BLVD. |
| NORTH AMITYVILLE NY 11701-1156 | NORTH AMITYVILLE NY 11701-1156 |
| Date Purchased & Ref :　11/09/20　20750128 | Date Received & Ref :　11/09/20　20750128 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:　RAPIDS TEX WHOLESALES CRP | Name:　RAPIDS TEX WHOLESALES CRP |
| Address: 10333 HARWIN DR. STE 263 | Address: 10333 HARWIN DR. STE 263 |
| HOUSTON TX 77036 | HOUSTON TX 77036 |
| Date Purchased & Ref :　12/07/20　9773734 | Date Received & Ref :　12/07/20　9773734 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:　MR.UNLIMITED, LLC | Name:　MR.UNLIMITED, LLC |
| Address: ATTN:ACCOUNTS RECEIVABLE | Address: ATTN:ACCOUNTS RECEIVABLE |
| BRENHAM TX 77833 | BRENHAM TX 77833 |
| Date Purchased & Ref :　03/04/21　52741RTWSF | Date Received & Ref :　03/04/21　52741RTWSF |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:　SAFE CHAIN SOLUTIONS, LLC | Name:　SAFE CHAIN SOLUTIONS - UT |
| Address: 822 CHESAPEAKE DR | Address: 1812 W SUNSET BLVD |
| CAMBRIDGE MD 21613 | ST. GEORGE UT 84770 |
| Date Purchased & Ref :　03/03/21　PO#01212162 | Date Received & Ref :　03/05/21　RC#017501 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:　ELDER PHARMACY | Name:　ELDER PHARMACY LLC |
| Address: 1527 WESTCHESTER AVE. | Address: 1527 WESTCHESTER AVE |
| BRONX NY 10472 | BRONX NY 10472 |
| Date Purchased & Ref :　03/05/21　01S40156001 | Date Received & Ref :　03/05/21　01S40156001 |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1　　of  1　　pages.

SCSRELATIVITY_0001320881

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000021475</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:

**JULUCA TAB 30CT,**
**50/25MG**
NDC: **49702-0242-13**

| Reference Number: | **01I44803** |
| Document Type: | **Invoice** |
| Reference Date: | **03/12/21** |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| **R43R** | **1** | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name:  **VIIV HEALTHCARE**
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  **AMERISOURCEBERGEN DRUG CP** | Name:  **AMERISOURCEBERGEN DRUG CP** |
| Address: **5500 NEW HORIZONS BLVD.** | Address: **5500 NEW HORIZONS BLVD.** |
| **NORTH AMITYVILLE NY 11701-1156** | **NORTH AMITYVILLE NY 11701-1156** |
| Date Purchased & Ref :   11/09/20      20750128 | Date Received & Ref :   11/09/20      20750128 |
| SOLD TO: | SHIPPED TO: |
| Name:  **RAPIDS TEX WHOLESALES CRP** | Name:  **RAPIDS TEX WHOLESALES CRP** |
| Address: **10333 HARWIN DR. STE 263** | Address: **10333 HARWIN DR. STE 263** |
| **HOUSTON TX 77036** | **HOUSTON TX 77036** |
| Date Purchased & Ref :   01/29/21      9773779 | Date Purchased & Ref :   01/29/21      9773779 |
| SOLD TO: | SHIPPED TO: |
| Name:  **MR.UNLIMITED, LLC** | Name:  **MR.UNLIMITED, LLC** |
| Address: **ATTN:ACCOUNTS RECEIVABLE** | Address: **ATTN:ACCOUNTS RECEIVABLE** |
| **BRENHAM TX 77833** | **BRENHAM TX 77833** |
| Date Purchased & Ref :   03/11/21      52784RTWSC | Date Received & Ref :   03/11/21      52784RTWSC |
| SOLD TO: | SHIPPED TO: |
| Name:  **SAFE CHAIN SOLUTIONS, LLC** | Name:  **SAFE CHAIN SOLUTIONS - UT** |
| Address: **822 CHESAPEAKE DR** | Address: **1812 W SUNSET BLVD** |
| **CAMBRIDGE MD 21613** | **ST. GEORGE UT 84770** |
| Date Purchased & Ref :   03/10/21      PO#01212254 | Date Received & Ref :   03/12/21      RC#017625 |
| SOLD TO: | SHIPPED TO: |
| Name:  **GREENVILLE PHARMACY LLC** | Name:  **GREENVILLE PHARMACY LLC** |
| Address: **1850 JOHN F KENNEDY BLVD.** | Address: **1850 JOHN F KENNEDY BLVD** |
| **JERSEY CITY NJ 07305** | **JERSEY CITY NJ 07305** |
| Date Purchased & Ref :   03/12/21      01S40546002 | Date Received & Ref :   03/12/21      01S40546002 |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001320850

GX 091.0017

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021825</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**JULUCA TAB 30CT, 50; 25 mg/1; mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-242-13)**

NDC: 49702-0242-13

Reference Number: 01145682
Document Type: **Invoice**
Reference Date: 03/26/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| BV4B | 2 | |
| MW5J | 1 | |
| | | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>     REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21     PO#01212452 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>     CAMBRIDGE MD 21613<br>Date Received & Ref :  03/25/21     RC#017833 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>     LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21     01S41004002 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>     LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21     01S41004002 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001427772

GX 091.0018

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 2Y7S | 1 | |
| 682E | 4 | |
| 7J4V | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21      RC#017834 |
| Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21      01S41410001 | Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21      01S41410001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 8      pages.

SCSRELATIVITY_0001427772

GX 091.0019

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 8L3M | 3 | |
| 9R2Y | 2 | |
| E76Y | 1 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| | |
|---|---|
| **SOLD TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>        REGO PARK NY 11374<br>Date Received & Ref : |
| **SOLD TO:**<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/25/21      PO#01212452 | **SHIPPED TO:**<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :   03/26/21      RC#017834 |
| **SOLD TO:**<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/26/21      01S41410001 | **SHIPPED TO:**<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>        LOS ANGELES CA 90017<br>Date Received & Ref :   03/26/21      01S41410001 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2      of 8      pages.

SCSRELATIVITY_0001427772

GX 091.0020

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| FU5E | 5 | |
| GH3U | 1 | |
| HN9W | 1 | |

## (TH) Transaction History

Manufacturer's Name:    VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Purchased & Ref : | Name:    **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD**<br>          **REGO PARK NY 11374**<br>Date Received & Ref : |
| SOLD TO:<br>Name:    **SAFE CHAIN SOLUTIONS, LLC**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Purchased & Ref :  **03/25/21      PO#01212452** | SHIPPED TO:<br>Name:    **SAFE CHAIN SOLUTIONS**<br>Address: **822 CHESAPEAKE DR**<br>          **CAMBRIDGE MD 21613**<br>Date Received & Ref :  **03/26/21      RC#017834** |
| SOLD TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>          **LOS ANGELES CA 90017**<br>Date Purchased & Ref :  **03/26/21      01S41410001** | SHIPPED TO:<br>Name:    **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: **1234 WILSHIRE BLVD #106**<br>          **LOS ANGELES CA 90017**<br>Date Received & Ref :  **03/26/21      01S41410001** |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 3        of 8        pages.

SCSRELATIVITY_0001427772

GX 091.0021

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

Doc#00000021836

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Reference Number: | 01145710 |
|---|---|
| Document Type: | Invoice |
| Reference Date: | 03/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LK9U | 1 | |
| PN5E | 3 | |
| RJ8T | 1 | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS, LLC | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21   PO#01212452 | Date Received & Ref : 03/26/21   RC#017834 |
| SOLD TO: | SHIPPED TO: |
| Name: TOTAL REMEDY & PRESCRIPTION CENTER | Name: TOTAL REMEDY & PRESCRIPTION CENTER |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref : 03/26/21   01S41410001 | Date Received & Ref : 03/26/21   01S41410001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 4    of 8    pages.

SCSRELATIVITY_0001427772

GX 091.0022

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

| Lot Number | Quantity | Unique Serial # |
|------------|----------|------------------|
| RT6F | 1 | |
| RW9Y | 1 | |
| SY7D | 2 | |

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/25/21      PO#01212452 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/26/21      RC#017834 |
| SOLD TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21      01S41410001 | SHIPPED TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21      01S41410001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 091.0023

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

Reference Number: 01145710
Document Type: **Invoice**
Reference Date: 03/26/21

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| SY7L | 1 | |
| T96C | 1 | |
| VT3C | 1 | |

### (TH) Transaction History

Manufacturer's Name: VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21  PO#01212452 | Date Received & Ref : 03/26/21  RC#017834 |
| SOLD TO: | SHIPPED TO: |
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER** | Name: **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref : 03/26/21  01S41410001 | Date Received & Ref : 03/26/21  01S41410001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 6        of 8        pages.

