SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document  Doc#00000014011

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
PREZCOBIX TAB 30 CT,
800/150 MG
NDC: 59676-0575-30

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 20CG988 | 2 | |
| | | |
| | | |

Reference Number: 01I29860
Document Type: Invoice
Reference Date: 07/29/20

## (TH) Transaction History

Manufacturer's Name:  JANSSEN
Manufacturer's information: 1000 US-202  RARITAN, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name:  DROGUERIA BETANCES<br>Address: LUIS MUNOZ MARIN AVE<br>        CAGUAS PR 00725<br>Date Purchased & Ref : | Name:  DROGUERIA BETANCES<br>Address: LUIS MUNOZ MARIN AVE<br>        CAGUAS PR 00725<br>Date Received & Ref : |
| Name:  GENTEK LLC<br>Address: 45 CEDAR ST UNIT 3<br>        STAMFORD CT 06902<br>Date Purchased & Ref :  06/01/20     859857 | Name:  GENTEK LLC<br>Address: 45 CEDAR ST UNIT 3<br>        STAMFORD CT 06902<br>Date Received & Ref : |
| Name:  SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Purchased & Ref :  07/02/20     PO#01208689 | Name:  SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>        CAMBRIDGE MD 21613<br>Date Received & Ref :  07/08/20     RC#012916 |
| Name:  BAY PHARMACY 19 INC<br>Address: 7306 AUSTIN STREET<br>        FOREST HILLS NY 11375<br>Date Purchased & Ref :  07/29/20     01S27987001 | Name:  BAY PHARMACY 19 INC<br>Address: 7306 AUSTIN STREET<br>        FOREST HILLS NY 11375<br>Date Received & Ref :  07/29/20     01S27987001 |
| Name:<br>Address:<br>Date Purchased & Ref : | Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.



**GOVERNMENT EXHIBIT 93**
1:24-cr-20255-WPD

Page: 1    of  1        pages.

SCSRELATIVITY_0001339140

GX 093.0001