SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021112</sup>

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**ODEFSEY TAB 30CT,**
**200/25/25 MG**
**NDC: 61958-2101-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019825 | 1 | |
| 020233 | 1 | |
| 020479 | 1 | |

**Reference Number:** 01I44144
**Document Type:** Invoice
**Reference Date:** 03/03/21

## (TH) Transaction History

**Manufacturer's Name:** JANSSEN
**Manufacturer's information:** 1000 US-202 RARITAN, NJ 08869

**SOLD TO:**
Name: WHOLESALERS GROUP INC.
Address: 917 CALLE TRINITY
CAROLINA PR 00982
Date Purchased & Ref: 02/07/21   14921679

**SHIPPED TO:**
Name: WHOLESALERS GROUP INC.
Address: 917 CALLE TRINITY
CAROLINA PR 00982
Date Received & Ref: 02/07/21   14921679

**SOLD TO:**
Name: SYNERGY GROUP WHOLESALERS
Address: 491 AMWELL RD SUITE 103
HILLSBOROUGH NJ 08844
Date Purchased & Ref: 02/23/21   8C13810

**SHIPPED TO:**
Name: SYNERGY GROUP WHOLESALERS
Address: 491 AMWELL RD SUITE 103
HILLSBOROUGH NJ 08844
Date Received & Ref: 02/23/21   8C13810

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 03/02/21   PO#01212140

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 03/03/21   RC#017439

**SOLD TO:**
Name: LEROY PHARMACY
Address: 314 EAST 204TH ST
BRONX NY 10467
Date Purchased & Ref: 03/03/21   01S40011001

**SHIPPED TO:**
Name: LEROY PHARMACY
Address: 314 EAST 204TH ST
BRONX NY 10467
Date Received & Ref: 03/03/21   01S40011001

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT**
**94**
1:24-cr-20255-WPD

Page: 1   of  2   pages.

SCSRELATIVITY_0001320824

GX 094.0001

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000021112</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ODEFSEY TAB 30CT,**
**200/25/25 MG**
NDC: **61958-2101-01**

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 021327 | 1 | |
| 023234 | 1 | |
| 020236 | 1 | |

Reference Number: **01I44144**
Document Type: **Invoice**
Reference Date: **03/03/21**

## (TH) Transaction History

Manufacturer's Name: **JANSSEN**
Manufacturer's information: **1000 US-202  RARITAN, NJ 08869**

**SOLD TO:**
Name: WHOLESALERS GROUP INC.
Address: 917 CALLE TRINITY
         CAROLINA PR 00982
Date Purchased & Ref: 02/07/21   14921679

**SHIPPED TO:**
Name: WHOLESALERS GROUP INC.
Address: 917 CALLE TRINITY
         CAROLINA PR 00982
Date Received & Ref: 02/07/21   14921679

**SOLD TO:**
Name: SYNERGY GROUP WHOLESALERS
Address: 491 AMWELL RD SUITE 103
         HILLSBOROUGH NJ 08844
Date Purchased & Ref: 02/23/21   8C13810

**SHIPPED TO:**
Name: SYNERGY GROUP WHOLESALERS
Address: 491 AMWELL RD SUITE 103
         HILLSBOROUGH NJ 08844
Date Received & Ref: 02/23/21   8C13810

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
         CAMBRIDGE MD 21613
Date Purchased & Ref: 03/02/21   PO#01212140

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
         CAMBRIDGE MD 21613
Date Received & Ref: 03/03/21   RC#017439

**SOLD TO:**
Name: LEROY PHARMACY
Address: 314 EAST 204TH ST
         BRONX NY 10467
Date Purchased & Ref: 03/03/21   01S40011001

**SHIPPED TO:**
Name: LEROY PHARMACY
Address: 314 EAST 204TH ST
         BRONX NY 10467
Date Received & Ref: 03/03/21   01S40011001

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of 2   pages.