SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
EDURANT 25MG TAB 30CT

NDC: 59676-0278-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| ICL1M00 | 4 | |
| | | |

Reference Number: INV2934
Document Type: INVOICE
Reference Date: 08/21/2020

## (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information: 1000 U.S. Route 202 South, Raritan, NJ 08869

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Purchased & Ref: 05/05/20  PO#159649

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Received & Ref: 05/25/20

**SOLD TO:**
Name: LMP Pharmacy
Address: 7535 Main Str, Flushing, NY 11367
Date Purchased & Ref: 06/16/20  PO#5311

**SHIPPED TO:**
Name: LMP Pharmacy
Address: 7535 Main Str, Flushing, NY 11367
Date Received & Ref: 06/16/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Purchased & Ref: 07/07/20  PO#01A2692

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Received & Ref: 07/07/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Purchased & Ref: 07/29/20  PO#01209165

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Received & Ref: 08/05/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Purchased & Ref: 08/21/20  PO#9208

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Received & Ref: 08/21/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582.
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT 96**
1:24-cr-20255-WPD

Page: 1 of 1 pages

SCSRELATIVITY_0001320825
GX 096.0001

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
XARELTO 20MG/30TAB

NDC: 50458-579-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 19LG635 | 3 | 08/2022 |
| | | |
| | | |

**Reference Number:** 10555
**Document Type:** INVOICE
**Reference Date:** 01/14/2021

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

**SOLD TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Purchased & Ref: 09/27/19   PO#A141627

**SHIPPED TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Received & Ref: 09/27/19

**SOLD TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Purchased & Ref: 11/13/19   PO#20191113

**SHIPPED TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Received & Ref: 11/13/19

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
Date Purchased & Ref: 12/04/19   PO#01258775

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
Date Received & Ref: 12/04/19

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 01/14/21   PO#10555

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 01/14/21

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001330420

GX 096.0002

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
XARELTO 15MG 30TAB

NDC: 50458-578-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 19GG359 | 1 | 02/2022 |
| | | |
| | | |

**Reference Number:** 10555
**Document Type:** INVOICE
**Reference Date:** 01/14/2021

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

**SOLD TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Purchased & Ref: 09/24/19   PO#A141585

**SHIPPED TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Received & Ref: 09/24/19

**SOLD TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Purchased & Ref: 11/13/19   PO#20191113

**SHIPPED TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Received & Ref: 11/13/19

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374
Date Purchased & Ref: 12/03/19   PO#01258866

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374
Date Received & Ref: 12/03/19

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 01/14/21   PO#10555

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 01/14/21

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of  1   pages.

SCSRELATIVITY_0001330420

GX 096.0003

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

**(TI) Transaction Information**

| Drug Name, Strength, Dosage Form, Container Size: XARELTO 15MG 30TAB | | | Reference Number: | 10555 |
|---|---|---|---|---|
| NDC: 50458-578-30 | | | Document Type: | INVOICE |
| Lot Number | Quantity | Exp | Reference Date: | 01/14/2021 |
| 20GG112 | 1 | 10/2022 | | |

**(TH) Transaction History**

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information: 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| Name: | AMERISOURCEBERGEN DRUG CORP. | Name: | AMERISOURCEBERGEN DRUG CORP. |
| Address: | 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | Address: | 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref: | 09/24/19  PO#A141585 | Date Received & Ref: | 09/24/19 |
| Name: | AMSTERDAM WELLNESS PHARMACY INC | Name: | AMSTERDAM WELLNESS PHARMACY INC |
| Address: | 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | Address: | 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| Date Purchased & Ref: | 11/13/19  PO#20191113 | Date Received & Ref: | 11/13/19 |
| Name: | BOULEVARD 9229 LLC | Name: | BOULEVARD 9229 LLC |
| Address: | 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: | 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref: | 12/04/19  PO#01258775 | Date Received & Ref: | 12/04/19 |
| Name: | SAFE CHAIN SOLUTIONS, LLC | Name: | SAFE CHAIN SOLUTIONS, LLC |
| Address: | 822 CHESAPEAKE DR CAMBRIDGE MD 21613 | Address: | 822 CHESAPEAKE DR CAMBRIDGE MD 21613 |
| Date Purchased & Ref: | 01/14/21  PO#10555 | Date Received & Ref: | 01/14/21 |
| Name: | | Name: | |
| Address: | | Address: | |
| Date Purchased & Ref: | | Date Received & Ref: | |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001330420

GX 096.0004

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**INVOKAMET 50/1000MG 60TAB**

**NDC:** 50458-541-60

| Lot Number | Quantity | Exp |
|---|---|---|
| 20HG166 | 1 | 02/2023 |
|  |  |  |
|  |  |  |

**Reference Number:** 10555
**Document Type:** INVOICE
**Reference Date:** 01/14/2021

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information:** 1000 U.S. Route 202 South, Raritan, NJ 08869

**SOLD TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Purchased & Ref: 09/27/19   PO#A141627

**SHIPPED TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Received & Ref: 09/27/19

**SOLD TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Purchased & Ref: 11/13/19   PO#20191113

**SHIPPED TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Received & Ref: 11/13/19

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
Date Purchased & Ref: 12/02/19   PO#01258521

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
Date Received & Ref: 12/02/19

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref: 01/14/21   PO#10555

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref: 01/14/21

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001330420

GX 096.0005