## TRANSACTION REPORT

Report ID:1075538524226048_001

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 5 | | |
| Lot: | 21AG553 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 09/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 07/27/2021 |
| Dosage Form: | Tablet | Transaction Date: | 07/27/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00007409 |

### Transaction History

**Ownership History**

Product Owner:
Name: OMOM Pharmaceuticals
Address: 9265 Archibald Avenue, NA
Rancho Cucamonga, CA, 91730, USA

Product Owner:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

Product Owner:
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

**Physical Distribution History**

Product Custodian:
Name: OMOM Pharmaceuticals
Address: 9265 Archibald Avenue, NA
Rancho Cucamonga, CA, 91730, USA

Product Custodian:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

Product Custodian:
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

GOVERNMENT EXHIBIT
97
1:24-cr-20255-WPD

CONFIDENTIAL

SC-1983_00005894

GX 97.0001

## TRANSACTION REPORT

Report ID: 1075545604170240_001

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 12 | | |
| Lot: | 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 08/12/2021 |
| Dosage Form: | Tablet | Transaction Date: | 08/12/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00007883 |

### Transaction History

**Ownership History**

| | Product Owner: |
|---|---|
| Name: | CINTEX SERVICES LLC |
| Address: | 5400 Laurel springs Pkwy Ste 803A, NA |
| | Suwanee, GA, 30024, US |

**Physical Distribution History**

| | Product Custodian: |
|---|---|
| Name: | CINTEX SERVICES LLC |
| Address: | 5400 Laurel springs Pkwy Ste 803A, NA |
| | Suwanee, GA, 30024, US |

| | Product Owner: |
|---|---|
| Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, |
| | CAMBRIDGE, MD, 21613, US |

| | Product Custodian: |
|---|---|
| Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, |
| | CAMBRIDGE, MD, 21613, US |

| | Product Owner: |
|---|---|
| Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA |
| | ROYAL OAK, MI, 48073, USA |

| | Product Custodian: |
|---|---|
| Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA |
| | ROYAL OAK, MI, 48073, USA |

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

## TRANSACTION REPORT

Report ID: 1075548071117312_001

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 6 | | |
| Lot: | 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 08/16/2021 |
| Dosage Form: | Tablet | Transaction Date: | 08/16/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00007984 |

### Transaction History

**Ownership History**

Product Owner:
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

**Physical Distribution History**

Product Custodian:
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

Product Owner:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

Product Custodian:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

Product Owner:
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

Product Custodian:
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

| TRANSACTION REPORT | | Report ID:1075548071117312_002 |
|---|---|---|
| **Transaction Information** | | |
| Product Name: PREZCOBIX TAB 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | Address: | 822 CHESAPEAKE DR, |
| NDC: 59676-0575-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: 1 | | |
| Lot: 21DG683 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: 01/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | ROYAL OAK, MI, 48073, USA |
| Strength: 800-150 MG MG | Shipment Date: | 08/16/2021 |
| Dosage Form: Tablet | Transaction Date: | 08/16/2021 |
| Container Size: 1 Bottle | Transaction ID: | Invoice Number : IN00007984 |

**Transaction History**

| Ownership History | Physical Distribution History |
|---|---|
| Product Owner: | Product Custodian: |
| Name: CINTEX SERVICES LLC | Name: CINTEX SERVICES LLC |
| Address: 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US | Address: 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US |
| Product Owner: | Product Custodian: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US | Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| Product Owner: | Product Custodian: |
| Name: SRX SPECIALTY CARE PHARMACY | Name: SRX SPECIALTY CARE PHARMACY |
| Address: 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA | Address: 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL                         SC-1983_00006488

# TRANSACTION REPORT

Report ID: 1075555336782336_001

## Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 10 | | |
| Lot: | 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 08/24/2021 |
| Dosage Form: | Tablet | Transaction Date: | 08/24/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008232 |

## Transaction History

### Ownership History

**Product Owner:**
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

**Product Owner:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

**Product Owner:**
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

### Physical Distribution History

**Product Custodian:**
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

**Product Custodian:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

**Product Custodian:**
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

## Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00006681

GX 97.0005

# TRANSACTION REPORT

Report ID: 1075577130844672_001

## Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 6 | | |
| Lot: | 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/01/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/01/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008489 |

