**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document <sup>Doc#00000013741</sup>

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: SELZENTRY TAB 150MG 60/BT, NDC: 49702-0223-18 | | | Reference Number: 01I28035<br>Document Type: Invoice<br>Reference Date: 06/29/20 |
|---|---|---|---|
| **Lot Number** | **Quantity** | **Unique Serial #** | |
| S83618 | 1 | | |

## (TH) Transaction History

**Manufacturer's Name:** VIIV HEALTHCARE
**Manufacturer's information:**

| SOLD TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Purchased & Ref : | SHIPPED TO:<br>Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD<br>REGO PARK NY 11374<br>Date Received & Ref : |
|---|---|
| SOLD TO:<br>Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Purchased & Ref : 06/26/20  PO#01208593 | SHIPPED TO:<br>Name: SAFE CHAIN SOLUTIONS<br>Address: 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>Date Received & Ref : 06/26/20  RC#012727 |
| SOLD TO:<br>Name: KALORAMA PHARMACY INC<br>Address: 1841 COLUMBIA RD NW<br>WASHINGTON DC 20009<br>Date Purchased & Ref : 06/29/20  01S26253001 | SHIPPED TO:<br>Name: KALORAMA PHARMACY INC<br>Address: 1841 COLUMBIA RD NW<br>WASHINGTON DC 20009<br>Date Received & Ref : 06/29/20  01S26253001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT**
**GX 98**
1:24-cr-20255-WPD

Page: 1    of  1    pages.