| | |
|---|---|
| **From:** | Jesse Hammett[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=351D130B216B46EC92AEF2EEA474AD24-JESSEH] |
| **Sent:** | Tue 9/8/2015 6:49:37 PM (UTC) |
| **To:** | Purchasing SafeChain[purchasing@safechain.com]; Jessica Hickey[jessicah@safechain.com]; Courtney Ruark[courtneyr@safechain.com]; Rebecca Fenzel[rebeccaf@safechain.com]; Pat Boyd[patb@safechain.com] |
| **Cc:** | Anthony Larocca[anthonyl@safechain.com]; Katie Eberspacher[katiee@safechain.com] |
| **Subject:** | RE: DSCSA |
| **Attachment:** | T3 update.docx |

Anthony, this is all I am aware of at this time.

**Jesse Hammett**
**Purchasing Manager**
**Safe Chain**
822 Chesapeake Drive
Cambridge, MD 21613
Main: 855-437-5727 ext 1009



**From:** purchasing@safechain.com
**Sent:** Tuesday, September 08, 2015 2:47 PM
**To:** JesseH@safechain.com; JessicaH@safechain.com; CourtneyR@safechain.com; RebeccaF@safechain.com; PatB@safechain.com
**Subject:** FW: DSCSA
**Importance:** High

------------------------------------------
**From:** AnthonyL@safechain.com
**Sent:** Tuesday, September 08, 2015 11:46:32 AM
**To:** purchasing@safechain.com
**Cc:** PatB@safechain.com; PaulR@safechain.com
**Subject:** FW: DSCSA
**Importance:** High
**Auto forwarded by a Rule**


Any new marketing material?

# Anthony M. LaRocca
**Account manager**

GOVERNMENT EXHIBIT
101
1:24-cr-20255-WPD

**Safe Chain Healthcare Solutions**
822 Chesapeake Drive
Cambridge, MD 21613
Office:   855.437.5727 ext. 4002
Fax:       855-809-5848
Cell:      786.223-1187
Email: AnthonyL@Safechain.com



Web:   www.safechainsolutions.com



*Your safe alternative......*

---

**From:** Rehrig, Troy [mailto:Troy.Rehrig@tenethealth.com]
**Sent:** Tuesday, September 08, 2015 2:42 PM
**To:** AnthonyL@safechain.com
**Subject:** DSCSA
**Importance:** High

Hello,
Please forward me a copy of your information for the Drug Supply Chain Security Act.  Tenet is asking for it again.
Thanks
Troy


**Troy A. Rehrig, BS, PharmD**
Manager, Pharmacy Procurement
Hahnemann University Hospital
Phone (215) 762-7934
Fax    (215) 762-7993
Troy.rehrig@tenethealth.com



July 1, 2015

To our valued customer,

    Safe Chain Solutions takes great pride in remaining compliant with all federal and state changes. As the new track and trace requirements go into effect, we want to ensure every customer has access to the transaction history that accompanies their product. In the coming months, Safe Chain will be using a website to give customers electronic access to their T3s. In the meantime, our compliance department will be emailing the T3's to the pharmacy contact within 24 hours of shipment along with the most recent back up paper work to show the products history. Copies of those T3s will be stored at a secure facility for 6 years.  Please feel free to contact us should you have any questions regarding our T3 process.

Thank you,

*Team Safe Chain*



WHAT WE OFFER

- Sourcing of pharmaceuticals and OTC products
- Distribution focused on patient safety
- Reliable fulfillment and deliveries
- Dedicated customer service
- Knowledgeable account managers
- Federal and state compliance
- Temperature-controlled warehousing and distribution
- Innovative quality control procedures (QC Pro™)

OUR FACILITY FEATURES

- DEA vault for safely storing drug Schedules II-V
- Walk-in refrigerated unit for all temperature-sensitive items
- 24/7 security monitoring with high-definition cameras, motion detectors, and door/window sensors
- In addition, our facility is licensed by the Maryland Board of Pharmacy and the DEA, and is both cGMP and cGDP compliant