| | |
|---|---|
| **From:** | JesseH@safechain.com[/O=EX1/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JESSE.HAMMETT] |
| **Sent:** | Tue 9/29/2015 1:47:34 PM (UTC) |
| **To:** | TylerT@safechain.com[/O=EX1/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TylerT] |
| **Cc:** | PatB@safechain.com[/O=EX1/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Pat.Boyd]; CharlesB@safechain.com[/O=EX1/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Charles.Boyd3] |
| **Subject:** | FW: Harvard responses |
| **Attachment:** | Pedigree.docx |

Check out the pedigree SOP attached

Jesse Hammett
Purchasing Manager
Safe Chain
822 Chesapeake Drive
Cambridge, MD 21613
Main: 855-437-5727 ext 1009


-----Original Message-----
From: KatieE@safechain.com
Sent: Tuesday, September 29, 2015 9:27 AM
To: JesseH@safechain.com
Subject: RE: Harvard responses

The response for pedigree question is attached.

Katie Eberspacher
Compliance Coordinator
Safe Chain Solutions–A Benchworks Company
822 Chesapeake Drive | Cambridge, MD  21613
Office:  855.437.5727 | Fax:  855.614.4118 www.safechainsolutions.com  |  www.benchworks.com



-----Original Message-----
From: JesseH@safechain.com
Sent: Monday, September 28, 2015 4:45 PM
To: KatieE@safechain.com
Subject: FW: Harvard responses

Here was Tyler's response.  Looks good.  Looks like he has a few others

Jesse Hammett
Purchasing Manager
Safe Chain
822 Chesapeake Drive
Cambridge, MD 21613
Main: 855-437-5727 ext 1009

**GOVERNMENT EXHIBIT**
**102**
1:24-cr-20255-WPD

-----Original Message-----
From: TylerT@safechain.com
Sent: Monday, September 28, 2015 4:43 PM
To: JesseH@safechain.com
Subject: RE: Harvard responses

Perfect.

These are the questions the vendors/manufacturers will ask and want to see policy documents on:

New account vetting process - customer due diligence program - know your customer - same question

CSOP Policy - Controlled substance ordering system policy - suspicious order monitoring system - same question

pedigree program
_____
Tyler T. Tedrow, MBA
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
Direct: 407-496-8444
www.safechain.com
_____
From: JesseH@safechain.com
Sent: Monday, September 28, 2015 1:33 PM
To: TylerT@safechain.com; PatB@safechain.com; CharlesB@safechain.com
Subject: FW: Harvard responses

Hey Tyler check these out, is this what you're looking for.  We can add these to the SOPs manual that Charlie sent earlier.  Katie is going to write up a pedigree one as well tomorrow.

Jesse Hammett
Purchasing Manager
Safe Chain
822 Chesapeake Drive
Cambridge, MD 21613
Main: 855-437-5727 ext 1009
[cid:image002.png@01D0FA0B.694506A0]

From: KatieE@safechain.com
Sent: Monday, September 28, 2015 4:18 PM
To: JesseH@safechain.com
Subject: Harvard responses

Jesse,

I've been working on these today and just wanted to get your thoughts on what exactly your looking for. Let me know!

Thanks,

Katie Eberspacher
Compliance Coordinator
Safe Chain Solutions–A Benchworks Company
822 Chesapeake Drive | Cambridge, MD  21613
Office:  855.437.5727 | Fax:  855.614.4118

www.safechainsolutions.com<http://www.safechainsolutions.com/>  |  www.benchworks.com<http://www.benchworks.com/>

[cid:image001.jpg@01D0FA09.3525E530]



## Pedigree Program

To remain compliant with the Drug Supply Chain Security Act, Safe Chain Solutions data specialists complete pedigrees for products daily. Copies of the completed pedigrees are forwarded to the client who purchased the product and kept on file at Safe Chain for 6 years.