| | |
|---|---|
| **From:** | Paul Rossell[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4545073EF8B24CACA8E4AD6D499028E8-PAULR] |
| **Sent:** | Tue 1/5/2016 1:13:55 PM (UTC) |
| **To:** | Anthony Larocca[anthonyl@safechain.com]; Matt Swift[matts@safechain.com]; Jason Montero[jasonm@safechain.com]; EddyL[EddyL@safechain.com]; Hector Vasquez[hectorv@safechain.com]; Graham W[grahamw@safechain.com]; Greg Laroche[gregl@safechain.com]; Bryan Hart[BryanH@safechain.com] |
| **Cc:** | Pat Boyd[patb@safechain.com] |
| **Subject:** | Discounted Products - HIV Drugs |
| **Attachment:** | PR wholesale opp.xlsx |

Team, please call your top accounts and get some feedback on these HIV treatment drugs. Email me with whatever feedback you get and make sure Pat Boyd is cc'd in.  Thank you.

**From:** Pat Boyd
**Sent:** Tuesday, January 5, 2016 5:28 AM
**To:** Tyler T; Paul Rossell
**Cc:** michelle@networkmdllc.com; Charles Boyd
**Subject:** Products from PR

All,

these are some specialty products I can get for under WAC that are great for hospitals and retail and/or specialty pharmacies. I need to know asap if its stuff we can move or I have to give pass the opp to another distributor who will likely be our direct competition.

SCS cost is what the company pays, we'd like to see markup ups of 15-20%+ but if we're getting paid upfront we can take a little less and use these as "account builders"

Thanks

**Patrick Boyd |** Managing Partner
Safe Chain Solutions – A Benchworks Company
822 Chesapeake Drive | Cambridge, MD  21613
office:  855.437.5727 ext 1002| cell: 410-476-7304 | fax:  855.614.4118
www.safechainsolutions.com



### Safe Chain Solutions
www.safechainsolutions.com
Contact: Info@SafeChain.com +1.855.437.5727.
822 Chesapeake Drive • Cambridge, MD 21613

GOVERNMENT EXHIBIT
103
1:24-cr-20255-WPD

GX 103.001

SCSRELATIVITY_0001325772

| www.benchworks.com



Click here to sign up for the Safe Chain Solutions Newsletter

| Medication | PACK | Dosage | Lot Number | Exp date | Quantity | NDC | WAC | Extended | SCS Cost |
|---|---|---|---|---|---|---|---|---|---|
| ATRIPLA | 30 TAB |  | 004795 | Apr-18 | 14 | 15584-0101-01 | $2,126.66 | $ 29,773.24 | $ 26,795.92 |
| ATRIPLA | 30 TAB |  | 004793 | Apr-18 | 12 | 15584-0101-01 | $2,126.66 | $ 25,519.92 | $ 22,967.93 |
| ATRIPLA | 30 TAB |  | 004792 | Mar-18 | 6 | 15584-0101-01 | $2,126.66 | $ 12,759.96 | $ 11,483.96 |
| COMPLERA | 30 TAB |  | 005082 | Oct-17 | 3 | 61958-1101-01 | $2,052.81 | $ 6,158.43 | $ 5,542.59 |
| COMPLERA | 30 TAB |  | 004398 | Oct-17 | 2 | 61958-1101-01 | $2,052.81 | $ 4,105.62 | $ 3,695.06 |
| COMPLERA | 30 TAB |  | STFG | Feb-18 | 3 | 61958-1101-01 | $2,052.81 | $ 6,158.43 | $ 5,542.59 |
| EPZICOM | 30 TAB | 600MG | 5ZP2367 | Aug-18 | 5 | 49702-0206-13 | $1,180.29 | $ 5,901.45 | $ 5,311.31 |
| ISENTRESS | 60 TAB | 400MG | L033314 | Aug-17 | 8 | 00006-0227-61 | $1,204.45 | $ 9,635.60 | $ 8,672.04 |
| ISENTRESS | 60 TAB | 400MG | L019820 | Jul-17 | 16 | 00006-0227-61 | $1,204.45 | $ 19,271.20 | $ 17,344.08 |
| NORVIR | 30 TAB | 100MGTBS | 1029556 | Oct-16 | 1 | 00074-3333-30 | $ 257.17 | $ 257.17 | $ 231.45 |
| REYATAZ |  | 300MG | 5E83569A | May-17 | 7 | 00003-3622-12 | $1,267.27 | $ 8,870.89 | $ 7,983.80 |
| REYATAZ |  | 300MG | 5A88552A | Jan-17 | 6 | 00003-3622-12 | $1,267.27 | $ 7,603.62 | $ 6,843.26 |
| REYATAZ |  | 300MG | 5E83238A | May-17 | 3 | 00003-3622-12 | $1,267.27 | $ 3,801.81 | $ 3,421.63 |
| STRIBILD | 30 TAB |  | TDMZ | Apr-18 | 5 | 61958-1201-01 | $2,457.35 | $ 12,286.75 | $ 11,058.08 |
| STRIBILD | 30 TAB |  | TPVV | Jun-18 | 4 | 61958-1201-01 | $2,457.35 | $ 9,829.40 | $ 8,846.46 |
| STRIBILD | 30 TAB |  | TPVS | Jun-18 | 5 | 61958-1201-01 | $2,457.35 | $ 12,286.75 | $ 11,058.08 |
| TIVICAY | 30 TAB | 50MG | 5ZP1050 | Jul-17 | 3 | 49702-0228-13 | $1,318.07 | $ 3,954.21 | $ 3,558.79 |
| TRIUMEQ | 30 TAB |  | 5ZP2670 | Aug-17 | 6 | 49702-0231-13 | $2,207.37 | $ 13,244.22 | $ 11,919.80 |
| TRIUMEQ | 30 TAB |  | 5ZP1608 | Jul-17 | 2 | 49702-0231-13 | $2,207.37 | $ 4,414.74 | $ 3,973.27 |
| TRUVADA | 30 TAB |  | 004988 | Apr-19 | 24 | 61958-0701-01 | $1,283.25 | $ 30,798.00 | $ 27,718.20 |
| TRUVADA | 30 TAB |  | 13TRS345UA | Dec-17 | 18 | 61958-0701-01 | $1,283.25 | $ 23,098.50 | $ 20,788.65 |
| TRUVADA | 30 TAB |  | 004830 | Apr-19 | 6 | 61958-0701-01 | $1,283.25 | $ 7,699.50 | $ 6,929.55 |