| | |
|---|---|
| **From:** | Pat Boyd[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7df8cdfdba2f4ddd9606b4873fce378d-PatB] |
| **Sent:** | Thur 3/31/2016 2:23:21 PM (UTC) |
| **To:** | Paul Rossell[PaulR@safechain.com] |
| **Subject:** | FW: HIV prices |
| **Attachment:** | HIV MASTER LIST DO NOT SEND.xlsx |

**Patrick Boyd |** Managing Partner
Safe Chain Solutions – A Benchworks Company
822 Chesapeake Drive | Cambridge, MD  21613
office:  855.437.5727 ext 1002| cell: 410-476-7304 | fax:  855.614.4118
www.safechainsolutions.com  |   www.benchworks.com



Click here to sign up for the Safe Chain Solutions Newsletter

**From:** Michelle Buckingham [mailto:Michelle@networkmdllc.com]
**Sent:** Friday, February 26, 2016 9:32 AM
**To:** Pat Boyd <patb@safechain.com>
**Subject:** HIV prices


--
Michelle

Network MD, LLC.
954.815.5765
michelle@networkmdllc.com

**GOVERNMENT EXHIBIT**
**104**
1:24-cr-20255-WPD

GX 104.001

SCSRELATIVITY_0001327713

| Medication | Cost | Sell Price | Sales Margin |
|---|---|---|---|
| Aptivus | 1261.68 | $1,804.20 | 30% |
| ATRIPLA | 2109.9 | $3,017.16 | 30% |
| COMBIVR | 291.5 | $416.85 | 30% |
| COMPLERA | 2089.34 | $2,987.76 | 30% |
| CRIXIVAN | 434.89 | $621.89 | 30% |
| EDURANT | 790.59 | $1,130.54 | 30% |
| EMTRIVA | 510.82 | $730.47 | 30% |
| EPIVAR | $213.37 | $305.12 | 30% |
| EPZICOM | 1123.75 | $1,606.96 | 30% |
| FUZEON | 2982.8 | $4,265.40 | 30% |
| INTELENCE | 961.85 | $1,375.45 | 30% |
| INVIRASE | 978.27 | $1,398.93 | 30% |
| ISENTRESS | 1146.76 | $1,639.87 | 30% |
| KALETRA | 821.09 | $1,174.16 | 30% |
| NORVIR | 244.85 | $350.14 | 30% |
| PREZISTA | 1197.89 | $1,712.98 | 30% |
| RESCRIPTOR | 366.97 | $524.77 | 30% |
| RETOVIR | 20.73 | $29.64 | 30% |
| REYATAZ | 1218.08 | $1,741.85 | 30% |
| SELZENTRY | 1154.53 | $1,650.98 | 30% |
| SEROSTIM | 2363.2 | $3,379.38 | 30% |
| TRIZIVIR | 1377.49 | $1,969.81 | 30% |
| TRUVADA | 1309.08 | $1,871.98 | 30% |
| VIRACEPT | 927.68 | $1,326.58 | 30% |
| VIRAMUNE | 8.83 | $12.63 | 30% |
| VIREAD | 888.66 | $1,270.78 | 30% |
| ZIAGEN | 212.53 | $303.92 | 30% |
| SUSTIVA | 802.92 | $1,148.18 | 30% |

| Medication | Cost | Sell Price | Sales Margin |
|---|---|---|---|
| Aptivus | $ 1,029.00 | $ 1,471.47 | 30% |
| Atripla | $ 1,204.41 | $ 1,722.31 | 30% |
| Combivir | $ 166.81 | $ 238.54 | 30% |
| Complera | $ 1,215.68 | $ 1,738.42 | 30% |
| Edurant | $ 440.82 | $ 630.37 | 30% |
| Fuzeon | $ 2,424.60 | $ 3,467.18 | 30% |
| Intelence 100mg | $ 710.40 | $ 1,015.87 | 30% |
| Intelence 200mg | $ 693.80 | $ 992.13 | 30% |
| Invirase 200mg gel caps | $ 533.81 | $ 763.35 | 30% |
| Invirase 500mg tablets | $ 547.50 | $ 782.93 | 30% |
| Isentress 100mg | $ 244.95 | $ 350.28 | 30% |
| Isentress 25mg | $ 61.24 | $ 87.57 | 30% |
| Isentress 400mg | $ 729.00 | $ 1,042.47 | 30% |
| Kaletra 100/25 | $ 167.57 | $ 239.63 | 30% |
| Kaletra 200/50 | $ 683.19 | $ 976.96 | 30% |
| Kaletra 80/20 | $ 367.73 | $ 525.85 | 30% |
| Norvir oral solution | $ 297.68 | $ 425.68 | 30% |
| Norvir tablets | $ 46.52 | $ 66.52 | 30% |
| Prezista 600mg | $ 916.62 | $ 1,310.77 | 30% |
| Prezista 800mg | $ 624.25 | $ 892.68 | 30% |
| Prezista 150mg | $ 893.88 | $ 1,278.25 | 30% |
| Rescriptor | $ 275.20 | $ 393.54 | 30% |
| Reyataz 150mg | $ 687.00 | $ 982.41 | 30% |
| Reyataz 200mg | $ 690.87 | $ 987.94 | 30% |
| Reyataz 300mg | $ 687.01 | $ 982.42 | 30% |
| Serostim | $ 1,739.15 | $ 2,486.98 | 30% |
| Sustiva 200mg and 600mg | $ 452.54 | $ 647.13 | 30% |
| Sustiva 50mg | $ 37.72 | $ 53.94 | 30% |
| Trizivir | $ 1,037.88 | $ 1,484.17 | 30% |
| Truvada | $ 822.06 | $ 1,175.55 | 30% |
| Viracept 250mg and 625mg | $ 581.49 | $ 831.53 | 30% |
| Viramune XR | $ 78.89 | $ 112.81 | 30% |
| Viramune | $ 314.07 | $ 449.12 | 30% |
| Viread | $ 552.39 | $ 789.92 | 30% |
| Ziagen | $ 422.15 | $ 603.67 | 30% |
| Ziagen oral solution | $ 109.98 | $ 157.27 | 30% |

GX 104.003

SCSRELATIVITY_0001327714