| | |
|---|---|
| **From:** | Bill Carrieri <BillC@Safechain.com> |
| **Sent:** | Fri 10/5/2018 10:26:47 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com> |
| **Cc:** | Bill Carrieri <BillC@Safechain.com> |
| **Subject:** | trade show talk points |
| **Attachment:** | NPPA Elevator Speech 2k17.docx |

I made 12 copies to bring to Boston. If any changes are needed I can edit and print there.

Thank you,

**Bill Carrieri | National Sales Manager**
Safe Chain Solutions, LLC – A Benchworks Company
822 Chesapeake Drive | Cambridge, MD 21613
**office: 443-583-3295 | cell: 410-490-5080** | fax: 855.614.4118
www.safechainsolutions.com | www.benchworks.com.

GOVERNMENT
EXHIBIT
**109**
1:24-cr-20255-WPD

GX 109.001

SCSRELATIVITY_0001420626



# NPPA Elevator Speech

**Hello/ Hi are you familiar with Safe Chain?**

- **We are a full service wholesaler. We serve over 1500 pharmacies, hospitals, and surgery centers across the entire US.**

- **No contracts. No order minimums. No Holdbacks.**

- **We have been in business and growing for over 7 years. We have four offices and three distribution center in the U.S.  Our main distributions center is in Maryland, we also have a distribution center in Louisville, KY and one in St. George, Utah.**

- **Our warehouses are state of the art, and we hold over 70,000 sq. ft. of climate controlled warehouse space.**

- **We are licensed in 47 states and have our DEA License to ship schedules 2 through 5.**

- **We are also DSCSA (Drug Supply Chain Security Act) compliant through our proprietary track and trace portal.  All T3s (pedigrees) can be accessed online within 24 hours of shipping.**

- **We contract directly with dozens of manufactures (ex. Sagent, Pfizer, Akorn, Amneal).**



- **VAWD Certification:**
  - **We are VAWD pending, with an Optum Rx extension through the end of 2018**
  - **We are in the midst of the application process for permanent VAWD certification**
  - **Awaiting VAWD inspections**

- **Pricing?**
  - **We price aggressively in order to meet your needs**
  - **We will match or beat your current pricing as long as we are not losing money**
  - **Discounts always available by volume**
  - **Our main goal is your total satisfaction**

- **Shipping?**
  - **Our goal is to provide you with the best customer service, pricing, and responsiveness**
  - **2-day ground to over 90% of the U.S.**
  - **UPS & FedEx**
  - **Saturday Delivery**

Remember: We are not a Hard-To-Find wholesaler, Third Party Wholesaler, nor a Backup Wholesaler. We are cutting ourselves short by saying that.