| | |
|---|---|
| **From:** | Kenzie Nalley <KenzieN@Safechain.com> |
| **Sent:** | Wed 4/22/2020 6:55:50 PM (UTC) |
| **To:** | compliance <compliance@Safechain.com> |
| **Subject:** | FW: NEW VENDOR - BOULEVARD 9229 |
| **Attachment:** | Boulevard License.pdf |
| **Attachment:** | Boulevard W9.jpg |
| **Attachment:** | Boulevard App.jpg |

New vendor for approval!

Thanks!



**Kenzie Nalley** | Accounts Payable Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1010 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** courtneys@pharmasales.com <courtneys@pharmasales.com>
**Sent:** Wednesday, April 22, 2020 2:39 PM
**To:** invoices <Invoices@safechain.com>
**Cc:** 'wwopenorders' <wwopenorders@pharmasales.com>
**Subject:** NEW VENDOR - BOULEVARD 9229

Hello! See attached vendor application, license and W9 for Boulevard 9229 

**Courtney Schumacher**
Marketing and Customer Support Associate
World Wide Pharma Sales
*Cell: 908-507-7594 | Email: CourtneyS@pharmasales.com*

PharmaSales.com

THE UNIVERSITY OF THE STATE OF NEW YORK
EDUCATION DEPARTMENT

# NEW YORK STATE BOARD OF PHARMACY



2019-21

NAME OF SUPERVISOR
FAWAD PIRACHA

THIS IS TO CERTIFY
**BOULEVARD 9229 LLC**
9229 QUEENS BLVD STE 1I
REGO PARK, NY    11374

is duly recorded as a

## REGISTERED WHOLESALER OF DRUGS AND/OR DEVICES

in conformity with the provisions of section 6808 of the Education Law

THIS CERTIFICATE IS EFFECTIVE ON THE SIXTEENTH DAY OF JANUARY, 2019.
THIS CERTIFICATE EXPIRES ON THE THIRTY-FIRST DAY OF DECEMBER, 2021.

This certificate must be displayed conspicuously in the registered premises at all times. Authorization to operate a registered establishment is limited to the person and the premises indicated on the certificate. The regulations require the registrant to notify the Board of Pharmacy of any contemplated change in ownership, address or supervisor.

REGISTRATION NUMBER
**037678**

*Kimberly A. Leonard*
EXECUTIVE SECRETARY
STATE BOARD OF PHARMACY

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Ishbery Shukurov

**2** Business name/disregarded entity name, if different from above
Boulevard 9229 LLC

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.
☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☒ S Corporation  ☐ Partnership  ☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____
☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.
9229 Queens Blvd Ste 1I

**6** City, state, and ZIP code
Rego Park NY 11374

**7** List account number(s) here (optional)

Requester's name and address (optional)

---

**Part I  Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: [REDACTED]
or
Employer identification number: [REDACTED]

---

**Part II  Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

Sign Here
Signature of U.S. person ▶ Ishbery Shukurov
Date ▶ 04/13/2020

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)
• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
• Form 1099-S (proceeds from real estate transactions)
• Form 1099-K (merchant card and third party network transactions)
• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
• Form 1099-C (canceled debt)
• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)



| | |
|---|---|
| Company Name: | Boulevard 9229 LLC |
| Company DBA: | Boulevard 9229 LLC |
| Company Address: | Street Address: 9229 Queens Blvd Ste 1I<br>City: Rego Park  State: NY  Zip Code: 11374 |
| Payment Remit To Address: | Street Address: 9229 Queens Blvd Ste 1I<br>City: Rego Park  State: NY  Zip Code: 11374 |
| Accounts Receivable Contact Name: | Ishbay Shulcypov |
| Accounts Receivable Phone Number: | [redacted] |
| Accounts Receivable Email Address: | Boulevard9229@Gmail.com |
| Payment Terms: | |
| Credit Limit: | |
| Payment Preference | Check ✓   ACH ✓   Wire ☐ |
| If to be paid by ACH: | Bank Name: Chase<br>Bank Routing Number: [redacted]<br>Bank Account Number: [redacted] |
| If to be paid by Wire: | Bank Name: Chase<br>Bank Routing Number: [redacted]<br>Bank Account Number: [redacted] |
| Email for PO's to be sent to: | |

Please attach your Maryland, and/or Utah State Licenses, along with a DEA License if selling controlled products to Safe Chain Solutions.

Please also attach your W9 for tax purposes.
(No payments can be made until Form W-9 is provided)