| | |
|---|---|
| **From:** | <courtneys@pharmasales.com> |
| **Sent:** | Fri 6/12/2020 6:37:03 PM (UTC) |
| **To:** | <invoices@safechain.com> |
| **Cc:** | '''wwopenorders''' <wwopenorders@pharmasales.com>, '''Charles Boyd''' <CharlesB@Safechain.com> |
| **Subject:** | FW: NEW VENDOR - GENTEK |
| **Attachment:** | Vendor Intake Application SC GENTEK.pdf |
| **Attachment:** | W-9 GENTEK.pdf |
| **Attachment:** | CT LICENSE GENTEK.pdf |

License attached 😊

## Courtney Schumacher
Marketing and Customer Support Associate
World Wide Pharma Sales
*Cell: 908-507-7594 | Email: CourtneyS@pharmasales.com*

PharmaSales.com

---

**From:** courtneys@pharmasales.com <courtneys@pharmasales.com>
**Sent:** Friday, June 12, 2020 2:13 PM
**To:** invoices@safechain.com
**Cc:** wwopenorders@pharmasales.com; 'Charles Boyd' <CharlesB@Safechain.com>
**Subject:** NEW VENDOR - GENTEK

Hey Kenzie! See attached application and W-9 for Gentek. We are working on getting their CT license and will send that over to you once received
Once approved, please see below information needed on their side. 😊

## Courtney Schumacher
Marketing and Customer Support Associate
World Wide Pharma Sales
*Cell: 908-507-7594 | Email: CourtneyS@pharmasales.com*

PharmaSales.com

---

**From:** JOSE RUIZ <sales@gentekusa.com>
**Sent:** Monday, June 8, 2020 12:50 PM
**To:** Dhruv Ralhan <dhruv@shs.healthcare>; courtneys@pharmasales.com; wwopenorders@pharmasales.com
**Subject:** Fwd: FW: New Vendor Set Up

Happy Monday,

Please we need the information below to make process smooth as possible.. and if possible let us know when will safe chain be ready to take possession of product. Thank you.

1. CONTACT NAME
2. EMAIL
3. PHONE NUMBER
4. COPY OF LICENCE
5. ADDRESS



# VENDOR INTAKE APPLICATION

| | |
|---|---|
| Company Name: | GENTEK LLC |
| Company DBA: | |
| Company Address: | 45 CEDAR ST UNIT 3 (Street Address) <br> STAMFORD (City)   CT (State)   06902 (Zip Code) |
| Payment Remit To Address: | 45 CEDAR ST UNIT 3 (Street Address) <br> STAMFORD (City)   CT (State)   06902 (Zip Code) |
| Accounts Receivable Contact Name | EDEL REYES |
| Accounts Receivable Phone Number: | [redacted] |
| Accounts Receivable Email Address: | SALES@GENTEKUSA.COM |
| Payment Terms: | 30% C.O.D. - 70% 7 DAYS |
| Credit Limit: | 6,000,000.00 |
| Payment Preference | Check [ ]   ACH [ ]   Wire [✔] |
| If to be paid by ACH: | Bank Name: <br> Bank Routing Number: <br> Bank Account Number: |
| If to be paid by Wire: | Bank Name: CITIZENS BANK <br> Bank Routing Number: [redacted] <br> Bank Account Number: [redacted] |
| Email for PO's to be sent to: | SALES@GENTEKUSA.COM |

Please attach your Maryland, and/or Utah State Licenses, along with a DEA License if selling controlled products to Safe Chain Solutions.

Please also attach your W9 for tax purposes.
(No payments can be made until Form W-9 is provided)

# STATE OF CONNECTICUT
## DEPARTMENT OF CONSUMER PROTECTION

This is your registration certificate for your records. Such registration shall be shown to any properly interested person on request. Do not attempt to make any changes or alter this certificate in any way. This registration is not transferable. Questions regarding this registration can be emailed to the Drug Control Division at dcp.drugwholesalers@ct.gov.

In an effort to be more efficient and Go Green, the department asks that you keep your email information current. The email on your account will be used for all correspondence from this office.

You can update your address and email address or print a duplicate certificate by logging into your account with your User Id and Password at www.elicense.ct.gov. If you need your User Id and/or Password, please email dcp.online@ct.gov.

Mailing address:

**GENTEK LLC**
**45 CEDAR ST STE 3**
**STAMFORD, CT  06902-8912**

Email on file to be used for receiving all notices from this office:

SALES@GENTEKUSA.COM

---

## STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

### GENTEK LLC

**45 CEDAR ST STE 3**
**STAMFORD, CT  06902-8912**

has satisfied the qualifications required by law and is hereby issued a

### WHOLESALER OF DRUGS, COSMETICS & MEDICAL DEVICES

| | | | |
|---|---|---|---|
| **Controlled Substances:** No | **Rx Legend Drugs:** Yes | **Non Rx Legend Drugs:** Yes | **Medical Devices:** No |
| **Cosmetics:** No | **Medical Gases/Oxygen:** No | **Durable Medical Equipment (DME):** Yes | |

**Registration #:** CSW.0004576
**Effective Date:** 07/01/2020
**Expiration Date:** 06/30/2021

verify online at www.elicense.ct.gov

*Michelle Seagull*
Michelle Seagull, Commissioner