| | |
|---|---|
| **From:** | compliance <compliance@Safechain.com> |
| **Sent:** | Fri 7/10/2020 12:47:29 PM (UTC) |
| **To:** | Mike Zingo <mikenzangari@hotmail.com>, "Adam Brosius (Contact)" <adam@pharmasales.com> |
| **Cc:** | Dhruv Ralhan <dhruv@shs.healthcare>, Charles Boyd <CharlesB@Safechain.com>, Garrett Mellott <garrett@pharmasales.com>, Jenna Mellott <jenna@pharmasales.com>, compliance <compliance@Safechain.com> |
| **Subject:** | RE: Boulevard 9229 T3s |

Thank you, Mike. If I do not hear from them- are you the best person to contact or is there someone there you might suggest?

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |  Linkedin

---

**From:** Mike Zingo <mikenzangari@hotmail.com>
**Sent:** Thursday, July 9, 2020 8:15 PM
**To:** Adam Brosius (Contact) <adam@pharmasales.com>
**Cc:** Abbie Divilio <AbbieD@Safechain.com>; Dhruv Ralhan <dhruv@shs.healthcare>; Charles Boyd <CharlesB@Safechain.com>; Garrett Mellott <garrett@pharmasales.com>; Jenna Mellott <jenna@pharmasales.com>; compliance <compliance@Safechain.com>
**Subject:** Re: Boulevard 9229 T3s

Hi Abbie ,

I sent email to Boulevard asking them to reach out to you for the below. Sorry I can't help as I just work as a consultant .

Thanks
Mike

Sent from my iPhone

On Jul 9, 2020, at 4:00 PM, Adam Brosius <adam@pharmasales.com> wrote:

GX 125.001

**GOVERNMENT EXHIBIT**
**125**
1:24-cr-20255-WPD

SCSRELATIVITY_0001339202

Dhruv and mike.  Please talk to Abbie.  We need to figure out a solution.  Thx

On Thu, Jul 9, 2020 at 3:57 PM Abbie Divilio <AbbieD@safechain.com> wrote:
> Hey guys,
>
> I need this T3 info ASAP. I have a customer who would like to know where these medications are coming from before they decide if they will purchase them and Boulevard has not provided any T3 info. Showing where these are being purchased from.
>
> Who can I reach out to for this information???
>
> <image001.png>
>
> **Abbie Divilio** | Director of Compliance
> Safe Chain Solutions, LLC
> 822 Chesapeake Drive | Cambridge, MD  21613
> office: 855.437.5727 x1017 | fax: 866.930.1128
> www.SafeChain.com |
> <image002.png>

---

**From:** Abbie Divilio
**Sent:** Wednesday, July 8, 2020 8:53 AM
**To:** Jenna Mellott <jenna@pharmasales.com>; wwopenorders@PHARMASALES.com
**Cc:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** Boulevard 9229 T3s

Good morning-
A few weeks ago I asked for contact information for someone at Boulevard 9229 regarding T3s. They have not provided any T3 information to us, and our T3s to our customers will need to be updated with the information about where these HIV medications are coming from. This could potentially create a huge backlog of work for us, and I would like to avoid that. I am not sure who to contact there about this issue.
Could someone please assist?

Thanks,

&lt;image001.png&gt; **Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |
&lt;image002.png&gt;

--

**ADAM BROSIUS | President**

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**