**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Mon 7/13/2020 7:49:06 PM (UTC)
**To:** Jon Weed <JonW@Safechain.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** RE: pedigree

Compliance should have the T3 on file. I know we were waiting on some documentation



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1002 | fax: 866.930.1128
www.SafeChain.com |  LinkedIn

---

**From:** Jon Weed <JonW@Safechain.com>
**Sent:** Monday, July 13, 2020 3:42 PM
**To:** Pat Boyd <PatB@Safechain.com>
**Subject:** Fwd: pedigree

Pat,
I have a customer looking for the pedigree for the biktarvy I sold him last week.  Where can I get that?

Sent from my iPhone
Jon Weed
Strategic Project & Training Manager
Safe Chain Solutions
www.safechain.com
443.438.0516
jonw@safechain.com
Begin forwarded message:

> **From:** Sidhi Rx Inc <vanderveerrx@gmail.com>
> **Date:** July 13, 2020 at 3:09:27 PM EDT
> **To:** Jon Weed <JonW@Safechain.com>
>
>
> Hi Jon,
> THANK YOU, RECEIVED BIKTARVY, WOULD YOU PLEASE SEND ME THE PEDIGREE FOR THIS
> THANK YOU
> SUNNY

**GOVERNMENT EXHIBIT**
**126**
1:24-cr-20255-WPD

GX 126.001

SCSRELATIVITY_0001380053