| | |
|---|---|
| **From:** | Adam Brosius <adam@pharmasales.com> |
| **Sent:** | Thu 8/6/2020 9:37:42 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@safechain.com>, Dhruv Ralhan <dhruv@shs.healthcare>, wwopenorders <wwopenorders@pharmasales.com> |
| **Subject:** | Fwd: Customer Request |

FYI

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

---------- Forwarded message ---------
From: **danny draughon** <dannydraughond@yahoo.com>
Date: Thu, Aug 6, 2020 at 5:36 PM
Subject: Customer Request
To: adam@pharmasales.com <adam@pharmasales.com>, Courtney Scumacher <courtneys@pharmasales.com>, Jenna Mellott <jenna@pharmasales.com>, garrett@pharmasales.com <garrett@pharmasales.com>

Good afternoon,

Bay pharmacy 19/ DBA health first pharmacy is been requesting someone from compliance call due to him having questions over pedigrees and the lack of info that is on there.

He is very concerned and has requested multiple time from me to have someone call him to answer his questions.

I was told yesterday that he would receive a call be the end of the day which did not happen. Also was told he would received a call today and that did not happen.

So I need to know who I need to reach out to get this resolved so my customer can feel comfortable ordering from us moving forward.

Thanks for you time and please let me know if there is anything you need from me,

GOVERNMENT EXHIBIT
129
1:24-cr-20255-WPD

GX 129.001

SCSRELATIVITY_0001408934

Danny

SCSRELATIVITY_0001408934