| | |
|---|---|
| **From:** | Adam Brosius[adam@pharmasales.com] |
| **Sent:** | Thur 8/6/2020 2:54:21 PM (UTC) |
| **To:** | Invoice 9229[9229sales@gmail.com]; Dhruv Ralhan[dhruv@shs.healthcare] |
| **Cc:** | Charles Boyd[CharlesB@Safechain.com] |
| **Subject:** | Re: t3s |

thanks   i think dhruv and charlie spoke and came up with a solution.
T3's are a bit more involved than just an address.   They are working through it   thanks


**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

On Thu, Aug 6, 2020 at 10:52 AM Invoice 9229 <9229sales@gmail.com> wrote:

> Here is another one
>
> On Thu, Aug 6, 2020, 9:52 AM Invoice 9229 <9229sales@gmail.com> wrote:
>
>> Hello Charlie,
>> Will this information work for today and we keep adding more sources soon

**GOVERNMENT EXHIBIT**

**130**

1:24-cr-20255-WPD

GX 130.001

SCSRELATIVITY_0001415195

