| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Thu 8/6/2020 3:34:52 PM (UTC) |
| **To:** | Invoice 9229 <9229sales@gmail.com>, "Adam Brosius (Contact)" <adam@pharmasales.com> |
| **Cc:** | Dhruv Ralhan <dhruv@shs.healthcare> |
| **Subject:** | RE: t3s |

Hi guys,

Thanks for shooting the supplier information over. What we need to know is what product / lot number came from which supplier on each Safe Chain purchase order. I'm more than happy to introduce you to a company that will handle all of the data entry but they will need this info as well. The chain of custody should look like this:

1: Manufacturer > 2: Authorized Distributor > 3: Wholesaler > 4: Pharmacy

There can be multiple wholesalers in the supply chain but each one is required to give the buyer the T3 information on their purchases. The people supplying Blvd should be providing this information with each order so that they can provide it to their customers. Make sense?

We have a customer that has requested a T3 so really need to get that one done ASAP. Please let me know what you need from us to get these rolling.



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | LinkedIn

**From:** Invoice 9229 <9229sales@gmail.com>
**Sent:** Thursday, August 6, 2020 10:58 AM
**To:** Adam Brosius (Contact) <adam@pharmasales.com>
**Cc:** Dhruv Ralhan <dhruv@shs.healthcare>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** Re: t3s

Understood, just sharing as his messages come in


On Thu, Aug 6, 2020, 10:54 AM Adam Brosius <adam@pharmasales.com> wrote:
 thanks   i think dhruv and charlie spoke and came up with a solution.

  T3's are a bit more involved than just an address.   They are working through it   thanks



GOVERNMENT
EXHIBIT

**131**

1:24-cr-20255-WPD

GX 131.001

SCSRELATIVITY_0001409845

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**[adam@pharmasales.com](mailto:adam@pharmasales.com)**


On Thu, Aug 6, 2020 at 10:52 AM Invoice 9229 <[9229sales@gmail.com](mailto:9229sales@gmail.com)> wrote:
 Here is another one


On Thu, Aug 6, 2020, 9:52 AM Invoice 9229 <[9229sales@gmail.com](mailto:9229sales@gmail.com)> wrote:
 Hello Charlie,

Will this information work for today and we keep adding more sources soon

