| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Mon 8/17/2020 6:13:29 PM (UTC) |
| **To:** | Jenna Mellott <jenna@pharmasales.com>, Kendreas Ferdinand <KendreasF@Safechain.com>, Jesse Hammett <JesseH@Safechain.com> |
| **Cc:** | World Wide PharmaSales <wwopenorders@pharmasales.com> |
| **Subject:** | RE: WHITE CROSS RETURN |

Approved



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linkedin

---

**From:** Jenna Mellott <jenna@pharmasales.com>
**Sent:** Monday, August 17, 2020 1:23 PM
**To:** Kendreas Ferdinand <KendreasF@Safechain.com>; Jesse Hammett <JesseH@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Cc:** World Wide PharmaSales <wwopenorders@pharmasales.com>
**Subject:** WHITE CROSS RETURN

Good Afternoon,

Can you please send over an RMA and return label for #1 unit of Biktarvy from the attached White Cross- Palm Springs invoice? LOT# CCPDPA.  Charlie has approved this return.

Thank you!


**Jenna Mellott** | Head of Administration
World Wide Pharma Sales
Cell: 862-209-0718 | Fax: 888-885-1244
Skype: mellottjenna | Email: jenna@pharmasales.com
www.pharmasales.com


> Begin forwarded message:
>
> **From:** accounting@safechain.com
> **Subject: SAFE CHAIN SOLUTIONS, LLC Invoice: 01I29928**
> **Date:** July 29, 2020 at 5:54:38 PM EDT
> **To:** wwopenorders@pharmasales.com
>
> SAFE CHAIN SOLUTIONS, LLC Invoice: 01I29928

**GOVERNMENT EXHIBIT**
**141**
1:24-cr-20255-WPD

Customer# 27-CA0128 WHITE CROSS PHARMACY - PALM SPRINGS

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DR
CAMBRIDGE, MD 21613

Telephone :   855.437.5727
Fax     :    855-614-4118
Date    :    07/29/20