|  |  |
|---|---|
| **From:** | Adam Brosius[adam@pharmasales.com] |
| **Sent:** | Fri 8/28/2020 2:19:20 PM (UTC) |
| **To:** | Dhruv Ralhan[dhruv@shs.healthcare]; Mike Zingo[mikenzangari@hotmail.com]; Garrett Mellott[garrett@pharmasales.com]; Charles Boyd[CharlesB@Safechain.com]; Adam Brosius (Contact)[adam@pharmasales.com] |

This is to show the difference  --BLVD to Gentek on today's receipt of goods.

## GENTEK



BLVD

GX 152.001

**GOVERNMENT EXHIBIT**
**152**
1:24-cr-20255-WPD

SCSRELATIVITY_0001395945



I understand that blvd is less expensive but this is silly and causes a ton of more work.

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

SCSRELATIVITY_0001395945