| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Mon 9/21/2020 2:30:16 PM (UTC) |
| **To:** | "scspedigree@biztransights.com" <scspedigree@biztransights.com> |
| **Cc:** | Dakota Flowers <dakotaf@safechain.com> |
| **Subject:** | T3s |
| **Attachment:** | Binder-missing pedigrees.pdf |



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Monday, September 21, 2020 10:17 AM
**To:** Charles Boyd <CharlesB@Safechain.com>; compliance <compliance@Safechain.com>; Dakota Flowers <dakotaf@safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:**

**GOVERNMENT EXHIBIT**

**160**

1:24-cr-20255-WPD

GX 160.001

SCSRELATIVITY_0001329974

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**

**TRIUMEQ**

NDC: 49702-0231-13

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 7F7B | 1 | |
| | | |
| | | |

**Reference Number:** __IN VA8001__

**Document Type:** __INVOICE__

**Reference Date:** 05/28/2020

## (TH) Transaction History

**Manufacturer's Name:** ViiV Healthcare
**Manufacturer's information** Five Moore Drive, Research Triangle Park, North Carolina 27709-3398

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590<br><br>**Date Purchased & Ref :** 04/22/20   PO#159608 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590<br><br>**Date Received & Ref :** 04/22/20 |
| **Name:** ATTAIN RX INC<br>**Address:** 9516 Queens Blvd<br>Rego Park, NY 11374<br><br>**Date Purchased & Ref :** 05/01/20   PO#AA12001 | **Name:** ATTAIN RX INC<br>**Address:** 9516 Queens Blvd<br>Rego Park, NY 11374<br><br>**Date Received & Ref :** 05/01/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235<br><br>**Date Purchased & Ref :** 05/06/20   PO#01A2517 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235<br><br>**Date Received & Ref :** 05/06/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 05/11/20   PO#01207811 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374<br><br>**Date Received & Ref :** 05/11/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br><br>**Date Purchased & Ref :** 05/28/20   PO#9010 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br><br>**Date Received & Ref :** 05/28/20 |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001329975

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GV020UA | 5 | |
| | | |
| | | |

Reference Number: **INV4256**
Document Type: **INVOICE**
Reference Date: 09/07/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **Independent Pharmacy Cooperative** Address: 1550 Columbus Street Sun Prairie, WI 53590 Date Purchased & Ref: 07/31/20 PO#160135 | Name: **Independent Pharmacy Cooperative** Address: 1550 Columbus Street Sun Prairie, WI 53590 Date Received & Ref: 07/31/20 |
| Name: **ATTAIN RX INC** Address: 9516 Queens Blvd Rego Park, NY 11374 Date Purchased & Ref: 08/17/20 PO#AA12419 | Name: **ATTAIN RX INC** Address: 9516 Queens Blvd Rego Park, NY 11374 Date Received & Ref: 08/17/20 |
| Name: **BNR Wholesaler** Address: 3858 Nostrand Ave Brooklyn, NY 11235 Date Purchased & Ref: 08/28/20 PO#01A2849 | Name: **BNR Wholesaler** Address: 3858 Nostrand Ave Brooklyn, NY 11235 Date Received & Ref: 08/28/20 |
| Name: **BOULEVARD 9229 LLC** Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 Date Purchased & Ref: 09/01/20 PO#01209544 | Name: **BOULEVARD 9229 LLC** Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 Date Received & Ref: 09/01/20 |
| Name: **SAFE CHAIN SOLUTIONS, LLC** Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 Date Purchased & Ref: 09/07/20 PO#9265 | Name: **SAFE CHAIN SOLUTIONS, LLC** Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613 Date Received & Ref: 09/07/20 |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

GX 160.003                    SCSRELATIVITY_0001329975