| | |
|---|---|
| **From:** | Dakota Flowers <dakotaf@safechain.com> |
| **Sent:** | Wed 9/23/2020 6:52:40 PM (UTC) |
| **To:** | Pat Boyd <PatB@Safechain.com> |
| **Cc:** | compliance <compliance@Safechain.com> |
| **Subject:** | FW: Olympia Pharmacy Invoices |
| **Attachment:** | PED.0132431 9.4.20 Genvoya.pdf |



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com |

**From:** Dakota Flowers
**Sent:** Wednesday, September 16, 2020 9:04 AM
**To:** Jonathan Nicholls <JonathanN@Safechain.com>
**Subject:** RE: Olympia Pharmacy Invoices

And here is the last ones!! Yay!!!!



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com |

**From:** Jonathan Nicholls <JonathanN@Safechain.com>
**Sent:** Tuesday, September 15, 2020 8:46 AM
**To:** Dakota Flowers <dakotaf@safechain.com>
**Subject:** Olympia Pharmacy Invoices

Here you go



**Jon Nicholls** | Senior Account Executive
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 410.221.3107 | cell: 443.521.7904 | fax: 866.930.1128

GOVERNMENT EXHIBIT
162
1:24-cr-20255-WPD

www.SafeChain.com | Linked in

SCSRELATIVITY_0001432932

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**GENVOYA TAB 30CT**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GV022UA | 1 | |
| | | |
| | | |

**Reference Number:** 01I32431
**Document Type:** INVOICE
**Reference Date:** 09/01/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 1800 WHEELER AVE LA VERNE, CA 91750

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590<br>**Date Purchased & Ref:** 07/23/20 PO#160098 | **Name:** Independent Pharmacy Cooperative<br>**Address:** 1550 Columbus Street<br>Sun Prairie, WI 53590<br>**Date Received & Ref:** 07/23/20 |
| **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207<br>**Date Purchased & Ref:** 07/28/20 PO#1SN3490 | **Name:** StainRx<br>**Address:** 807 Stanley Ave<br>Brooklyn, NY 11207<br>**Date Received & Ref:** 07/28/20 |
| **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235<br>**Date Purchased & Ref:** 08/03/20 PO#01A2759 | **Name:** BNR Wholesaler<br>**Address:** 3858 Nostrand Ave<br>Brooklyn, NY 11235<br>**Date Received & Ref:** 08/03/20 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374<br>**Date Purchased & Ref:** 08/06/20 PO#01209190 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE 11<br>REGO PARK, NY 11374<br>**Date Received & Ref:** 08/06/20 |
| **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Purchased & Ref:** 09/01/20 PO#9255 | **Name:** SAFE CHAIN SOLUTIONS, LLC<br>**Address:** 822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613<br>**Date Received & Ref:** 09/01/20 |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1  of 2  pages.

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: GENVOYA TAB 30CT | | | Reference Number: | 01I32431 |
|---|---|---|---|---|
| NDC: 61958-1901-01 | | | Document Type: | INVOICE |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 09/01/2020 |
| 19GV022UA | 1 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History (Cont.)

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES  CA 90036<br>Date Purchased & Ref :  9/4/20    01S30114001 | Name: OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES  CA 90036<br>Date Received & Ref :  9/4/20    01S30114001 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

 (A) is authorized as required under the Drug Supply Chain Security Act;
 (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
 (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
 (D) did not knowingly ship a suspect or illegitimate product;
 (E) had systems and processes in place to comply with verification requirements under section 582;
 (F) did not knowingly provide false transaction information; and
 (G) did not knowingly alter the transaction history.

Page: 2    of  2    pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXCVA | 1 | |
| | | |
| | | |

Reference Number: **01I32431**
Document Type: **INVOICE**
Reference Date: 09/01/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 1800 WHEELER AVE LA VERNE, CA 91750

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Purchased & Ref: 07/17/20  PO#160079

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Received & Ref: 07/17/20

**SOLD TO:**
Name: StainRx
Address: 807 Stanley Ave, Brooklyn, NY 11207
Date Purchased & Ref: 07/24/20  PO#1SN3485

**SHIPPED TO:**
Name: StainRx
Address: 807 Stanley Ave, Brooklyn, NY 11207
Date Received & Ref: 07/24/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Purchased & Ref: 08/04/20  PO#01A2763

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Received & Ref: 08/04/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Purchased & Ref: 08/06/20  PO#01209190

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Received & Ref: 08/06/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Purchased & Ref: 09/01/20  PO#9255

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Received & Ref: 09/01/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of   2   pages.

