| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Tue 9/29/2020 8:16:49 PM (UTC) |
| **To:** | "cassandra.kozak@ipcrx.com" <cassandra.kozak@ipcrx.com> |
| **Cc:** | compliance <compliance@Safechain.com> |
| **Subject:** | Biktarvy and Complera |
| **Attachment:** | Biktarvy.JPG |
| **Attachment:** | Complera.JPG |

Hi Cassandra,

  Thank you for taking the time to talk with me today and digging into this request. Attached are two screenshots of the T3s I was referring to.
Let me know what you think.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

GOVERNMENT EXHIBIT

170

1:24-cr-20255-WPD

GX 170.0001

SCSRELATIVITY_0001427825

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 19BIC041A | 2 | |
| | | |
| | | |

Reference Number: INV6302
Document Type: INVOICE
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590

Date Purchased & Ref: 08/18/20    PO#160199

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590

Date Received & Ref: 08/18/20

**SOLD TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd
Rego Park, NY 11374

Date Purchased & Ref: 08/28/20    PO#AA12457

**SHIPPED TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd
Rego Park, NY 11374

Date Received & Ref: 08/28/20

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**COMPLERA TAB 30CT**

NDC: 61958-1101-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| 019427 | 1 | |
| | | |
| | | |

Reference Number: INV6311
Document Type: INVOICE
Reference Date: 09/23/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590

Date Purchased & Ref : 08/11/20   PO#160152

**SHIPPED TO:**
Name: Independent Pharmacy Cooperative
Address: 1550 Columbus Street
Sun Prairie, WI 53590

Date Received & Ref : 08/11/20

**SOLD TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd Rego Park, NY 11374

Date Purchased & Ref : 08/28/20   PO#AA12457

**SHIPPED TO:**
Name: ATTAIN RX INC
Address: 9516 Queens Blvd Rego Park, NY 11374

Date Received & Ref : 08/28/20