**From:**      Abbie Divilio <AbbieD@Safechain.com>
**Sent:**      Wed 9/30/2020 12:49:10 PM (UTC)
**To:**        Charles Boyd <CharlesB@Safechain.com>, Pat Boyd <PatB@Safechain.com>
**Subject:**   FW: Biktarvy and Complera

Hello-
Please see the message below from IPC.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linkedin

---

**From:** Cassandra Kozak <cassandra.kozak@ipcrx.com>
**Sent:** Tuesday, September 29, 2020 7:52 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** RE: Biktarvy and Complera

Good afternoon!

I called and left a voicemail message a few minutes ago. I realize you are gone for the day but I wanted to follow-up this way as well. I heard back from my supervisor/her supervisor and so on about the request below. We can confirm that based on the provided documents (thank you for those, they really helped!) we have no record of either transaction. We do not use PO numbers as the reference number that we provide to the pharmacy. We don't use a PO number "downstream" at all, it is an option that our pharmacies have if they would like to input a PO number to denote a specific order.

I was asked to advise you to "obtain documentation from your supplier" about the trail of these items.

I will be off tomorrow but if you have any questions please reach out to Sarah (my supervisor) at 800-755-1531 ext 6043. She will be able to assist you. I will be back on Thursday Oct 1st if you have any questions for me.

Thank you,

**GOVERNMENT EXHIBIT**

**174**

1:24-cr-20255-WPD

SCSRELATIVITY_0001349930

**Cassandra Kozak**
*Member Service Representative*
P: 608-733-6046
F: 800-274-5525



**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Tuesday, September 29, 2020 3:17 PM
**To:** Cassandra Kozak <cassandra.kozak@ipcrx.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** Biktarvy and Complera

<p align="center" style="color:red"><em>This message was sent by an external party outside of IPC</em></p>

Hi Cassandra,
  Thank you for taking the time to talk with me today and digging into this request. Attached are two screenshots of the T3s I was referring to.
Let me know what you think.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linkedin

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

SCSRELATIVITY_0001349930