| | |
|---|---|
| **From:** | Adam Brosius <adam@pharmasales.com> |
| **Sent:** | Thu 10/1/2020 9:54:33 PM (UTC) |
| **To:** | Charles Boyd <CharlesB@safechain.com> |
| **Cc:** | Garrett Mellott <garrett@pharmasales.com> |
| **Subject:** | Re: FW: T3s |

wtf     just fill in whatever info you want    LOLOL

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

On Thu, Oct 1, 2020 at 5:50 PM Charles Boyd <CharlesB@safechain.com> wrote:

> FYI - Doesn't look great right now but waiting to hear back.  Rochester Drug filed for bankruptcy in March as well and I'm pretty sure they're not currently operating.
>
> CB
>
> 
>
> **Charlie Boyd** | Founder & CEO
>
> Safe Chain Solutions, LLC
>
> 822 Chesapeake Drive | Cambridge, MD 21613
>
> office: 855.437.5727 | Cell: 301.875.1581
>
> www.SafeChain.com | 

GOVERNMENT EXHIBIT
176
1:24-cr-20255-WPD

GX 176.001

SCSRELATIVITY_0001369167

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Thursday, October 1, 2020 2:54 PM
**To:** King Kimchi <consulting012345@gmail.com>; 9229sales@gmail.com
**Cc:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** T3s

Hello-

I am not able to verify these transactions on this T3. Instacare Pharmacy is no longer at the address you have listed on the T3. Do you have a board of pharmacy license on file you can share with us? This will help me verify this pharmacy. I have also been in touch with Rochester Drug and am awaiting more information from them to verify the original transaction.

 When I looked up Instacare Pharmacy, I attempted to call the number which rang continuously until it disconnected with what sounded like a fax. I called the location next door to this address and was told that this pharmacy has moved, and has not been at this location for 3-4 months. This would also explain why I cannot locate any information about them from the NY BOP webpage.

 We will need additional information to support these transactions. Also, we need the additional T3s from Monday since we received 551 pieces of inventory and you have only provided 1 T3 for one NDC.



**Abbie Divilio** | Director of Compliance

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1017 | fax: 866.930.1128

www.SafeChain.com |

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Thursday, October 1, 2020 1:40 PM
**To:** compliance <compliance@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
**Subject:**

SCSRELATIVITY_0001369167