| | |
|---|---|
| **From:** | King Kimchi[consulting012345@gmail.com] |
| **Sent:** | Thur 10/1/2020 5:40:14 PM (UTC) |
| **To:** | compliance[compliance@Safechain.com]; Abbie Divilio[AbbieD@Safechain.com] |
| **Attachment:** | CDGXKA.pdf |

**GOVERNMENT EXHIBIT**
**180**
1:24-cr-20255-WPD

GX 180.001

CTRL00378519

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 30CT**

NDC: 61958-2501-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CDGXKA | 5 | |
| | | |
| | | |

Reference Number: **INV 6901**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013<br>Fairfield, NJ 07004<br>Date Purchased & Ref: 08/18/20   PO#R2389 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013<br>Fairfield, NJ 07004<br>Date Received & Ref: 08/18/20 |
| Name: Instacare Pharmacy<br>Address: 235-20 147th Ave<br>Rosedale, NY 11422<br>Date Purchased & Ref: 09/02/20   PO#001IC518 | Name: Instacare Pharmacy<br>Address: 235-20 147th Ave<br>Rosedale, NY 11422<br>Date Received & Ref: 09/02/20 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br>Date Purchased & Ref: 09/15/20   PO#01209744 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br>Date Received & Ref: 09/15/20 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br>Date Purchased & Ref: 09/28/20   PO#9311 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br>Date Received & Ref: 09/28/20 |
| Name:<br>Address:<br>Date Purchased & Ref: | Name:<br>Address:<br>Date Received & Ref: |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.