| | |
|---|---|
| **From:** | compliance <compliance@Safechain.com> |
| **Sent:** | Fri 10/2/2020 1:06:27 PM (UTC) |
| **To:** | King Kimchi <consulting012345@gmail.com>, Charles Boyd <CharlesB@Safechain.com>, compliance <compliance@Safechain.com> |
| **Subject:** | RE: NYS Professions - Online Verifications |

Good morning-

This link leads you to where you can see that there was a registration once active for this establishment name and address. As you continue to click through the 'transfer' notification you can see that this business must have changed names, and remained at the same location. The license has been discontinued since 3/30/2020. If you purchased this on 9/2/20, that means that pharmacy did not hold an active license during the time of purchase. Also, the clip you shared with the pharmacy information, phone number 718-749-5515, is the number I called multiple times with no answer yesterday until I spoke with another business in the building who told me the pharmacy has been closed for months. The issue with having a lapse of licensure and location is that we have no way of knowing how this medication was stored, or where it may have been stored, was it expose to hot and humid conditions somewhere? All of these things could effect the integrity of the product, which comes back to us when customers complain.

Here is the link where you can see the last registrant to the link you provided to me:
http://www.nysed.gov/coms/op001/opscr6?profcd=17&plicno=037836

Again, continuing to click through the registration history and 'transfers' at the bottom of the page brings you to the most recent registrant.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** King Kimchi <consulting012345@gmail.com>
**Sent:** Thursday, October 1, 2020 10:04 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>; compliance <compliance@Safechain.com>
**Subject:** NYS Professions - Online Verifications

NYS Professions - Online Verifications

GOVERNMENT EXHIBIT
181
1:24-cr-20255-WPD

GX 181.001

SCSRELATIVITY_0001428248

http://www.nysed.gov/coms/op001/opscr6?profcd=17&plicno=033991

SCSRELATIVITY_0001428248