| | |
|---|---|
| **From:** | compliance <compliance@Safechain.com> |
| **Sent:** | Mon 10/5/2020 8:39:23 PM (UTC) |
| **To:** | King Kimchi <consulting012345@gmail.com>, compliance <compliance@Safechain.com>, Charles Boyd <CharlesB@Safechain.com> |
| **Subject:** | RE: |

Hello-
I believe this is the same one you sent us this morning. I am in the process of trying to verify these transactions. How were purchases made from Instacare Pharmacy on 9/15/20 when the pharmacy was closed? This license for this facility has not been active since 3/30/2020.

Thanks,

Abbie Divilio | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |


-----Original Message-----
From: King Kimchi <consulting012345@gmail.com>
Sent: Monday, October 5, 2020 4:36 PM
To: compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>; Abbie Divilio <AbbieD@Safechain.com>
Subject:

Please let me know if it's all good to go

GOVERNMENT EXHIBIT
184
1:24-cr-20255-WPD

GX 184.001

SCSRELATIVITY_0001332408