| | |
|---|---|
| **From:** | compliance[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=237B26E93A6A4818BBA59DCA6 AB725EF-COMPLIANCE_] |
| **Sent:** | Mon 10/12/2020 12:35:36 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com] |
| **Subject:** | FW: Gilead Sciences BIKTARVY Inquiry (PR-200633) |

Good morning,
 This is a note regarding Biktarvy lot CDGXKA . Gilead believes this to be a counterfeit drug which we should report to the FDA. I think we should review more of the lots we have received.
Let me know how we should proceed.

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in.

---

**From:** Lori Mayall <Lori.Mayall@gilead.com>
**Sent:** Friday, October 9, 2020 2:52 PM
**To:** compliance <compliance@Safechain.com>; Quality Complaints <QualityComplaints@gilead.com>
**Subject:** RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

Dear Abbie –

This matter has been referred to my team. The information contained in the pedigree/transaction history document is inconsistent with our records. If this pedigree documentation is associated with Gilead product in your possession or control, we therefore believe it should be treated as illegitimate product and quarantined and should be reported to the FDA via a Form FDA 3911. Please share with me a copy of any 3911 form involving Gilead products that you submit to the FDA.

Kind regards, Lori

**Lori F. Mayall, Esq. (she/her/hers)** | Head of Anti-Counterfeiting | Gilead Sciences, Inc. | 333 Lakeside Drive, Foster City, CA 94404 | Phone: 650.378.2184 | Mobile: 650.474.1221 | lori.mayall@gilead.com

NOTICE: This e-mail and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by e-mail reply and please delete this e-mail message from your computer and destroy any copies.

**GOVERNMENT EXHIBIT**

**187**

1:24-cr-20255-WPD

SCSRELATIVITY_0001334175

**From:** compliance <compliance@Safechain.com>
**Sent:** Tuesday, October 06, 2020 12:45 PM
**To:** Quality Complaints <QualityComplaints@gilead.com>; compliance <compliance@Safechain.com>
**Subject:** [EXTERNAL] RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

Good afternoon Clifford,
We are attempting to verify the T3 attached.  If you are able to verify the first transaction from Gilead to Rochester Drug, it would be greatly appreciated.

Thank you in advance,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** Quality Complaints <QualityComplaints@gilead.com>
**Sent:** Tuesday, October 6, 2020 3:39 PM
**To:** compliance <compliance@Safechain.com>
**Cc:** Quality Complaints <QualityComplaints@gilead.com>
**Subject:** RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

Hello,

Thanks for the additional insight. If Safe Chain Solutions needs to verify the supply chain of the product, we would like to see a copy of the invoice in order to authentic the product.

Kind regards,

**Clifford Won**
QA Specialist I, Commercial QA
Gilead Sciences, Inc. | 333 Lakeside Drive | Foster City, CA 94404
Office: 1-800-445-3235 option 2 | Email: QualityComplaints@gilead.com


---

**From:** compliance <compliance@Safechain.com>
**Sent:** Tuesday, October 06, 2020 8:46 AM
**To:** Quality Complaints <QualityComplaints@gilead.com>
**Cc:** compliance <compliance@Safechain.com>

SCSRELATIVITY_0001334175

**Subject:** [EXTERNAL] RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

We are in the process of verifying a T3, lot numbers and vendors. We would also like to know if this product was sold to Rochester Drug Co-Op. PO for reference is PO#R2389



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com | Linked in

**From:** Quality Complaints <QualityComplaints@gilead.com>
**Sent:** Tuesday, October 6, 2020 10:51 AM
**To:** Dakota Flowers <dakotaf@safechain.com>
**Cc:** compliance <compliance@Safechain.com>; Quality Complaints <QualityComplaints@gilead.com>
**Subject:** RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

Hi Dakota,

Thank you for your response. I understand that you do not have a product quality complaint but we would still like to understand the reason for your inquiry and ensure that the BIKTARVY bottle in question is not missing an expiration date in the variable print area of the bottle. We would greatly appreciate your response to our questions.

Kind regards,

**Clifford Won**
QA Specialist I, Commercial QA
Gilead Sciences, Inc. | 333 Lakeside Drive | Foster City, CA 94404
Office: 1-800-445-3235 option 2 | Email: QualityComplaints@gilead.com



**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Tuesday, October 06, 2020 4:59 AM
**To:** Quality Complaints <QualityComplaints@gilead.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** [EXTERNAL] RE: Gilead Sciences BIKTARVY Inquiry (PR-200633)

Good Morning!
I am sorry for the confusion, there is no complaint. I just needed a verification on the product Expiration date.

Thank you!

SCSRELATIVITY_0001334175



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** Quality Complaints <QualityComplaints@gilead.com>
**Sent:** Monday, October 5, 2020 5:29 PM
**To:** Dakota Flowers <dakotaf@safechain.com>
**Cc:** compliance <compliance@Safechain.com>; Quality Complaints <QualityComplaints@gilead.com>
**Subject:** Gilead Sciences BIKTARVY Inquiry (PR-200633)

Hello Dakota,

Thank you for contacting Gilead Sciences with your BIKTARVY inquiry. We have assigned **PR-200633** and started a new email thread as the previous thread (attached here for your reference) was for a different inquiry.

- What prompted you to contact Gilead Sciences for inquiring the expiration date for BIKTARVY Lot # CDGXKA?
- What is the GTIN and SN on the complaint bottle of BIKTARVY?
- When did you receive this complaint bottle of BIKTARVY?
- Is the expiration date missing entirely from the complaint bottle of BIKTARVY? If yes, was any cleaners or cleaning solutions used on the bottle?
- Is the seal of the complaint bottle of BIKTARVY intact?
- Is the complaint bottle of BIKTARVY opened? If yes, how many tablets are in the bottle? What is the shape and color of the tablets? Is there a polyester fiber coil ("cotton") and/or desiccant in the bottle?
- Would you be able to provide photographs of the BIKTARVY bottle? We would like the photographs to show the full Gilead label on the bottle, top of the cap/lid, base/underneath the bottle, inside the cap/lid, inside the bottle, and contents of the bottle (tablets, polyester fiber coil, and/or desiccant). Please send the photographs to Gilead QA via email (QualityComplaints@gilead.com) or text message (650-504-7385). Please see the Complaint Sample Photo Template as reference.

***Complaint Sample Photo Template:***

SCSRELATIVITY_0001334175



Please let us know if you have any questions. Our phone number is 800-445-3235 option #2 for Product Complaints.

Kind regards,

**Clifford Won**
QA Specialist I, Commercial QA
Gilead Sciences, Inc. | 333 Lakeside Drive | Foster City, CA 94404
Office: 1-800-445-3235 option 2 | Email: QualityComplaints@gilead.com



SCSRELATIVITY_0001334175