| | |
|---|---|
| **From:** | Kendreas Ferdinand <KendreasF@Safechain.com> |
| **Sent:** | Thu 11/19/2020 10:09:28 PM (UTC) |
| **To:** | Jenna Mellott <jenna@pharmasales.com>, Charles Boyd <CharlesB@Safechain.com>, Pat Boyd <PatB@Safechain.com> |
| **Cc:** | compliance <compliance@Safechain.com>, Open Orders <wwopenorders@pharmasales.com> |
| **Subject:** | RE: MEDICINE SHOPPE #1802 - URGENT |
| **Attachment:** | SHOPPE RA.pdf |
| **Attachment:** | SHOPPE LBL.pdf |

Attached


Thank you kindly,



**Kendreas Ferdinand** | Senior Order Mgmt Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1121 | fax: 866.930.1128
www.SafeChain.com | Linked in.

---

**From:** Jenna Mellott <jenna@pharmasales.com>
**Sent:** Thursday, November 19, 2020 1:35 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>; Kendreas Ferdinand <KendreasF@Safechain.com>
**Cc:** compliance <compliance@Safechain.com>; Open Orders <wwopenorders@pharmasales.com>
**Subject:** MEDICINE SHOPPE #1802 - URGENT
**Importance:** High

Hi Everyone,

Back in October Medicine Shoppe# 1802 had #1 Biktarvy bottle that was filled with Seroquel XR 300. After some back and forth with Abbie, we have now decided to take this product back so it can be sent to the manufacturer.

Dre - can you please send over an RMA and Return Label ASAP for #1 Biktarvy for Medicine Shoppe

**GOVERNMENT EXHIBIT**

**200**

1:24-cr-20255-WPD

SCSRELATIVITY_0001434970

#1802.  The invoice is attached to this email and the bottle information is below.

Lot #: CDFYCA
Exp: 9/30/20

**Jenna Mellott** | Head of Administration
World Wide Pharma Sales
Cell: 862-209-0718 | Fax: 888-885-1244
Skype: mellottjenna | Email: jenna@pharmasales.com
www.pharmasales.com

> Begin forwarded message:
>
> **From:** Jenna Mellott <jenna@pharmasales.com>
> **Subject: MEDICINE SHOPPE #1802 - URGENT**
> **Date:** October 14, 2020 at 1:41:52 PM EDT
> **To:** Charles Boyd <CharlesB@Safechain.com>, Pat Boyd <PatB@Safechain.com>
> **Cc:** Adam Brosius <adam@pharmasales.com>, Garrett Mellott
> <garrett@pharmasales.com>
>
> Hi Charlie,
>
> As discussed on our call….
>
> Medicine Shoppe #1802 (Legacy customer) is saying they received a bottle of Biktarvy
> that was dispensed to a patient and the patient came back with the bottle saying it was
> not filled with Biktarvy.  The customer says the bottle had Seroquel XR 300 in it, instead
> of Biktarvy.   They are very worried about this situation and would like a call back ASAP.
>
> Sekar @ Medicine Shoppe #1802 410-908-2814.
>
> Pictures attached of the bottle.  I have also attached the invoice with the lot number in
> question (7 bottles total)
>
> Lot #: CDFYCA
> Exp: 9/30/20
>
> **Jenna Mellott** | Head of Administration
> World Wide Pharma Sales
> Cell: 862-209-0718 | Fax: 888-885-1244
> Skype: mellottjenna | Email: jenna@pharmasales.com
> www.pharmasales.com

SCSRELATIVITY_0001434970







SCSRELATIVITY_0001434970



SCSRELATIVITY_0001434970



SCSRELATIVITY_0001434970

# Safechain Solutions
# Return Authorization

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Tel: 855-437-5727**
**Fax: 866-930-1128**

| **Return Auth. #** |
| --- |
| **01S34541** |
| **Page:** 1 |

**www.safechain.com**
**accounting@safechain.com**

| **Return-from:** 27-MD0110 | **Return-to:** 101 |
| --- | --- |
| MEDICINE SHOPPE #1802<br>10313 GEORGIA AVENUE #101<br>ATTN: ACCTS PAYABLE<br>SILVER SPRING  MD 20902 | MARYLAND QUARANTINE<br>822 CHESAPEAKE DR<br>CAMBRIDGE MD 21613 |

| | | | |
| --- | --- | --- | --- |
| **Ret. Auth. Date:** | 11/19/20 | **Customer Order#** | RETURN |
| **Expiration Date:** | 11/29/20 | **Ship Method** | UPS Ground |
| **Salesman:** | LEGACY - HIV | **Reason:** | PROUCT RETURN |
| **Operator** | Ken | **Terms:** | PREPAY ACH |

| **Special Instructions** | BIKTARVY BOTTLE HAD SEROQ | |
| --- | --- | --- |

| Line | Item Number / Description | Auth. | UM | Recv. | UM | Open | Unit Price | UM | Extension |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | **G61958-2501-01**<br>BIKTARVY 30CT<br>50/200/25 MG<br> Orig Inv#: 01I34375<br> R 001 PROUCT RETURN<br>Lot #: CDFYCA<br>Expiration Date: 09/30/22 | 1 | EA | 0 | EA | 1 | 2987.34 | EA | 2987.34 |
| | **SUB TOTAL** | | | | | | | | **2987.34** |
| | **RET AUTH TOTAL** | | | | | | | | **2987.34** |

RA.PRT012

SCSRELATIVITY_0001434971



SCSRELATIVITY_0001434972