| | |
|---|---|
| **From:** | "Martha M. Rumore" <mrumore@frierlevitt.com> |
| **Sent:** | Fri 12/4/2020 4:49:15 PM (UTC) |
| **To:** | Abbie Divilio <AbbieD@Safechain.com>, Charles Boyd <CharlesB@Safechain.com> |
| **Subject:** | RE: [EXTERNAL]RE: [EXTERNAL]RE: Gilead - Biktarvy information |

Hi:

Thanks Abbie. That is all I needed.

Best,
Martha

Martha M. Rumore, PharmD, MS, JD, LLM
*Senior Counsel*

**FRIER LEVITT**
ATTORNEYS AT LAW

101 Greenwich Avenue
Suite 8B
New York, NY  10006
(646) 970-3226 (direct)
(646) 970-2711 (office)
(973) 618-0650 (fax)
mrumore@frierlevitt.com
www.frierlevitt.com

New Jersey Office
84 Bloomfield Avenue
Pine Brook, NJ  07058

Follow us on:  Linkedin | Twitter | Facebook | Instagram

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.*

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Friday, December 4, 2020 11:38 AM
**To:** Martha M. Rumore <mrumore@frierlevitt.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** [EXTERNAL]RE: [EXTERNAL]RE: Gilead - Biktarvy information

Good morning Ms. Rumore,
 Attached is the T3 for the Biktarvy lot CCXKVA. I apologize, the note at the bottom of the

**GOVERNMENT EXHIBIT**
**206**
1:24-cr-20255-WPD

email regarding the Seroquel was just a note to Charlie and is not related to this issue with White Cross Pharmacy. Please let me know if I can assist with anything else.

Thank you,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

---

**From:** Martha M. Rumore <mrumore@frierlevitt.com>
**Sent:** Friday, December 4, 2020 10:52 AM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Cc:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** RE: [EXTERNAL]RE: Gilead - Biktarvy information

Hi Charlie:

I am putting together the letter now.

I have a few questions. I do not see any mention of Seroquel ER 300 mg for lot CCPDPA as indicated in Abbie's email, just generic  Excedrin. Please let me know. In previous correspondence with Gilead you indicated generic Excedrin.

For lot CCXKVA, Gilead is saying White Cross purchased from you. They have attached a PO. Please send me the T3 on this. We should provide it.

Best,

Martha

Martha M. Rumore, PharmD, MS, JD, LLM
*Senior Counsel*



101 Greenwich Avenue
Suite 8B
New York, NY  10006
(646) 970-3226 (direct)
(646) 970-2711 (office)

(973) 618-0650 (fax)
mrumore@frierlevitt.com
www.frierlevitt.com

New Jersey Office
84 Bloomfield Avenue
Pine Brook, NJ  07058


Follow us on: Linkedin | Twitter | Facebook | Instagram


*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.*

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Friday, December 4, 2020 10:06 AM
**To:** Martha M. Rumore <mrumore@frierlevitt.com>
**Cc:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** [EXTERNAL]RE: Gilead - Biktarvy information

Hi Martha,

I just wanted to follow up on this since they requested a response by Monday. Please let us know if you have any questions. Thanks!

Charlie



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in

---

**From:** Charles Boyd
**Sent:** Wednesday, November 25, 2020 3:38 PM
**To:** Martha M. Rumore <mrumore@frierlevitt.com>
**Cc:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** FW: Gilead - Biktarvy information
**Importance:** Low



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |  Linked in

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Wednesday, November 25, 2020 3:30 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Gilead - Biktarvy information
**Importance:** Low

Good afternoon,
 After sorting through various emails and information I believe we have three things going on here. 1.)White Cross pharmacy has dispensed a bottle of Biktravy (lot CCXKVA) which is in question by Gilead and was sold by us. 2.) We inquired about Biktarvy (lot CCPDPA) to verify in August because someone complained about the packaging. 3.) We inquired about Biktarvy (Lot CDGXKA) in October, while we attempted to verify the T3 and expiration date.
Biktarvy  (lot CCPDPA) was verified to be a legitimate product by Gilead in August (8/19/20) CB responded that we were investigating a customer complaint (White cross claimed this bottle contained Seroquel ER 300), which is the attachment entitled 'Biktarvy lot CCPDA complaint convo'
In early October (10/6/2020) we attempted to verify a transaction on the T3, Rochester Drug from Gilead. We were unable to because RD is closed, we had the conversation in 'Biktarvy CDGXKA information' We were attempting to verify this product because it was sold in 2018. We were looking for some information regarding expiration date and trying to understand the validity of the T3s we had received since some of the drugs were purchased over 2 years ago.
 After reviewing our records, I do not see any conversations related to the lot number (CCXKVA) which is referenced in the letter from Gilead. I only see that the of the two lots we inquired about, one was verified and one was inconsistent with their records.

Let me know if you need additional information. I have had Dakota start to pull the T3s together as well. This situation and lot numbers do NOT address the issue with Biktarvy and WW customer Medicine Shoppe, which is the other customer we have taken a return for.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |  Linked in

DOJ-PPM-0000118477