**From:**        Abbie Divilio <AbbieD@Safechain.com>
**Sent:**        Wed 12/16/2020 2:19:17 PM (UTC)
**To:**        Charles Boyd <CharlesB@Safechain.com>
**Subject:**        RE: Biktarvy lots
**Attachment:**        Biktarvy letter.pdf

Please take a look at the attached, and I can send with whatever else you might like to include.
Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linked in

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Wednesday, December 16, 2020 8:25 AM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** RE: Biktarvy lots

Thanks! Have you started drafting a very brief letter to notify these other accounts? Maybe we can just email? Since there were no other complaints I'm sure we won't even hear from these other customers.

CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Monday, December 14, 2020 4:47 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Biktarvy lots

**GOVERNMENT EXHIBIT**
**213**
1:24-cr-20255-WPD

SCSRELATIVITY_0001341338

Charlie,

Of the Biktarvy lots in question we have sold 39 bottles of lot CDGXKA and 14 of CCXKVA (this is the lot that White Cross sent to Gilead). I am looking into the other requests Martha had for us relating to SOP updates.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | **Linked**in.

SCSRELATIVITY_0001341338



December 16, 2020


Dear valued customer,

It has been brought to our attention that there has been a quality complaint regarding Biktarvy, NDC-61958-2501-01, lot CCXKVA. Our records indicate that your pharmacy has purchased this from us. If you have complaints or concerns, please do not hesitate to reach out. We are currently still investigating the incident and believe this to be an isolated incident but felt that you should be made aware, as patient safety is our number one concern.

Again, please feel free to reach out of you have questions or concerns.


Kind Regards,


Safe Chain Solutions Compliance Team

compliance@safechain.com

GX 213.003

SCSRELATIVITY_0001341339