| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561 A22A814-PAT BOYD] |
| **Sent:** | Tue 1/5/2021 3:48:17 PM (UTC) |
| **To:** | Jonathan Nicholls[JonathanN@Safechain.com]; Antione Brooks[AntioneB@Safechain.com]; Jon Weed[JonW@Safechain.com]; Billy Peterson[billyp@safechain.com]; Michael Landy[michaell@safechain.com]; Melanie Richardson[mrichardson@safeway954.com]; Nicole Sawyer[NSawyer@swdrx.com] |
| **Subject:** | NEW WAC PRICING |
| **Attachment:** | HIV Quick Reference 2021.xlsx |

All,

Print this, save this use this. It's the new discounts off of WAC. Meg is currently deleting back orders at old pricing and you are free to enter these NOW

Thanks



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com | Linkedin

GOVERNMENT EXHIBIT
217
1:24-cr-20255-WPD

GX 217.001

SCSRELATIVITY_0001339537

| NDC | Product | WAC | GENTEK Cost | BLVD COST | Wac -6 | Wac -6.5 | WAC-7 | WAC-7.5 | Wac -7.75 | WAC-8 | Wac -8.5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15584-0101-01 | ATRIPLA, TAB 600/200MG (30/BT) | $2,994.71 | $2,545.50 | $ 2,425.00 | $2,815.03 | $2,800.054 | $ 2,785.08 | $ 2,770.11 | $ 2,762.62 | $ 2,755.13 | $ 2,740.16 |
| 61958-2501-01 | BIKTARVY, TAB 50/200/25MG (30/BT) | $3,393.75 | $2,884.69 | $ 2,748.00 | $3,190.13 | $3,173.156 | $ 3,156.19 | $ 3,139.22 | $ 3,130.73 | $ 3,122.25 | $ 3,105.28 |
| 61958-1101-01 | COMPLERA, TAB 200/25/300MG (30/BT) | $3,088.57 | $2,625.28 | $ 2,540.00 | $2,903.26 | $2,887.813 | $ 2,872.37 | $ 2,856.93 | $ 2,849.21 | $ 2,841.48 | $ 2,826.04 |
| 61958-2002-01 | DESCOVY, TAB 200/25MG (30/BT) | $1,930.71 | $1,641.10 | $ 1,515.00 | $1,814.87 | $1,805.214 | $ 1,795.56 | $ 1,785.91 | $ 1,781.08 | $ 1,776.25 | $ 1,766.60 |
| 49702-0246-13 | DOVATO , TAB 50/300MG (30/BT) | $2,527.34 | $2,148.24 | $ 2,125.00 | $2,375.70 | $2,363.063 | $ 2,350.43 | $ 2,337.79 | $ 2,331.47 | $ 2,325.15 | $ 2,312.52 |
| 75987-0010-03 | DUEXIS 800/ 26.6MG | $2,482.20 | N/A | $ 2,100.00 | $2,333.27 | $2,320.857 | $ 2,308.45 | $ 2,296.04 | $ 2,289.83 | $ 2,283.62 | $2,271.213 |
| 59676-278-01 | EDURANT, TAB 25MG (30/BT) | $1,165.29 | $990.50 | $ 943.00 | $1,095.37 | $1,089.546 | $ 1,083.72 | $ 1,077.89 | $ 1,074.98 | $ 1,072.07 | $1,066.240 |
| 61958-0601-01 | EMTRIVA, TAB 200MG (30/BT) | $536.52 | $456.04 | N/A | $504.33 | $501.646 | $ 498.96 | $ 496.28 | $ 494.94 | $ 493.60 | $490.916 |
| 61958-2201-01 | EPCLUSA, TAB 400/100MG (28/BT) | $24,920.00 | $21,182.00 | $ 19,500.00 | $23,424.80 | $23,300.200 | $ 23,175.60 | $ 23,051.00 | $ 22,988.70 | $ 22,926.40 | $ 22,801.80 |
