| | |
|---|---|
| **From:** | compliance[compliance@Safechain.com] |
| **Sent:** | Tue 2/9/2021 3:24:38 PM (UTC) |
| **To:** | Martha M. Rumore[mrumore@frierlevitt.com] |
| **Cc:** | Charles Boyd[CharlesB@Safechain.com] |
| **Subject:** | FW: FW: Biktarvy issue with a customer |

See note below from the vendor that Charlie received.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017| fax: 866.930.1128
www.SafeChain.com  |  Linked in

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Friday, February 5, 2021 11:18 AM
**To:** compliance <compliance@Safechain.com>
**Subject:** FW: FW: Biktarvy issue with a customer



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727| Cell: 301.875.1581
www.SafeChain.com  |  Linked in

**From:** EDEL REYES <sales@gentekusa.com>
**Sent:** Friday, February 5, 2021 11:11 AM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Re: FW: Biktarvy issue with a customer

GOOD MORNING
WILL CREDIT SAFE CHAIN FOR THE PRODUCT. PLEASE GO AHEAD AND DESTROY THE PRODUCT .THATS A MIXED BATCH ERROR ON OUR AD.
SORRY FOR ANY INCONVENIENCE.

 **Edel Reyes**
  **PESIDENT**
 45 Cedar St STE 3

GOVERNMENT EXHIBIT
227
1:24-cr-20255-WPD

GX 227.001

DOJ-PPM-0000116257

Stamford,Ct 06902
Office: 203-274-3527
sales@gentekusa.com
www.gentekus.com



On Fri, Feb 5, 2021 at 6:45 AM Charles Boyd <CharlesB@safechain.com> wrote:
Hi Edel,

Please see the email below from my Compliance department. Our customer is asking for a credit for this one bottle. Let me know how you would like to handle a credit on our side and if you would like us to return this to you. Thanks, and I hope all has been well.

Sincerely,
Charlie



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727| Cell: 301.875.1581
www.SafeChain.com | Linkedin.

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Thursday, February 4, 2021 1:39 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Biktarvy issue with a customer

Good afternoon,
Yesterday afternoon we received a call from one of our customers with a claim that the Biktarvy bottle he bought from us and dispensed to a patient was filled with the wrong

medication. The Product was Biktary, NDC 61958-2501-01, Lot CCZCFA which we purchased from Gentek. I spoke with the pharmacist today to get a better idea of what happened. He dispensed the whole, unopened bottle to the patient, the patient took the bottle and filled her med box with it. She noticed the color of the pill was different but assumed that the manufacturer changed it. The product inside the bottle was another Gilead HIV medication called Stribild. Please let me know how you would like to proceed in documenting and crediting the customer's account.

Thank you,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017| fax: 866.930.1128
www.SafeChain.com |  Linked in