| | |
|---|---|
| **To:** | "Martha M. Rumore" <mrumore@frierlevitt.com>, Charles Boyd <CharlesB@Safechain.com> |
| **Subject:** | RE: BIKTARVY Lots CCZCFA & CDFYCA |
| **Attachment:** | LOT CCXKVA PACKAGING SLIP INVOICE T3 INFO ORDER 2678 (002).pdf |
| **Attachment:** | PED.01I29926 lot CCXKVA.pdf |
| **Attachment:** | T3 from Gentek LOT CCZCFA.pdf |

Hi Martha,

I have attached the requested documents. We have the bottle of Biktarvy (lot CDFYCA) from Medicine Shoppe which contains what we think is the Seroquel here in quarantine, we were never instructed what we should do with it, and will not accept this lot should we received it.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | LinkedIn

**From:** Martha M. Rumore <mrumore@frierlevitt.com>
**Sent:** Friday, February 19, 2021 1:36 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Cc:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** FW: BIKTARVY Lots CCZCFA & CDFYCA

Hi Charlie and Abbie:

I have received two separate communications from Peter Colosi of Gilead regarding the product complaint we submitted for the bottle of Lot # CCZCFA (assigned PR#213279 by Gilead's QC Department). Mr. Colosi is additionally requesting the copy of the T3 document you received from Gentek so they can see the authorized distributor that Gentek purchased from. He is also asking for a copy of all communications with Gentek regarding this matter and Gentek's contact information as they will need to follow up directly with Gentek. Let me know if you are willing to provide them with the T3?  They can just find the authorized distributor themselves since we sent the serial number we provided.

Mr. Colosi is further requesting a response to his Dec 10th letter regarding lots CCXKVA and requesting the T3 data which Safe Chain did not want to supply at the time b/c of confidentiality. Has this changed- are you willing to supply the T3 here?

In the second communication I received (see below), Mr. Colosi refers to another incident which Medicine Shop stated they reported to Safe Chain in October 2020, involving lot #CDFYCA (contained

GOVERNMENT EXHIBIT 237 1:24-cr-20255-WPD

DOJ-PPM-0000116361

Seroquel). He is requesting the T3 document for that case. He indicated that Medicine Shop reported they never heard back. My records indicate something contrary to Mr. Colosi's assertions. As I recall, the incident was reported to Gilead's QC Dept, the bottle was sent to Gilead from the pharmacy, and it was assigned PR#196084 by Gilead's QC Department. You in fact, never heard back from Gilead. Please let me know if this is correct as I would like to respond to this assertion as well.

As you can see from Mr. Colosi's correspondence, Gilead has turned from investigating your product complaint to accusatory. No surprise here. Please let me know how you wish to respond. I am free for a call today after 3:30 pm or on Monday if you would rather speak.

Best,

Martha


Martha M. Rumore, PharmD, MS, JD, LLM
*Senior Counsel*

**FRIER LEVITT**
ATTORNEYS AT LAW

101 Greenwich Avenue
Suite 8B
New York, NY  10006
(646) 970-3226 (direct)
(646) 970-2711 (office)
(973) 618-0650 (fax)
mrumore@frierlevitt.com
www.frierlevitt.com

New Jersey Office
84 Bloomfield Avenue
Pine Brook, NJ  07058


Follow us on: Linkedin | Twitter | Facebook | Instagram

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments. Thank you.*

---

**From:** Peter Colosi <peter.colosi@gilead.com>
**Sent:** Thursday, February 18, 2021 8:07 PM
**To:** Martha M. Rumore <mrumore@frierlevitt.com>
**Cc:** Lori Mayall <Lori.Mayall@gilead.com>
**Subject:** RE: BIKTARVY Lots CCZCFA & CDFYCA

[EXTERNAL SENDER: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe.]

Martha –

I'm going to be out of the office tomorrow. I'm copying my colleague, Lori Mayall, who is familiar with these matters. Her cell is 650.474.1221 should you need to talk to us tomorrow.

