| | |
|---|---|
| **From**: | Charles Boyd [CharlesB@Safechain.com] |
| **Sent**: | 4/6/2021 12:43:19 PM |
| **To**: | Abbie Divilio [AbbieD@Safechain.com] |
| **Subject**: | RE: Synergy |

GM! Yeah, so this is not an AD so that solves that problem. Unless they can get us invoices going back to Gilead, I don't see how we can buy from them.

We need to fast track that vendor intake form but also plan for how to handle our existing customers like this. We can chat later this AM.

CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581

www.SafeChain.com | LinkedIn

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Monday, April 5, 2021 4:05 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** RE: Synergy

This is the information is was able to find on them:

GOVERNMENT EXHIBIT 264
1:24-cr-20255-WPD

SCSRELATIVITY_0001341323



This is from a few Google searches. When I previously called the number listed here, and it just rang and rang.



Abbie Divilio | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Monday, April 5, 2021 3:37 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** RE: Synergy

Thanks Abbie! Neither Wholesaler Group nor Drogueria Bayamon is an AD so I would think that's a big problem. Are we sure it's not Drogueria Betances?



Charlie Boyd | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Monday, April 5, 2021 3:10 PM
**To:** Charles Boyd <CharlesB@Safechain.com>
**Subject:** Synergy

Charlie,
 I think Synergy will be a problem based on some of the issues they previously provided. They provided some T3 information to Adam, despite asking them to send it directly to compliance. One transaction they had on their T3 listed 'DMS Pharma' and when we reached out to them, DMS Pharma let us know that they person listed on the T3 that was provided to us no longer works there, and that they did not have a relationship with Synergy. DMS Pharma also filed a report to the FDA that this company was falsifying T3 documents. Synergy updated the paperwork and listed a different wholesaler, Wholesalers Group, and I spoke with Francisco Cano who verified that he sold product to Synergy. "Wholesalers Group' is in Puerto Rico and I had a really, really hard time finding much of any information about them, EXCEPT that they also operate under the name Drogueria Bayamon which raised a little concern because this is not listed as an AD on Gilead's website. Also the only number provided was a cell phone number, I guess I would have expected to be calling a business.

Let me know what other information you need.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |  Linked in.

---

**From:** Abbie Divilio
**Sent:** Wednesday, March 10, 2021 8:45 AM
**To:** Pat Boyd <PatB@Safechain.com>
**Subject:** T3 Verification Issue

Good Morning Pat,
 We were attempting to verify the T3 information provided to us from the new vendor Synergy and this is the response we received:

Hello Dakota,

I apologize for the delay, I missed this email when it first came in.  These products were not purchased from us.  We did employ someone named Jeffrey Anderson however he is no longer with the company.  We have no existing relationship with Synergy Group Wholesalers so any Transaction History that they give you with our information is incorrect.

We appreciate you bringing this to our attention and will submit a report with the FDA.

Thank you,

Kelly

Kelly Darrow

DMS Pharmaceutical Group
p: 847-518-1100 x 230
f: 847-518-1105
e: kdarrow@dmspharma.com

How would you like to handle this?



Abbie Divilio | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Wednesday, March 10, 2021 8:32 AM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Subject:** FW: FW: T3 Verification



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com |

**From:** Kelly Darrow <kdarrow@dmspharma.com>
**Sent:** Tuesday, March 9, 2021 3:48 PM
**To:** Dakota Flowers <dakotaf@safechain.com>
**Cc:** Justin Colht <j.colht@dmspharma.com>
**Subject:** Re: FW: T3 Verification

Hello Dakota,

I apologize for the delay, I missed this email when it first came in.  These products were not purchased from us.  We did employ someone named Jeffrey Anderson however he is no longer with the company.  We have no existing relationship with Synergy Group Wholesalers so any Transaction History that they give you with our information is incorrect.

We appreciate you bringing this to our attention and will submit a report with the FDA.

Thank you,

Kelly

GX 264.004

Kelly Darrow

DMS Pharmaceutical Group

p: 847-518-1100 x 230

f: 847-518-1105

e: kdarrow@dmspharma.com

On Wed, Mar 3, 2021 at 11:30 AM Dakota Flowers <dakotaf@safechain.com> wrote:

Hello Kelly!

We are purchasing from Synergy Group Wholesalers. I have attached two randomly picked T3's that we received. Where they are new to us we just want to make sure everything is correct.

There are minor things that we picked up on the T3 paperwork. The contact Jefferey Anderson, his phone was in different area code then where you are located and he is using a Gmail account instead of a company account. I was slightly hesitant when we received the T3 paperwork but I appreciate you helping me verify this information!



**Dakota Flowers** | Compliance Support Specialist

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1022 | fax: 866.930.1128

www.SafeChain.com  |  Linkedin

---

**From:** Kelly Darrow <kdarrow@dmspharma.com>
**Sent:** Wednesday, March 3, 2021 10:48 AM
**To:** Dakota Flowers <dakotaf@safechain.com>
**Cc:** Justin Colht <j.colht@dmspharma.com>
**Subject:** Re: FW: T3 Verification

Hello Dakota,

We do provide pedigree documents to our customers that contain T3 information.  Can you tell me what company you are purchasing from and if there is a specific transaction you are looking to verify?

Thank you!

Kelly

Kelly Darrow

DMS Pharmaceutical Group

p: 847-518-1100 x 230

f: 847-518-1105

e: kdarrow@dmspharma.com

On Wed, Mar 3, 2021 at 9:16 AM <j.colht@dmspharma.com> wrote:

Justin Colht

Contract Manager

DMS Pharmaceutical Group, Inc.

847-518-1100 ext. 246

j.colht@dmspharma.com

**From:** Lily Dragin <ldragin@dmspharma.com>
**Sent:** Wednesday, March 3, 2021 9:10 AM
**To:** Justin Colht <j.colht@dmspharma.com>
**Subject:** Fwd: T3 Verification

Hi Justin,

Could you please look into this?

Thank you,

Lily Dragin

Vice President

DMS Pharmaceutical Group, Inc.

810 Busse Highway

Park Ridge, IL 60068

(847) 518-1100 ext. 235

---------- Forwarded message ---------
From: **Dakota Flowers** <dakotaf@safechain.com>
Date: Wed, Mar 3, 2021 at 8:00 AM
Subject: T3 Verification
To: Rx@dmspharma.com <Rx@dmspharma.com>

Good Morning!

GX 264.006

SCSRELATIVITY_0001341323

I am contacting you to see if there is a way for me to verify a pedigree with your company. Or point me in the right direction of someone who would be able to assist me with this. We recently added a new supplier who receives his product from DMS and we want to make sure everything is in order on our T3's.

I can be reached at the contact information below if there are any questions?



**Dakota Flowers** | Compliance Support Specialist

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1022 | fax: 866.930.1128

www.SafeChain.com | Linked in.

GX 264.007

SCSRELATIVITY_0001341323