| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Mon 4/12/2021 9:41:42 PM (UTC) |
| **To:** | "Martha M. Rumore" <mrumore@frierlevitt.com>, Abbie Divilio <AbbieD@Safechain.com>, "Jesse C. Dresser" <jdresser@FrierLevitt.com> |
| **Cc:** | Pat Boyd <PatB@Safechain.com> |
| **Subject:** | RE: Rapids Tex invoices |

Hi Jesse and Martha,

Any updates on these? They're looking for us to either pay them or return the product.

Also, Synergy has provided a copy of the AD's packing slip and a sample T3. We have an order of theirs which is going through our new due diligence checklist and Abbie is verifying all T3 documents prior to anything being received. Since we have never had an issue with a Synergy product is there any reason to not continue business as normal if all additional due diligence items are completed? We now have $3mm in backorders and would like to start filling those ASAP. Thanks!

CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in

---

**From:** Martha M. Rumore <mrumore@frierlevitt.com>
**Sent:** Monday, April 12, 2021 10:36 AM
**To:** Abbie Divilio <AbbieD@Safechain.com>; Jesse C. Dresser <jdresser@FrierLevitt.com>
**Cc:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** RE: Rapids Tex invoices

Hi Abbie:

I am looking at now.

Best,
Martha

Martha M. Rumore, PharmD, MS, JD, LLM
*Senior Counsel*



101 Greenwich Avenue

**GOVERNMENT EXHIBIT**
**269**
1:24-cr-20255-WPD

DOJ-PPM-0000116913

Suite 8B
New York, NY  10006
(646) 970-3226 (direct)
(646) 970-2711 (office)
(973) 618-0650 (fax)
mrumore@frierlevitt.com
www.frierlevitt.com

New Jersey Office
84 Bloomfield Avenue
Pine Brook, NJ  07058

Follow us on:  Linkedin | Twitter | Facebook | Instagram

*This email and any files transmitted with it are personal confidential and intended solely for the use of the individual or entity to whom they are addressed.  They are also subject to the attorney work product and attorney-client privileges.  If you received this transmission in error, please notify the sender by reply email and delete the message and any attachments.  Thank you.*

---

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Monday, April 12, 2021 10:03 AM
**To:** Jesse C. Dresser <jdresser@FrierLevitt.com>; Martha M. Rumore <mrumore@frierlevitt.com>
**Cc:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** Rapids Tex invoices

[EXTERNAL SENDER: This message came from an EXTERNAL address. DO NOT click on links or attachments unless you know the sender and the content is safe.]

Good morning,

These are additional invoices provided by Rapids Tex. They stated that the NDC for BIKTARVY was deleted and reentered incorrectly on the first redacted invoice they provided. Could you please take a look at this and see if there was anything else that stood out to you?

Thanks,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com  |  Linked in

---

**From:** compliance@rapidstex.com compliance@rapidstex.com <compliance@rapidstex.com>

**Sent:** Friday, April 9, 2021 3:12 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Cc:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Subject:** RE: COMPLIANCE REQUEST: Order 7782

Good Afternoon,

Our apologies we were instructed to provide just the Biktarvy.

Please see attached Invoice with all GILEAD Products from Order 7782 unredacted.

Let us know if this suffices your request.

www.rapidstex.com
Rapids Tex Wholesales Corp.10333 Harwin Dr. Ste 263Houston, TX 77036Texas wholesale license# 1002430

    On 04/09/2021 10:40 AM Abbie Divilio <abbied@safechain.com> wrote:


    Good morning,
    Thank you for providing the attached invoice for the BIKTARVY. Could you also provide us with the other invoices associated with the order, for all products?



    **Abbie Divilio** | Director of Compliance
    Safe Chain Solutions, LLC
    822 Chesapeake Drive | Cambridge, MD  21613
    office: 855.437.5727 x1017 | fax: 866.930.1128
    www.SafeChain.com | LinkedIn

    **From:** compliance@rapidstex.com compliance@rapidstex.com <compliance@rapidstex.com>
    **Sent:** Thursday, April 8, 2021 7:25 PM
    **To:** Adam Brosius (Contact) <adam@pharmasales.com>; Charles Boyd <CharlesB@Safechain.com>
    **Subject:** COMPLIANCE REQUEST: Order 7782

    As requested please see attached invoice regarding Order 7782.

    For additional questions related to this compliance request please reply to this email.

    www.rapidstex.com

    Rapids Tex Wholesales Corp.

```
10333 Harwin Dr. Ste 263

Houston, TX 77036

Texas wholesale license# 1002430
```