| | |
|---|---|
| **From:** | Adam Brosius[adam@pharmasales.com] |
| **Sent:** | Mon 5/3/2021 3:19:50 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com] |
| **Subject:** | Fwd: legend |

**GM   How do we want to handle this?**

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

---------- Forwarded message ---------
From: **Prag Patel** <prag@lpgrx.us>
Date: Mon, May 3, 2021 at 11:14 AM
Subject: Re: legend
To: Adam Brosius <adam@pharmasales.com>
Cc: Pat Boyd <PatB@safechain.com>, Ritesh Shah <ritesh@lpgrx.us>


Hi Adam,
I just spoke to the owner of Legend drug and he wants to talk to you directly as there is a possibility of law suit because one of his patients got Biktarvy which he ordered from safe chain but there was seroquel xr tablets inside. He already got call phone from Gilead and he wanted to discuss further with you.
Attached is his contact number.

Thanks



GX 277.002

SCSRELATIVITY_0001341780

Sent from my iPhone

On Apr 30, 2021, at 10:04 PM, Adam Brosius <adam@pharmasales.com> wrote:

Hi Ritesh.  Are you having luck with these 2 accounts?

Please advise.

Thx

On Wed, Apr 28, 2021 at 10:08 AM Adam Brosius <adam@pharmasales.com> wrote:

Hi Ritesh
We have a big issue with 2 legacy clients and we need your help

- **131 - Legacy-HIV Customers:**
    - 04/30/21 ACH – $ 862,129.14
    - Returned ACHs – when can we re-run these payments?
        - **27-NY0162 Van Wyck Prescription Center:** $86,263.18 past due
        - **27-NY0189 Legend Drugs 1**: $26,748.03 past due

**Van wyck will go to collections very soon.   He is lying to you and owes a ton of money.**

**Legend needs to catch up.**

**Both cancelled their ACH's and kept the product --stealing.**

**Please reach out to both and get back to us   thank you**

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

--

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any duplication, forwarding, broadcasting, reproduction or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email and information in error, please contact the sender and destroy any copies.

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any duplication, forwarding, broadcasting, reproduction or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email and information in error, please contact the sender and destroy any copies.