| | |
|---|---|
| **From:** | garrett@pharmasales.com[garrett@pharmasales.com] |
| **Sent:** | Mon 5/3/2021 9:34:26 PM (UTC) |
| **To:** | compliance[compliance@Safechain.com]; Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com] |
| **Cc:** | Adam Brosius (Contact)[adam@pharmasales.com] |
| **Subject:** | FW: Tivicay |
| **Attachment:** | IMG_2516.jpg |
| **Attachment:** | Untitled attachment 00309.txt |
| **Attachment:** | INV.01I45710067006.pdf |

Hey all,
    See below from Total Remedy.  Please let me know how to proceed?  He would like to return this to us.  Invoice attached

Garrett Mellott
World Wide Pharma Sales
Cell: 201-841-9591 | Fax: 888-885-1244
Skype: gmellott1 | Email: garrett@pharmasales.com www.pharmasales.com


-----Original Message-----
From: harris@pharmasales.com <harris@pharmasales.com>
Sent: Monday, May 3, 2021 2:35 PM
To: garrett@pharmasales.com
Subject: FW: Tivicay

Here is the picture of the tivicay bottle and pills...

The lot number is FU5E

If you get me a return label I will have him send it back as soon as possible...


Dan Harris
Safe Chain Solutions/Safeway
Phone: 469-694-4333


-----Original Message-----
From: mohammad etminan <mohammadet@yahoo.com>
Sent: Monday, May 3, 2021 1:27 PM
To: harris@pharmasales.com
Subject: Tivicay



GOVERNMENT EXHIBIT
**279**
1:24-cr-20255-WPD



SCSRELATIVITY_0001539768



# Invoice

**Inv Number:** 01I45710
**Page:** 1

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

www.safechain.com
accounting@safechain.com

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

Tel: 855-437-5727
Fax:

**Bill-to:** 27-CA0144
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: ACCTS PAYABLE
LOS ANGELES CA 90017

**Ship-to:** PHAR        001
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: MOHAMMAD ETMINAN
LOS ANGELES  CA 90017

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/26/21 | **Salesman:** | Es Sales |
| **Ship Date:** | 03/26/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S41410001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 15 |
| **License** | 53269 | **DEA #** | BE9374036 Exp:08/31/23 LicExp:02/01/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 49702-0228-13<br>TIVICAY 50MG TAB 30CT<br>  NDC#: 49702-0228-13<br>  Prod Strength: 50 MG<br>  Prod Size: 30 EA | 50 | EA | 50 | EA | 0 | 1772.95* | EA | 88,647.50 |
| | Lot #: LK9U<br>Expiration Date: 05/31/23 | | | 1 | | | | | |
| | Lot #: RT6F<br>Expiration Date: 09/30/23 | | | 1 | | | | | |
| | Lot #: E76Y<br>Expiration Date: 02/28/24 | | | 1 | | | | | |
| | Lot #: 7J4V<br>Expiration Date: 03/31/24 | | | 1 | | | | | |
| | Lot #: HN9W<br>Expiration Date: 03/31/24 | | | 1 | | | | | |
| | Lot #: 2Y7S<br>Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: RJ8T<br>Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: SH7B<br>Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: VT3C<br>Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: WP4P<br>Expiration Date: 10/31/24 | | | 1 | | | | | |
| | Lot #: 9R2Y<br>Expiration Date: 10/31/24 | | | 2 | | | | | |
| | Lot #: GB2K<br>Expiration Date: 05/31/25 | | | 1 | | | | | |
| | Lot #: RW9Y<br>Expiration Date: 05/31/25 | | | 1 | | | | | |
| | Lot #: PN5E | | | 3 | | | | | CONTINUED |

Multiple Page     Invoice Page: 1

**Cartons:** 1     **Weight:** 4.3

\* Non-Taxable
\*\* REPRINT( 1) \*\*



# Invoice

| | | |
|---|---|---|
| **SAFE CHAIN SOLUTIONS, LLC**<br>822 CHESAPEAKE DRIVE<br>CAMBRIDGE, MD 21613 | **Remit To:**<br>Safe Chain Solutions, LLC<br>PO Box 479<br>Souderton, PA 18964 | **Inv Number**<br>01I45710<br>Page: 2<br><br>www.safechain.com<br>accounting@safechain.com |
| Tel: 855-437-5727<br>Fax: 866-930-1128<br>RS0477617 | Tel: 855-437-5727<br>Fax: | |

**Bill-to:** 27-CA0144
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: ACCTS PAYABLE
LOS ANGELES CA 90017

**Ship-to:** PHAR          001
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: MOHAMMAD ETMINAN
LOS ANGELES  CA 90017

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/26/21 | **Salesman:** | Es Sales |
| **Ship Date:** | 03/26/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S41410001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 15 |
| **License** | 53269 | **DEA #** | BE9374036 Exp:08/31/23 LicExp:02/01/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | Expiration Date: 05/31/25<br>Lot #: SY7L | | | 1 | | | | | |
| | Expiration Date: 06/30/25<br>Lot #: T96C | | | 1 | | | | | |
| | Expiration Date: 06/30/25<br>Lot #: SY7D | | | 2 | | | | | |
| | Expiration Date: 06/30/25<br>Lot #: 682H | | | 3 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: Y22W | | | 2 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: 8L3M | | | 3 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: 682E | | | 4 | | | | | |
| | Expiration Date: 08/31/25<br>Lot #: FU5E | | | 2 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: GH3U | | | 5 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: GH3U | | | 1 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: FU5E | | | 5 | | | | | |
| | Expiration Date: 10/31/25<br>Lot #: LD3H | | | 2 | | | | | |
| | Expiration Date: 11/30/25<br>Lot #: RN2F | | | 2 | | | | | |
| | Expiration Date: 11/30/25 | | | | | | | | |
| | **SUB TOTAL** | | | | | | | | **88,647.50** |
| | **INVOICE TOTAL** | | | | | | | | **$88,647.50** |
| | **CARTON TRACKING NUMBERS:** | | | | | | | | CONTINUED |

| **Cartons:** 1 | **Weight:** 4.3 |
|---|---|

\* Non-Taxable
\*\* REPRINT( 1) \*\*



# Invoice

| | |
|---|---|
| **Inv Number** | 01I45710 |
| **Page:** | 3 |

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

www.safechain.com
accounting@safechain.com

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

Tel: 855-437-5727
Fax:

**Bill-to:** 27-CA0144
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: ACCTS PAYABLE
LOS ANGELES CA 90017

**Ship-to:** PHAR          001
TOTAL REMEDY & PRESCRIPTION CENTER
1234 WILSHIRE BLVD #106
ATTN: MOHAMMAD ETMINAN
LOS ANGELES  CA 90017

| | | | |
|---|---|---|---|
| **Invoice Date:** | 03/26/21 | **Salesman:** | Es Sales |
| **Ship Date:** | 03/26/21 | **Ship Via:** | UPS Next Day |
| **Our Order No:** | 01S41410001 | **Customer Order #:** | VERBAL |
| | | **Terms:** | NET 15 |
| **License** | 53269 Exp: 02/01/22 | **DEA #** | BE9374036 Exp:08/31/23 LicExp:02/01/22 |
| **Special Instructions:** | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | CTN#1  1Z7156792490858611<br>Additional License Information<br>State License for MD - Origin<br>D03211   Exp 05/31/21<br>State License for CA - Destination<br>53269   Exp 02/01/22<br><br>**PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |
| | Multiple Page Invoice Page: 3 | | | | | | | | |

**Cartons:** 1    **Weight:** 4.3

\* Non-Taxable
\*\* REPRINT( 1) \*\*