| | |
|---|---|
| **From:** | Amanda Biggart[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B26A7BBDCF0149ADB0AA71E1F5FB6A49-AMANDA BIGG] |
| **Sent:** | Tue 6/29/2021 9:23:21 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com]; Anthony Berger[Tonyb@Safechain.com] |
| **Subject:** | May Financials |
| **Attachment:** | SCS Profit & Loss 053121.pdf |
| **Attachment:** | SDI P&L 053121.pdf |
| **Attachment:** | SDI Trend Report 053121.pdf |
| **Attachment:** | SCS Trend Report 053121.pdf |
| **Attachment:** | Item Profitability and margin analysis 040121-062821.xlsx |

Attached are the May financials for SDI and SCS.

I'm also attaching a few analyses I have done on item profitability for April – June (28th). This was my start at identifying our higher margin items and products we move the most so we can figure out a way to improve on margins/reduce costs.

Let me know if you have any questions.



**Amanda Biggart** | Corporate VP of Finance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1016 | fax: 866.930.1128
www.SafeChain.com | Linked in

**GOVERNMENT EXHIBIT**
**295**
1:24-cr-20255-WPD

GX 295.001

SCSRELATIVITY_0001356450

**Safe Chain**
Safe Chain Consolidated
**Profit & Loss**
As of   May 31, 2021

|  | PTD | YTD |
|---|---:|---:|
| Sales | 6,328,210.60 | 45,608,805.17 |
| Sales Discounts | 6,638.80 | 14,474.47 |
| Income - Shipping | 4,981.34 | 75,074.37 |
| Returns and Allowances |  | -421,598.41 |
| **Total Sales** | **6,339,830.74** | **45,276,755.60** |
|  |  |  |
| Cost Of Sales | 5,533,652.26 | 38,528,539.60 |
| Cost of Sales - HIV | -149,208.82 | -299,208.82 |
| Cost of Sales - Other |  | 185.26 |
| Purchase Discounts |  | -10.88 |
| COGS Shipping | 57,148.09 | 370,488.85 |
| **Total COGS** | **5,441,591.53** | **38,599,994.01** |
|  |  |  |
| **Gross Profit** | **898,239.21** | **6,676,761.59** |
|  |  |  |
| Salaries | 163,128.72 | 903,500.27 |
| Commissions | 472,986.80 | 3,325,171.69 |
| Consulting | 40,699.79 | 206,191.77 |
| Operations | 15,232.26 | 229,857.49 |
| Bank Expenses | 32,662.97 | 181,982.59 |
| Professional Expenses | 11,072.65 | 91,021.80 |
| Advertising | 1,696.56 | 5,705.12 |
| Travel | 5,732.11 | 45,027.12 |
| Insurance | 27,044.89 | 155,139.39 |
| Licenses |  |  |
| Office and Supplies | 4,145.45 | 31,033.50 |
| Dues & Subscriptons | 16,252.68 | 74,744.49 |
| Services and Utilities | 19,254.93 | 111,631.17 |
| Related Expense | 0.00 | 0.00 |
| Other Expenses | 5,000.00 | -124,950.24 |
| **Total Operating Expenses** | **814,909.81** | **5,236,056.16** |
|  |  |  |
| **EBITDA** | **83,329.40** | **1,440,705.43** |
|  |  |  |
| Depreciation and Amortization | 16,869.75 | 84,348.75 |
|  |  |  |
| **EBIT** | **66,459.65** | **1,356,356.68** |
|  |  |  |
| Net Interest Expense/Income | -4,333.52 | -29,756.77 |
| Income Tax | 409.28 | 7,193.11 |
|  |  |  |
| **Net Income (Loss)** | **61,716.85** | **1,319,406.80** |

**Income Statement**
**For The 5 Periods Ended 5/31/2021**

Safeway Distributors, Inc. (SDI)

