| | |
|---|---|
| **From:** | CDER Drug Notifications <DrugNotifications@fda.hhs.gov> |
| **Sent:** | Mon 7/26/2021 6:39:37 PM (UTC) |
| **To:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Subject:** | RE: [EXTERNAL] Termination request 45802703 |

Good afternoon Abbie,

After researching this, it looks like you omitted the incident number from the 3911 form (section 2). Without the incident number, our system can't ingest the 3911 and send a confirmation email. Please resubmit with the incident number.

Many thanks,
CDER Drug Notifications Team

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Wednesday, July 21, 2021 10:35 AM
**To:** CDER Drug Notifications <DrugNotifications@fda.hhs.gov>
**Cc:** Shared Mailbox - compliance <compliance@Safechain.com>
**Subject:** [EXTERNAL] Termination request 45802703

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,
 This is the second attempt to file this 3911 termination request. We never received confirmation of it's receipt.

Thank you,



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | Linkedin

**From:** Abbie Divilio
**Sent:** Thursday, June 17, 2021 1:43 PM
**To:** DrugNotifications@fda.hhs.gov
**Cc:** Shared Mailbox - compliance <compliance@Safechain.com>
**Subject:** Termination request 45802703

GX 300.001

GOVERNMENT EXHIBIT
**300**
1:24-cr-20255-WPD

SCSRELATIVITY_0001402686

Please see attached



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |