| | |
|---|---|
| **From:** | Amanda Biggart <AmandaB@Safechain.com> |
| **Sent:** | Tue 3/16/2021 12:39:48 PM (UTC) |
| **To:** | Anthony Berger <Tonyb@Safechain.com> |
| **Subject:** | SDI/SCS P&L Spreadsheets |
| **Attachment:** | SDI Sales Forecast 2020 110620 - YTD 123120 Actuals.xlsx |
| **Attachment:** | SCS Forecast 102820 with Actuals YTD 123120.xlsx |

Hey Tony,

Here are both company P&L spreadsheets. I was keeping these since MDS didn't have our budgets in the system or the ability to produce a trend report.

Let me know if you have any questions.



**Amanda Biggart** | Corporate VP of Finance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1016 | fax: 866.930.1128
www.SafeChain.com | Linkedin

GOVERNMENT EXHIBIT
303
1:24-cr-20255-WPD

DOJ-PPM-0000120692