| | |
|---|---|
| **From:** | Abbie Divilio <AbbieD@Safechain.com> |
| **Sent:** | Fri 6/11/2021 3:29:44 PM (UTC) |
| **To:** | "darilyne.lewis@nysed.gov" <darilyne.lewis@nysed.gov> |
| **Cc:** | Shared Mailbox - compliance <compliance@Safechain.com>, Charles Boyd <CharlesB@Safechain.com>, Pat Boyd <PatB@Safechain.com> |
| **Subject:** | Follow up regarding Boulevard |
| **Attachment:** | Boulevard History.xlsx |

Dear Ms. Lewis,

I am writing to follow up on our phone call regarding Boulevard 9229. Attached you will find a summary of our invoices and the drugs which we have purchased from them. Below is a list of contacts we have at this business:

Sales contact- Peter – 646-678-7468
T3 contact- King Kimchi- consulting012345@gmail.com
Accounts receivable- Ishbay Shukurov – 347-639-004, 917-587-7435, boulevard9229@gmail.com (this is the individual who signed the vendor intake form)

If you have additional questions, please reach out.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | LinkedIn

**GOVERNMENT EXHIBIT**
**305**
1:24-cr-20255-WPD

SCSRELATIVITY_0001332356

GX 305.0001