**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Fri, 19 Mar 2021 17:23:18 +0000
**To:** Katelyn Miller <katelyn@pharmasales.com>, exec <exec@safechain.com>, Kendreas Ferdinand <KendreasF@Safechain.com>
**CC:** Open Orders <wwopenorders@pharmasales.com>
**Subject:** RE: RETURN REQUEST: VLS Pharmacy 27-NY0160

Pat is on a plane but this is approved. Thanks



**Charlie Boyd** | Founder & CEO

Safe Chain Solutions, LLC

822 Chesapeake Drive |
Cambridge, MD 21613

office: 855.437.5727 | Cell:
301.875.1581

www.SafeChain.com | LinkedIn

---

**From:** Katelyn Miller <katelyn@pharmasales.com>
**Sent:** Friday, March 19, 2021 1:21 PM
**To:** exec <exec@safechain.com>; Kendreas Ferdinand <KendreasF@Safechain.com>
**Cc:** Open Orders <wwopenorders@pharmasales.com>
**Subject:** RETURN REQUEST: VLS Pharmacy 27-NY0160

Good Afternoon & Happy Friday!

VLS Pharmacy 27-NY0160 would like to return the HIV products listed below due to damage/dirty labels. I have attached images of the damaged products to this email as well as the corresponding invoices. If approved, can you please send over RMA and return label? Return information listed below:

INV# 01I44730

- #1 Symtuza
- Lot# 19JG484
- EXP 10/31/21

INV# 01I44812

- #1 Juluca
- Lot# R43R
- EXP 10/31/2021

INV# 01I44720

- #1 Tivicay
- Lot# 7J4V
- EXP 3/30/2024

INV# 01L44720

- #2 Triumeq
- Lot# GW8A
- EXP 9/30/21

Thank you very much!

GOVERNMENT EXHIBIT
307
1:24-cr-20255-WPD

WWPB174773
WWPB174773

GX 307.0001

**Katelyn Miller** | GPO Administrative Specialist

World Wide Pharma Sales

Safe Chain Solutions

Cell: 410-310-1043 | Fax: 888-885-1244

Email: Katelyn@PharmaSales.com

www.pharmasales.com

PharmaSales.com





WWPB174775

WWPB174773

GX 307.0003



WWPB174776

WWPB174773

GX 307.0004

WWPB174777

WWPB174773

GX 307.0005