| | |
|---|---|
| **From**: | Katelyn Miller [katelyn@pharmasales.com] |
| **Sent**: | 3/19/2021 5:20:55 PM |
| **To**: | exec [exec@safechain.com]; Kendreas Ferdinand [KendreasF@Safechain.com] |
| **CC**: | Open Orders [wwopenorders@pharmasales.com] |
| **Subject**: | RETURN REQUEST: VLS Pharmacy 27-NY0160 |
| **Attachments**: | Invoice_INV.01I44730066609.pdf; Invoice_INV.01I44720066609.pdf; Invoice_INV.01I44812066609.pdf |

Good Afternoon & Happy Friday!

VLS Pharmacy 27-NY0160 would like to return the HIV products listed below due to damage/dirty labels. I have attached images of the damaged products to this email as well as the corresponding invoices. If approved, can you please send over RMA and return label? Return information listed below:

INV# 01I44730
- #1 Symtuza
- Lot# 19JG484
- EXP 10/31/21

INV# 01I44812
- #1 Juluca
- Lot# R43R
- EXP 10/31/2021

INV# 01I44720
- #1 Tivicay
- Lot# 7J4V
- EXP 3/30/2024

INV# 01L44720
- #2 Triumeq
- Lot# GW8A
- EXP 9/30/21

Thank you very much!

**Katelyn Miller** | GPO Administrative Specialist
World Wide Pharma Sales
Safe Chain Solutions
Cell: 410-310-1043 | Fax: 888-885-1244
Email: Katelyn@PharmaSales.com
www.pharmasales.com

GOVERNMENT EXHIBIT
**308**
1:24-cr-20255-WPD

SCSRELATIVITY_0001366793

GX 308.0001

PharmaSales©com

SCSRELATIVITY_0001366793
GX 308.0002







# SafeChain Solutions

# Invoice

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

| Inv Number |
| --- |
| 01I44730 |
| Page: 1 |

www.safechain.com
accounting@safechain.com

**Bill-to:** 27-NY0160
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220

**Ship-to:** PHAR       004
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220

| | | | |
|---|---|---|---|
| Invoice Date: | 03/12/21 | Salesman: | LEGACY - HIV |
| Ship Date: | 03/12/21 | Ship Via: | UPS Next Day |
| Our Order No: | 01S40548001 | Customer Order #: | VERBAL |
| | | Terms: | LEGACY GPO ACH1 |
| License | 018418 Exp: 12/31/22 | | LicExp:12/31/22 |
| Special Instructions: | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | G61958-2002-01<br>DESCOVY TAB 30CT 200/25MG<br>  NDC#: 61958-2002-01<br>  Prod Strength: 200-25 MG<br>  Prod Size: 30 EA<br>Lot #: 22080<br>Expiration Date: 01/31/24 | 3 | EA | 3<br><br><br><br>3 | EA | 0 | 1781.08* | EA | 5,343.24 |
| 2 | G59676-0800-30<br>SYMTUZA TAB 30CT 800/150/200/10MG<br>  NDC#: 59676-0800-30<br>  Prod Strength: 800-150-200-10 MG<br>  Prod Size: 30 EA<br>Lot #: 19JG484<br>Expiration Date: 10/31/21 | 1 | EA | 1<br><br><br><br>1 | EA | 0 | 3749.78* | EA | 3,749.78 |
| | **SUB TOTAL** | | | | | | | | 9,093.02 |
| | **INVOICE TOTAL** | | | | | | | | $9,093.02 |

**CARTON TRACKING NUMBERS:**
CTN#1   1Z5861WW2430687418
Additional License Information
State License for NY - Destination
018418  Exp 12/31/22

**PLEASE NOTE OUR NEW REMIT TO ADDRESS**

Cartons: 1      Weight: 0.6

\* Non-Taxable

\*\* REPRINT( 2) \*\*

SCSRELATIVITY_0001366794

GX 308.0005



# Invoice

| | |
|---|---|
| **SAFE CHAIN SOLUTIONS, LLC**<br>822 CHESAPEAKE DRIVE<br>CAMBRIDGE, MD 21613 | **Remit To:**<br>Safe Chain Solutions, LLC<br>PO Box 479<br>Souderton, PA 18964 |
| Tel: 855-437-5727<br>Fax: 866-930-1128<br>RS0477617 | Tel: 855-437-5727<br>Fax: |

