| | |
|---|---|
| **From:** | King Kimchi <consulting012345@gmail.com> |
| **Sent:** | Mon 10/5/2020 8:36:14 PM (UTC) |
| **To:** | compliance <compliance@Safechain.com>, Charles Boyd <CharlesB@Safechain.com>, Abbie Divilio <AbbieD@Safechain.com> |
| **Attachment:** | CDGXKA.pdf |

Please let me know if it's all good to go

**GOVERNMENT EXHIBIT**
**310**
1:24-cr-20255-WPD

SCSRELATIVITY_0001433889

GX 310.0001

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: BIKTARVY 30CT | | | |
|---|---|---|---|
| NDC: 61958-2501-01 | | | |
| Lot Number | Quantity | Unique Serial # | |
| CDGXKA | 5 | | |

Reference Number: **INV 6901**
Document Type: **INVOICE**
Reference Date: 09/28/2020

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013<br>Fairfield, NJ 07004<br>Date Purchased & Ref: 09/04/18   PO#R2367 | Name: Rochester Drug Co-Op Inc<br>Address: 116 Lehigh Dr #3013<br>Fairfield, NJ 07004<br>Date Received & Ref: 09/04/18 |
| Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br>Date Purchased & Ref: 10/15/18   PO#001IC545 | Name: Instacare Pharmacy DBA Brookville RX<br>Address: 235-20 147th Ave Rosedale, NY 11422<br>Date Received & Ref: 10/15/18 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br>Date Purchased & Ref: 09/15/20   PO#01209744 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374<br>Date Received & Ref: 09/15/20 |
| Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br>Date Purchased & Ref: 09/28/20   PO#9311 | Name: SAFE CHAIN SOLUTIONS, LLC<br>Address: 822 CHESAPEAKE DR CAMBRIDGE MD 21613<br>Date Received & Ref: 09/28/20 |
| Name:<br>Address:<br>Date Purchased & Ref: | Name:<br>Address:<br>Date Received & Ref: |

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001433890

GX 310.0002