| | |
|---|---|
| **From:** | King Kimchi <consulting012345@gmail.com> |
| **Sent:** | Tue 10/13/2020 1:34:31 PM (UTC) |
| **To:** | compliance <compliance@Safechain.com>, Charles Boyd <CharlesB@Safechain.com>, Abbie Divilio <AbbieD@Safechain.com> |
| **Attachment:** | Binder1.pdf |

**GOVERNMENT EXHIBIT**

**316**

1:24-cr-20255-WPD

SCSRELATIVITY_0001365752

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| 18BIC022A | **1** | 02/2021 |
| | | |
| | | |

**Reference Number:** __01259654__

**Document Type:** __INVOICE__

**Reference Date:** __12/08/2019__

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | AMERISOURCEBERGEN DRUG CORP. | **Name:** | AMERISOURCEBERGEN DRUG CORP. |
| **Address:** | 5500 NEW HORIZONS BLVD | **Address:** | 5500 NEW HORIZONS BLVD |
| | NORTH AMITYVILLE, NY 11701-1156 | | NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** | 08/13/19    PO#A141294 | **Date Received & Ref :** | 08/13/19 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | AMSTERDAM WELLNESS PHARMACY INC | **Name:** | AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** | 2091 AMSTERDAM AVE | **Address:** | 2091 AMSTERDAM AVE |
| | NEW YORK, NY 10032-8210 | | NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** | 10/24/19    PO#20191024 | **Date Received & Ref :** | 10/24/19 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | BOULEVARD 9229 LLC | **Name:** | BOULEVARD 9229 LLC |
| **Address:** | 9229 QUEENS BLVD STE | **Address:** | 9229 QUEENS BLVD STE |
| | 11 REGO PARK, NY 11374 | | 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** | 12/06/19    PO#01259654 | **Date Received & Ref :** | 12/08/19 |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | | **Name:** | |
| **Address:** | | **Address:** | |
| | | | |
| **Date Purchased & Ref :** | | **Date Received & Ref :** | |

| SOLD TO: | | SHIPPED TO: | |
|---|---|---|---|
| **Name:** | | **Name:** | |
| **Address:** | | **Address:** | |
| | | | |
| **Date Purchased & Ref :** | | **Date Received & Ref :** | |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC021A | **2** | 03/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/02/19   PO#A141272 | **Date Received & Ref :** 08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0003

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC022A | 3 | 03/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/02/19   PO#A141272 | **Date Received & Ref :** 08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/27/19   PO#20191027 | **Date Received & Ref :** 10/27/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1     pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

**(TI) Transaction Information**

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC023A | **1** | 03/2023 |
| | | |
| | | |

**Reference Number:** __01258999__
**Document Type:** __INVOICE__
**Reference Date:** __12/06/2019__

**(TH) Transaction History**

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/16/19   PO#A141476 | **Date Received & Ref :** 09/16/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/04/19   PO#20191004 | **Date Received & Ref :** 10/04/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** **Name:** **Address:** **Date Purchased & Ref :** | **SHIPPED TO:** **Name:** **Address:** **Date Received & Ref :** |
| **SOLD TO:** **Name:** **Address:** **Date Purchased & Ref :** | **SHIPPED TO:** **Name:** **Address:** **Date Received & Ref :** |

**(TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)**

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: BIKTARVY 50MG/200MG/25MG 30TAB | | | Reference Number: | **01258999** |
|---|---|---|---|---|

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC024A | **1** | 03/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/11/19   PO#A141459 | **Date Received & Ref :** 09/11/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC028A | **3** | 04/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 09/01/19   PO#A141325 | Date Received & Ref : 09/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/04/19   PO#20191004 | Date Received & Ref : 10/04/19 |
| **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/05/19   PO#01258999 | Date Received & Ref : 12/06/19 |
| **Name:** **Address:** | **Name:** **Address:** |
| Date Purchased & Ref : | Date Received & Ref : |
| **Name:** **Address:** | **Name:** **Address:** |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| | |
|---|---|
| **Drug Name, Strength, Dosage Form, Container Size:** **BIKTARVY 50MG/200MG/25MG 30TAB** | **Reference Number:** __01258999__ |
| | **Document Type:** __INVOICE__ |
| **NDC: 61958-2501-01** | **Reference Date:** __12/06/2019__ |

