| | |
|---|---|
| **Sent:** | Mon 3/29/2021 9:13:35 PM (UTC) |
| **To:** | Johnny Platero <johnny@bettercarerx.net> |
| **Cc:** | Donovan Wallace <donovan@bettercarerx.net>, Bernadette D <bernadette@bettercarerx.net>, Arlene Balian <abalian@bmrpartners.com>, Oliver Morales <oliver@qhirx.com> |
| **Subject:** | RE: Better Care Rx Biktarvy |

Hello Mr. Platero,

On Friday March 26 we were notified by a customer that they had a patient complain that their medication was not correct when they opened their sealed bottle of Biktarvy. The patient recognized the medication as Genvoya (another Gilead medication) and returned the bottle to the pharmacy. We have coordinated with the pharmacy to return the bottle to us, we will be placing it in quarantine and await instruction from the FDA. We notified the FDA on 3/27/2021, we have not yet received any additional communication, just confirmation that the FDA form 3911 was received.



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com | LinkedIn

---

**From:** Johnny Platero <johnny@bettercarerx.net>
**Sent:** Monday, March 29, 2021 12:16 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>
**Cc:** Donovan Wallace <donovan@bettercarerx.net>; Bernadette D <bernadette@bettercarerx.net>; Arlene Balian <abalian@bmrpartners.com>; Oliver Morales <oliver@qhirx.com>
**Subject:** Better Care Rx Biktarvy
**Importance:** High

Good morning Abbie,

We received the email regarding Biktarvy lot #CDSFFA.

We need further details on how safechain came to the conclusion of this discrepant lot number. What do you mean by "quality complaint"?  Please elaborate.

We've dispensed an alarming volume of this lot # and we need to know if this is something that needs to be escalated to both prescribers and Board of Pharmacy, or if this is something that can be handled at this level depending on how your investigation was conducted.

**GOVERNMENT EXHIBIT**
**319**
1:24-cr-20255-WPD

SCSRELATIVITY_0001341321

GX 319.0001

Please make haste with your response, we would like to clear this up immediately.

Thank you.

SCSRELATIVITY_0001341321

GX 319.0002