---------- Forwarded message ---------
From: **Katelyn Miller** <katelyn@pharmasales.com>
Date: Wed, Apr 21, 2021 at 1:05 PM
Subject: Re: Track And Trace---Legend Drugs 1
To: legend Drugs <legenddrugsone@gmail.com>
Cc: World Wide PharmaSales
<wwopenorders@pharmasales.com>


Good Afternoon Bharat,

Please see attached T3's for Legend Drugs 1.

Please let me know if you need anything else.

Thank you!

**Katelyn Miller** | GPO Administrative Specialist
World Wide Pharma Sales
Safe Chain Solutions
Cell: 410-310-1043 | Fax: 888-885-1244
Email: Katelyn@PharmaSales.com
www.pharmasales.com


On Apr 20, 2021, at 9:10 AM, Katelyn Miller
<katelyn@pharmasales.com> wrote:

Good Morning Bharat,

I have requested these documents from our
compliance department and will send them over to
you once received.

Thank you!

**Katelyn Miller** | GPO Administrative Specialist
World Wide Pharma Sales

GOVERNMENT
EXHIBIT
**337**
1:24-cr-20255-WPD

GX 337.0001

Safe Chain Solutions
Cell: 410-310-1043 | Fax: 888-885-1244
Email: Katelyn@PharmaSales.com
www.pharmasales.com

<unnamed.png>

On Apr 19, 2021, at 6:18 PM, legend Drugs <legenddrugsone@gmail.com> wrote:

Good Evening.

I was wondering how to go about getting the pedigree for all the drugs we purchased since last year?

Thank You
Bharat

<unnamed.png>
<Legend Drugs.zip>