| | |
|---|---|
| From: | Charles Boyd [CharlesB@Safechain.com] |
| Sent: | 4/26/2021 7:54:44 PM |
| To: | Abbie Divilio [AbbieD@Safechain.com]; compliance [compliance@Safechain.com] |
| Subject: | RE: Safechain offer sheet |

FYI – You guys in Compliance are the only ones that should be getting documents relating to any vendor or customer setup. Too much room for error otherwise (game of telephone). Good catch on this one but we almost ordered product, so we need to make sure no one is approved until fully vetted.

Also, this vendor contacted us directly through our website so has nothing to do with Adam.

CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in.

**From:** Abbie Divilio <AbbieD@Safechain.com>
**Sent:** Monday, April 26, 2021 3:44 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; compliance <compliance@Safechain.com>
**Subject:** RE: Safechain offer sheet

Hey Charlie,
 There seems to be some confusion about who was supposed to ask for or send what. I never asked for any documents from this vendor, it seemed that Pat and Adam were speaking with Cesar from Value Wholesale pretty frequently, and I thought they were sending one over. While reviewing their documents again, just to see if I missed something I happened to notice that the person who completed the application is someone by the name of Mohammad Salemi. I googled this person to see if their email come up with the company name so I could contact him or Cesar (or both) to get a quick response.

GOVERNMENT
EXHIBIT
**341**
1:24-cr-20255-WPD

SCSRELATIVITY_0001341110

GX 341.0001



When I Googled this person this came up from the US States Attorney :  https://www.justice.gov/usao-sdfl/pr/pharmaceutical-business-owner-sentenced-miami-role-prescription-medication-diversion
Based on Adam's comment's last week, I am a bit concerned that this is a vendor he is bringing to the table and its association with an individual who was found guilty of counterfeiting drugs, and falisifying documents. I think we need to get an understanding of the relationship between Value Wholesale and Mohammad Salemi.

Let me know how you would like to proceed .




Abbie Divilio | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

---

**From:** Charles Boyd <CharlesB@Safechain.com>
**Sent:** Monday, April 26, 2021 3:26 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>; compliance <compliance@Safechain.com>
**Subject:** FW: Safechain offer sheet

Do we have everything we need to vet these guys?



Charlie Boyd | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |

SCSRELATIVITY_0001341110

**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Monday, April 26, 2021 2:43 PM
**To:** Purchasing <Purchasing@safechain.com>
**Subject:** FW: Safechain offer sheet

We would like to order all of this



Patrick Boyd | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com  |  Linked in

**From:** Pat Boyd
**Sent:** Monday, April 26, 2021 2:33 PM
**To:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Cc:** Adam Brosius (Contact) <adam@pharmasales.com>; Garrett Mellott <garrett@pharmasales.com>
**Subject:** RE: Safechain offer sheet

And I believe we have terms as well as well so we're not paying right out of the gates.

Adam/Garrett, thoughts on ordering the attached?



Patrick Boyd | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com  |  Linked in

**From:** compliance <compliance@Safechain.com>
**Sent:** Monday, April 26, 2021 2:27 PM
**To:** Pat Boyd <PatB@Safechain.com>; compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** RE: Safechain offer sheet

I have not seen a sample T3, I thought it was going to be sent to me. I don't usually know what is in the works to be ordered. It looks like they are able to send the T3s as the order is being shipped, so that should give us time to review them?



Abbie Divilio | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com  |  Linked in

**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Monday, April 26, 2021 2:23 PM
**To:** compliance <compliance@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** RE: Safechain offer sheet

Did we get the sample T3 for gilead products or was it non gilead?



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com |

---

**From:** compliance <compliance@Safechain.com>
**Sent:** Monday, April 26, 2021 2:18 PM
**To:** Pat Boyd <PatB@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:** RE: Safechain offer sheet

Hi Pat,
 Yes, I approved them on 4/21



**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |

---

**From:** Pat Boyd <PatB@Safechain.com>
**Sent:** Monday, April 26, 2021 1:59 PM
**To:** compliance <compliance@Safechain.com>
**Cc:** Charles Boyd <CharlesB@Safechain.com>; Adam Brosius (Contact) <adam@pharmasales.com>
**Subject:** FW: Safechain offer sheet

Did we clear these guys?



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com |

**From:** sales <sales@valuewholesalesolutions.com>
**Sent:** Monday, April 26, 2021 1:58 PM
**To:** Pat Boyd <PatB@Safechain.com>
**Cc:** cesar Rodriguez <cesar@valuewholesalesolutions.com>; orders <orders@valuewholesalesolutions.com>
**Subject:** Fwd: Safechain offer sheet

Good afternoon,

Just wanted to circle back on this offer sheet and see if everything has cleared on your end. We have this offer set aside for you, so whenever everything is cleared, we are ready to move forward.

The PO can be sent to orders@valuewholesalesolutions.com and they'll take care of everything.

Thank you,


---------- Original Message ----------
From: sales <sales@valuewholesalesolutions.com>
To: "patb@safechain.com" <patb@safechain.com>
Cc: "charlesb@safechain.com" <charlesb@safechain.com>
Date: April 16, 2021 10:47 AM
Subject: Fwd: Safechain offer sheet


Good morning Pat,

Attached you'll find the offer sheet for Safechain. As Cesar said below, I think this is a good starting point to build up the account. We can definitely focus on products that best move for you.

Let me know if everything has cleared on your end, and this order will be ready for pickup on Monday or whenever it's best.

All the paperwork T3's will be ready once the PO is in, and we can have those sent prior to shipment being picked.

I am around all day.

Thank you,

---------- Original Message ----------
From: Cesar <cesar@valuewholesalesolutions.com>
To: sales <sales@valuewholesalesolutions.com>, mike <mike@valuewholesalesolutions.com>
Date: April 16, 2021 10:11 AM
Subject: Safechain offer sheet


Mike,

Attached is the offer sheet for Safechain. I think this is a good starting point for us, and we'll build out from here.

Let me know how it goes.

Thanks,

SCSRELATIVITY_0001341110

Cesar Rodriguez
Executive Director
***Value Wholesale Solutions Inc.***

Thank you,

Thank you,

GX 341.0006

SCSRELATIVITY_0001341110