| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Mon 8/10/2020 6:56:24 PM (UTC) |
| **To:** | "sughade@biztransights.com" <sughade@biztransights.com> |
| **Cc:** | "consulting012345@gmail.com" <consulting012345@gmail.com> |
| **Subject:** | Introduction |

Hi Sameer,

I would like to introduce you to Peter who owns Boulevard Wholesale. He needs some help completing a backlog of T3's ASAP. Peter is relatively new at this and needs some help from you and your team to guide him through the process. I have CC'd him on this email so that you all can connect. I hope this helps and we can get these resolved ASAP. Thanks!

Best regards,
CB



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com | Linked in

**GOVERNMENT EXHIBIT**

**343**

1:24-cr-20255-WPD

SCSRELATIVITY_0001360436

GX 343.0001