| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Mon 4/19/2021 8:22:52 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |
| **Subject:** | FW: INVICTA Vendor App |

It'd not for her to worry about their social presence!



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1001 | fax: 866.930.1128
www.SafeChain.com |  Linked in

**From:** compliance <compliance@Safechain.com>
**Sent:** Monday, April 19, 2021 4:09 PM
**To:** Charles Boyd <CharlesB@Safechain.com>; Pat Boyd <PatB@Safechain.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** INVICTA Vendor App

Hi,
 I have been attempting to verify Invicta. It is nice that they have multiple licenses, all which are valid which is a plus. It is a little odd that they don't have any kind of social media presence on Facebook or even LinkedIn. I also called the person Jorge who is listed as the contact, I explained who I was and what I was I was trying to verify, he told me he was very busy and in the middle of something then hung up on me. Garrett has asked for a redacted invoice, so when that comes through I will see what I am able to verify on it.

All in all, it was rather strange.

**Abbie Divilio** | Director of Compliance
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1017 | fax: 866.930.1128
www.SafeChain.com |  Linked in

**From:** garrett@pharmasales.com <garrett@pharmasales.com>
**Sent:** Friday, April 16, 2021 7:29 AM



GOVERNMENT
EXHIBIT
**347**
1:24-cr-20255-WPD

SCSRELATIVITY_0001403604

GX 347.0001

**To:** compliance <compliance@Safechain.com>; invoices <Invoices@safechain.com>
**Cc:** Adam Brosius (Contact) <adam@pharmasales.com>
**Subject:** FW: Washington License and Utah

Good Morning,
    See below for vendor setup for Invicta. Will this work?

Garrett Mellott
World Wide Pharma Sales
Cell: 201-841-9591 | Fax: 888-885-1244
Skype: gmellott1 | Email: garrett@pharmasales.com
www.pharmasales.com

PharmaSales©.com

**From:** John Caba <jcaba3001@gmail.com>
**Sent:** Thursday, April 15, 2021 7:15 PM
**To:** garrett@pharmasales.com; adam@pharmasales.com
**Subject:** Washington License and Utah

Hi Garret,

I spoke to Adam about not having the hard copy of my Utah Lic. For some reason I can't find that one.
What I do have is the license verification attached.
I have my consultant asking the Utah board of pharmacy to send me one. He does not know if they actually issue certificates.
There are three pdf copies of some of the out of state licenses I do have.