| | |
|---|---|
| **From:** | compliance <compliance@Safechain.com> |
| **Sent:** | Thu 5/6/2021 4:06:10 PM (UTC) |
| **Bcc:** | "CADAVIS@SHERTECHPHARMACY.COM" <CADAVIS@SHERTECHPHARMACY.COM>, "CADIEUXRX@GMAIL.COM" <CADIEUXRX@GMAIL.COM>, "CALDWELLPHARM@GMAIL.COM" <CALDWELLPHARM@GMAIL.COM>, "CALIPHARM@GMAIL.COM" <CALIPHARM@GMAIL.COM>, "CALMAINC@YAHOO.COM" <CALMAINC@YAHOO.COM>, "CAMERONRX@WINDSTREAM.NET" <CAMERONRX@WINDSTREAM.NET>, "CAMILLA@VOLUNTEERPHARMACY.COM" <CAMILLA@VOLUNTEERPHARMACY.COM>, "CAMILLE@AHWFAC.COM" <CAMILLE@AHWFAC.COM>, "CANARYPHARMACY@YAHOO.COM" <CANARYPHARMACY@YAHOO.COM>, "CANDICE@MEDPRODISTRIBUTORS.COM" <CANDICE@MEDPRODISTRIBUTORS.COM>, "CAPA1976@LIVE.COM" <CAPA1976@LIVE.COM>, "CARA.BERRY@VA.GOV" <CARA.BERRY@VA.GOV>, "CARA@FASCENTRALPA.COM" <CARA@FASCENTRALPA.COM>, "CARE@CARYRX.COM" <CARE@CARYRX.COM>, "CAREANDCAREPHARMACY@GMAIL.COM" <CAREANDCAREPHARMACY@GMAIL.COM>, "careandcarepharmacy@gmail.com" <careandcarepharmacy@gmail.com>, "CARECOPHARMACY@GMAIL.COM" <CARECOPHARMACY@GMAIL.COM>, "CAREFIRSTPHARMACY1@GMAIL.COM" <CAREFIRSTPHARMACY1@GMAIL.COM>, "CARELINEPHARM@GMAIL.COM" <CARELINEPHARM@GMAIL.COM>, "CAREPHARM990@GMAIL.COM" <CAREPHARM990@GMAIL.COM>, "carepharmacy@bellsouth.net" <carepharmacy@bellsouth.net>, "CAREPHARMRX@GMAIL.COM" <CAREPHARMRX@GMAIL.COM>, "careplusrx@hotmail.com" <careplusrx@hotmail.com>, "carepointbayonne@gmail.com" <carepointbayonne@gmail.com>, "careriterx@gmail.com" <careriterx@gmail.com>, "CAREURX@GMAIL.COM" <CAREURX@GMAIL.COM>, "CARINGPHARMACYRX@GMAIL.COM" <CARINGPHARMACYRX@GMAIL.COM>, "CARLO.MANUAL@VA.GOV" <CARLO.MANUAL@VA.GOV>, "CARLOS.ARAUJO@VA.GOV" <CARLOS.ARAUJO@VA.GOV>, "Carmen.DeJesus-Alejandro@va.gov" <Carmen.DeJesus-Alejandro@va.gov>, "CARMENALLENDE@DRUGSUNLIMITEDPR.COM" <CARMENALLENDE@DRUGSUNLIMITEDPR.COM>, "CAROLINAIVRX@YAHOO.COM" <CAROLINAIVRX@YAHOO.COM>, "CAROLINEREID@CALHOUNLIBERTYHOSPITAL.COM" <CAROLINEREID@CALHOUNLIBERTYHOSPITAL.COM>, "CARTERETPHARMACY@YAHOO.COM" <CARTERETPHARMACY@YAHOO.COM>, "CASEYG@MIXWITHINTEGRITY.COM" <CASEYG@MIXWITHINTEGRITY.COM>, "CASEYG@MIXWITHINTEGRITY.COM" <CASEYG@MIXWITHINTEGRITY.COM>, "CATHI.COTTI@COASTALVI.COM" <CATHI.COTTI@COASTALVI.COM>, "CATHIE.PIETSCH@BLOOMINGGROVEPHARMACY.COM" <CATHIE.PIETSCH@BLOOMINGGROVEPHARMACY.COM>, "CATHY@VWG.COM" <CATHY@VWG.COM>, "CB@REVITASTEM.COM" <CB@REVITASTEM.COM>, "CBOYD@NEXTGENMMC.COM" <CBOYD@NEXTGENMMC.COM>, "CBRUE@LIVE.COM" <CBRUE@LIVE.COM>, "CCALA@COQUI.NET" <CCALA@COQUI.NET>, "CCARERX@GMAIL.COM" <CCARERX@GMAIL.COM>, |

