| | |
|---|---|
| **From:** | King Kimchi <consulting012345@gmail.com> |
| **Sent:** | Wed 8/12/2020 1:29:50 AM (UTC) |
| **To:** | Charles Boyd <CharlesB@Safechain.com> |
| **Attachment:** | Updated BLVD 9229 .xlsx |

**GOVERNMENT EXHIBIT**

**GX 350**

1:24-cr-20255-WPD

GX 350.001

SCSRELATIVITY_0001359099