Message

**From**: garrett@pharmasales.com [garrett@pharmasales.com]
**Sent**: 6/10/2020 7:23:51 PM
**To**: 'Adam Brosius (Contact)' [adam@pharmasales.com]
**Subject**: FW: Global damage / open product

We should be sending the a bottle of Trimeq at no charge.  BLVD did send us 1 for free.

Confirm and I will have it sent

Garrett Mellott
World Wide Pharma Sales
Cell: 201-841-9591 | Fax: 888-885-1244
Skype: gmellott1 | Email: garrett@pharmasales.com
www.pharmasales.com

PharmaSales.com

---

**From:** Emin N. <emin@pharmasales.com>
**Sent:** Wednesday, June 10, 2020 3:13 PM
**To:** Adam Brosius <adam@pharmasales.com>
**Cc:** wwopenorders <wwopenorders@pharmasales.com>
**Subject:** Re: Global damage / open product

hi,

any update on damaged product Global was asking?

thank you

On Fri, May 29, 2020 at 3:10 PM Emin Emin <emin@pharmasales.com> wrote:
> This is what customer said:
>
> Worst case is the fact that the foil on top says albuterol!!! None of the other ones say that.
>
>
> Sent from my iPhone
>
>> On May 29, 2020, at 2:34 PM, Adam Brosius <adam@pharmasales.com> wrote:
>>
>>
>>
>> Emin  was this open or did the client open it?   distributor is asking
>>
>> ADAM BROSIUS | President
>> Worldwide Pharma Sales Group Inc.

GOVERNMENT EXHIBIT GX 353 1:24-cr-20255-WPD

ABWW-00022579
ABWW-00022579

455 NE Fifth Avenue Suite D434

Delray Beach, Florida 33483

215.595.3932

adam@pharmasales.com

On Fri, May 29, 2020 at 3:38 PM Emin N. <emin@pharmasales.com> wrote:

Hi,

please look at the pictures attached, this was open. if we can replace it for him. let me know how you like to do the exchange.

also, the Descovy is expiring 8/31/20 so it short-dated. he said how much discount can we offer him? maybe he will keep it. if not need to replace with long-dated.

I have the same issue with TLC , some products are short-dated. can you please look at the invoice and see whats short-dated.

thank you
---------- Forwarded message ---------
From: **Emin Emin** <emin@pharmasales.com>
Date: Thu, May 28, 2020 at 1:03 PM
Subject: Global damage / open product
To: Emin <emin@pharmasales.com>

Worst case is the fact that the foil on top says albuterol

Sent from my iPhone

--
Emin Noorijanian
World Wide Pharma Sales
Cell: 818-395-1706 | Fax: 323-648-8239
Email: Emin@pharmasales.com

--
Emin Noorijanian
World Wide Pharma Sales
Cell: 818-395-1706 | Fax: 323-648-8239
Email: Emin@pharmasales.com

GX 353.003

ABWW-00022581
ABWW-00022579



ABWW-00022565
ABWW-00022565

GX 353.004



ABWW-00022566
ABWW-00022566

GX 353.005



ABWW-00022567
ABWW-00022567

GX 353.006



ABWW-00022568
ABWW-00022568

GX 353.007



ABWW-00022569
ABWW-00022569

GX 353.008