| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 1/27/2021 5:00:48 PM (UTC) |
| **To:** | Adam Brosius (Contact)[adam@pharmasales.com] |
| **Subject:** | Re: |

King kimchi is fucking hilarious

Patrick Boyd
Managing Partner
855-437-5727 ext 1002


> On Jan 27, 2021, at 11:59 AM, Adam Brosius <adam@pharmasales.com> wrote:
>
> With Garrett out   I just wanted to make sure that all eyes saw this   thanks
>
>
>
> Worldwide Pharma Sales Group Inc.
>
> 455 NE Fifth Avenue Suite D434
>
> Delray Beach, Florida 33483
>
> 215.595.3932
>
> adam@pharmasales.com<mailto:adam@pharmasales.com>
>
>
> ---------- Forwarded message ---------
> From: King Kimchi <consulting012345@gmail.com<mailto:consulting012345@gmail.com>>
> Date: Wed, Jan 27, 2021 at 11:54 AM
> Subject:
> To: <invoices@safechain.com<mailto:invoices@safechain.com>>, <garrett@pharmasales.com<mailto:garrett@pharmasales.com>>, <adam@pharmasales.com<mailto:adam@pharmasales.com>>
>
>
>

GOVERNMENT EXHIBIT
356
1:24-cr-20255-WPD

SCSRELATIVITY_0001335409

GX 356.0001