SCSRELATIVITY_0001427772

GX 091.0024

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: **49702-0228-13**

| Reference Number: | 01145710 |
| Document Type: | Invoice |
| Reference Date: | 03/26/21 |

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| WP4P | 1 | |
| Y22W | 2 | |
| SH7B | 1 | |

### (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **BOULEVARD 9229 LLC** | Name: **BOULEVARD 9229 LLC** |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: **SAFE CHAIN SOLUTIONS, LLC** | Name: **SAFE CHAIN SOLUTIONS** |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref : 03/25/21 PO#01212452 | Date Received & Ref : 03/26/21 RC#017834 |
| SOLD TO: | SHIPPED TO: |
| Name: **TOTAL REMEDY & PRESCRIPTION CENTER** | Name: **TOTAL REMEDY & PRESCRIPTION CENTER** |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref : 03/26/21 01S41410001 | Date Received & Ref : 03/26/21 01S41410001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**Page: 7** of **8** pages.

SCSRELATIVITY_0001427772

GX 091.0025

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021836</sup>

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)** |

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| GB2K | 1 | |
| | | |
| | | |

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

### (TH) Transaction History

Manufacturer's Name:  VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  BOULEVARD 9229 LLC | Name:  BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD | Address: 9229 QUEENS BLVD |
| REGO PARK NY 11374 | REGO PARK NY 11374 |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name:  SAFE CHAIN SOLUTIONS, LLC | Name:  SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR | Address: 822 CHESAPEAKE DR |
| CAMBRIDGE MD 21613 | CAMBRIDGE MD 21613 |
| Date Purchased & Ref :  03/25/21  PO#01212452 | Date Received & Ref :  03/26/21  RC#017834 |
| SOLD TO: | SHIPPED TO: |
| Name:  TOTAL REMEDY & PRESCRIPTION CENTER | Name:  TOTAL REMEDY & PRESCRIPTION CENTER |
| Address: 1234 WILSHIRE BLVD #106 | Address: 1234 WILSHIRE BLVD #106 |
| LOS ANGELES CA 90017 | LOS ANGELES CA 90017 |
| Date Purchased & Ref :  03/26/21  01S41410001 | Date Received & Ref :  03/26/21  01S41410001 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 091.0026

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

Reference Number:  01145710
Document Type:  **Invoice**
Reference Date:  03/26/21

| Lot Number | Quantity | Unique Serial # |
|------------|----------|-----------------|
| 682H | 3 | |
| FU5E | 2 | |
| GH3U | 5 | |

## (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information: Five Moore Drive  RESEARCH TRIANGLE PARK, NC 27709

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19    A141638 | Name:   AMERISOURCEBERGEN DRUG CP<br>Address: 5500 NEW HORIZONS BLVD.<br>    NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19 |
| SOLD TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/06/19    20191106 | SHIPPED TO:<br>Name:   AMSTERDAM WELLNESS PHARMA<br>Address: 2091 AMSTERDAM AVE<br>    NEW YORK NY 10032-8210<br>Date Received & Ref :  11/06/19    20191106 |
| SOLD TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>    REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21    PO#01212358 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>    CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21    RC#017738 |
| SOLD TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21    01S41410001 | SHIPPED TO:<br>Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>    LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21    01S41410001 |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  2      pages.

SCSRELATIVITY_0001427772

GX 091.0027

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021694</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| RN2F | 2 | |
| | | |
| | | |

Reference Number: __01145710__
Document Type: __Invoice__
Reference Date: __03/26/21__

### (TH) Transaction History

Manufacturer's Name:     VIIV HEALTHCARE
Manufacturer's information:Five Moore Drive  RESEARCH TRIANGLE PARK,NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Purchased & Ref :  09/30/19      A141638 | Name:   **AMERISOURCEBERGEN DRUG CP**<br>Address: 5500 NEW HORIZONS BLVD.<br>          NORTH AMITYVILLE NY 11701-1156<br>Date Received & Ref :  09/30/19 |
| SOLD TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Purchased & Ref :  11/06/19      20191106 | SHIPPED TO:<br>Name:   **AMSTERDAM WELLNESS PHARMA**<br>Address: 2091 AMSTERDAM AVE<br>          NEW YORK NY 10032-8210<br>Date Received & Ref :  11/06/19      20191106 |
| SOLD TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : | SHIPPED TO:<br>Name:   **BOULEVARD 9229 LLC**<br>Address: 9229 QUEENS BLVD<br>          REGO PARK NY 11374<br>Date Received & Ref : |
| SOLD TO:<br>Name:   **SAFE CHAIN SOLUTIONS, LLC**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Purchased & Ref :  03/19/21      PO#01212358 | SHIPPED TO:<br>Name:   **SAFE CHAIN SOLUTIONS**<br>Address: 822 CHESAPEAKE DR<br>          CAMBRIDGE MD 21613<br>Date Received & Ref :  03/19/21      RC#017738 |
| SOLD TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Purchased & Ref :  03/26/21      01S41410001 | SHIPPED TO:<br>Name:   **TOTAL REMEDY & PRESCRIPTION CENTER**<br>Address: 1234 WILSHIRE BLVD #106<br>          LOS ANGELES CA 90017<br>Date Received & Ref :  03/26/21      01S41410001 |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001427772

GX 091.0028

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021304</sup>

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**TIVICAY 50MG TAB 30CT, 50 mg/1, TABLET, FILM COATED, 30 TABLET, FILM COATED in 1 BOTTLE (49702-228-13)**

NDC: 49702-0228-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| LD3H | 2 | |
| | | |
| | | |

Reference Number: 01145710
Document Type: **Invoice**
Reference Date: 03/26/21

### (TH) Transaction History

Manufacturer's Name:   VIIV HEALTHCARE
Manufacturer's information:

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Purchased & Ref : | Name:   BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>       REGO PARK NY 11374<br>Date Received & Ref : |
| Name:   SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Purchased & Ref :   03/08/21       PO#01212210 | Name:   SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>       CAMBRIDGE MD 21613<br>Date Received & Ref :   03/08/21       RC#017537 |
| Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>       LOS ANGELES CA 90017<br>Date Purchased & Ref :   03/26/21       01S41410001 | Name:   TOTAL REMEDY & PRESCRIPTION CENTER<br>Address: 1234 WILSHIRE BLVD #106<br>       LOS ANGELES CA 90017<br>Date Received & Ref :   03/26/21       01S41410001 |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |
| Name:<br>Address:<br><br>Date Purchased & Ref : | Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001427772

GX 091.0029

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049379</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Dovato 50mg/300mg Tablet, 30 EA

NDC:   49702-0246-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| KE3G | 4 | 08/22 |
|  |  |  |
|  |  |  |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1          pages.

SCSRELATIVITY_0001329460

GX 091.0030

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049380</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: Evotaz 300mg/150mg, 30 EA | | | Reference Number: | SC00001 |
|---|---|---|---|---|

NDC: 00003-3641-11

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| CFHSFA | 2 | 03/22 |
| | | |
| | | |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

## (TH) Transaction History

Manufacturer's Name: Bristol Meyers
Manufacturer's information: New York, NY 10016

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE | Name: INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021 A982776 | Date Received & Ref : 05/28/2021 A982776 |
| SOLD TO: | SHIPPED TO: |
| Name: OMOM PHARMACEUTICALS INC | Name: OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021 6747211 | Date Received & Ref : 06/07/2021 6747211 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS - UT | Name: SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021 000679 | Date Received & Ref : 06/09/2021 000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001329460

GX 091.0031

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049381

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
 Intelence 200mg Tablet, 60 EA

NDC:  59676-0571-01

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| KGL0002 | 3 | 06/23 |
| JKL2I00 | 1 | 10/22 |
| | | |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

**(TH) Transaction History**

Manufacturer's Name: Janssen Products LP
Manufacturer's information: Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE | Name: INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021        A982776 | Date Received & Ref :  05/28/2021        A982776 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: OMOM PHARMACEUTICALS INC | Name: OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021        6747211 | Date Received & Ref :  06/07/2021        6747211 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: SAFE CHAIN SOLUTIONS - UT | Name: SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021        000679 | Date Received & Ref :  06/09/2021        000679 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049382</sup>

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Isentress 400mg Tablet, 60 EA | | |
|---|---|---|
| NDC: 00006-0227-61 | | |

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| T032933 | 1 | 12/22 |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | SC00001 |
| Customer PO #: | 000679 |
| Document Type: | Invoice |
| Reference Date: | 6/9/2021 |

**(TH) Transaction History**

Manufacturer's Name:   Merck & Co. Inc.
Manufacturer's information:  Kenilworth, NJ 07033

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE | Name: INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET  SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET  SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021          A982776 | Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO: | SHIPPED TO: |
| Name: OMOM PHARMACEUTICALS INC | Name: OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE  RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE  RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021          6747211 | Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS - UT | Name: SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34  ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34  ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021          000679 | Date Received & Ref :  06/09/2021          000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of   1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049383

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
Juluca 50mg/25mg Tablet, 30 EA

NDC:   49702-0242-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| MW5J | 1 | 08/23 |
| BV4B | 1 | 08/23 |
|  |  |  |

Reference Number:  SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   ViiV Healthcare
Manufacturer's information:   RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** INDEPENDENT PHARMACY COOPERATIVE | **Name:** INDEPENDENT PHARMACY COOPERATIVE |
| **Address:** 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | **Address:** 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 |
| **Date Purchased & Ref :** 05/28/2021        A982776 | **Date Received & Ref :**  05/28/2021        A982776 |
| **Name:** OMOM PHARMACEUTICALS INC | **Name:** OMOM PHARMACEUTICALS INC |
| **Address:** 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | **Address:** 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 |
| **Date Purchased & Ref :** 06/07/2021        6747211 | **Date Received & Ref :**  06/07/2021        6747211 |
| **Name:** SAFE CHAIN SOLUTIONS - UT | **Name:** SAFE CHAIN SOLUTIONS - UT |
| **Address:** 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | **Address:** 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 |
| **Date Purchased & Ref :** 06/09/2021        000679 | **Date Received & Ref :**  06/09/2021        000679 |
| **Name:** **Address:** **Date Purchased & Ref :** | **Name:** **Address:** **Date Received & Ref :** |
| **Name:** **Address:** **Date Purchased & Ref :** | **Name:** **Address:** **Date Received & Ref :** |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of   1        pages.