## Transaction History

### Ownership History

**Product Owner:**
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

**Product Owner:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

**Product Owner:**
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

### Physical Distribution History

**Product Custodian:**
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

**Product Custodian:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

**Product Custodian:**
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

## Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL    SC-1983_00009246

| TRANSACTION REPORT | | Report ID:1075579807023616_001 | |
|---|---|---|---|
| **Transaction Information** | | | |
| Product Name: | PREZISTA 800MG TAB 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0566-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 1 | | |
| Lot: | 21EG735 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 10/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800 MG MG | Shipment Date: | 09/03/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/03/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008558 |

**Transaction History**

| Ownership History | | Physical Distribution History | |
|---|---|---|---|
| Product Owner: | | Product Custodian: | |
| Name: | CINTEX SERVICES LLC | Name: | CINTEX SERVICES LLC |
| Address: | 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US | Address: | 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US |
| Product Owner: | | Product Custodian: | |
| Name: | SAFE CHAIN SOLUTIONS | Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US | Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| Product Owner: | | Product Custodian: | |
| Name: | SRX SPECIALTY CARE PHARMACY | Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA | Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

| TRANSACTION REPORT | | Report ID:1075584419742208_001 | |
|---|---|---|---|
| **Transaction Information** | | | |
| Product Name: | PREZCOBIX TAB 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0575-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 1 | | |
| Lot: | 21DG683 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 01/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/10/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008785 |

**Transaction History**

| Ownership History | | Physical Distribution History | |
|---|---|---|---|
| Product Owner: | | Product Custodian: | |
| Name: | CINTEX SERVICES LLC | Name: | CINTEX SERVICES LLC |
| Address: | 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US | Address: | 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US |
| Product Owner: | | Product Custodian: | |
| Name: | SAFE CHAIN SOLUTIONS | Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US | Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| Product Owner: | | Product Custodian: | |
| Name: | SRX SPECIALTY CARE PHARMACY | Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA | Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

| TRANSACTION REPORT | | Report ID:1075584419742208_002 |
|---|---|---|
| **Transaction Information** | | |
| Product Name: PREZCOBIX TAB 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | Address: | 822 CHESAPEAKE DR, |
| NDC: 59676-0575-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: 7 | | |
| Lot: 21DG704 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: 03/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | ROYAL OAK, MI, 48073, USA |
| Strength: 800-150 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: Tablet | Transaction Date: | 09/10/2021 |
| Container Size: 1 Bottle | Transaction ID: | Invoice Number : IN00008785 |

**Transaction History**

| Ownership History | Physical Distribution History |
|---|---|
| Product Owner:<br>Name: CINTEX SERVICES LLC<br>Address: 5400 Laurel springs Pkwy Ste 803A, NA<br>Suwanee, GA, 30024, US | Product Custodian:<br>Name: CINTEX SERVICES LLC<br>Address: 5400 Laurel springs Pkwy Ste 803A, NA<br>Suwanee, GA, 30024, US |
| Product Owner:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US | Product Custodian:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US |
| Product Owner:<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA | Product Custodian:<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

| TRANSACTION REPORT | | Report ID:1075585385103872_001 | |
|---|---|---|---|
| **Transaction Information** | | | |
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 3 | | |
| Lot: | 20KG322 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 04/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/10/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

**Transaction History**

| Ownership History | | Physical Distribution History | |
|---|---|---|---|
| **Product Owner:** | | **Product Custodian:** | |
| Name: | CINTEX SERVICES LLC | Name: | CINTEX SERVICES LLC |
| Address: | 5400 Laurel springs Pkwy Ste 803A, NA | Address: | 5400 Laurel springs Pkwy Ste 803A, NA |
| | Suwanee, GA, 30024, US | | Suwanee, GA, 30024, US |
| **Product Owner:** | | **Product Custodian:** | |
| Name: | SAFE CHAIN SOLUTIONS | Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, | Address: | 822 CHESAPEAKE DR, |
| | CAMBRIDGE, MD, 21613, US | | CAMBRIDGE, MD, 21613, US |
| **Product Owner:** | | **Product Custodian:** | |
| Name: | SRX SPECIALTY CARE PHARMACY | Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA | Address: | 3412 W 13 MILE RD, NA |
| | ROYAL OAK, MI, 48073, USA | | ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00009739

| TRANSACTION REPORT | | Report ID:1075585385103872_002 |
|---|---|---|
| **Transaction Information** | | |
| Product Name: SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | Address: | 822 CHESAPEAKE DR, |
| NDC: 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: 2 | | |
| Lot: 20MG468 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: 08/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | ROYAL OAK, MI, 48073, USA |
| Strength: 800-150-200-10 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: Tablet | Transaction Date: | 09/10/2021 |
| Container Size: 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