GX 162.005

SCSRELATIVITY_0001432933

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**GENVOYA TAB 30CT**

**NDC:** 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXCVA | 1 | |
| | | |
| | | |

**Reference Number:** 01I32431
**Document Type:** INVOICE
**Reference Date:** 09/01/2020

## (TH) Transaction History

**SOLD TO:**
Name: OLYMPIA PLAZA PHARMACY INC
Address: 5901 W OLYMPIC BLVD STE 103
LOS ANGELES  CA 90036
Date Purchased & Ref: 9/4/20   01S30114001

**SHIPPED TO:**
Name: OLYMPIA PLAZA PHARMACY INC
Address: 5901 W OLYMPIC BLVD STE 103
LOS ANGELES  CA 90036
Date Received & Ref: 9/4/20   01S30114001

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**SOLD TO:**
Name:
Address:
Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:
Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2   of  2   pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**GENVOYA TAB 30CT**

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 020717 | 1 | |
| | | |
| | | |

Reference Number: 01I32431
Document Type: INVOICE
Reference Date: 09/01/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 1800 WHEELER AVE LA VERNE, CA 91750

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Purchased & Ref: 07/09/20  PO#160048

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Received & Ref: 07/09/20

**SOLD TO:**
Name: StainRx
Address: 807 Stanley Ave, Brooklyn, NY 11207
Date Purchased & Ref: 07/29/20  PO#1SN3492

**SHIPPED TO:**
Name: StainRx
Address: 807 Stanley Ave, Brooklyn, NY 11207
Date Received & Ref: 07/29/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Purchased & Ref: 08/03/20  PO#01A2759

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Received & Ref: 08/03/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Purchased & Ref: 08/05/20  PO#01209165

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Received & Ref: 08/05/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Purchased & Ref: 09/01/20  PO#9255

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Received & Ref: 09/01/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 2   pages.

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: GENVOYA TAB 30CT | | | Reference Number: | 01I32431 |
|---|---|---|---|---|
| NDC: 61958-1901-01 | | | Document Type: | INVOICE |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 09/01/2020 |
| 020717 | 1 | | | |

### (TH) Transaction History (Cont.)

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES  CA 90036<br>Date Purchased & Ref : 9/4/20     01S30114001 | Name: OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES  CA 90036<br>Date Received & Ref : 9/4/20     01S30114001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 2    of 2    pages.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
GENVOYA TAB 30CT

NDC: 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19GV020UA | 1 | |
| | | |
| | | |

**Reference Number:** 01I32431
**Document Type:** INVOICE
**Reference Date:** 09/01/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 1800 WHEELER AVE LA VERNE, CA 91750

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Purchased & Ref: 07/10/20 PO#160052

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street, Sun Prairie, WI 53590
Date Received & Ref: 07/10/20

**SOLD TO:**
Name: StainRx
Address: 807 Stanley Ave, Brooklyn, NY 11207
Date Purchased & Ref: 07/21/20 PO#1SN3478

**SHIPPED TO:**
Name: StainRx
Address: 807 Stanley Ave, Brooklyn, NY 11207
Date Received & Ref: 07/21/20

**SOLD TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Purchased & Ref: 07/30/20 PO#01A2752

**SHIPPED TO:**
Name: BNR Wholesaler
Address: 3858 Nostrand Ave, Brooklyn, NY 11235
Date Received & Ref: 07/30/20

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Purchased & Ref: 08/04/20 PO#01209134

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE 11, REGO PARK, NY 11374
Date Received & Ref: 08/04/20

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Purchased & Ref: 09/01/20 PO#9255

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR, CAMBRIDGE MD 21613
Date Received & Ref: 09/01/20

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1 of 2 pages.

GX 162.009

SCSRELATIVITY_0001432933

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: GENVOYA TAB 30CT | | | Reference Number: | 01I32431 |
|---|---|---|---|---|
| NDC: 61958-1901-01 | | | Document Type: | INVOICE |
| Lot Number | Quantity | Unique Serial # | Reference Date: | 09/01/2020 |
| 19GV020UA | 1 | | | |
| | | | | |
| | | | | |

### (TH) Transaction History (Cont.)

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES  CA 90036<br>Date Purchased & Ref : 9/4/20    01S30114001 | Name: OLYMPIA PLAZA PHARMACY INC<br>Address: 5901 W OLYMPIC BLVD STE 103<br>LOS ANGELES  CA 90036<br>Date Received & Ref : 9/4/20    01S30114001 |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br>Date Received & Ref : |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

  (A) is authorized as required under the Drug Supply Chain Security Act;
  (B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
  (C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
  (D) did not knowingly ship a suspect or illegitimate product;
  (E) had systems and processes in place to comply with verification requirements under section 582;
  (F) did not knowingly provide false transaction information; and
  (G) did not knowingly alter the transaction history.

Page: 2    of  2    pages.