| 00003-3641-11 | Evotaz | $1,605.47 | $1,364.65 | $ 1,300.00 | $1,509.14 | $1,501.114 | $ 1,493.09 | $ 1,485.06 | $ 1,481.05 | $ 1,477.03 | $1,469.005 |
| 61958-1901-01 | GENVOYA, TAB 150/150/200/10MG (30/BT) | $3,393.75 | $2,884.69 | $ 2,748.00 | $3,190.13 | $3,173.156 | $ 3,156.19 | $ 3,139.22 | $ 3,130.73 | $ 3,122.25 | $ 3,105.28 |
| 61958-1801-01 | HARVONI | $31,500.00 | $26,775.00 | $ 25,250.00 | $29,610.00 | $29,452.500 | $ 29,295.00 | $ 29,137.50 | $ 29,058.75 | $ 28,980.00 | $28,822.500 |
| 59676-0571-01 | INTELENCE, TAB 200MG (60/BT) | $1,383.82 | $1,176.25 | $ 1,125.00 | $1,300.79 | $1,293.872 | $ 1,286.95 | $ 1,280.03 | $ 1,276.57 | $ 1,273.11 | $ 1,266.20 |
| 00006-0227-61 | ISENTRESS, TAB 400MG (60/BT) | $1,653.12 | $1,405.15 | $ 1,338.00 | $1,553.93 | $1,545.667 | $ 1,537.40 | $ 1,529.14 | $ 1,525.00 | $ 1,520.87 | $ 1,512.60 |
| 00006-3080-01 | ISENTRESS, TAB 600MG (60/BT) | $1,653.12 | $1,405.15 | $ 1,338.00 | $1,553.93 | $1,545.667 | $ 1,537.40 | $ 1,529.14 | $ 1,525.00 | $ 1,520.87 | $ 1,512.60 |
| 00006-0277-31 | JANUVIA, TAB 100MG (30/BT) | $473.40 | $402.39 | $ 383.45 | $445.00 | $442.629 | $ 440.26 | $ 437.90 | $ 436.71 | $ 435.53 | $ 433.16 |
| 49702-0242-13 | JULUCA, TAB 50/25MG (30/BT) | $2,982.10 | $2,534.79 | $ 2,415.00 | $2,803.17 | $2,788.264 | $ 2,773.35 | $ 2,758.44 | $ 2,750.99 | $ 2,743.53 | $ 2,728.62 |
| 00074-6799-22 | KALETRA, TAB 200/50MG (120/BT) | $1,024.14 | $870.52 | $ 819.00 | $962.69 | $957.571 | $ 952.45 | $ 947.33 | $ 944.77 | $ 942.21 | $ 937.09 |
| 00074-2625-28 | MAVYRET, TAB 100/40MG (84/CT) | $13,200.00 | $11,220.00 | $ 10,450.00 | $12,408.00 | $12,342.000 | $ 12,276.00 | $ 12,210.00 | $ 12,177.00 | $ 12,144.00 | $ 12,078.00 |
| 61958-2101-01 | ODEFSEY, TAB 200/25/25MG (30/BT) | $3,088.57 | $2,625.28 | $ 2,500.00 | $2,903.26 | $2,887.813 | $ 2,872.37 | $ 2,856.93 | $ 2,849.21 | $ 2,841.48 | $ 2,826.04 |
| 75987-0040-05 | Pennsaid 2 % | $2,487.42 | N/A | $ 2,100.00 | $2,338.17 | $2,325.738 | $ 2,313.30 | $ 2,300.86 | $2,294.6450 | $ 2,288.43 | $2,275.989 |
| 00006-3069-01 | PIFELTRO, TAB 100MG (30/BT) | $1,449.00 | $1,231.65 | $ 1,159.00 | $1,362.06 | $1,354.815 | $ 1,347.57 | $ 1,340.33 | $ 1,336.70 | $ 1,333.08 | $1,325.835 |
| 59676-0575-30 | PREZCOBIX, TAB 800/150MG (30/BT) | $2,018.20 | $1,715.47 | $ 1,595.00 | $1,897.11 | $1,887.017 | $ 1,876.93 | $ 1,866.84 | $ 1,861.79 | $ 1,856.74 | $ 1,846.65 |