Pete Colosi (he/him/his)
415-341-3818

---

**From:** Peter Colosi
**Sent:** Thursday, February 18, 2021 8:35 AM
**To:** Martha M. Rumore <mrumore@frierlevitt.com>
**Subject:** BIKTARVY Lots CCZCFA & CDFYCA

Hi Martha –

First, did you ship the BIKTARVY® Lot CCZCFA bottle to Gilead at my attention? I'm not in the office now, but if so, I can route that bottle to the right people. If you didn't ship the bottle, did you ship something else? I received a FedEx tracking notification that appears to reference or originated at Safe Chain.

Second, in addition to my request yesterday for the DSCSA Document related to Lot CCZCFA and all communications with Gentek, we received information from Medicine Shoppe (the pharmacy that purchased Lot CCZCFA from Safe Chain) about another bottle of BIKTARVY that contained foreign tablets. Medicine Shoppe told us that in Oct. 2020 it purchased a bottle of BIKTARVY Lot CDFYCA that contained Seroquel tablets from Safe Chain. Medicine Shoppe stated that it informed Safe Chain but never heard anything back.

Can Safe Chain please provide us with any and all information relating to this Lot as well? We'll need a DSCSA Document showing the supply chain for this lot, the bottle of BIKTARVY returned to Gilead if possible, and any information that Medicine Shoppe would have shared with Safe Chain about the complaint or images of this bottle.

Thank you. Please let me know if you have any questions.

Pete Colosi (he/him/his)
415-341-3818

# DSCSA TRACEABILITY REPORT

**AUTHORIZED BY:** EDEL REYES
**POSITION:** COMPLIANCE MANAGER

**ITEM NUMBER:** 2501  **NDC #** 61958-2501-1  **BIKTARVY, TAB 50/200/25MG (30/BT)**

| DATE: | 7/28/2020 | INVOICE: | 2678 | PO: | 4/4/5210 | MFG : GILEAD SCIENCE |
| --- | --- | --- | --- | --- | --- | --- |
| CONTACT BUYER: | ADAM BROSIUS | EMAIL: | ADAM@PHARMASALES.COM | CONTACT SELLER: EDEL REYES | EMAIL: | SALES@GENTEKUSA.COM |

| TYPE | INVOICE/DATE | QTY | SELLER: | SHIPPED FROM: | SOLD TO: | SHIPPED TO: |
| --- | --- | --- | --- | --- | --- | --- |
| TI | 2678 7/28/20 | 272 | GENTEK LLC 203-274-3527 | 45 CEDAR ST UNIT 3 , STAMFORD , CT 06902 | SAFE CHAIN SOLUTIONS 215-595-3932 | 822 CHESAPEAKE DRIVE ,CAMBRIDGE,MD 21613 |
| TH | 851011 7/23/20 | | DROGUERIA BETANCES 939-488-2018 | LUIS MUNOZ MARIN AVE,ESQ. EL TROCHE, CAGUAS, PR 00725 | GENTEK LLC 203-274-3527 | 45 CEDAR ST UNIT 3 , STAMFORD , CT 06902 |
| TH | 114172 7/15/20 | | GILEAD SCIENCE MANUFACTURER | 1800 WHEELER AVENUE LA VERNE , CA 91750 | DROGUERIA BETANCES 939-488-2018 | LUIS MUNOZ MARIN AVE,ESQ. EL TROCHE, CAGUAS, PR 00725 |

(LOT NUMBERS)