|  |  | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---:|---:|---:|---:|
| **Revenue** | | | | | |
| 400-10 | Sales:MDCL | $ 655,657.42 | 83.72% | $ 3,455,702.52 | 87.49% |
| 400-40 | Sales:Attix | $ 126,978.00 | 16.21% | $ 493,161.18 | 12.49% |
| 410-10 | Revenue - Shipping:MDCL | $ 536.08 | 0.07% | $ 1,059.61 | 0.03% |
| **Total Revenue:** | | $ 783,171.50 | 100.00% | $ 3,949,923.31 | 100.00% |
| **Cost Of Sales** | | | | | |
| 503-10 | COS Shipping- MDCL | $ 5,569.10 | 0.71% | $ 9,824.31 | 0.25% |
| 503-40 | COS Shipping - Attix | $ 373.90 | 0.05% | $ 1,004.99 | 0.03% |
| 510-10 | COS-AP Commissions | $ 7,707.61 | 0.98% | $ 60,417.26 | 1.53% |
| 550-10 | Cost of Sales-Pharma:MDCL | $ 539,708.21 | 68.91% | $ 2,776,550.49 | 70.29% |
| 550-40 | Cost of Sales-Pharma:Attix | $ 119,359.32 | 15.24% | $ 459,769.85 | 11.64% |
| **Total Cost Of Sales:** | | $ 672,718.14 | 85.90% | $ 3,307,566.90 | 83.74% |
| **Gross Profit:** | | $ 110,453.36 | 14.10% | $ 642,356.41 | 16.26% |
| **Expenses** | | | | | |
| **Cost of Revenues** | | | | | |
| 504-10 | Inventory Adjustments - MDCL | $ 0.00 | 0.00% | $ 3,602.44 | 0.09% |
| **Total Cost of Revenues:** | | $ 0.00 | 0.00% | $ 3,602.44 | 0.09% |
| **Operating Expenses** | | | | | |
| 502-10 | Freight In - MDCL | $ 750.90 | 0.10% | $ 5,015.86 | 0.13% |
| 619-10 | Delivery - MDCL | $-369.89 | -0.05% | $ 14,328.77 | 0.36% |
| 619-40 | Delivery - Attix | $ 0.00 | 0.00% | $ 1,006.41 | 0.03% |
| 630-10 | Freight Out - MDCL | $-701.68 | -0.09% | $-1,065.17 | -0.03% |
| 630-40 | Freight Out - Attix | $ 0.00 | 0.00% | $ 50.71 | 0.00% |
| 638-10 | Obsolete inventory - MDCL | $ 1,000.00 | 0.13% | $ 10,474.18 | 0.27% |
| 653-10 | Payroll Commissions - MDCL | $ 0.00 | 0.00% | $-504.52 | -0.01% |
| 664-10 | Rent - MDCL | $ 7,278.91 | 0.93% | $ 41,372.67 | 1.05% |
| 670-10 | Selling and Related - MDCL | $ 62,597.62 | 7.99% | $ 332,959.66 | 8.43% |
| 699-10 | Depreciation - MDCL | $ 7,637.00 | 0.98% | $ 38,185.00 | 0.97% |
| **Total Operating Expenses:** | | $ 78,192.86 | 9.98% | $ 441,823.57 | 11.19% |
| **General & Administrative Expenses** | | | | | |
| 601-10 | Accounting Fees - MDCL | $ 4,666.66 | 0.60% | $ 21,387.92 | 0.54% |
| 604-10 | Advertising - MDCL | $ 2,291.02 | 0.29% | $ 9,084.47 | 0.23% |
| 610-10 | Bad Debt - MDCL | $ 2,000.00 | 0.26% | $ 10,000.00 | 0.25% |
| 613-10 | Bank Charges - MDCL | $ 1,731.11 | 0.22% | $ 8,583.89 | 0.22% |
| 615-10 | Credit Card Fees - MDCL | $-102.68 | -0.01% | $ 11,087.94 | 0.28% |
| 618-10 | Consulting Fees - MDCL | $ 0.00 | 0.00% | $ 7,997.86 | 0.20% |
| 625-10 | Dues and Subscriptions - MDCL | $ 0.00 | 0.00% | $ 11,130.40 | 0.28% |
| 626-10 | Dues and Subscriptions-IT:MDCL | $ 2,100.00 | 0.27% | $ 9,681.00 | 0.25% |
| 631-10 | Insurance - G/L Other - MDCL | $ 1,874.15 | 0.24% | $ 12,979.52 | 0.33% |
| 632-10 | Insurance - A/R - MDCL | $ 2,450.01 | 0.31% | $ 12,766.85 | 0.32% |
| 634-10 | Insurance - W/C - MDCL | $ 194.33 | 0.02% | $ 987.83 | 0.03% |
| 637-10 | Insurance - Health - MDCL | $ 4,289.86 | 0.55% | $ 12,030.97 | 0.30% |
| 640-10 | Legal and Professional - MDCL | $ 0.00 | 0.00% | $ 388.00 | 0.01% |
| 642-10 | Management Fees - MDCL | $ 21,106.88 | 2.70% | $ 102,003.51 | 2.58% |
| 644-10 | Management Fee Billed.:MDCL | $-3,572.65 | -0.46% | $-17,962.66 | -0.45% |
| 649-10 | Office - MDCL | $ 281.05 | 0.04% | $ 4,383.78 | 0.11% |
| 652-10 | Payroll - MDCL | $ 26,569.34 | 3.39% | $ 155,512.22 | 3.94% |
| 654-10 | Payroll Incentive - MDCL | $ 5,666.66 | 0.72% | $ 28,333.35 | 0.72% |
| 655-10 | Payroll Taxes - MDCL | $ 2,027.69 | 0.26% | $ 27,520.89 | 0.70% |
| 667-10 | Repairs and Maintenance - MDCL | $ 181.80 | 0.02% | $ 791.50 | 0.02% |
| 675-10 | Supplies - MDCL | $ 0.00 | 0.00% | $ 743.87 | 0.02% |