**Inv Number**
**01I44720**
**Page:   1**

www.safechain.com
accounting@safechain.com

| **Bill-to:** 27-NY0160 | **Ship-to:** PHAR           004 |
|---|---|
| VLS PHARMACY INC<br>4402 5TH AVE<br>ATTN: ACCOUNTS PAYABLE<br>BROOKLYN NY 11220 | VLS PHARMACY<br>4402 5TH AVE<br>ATTN: GOPESH/SUMIT<br>BROOKLYN  NY 11220 |

| Invoice Date: | 03/12/21 | Salesman: | LEGACY - HIV |
|---|---|---|---|
| Ship Date: | 03/12/21 | Ship Via: | UPS Next Day |
| Our Order No: | 01S40016002 | Customer Order #: | VERBAL |
| | | Terms: | LEGACY GPO ACH1 |
| License | 018418 | | LicExp:12/31/22 |
| Special Instructions: | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | G49702-0228-13<br>TIVICAY 50MG TAB 30CT<br>  NDC#: 49702-0228-13<br>  Prod Strength: 50 MG<br>  Prod Size: 30 EA<br>Lot #: RT6K<br>Expiration Date: 10/31/23<br>Lot #: EM3E<br>Expiration Date: 02/28/24<br>Lot #: 7J4V<br>Expiration Date: 03/30/24<br>Lot #: 8N2Y<br>Expiration Date: 10/31/24<br>Lot #: RJ9G<br>Expiration Date: 10/31/24 | 5 | EA | 5<br><br><br>1<br><br>1<br><br>1<br><br>1<br><br>1 | EA | 0 | 1768.16* | EA | 8,840.80 |
| 2 | G49702-0231-13<br>TRIUMEQ TAB 30CT<br>600/50/300MG<br>  NDC#: 49702-0231-13<br>  Prod Strength: 600-50-300 MG<br>  Prod Size: 30 EA<br>Lot #: GW8A<br>Expiration Date: 09/30/21<br>Lot #: BX3M<br>Expiration Date: 10/31/21 | 3 | EA | 3<br><br><br><br><br>2<br><br>1 | EA | 0 | 2935.28* | EA | 8,805.84 |
| 3 | G59676-0566-30<br>PREZISTA 800MG TAB 30CT<br>  NDC#: 59676-0566-30<br>  Prod Strength: 800 MG<br>  Prod Size: 30 EA<br>Lot #: 20CG954<br>Expiration Date: 01/31/23 | 2 | EA | 2<br><br><br><br>2 | EA | 0 | 1702.19* | EA | 3,404.38 |

CONTINUED

Multiple Page       Invoice Page: 1

**Cartons:** 1        **Weight:** 2.0

\* Non-Taxable

\*\* REPRINT( 2) \*\*

SCSRELATIVITY_0001366795

GX 308.0006



# Invoice

**Inv Number**
**01I44720**
Page:   2

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

www.safechain.com
accounting@safechain.com

SAFE CHAIN SOLUTIONS, LLC
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

**Bill-to:** 27-NY0160
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220

**Ship-to:** PHAR           004
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220

| | | | |
|---|---|---|---|
| Invoice Date: | 03/12/21 | Salesman: | LEGACY - HIV |
| Ship Date: | 03/12/21 | Ship Via: | UPS Next Day |
| Our Order No: | 01S40016002 | Customer Order #: | VERBAL |
| | | Terms: | LEGACY GPO ACH1 |
| License | 018418 Exp: 12/31/22 | | LicExp:12/31/22 |
| Special Instructions: | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | **SUB TOTAL** | | | | | | | | 21,051.02 |
| | **INVOICE TOTAL** | | | | | | | | $21,051.02 |
| | **CARTON TRACKING NUMBERS:** CTN#1  1Z5861WW2419686968 Additional License Information State License for NY - Destination 018418  Exp 12/31/22 | | | | | | | | |
| | **PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |
| | Multiple Page Invoice Page: 2 | | | | | | | | |