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC036A | 1 | 05/2021 |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/14/19   PO#A141296 | **Date Received & Ref :** 08/14/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:** **Address:** | **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** **Address:** | **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1       of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0008

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC037A | **1** | 05/2021 |
| | | |
| | | |

Reference Number: __01258775__
Document Type: __INVOICE__
Reference Date: __12/06/2019__

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/21/19  PO#A141306 | **Date Received & Ref :** 08/21/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/29/19  PO#20191029 | **Date Received & Ref :** 10/29/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19  PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0009

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC038A | **2** | 05/2021 |
| | | |
| | | |

**Reference Number:** 01259654

**Document Type:** INVOICE

**Reference Date:** 12/08/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/22/19   PO#A141308 | **Date Received & Ref :** 08/22/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/03/19   PO#20191003 | **Date Received & Ref :** 10/03/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: | SHIPPED TO: |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0010

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC038A | 1 | 01/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/01/19   PO#A141268 | **Date Received & Ref :** 08/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/15/19   PO#20191015 | **Date Received & Ref :** 10/15/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

GX 316.0011

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 19BIC041A | **4** | 05/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/19/19   PO#A141303 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/19/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/21/19   PO#20191021 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/06/19   PO#01259654 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0012

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| 022534 | **10** | 08/2021 |
| | | |
| | | |

Reference Number: **01259654**

Document Type: **INVOICE**

Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **SOLD TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **SHIPPED TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **SOLD TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **SHIPPED TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1          pages.

SCSRELATIVITY_0001365753

GX 316.0013

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **BIKTARVY 50MG/200MG/25MG 30TAB** |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
| --- | --- | --- |
| CCDVNA | 1 | 02/2021 |
| | | |
| | | |

Reference Number: __01258775__
Document Type: __INVOICE__
Reference Date: __12/06/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/09/19   PO#A141289 | **Date Received & Ref :** 08/09/19 |
| **SOLD TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **SHIPPED TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/13/19   PO#20191013 | **Date Received & Ref :** 10/13/19 |
| **SOLD TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **SHIPPED TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of  1   pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCDVPA | 1 | 02/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name: Address:** | **Name: Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name: Address:** | **Name: Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001365753

GX 316.0015

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCDVTA | 1 | 03/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/28/19   PO#A141317 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/28/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/21/19   PO#20191021 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/04/19   PO#01258775 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCKKCA | 1 | 03/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: **12/08/2019**

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| | |
|---|---|
| **SOLD TO:**<br>**Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/07/19   PO#A141283 | **SHIPPED TO:**<br>**Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/07/19 |
| **SOLD TO:**<br>**Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/14/19   PO#20191014 | **SHIPPED TO:**<br>**Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/14/19 |
| **SOLD TO:**<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/06/19   PO#01259654 | **SHIPPED TO:**<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/08/19 |
| **SOLD TO:**<br>**Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **SHIPPED TO:**<br>**Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **SOLD TO:**<br>**Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **SHIPPED TO:**<br>**Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCKKGA | **3** | 03/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: **12/08/2019**

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
Name: **AMERISOURCEBERGEN DRUG CORP.**
Address: **5500 NEW HORIZONS BLVD**
**NORTH AMITYVILLE, NY 11701-1156**
Date Purchased & Ref : 08/06/19   **PO#A141278**

**SHIPPED TO:**
Name: **AMERISOURCEBERGEN DRUG CORP.**
Address: **5500 NEW HORIZONS BLVD**
**NORTH AMITYVILLE, NY 11701-1156**
Date Received & Ref : 08/06/19

**SOLD TO:**
Name: **AMSTERDAM WELLNESS PHARMACY INC**
Address: **2091 AMSTERDAM AVE**
**NEW YORK, NY 10032-8210**
Date Purchased & Ref : 10/28/19   **PO#20191028**

**SHIPPED TO:**
Name: **AMSTERDAM WELLNESS PHARMACY INC**
Address: **2091 AMSTERDAM AVE**
**NEW YORK, NY 10032-8210**
Date Received & Ref : 10/28/19