"CCARX@NOCOXMAIL.COM" <CCARX@NOCOXMAIL.COM>, "CCLARK@PHARMACARESERVICES.COM" <CCLARK@PHARMACARESERVICES.COM>, "CCOLON@ASSURANCECP.COM" <CCOLON@ASSURANCECP.COM>, "CCPBRENTWOOD@COMCAST.NET" <CCPBRENTWOOD@COMCAST.NET>, "CDELCOUR@HANDDOCS.COM" <CDELCOUR@HANDDOCS.COM>, "CECILIA.RUGH@WEEKSMEDICAL.ORG" <CECILIA.RUGH@WEEKSMEDICAL.ORG>, "CELESTE@360HCMGMT.COM" <CELESTE@360HCMGMT.COM>, "cendenosrx@hotmail.com" <cendenosrx@hotmail.com>, "centralches@gmail.com" <centralches@gmail.com>, "centralpharmacy.westside@gmail.com" <centralpharmacy.westside@gmail.com>, "CENTRALPHARMACY1@OUTLOOK.COM" <CENTRALPHARMACY1@OUTLOOK.COM>, "centralpharmacymlk@gmail.com" <centralpharmacymlk@gmail.com>, "centrastatepharmacy@gmail.com" <centrastatepharmacy@gmail.com>, "CENTURY.PHARMACY@YAHOO.COM" <CENTURY.PHARMACY@YAHOO.COM>, "CESAR.LOPEZ@VA.GOV" <CESAR.LOPEZ@VA.GOV>, "CFERGUSON@BARNESVILLEHOSPITAL.COM" <CFERGUSON@BARNESVILLEHOSPITAL.COM>, "cgamache@pharmfoodgroup.com" <cgamache@pharmfoodgroup.com>, "CGARCIA@MIDTOWNOSC.COM" <CGARCIA@MIDTOWNOSC.COM>, "CGonzalez@jupitermed.com" <CGonzalez@jupitermed.com>, "CGOODSON@INCEPTIONRX.COM" <CGOODSON@INCEPTIONRX.COM>, "CHAD@DISPENSEDOC.COM" <CHAD@DISPENSEDOC.COM>, "CHANNA@SPECTRUM4MED.COM" <CHANNA@SPECTRUM4MED.COM>, "CHARLESEJEKKS@YAHOO.COM" <CHARLESEJEKKS@YAHOO.COM>, "charlie@realospecialtycare.com" <charlie@realospecialtycare.com>, "charlies_pharmacy@sbcglobal.net" <charlies_pharmacy@sbcglobal.net>, "CHARLOTTE@GOLDSBOROPAINMEDICINE.COM" <CHARLOTTE@GOLDSBOROPAINMEDICINE.COM>, "CHARLOTTEPHARMACY@GMAIL.COM" <CHARLOTTEPHARMACY@GMAIL.COM>, "chayes@invictusrxms.com" <chayes@invictusrxms.com>, "cherokeedrug@drugshoppeinc.com" <cherokeedrug@drugshoppeinc.com>, "CHERRYGROVEDRUG@GMAIL.COM" <CHERRYGROVEDRUG@GMAIL.COM>, "CHERYL.HULL@UNIVERSALCOMPOUNDERS.COM" <CHERYL.HULL@UNIVERSALCOMPOUNDERS.COM>, "CHERYL@ANKLE-FOOT.NET" <CHERYL@ANKLE-FOOT.NET>, "CHIBUEZE.ANYANWU@YAHOO.COM" <CHIBUEZE.ANYANWU@YAHOO.COM>, "CHICHI@MYSPRINGFIELDPHARMACY.COM" <CHICHI@MYSPRINGFIELDPHARMACY.COM>, "CHIDINMA_21@HOTMAIL.COM" <CHIDINMA_21@HOTMAIL.COM>, "CHIKAUIBE@YAHOO.COM" <CHIKAUIBE@YAHOO.COM>, "CHINOVALLEYPHARMACYAZ@GMAIL.COM" <CHINOVALLEYPHARMACYAZ@GMAIL.COM>, "CHIROMED21@OUTLOOK.COM" <CHIROMED21@OUTLOOK.COM>, "CHOICEPHARMACY@YAHOO.COM" <CHOICEPHARMACY@YAHOO.COM>, "CHOICEPHARMACY002@YAHOO.COM" <CHOICEPHARMACY002@YAHOO.COM>, "CHRIS@ACERXPHARMACY.COM" <CHRIS@ACERXPHARMACY.COM>, "CHRIS@CYPRESSPHARMACY.COM" <CHRIS@CYPRESSPHARMACY.COM>, "CHRIS@GENERICSTOGO.COM"