SCSRELATIVITY_0001329460

GX 091.0034

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049384</sup>

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Kaletra 200mg/50mg, 120 EA | | | | | |
|---|---|---|---|---|---|
| NDC:    00074-6799-22 | | | **Reference Number:** | SC00001 | |
| Lot Number | Quantity | Expiration Date | **Customer PO #:** | 000679 | |
| 1127921 | 1 | 05/22 | **Document Type:** | Invoice | |
| | | | **Reference Date:** | 6/9/2021 | |

**(TH) Transaction History**

**Manufacturer's Name:**   AbbVie Inc.
**Manufacturer's information:**  North Chicago, IL 60064

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:**   INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>**Date Purchased & Ref :** 05/28/2021          A982776 | **Name:**   INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>**Date Received & Ref :**  05/28/2021          A982776 |
| **Name:**   OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>**Date Purchased & Ref :** 06/07/2021          6747211 | **Name:**   OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>**Date Received & Ref :**  06/07/2021          6747211 |
| **Name:**    SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>**Date Purchased & Ref :** 06/09/2021          000679 | **Name:**    SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>**Date Received & Ref :**  06/09/2021          000679 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0035

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049385</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 120 120mg Tablet, 30 EA

NDC:   63402-0312-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| R0850630 | 4 | 08/24 |
| R0636130P | 1 | 06/24 |
| R0962930P | 1 | 10/24 |

Reference Number:  SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:**  INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>**Date Purchased & Ref :** 05/28/2021        A982776 | **Name:**  INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>**Date Received & Ref :**  05/28/2021        A982776 |
| **Name:**  OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>**Date Purchased & Ref :** 06/07/2021        6747211 | **Name:**  OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>**Date Received & Ref :**  06/07/2021        6747211 |
| **Name:**  SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>**Date Purchased & Ref :** 06/09/2021        000679 | **Name:**  SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>**Date Received & Ref :**  06/09/2021        000679 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of   1        pages.

SCSRELATIVITY_0001329460

GX 091.0036

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049386

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 120 120mg Tablet, 30 EA

NDC:    63402-0312-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| S0037330 | 2 | 12/24 |
| R0962630P | 1 | 10/24 |
| R0057030 | 1 | 01/24 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>          SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:    INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>          SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:    OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>          RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:    OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>          RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>          ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>          ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049387

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Latuda 20 20mg Tablet, 30 EA | | |
|---|---|---|

NDC:   63402-0302-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 7021C30P | 2 | 06/24 |
| 7019C30P | 1 | 05/24 |
| 7035C30P | 1 | 03/25 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>           SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>           SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>           RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>           RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>           ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>           ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of   1          pages.

SCSRELATIVITY_0001329460

GX 091.0038

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049388</sup>

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: | |
| --- | --- |
| Latuda 20 20mg Tablet, 30 EA | |

Reference Number: SC00001

NDC:   63402-0302-30

Customer PO #:   000679

| Lot Number | Quantity | Expiration Date |
| --- | --- | --- |
| 7029C30 | 2 | 10/24 |
| 7022C30 | 1 | 08/24 |
| R0907630 | 1 | 08/24 |

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:   Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021        A982776 | Date Received & Ref :  05/28/2021        A982776 |

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021        6747211 | Date Received & Ref :  06/07/2021        6747211 |

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021        000679 | Date Received & Ref :  06/09/2021        000679 |

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0039

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049389

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Latuda 20 20mg Tablet, 30 EA | | |
|---|---|---|

NDC: 63402-0302-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 7018C30P | 1 | 05/24 |
| 7031C30 | 1 | 10/24 |
| | | |

| | |
|---|---|
| Reference Number: | SC00001 |
| Customer PO #: | 000679 |
| Document Type: | Invoice |
| Reference Date: | 6/9/2021 |

**(TH) Transaction History**

Manufacturer's Name: Sunovion Pharmaceuticals Inc.
Manufacturer's information: Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021          A982776 | Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021          6747211 | Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021          000679 | Date Received & Ref :  06/09/2021          000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0040

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049390

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 40 40mg Tablet, 30 EA

NDC:   63402-0304-30

| Lot Number | Quantity | Expiration Date |
|------------|----------|-----------------|
| 1351C30P | 5 | 10/24 |
| 3180456 | 1 | 05/24 |
| 1312C30P | 1 | 05/24 |

Reference Number:  SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021        A982776 | Date Received & Ref :  05/28/2021        A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021        6747211 | Date Received & Ref :  06/07/2021        6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021        000679 | Date Received & Ref :  06/09/2021        000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049391</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
Latuda 40 40mg Tablet, 30 EA

NDC:   63402-0304-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 1350C30P | 2 | 10/24 |
| 3184973 | 1 | 09/24 |
| 1321C30P | 1 | 06/24 |

Reference Number:   SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:   Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021         A982776 | **Name:** INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021         A982776 |
| **Name:** OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021         6747211 | **Name:** OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021         6747211 |
| **Name:** SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021         000679 | **Name:** SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021         000679 |
| **Name:**<br>**Address:**<br><br>Date Purchased & Ref : | **Name:**<br>**Address:**<br><br>Date Received & Ref : |
| **Name:**<br>**Address:**<br><br>Date Purchased & Ref : | **Name:**<br>**Address:**<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049392</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| Latuda 40 40mg Tablet, 30 EA |

NDC:   63402-0304-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| R0056430P | 2 | 12/23 |
| 3188091 | 1 | 11/24 |
| 1328C30PA | 1 | 07/24 |

Reference Number:   SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

## (TH) Transaction History

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:   Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021         A982776 | Date Received & Ref :  05/28/2021         A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021         6747211 | Date Received & Ref :  06/07/2021         6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021         000679 | Date Received & Ref :  06/09/2021         000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049393</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 40 40mg Tablet, 30 EA

NDC:   63402-0304-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 1375C30P | 1 | 03/25 |
| | | |
| | | |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

## (TH) Transaction History

Manufacturer's Name:    Sunovion Pharmaceuticals Inc.
Manufacturer's information: Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1          pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup> 00000049394

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
Latuda 60 60mg Tablet, 30 EA

NDC:   63402-0306-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 3188092 | 4 | 09/24 |
| 3179014 | 1 | 02/24 |
| 3185566 | 1 | 08/24 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

## (TH) Transaction History

Manufacturer's Name:  Sunovion Pharmaceuticals Inc.
Manufacturer's information: Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049395</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
 Latuda 60 60mg Tablet, 30 EA

NDC:   63402-0306-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 3186387 | 2 | 09/24 |
| 3182550 | 1 | 03/24 |
| 3187128 | 1 | 12/24 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0046

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049396

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 60 60mg Tablet, 30 EA

NDC:   63402-0306-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 3188103 | 2 | 12/24 |
| 3183390 | 1 | 06/24 |
| 3189978 | 1 | 04/25 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>          SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021         A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>          SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021         A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>          RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021         6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>          RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021         6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>          ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021         000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>          ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021         000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049397

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
Latuda 60 60mg Tablet, 30 EA

NDC:   63402-0306-30

| Lot Number | Quantity | Expiration Date |
|------------|----------|-----------------|
| 3179013 | 1 | 02/24 |
| 3184209 | 1 | 06/24 |
| 1331C30P | 1 | 07/24 |

| | |
|---|---|
| Reference Number: | SC00001 |
| Customer PO #: | 000679 |
| Document Type: | Invoice |
| Reference Date: | 6/9/2021 |

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:   Marlborough, MA 01752

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | | Name:   INDEPENDENT PHARMACY COOPERATIVE | |
| Address: 1550 COLUMBUS STREET | | Address: 1550 COLUMBUS STREET | |
| SUN PRAIRIE, WI 53590 | | SUN PRAIRIE, WI 53590 | |
| Date Purchased & Ref : 05/28/2021 | A982776 | Date Received & Ref :  05/28/2021 | A982776 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name:   OMOM PHARMACEUTICALS INC | | Name:   OMOM PHARMACEUTICALS INC | |
| Address: 9265 ARCHIBALD AVENUE | | Address: 9265 ARCHIBALD AVENUE | |
| RANCHO CUCAMONGA, CA 91730 | | RANCHO CUCAMONGA, CA 91730 | |
| Date Purchased & Ref : 06/07/2021 | 6747211 | Date Received & Ref :  06/07/2021 | 6747211 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name:   SAFE CHAIN SOLUTIONS - UT | | Name:   SAFE CHAIN SOLUTIONS - UT | |
| Address: 1812 W SUNSET BLVD ST 34 | | Address: 1812 W SUNSET BLVD ST 34 | |
| ST. GEORGE UT 84770 | | ST. GEORGE UT 84770 | |
| Date Purchased & Ref : 06/09/2021 | 000679 | Date Received & Ref :  06/09/2021 | 000679 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049398</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 80 80mg Tablet, 30 EA