**Transaction History**

| Ownership History | Physical Distribution History |
|---|---|
| Product Owner: | Product Custodian: |
| Name: CINTEX SERVICES LLC | Name: CINTEX SERVICES LLC |
| Address: 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US | Address: 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US |
| Product Owner: | Product Custodian: |
| Name: SAFE CHAIN SOLUTIONS | Name: SAFE CHAIN SOLUTIONS |
| Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US | Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| Product Owner: | Product Custodian: |
| Name: SRX SPECIALTY CARE PHARMACY | Name: SRX SPECIALTY CARE PHARMACY |
| Address: 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA | Address: 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

CONFIDENTIAL

| TRANSACTION REPORT | | Report ID:1075585385103872_003 | |
|---|---|---|---|
| **Transaction Information** | | | |
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 2 | | |
| Lot: | 20MG469 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 08/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/10/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

**Transaction History**

| Ownership History | | Physical Distribution History | |
|---|---|---|---|
| **Product Owner:** | | **Product Custodian:** | |
| Name: | CINTEX SERVICES LLC | Name: | CINTEX SERVICES LLC |
| Address: | 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US | Address: | 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US |
| **Product Owner:** | | **Product Custodian:** | |
| Name: | SAFE CHAIN SOLUTIONS | Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US | Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| **Product Owner:** | | **Product Custodian:** | |
| Name: | SRX SPECIALTY CARE PHARMACY | Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA | Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00009741

GX 97.0012

## TRANSACTION REPORT

Report ID:1075585385103872_004

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 4 | | |
| Lot: | 21AG553 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 09/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/10/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

### Transaction History

**Ownership History**

Product Owner:
- Name: CINTEX SERVICES LLC
- Address: 5400 Laurel springs Pkwy Ste 803A, NA
  Suwanee, GA, 30024, US

Product Owner:
- Name: SAFE CHAIN SOLUTIONS
- Address: 822 CHESAPEAKE DR,
  CAMBRIDGE, MD, 21613, US

Product Owner:
- Name: SRX SPECIALTY CARE PHARMACY
- Address: 3412 W 13 MILE RD, NA
  ROYAL OAK, MI, 48073, USA

**Physical Distribution History**

Product Custodian:
- Name: CINTEX SERVICES LLC
- Address: 5400 Laurel springs Pkwy Ste 803A, NA
  Suwanee, GA, 30024, US

Product Custodian:
- Name: SAFE CHAIN SOLUTIONS
- Address: 822 CHESAPEAKE DR,
  CAMBRIDGE, MD, 21613, US

Product Custodian:
- Name: SRX SPECIALTY CARE PHARMACY
- Address: 3412 W 13 MILE RD, NA
  ROYAL OAK, MI, 48073, USA

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00009742

GX 97.0013

## TRANSACTION REPORT

Report ID: 1075585385103872_005

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 3 | | |
| Lot: | 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/10/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

### Transaction History

**Ownership History**

| | Product Owner |
|---|---|
| Name: | SYNERGY GROUP WHOLESALERS |
| Address: | 491 AMWELL RD SUITE 103, NA |
| | HILLSBOROUGH, NJ, 08844, USA |

| | Product Owner |
|---|---|
| Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, |
| | CAMBRIDGE, MD, 21613, US |

| | Product Owner |
|---|---|
| Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA |
| | ROYAL OAK, MI, 48073, USA |