| 59676-0562-01 | PREZISTA, TAB 600MG (30/BT) | $1,765.73 | $1,500.87 | $ 1,429.00 | $1,659.79 | $1,650.958 | $ 1,642.13 | $ 1,633.30 | $ 1,628.89 | $ 1,624.47 | $ 1,615.64 |
| 59676-0566-30 | PREZISTA, TAB 800MG (30/BT) | $1,765.73 | $1,500.87 | $ 1,429.00 | $1,659.79 | $1,650.958 | $ 1,642.13 | $ 1,633.30 | $ 1,628.89 | $ 1,624.47 | $ 1,615.64 |
| 00003-3622-12 | REYATAZ TAB 300MG (30/BT) | $1,449.42 | $1,232.01 | N/A | $1,362.45 | $1,355.208 | $ 1,347.96 | $ 1,340.71 | $1,337.0900 | $ 1,333.47 | $1,326.219 |
| 49702-0223-18 | SELZENTRY, TAB 150MG (60/BT) | $1,556.20 | $1,322.77 | $ 1,265.00 | $1,462.83 | $1,455.047 | $ 1,447.27 | $ 1,439.49 | $ 1,435.59 | $ 1,431.70 | $ 1,423.92 |
| 49702-0224-18 | SELZENTRY, TAB 300MG (60/BT) | $1,556.20 | $1,322.77 | $ 1,265.00 | $1,462.83 | $1,455.047 | $ 1,447.27 | $ 1,439.49 | $ 1,435.59 | $ 1,431.70 | $ 1,423.92 |
| 61958-1501-01 | SOVALDI | $28,000.00 | $23,800.00 | N/A | $26,320.00 | $26,180.000 | $ 26,040.00 | $ 25,900.00 | $25,830.0000 | $ 25,760.00 | $25,620.000 |
| 61958-1201-01 | STRIBILD, TAB 150/150/200/300MG (30/BT) | $3,560.05 | $3,026.04 | $ 2,883.00 | $3,346.45 | $3,328.647 | $ 3,310.85 | $ 3,293.05 | $ 3,284.15 | $ 3,275.25 | $ 3,257.45 |
| 59676-0800-30 | SYMTUZA, TAB 800MG (30/BT) | $3,889.76 | $3,306.30 | $ 3,150.00 | $3,656.37 | $3,636.926 | $ 3,617.48 | $ 3,598.03 | $ 3,588.30 | $ 3,578.58 | $ 3,559.13 |
| 49702-0228-13 | TIVICAY, TAB 50MG (30/BT) | $1,916.70 | $1,629.20 | $ 1,551.00 | $1,801.70 | $1,792.115 | $ 1,782.53 | $ 1,772.95 | $ 1,768.16 | $ 1,763.36 | $ 1,753.78 |
| 49702-0231-13 | TRIUMEQ, TAB 150/150/200/10MG (30/BT) | $3,181.88 | $2,704.60 | $ 2,576.00 | $2,990.97 | $2,975.058 | $ 2,959.15 | $ 2,943.24 | $ 2,935.28 | $ 2,927.33 | $ 2,911.42 |
| 61958-0701-01 | TRUVADA, TAB 200/300MG (30/BT) | $1,842.28 | $1,565.94 | $ 1,435.00 | $1,731.74 | $1,722.532 | $ 1,713.32 | $ 1,704.11 | $ 1,699.50 | $ 1,694.90 | $ 1,685.69 |
| 75987-0031-04 | VIMOVO 375MG/20MG 60TB | $2,482.20 | N/A | $ 1,750.00 | $2,333.27 | $2,320.857 | $ 2,308.45 | $ 2,296.04 | $2,289.8295 | $ 2,283.62 | $2,271.213 |
| 75987-0030-04 | VIMOVO 500MG/20MG 60TB | $2,482.20 | N/A | $ 1,750.00 | $2,333.27 | $2,320.857 | $ 2,308.45 | $ 2,296.04 | $2,289.8295 | $ 2,283.62 | $2,271.213 |
| 61958-0401-01 | Viread | $1,253.50 | $1,065.48 | $ 1,003.00 | $1,178.29 | $1,172.023 | $ 1,165.76 | $ 1,159.49 | $1,156.3538 | $ 1,153.22 | $1,146.953 |
| 61958-2401-01 | Vosevi | $24,920.00 | $21,182.00 | $ 19,936.00 | $23,424.80 | $23,300.200 | $ 23,175.60 | $ 23,051.00 | $22,988.7000 | $ 22,926.40 | $22,801.800 |