| LOT | EXP DATE | QTY | LOT | EXP DATE | QTY | LOT | EXP DATE | QTY | LOT | EXP DATE | QTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 19BIC038A | 05/31/2021 | 1 | CCZCCA | 08/31/2022 | 10 | | | | | | |
| 19BIC041A | 05/31/2021 | 1 | 6341502A | 06/30/2022 | 11 | | | | | | |
| CCVCVA | 04/30/2021 | 1 | CDFXXA | 08/31/2022 | 7 | | | | | | |
| CCVDCA | 05/31/2021 | 1 | CCZBSA | 07/31/2021 | 18 | | | | | | |
| CCXKGA | 05/31/2021 | 2 | CCZBXA | 07/31/2021 | 18 | | | | | | |
| CCXKHA | 05/31/2021 | 2 | 6341501A | 06/30/2022 | 18 | | | | | | |
| CCXKMA | 06/30/2021 | 2 | CCZBYA | 07/31/2021 | 21 | | | | | | |
| CCXKNA | 06/30/2021 | 4 | 6400502A | 09/30/2022 | 12 | | | | | | |
| CCXKPA | 06/30/2021 | 4 | CCZBVA | 07/31/2021 | 11 | | | | | | |
| CCXKSA | 06/30/2021 | 11 | CCZCFA | 08/31/2022 | 3 | | | | | | |
| CCXKTA | 06/30/2021 | 6 | CCPDPA | 04/30/2021 | 2 | | | | | | |
| ==CCXKVA== | ==06/30/2021== | ==5== | CDGXDA | 10/31/2022 | 1 | | | | | | |
| CCXKWA | 06/30/2021 | 6 | CDDHSA | 08/31/2022 | 2 | | | | | | |
| CCZBPA | 06/30/2021 | 5 | CDFYHA | 09/30/2022 | 3 | | | | | | |
| (blank) | | | 6400503A | 09/30/2022 | 3 | | | | | | |
| 6341503A | 06/30/2022 | 10 | Grand Total | | 272 | | | | | | |
| CCZCBA | 07/31/2021 | 33 | | | | | | | | | |
| CCZBWA | 07/31/2021 | 13 | | | | | | | | | |
| CCZBZA | 07/31/2021 | 10 | | | | | | | | | |
| CCZCDA | 08/31/2021 | 15 | | | | | | | | GRAND TOTAL | 272 |

"TS: Seller has complied with each applicable subsection of FDCA Sec. 581 (27)(A)-(G).
For Questions regarding your DSCA report or to authenticate a subsequent transaction, please contact SALES@GENTEKUSA.COM.

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc#00000014606</sup>

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
BIKTARVY 30CT,
50/200/25 MG
NDC: 61958-2501-01

Reference Number: 01I29926
Document Type: Invoice
Reference Date: 07/29/20

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CCXKNA | 2 | |
| CCXKPA | 4 | |
| CCXKVA | 2 | |

## (TH) Transaction History

Manufacturer's Name: GILEAD SCIENCES, INC
Manufacturer's information: 333 LAKESIDE DRIVE  FOSTER CITY, CA 94404

**SOLD TO:**
Name: DROGUERIA BETANCES
Address: LUIS MUNOZ MARIN AVE
CAGUAS PR 00725
Date Purchased & Ref : 07/15/20    114172

**SHIPPED TO:**
Name: DROGUERIA BETANCES
Address: LUIS MUNOZ MARIN AVE
CAGUAS PR 00725
Date Received & Ref : 07/15/20    114172

**SOLD TO:**
Name: GENTEK LLC
Address: 45 CEDAR ST UNIT 3
STAMFORD CT 06902
Date Purchased & Ref :   07/23/20    851011

**SHIPPED TO:**
Name: GENTEK LLC
Address: 45 CEDAR ST UNIT 3
STAMFORD CT 06902
Date Received & Ref : 07/23/20    851011

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Purchased & Ref :   07/28/20    PO#01209048

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
CAMBRIDGE MD 21613
Date Received & Ref :   07/29/20    RC#013308

**SOLD TO:**
Name: WHITE CROSS PHARMACY - BRAWLEY
Address: 1222 W 5TH ST
SAN BERNARDINO CA 92411
Date Purchased & Ref :   07/29/20    01S27133003

**SHIPPED TO:**
Name: WHITE CROSS PHARMACY
Address: 602 MAIN ST
BRAWLEY CA 92227
Date Received & Ref :   07/29/20    01S27133003

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of   1    pages.