**Run Date: 6/23/2021   3:25:40PM**                                                                 **Page: 1**
**G/L Date:  6/23/2021**

**Income Statement**
**For The 5 Periods Ended 5/31/2021**

Safeway Distributors, Inc. (SDI)

| | | Period to Date | % of Revenue | Year to Date | % of Revenue |
|---|---|---|---|---|---|
| **General & Administrative Expenses** | | (Continued) | | | |
| 676-10 | Taxes and Licenses - MDCL | $ 5,154.21 | 0.66% | $ 13,952.07 | 0.35% |
| 679-10 | Telephone - MDCL | $ 571.95 | 0.07% | $ 7,418.91 | 0.19% |
| 685-10 | Utilities - MDCL | $ 0.00 | 0.00% | $ 5,404.80 | 0.14% |
| **Total General & Administrative Expenses:** | | $ 79,481.39 | 10.15% | $ 456,208.89 | 11.55% |
| **Interest Expense, net** | | | | | |
| 702-10 | Interest Expense - MDCL | $ 2,229.06 | 0.28% | $ 10,343.76 | 0.26% |
| **Total Interest Expense, net:** | | $ 2,229.06 | 0.28% | $ 10,343.76 | 0.26% |
| **Total Expenses:** | | $ 159,903.31 | 20.42% | $ 911,978.66 | 23.09% |
| **Net Income From Operations:** | | $-49,449.95 | -6.31% | $-269,622.25 | -6.83% |
| **Earnings Before Income Tax:** | | $-49,449.95 | -6.31% | $-269,622.25 | -6.83% |
| **Net Income (Loss):** | | $-49,449.95 | -6.31% | $-269,622.25 | -6.83% |