**Cartons:** 1        **Weight:** 2.0

* **Non-Taxable**
** REPRINT( 2) **

SCSRELATIVITY_0001366795

GX 308.0007



# Invoice

**SAFE CHAIN SOLUTIONS, LLC**
822 CHESAPEAKE DRIVE
CAMBRIDGE, MD 21613

Tel: 855-437-5727
Fax: 866-930-1128
RS0477617

**Remit To:**
Safe Chain Solutions, LLC
PO Box 479
Souderton, PA 18964

Tel: 855-437-5727
Fax:

www.safechain.com
accounting@safechain.com

| Inv Number |
| --- |
| 01I44812 |
| Page: 1 |

**Bill-to:** 27-NY0160
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220

**Ship-to:** PHAR        004
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220

| Invoice Date: | 03/12/21 | Salesman: | LEGACY - HIV |
| --- | --- | --- | --- |
| Ship Date: | 03/12/21 | Ship Via: | UPS Next Day |
| Our Order No: | 01S40548002 | Customer Order #: | VERBAL |
| | | Terms: | LEGACY GPO ACH1 |
| License | 018418 | | LicExp:12/31/22 |
| Special Instructions: | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
| --- | --- | ---: | --- | ---: | --- | ---: | ---: | --- | ---: |
| 1 | G61958-1901-01<br>GENVOYA TAB 30CT<br>150/150/200/10MG<br>　NDC#: 61958-1901-01<br>　Prod Strength: 150-150-200-10 MG<br>　Prod Size: 30 EA<br>Lot #: 17429<br>Expiration Date: 11/30/21<br>Lot #: 19491<br>Expiration Date: 12/31/21 | 2 | EA | 2<br><br><br><br><br><br>1<br><br>1 | EA | 0 | 3130.73* | EA | 6,261.46 |
| 2 | G49702-0242-13<br>JULUCA TAB 30CT<br>50/25MG<br>　NDC#: 49702-0242-13<br>　Prod Strength: 50-25 MG<br>　Prod Size: 30 EA<br>Lot #: R43R<br>Expiration Date: 10/31/21 | 1 | EA | 1<br><br><br><br><br>1 | EA | 0 | 2750.99* | EA | 2,750.99 |
| 3 | G61958-0701-01<br>TRUVADA TAB 30CT<br>200/300MG<br>　NDC#: 61958-0701-01<br>　Prod Strength: 200-300 MG<br>　Prod Size: 30 EA<br>Lot #: 6273614A<br>Expiration Date: 03/31/23<br>Lot #: H436755A<br>Expiration Date: 03/31/23 | 2 | EA | 2<br><br><br><br><br><br>1<br><br>1 | EA | 0 | 1699.50* | EA | 3,399.00 |
| | SUB TOTAL | | | | | | | | 12,411.45 |
| | INVOICE TOTAL | | | | | | | | $12,411.45 |
| | CARTON TRACKING NUMBERS: | | | | | | | | CONTINUED |

Cartons: 1    Weight: 1.0

\* Non-Taxable

\*\* REPRINT( 2) \*\*

SCSRELATIVITY_0001366796

GX 308.0008



# Invoice

| | |
|---|---|
| **SAFE CHAIN SOLUTIONS, LLC**<br>822 CHESAPEAKE DRIVE<br>CAMBRIDGE, MD 21613<br><br>Tel: 855-437-5727<br>Fax: 866-930-1128<br>RS0477617 | **Remit To:**<br>Safe Chain Solutions, LLC<br>PO Box 479<br>Souderton, PA 18964<br><br>Tel: 855-437-5727<br>Fax: |

**Inv Number**
01I44812
Page: 2

www.safechain.com
accounting@safechain.com

**Bill-to:** 27-NY0160
VLS PHARMACY INC
4402 5TH AVE
ATTN: ACCOUNTS PAYABLE
BROOKLYN NY 11220

**Ship-to:** PHAR        004
VLS PHARMACY
4402 5TH AVE
ATTN: GOPESH/SUMIT
BROOKLYN  NY 11220

| | | | |
|---|---|---|---|
| Invoice Date: | 03/12/21 | Salesman: | LEGACY - HIV |
| Ship Date: | 03/12/21 | Ship Via: | UPS Next Day |
| Our Order No: | 01S40548002 | Customer Order #: | VERBAL |
| | | Terms: | LEGACY GPO ACH1 |
| License | 018418 Exp: 12/31/22 | | LicExp:12/31/22 |
| Special Instructions: | OVERNIGHT N/C. | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | CTN#1  1Z5861WW2406084678<br>Additional License Information<br>State License for NY - Destination<br>018418  Exp 12/31/22<br><br>**PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |

Multiple Page Invoice Page: 2

Cartons: 1    Weight: 1.0

\* Non-Taxable

\*\* REPRINT( 2) \*\*

SCSRELATIVITY_0001366796
GX 308.0009