**SOLD TO:**
Name: **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD STE**
**11 REGO PARK, NY 11374**
Date Purchased & Ref : 12/06/19   **PO#01259654**

**SHIPPED TO:**
Name: **BOULEVARD 9229 LLC**
Address: **9229 QUEENS BLVD STE**
**11 REGO PARK, NY 11374**
Date Received & Ref : 12/08/19

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

**SOLD TO:**
Name:
Address:

Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:

Date Received & Ref :

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

**(A) is authorized as required under the Drug Supply Chain Security Act;**
**(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;**
**(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;**
**(D) did not knowingly ship a suspect or illegitimate product;**
**(E) had systems and processes in place to comply with verification requirements under section 582;**
**(F) did not knowingly provide false transaction information; and**
**(G) did not knowingly alter the transaction history.**

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

GX 316.0018

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCKKKA | 1 | 03/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :**  08/07/19   PO#A141283 | **Date Received & Ref :**   08/07/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :**  10/21/19  PO#20191021 | **Date Received & Ref :**  10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :**  12/04/19   PO#01258775 | **Date Received & Ref :**  12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCPDTA | 1 | 04/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/16/16   PO#A141301 | **Date Received & Ref :** 08/16/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Date Received & Ref :** 10/23/19 |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0020

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

**NDC: 61958-2501-01**

**Reference Number:** <u>01258775</u>
**Document Type:** <u>INVOICE</u>
**Reference Date:** <u>12/06/2019</u>

| Lot Number | Quantity | Exp |
|---|---|---|
| CCPDVA | 1 | 04/2021 |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/09/19   PO#A141289 | **Date Received & Ref :** 08/09/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** **Name:** **Address:** **Date Purchased & Ref :** | **SHIPPED TO:** **Name:** **Address:** **Date Received & Ref :** |
| **SOLD TO:** **Name:** **Address:** **Date Purchased & Ref :** | **SHIPPED TO:** **Name:** **Address:** **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCVA | **1** | 04/2021 |
| | | |
| | | |

Reference Number: **01258775**

Document Type: **INVOICE**

Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/08/19   PO#A141285 | **Date Received & Ref :** 08/08/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/15/19   PO#20191015 | **Date Received & Ref :** 10/15/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| SOLD TO:<br>**Name:**<br>**Address:** | SHIPPED TO:<br>**Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO:<br>**Name:**<br>**Address:** | SHIPPED TO:<br>**Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

GX 316.0022

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCWA | **2** | 04/2021 |
| | | |
| | | |

Reference Number: **01259654**
Document Type: **INVOICE**
Reference Date: 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/06/19   PO#A141278 | **Date Received & Ref :** 08/06/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **SOLD TO:** **Name:** **Address:** **Date Purchased & Ref :** | **SHIPPED TO:** **Name:** **Address:** **Date Received & Ref :** |
| **SOLD TO:** **Name:** **Address:** **Date Purchased & Ref :** | **SHIPPED TO:** **Name:** **Address:** **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001365753

GX 316.0023

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCYA | **3** | 05/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/12/19   PO#A141291 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/12/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/04/19   PO#20191004 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/04/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/05/19   PO#01258999 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001365753

GX 316.0024

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVCZA | **2** | 05/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: **12/06/2019**

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/30/30   PO#A141321 | **Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001365753

GX 316.0025

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVDBA | 1 | 05/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/08/19   PO#A141285 | **Date Received & Ref :** 08/08/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/20/19   PO#20191020 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCVDCA | 1 | 05/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 08/12/12  PO#A141291 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 08/12/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/22/19  PO#20191022 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/22/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/05/19  PO#01258999 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0027

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKGA | **7** | 05/2021 |
|  |  |  |
|  |  |  |

Reference Number: **01259654**

Document Type: **INVOICE**

Reference Date: 12/08/2019

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Purchased & Ref : 08/22/19    PO#A141308

**SHIPPED TO:**
Name: AMERISOURCEBERGEN DRUG CORP.
Address: 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156
Date Received & Ref : 08/22/19

**SOLD TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Purchased & Ref : 10/28/19    PO#20191028

**SHIPPED TO:**
Name: AMSTERDAM WELLNESS PHARMACY INC
Address: 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210
Date Received & Ref : 10/28/19