<CHRIS@GENERICSTOGO.COM>, "CHRIS@HARRISONWELLNESS.COM" <CHRIS@HARRISONWELLNESS.COM>, "CHRIS@LAVITARX.COM" <CHRIS@LAVITARX.COM>, "CHRIS@MEDSPA.COM" <CHRIS@MEDSPA.COM>, "CHRISTAL@SIERRAFAMILYRX.COM" <CHRISTAL@SIERRAFAMILYRX.COM>, "CHRISTIECOWDEN@GMAIL.COM" <CHRISTIECOWDEN@GMAIL.COM>, "christina.martinez@ocpbc.com" <christina.martinez@ocpbc.com>, "CHRISTINE@TXSPECIALTYPHARMACY.COM" <CHRISTINE@TXSPECIALTYPHARMACY.COM>, "CHRISTINERPH@WASATCHPHARMACY.COM" <CHRISTINERPH@WASATCHPHARMACY.COM>, "christopher.scott8@va.gov" <christopher.scott8@va.gov>, "CHRISTOPHER@STAUGUSTINEFOOT.COM" <CHRISTOPHER@STAUGUSTINEFOOT.COM>, "CHRONOSPHARMACY@GMAIL.COM" <CHRONOSPHARMACY@GMAIL.COM>, "CHUCK@COMPOUNDINGDOCS.COM" <CHUCK@COMPOUNDINGDOCS.COM>, "CHUFFMAN@CCBDMD.COM" <CHUFFMAN@CCBDMD.COM>, "CINDY@CLASSICCOMPOUNDING.COM" <CINDY@CLASSICCOMPOUNDING.COM>, "CINDY@ROGERSBIZ.COM" <CINDY@ROGERSBIZ.COM>, "cindy@ulmerpharmacy.com" <cindy@ulmerpharmacy.com>, "CINDY@WEISERX.COM" <CINDY@WEISERX.COM>, "CIRCLECITYPHARMACY@GMAIL.COM" <CIRCLECITYPHARMACY@GMAIL.COM>, "CITPHCY@GMAIL.COM" <CITPHCY@GMAIL.COM>, "CITYACCESSPHARMACY@AOL.COM" <CITYACCESSPHARMACY@AOL.COM>, "CITYPLACEPHARMACY@GMAIL.COM" <CITYPLACEPHARMACY@GMAIL.COM>, "CJ@DISPENSEDOC.COM" <CJ@DISPENSEDOC.COM>, "CJONES@CINAPHARMA.COM" <CJONES@CINAPHARMA.COM>, "cjvrph@gmail.com" <cjvrph@gmail.com>, "CKUMMER@PGL-USA.COM" <CKUMMER@PGL-USA.COM>, "CKUMMER@PGL-USA.COM" <CKUMMER@PGL-USA.COM>, "CLARA@ANIMALSOLUTIONSPHARMACY.COM" <CLARA@ANIMALSOLUTIONSPHARMACY.COM>, "CLARENCE.CURTIS@VA.GOV" <CLARENCE.CURTIS@VA.GOV>, "clarksonrxpharmacy@gmail.com" <clarksonrxpharmacy@gmail.com>, "CLASSICRX20@GMAIL.COM" <CLASSICRX20@GMAIL.COM>, "CLAWSONRX@GMAIL.COM" <CLAWSONRX@GMAIL.COM>, "CLIFF@MIXLABRX.COM" <CLIFF@MIXLABRX.COM>, "CLINIC8800@FMC-NA.COM" <CLINIC8800@FMC-NA.COM>, "CMARKS@QUALITYDRUG.NET" <CMARKS@QUALITYDRUG.NET>, "CMARSHALL@PAINANDSPINESPECIALISTS.COM" <CMARSHALL@PAINANDSPINESPECIALISTS.COM>, "CMEDPHARMACY@YAHOO.COM" <CMEDPHARMACY@YAHOO.COM>, "CNUGENT@GHSRX.COM" <CNUGENT@GHSRX.COM>, "COASTALPHARMACYNORFOLK@GMAIL.COM" <COASTALPHARMACYNORFOLK@GMAIL.COM>, "COASTALRX@YAHOO.COM" <COASTALRX@YAHOO.COM>, "coleen.reyes@cedrapharmacy.com" <coleen.reyes@cedrapharmacy.com>, "colette.campbell@kindred.com" <colette.campbell@kindred.com>, "COLORADO@STRIVEPHARMACY.COM" <COLORADO@STRIVEPHARMACY.COM>, "COMCARERX@GMAIL.COM" <COMCARERX@GMAIL.COM>, "COMFORTDRUGS2014@GMAIL.COM" <COMFORTDRUGS2014@GMAIL.COM>, "COMMUNICARERX@GMAIL.COM" <COMMUNICARERX@GMAIL.COM>, "COMMUNITYPHARMACY786@YAHOO.COM"