NDC:   63402-0308-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 1316C30 | 3 | 05/24 |
| 1317C30 | 1 | 05/24 |
| P0555230P | 1 | 06/22 |

Reference Number:  SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049399

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 80 80mg Tablet, 30 EA

NDC:   63402-0308-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 1307C30P | 2 | 04/24 |
| 1318C30 | 1 | 05/24 |
| R0440730P | 1 | 04/24 |

Reference Number:   SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:   Marlborough, MA 01752

**SOLD TO:**
Name:   INDEPENDENT PHARMACY COOPERATIVE
Address: 1550 COLUMBUS STREET
   SUN PRAIRIE, WI 53590
Date Purchased & Ref : 05/28/2021        A982776

**SHIPPED TO:**
Name:   INDEPENDENT PHARMACY COOPERATIVE
Address: 1550 COLUMBUS STREET
   SUN PRAIRIE, WI 53590
Date Received & Ref :  05/28/2021        A982776

**SOLD TO:**
Name:   OMOM PHARMACEUTICALS INC
Address: 9265 ARCHIBALD AVENUE
   RANCHO CUCAMONGA, CA 91730
Date Purchased & Ref : 06/07/2021        6747211

**SHIPPED TO:**
Name:   OMOM PHARMACEUTICALS INC
Address: 9265 ARCHIBALD AVENUE
   RANCHO CUCAMONGA, CA 91730
Date Received & Ref :  06/07/2021        6747211

**SOLD TO:**
Name:   SAFE CHAIN SOLUTIONS - UT
Address: 1812 W SUNSET BLVD ST 34
   ST. GEORGE UT 84770
Date Purchased & Ref : 06/09/2021        000679

**SHIPPED TO:**
Name:   SAFE CHAIN SOLUTIONS - UT
Address: 1812 W SUNSET BLVD ST 34
   ST. GEORGE UT 84770
Date Received & Ref :  06/09/2021        000679

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329460

GX 091.0050

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049400

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 80 80mg Tablet, 30 EA

NDC:    63402-0308-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| R0441630 | 2 | 04/24 |
| 1342C30P | 1 | 09/24 |
| R0556530P | 1 | 05/24 |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

## (TH) Transaction History

Manufacturer's Name:     Sunovion Pharmaceuticals Inc.
Manufacturer's information: Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>    SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021    A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>    SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021    A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>    RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021    6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>    RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021    6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>    ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021    000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>    ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021    000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049401</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 80 80mg Tablet, 30 EA

NDC:    63402-0308-30

| Lot Number | Quantity | Expiration Date |
|------------|----------|-----------------|
| 3180461 | 1 | 12/23 |
| 1358C30P | 1 | 11/24 |
| R0556630P | 1 | 05/24 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Sunovion Pharmaceuticals Inc.
Manufacturer's information:  Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  INDEPENDENT PHARMACY COOPERATIVE | Name:  INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET  SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET  SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021       A982776 | Date Received & Ref :  05/28/2021       A982776 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  OMOM PHARMACEUTICALS INC | Name:  OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE  RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE  RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021       6747211 | Date Received & Ref :  06/07/2021       6747211 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:  SAFE CHAIN SOLUTIONS - UT | Name:  SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34  ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34  ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021       000679 | Date Received & Ref :  06/09/2021       000679 |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049402

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Latuda 80 80mg Tablet, 30 EA

NDC:   63402-0308-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 1277C30 | 1 | 11/23 |
| 1362C30 | 1 | 12/24 |
| R0560130P | 1 | 05/24 |

Reference Number:   SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Sunovion Pharmaceuticals Inc.
Manufacturer's information:   Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:**   INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>          SUN PRAIRIE, WI 53590<br>**Date Purchased & Ref :** 05/28/2021      A982776 | **Name:**   INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>          SUN PRAIRIE, WI 53590<br>**Date Received & Ref :**  05/28/2021      A982776 |
| **Name:**   OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>          RANCHO CUCAMONGA, CA 91730<br>**Date Purchased & Ref :** 06/07/2021      6747211 | **Name:**   OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>          RANCHO CUCAMONGA, CA 91730<br>**Date Received & Ref :**  06/07/2021      6747211 |
| **Name:**   SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>          ST. GEORGE UT 84770<br>**Date Purchased & Ref :** 06/09/2021      000679 | **Name:**   SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>          ST. GEORGE UT 84770<br>**Date Received & Ref :**  06/09/2021      000679 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1         pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049403</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
Latuda 80 80mg Tablet, 30 EA

NDC: 63402-0308-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 1281C30P | 1 | 11/23 |
| 1363C30 | 1 | 12/24 |
| R1005430P | 1 | 10/24 |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

## (TH) Transaction History

Manufacturer's Name: Sunovion Pharmaceuticals Inc.
Manufacturer's information: Marlborough, MA 01752

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021      A982776 | Name: INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021      A982776 |
| SOLD TO:<br>Name: OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021      6747211 | SHIPPED TO:<br>Name: OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021      6747211 |
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021      000679 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021      000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0054

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049404

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Prezcobix 800mg/150mg Tablet, 30 EA

NDC:   59676-0575-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 20MG466 | 11 | 09/22 |
| 20CG988 | 2 | 02/22 |
| 20LG390 | 1 | 09/22 |

Reference Number:   SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   Janssen Products LP
Manufacturer's information:   Titusville, NJ 08560

**SOLD TO:**
Name:   INDEPENDENT PHARMACY COOPERATIVE
Address:  1550 COLUMBUS STREET
              SUN PRAIRIE, WI 53590
Date Purchased & Ref : 05/28/2021          A982776

**SHIPPED TO:**
Name:   INDEPENDENT PHARMACY COOPERATIVE
Address: 1550 COLUMBUS STREET
              SUN PRAIRIE, WI 53590
Date Received & Ref :  05/28/2021          A982776

**SOLD TO:**
Name:   OMOM PHARMACEUTICALS INC
Address: 9265 ARCHIBALD AVENUE
              RANCHO CUCAMONGA, CA 91730
Date Purchased & Ref : 06/07/2021          6747211

**SHIPPED TO:**
Name:   OMOM PHARMACEUTICALS INC
Address: 9265 ARCHIBALD AVENUE
              RANCHO CUCAMONGA, CA 91730
Date Received & Ref :  06/07/2021          6747211

**SOLD TO:**
Name:   SAFE CHAIN SOLUTIONS - UT
Address: 1812 W SUNSET BLVD ST 34
              ST. GEORGE UT 84770
Date Purchased & Ref : 06/09/2021          000679

**SHIPPED TO:**
Name:   SAFE CHAIN SOLUTIONS - UT
Address: 1812 W SUNSET BLVD ST 34
              ST. GEORGE UT 84770
Date Received & Ref :  06/09/2021          000679

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049405

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Prezcobix 800mg/150mg Tablet, 30 EA | |
|---|---|

NDC: 59676-0575-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 20MG473 | 5 | 10/22 |
| 20KG334 | 1 | 08/22 |
| 20JG269 | 1 | 07/22 |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

**(TH) Transaction History**

Manufacturer's Name: Janssen Products LP
Manufacturer's information: Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE | Name: INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021          A982776 | Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO: | SHIPPED TO: |
| Name: OMOM PHARMACEUTICALS INC | Name: OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021          6747211 | Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS - UT | Name: SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021          000679 | Date Received & Ref :  06/09/2021          000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1          of  1          pages.

SCSRELATIVITY_0001329460

GX 091.0056

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049406

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
 Prezcobix 800mg/150mg Tablet, 30 EA

NDC:   59676-0575-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 20LG388 | 4 | 09/22 |
| 20CG935 | 1 | 01/22 |
| 20KG337 | 1 | 08/22 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Janssen Products LP
Manufacturer's information:  Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329460

GX 091.0057

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049407

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Prezcobix 800mg/150mg Tablet, 30 EA | | | | Reference Number: | SC00001 |
|---|---|---|---|---|---|
| NDC: 59676-0575-30 | | | | Customer PO #: | 000679 |
| Lot Number | Quantity | Expiration Date | | Document Type: | Invoice |
| 20LG391 | 3 | 09/22 | | Reference Date: | 6/9/2021 |
| | | | | | |
| | | | | | |

**(TH) Transaction History**

Manufacturer's Name: Janssen Products LP
Manufacturer's information: Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE | Name: INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021          A982776 | Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO: | SHIPPED TO: |
| Name: OMOM PHARMACEUTICALS INC | Name: OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021          6747211 | Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS - UT | Name: SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021          000679 | Date Received & Ref :  06/09/2021          000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of   1      pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049408

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| Prezista 600mg Tablet, 60 EA | | |

**Reference Number:** SC00001

NDC: 59676-0562-01

**Customer PO #:** 000679

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 19NG777 | 1 | 10/22 |
| | | |
| | | |

**Document Type:** Invoice

**Reference Date:** 6/9/2021

---

**(TH) Transaction History**

Manufacturer's Name: Janssen Products LP
Manufacturer's information: Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: INDEPENDENT PHARMACY COOPERATIVE | Name: INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021       A982776 | Date Received & Ref :  05/28/2021       A982776 |
| SOLD TO: | SHIPPED TO: |
| Name: OMOM PHARMACEUTICALS INC | Name: OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021       6747211 | Date Received & Ref :  06/07/2021       6747211 |
| SOLD TO: | SHIPPED TO: |
| Name: SAFE CHAIN SOLUTIONS - UT | Name: SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021       000679 | Date Received & Ref :  06/09/2021       000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

---

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1       pages.