**Physical Distribution History**

| | Product Custodian |
|---|---|
| Name: | SYNERGY GROUP WHOLESALERS |
| Address: | 491 AMWELL RD SUITE 103, NA |
| | HILLSBOROUGH, NJ, 08844, USA |

| | Product Custodian |
|---|---|
| Name: | SAFE CHAIN SOLUTIONS |
| Address: | 822 CHESAPEAKE DR, |
| | CAMBRIDGE, MD, 21613, US |

| | Product Custodian |
|---|---|
| Name: | SRX SPECIALTY CARE PHARMACY |
| Address: | 3412 W 13 MILE RD, NA |
| | ROYAL OAK, MI, 48073, USA |

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL    SC-1983_00009743

GX 97.0014

## TRANSACTION REPORT

Report ID:1075585385103872_006

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | EDURANT 25MG TAB 30CT RILPIVIRINE HCL | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| NDC: | 59676-0278-01 | | |
| Number of Containers: | 1 | | |
| Lot: | KJL5S00 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 09/30/2023 | Address: | 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA |
| Strength: | 25 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/10/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

### Transaction History

| Ownership History | Physical Distribution History |
|---|---|
| **Product Owner:** <br> Name: CINTEX SERVICES LLC <br> Address: 5400 Laurel springs Pkwy Ste 803A, NA <br> Suwanee, GA, 30024, US | **Product Custodian:** <br> Name: CINTEX SERVICES LLC <br> Address: 5400 Laurel springs Pkwy Ste 803A, NA <br> Suwanee, GA, 30024, US |
| **Product Owner:** <br> Name: SAFE CHAIN SOLUTIONS <br> Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US | **Product Custodian:** <br> Name: SAFE CHAIN SOLUTIONS <br> Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US |
| **Product Owner:** <br> Name: SRX SPECIALTY CARE PHARMACY <br> Address: 3412 W 13 MILE RD, NA <br> ROYAL OAK, MI, 48073, USA | **Product Custodian:** <br> Name: SRX SPECIALTY CARE PHARMACY <br> Address: 3412 W 13 MILE RD, NA <br> ROYAL OAK, MI, 48073, USA |

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

CONFIDENTIAL                                                                                     SC-1983_00009744

GX 97.0015

## TRANSACTION REPORT

Report ID:1075585968046592_001

### Transaction Information

| Field | Value | Field | Value |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 6 | | |
| Lot: | 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/13/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/13/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00008830 |

### Transaction History

| Ownership History | Physical Distribution History |
|---|---|
| **Product Owner:**<br>Name: CINTEX SERVICES LLC<br>Address: 5400 Laurel springs Pkwy Ste 803A, NA<br>Suwanee, GA, 30024, US | **Product Custodian:**<br>Name: CINTEX SERVICES LLC<br>Address: 5400 Laurel springs Pkwy Ste 803A, NA<br>Suwanee, GA, 30024, US |
| **Product Owner:**<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US | **Product Custodian:**<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US |
| **Product Owner:**<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA | **Product Custodian:**<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA |

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00009815

GX 97.0016

## TRANSACTION REPORT

Report ID:1075595642290688_001

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 4 | | |
| Lot: | 21GG768 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 01/31/2024 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/24/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/24/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00009259 |

### Transaction History

**Ownership History**

Product Owner:
- Name: CINTEX SERVICES LLC
- Address: 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US

Product Owner:
- Name: SAFE CHAIN SOLUTIONS
- Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US

Product Owner:
- Name: SRX SPECIALTY CARE PHARMACY
- Address: 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA

**Physical Distribution History**

Product Custodian:
- Name: CINTEX SERVICES LLC
- Address: 5400 Laurel springs Pkwy Ste 803A, NA Suwanee, GA, 30024, US

Product Custodian:
- Name: SAFE CHAIN SOLUTIONS
- Address: 822 CHESAPEAKE DR, CAMBRIDGE, MD, 21613, US

Product Custodian:
- Name: SRX SPECIALTY CARE PHARMACY
- Address: 3412 W 13 MILE RD, NA ROYAL OAK, MI, 48073, USA

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00010476

GX 97.0017

## TRANSACTION REPORT

Report ID: 1075595832123904_001

### Transaction Information

| | | | |
|---|---|---|---|
| Product Name: | SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | | Address: | 822 CHESAPEAKE DR, |
| NDC: | 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: | 2 | | |
| Lot: | 21GG768 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: | 01/31/2024 | Address: | 3412 W 13 MILE RD, NA |
| | | | ROYAL OAK, MI, 48073, USA |
| Strength: | 800-150-200-10 MG MG | Shipment Date: | 09/24/2021 |
| Dosage Form: | Tablet | Transaction Date: | 09/24/2021 |
| Container Size: | 1 Bottle | Transaction ID: | Invoice Number : IN00009259 |