# DSCSA TRACEABILITY REPORT

**GENTEK**

AUTHORIZED BY: **EDEL REYES**
POSITION: **COMPLIANCE MANAGER**

| ITEM NUMBER: 2501 | NDC # 61958-2501-1 | BIKTARVY, TAB 50/200/25MG (30/BT) |
|---|---|---|
| DATE: 10/26/2020 | INVOICE: 2736 | PO: 01210349 | MFG : GILEAD SCIENCE |
| CONTACT BUYER: ADAM BROSIUS | EMAIL: ADAM@PHARMASALES.COM | CONTACT SELLER: EDEL REYES | EMAIL: SALES@GENTEKUSA.COM |

| TYPE | INVOICE/DATE | QTY | SELLER: | SHIPPED FROM: | SOLD TO: | SHIPPED TO: |
|---|---|---|---|---|---|---|
| TI | 2736 10/27/20 | 156 | GENTEK LLC 203-274-3527 | 45 CEDAR ST UNIT 3 , STAMFORD , CT 06902 | SAFE CHAIN SOLUTIONS 215-595-3932 | 822 CHESAPEAKE DRIVE ,CAMBRIDGE,MD 21613 |
| TH | 85199 10/26/20 | | DROGUERIA BETANCES 939-488-2018 | LUIS MUNOZ MARIN AVE,ESQ. EL TROCHE, CAGUAS, PR 00725 | GENTEK LLC 203-274-3527 | 45 CEDAR ST UNIT 3 , STAMFORD , CT 06902 |
| TH | 114369 10/21/20 | | GILEAD SCIENCE MANUFACTURER | 1800 WHEELER AVENUE LA VERNE , CA 91750 | DROGUERIA BETANCES 939-488-2018 | LUIS MUNOZ MARIN AVE,ESQ. EL TROCHE, CAGUAS, PR 00725 |

(LOT NUMBERS)

| LOT | EXP DATE | QTY | LOT | EXP DATE | QTY | LOT | EXP DATE | QTY | LOT | EXP DATE | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CCVDCA | 05/31/2021 | 1 | CDFYHA | 09/30/2022 | 12 | | | | | | |
| CDFYFA | 09/30/2022 | 8 | CDMHCA | 11/30/2022 | 2 | | | | | | |
| CDGWYA | 09/30/2022 | 4 | CDFYCA | 09/30/2022 | 4 | | | | | | |
| (blank) | | | CDGXFA | 10/31/2022 | 4 | | | | | | |
| CDMHDA | 12/31/2022 | 8 | CDGWZA | 10/31/2022 | 4 | | | | | | |
| CDMGXA | 11/30/2022 | 7 | CDGXCA | 10/31/2022 | 1 | | | | | | |
| CDFXZA | 09/30/2022 | 5 | CDMHFA | 12/31/2022 | 4 | | | | | | |
| CDGXGA | 10/31/2022 | 4 | CDGXBA | 10/31/2022 | 3 | | | | | | |
| CDMGTA | 10/31/2022 | 8 | 022058 | 12/31/2022 | 1 | | | | | | |
| 6400501A | 09/30/2022 | 1 | CDMHBA | 11/30/2022 | 2 | | | | | | |
| CDFYBA | 09/30/2022 | 2 | 6400503A | 09/30/2022 | 2 | | | | | | |
| CDMGZA | 11/30/2022 | 11 | CCZCCA | 08/31/2022 | 1 | | | | | | |
| CDSDZA | 12/31/2022 | 10 | CDMGWA | 10/31/2022 | 3 | | | | | | |
| CDGXDA | 10/31/2022 | 2 | ==CCZCFA== | ==08/31/2022== | ==2== | | | | | | |
| 022054 | 11/30/2022 | 7 | 6341502A | 06/30/2022 | 1 | | | | | | |
| CDGXKA | 10/31/2022 | 4 | Grand Total | | 156 | | | | | | |
| CDMGSA | 10/31/2022 | 11 | | | | | | | | | |
| CDGXHA | 10/31/2022 | 12 | | | | | | | | | |
| CDSDYA | 11/30/2022 | 4 | | | | | | | | | |
| 6341503A | 06/30/2022 | 1 | | | | | | | | GRAND TOTAL | 156 |

"TS: Seller has complied with each applicable subsection of FDCA Sec. 581 (27)(A)-(G).
For Questions regarding your DSCA report or to authenticate a subsequent transaction, please contact SALES@GENTEKUSA.COM.