**Run Date: 6/23/2021   3:25:42PM**   **Page: 2**
**G/L Date:  6/23/2021**

**Trend Report**
**For 13 Periods Ending 5/31/2021**

Safeway Distributors, Inc. (SDI

| | Period Ending 5/31/2020 | Period Ending 6/30/2020 | Period Ending 7/31/2020 | Period Ending 8/31/2020 | Period Ending 9/30/2020 | Period Ending 10/31/2020 | Period Ending 11/30/2020 | Period Ending 12/31/2020 | Period Ending 1/31/2021 | Period Ending 2/28/2021 | Period Ending 3/31/2021 | Period Ending 4/30/2021 | Period Ending 5/31/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Sales:SDI | 0 | 0 | 0 | 0 | 0 | 54,729 | 28,468 | 0 | 0 | 0 | 0 | 0 | 0 | 83,197 |
| Sales:MDCL | 1,028,930 | 1,342,508 | 1,170,484 | 1,190,283 | 1,431,001 | 1,164,642 | 1,538,758 | 1,091,430 | 819,216 | 692,968 | 698,952 | 588,908 | 655,657 | 13,413,737 |
| Sales:Attix | 0 | 0 | 0 | 0 | 0 | 63 | 4,400 | 169,188 | 88,773 | 75,115 | 117,126 | 85,169 | 126,978 | 666,812 |
| Revenues - DNTL | 1,355 | 2,393 | 2,077 | 1,202 | 1,014 | 263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,304 |
| Revenue - Shipping:MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 524 | 536 | 1,060 |
| **Total Revenue** | 1,030,285 | 1,344,901 | 1,172,561 | 1,191,485 | 1,432,015 | 1,219,697 | 1,571,626 | 1,260,618 | 907,989 | 768,083 | 816,078 | 674,601 | 783,171 | 14,173,110 |
| **Cost Ofi Sales** | | | | | | | | | | | | | | |
| COS Shipping- MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,255 | 5,569 | 9,824 |
| COS Shipping - Attix | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 631 | 374 | 1,005 |
| COS-AP Commissions | 18,806 | 23,990 | 31,489 | 30,433 | 38,313 | 29,663 | 41,085 | 26,226 | 11,747 | 15,821 | 14,430 | 10,712 | 7,708 | 300,423 |
| Cost of Sales-Pharma:MDCL | 820,896 | 1,060,930 | 914,493 | 933,624 | 1,111,720 | 905,130 | 1,205,556 | 881,181 | 664,488 | 543,846 | 556,715 | 471,794 | 539,708 | 10,610,081 |
| Cost of Sales-Pharma:Attix | 0 | 0 | 0 | 0 | 0 | 0 | 21,372 | 149,576 | 79,645 | 70,608 | 110,098 | 80,059 | 119,359 | 630,717 |
| **Total Cost Ofi Sales** | 839,702 | 1,084,920 | 945,982 | 964,057 | 1,150,033 | 934,793 | 1,268,013 | 1,056,983 | 755,880 | 630,275 | 681,243 | 567,451 | 672,718 | 11,552,050 |
| **Gross Profit** | 190,583 | 259,981 | 226,579 | 227,428 | 281,982 | 284,904 | 303,613 | 203,635 | 152,109 | 137,808 | 134,835 | 107,150 | 110,453 | 2,621,060 |
| **Expenses** | | | | | | | | | | | | | | |
| **Cost ofi Revenues** | | | | | | | | | | | | | | |
| :SDI | 0 | 0 | 0 | 0 | 0 | 4,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,200 |
| Cost of Revenues - DNTL | 1,067 | 1,873 | 1,676 | 956 | 778 | 212 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,562 |
| Inventory Adjustments - MDCL | -3,244 | -3,142 | -99 | 0 | 0 | -350 | 0 | 0 | 0 | 0 | 3,602 | 0 | 0 | -3,233 |
| Inventory Adjustments - DNTL | 0 | 0 | 87 | 43 | 0 | 646 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 776 |
| **Total Cost ofi Revenues** | -2,177 | -1,269 | 1,664 | 999 | 778 | 4,708 | 0 | 0 | 0 | 0 | 0 | 3,602 | 0 | 8,305 |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Freight In - MDCL | 3,516 | 4,400 | 6,349 | 3,651 | 2,965 | 1,945 | 8,179 | 1,920 | 1,575 | 796 | 1,704 | 190 | 751 | 37,941 |
| Freight In - DNTL | 2 | 36 | 9 | 31 | 18 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 105 |
| Cleaning - MDCL | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Contract Labor - MDCL | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Delivery | 0 | 0 | 0 | 0 | 560 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 560 |
| Delivery - MDCL | 4,627 | 7,296 | 11,879 | 6,773 | 6,971 | 6,951 | 7,583 | 6,763 | 5,145 | 4,196 | 5,357 | 0 | -370 | 73,171 |
| Delivery - DNTL | 83 | 116 | 135 | 121 | 48 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 551 |
| Delivery - Attix | 0 | 0 | 0 | 0 | 0 | 85 | 283 | 612 | 244 | 237 | 561 | -35 | 0 | 1,987 |
| Freight Out - MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -3,680 | -84 | 25 | -382 | 77 | -702 | -4,746 |
| Freight Out - Attix | 0 | 0 | 0 | 0 | 0 | -89 | -298 | 0 | 256 | -205 | 0 | 0 | 0 | -336 |
| Obsolete inventory - MDCL | 0 | 0 | 1,200 | 5,350 | 3,750 | 747 | 70 | 0 | 1,000 | 475 | 559 | 7,440 | 1,000 | 21,591 |
| Payroll Commissions - MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 252 | 0 | 0 | -220 | -285 | 0 | 0 | -253 |
| Rent - MDCL | 11,288 | 11,235 | 11,288 | 11,288 | 11,313 | 11,288 | 11,288 | 11,288 | 11,288 | 7,756 | 7,720 | 7,329 | 7,279 | 131,648 |
| Selling and Related - MDCL | 91,607 | 121,758 | 104,794 | 83,945 | 133,274 | 164,641 | 165,192 | 89,345 | 71,583 | 71,396 | 68,661 | 58,723 | 62,598 | 1,287,517 |
| Selling and Related - DNTL | 49 | 105 | 121 | 76 | 57 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 422 |