**SOLD TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
Date Purchased & Ref : 12/06/19    PO#01259654

**SHIPPED TO:**
Name: BOULEVARD 9229 LLC
Address: 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374
Date Received & Ref : 12/08/19

**SOLD TO:**
Name:
Address:
Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:
Date Received & Ref :

**SOLD TO:**
Name:
Address:
Date Purchased & Ref :

**SHIPPED TO:**
Name:
Address:
Date Received & Ref :

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKHA | 7 | 05/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/05/19   PO#A141275 | **Date Received & Ref :** 08/05/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/14/19   PO#20191014 | **Date Received & Ref :** 10/14/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKKA | 1 | 05/2021 |
|  |  |  |
|  |  |  |

**Reference Number:** __01258775__
**Document Type:** __INVOICE__
**Reference Date:** __12/06/2019__

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/21/19   PO#A141306 | **Date Received & Ref :** 08/21/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/13/19   PO#20191013 | **Date Received & Ref :** 10/13/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001365753

GX 316.0030

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKMA | **2** | 06/2021 |
| | | |
| | | |

**Reference Number:** <u>01259654</u>
**Document Type:** <u>**INVOICE**</u>
**Reference Date:** <u>12/08/2019</u>

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/06/19   PO#A141278 | **Date Received & Ref :** 08/06/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

GX 316.0031

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKNA | **3** | 06/2021 |
| | | |
| | | |

Reference Number: __01259654__
Document Type: __INVOICE__
Reference Date: __12/08/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Purchased & Ref :** 08/22/19   PO#A141308 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Received & Ref :** 08/22/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Received & Ref :** 12/08/19 |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0032

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| BIKTARVY 50MG/200MG/25MG 30TAB | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKPA | 3 | 06/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/30/30   PO#A141321 | **Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/15/19   PO#20191015 | **Date Received & Ref :** 10/15/19 |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001365753

GX 316.0033

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | | |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKSA | **3** | 06/2021 |
| | | |
| | | |

Reference Number: **01258775**

Document Type: **INVOICE**

Reference Date: 12/06/2019

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.

**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD  NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/23/19   PO#A141310 | **Date Received & Ref :** 08/23/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE  NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/21/19   PO#20191021 | **Date Received & Ref :** 10/21/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE  11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:**  **Name:**  **Address:** | **SHIPPED TO:**  **Name:**  **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:**  **Name:**  **Address:** | **SHIPPED TO:**  **Name:**  **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;

(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;

(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;

(D) did not knowingly ship a suspect or illegitimate product;

(E) had systems and processes in place to comply with verification requirements under section 582;

(F) did not knowingly provide false transaction information; and

(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001365753

GX 316.0034

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKTA | **5** | 06/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: **12/06/2019**

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/30/19   PO#A141321 | **Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Date Received & Ref :** 10/23/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001365753

GX 316.0035

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKVA | **4** | 06/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/13/19   PO#A141294 | **Date Received & Ref :** 08/13/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/28/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A) is authorized as required under the Drug Supply Chain Security Act;**
**(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;**
**(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;**
**(D) did not knowingly ship a suspect or illegitimate product;**
**(E) had systems and processes in place to comply with verification requirements under section 582;**
**(F) did not knowingly provide false transaction information; and**
**(G) did not knowingly alter the transaction history.**

Page: 1   of  1   pages.

SCSRELATIVITY_0001365753

GX 316.0036

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | |
|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKWA | **2** | 06/2021 |
| | | |
| | | |

**Reference Number:** 01259654
**Document Type:** INVOICE
**Reference Date:** 12/08/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/28/19   PO#A141317 | **Date Received & Ref :** 08/28/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/08/19 |
| **SOLD TO:** **Name:** **Address:** | **SHIPPED TO:** **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** **Name:** **Address:** | **SHIPPED TO:** **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0037

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | Reference Number: | **01258775** |
| BIKTARVY 50MG/200MG/25MG 30TAB | | | Document Type: | **INVOICE** |
| | | | Reference Date: | 12/06/2019 |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBPA | **2** | 06/2021 |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/06/19   PO#A141278 | **Date Received & Ref :** 08/06/19 |
| **SOLD TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **SHIPPED TO:** <br> **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/28/19 |
| **SOLD TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **SHIPPED TO:** <br> **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** <br> **Name:** <br> **Address:** | **SHIPPED TO:** <br> **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