<COMMUNITYPHARMACY786@YAHOO.COM>, "COMMUNITYPHARMACYRX1@GMAIL.COM" <COMMUNITYPHARMACYRX1@GMAIL.COM>, "COMPASSIONATERX@GMAIL.COM" <COMPASSIONATERX@GMAIL.COM>, "COMPLETECARERX18@GMAIL.COM" <COMPLETECARERX18@GMAIL.COM>, "COMPOUNDING@ENEXIASPECIALTY.COM" <COMPOUNDING@ENEXIASPECIALTY.COM>, "COMPOUNDING@FORESTHEIGHTSPHARMACY.COM" <COMPOUNDING@FORESTHEIGHTSPHARMACY.COM>, "COMPOUNDING@GWINNETTDRUGS.COM" <COMPOUNDING@GWINNETTDRUGS.COM>, "COMPOUNDING@NORTHERNPHARMACY.COM" <COMPOUNDING@NORTHERNPHARMACY.COM>, "COMPOUNDING@PRECISIONPHARMACY.NET" <COMPOUNDING@PRECISIONPHARMACY.NET>, "COMPOUNDING@PROSPERITYPHARMACYRX.COM" <COMPOUNDING@PROSPERITYPHARMACYRX.COM>, "COMPOUNDINGCENTERPHARMACY@YAHOO.COM" <COMPOUNDINGCENTERPHARMACY@YAHOO.COM>, "COMPOUNDS@MCHSI.COM" <COMPOUNDS@MCHSI.COM>, "COMSPRX@GMAIL.COM" <COMSPRX@GMAIL.COM>, "CONNERPHARMACY@YAHOO.COM" <CONNERPHARMACY@YAHOO.COM>, "connetrxpharmacy@gmail.com" <connetrxpharmacy@gmail.com>, "CONNI.AINSLIE@AMITAHEALTH.ORG" <CONNI.AINSLIE@AMITAHEALTH.ORG>, "CONROEPHARMACYANDCOMPOUNDING@GMAIL.COM" <CONROEPHARMACYANDCOMPOUNDING@GMAIL.COM>, "CONTACT@A1APHARMACY.COM" <CONTACT@A1APHARMACY.COM>, "CONTACT@ADA-RX.COM" <CONTACT@ADA-RX.COM>, "CONTACT@EMERALD1RX.COM" <CONTACT@EMERALD1RX.COM>, "CONTACT@MERMAIDRX.COM" <CONTACT@MERMAIDRX.COM>, "CONTACT@MYBRAVORX.COM" <CONTACT@MYBRAVORX.COM>, "CONTROLLER@HARVESTPHARMACY.COM" <CONTROLLER@HARVESTPHARMACY.COM>, "COREPHARMACY1@GMAIL.COM" <COREPHARMACY1@GMAIL.COM>, "COREY@PRECKSHOT.COM" <COREY@PRECKSHOT.COM>, "CORNERMARKETPHARMACY@GMAIL.COM" <CORNERMARKETPHARMACY@GMAIL.COM>, "CORNERPHARMACYINC@GMAIL.COM" <CORNERPHARMACYINC@GMAIL.COM>, "CORY.BUCKEYEDRUGS@GMAIL.COM" <CORY.BUCKEYEDRUGS@GMAIL.COM>, "COURTNEY.BOURNIGAL@ADVENTHEALTH.COM" <COURTNEY.BOURNIGAL@ADVENTHEALTH.COM>, "COURTNEY@MYERLEEPHARMACY.COM" <COURTNEY@MYERLEEPHARMACY.COM>, "coxdrugs@syrupcity.net" <coxdrugs@syrupcity.net>, "COY@REALOVETERINARYPHARMACY.COM" <COY@REALOVETERINARYPHARMACY.COM>, "CPATTISON@PODIATRY-FL.COM" <CPATTISON@PODIATRY-FL.COM>, "CPOTEET74@GMAIL.COM" <CPOTEET74@GMAIL.COM>, "CRAIG@PRIMEPHARMARX.COM" <CRAIG@PRIMEPHARMARX.COM>, "creece@ashvillerx.com" <creece@ashvillerx.com>, "CREEKVIEW_PHARMACY@YAHOO.COM" <CREEKVIEW_PHARMACY@YAHOO.COM>, "CRENEHAN@ITCPHARMACY.COM" <CRENEHAN@ITCPHARMACY.COM>,