SCSRELATIVITY_0001329460

GX 091.0059

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document Doc# 00000049409

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: Prezista 800mg Tablet, 30 EA | | | |
|---|---|---|---|
| NDC: 59676-0566-30 | | | |

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 20MG455 | 1 | 09/23 |
| | | |
| | | |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

## (TH) Transaction History

Manufacturer's Name: Janssen Products LP
Manufacturer's information: Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>**Date Purchased & Ref :** 05/28/2021      A982776 | **Name:** INDEPENDENT PHARMACY COOPERATIVE<br>**Address:** 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>**Date Received & Ref :** 05/28/2021      A982776 |
| **Name:** OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>**Date Purchased & Ref :** 06/07/2021      6747211 | **Name:** OMOM PHARMACEUTICALS INC<br>**Address:** 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>**Date Received & Ref :** 06/07/2021      6747211 |
| **Name:** SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>**Date Purchased & Ref :** 06/09/2021      000679 | **Name:** SAFE CHAIN SOLUTIONS - UT<br>**Address:** 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>**Date Received & Ref :** 06/09/2021      000679 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of   1      pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049410</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Selzentry 150mg Tablet, 60 EA

NDC:   49702-0223-18

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| DC7960 | 2 | 11/23 |
| DK4995 | 1 | 10/24 |
| CK7695 | 1 | 01/24 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590 | Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021        A982776 | Date Received & Ref :  05/28/2021        A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730 | Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021        6747211 | Date Received & Ref :  06/07/2021        6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770 | Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021        000679 | Date Received & Ref :  06/09/2021        000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) − (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329460

GX 091.0061

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049411</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Symtuza 800mg/150mg/200mg/10mg Tablet, 30 EA

NDC:   59676-0800-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 19MG726 | 14 | 01/22 |
| 20GG129 | 3 | 02/23 |
| 20GG131 | 1 | 01/23 |

| | |
|---|---|
| Reference Number: | SC00001 |
| Customer PO #: | 000679 |
| Document Type: | Invoice |
| Reference Date: | 6/9/2021 |

**(TH) Transaction History**

Manufacturer's Name:   Janssen Products LP
Manufacturer's information:  Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021          A982776 | Date Received & Ref :  05/28/2021          A982776 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021          6747211 | Date Received & Ref :  06/07/2021          6747211 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021          000679 | Date Received & Ref :  06/09/2021          000679 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1            pages.

SCSRELATIVITY_0001329460

GX 091.0062

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049412</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
 Symtuza 800mg/150mg/200mg/10mg Tablet, 30 EA

NDC:  59676-0800-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 20MG468 | 10 | 08/23 |
| 20EG062 | 2 | 01/23 |
| 20LG374X | 1 | 06/23 |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Janssen Products LP
Manufacturer's information:  Titusville, NJ 08560

| | |
|---|---|
| **SOLD TO:**<br>Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>  SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021  A982776 | **SHIPPED TO:**<br>Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>  SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021  A982776 |
| **SOLD TO:**<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>  RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021  6747211 | **SHIPPED TO:**<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>  RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021  6747211 |
| **SOLD TO:**<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>  ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021  000679 | **SHIPPED TO:**<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>  ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021  000679 |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |
| **SOLD TO:**<br>Name:<br>Address:<br><br>Date Purchased & Ref : | **SHIPPED TO:**<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049413</sup>

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| Symtuza 800mg/150mg/200mg/10mg Tablet, 30 EA |

NDC:   59676-0800-30

| Lot Number | Quantity | Expiration Date |
| --- | --- | --- |
| 20MG469 | 1 | 08/23 |
| 20KG322 | 2 | 04/23 |
| 20LG396 | 1 | 06/23 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  Janssen Products LP
Manufacturer's information:  Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021        A982776 | Date Received & Ref :  05/28/2021        A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021        6747211 | Date Received & Ref :  06/07/2021        6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021        000679 | Date Received & Ref :  06/09/2021        000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0064

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049414</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
 Symtuza 800mg/150mg/200mg/10mg Tablet, 30 EA

NDC:     59676-0800-30

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 20AG853X | 3 | 02/22 |
|  |  |  |
|  |  |  |

| | |
|---|---|
| Reference Number: | SC00001 |
| Customer PO #: | 000679 |
| Document Type: | Invoice |
| Reference Date: | 6/9/2021 |

**(TH) Transaction History**

Manufacturer's Name:        Janssen Products LP
Manufacturer's information: Titusville, NJ 08560

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021         A982776 | Date Received & Ref :  05/28/2021         A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021         6747211 | Date Received & Ref :  06/07/2021         6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021         000679 | Date Received & Ref :  06/09/2021         000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document Doc# 00000049415

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
Tivicay 50mg Tablet, 30 EA

NDC:   49702-0228-13

| Lot Number | Quantity | Expiration Date |
|------------|----------|-----------------|
| TD4W | 5 | 12/25 |
| TD5D | 2 | 12/25 |
| 8L3M | 1 | 08/25 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

## (TH) Transaction History

Manufacturer's Name:   ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021        A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021        A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021        6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021        6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021        000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021        000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) − (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049416</sup>

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
 Tivicay 50mg Tablet, 30 EA

NDC:   49702-0228-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| VT3C | 3 | 10/24 |
| YV5H | 2 | 12/25 |
| YV5J | 1 | 12/25 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

**(TH) Transaction History**

Manufacturer's Name:  ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021      A982776 | Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021      A982776 |
| SOLD TO:<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021      6747211 | SHIPPED TO:<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021      6747211 |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021      000679 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021      000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0067

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049417

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
  Tivicay 50mg Tablet, 30 EA

NDC:   49702-0228-13

| Lot Number | Quantity | Expiration Date |
|------------|----------|-----------------|
| LD3H | 2 | 11/25 |
| WF2G | 1 | 10/24 |
| 8N2Y | 1 | 10/24 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

## (TH) Transaction History

Manufacturer's Name:   ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021    A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021    A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021    6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021    6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021    000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021    000679 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001329460

GX 091.0068

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc# 00000049418</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
  Tivicay 50mg Tablet, 30 EA

NDC:    49702-0228-13

| Lot Number | Quantity | Expiration Date |
|------------|----------|-----------------|
| 7H6G | 2 | 01/26 |
| Y22W | 1 | 08/25 |
| Y22X | 1 | 08/25 |

Reference Number: SC00001

Customer PO #: 000679

Document Type: Invoice

Reference Date: 6/9/2021

## (TH) Transaction History

Manufacturer's Name:    ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:   INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:   OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:   SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049419

Doc# 00000049419

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
  Tivicay 50mg Tablet, 30 EA

NDC:    49702-0228-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| 9R2Y | 1 | 10/24 |
| | | |
| | | |

Reference Number:  SC00001

Customer PO #:    000679

Document Type:    Invoice

Reference Date:    6/9/2021

**(TH) Transaction History**

Manufacturer's Name:     ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:    INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>         SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021        A982776 | Name:    INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>         SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021        A982776 |
| SOLD TO:<br>Name:    OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>         RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021        6747211 | SHIPPED TO:<br>Name:    OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>         RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021        6747211 |
| SOLD TO:<br>Name:    SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>         ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021        000679 | SHIPPED TO:<br>Name:    SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>         ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021        000679 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1        pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#</sup>00000049420

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
Triumeq 600/50mg/300mg Tablet, 30 EA

NDC:  49702-0231-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| RV5B | 4 | 11/22 |
| 3L8S | 2 | 11/22 |
| GS5G | 1 | 10/22 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

## (TH) Transaction History

Manufacturer's Name:  ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Purchased & Ref : 05/28/2021          A982776 | Name:  INDEPENDENT PHARMACY COOPERATIVE<br>Address: 1550 COLUMBUS STREET<br>SUN PRAIRIE, WI 53590<br>Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO:<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Purchased & Ref : 06/07/2021          6747211 | SHIPPED TO:<br>Name:  OMOM PHARMACEUTICALS INC<br>Address: 9265 ARCHIBALD AVENUE<br>RANCHO CUCAMONGA, CA 91730<br>Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO:<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Purchased & Ref : 06/09/2021          000679 | SHIPPED TO:<br>Name:  SAFE CHAIN SOLUTIONS - UT<br>Address: 1812 W SUNSET BLVD ST 34<br>ST. GEORGE UT 84770<br>Date Received & Ref :  06/09/2021          000679 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001329460

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document Doc#00000049421

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
Triumeq 600/50mg/300mg Tablet, 30 EA

NDC:   49702-0231-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| AU7C | 2 | 02/23 |
| XC8B | 2 | 11/22 |
| RN2K | 1 | 10/22 |