### Transaction History

**Ownership History**

Product Owner:
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

Product Owner:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

Product Owner:
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

**Physical Distribution History**

Product Custodian:
Name: CINTEX SERVICES LLC
Address: 5400 Laurel springs Pkwy Ste 803A, NA
Suwanee, GA, 30024, US

Product Custodian:
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR,
CAMBRIDGE, MD, 21613, US

Product Custodian:
Name: SRX SPECIALTY CARE PHARMACY
Address: 3412 W 13 MILE RD, NA
ROYAL OAK, MI, 48073, USA

### Transaction Statement

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL

SC-1983_00010491

GX 97.0018

| TRANSACTION REPORT | | Report ID:952949915771648_002 |
|---|---|---|
| **Transaction Information** | | |
| Product Name: SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | Address: | 822 CHESAPEAKE DR, |
| NDC: 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: 3 | | |
| Lot: 20MG468 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: 08/31/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | ROYAL OAK, MI, 48073, USA |
| Strength: 800-150-200-10 MG MG | Shipment Date: | 07/15/2021 |
| Dosage Form: Tablet | Transaction Date: | 07/15/2021 |
| Container Size: 1 Bottle | Transaction ID: | Invoice Number : IN00006952 |

**Transaction History**

| Ownership History | Physical Distribution History |
|---|---|
| Product Owner:<br>Name: SYNERGY GROUP WHOLESALERS<br>Address: 491 AMWELL RD SUITE 103, NA<br>HILLSBOROUGH, NJ, 08844, USA | Product Custodian:<br>Name: SYNERGY GROUP WHOLESALERS<br>Address: 491 AMWELL RD SUITE 103, NA<br>HILLSBOROUGH, NJ, 08844, USA |
| Product Owner:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US | Product Custodian:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US |
| Product Owner:<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA | Product Custodian:<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G). A direct purchase statement was received for this product.

CONFIDENTIAL    SC-1983_00000699

| TRANSACTION REPORT | | Report ID:1075585385103872_005 |
|---|---|---|
| **Transaction Information** | | |
| Product Name: SYMTUZA 30CT | Sender: | SAFE CHAIN SOLUTIONS |
| | Address: | 822 CHESAPEAKE DR, |
| NDC: 59676-0800-30 | | CAMBRIDGE, MD, 21613, US |
| Number of Containers: 3 | | |
| Lot: 21BG558 | Receiver: | SRX SPECIALTY CARE PHARMACY |
| Expiration Date: 11/30/2023 | Address: | 3412 W 13 MILE RD, NA |
| | | ROYAL OAK, MI, 48073, USA |
| Strength: 800-150-200-10 MG MG | Shipment Date: | 09/10/2021 |
| Dosage Form: Tablet | Transaction Date: | 09/10/2021 |
| Container Size: 1 Bottle | Transaction ID: | Invoice Number : IN00008793 |

**Transaction History**

| Ownership History | Physical Distribution History |
|---|---|
| Product Owner:<br>Name: SYNERGY GROUP WHOLESALERS<br>Address: 491 AMWELL RD SUITE 103, NA<br>HILLSBOROUGH, NJ, 08844, USA | Product Custodian:<br>Name: SYNERGY GROUP WHOLESALERS<br>Address: 491 AMWELL RD SUITE 103, NA<br>HILLSBOROUGH, NJ, 08844, USA |
| Product Owner:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US | Product Custodian:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR,<br>CAMBRIDGE, MD, 21613, US |
| Product Owner:<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA | Product Custodian:<br>Name: SRX SPECIALTY CARE PHARMACY<br>Address: 3412 W 13 MILE RD, NA<br>ROYAL OAK, MI, 48073, USA |

**Transaction Statement**

Seller has complied with each applicable subsection of FDCA Sec. 581 (27) (A) -(G).A direct purchase statement was received for this product.

CONFIDENTIAL    SC-1983_00009743