**Run Date: 6/23/2021   3:26:05PM**
**G/L Date: 6/23/2021**

Page: 1

GX 295.005

SCSRELATIVITY_0001356453

**Trend Report**
**For 13 Periods Ending 5/31/2021**

Safieway Distributors, Inc. (SDI

| | Period Ending 5/31/2020 | Period Ending 6/30/2020 | Period Ending 7/31/2020 | Period Ending 8/31/2020 | Period Ending 9/30/2020 | Period Ending 10/31/2020 | Period Ending 11/30/2020 | Period Ending 12/31/2020 | Period Ending 1/31/2021 | Period Ending 2/28/2021 | Period Ending 3/31/2021 | Period Ending 4/30/2021 | Period Ending 5/31/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | (Continued) | | | | | | | | | | |
| Selling and Related - Attix | 0 | 0 | 0 | 0 | 0 | 1,969 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,969 |
| Travel and Related - MDCL | 0 | 0 | 0 | 79 | 0 | -38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 |
| Depreciation - MDCL | 28,187 | 7,637 | 7,637 | 7,637 | 7,637 | 7,637 | 7,637 | 35,339 | 7,637 | 7,637 | 7,637 | 7,637 | 7,637 | 147,533 |
| **Total Operating Expenses** | 139,359 | 152,583 | 143,412 | 118,951 | 166,793 | 195,207 | 200,186 | 141,587 | 98,644 | 92,093 | 91,532 | 81,361 | 78,193 | 1,699,901 |
| **General & Administrative Expenses** | | | | | | | | | | | | | | |
| Accounting Fees - MDCL | 0 | 0 | 0 | 5,780 | 0 | 0 | 4,008 | 4,700 | 3,721 | 4,167 | 4,167 | 4,667 | 4,667 | 35,877 |
| Advertising - MDCL | 0 | 0 | 0 | 0 | 0 | 130 | 0 | 265 | 53 | 2,158 | 2,291 | 2,291 | 2,291 | 9,479 |
| Bad Debt - MDCL | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | -10,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 14,000 |
| Bank Charges - MDCL | 4,787 | 8,365 | 1,123 | 3,714 | 3,966 | 1,710 | 1,773 | 1,582 | 1,543 | 1,571 | 1,638 | 2,101 | 1,731 | 35,604 |
| Credit Card Fees - MDCL | 0 | 0 | 9,651 | 2,276 | 12,534 | 7,855 | -1,106 | -3,570 | 5,601 | -435 | 2,216 | 3,809 | -103 | 38,728 |
| Consulting Fees - MDCL | 12,519 | 11,428 | 15,067 | 19,298 | 10,432 | 3,864 | 11,838 | -7,987 | 4,510 | 315 | 504 | 2,669 | 0 | 84,457 |
| Consulting Fees:DNTL | 0 | 0 | 0 | 0 | 0 | 2,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,100 |
| Dues and Subscriptions - MDCL | 1,227 | 1,257 | 1,717 | 2,027 | 2,700 | 675 | 679 | 490 | 4,755 | 3,387 | 2,308 | 680 | 0 | 21,902 |
| Dues and Subscriptions-IT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,956 | 0 | 0 | 0 | 0 | 0 | 6,956 |
| Dues and Subscriptions-IT:MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,100 | 2,709 | 2,772 | 2,100 | 9,681 |
| Insurance - G/L Other - MDCL | 1,815 | 1,815 | 1,815 | 1,815 | 1,815 | 1,815 | 1,815 | 2,160 | 2,160 | 2,160 | 4,897 | 1,889 | 1,874 | 27,845 |
| Insurance - A/R - MDCL | 2,844 | 2,844 | 2,844 | 2,844 | 2,719 | 3,086 | 2,827 | 3,587 | 2,827 | 2,450 | 2,590 | 2,450 | 2,450 | 36,362 |
| Insurance - W/C - MDCL | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 202 | 194 | 194 | 194 | 2,602 |
| Insurance - Health - MDCL | 4,132 | 4,132 | 4,132 | 4,132 | 895 | 535 | 2,201 | 2,327 | 2,634 | 2,383 | 3,081 | -356 | 4,290 | 34,518 |
| Legal and Professional - MDCL | 22,694 | 5,194 | 5,000 | 5,194 | 5,970 | 4,361 | 0 | 59 | 388 | 0 | 0 | 0 | 0 | 48,860 |
| Management Fees - MDCL | 21,947 | 23,528 | 19,419 | 18,616 | 18,875 | 20,707 | 16,835 | -241,477 | 17,190 | 20,893 | 21,468 | 21,346 | 21,107 | 454 |
| Management Fee Billed.:MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -5,146 | -5,159 | -4,085 | 0 | -3,573 | -17,963 |
| Office - MDCL | 666 | 1,092 | 594 | 1,532 | 1,146 | 854 | 2,250 | 11,046 | 1,324 | 1,097 | 871 | 811 | 281 | 23,564 |
| Payroll - MDCL | 23,714 | 23,714 | 35,571 | 29,586 | 21,683 | 24,495 | 28,462 | 46,809 | 32,803 | 32,159 | 37,966 | 26,015 | 26,569 | 389,546 |
| Payroll Incentive - MDCL | 5,000 | 5,000 | 5,000 | 5,417 | 5,417 | 5,750 | 5,751 | -19,345 | 6,000 | 5,500 | 5,500 | 5,667 | 5,667 | 46,324 |
| Payroll Taxes - MDCL | 1,863 | 1,814 | 3,768 | 2,334 | 5,790 | 6,963 | 6,508 | -10,579 | 10,115 | 9,486 | 3,015 | 2,877 | 2,028 | 45,982 |
| Repairs and Maintenance - MDCL | 242 | 255 | 481 | 91 | 153 | 128 | 129 | 218 | 128 | 37 | 316 | 128 | 182 | 2,488 |
| Supplies - MDCL | 0 | 1,334 | 891 | 220 | 77 | 352 | 631 | 666 | 0 | 610 | 0 | 134 | 0 | 4,915 |
| Taxes and Licenses - MDCL | 2,440 | 1,324 | 3,809 | 1,440 | 2,310 | 1,944 | 5,143 | 784 | 3,020 | 1,868 | 2,726 | 1,184 | 5,154 | 33,146 |
| Telephone - MDCL | 1,653 | 1,653 | 1,675 | 1,678 | 1,678 | 1,831 | 2,070 | 1,684 | 1,916 | 1,929 | 1,779 | 1,223 | 572 | 21,341 |
| Utilities - MDCL | 876 | 1,345 | 1,424 | 1,197 | 1,343 | 1,283 | 1,370 | 1,072 | 1,105 | 1,089 | 1,049 | 2,161 | 0 | 15,314 |
| **Total General & Administrative Expenses** | 110,621 | 98,296 | 116,183 | 111,393 | 101,705 | 92,640 | 95,386 | -208,351 | 98,849 | 91,967 | 99,200 | 86,712 | 79,481 | 974,082 |
| **Interest Expense, net** | | | | | | | | | | | | | | |
| Interest Expense - MDCL | 5,760 | 1,390 | 1,856 | 1,488 | 1,458 | 2,040 | 2,776 | 1,955 | 2,404 | 1,706 | 2,172 | 1,832 | 2,229 | 29,066 |
| **Total Interest Expense, net** | 5,760 | 1,390 | 1,856 | 1,488 | 1,458 | 2,040 | 2,776 | 1,955 | 2,404 | 1,706 | 2,172 | 1,832 | 2,229 | 29,066 |
| **Total Expenses** | 253,563 | 251,000 | 263,115 | 232,831 | 270,734 | 294,595 | 298,348 | -64,809 | 199,897 | 185,766 | 192,904 | 173,507 | 159,903 | 2,711,354 |
| **Net Income From Operations** | -62,980 | 8,981 | -36,536 | -5,403 | 11,248 | -9,691 | 5,265 | 268,444 | -47,788 | -47,958 | -58,069 | -66,357 | -49,450 | -90,294 |