GX 316.0038

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | |
|---|---|
| BIKTARVY 50MG/200MG/25MG 30TAB | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBSA | 3 | 07/2021 |
| | | |
| | | |

**Reference Number:** 01258775
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/02/19   PO#A141272 | **Date Received & Ref :** 08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0039

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBVA | **2** | 07/2021 |
| | | |
| | | |

**Reference Number:** 01258999
**Document Type:** INVOICE
**Reference Date:** 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/04/19   PO#A141338 | **Date Received & Ref :** 09/04/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/28/19   PO#20191028 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of 1      pages.

SCSRELATIVITY_0001365753

GX 316.0040

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCXKTA | **5** | 06/2021 |
| | | |
| | | |

Reference Number: __01258775__
Document Type: __INVOICE__
Reference Date: __12/06/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/30/19   PO#A141321 | **Date Received & Ref :** 08/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19   PO#20191023 | **Date Received & Ref :** 10/23/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0041

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** | | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBXA | **3** | 07/2021 |
| | | |
| | | |

**Reference Number:** __01258775__
**Document Type:** __INVOICE__
**Reference Date:** __12/06/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/02/19   PO#A141272 | **Date Received & Ref :** 08/02/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/27/19   PO#20191027 | **Date Received & Ref :** 10/27/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001365753

GX 316.0042

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBYA | **2** | 07/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 09/01/19   PO#A141325 | **Date Received & Ref :** 09/01/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/20/19   PO#20191020 | **Date Received & Ref :** 10/20/19 |
| SOLD TO: | SHIPPED TO: |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| SOLD TO: **Name:** **Address:** | SHIPPED TO: **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| SOLD TO: **Name:** **Address:** | SHIPPED TO: **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZBZA | **5** | 07/2021 |
| | | |
| | | |

Reference Number: **01258775**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/19/19   PO#A141303 | **Date Received & Ref :** 08/19/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/20/19   PO#20191020 | **Date Received & Ref :** 10/20/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/04/19   PO#01258775 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001365753

GX 316.0044

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| | |
|---|---|
| **Drug Name, Strength, Dosage Form, Container Size:**<br>**BIKTARVY 50MG/200MG/25MG 30TAB** | |

**NDC: 61958-2501-01**

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZCBA | **7** | 07/2021 |
| | | |
| | | |

**Reference Number:** __01259654__
**Document Type:** __INVOICE__
**Reference Date:** __12/08/2019__

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's Information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :**   08/13/13   PO#A141294 | **Date Received & Ref :**   08/13/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :**   10/21/19   PO#20191021 | **Date Received & Ref :**   10/21/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :**   12/06/19   PO#01259654 | **Date Received & Ref :**   12/08/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**BIKTARVY 50MG/200MG/25MG 30TAB**

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CCZCDA | **3** | 08/2021 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/26/19   PO#A141259 | **Date Received & Ref :** 07/26/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

**(A)** is authorized as required under the Drug Supply Chain Security Act;
**(B)** received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
**(C)** received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
**(D)** did not knowingly ship a suspect or illegitimate product;
**(E)** had systems and processes in place to comply with verification requirements under section 582;
**(F)** did not knowingly provide false transaction information; and
**(G)** did not knowingly alter the transaction history.

Page: 1       of 1       pages.

SCSRELATIVITY_0001365753

GX 316.0046

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **BIKTARVY 50MG/200MG/25MG 30TAB** |

NDC: 61958-2501-01

| Lot Number | Quantity | Exp |
|---|---|---|
| CDMGTA | **1** | 10/2022 |
| | | |
| | | |

Reference Number: **01258999**
Document Type: **INVOICE**
Reference Date: 12/06/2019

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/29/19   PO#A141319 | **Date Received & Ref :** 08/29/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/05/19   PO#01258999 | **Date Received & Ref :** 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of 1        pages.

SCSRELATIVITY_0001365753

GX 316.0047