"CRESTPHARMACY@YAHOO.COM" <CRESTPHARMACY@YAHOO.COM>, "CRISTIAN_SAENZ@HOMEDEPOT.COM" <CRISTIAN_SAENZ@HOMEDEPOT.COM>, "CROSBYSDRUGS@CROSBYSDRUGS.COM" <CROSBYSDRUGS@CROSBYSDRUGS.COM>, "CROSSRIVERPHARMACY@GMAIL.COM" <CROSSRIVERPHARMACY@GMAIL.COM>, "CROSSROADSRX@GMAIL.COM" <CROSSROADSRX@GMAIL.COM>, "crosstownpharmacypsl@gmail.com" <crosstownpharmacypsl@gmail.com>, "CRYSTAL@SOLAMEDS.US" <CRYSTAL@SOLAMEDS.US>, "CSHADDEN.ACCESS@YAHOO.COM" <CSHADDEN.ACCESS@YAHOO.COM>, "CSHUNTER@SRHS.COM" <CSHUNTER@SRHS.COM>, "CSMITH@GKDUSA.COM" <CSMITH@GKDUSA.COM>, "csurrency@orthosportandspine.com" <csurrency@orthosportandspine.com>, "CTPAINMD@GMAIL.COM" <CTPAINMD@GMAIL.COM>, "CTSIOROS@AOL.COM" <CTSIOROS@AOL.COM>, "CUENTASAPAGAR@HOSPITALPAVIA.COM" <CUENTASAPAGAR@HOSPITALPAVIA.COM>, "CUENTASPORPAGAR@HSAIPR.COM" <CUENTASPORPAGAR@HSAIPR.COM>, "CULLENCOMMONSPHARMACY@GMAIL.COM" <CULLENCOMMONSPHARMACY@GMAIL.COM>, "CUMBERLANDPHARM@GMAIL.COM" <CUMBERLANDPHARM@GMAIL.COM>, "CURTIS@JENSENSPHARMACY.COM" <CURTIS@JENSENSPHARMACY.COM>, "customerservice@coxpharm.com" <customerservice@coxpharm.com>, "CUSTOMERSERVICE@PASSPORTHEALTHTRIANGLENC.COM" <CUSTOMERSERVICE@PASSPORTHEALTHTRIANGLENC.COM>, "CUSTOMRX@HOTMAIL.COM" <CUSTOMRX@HOTMAIL.COM>, "CUTOLORX@GMAIL.COM" <CUTOLORX@GMAIL.COM>, "CVBYRD@PATIODRUGS.COM" <CVBYRD@PATIODRUGS.COM>, "CVTMINCH@AMERICAREHOSPICE.ORG" <CVTMINCH@AMERICAREHOSPICE.ORG>, "CYNTHIA.TOOKES@VA.GOV" <CYNTHIA.TOOKES@VA.GOV>, "cynthia@sweetgrasspharmacy.com" <cynthia@sweetgrasspharmacy.com>, "CYNTHIA@SWEETGRASSPHARMACYANDCOMPOUNDING.COM" <CYNTHIA@SWEETGRASSPHARMACYANDCOMPOUNDING.COM>, "CYREENELLC@GMAIL.COM" <CYREENELLC@GMAIL.COM>, "D.MERRILL@FOUNTAINPARKHC.COM" <D.MERRILL@FOUNTAINPARKHC.COM>, "DALCOMAPHARMACY@GMAIL.COM" <DALCOMAPHARMACY@GMAIL.COM>, "DALEGUYER@GMAIL.COM" <DALEGUYER@GMAIL.COM>, "DANA@REEDSRX.COM" <DANA@REEDSRX.COM>, "DANA@RXPSI.COM" <DANA@RXPSI.COM>, "danderson@integratedcarehickory.com" <danderson@integratedcarehickory.com>, "DANHERBERT@SOUTHBERWICKPHARMACY.COM" <DANHERBERT@SOUTHBERWICKPHARMACY.COM>, "DANIAF@BELLSOUTH.NET" <DANIAF@BELLSOUTH.NET>, "DANIEL@GLMANAGEMENTGROUP.COM" <DANIEL@GLMANAGEMENTGROUP.COM>, "DANIEL@UDS1.NET" <DANIEL@UDS1.NET>, "DANIELLE.PAGANO@PROFICIENTRX.COM" <DANIELLE.PAGANO@PROFICIENTRX.COM>, "danielledavis@comfortkeepers.com" <danielledavis@comfortkeepers.com>, "DANIELLEDAVIS@COMFORTKEEPERS.COM"