Reference Number:  SC00001

Customer PO #:  000679

Document Type:  Invoice

Reference Date:  6/9/2021

## (TH) Transaction History

Manufacturer's Name:  ViiV Healthcare
Manufacturer's information:  RTP, NC 27709

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | Name:   INDEPENDENT PHARMACY COOPERATIVE |
| Address: 1550 COLUMBUS STREET | Address: 1550 COLUMBUS STREET |
| SUN PRAIRIE, WI 53590 | SUN PRAIRIE, WI 53590 |
| Date Purchased & Ref : 05/28/2021          A982776 | Date Received & Ref :  05/28/2021          A982776 |
| SOLD TO: | SHIPPED TO: |
| Name:   OMOM PHARMACEUTICALS INC | Name:   OMOM PHARMACEUTICALS INC |
| Address: 9265 ARCHIBALD AVENUE | Address: 9265 ARCHIBALD AVENUE |
| RANCHO CUCAMONGA, CA 91730 | RANCHO CUCAMONGA, CA 91730 |
| Date Purchased & Ref : 06/07/2021          6747211 | Date Received & Ref :  06/07/2021          6747211 |
| SOLD TO: | SHIPPED TO: |
| Name:   SAFE CHAIN SOLUTIONS - UT | Name:   SAFE CHAIN SOLUTIONS - UT |
| Address: 1812 W SUNSET BLVD ST 34 | Address: 1812 W SUNSET BLVD ST 34 |
| ST. GEORGE UT 84770 | ST. GEORGE UT 84770 |
| Date Purchased & Ref : 06/09/2021          000679 | Date Received & Ref :  06/09/2021          000679 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001329460

GX 091.0072

OMOM PHARMACEUTICALS INC

# Drug Supply Chain Security Act Document <sup>Doc#00000049422</sup>

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: Triumeq 600/50mg/300mg Tablet, 30 EA | | |
|---|---|---|

NDC:   49702-0231-13

| Lot Number | Quantity | Expiration Date |
|---|---|---|
| S66V | 2 | 11/22 |
| | | |
| | | |

Reference Number:   SC00001

Customer PO #:   000679

Document Type:   Invoice

Reference Date:   6/9/2021

**(TH) Transaction History**

Manufacturer's Name:   ViiV Healthcare
Manufacturer's information:   RTP, NC 27709

| SOLD TO: | | | SHIPPED TO: | | |
|---|---|---|---|---|---|
| Name:   INDEPENDENT PHARMACY COOPERATIVE | | | Name:   INDEPENDENT PHARMACY COOPERATIVE | | |
| Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | | | Address: 1550 COLUMBUS STREET SUN PRAIRIE, WI 53590 | | |
| Date Purchased & Ref : 05/28/2021 | | A982776 | Date Received & Ref :  05/28/2021 | | A982776 |
| SOLD TO: | | | SHIPPED TO: | | |
| Name:   OMOM PHARMACEUTICALS INC | | | Name:   OMOM PHARMACEUTICALS INC | | |
| Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | | | Address: 9265 ARCHIBALD AVENUE RANCHO CUCAMONGA, CA 91730 | | |
| Date Purchased & Ref : 06/07/2021 | | 6747211 | Date Received & Ref :  06/07/2021 | | 6747211 |
| SOLD TO: | | | SHIPPED TO: | | |
| Name:   SAFE CHAIN SOLUTIONS - UT | | | Name:   SAFE CHAIN SOLUTIONS - UT | | |
| Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | | | Address: 1812 W SUNSET BLVD ST 34 ST. GEORGE UT 84770 | | |
| Date Purchased & Ref : 06/09/2021 | | 000679 | Date Received & Ref :  06/09/2021 | | 000679 |
| SOLD TO: | | | SHIPPED TO: | | |
| Name: | | | Name: | | |
| Address: | | | Address: | | |
| Date Purchased & Ref : | | | Date Received & Ref : | | |
| SOLD TO: | | | SHIPPED TO: | | |
| Name: | | | Name: | | |
| Address: | | | Address: | | |
| Date Purchased & Ref : | | | Date Received & Ref : | | |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001329460

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

Transaction Date: **06/17/21**   Shipment Date **06/17/21**   Invoice #: **50022065**   Quantity: 5

**Current Seller:** CINTEX SERVICES LLC | **Current Buyer:** SAFE CHAIN SOLUTIONS

| | |
|---|---|
| (X) Is authorized to do the transfer as required under the Drug Supply Chain Act | (X) Have received the product from a person that is authorized under the Drug Supply Chain Act. |
| (X) Did not knowingly ship a suspect or illegitimate product. | (X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act. |
| (X) Had systems and processes in place to comply with verification requirements under section 582 | |
| (X) Did not knowingly provide false transaction information. | (X) Had systems and processes in place to comply with verification requirements under section 582 |
| (X) Did not knowingly after the transaction history. | (X) Did not knowingly provide false transaction information. |
| | (X) Did not knowingly after the transaction history. |

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size:
**Tivicay 50mg, 30 tablets**

NDC: 49702-228-13

**Customer PO:** 000761

**Reference Number:** 50022065

**Reference Date:** 06/17/21

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| X49P | 03/25 | 1 |
| 2Y7S | 10/24 | 1 |
| 596M | 01/26 | 1 |
| 759H | 05/24 | 1 |
| 7H6G | 01/26 | 1 |
| | | |
| | | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name: ViiV Healthcare

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation | Name: Mckesson Corporation |
| License Number: 0082692 | License Number: 0082692 |
| Address: 3301 Pollok Drive | Address: 3301 Pollok Drive |
| Conroe, TX 77303 | Conroe, TX 77303 |
| Date Purchased & Ref: 04/21/21 8189288670102 | Date Purchased & Ref: 04/21/21 8189288670102 |
| Sold to: | Shipped to: |
| Name: Cintex Services LLC | Name: Cintex Services LLC |
| License Number: PHW004662 | License Number: PHW004662 |
| Address: 5400 Laurel Springs Pkwy Ste 803A | Address: 5400 Laurel Springs Pkwy Ste 803A |
| Suwanee, GA 30024 | Suwanee, GA 30024 |
| Date Purchased & Ref: 06/16/21 3002781907 | Date Purchased & Ref: 06/16/21 3002781907 |
| Sold to: | Shipped to: |
| Name: Safe Chain Solutions | Name: Safe Chain Solutions |
| License Number: DO3211 | License Number: DO3211 |
| Address: 822 Chesapeake Drive | Address: 822 Chesapeake Drive |
| Cambridge, MD 21613 | Cambridge, MD 21613 |
| Date Purchased & Ref: 06/17/21 50022065 | Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**      Document Number: 000007130476   **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

## (TS) Transaction Statement

Transaction Date: **06/17/21**       Shipment Date **06/17/21**       Invoice #: **50022065**       Quantity: **2**

**Current Seller:** CINTEX SERVICES LLC                **Current Buyer:** SAFE CHAIN SOLUTIONS

| | |
|---|---|
| (X) Is authorized to do the transfer as required under the Drug Supply Chain Act<br>(X) Did not knowingly ship a suspect or illegitimate product.<br>(X) Had systems and processes in place to comply with verification requirements under section 582<br>(X) Did not knowingly provide false transaction information.<br>(X) Did not knowingly after the transaction history. | (X) Have received the product from a person that is authorized under the Drug Supply Chain Act.<br>(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.<br>(X) Had systems and processes in place to comply with verification requirements under section 582<br>(X) Did not knowingly provide false transaction information.<br>(X) Did not knowingly after the transaction history. |

## (TI) Transaction Information

Drug name, Strength, Dosage form, Container Size:
**Latuda 20mg, Tablets, 30 ea**

**NDC:** 63402-302-30

**Customer PO:** 000761

**Reference Number:** 50022065

**Reference Date:** 06/17/21

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 7036C30 | 03/25 | 1 |
| 7034C30P | 01/25 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## (TH) Transaction History

Manufacturer's Name: Sunovion Pharmaceuticals

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/26/21 820928867187 | Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/26/21 820928867187 |
| Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130477     **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **4** |

**Current Seller:** <u>CINTEX SERVICES LLC</u>     **Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act

(X) Did not knowingly ship a suspect or illegitimate product.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.