**Trend Report**
For 13 Periods Ending 5/31/2021

Safeway Distributors, Inc. (SDI

| | Period Ending 5/31/2020 | Period Ending 6/30/2020 | Period Ending 7/31/2020 | Period Ending 8/31/2020 | Period Ending 9/30/2020 | Period Ending 10/31/2020 | Period Ending 11/30/2020 | Period Ending 12/31/2020 | Period Ending 1/31/2021 | Period Ending 2/28/2021 | Period Ending 3/31/2021 | Period Ending 4/30/2021 | Period Ending 5/31/2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Income and Expense** | | | | | | | | | | | | | | |
| Other Income - MDCL | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 |
| Deferred Tax Benefit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,600 | 0 | 0 | 0 | 0 | 0 | 6,600 |
| **Total Other Income and Expense** | 0 | 0 | 0 | 0 | 0 | 0 | 150,000 | 6,600 | 0 | 0 | 0 | 0 | 0 | 156,600 |
| Earnings Before Income Taxes | -62,980 | 8,981 | -36,536 | -5,403 | 11,248 | -9,691 | 155,265 | 275,044 | -47,788 | -47,958 | -58,069 | -66,357 | -49,450 | 66,306 |
| Net Income (Loss) | -62,980 | 8,981 | -36,536 | -5,403 | 11,248 | -9,691 | 155,265 | 275,044 | -47,788 | -47,958 | -58,069 | -66,357 | -49,450 | 66,306 |