<DANIELLEDAVIS@COMFORTKEEPERS.COM>, "DARCY@DAKOTARX.COM" <DARCY@DAKOTARX.COM>, "DARIN@CAREMEDS.COM" <DARIN@CAREMEDS.COM>, "DAROBERTS@USPI.COM" <DAROBERTS@USPI.COM>, "DAVE@DOLCRX.COM" <DAVE@DOLCRX.COM>, "DAVE@SOUTHHILLSDENTALARTS.COM" <DAVE@SOUTHHILLSDENTALARTS.COM>, "DAVID.FRIEND@DRZPHARMACY.COM" <DAVID.FRIEND@DRZPHARMACY.COM>, "david.h.gilkey.mil@mail.mil" <david.h.gilkey.mil@mail.mil>, "DAVID.MARTINEZ@SVPMEDS.COM" <DAVID.MARTINEZ@SVPMEDS.COM>, "DAVID.MURPHY19@GMAIL.COM" <DAVID.MURPHY19@GMAIL.COM>, "david@beakerpharmacy.com" <david@beakerpharmacy.com>, "DAVID@CANNACEUTICA.COM" <DAVID@CANNACEUTICA.COM>, "DAVID@CARIEBOYD.COM" <DAVID@CARIEBOYD.COM>, "DAVIDKJOHNSON@APOTHECARYTULSA.COM" <DAVIDKJOHNSON@APOTHECARYTULSA.COM>, "DAVIDPARKSTREETRX@GMAIL.COM" <DAVIDPARKSTREETRX@GMAIL.COM>, "DAVISCOMPOUNDING@YAHOO.COM" <DAVISCOMPOUNDING@YAHOO.COM>, "davos33@yahoo.com" <davos33@yahoo.com>, "Dawn.Teneyck@tmmc.com" <Dawn.Teneyck@tmmc.com>, "DAWN@YOURVALUEMED.COM" <DAWN@YOURVALUEMED.COM>, "DAWSONVILLERX@GMAIL.COM" <DAWSONVILLERX@GMAIL.COM>, "DAYET@NANTICOKE.ORG" <DAYET@NANTICOKE.ORG>, "DAYTONAPEOPLESPHARMACY@GMAIL.COM" <DAYTONAPEOPLESPHARMACY@GMAIL.COM>, "DBAGOT@CASSCOMM.COM" <DBAGOT@CASSCOMM.COM>, "DBAGWELL@MARTYSPHARMACY.COM" <DBAGWELL@MARTYSPHARMACY.COM>, "DBATTEN@HEARTHOUSENJ.COM" <DBATTEN@HEARTHOUSENJ.COM>, "DC@VETMEDICSPHARMACY.COM" <DC@VETMEDICSPHARMACY.COM>, "DCORBIN@DRUGCRAFTERS.COM" <DCORBIN@DRUGCRAFTERS.COM>, "dcosgrove@advantageurology.com" <dcosgrove@advantageurology.com>, "DCOTE@RXANDHEALTH.COM" <DCOTE@RXANDHEALTH.COM>, "DCOTTOM@FLOFAC.COM" <DCOTTOM@FLOFAC.COM>, "DCPHARMACY@CHEMIST.COM" <DCPHARMACY@CHEMIST.COM>, "dcruz@vivex.com" <dcruz@vivex.com>, "DCRX@YMAIL.COM" <DCRX@YMAIL.COM>, "DDAPRILE@OSSURGERYCENTER.COM" <DDAPRILE@OSSURGERYCENTER.COM>, "DDAVALOS@MATAGORDAREGIONAL.ORG" <DDAVALOS@MATAGORDAREGIONAL.ORG>, "DDEBSKI@POINTEMED.COM" <DDEBSKI@POINTEMED.COM>, "DDEROGATIS@DISPENSEDOC.COM" <DDEROGATIS@DISPENSEDOC.COM>, "DEANGELOPHARMACY12@ATT.NET" <DEANGELOPHARMACY12@ATT.NET>, "DEANNA@BAYA.COM" <DEANNA@BAYA.COM>, "DEB@LAVITARX.COM" <DEB@LAVITARX.COM>, "DEBABBOTT@EMHS.ORG" <DEBABBOTT@EMHS.ORG>, "debbie.mccune@thomaswv.org" <debbie.mccune@thomaswv.org>, "DEBIBUCHANAN@MEDSFORVETS.COM" <DEBIBUCHANAN@MEDSFORVETS.COM>, "deborah.labord@cbhdd.ga.gov" <deborah.labord@cbhdd.ga.gov>, "DEEPA.PATTANI@GMAIL.COM" <DEEPA.PATTANI@GMAIL.COM>, "DEICHMAN@COFFEYHEALTH.ORG" <DEICHMAN@COFFEYHEALTH.ORG>,