(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size:
**Dovato 50mg/300mg, Tablets, 30 ea**

NDC: <u>49702-246-13</u>

**Customer PO:** <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| F44T | 02/23 | 3 |
| FB2B | 02/23 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name: ViiV Healthcare

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation | Name: Mckesson Corporation |
| License Number: 0082692 | License Number: 0082692 |
| Address: 3301 Pollok Drive | Address: 3301 Pollok Drive |
| Conroe, TX 77303 | Conroe, TX 77303 |
| Date Purchased & Ref: 04/21/21 820928867102 | Date Purchased & Ref: 04/21/21 820928867102 |

| Sold to: | Shipped to: |
|---|---|
| Name: Cintex Services LLC | Name: Cintex Services LLC |
| License Number: PHW004662 | License Number: PHW004662 |
| Address: 5400 Laurel Springs Pkwy Ste 803A | Address: 5400 Laurel Springs Pkwy Ste 803A |
| Suwanee, GA 30024 | Suwanee, GA 30024 |
| Date Purchased & Ref: 06/16/21 3002781907 | Date Purchased & Ref: 06/16/21 3002781907 |

| Sold to: | Shipped to: |
|---|---|
| Name: Safe Chain Solutions | Name: Safe Chain Solutions |
| License Number: DO3211 | License Number: DO3211 |
| Address: 822 Chesapeake Drive | Address: 822 Chesapeake Drive |
| Cambridge, MD 21613 | Cambridge, MD 21613 |
| Date Purchased & Ref: 06/17/21 50022065 | Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130482   **Page 1 of 1**

CTRL00042227

## Cintex Services LLC Pedigree

### (TS) Transaction Statement

| Transaction Date:**06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **1** |

**Current Seller:** <u>CINTEX SERVICES LLC</u>

**Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act.
(X) Did not knowingly ship a suspect or illegitimate product.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.
(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

### (TI) Transaction Information

Drug name, Strength, Dosage form, Container Size:
**Edurant, 25mg, 30 tablets**

**NDC:** <u>59676-278-01</u>

**Customer PO:** <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| JEL2600.A | 04/22 | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### (TH) Transaction History

Manufacturer's Name: Janssen Products, LP.

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 | Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 |
| **Sold to:**<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | **Shipped to:**<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| **Sold to:**<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | **Shipped to:**<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130485   **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **2** |

**Current Seller:** <u>CINTEX SERVICES LLC</u>     **Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act
(X) Did not knowingly ship a suspect or illegitimate product.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.
(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size:
**Isentress 400mg, 60 tablets**

**NDC:** <u>0006-0227-61</u>

**Customer PO:** <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| T024536 | 09/22 | 1 |
| U012481 | 07/23 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name: Merck & Co., Inc.

| **Sold to:** | **Shipped to:** |
|---|---|
| Name: Mckesson Corporation | Name: Mckesson Corporation |
| License Number: 0082692 | License Number: 0082692 |
| Address: 3301 Pollok Drive | Address: 3301 Pollok Drive |
|     Conroe, TX 77303 |     Conroe, TX 77303 |
| Date Purchased & Ref: 04/23/21 820928867290 | Date Purchased & Ref: 04/23/21 820928867290 |
| **Sold to:** | **Shipped to:** |
| Name: Cintex Services LLC | Name: Cintex Services LLC |
| License Number: PHW004662 | License Number: PHW004662 |
| Address: 5400 Laurel Springs Pkwy Ste 803A | Address: 5400 Laurel Springs Pkwy Ste 803A |
|     Suwanee, GA 30024 |     Suwanee, GA 30024 |
| Date Purchased & Ref: 06/16/21 3002781907 | Date Purchased & Ref: 06/16/21 3002781907 |
| **Sold to:** | **Shipped to:** |
| Name: Safe Chain Solutions | Name: Safe Chain Solutions |
| License Number: DO3211 | License Number: DO3211 |
| Address: 822 Chesapeake Drive | Address: 822 Chesapeake Drive |
|     Cambridge, MD 21613 |     Cambridge, MD 21613 |
| Date Purchased & Ref: 06/17/21 50022065 | Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**      Document Number: 000007130479   **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **10** |

**Current Seller:** CINTEX SERVICES LLC | **Current Buyer:** SAFE CHAIN SOLUTIONS

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act

(X) Did not knowingly ship a suspect or illegitimate product.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.

(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size:
**Juluca 50mg/25mg, 30 tablets**

**NDC:** 49702-242-13

**Customer PO:** 000761

**Reference Number:** 50022065

**Reference Date:** 06/17/21

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 2W3S | 10/23 | 4 |
| K59K | 11/23 | 4 |
| R49Y | 01/23 | 1 |
| CT5U | 12/22 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name: ViiV Healthcare

**Sold to:**
Name: Mckesson Corporation
License Number: 0082692
Address: 3301 Pollok Drive
Conroe, TX 77303
Date Purchased & Ref: 04/21/21 820928867102

**Shipped to:**
Name: Mckesson Corporation
License Number: 0082692
Address: 3301 Pollok Drive
Conroe, TX 77303
Date Purchased & Ref: 04/21/21 820928867102

**Sold to:**
Name: Cintex Services LLC
License Number: PHW004662
Address: 5400 Laurel Springs Pkwy Ste 803A
Suwanee, GA 30024
Date Purchased & Ref: 06/16/21 3002781907

**Shipped to:**
Name: Cintex Services LLC
License Number: PHW004662
Address: 5400 Laurel Springs Pkwy Ste 803A
Suwanee, GA 30024
Date Purchased & Ref: 06/16/21 3002781907

**Sold to:**
Name: Safe Chain Solutions
License Number: DO3211
Address: 822 Chesapeake Drive
Cambridge, MD 21613
Date Purchased & Ref: 06/17/21 50022065

**Shipped to:**
Name: Safe Chain Solutions
License Number: DO3211
Address: 822 Chesapeake Drive
Cambridge, MD 21613
Date Purchased & Ref:06/17/21 50022065

**Drug Supply Chain Security Act Document**          Document Number: 000007130475     **Page 1 of 1**

CTRL00042227

## Cintex Services LLC Pedigree

### (TS) Transaction Statement

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **1** |

**Current Seller:** <u>CINTEX SERVICES LLC</u>     **Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act.
(X) Did not knowingly ship a suspect or illegitimate product.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.
(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

### (TI) Transaction Information

Drug name, Strength, Dosage form, Container Size:
**Prezista 600mg, 30 tablets**

NDC: <u>59676-562-01</u>

Customer PO: <u>000761</u>

Reference Number: <u>50022065</u>

Reference Date: <u>06/17/21</u>

Document Type: Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 21BG590 | 02/24 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: Janssen Products, LP.

**Sold to:**
Name: Mckesson Corporation
License Number: 0082692
Address: 3301 Pollok Drive
Conroe, TX 77303
Date Purchased & Ref: 04/19/21 820928867010

**Shipped to:**
Name: Mckesson Corporation
License Number: 0082692
Address: 3301 Pollok Drive
Conroe, TX 77303
Date Purchased & Ref: 04/19/21 820928867010

**Sold to:**
Name: Cintex Services LLC
License Number: PHW004662
Address: 5400 Laurel Springs Pkwy Ste 803A
Suwanee, GA 30024
Date Purchased & Ref:  06/16/21 3002781907

**Shipped to:**
Name: Cintex Services LLC
License Number: PHW004662
Address: 5400 Laurel Springs Pkwy Ste 803A
Suwanee, GA 30024
Date Purchased & Ref: 06/16/21 3002781907

**Sold to:**
Name: Safe Chain Solutions
License Number: DO3211
Address: 822 Chesapeake Drive
Cambridge, MD 21613
Date Purchased & Ref: 06/17/21 50022065

**Shipped to:**
Name: Safe Chain Solutions
License Number: DO3211
Address: 822 Chesapeake Drive
Cambridge, MD 21613
Date Purchased & Ref: 06/17/21 50022065

**Drug Supply Chain Security Act Document**     Document Number: 000007130474    **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

## (TS) Transaction Statement

Transaction Date: **06/17/21**    Shipment Date **06/17/21**    Invoice #: **50022065**    Quantity: **14**

Current Seller: <u>CINTEX SERVICES LLC</u>    Current Buyer: <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act
(X) Did not knowingly ship a suspect or illegitimate product.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.
(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.
(X) Had systems and processes in place to comply with verification requirements under section 582
(X) Did not knowingly provide false transaction information.
(X) Did not knowingly after the transaction history.

## (TI) Transaction Information

Drug name, Strength, Dosage form, Container Size:
**Prezista 800mg, 30 tablets**

NDC:               <u>59676-566-01</u>

**Customer PO:**   <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 20MG455 | 09/23 | 7 |
| 20MG452 | 09/23 | 4 |
| 20EG104 | 05/23 | 1 |
| 20LG416 | 09/23 | 1 |
| 20LG415X | 05/23 | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## (TH) Transaction History

Manufacturer's Name: Janssen Products, LP.

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation | Name: Mckesson Corporation |
| License Number: 0082692 | License Number: 0082692 |
| Address: 3301 Pollok Drive | Address: 3301 Pollok Drive |
| Conroe, TX 77303 | Conroe, TX 77303 |
| Date Purchased & Ref: 04/19/21 820928867010 | Date Purchased & Ref: 04/19/21 820928867010 |

| Sold to: | Shipped to: |
|---|---|
| Name: Cintex Services LLC | Name: Cintex Services LLC |
| License Number: PHW004662 | License Number: PHW004662 |
| Address: 5400 Laurel Springs Pkwy Ste 803A | Address: 5400 Laurel Springs Pkwy Ste 803A |
| Suwanee, GA 30024 | Suwanee, GA 30024 |
| Date Purchased & Ref: 06/16/21 3002781907 | Date Purchased & Ref: 06/16/21 3002781907 |

| Sold to: | Shipped to: |
|---|---|
| Name: Safe Chain Solutions | Name: Safe Chain Solutions |
| License Number: DO3211 | License Number: DO3211 |
| Address: 822 Chesapeake Drive | Address: 822 Chesapeake Drive |
| Cambridge, MD 21613 | Cambridge, MD 21613 |
| Date Purchased & Ref: 06/17/21 50022065 | Date Purchased & Ref:06/17/21 50022065 |

**Drug Supply Chain Security Act Document**                Document Number: 000007130473    **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **8** |

**Current Seller:** <u>CINTEX SERVICES LLC</u> | **Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act

(X) Did not knowingly ship a suspect or illegitimate product.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.