**Safe Chain**
**Safe Chain Consolidated**
**Profit & Loss**
 As of  May 31, 2021

Created on: 06/29/2021

| | Period Ending 05-2021 | Period Ending 04-2021 | Period Ending 03-2021 | Period Ending 02-2021 | Period Ending 01-2021 | Period Ending 11-2020 | Period Ending 10-2020 | Period Ending 09-2020 | Period Ending 08-2020 | Period Ending 07-2020 | Period Ending 06-2020 | Period Ending 05-2020 | 12 Month Tota (includes adj. period) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 6,328,210.60 | 6,453,167.07 | 15,416,130.95 | 7,106,817.45 | 10,304,479.10 | 14,882,612.28 | 14,984,291.13 | 15,619,103.58 | 13,969,804.26 | 13,257,815.05 | 7,641,849.97 | 4,171,414.84 | 144,191,561.59 |
| Sales Discounts | 6,638.80 | 7,835.67 | | | | | | | | | | | 14,474.47 |
| Income - Shipping | 4,981.34 | 2,174.37 | 21,418.86 | 21,996.84 | 24,502.96 | 20,375.22 | 19,905.75 | 21,679.52 | 25,362.03 | 22,291.89 | 47,832.25 | 66,073.75 | 318,939.01 |
| Returns and Allowances | | | -206,575.44 | -127,124.99 | -87,897.98 | -28,443.50 | -337,400.60 | -199,183.27 | -32,410.12 | -32,191.30 | -54,021.33 | -37,215.16 | -1,165,548.41 |
| **Total Sales** | **6,339,830.74** | **6,463,177.11** | **15,230,974.37** | **7,001,689.30** | **10,241,084.08** | **14,874,544.00** | **14,666,796.28** | **15,441,599.83** | **13,962,756.17** | **13,247,915.64** | **7,635,660.89** | **4,200,273.43** | **143,359,426.66** |
| Cost Of Sales | 5,533,652.26 | 5,674,995.12 | 13,083,267.45 | 5,652,732.04 | 8,583,892.73 | 13,097,875.01 | 13,004,473.72 | 13,467,068.75 | 12,330,411.78 | 11,544,128.25 | 6,210,096.90 | 3,078,053.92 | 123,426,583.43 |
| Cost of Sales - HIV | -149,208.82 | -150,000.00 | | | | | | | | | | | -299,208.82 |
| Cost of Sales - Other | | | | | 185.26 | | | | | | | | 185.26 |
| Purchase Discounts | | | | | | -10.88 | -10.88 | -686.40 | | -36.41 | -14.49 | -85.34 | -888.94 |
| COGS Shipping | 57,148.09 | 52,192.70 | 87,669.07 | 73,320.32 | 100,158.67 | 85,639.24 | 83,129.49 | 85,977.48 | 91,732.86 | 83,518.13 | 111,468.67 | 109,230.96 | 1,120,453.76 |
| **Total COGS** | **5,441,591.53** | **5,577,187.82** | **13,170,936.52** | **5,726,237.62** | **8,684,040.52** | **13,183,503.37** | **13,086,916.81** | **13,553,046.23** | **12,422,144.64** | **11,627,609.97** | **6,321,551.08** | **3,187,199.54** | **124,247,124.69** |
| **Gross Profit** | **898,239.21** | **885,989.29** | **2,060,037.85** | **1,275,451.68** | **1,557,043.56** | **1,691,040.63** | **1,579,879.47** | **1,888,553.60** | **1,540,611.53** | **1,620,305.67** | **1,314,109.81** | **1,013,073.89** | **19,112,301.97** |
| Salaries | 163,128.72 | 171,002.75 | 173,072.14 | 186,023.51 | 210,273.15 | 168,700.75 | 170,430.83 | 191,562.81 | 178,864.97 | 180,290.27 | 166,501.14 | 175,946.67 | 2,680,091.31 |
| Commissions | 472,986.80 | 410,012.70 | 964,163.58 | 646,531.25 | 831,477.36 | 1,013,816.75 | 936,761.61 | 1,015,771.29 | 829,863.56 | 893,918.25 | 752,422.52 | 507,367.34 | 10,356,098.36 |
| Consulting | 40,699.79 | 43,678.65 | 35,260.01 | 42,393.26 | 44,160.06 | 35,236.74 | 42,905.27 | 49,819.23 | 38,595.42 | 47,822.37 | 58,126.14 | 53,898.49 | 568,569.61 |