"DELKARDRUGS@SBCGLOBAL.NET" <DELKARDRUGS@SBCGLOBAL.NET>, "DELMAR.VETMED@GMAIL.COM" <DELMAR.VETMED@GMAIL.COM>, "DEMOS1207@GMAIL.COM" <DEMOS1207@GMAIL.COM>, "DENEWTON@LANDMARKHOSPITALS.COM" <DENEWTON@LANDMARKHOSPITALS.COM>, "dennarddrugs@yahoo.com" <dennarddrugs@yahoo.com>, "DERRICKW@FLATIRONSRX.COM" <DERRICKW@FLATIRONSRX.COM>, "desnapharmacy@outlook.com" <desnapharmacy@outlook.com>, "DETROITPHARMACY999@GMAIL.COM" <DETROITPHARMACY999@GMAIL.COM>, "DEVIN.TRONE@GMAIL.COM" <DEVIN.TRONE@GMAIL.COM>, "DFOLEY@SANTIAMHOSPITAL.ORG" <DFOLEY@SANTIAMHOSPITAL.ORG>, "DGUTIERREZ@OSCSURGICAL.COM" <DGUTIERREZ@OSCSURGICAL.COM>, "DGWIZDALA@HRMC.US" <DGWIZDALA@HRMC.US>, "DGYSIN@OPTIMEDPHARMACY.COM" <DGYSIN@OPTIMEDPHARMACY.COM>, "DHESTER@CENTRALCAROLINAORTHO.COM" <DHESTER@CENTRALCAROLINAORTHO.COM>, "DIANA@PARAGONMEDS.COM" <DIANA@PARAGONMEDS.COM>, "Diane.Simmons@scasurgery.com" <Diane.Simmons@scasurgery.com>, "DIANE@CUSTOMSCRIPTS.US" <DIANE@CUSTOMSCRIPTS.US>, "Dianne_Griffith@chs.net" <Dianne_Griffith@chs.net>, "DICKSPHARMACY@CABLEONE.NET" <DICKSPHARMACY@CABLEONE.NET>, "DIDI@OLIVETREECOMPOUNDING.COM" <DIDI@OLIVETREECOMPOUNDING.COM>, "DIETNICO@AOL.COM" <DIETNICO@AOL.COM>, "DINUME97@GMAIL.COM" <DINUME97@GMAIL.COM>, "DIOCELINA.GONZALEZ@AMITAHEALTH.ORG" <DIOCELINA.GONZALEZ@AMITAHEALTH.ORG>, "DISCOUNTBROOKSHIRE@GMAIL.COM" <DISCOUNTBROOKSHIRE@GMAIL.COM>, "DISCOUNTPHARMACY429@GMAIL.COM" <DISCOUNTPHARMACY429@GMAIL.COM>, "DISCOUNTRX1@GMAIL.COM" <DISCOUNTRX1@GMAIL.COM>, "dixonJ@appling-hospital.org" <dixonJ@appling-hospital.org>, "DLARNERRX@YAHOO.COM" <DLARNERRX@YAHOO.COM>, "dlus-cvet-us_supply_team@covetrus.com" <dlus-cvet-us_supply_team@covetrus.com>, "DLWEIS@POINTEMED.COM" <DLWEIS@POINTEMED.COM>, "DMCPHERSON@THECOMPOUNDINGRX.COM" <DMCPHERSON@THECOMPOUNDINGRX.COM>, "DMIZRAHI@HALLANDALERX.COM" <DMIZRAHI@HALLANDALERX.COM>, "DMPHARMACY@GMAIL.COM" <DMPHARMACY@GMAIL.COM>, "DOCMD@LIVE.COM" <DOCMD@LIVE.COM>, "DOCTORS@MYPHARMOR.COM" <DOCTORS@MYPHARMOR.COM>, "DOLLY@EMERALDHILLSPHARMACY.COM" <DOLLY@EMERALDHILLSPHARMACY.COM>, "DOMINIAN3633@GMAIL.COM" <DOMINIAN3633@GMAIL.COM>, "domprx@gmail.com" <domprx@gmail.com>, "DON.BROOKSRX@GMAIL.COM" <DON.BROOKSRX@GMAIL.COM>, "DONALDBESS@YAHOO.COM" <DONALDBESS@YAHOO.COM>, "donghui@neec-boston.com" <donghui@neec-boston.com>, "donna.garcia@va.gov" <donna.garcia@va.gov>, "DONOVAN@BETTERCARERX.NET" <DONOVAN@BETTERCARERX.NET>, "DONS1222@GMAIL.COM" <DONS1222@GMAIL.COM>, "dora_judy@yahoo.com" <dora_judy@yahoo.com>, "DOSSMC_MH@AMERITECH.NET" <DOSSMC_MH@AMERITECH.NET>, "DPSKAHLON@GMAIL.COM" <DPSKAHLON@GMAIL.COM>,