(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size:
**Prezcobix, 800mg/150mg, 30 tablets**

NDC: <u>59676-575-30</u>

**Customer PO:** <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 20MG473 | 10/22 | 3 |
| 20NG476 | 10/22 | 2 |
| 21AG538 | 11/22 | 2 |
| 21AG542 | 10/22 | 1 |
| | | |
| | | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name: Janssen Products, LP.

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 | Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 |
| Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130472   **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **2** |

Current Seller: <u>CINTEX SERVICES LLC</u>

Current Buyer: <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act

(X) Did not knowingly ship a suspect or illegitimate product.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.

(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size: **Symtuza, 800mg/150mg/200mg/10mg, 30 tablets**

NDC: <u>59676-800-30</u>

Customer PO: <u>000761</u>

Reference Number: <u>50022065</u>

Reference Date: <u>06/17/21</u>

Document Type: Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 21BG558 | 11/23 | 1 |
| 20AG853X | 02/22 | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**(TH) Transaction History**

Manufacturer's Name: Janssen Products, LP.

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 | Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 |
| Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**      Document Number: 000007130484   **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

## (TS) Transaction Statement

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **48** |

**Current Seller:** CINTEX SERVICES LLC

**Current Buyer:** SAFE CHAIN SOLUTIONS

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act

(X) Did not knowingly ship a suspect or illegitimate product.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.

(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

## (TI) Transaction Information

Drug name, Strength, Dosage form, Container Size:
**Symtuza, 800mg/150mg/200mg/10mg, 30 tablets**

NDC: 59676-800-30

Customer PO: 000761

Reference Number: 50022065

Reference Date: 06/17/21

Document Type: Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| 20MG469 | 08/23 | 18 |
| 21AG553 | 09/23 | 8 |
| 20MG468 | 08/23 | 6 |
| 20HG204 | 03/24 | 5 |
| 20KG322 | 04/23 | 4 |
| 20GG131 | 01/23 | 3 |
| 20HG203 | 03/23 | 2 |
| 20GG129 | 02/23 | 1 |
| 20EG062 | 01/23 | 1 |

## (TH) Transaction History

Manufacturer's Name: Janssen Products, LP.

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>        Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 | Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>        Conroe, TX 77303<br>Date Purchased & Ref: 04/19/21 820928867010 |
| **Sold to:**<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>        Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | **Shipped to:**<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>        Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| **Sold to:**<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>        Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | **Shipped to:**<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>        Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 0000071304783     **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **20** |

**Current Seller:** <u>CINTEX SERVICES LLC</u>    **Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

| | |
|---|---|
| (X) Is authorized to do the transfer as required under the Drug Supply Chain Act<br>(X) Did not knowingly ship a suspect or illegitimate product.<br>(X) Had systems and processes in place to comply with verification requirements under section 582<br>(X) Did not knowingly provide false transaction information.<br>(X) Did not knowingly after the transaction history. | (X) Have received the product from a person that is authorized under the Drug Supply Chain Act.<br>(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.<br>(X) Had systems and processes in place to comply with verification requirements under section 582<br>(X) Did not knowingly provide false transaction information.<br>(X) Did not knowingly after the transaction history. |

**(TI) Transaction Information**

Drug name, Strength, Dosage form, Container Size:
**Tivicay 50mg, Tablets, 30 ea**

**NDC:** <u>49702-228-13</u>

**Customer PO:** <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** <u>Invoice</u>

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| N56M | 03/26 | 7 |
| E88N | 02/26 | 6 |
| 885M | 04/25 | 1 |
| GB2B | 05/25 | 1 |
| HC6L | 01/25 | 1 |
| LD3H | 11/25 | 1 |
| RT6F | 09/23 | 1 |
| TD5D | 12/25 | 1 |
| WX8M | 10/24 | 1 |

**(TH) Transaction History**

Manufacturer's Name: ViiV Healthcare

| | |
|---|---|
| **Sold to:**<br>Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>Conroe, TX 77303<br>Date Purchased & Ref: 04/21/21 8189288670102 | **Shipped to:**<br>Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>Conroe, TX 77303<br>Date Purchased & Ref: 04/21/21 8189288670102 |
| **Sold to:**<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | **Shipped to:**<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| **Sold to:**<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | **Shipped to:**<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130480    **Page 1 of 1**

CTRL00042227

**Cintex Services LLC Pedigree**

**(TS) Transaction Statement**

| Transaction Date: **06/17/21** | Shipment Date **06/17/21** | Invoice #: **50022065** | Quantity: **27** |

**Current Seller:** <u>CINTEX SERVICES LLC</u>          **Current Buyer:** <u>SAFE CHAIN SOLUTIONS</u>

(X) Is authorized to do the transfer as required under the Drug Supply Chain Act

(X) Did not knowingly ship a suspect or illegitimate product.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

(X) Have received the product from a person that is authorized under the Drug Supply Chain Act.

(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.

(X) Had systems and processes in place to comply with verification requirements under section 582

(X) Did not knowingly provide false transaction information.

(X) Did not knowingly after the transaction history.

**(TI) Transaction Information**

| Drug name, Strength, Dosage form, Container Size: **Triumeq 600mg/50mg/300mg, 30 tablets** |
|---|

**NDC:** <u>49702-231-13</u>

**Customer PO:** <u>000761</u>

**Reference Number:** <u>50022065</u>

**Reference Date:** <u>06/17/21</u>

**Document Type:** <u>Invoice</u>

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| KW7S | 03/23 | 9 |
| XC8B | 11/22 | 3 |
| M44B | 03/23 | 2 |
| LN6U | 03/23 | 2 |
| BK7M | 02/23 | 2 |
| RH3L | 12/22 | 4 |
| EB3D | 12/22 | 3 |
| AU7C | 02/23 | 1 |
| T64L | 03/23 | 1 |

**(TH) Transaction History**

Manufacturer's Name: ViiV Healthcare

| Sold to: | Shipped to: |
|---|---|
| Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/21/21 820928867102 | Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>          Conroe, TX 77303<br>Date Purchased & Ref: 04/21/21 820928867102 |
| Sold to: | Shipped to: |
| Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>          Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| Sold to: | Shipped to: |
| Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>          Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130481   **Page 1 of 1**

CTRL00042227

## Cintex Services LLC Pedigree

### (TS) Transaction Statement

Transaction Date: **06/17/21**     Shipment Date **06/17/21**     Invoice #: **50022065**     Quantity: 5

**Current Seller:** CINTEX SERVICES LLC                **Current Buyer:** SAFE CHAIN SOLUTIONS

| | |
|---|---|
| (X) Is authorized to do the transfer as required under the Drug Supply Chain Act<br>(X) Did not knowingly ship a suspect or illegitimate product.<br>(X) Had systems and processes in place to comply with verification requirements under section 582<br>(X) Did not knowingly provide false transaction information.<br>(X) Did not knowingly after the transaction history. | (X) Have received the product from a person that is authorized under the Drug Supply Chain Act.<br>(X) Received the transaction information and transaction statement from the prior owner as required under the section 582 of the Drug Supply Chain Security Act.<br>(X) Had systems and processes in place to comply with verification requirements under section 582<br>(X) Did not knowingly provide false transaction information.<br>(X) Did not knowingly after the transaction history. |

### (TI) Transaction Information

Drug name, Strength, Dosage form, Container Size:
**Triumeq 600mg/50mg/300mg, 30 tablets**

NDC: 49702-231-13

**Customer PO:** 000761

**Reference Number:** 50022065

**Reference Date:** 06/17/21

**Document Type:** Invoice

| Lot Number | Expiration Date | Quantity |
|---|---|---|
| EK5N | 04/22 | 1 |
| BA8L | 02/23 | 1 |
| 3L8S | 11/22 | 1 |
| N78R | 05/22 | 1 |
| N78V | 05/22 | 1 |
| | | |
| | | |
| | | |
| | | |

### (TH) Transaction History

Manufacturer's Name: ViiV Healthcare

| Sold to:<br>Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>            Conroe, TX 77303<br>Date Purchased & Ref: 04/21/21 820928867102 | Shipped to:<br>Name: Mckesson Corporation<br>License Number: 0082692<br>Address: 3301 Pollok Drive<br>            Conroe, TX 77303<br>Date Purchased & Ref: 04/21/21 820928867102 |
|---|---|
| Sold to:<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>            Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 | Shipped to:<br>Name: Cintex Services LLC<br>License Number: PHW004662<br>Address: 5400 Laurel Springs Pkwy Ste 803A<br>            Suwanee, GA 30024<br>Date Purchased & Ref: 06/16/21 3002781907 |
| Sold to:<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>            Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 | Shipped to:<br>Name: Safe Chain Solutions<br>License Number: DO3211<br>Address: 822 Chesapeake Drive<br>            Cambridge, MD 21613<br>Date Purchased & Ref: 06/17/21 50022065 |

**Drug Supply Chain Security Act Document**          Document Number: 000007130478     **Page 1 of 1**

CTRL00042227