| Operations | 15,232.26 | 10,109.60 | 169,831.50 | 153,814.37 | -119,130.24 | 97,296.51 | 68,960.76 | 49,804.78 | 65,280.92 | 88,423.66 | 25,004.51 | 83,913.87 | 1,196,637.83 |
| Bank Expenses | 32,662.97 | 37,245.94 | 36,761.25 | 29,113.11 | 46,199.32 | 52,870.20 | 57,932.59 | 67,186.54 | 47,845.72 | 43,263.51 | 40,248.67 | 27,650.72 | 575,156.48 |
| Professional Expenses | 11,072.65 | 10,104.05 | 43,918.28 | 11,629.09 | 14,297.73 | 18,166.13 | 42,229.09 | 25,522.14 | -17,998.75 | 17,708.05 | 6,191.25 | 195,877.75 | 390,094.37 |
| Advertising | 1,696.56 | | 1,858.59 | 679.45 | 1,470.52 | 2,974.00 | 5,955.21 | 2,341.02 | 1,193.28 | 518.73 | 5,277.11 | 3,373.85 | 27,450.52 |
| Travel | 5,732.11 | 12,016.78 | 9,960.10 | 8,526.00 | 8,792.13 | 9,929.41 | 11,949.07 | 7,967.78 | 8,560.40 | 5,239.16 | 5,383.02 | 3,473.88 | 108,830.11 |
| Insurance | 27,044.89 | 36,968.87 | 30,181.92 | 34,585.12 | 26,358.59 | 37,597.41 | 38,794.28 | 33,845.05 | 38,639.99 | 48,352.93 | 42,867.43 | 42,382.06 | 475,300.10 |
| Licenses | | | | | | | | | | | | | |
| Office and Supplies | 4,145.45 | 7,605.26 | 6,248.90 | 5,800.79 | 7,233.10 | 8,345.06 | 5,633.23 | 13,657.20 | 5,434.69 | 5,722.42 | 7,007.22 | 5,971.80 | 96,482.94 |
| Dues & Subscriptons | 16,252.68 | 16,077.04 | 10,054.81 | 17,670.20 | 14,689.76 | 18,200.45 | 24,927.87 | 34,469.46 | 20,970.42 | 22,379.95 | 19,401.20 | 13,399.68 | 253,031.82 |
| Services and Utilities | 19,254.93 | 21,267.64 | 24,667.99 | 23,917.86 | 22,522.75 | 21,484.21 | 23,655.34 | 24,620.37 | 22,452.68 | 21,757.46 | 25,684.15 | 20,565.27 | 293,388.40 |
| Related Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Expenses | 5,000.00 | | 5,000.00 | 5,000.00 | -139,950.24 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 203,425.00 |
| **Total Operating Expenses** | **814,909.81** | **776,089.28** | **1,510,979.07** | **1,165,684.01** | **968,393.99** | **1,489,617.62** | **1,435,135.15** | **1,521,567.67** | **1,244,703.30** | **1,380,396.76** | **1,159,114.36** | **1,138,821.38** | **17,224,556.85** |
| **EBITDA** | **83,329.40** | **109,900.01** | **549,058.78** | **109,767.67** | **588,649.57** | **201,423.01** | **144,744.32** | **366,985.93** | **295,908.23** | **239,908.91** | **154,995.45** | **-125,747.49** | **1,887,745.12** |
| Depreciation and Amortization | 16,869.75 | 16,869.75 | 16,869.75 | 16,869.75 | 16,869.75 | 16,869.75 | 32,439.75 | 13,755.75 | 13,755.75 | 13,755.75 | 13,755.75 | 16,475.75 | 257,620.75 |
| **EBIT** | **66,459.65** | **93,030.26** | **532,189.03** | **92,897.92** | **571,779.82** | **184,553.26** | **112,304.57** | **353,230.18** | **282,152.48** | **226,153.16** | **141,239.70** | **-142,223.24** | **1,630,124.37** |
| Net Interest Expense/Income | -4,333.52 | -4,501.16 | -7,012.43 | -6,283.46 | -7,626.20 | -6,475.32 | -7,350.66 | -7,062.18 | -9,825.47 | -8,219.25 | -6,276.75 | -11,236.39 | -93,254.55 |
| Income Tax | 409.28 | 681.15 | 3,960.52 | 1,785.00 | 357.16 | | 367.90 | | | 461.91 | | | 8,022.92 |
| **Net Income (Loss)** | **61,716.85** | **87,847.95** | **521,216.08** | **84,829.46** | **563,796.46** | **178,077.94** | **104,586.01** | **346,168.00** | **272,327.01** | **217,472.00** | **134,962.95** | **-153,459.63** | **1,528,846.90** |