"DR.ASTON@COREMEDCENTER.COM"
<DR.ASTON@COREMEDCENTER.COM>, "dr.hillsman@gmail.com"
<dr.hillsman@gmail.com>, "DR.XENOS@GMAIL.COM"
<DR.XENOS@GMAIL.COM>, "DR@MORRISONSRX.COM"
<DR@MORRISONSRX.COM>, "DRABEAR@AOL.COM"
<DRABEAR@AOL.COM>, "DRAKE@AAINFUSION.COM"
<DRAKE@AAINFUSION.COM>,
"DRALHAN@PAPHARMACYCONSULTING.COM"
<DRALHAN@PAPHARMACYCONSULTING.COM>,
"DRBARRY@REVIVELOT.COM" <DRBARRY@REVIVELOT.COM>,
"DRBRIANSHORT@HOTMAIL.COM" <DRBRIANSHORT@HOTMAIL.COM>,
"DRCHRIS@VITALITYMEDICINE.ORG"
<DRCHRIS@VITALITYMEDICINE.ORG>, "DRCMPERRY@GMAIL.COM"
<DRCMPERRY@GMAIL.COM>, "drdavidmullen@aol.com"
<drdavidmullen@aol.com>, "DRDEAN@COMEDSOLUTIONS.COM"
<DRDEAN@COMEDSOLUTIONS.COM>,
"DRDEAN@COMEDSOLUTIONS.COM"
<DRDEAN@COMEDSOLUTIONS.COM>, "dreampharmacyllc@gmail.com"
<dreampharmacyllc@gmail.com>, "DRG7782@HOTMAIL.COM"
<DRG7782@HOTMAIL.COM>, "DRICE@KENTGOV.ORG"
<DRICE@KENTGOV.ORG>, "DRKATEDIEP@OPTIMALWELLNESSRX.COM"
<DRKATEDIEP@OPTIMALWELLNESSRX.COM>,
"drmac@yourhealthcompounding.com" <drmac@yourhealthcompounding.com>,
"DRMAC@YOURHEALTHCOMPOUNDING.COM"
<DRMAC@YOURHEALTHCOMPOUNDING.COM>,
"DRMEHDIAN@GMAIL.COM" <DRMEHDIAN@GMAIL.COM>,
"DRMIKELND@GMAIL.COM" <DRMIKELND@GMAIL.COM>,
"DRMWOO@GMAIL.COM" <DRMWOO@GMAIL.COM>, "DRODRIGUEZ@HSC-PR.COM" <DRODRIGUEZ@HSC-PR.COM>,
"DROSHIDAR227@OUTLOOK.COM" <DROSHIDAR227@OUTLOOK.COM>,
"DRPATOUSBORNE@NETSCAPE.NET"
<DRPATOUSBORNE@NETSCAPE.NET>, "DRPC78@GMAIL.COM"
<DRPC78@GMAIL.COM>, "DRRAJA@HYBRIDPHARMA.COM"
<DRRAJA@HYBRIDPHARMA.COM>,
"DRREYELZMAN@BAYAREAFOOTCARE.COM"
<DRREYELZMAN@BAYAREAFOOTCARE.COM>,
"DRSEANLSHARP@GMAIL.COM" <DRSEANLSHARP@GMAIL.COM>,
"DRSTEVERX@JENSENSCP.COM" <DRSTEVERX@JENSENSCP.COM>,
"DRSTOCK@MICHIGANFOOTANDANKLE.COM"
<DRSTOCK@MICHIGANFOOTANDANKLE.COM>,
"DRUGCONSULT@YAHOO.COM" <DRUGCONSULT@YAHOO.COM>,
"DRUGDEPOT@GMAIL.COM" <DRUGDEPOT@GMAIL.COM>,
"DRUGMARTRX@YAHOO.COM" <DRUGMARTRX@YAHOO.COM>,
"DRUGS4LESS@HOTMAIL.COM" <DRUGS4LESS@HOTMAIL.COM>,
"DRUGSMARTKEANSBURG@GMAIL.COM"
<DRUGSMARTKEANSBURG@GMAIL.COM>,
"DRVAHEMELIKYAN@GMAIL.COM" <DRVAHEMELIKYAN@GMAIL.COM>,
"DSETH@CARECHOICERX.COM" <DSETH@CARECHOICERX.COM>,
"DSHULTZ@MINNICHSPHARMACY.COM"
<DSHULTZ@MINNICHSPHARMACY.COM>,
"DSMITH@TMTPHARMACY.COM" <DSMITH@TMTPHARMACY.COM>,
"DSTEPHENS@TRILEANA.COM" <DSTEPHENS@TRILEANA.COM>,
"duchitel@nyco-corp.com" <duchitel@nyco-corp.com>,
"DUNWOODYRX@GMAIL.COM" <DUNWOODYRX@GMAIL.COM>,
"DURHAMPHARM@GMAIL.COM" <DURHAMPHARM@GMAIL.COM>,
"DUSTIN@HAECKERVILLEPHARMACY.COM"

&lt;DUSTIN@HAECKERVILLEPHARMACY.COM&gt;,
"DUSTIN@MAMMOTHGLOBAL.IO" &lt;DUSTIN@MAMMOTHGLOBAL.IO&gt;,
"DVALENTINE@HARTMANBROTHERS.BIZ" &lt;DVALENTINE@HARTMANBROTHERS.BIZ&gt;,
"DWOODRUM@WATKINSPHARMACY.COM" &lt;DWOODRUM@WATKINSPHARMACY.COM&gt;

**Subject:** Safe Chain Solutions - Track-n-Trace T3 Records

**Attachment:** Track-n-trace customer letter.docx

Dear Valued Safe Chain Customers,

We are pleased to announce, as of April 1st we are now utilizing https://safechain.track-n-trace.net/ for all T3 needs. This program allows you as the customer to be in control of your own record keeping.

**Please see the attached Word Document for further instructions to access your online T3's**



Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com |

Dear Valued Safe Chain Customers,

We are pleased to announce, as of April 1st we are now utilizing https://safechain.track-n-trace.net/ for all T3 needs. This program allows you as the customer to be in control of your own record keeping.

Please follow the login instructions below:

**-Please copy or type the URL below to access the login screen.**

**https://safechain.track-n-trace.net/**

**-Login Username: Customer Number (Example:12-ST0123)**

**-Password: 5-digit MAIN Zip Code**

Once logged on the program will ask you to change your password. Once a new password has been created you will need to log back into the account. From there you will be able to view the T3 information.

Please reach out to your sales representative or compliance@safechain.com with any questions.

Thank you,

Safe Chain Solutions