**From:**        King Kimchi <consulting012345@gmail.com>
**Sent:**        Thur 10/15/2020 10:35:20 PM (UTC)
**To:**          compliance@safechain.com, CharlesB@safechain.com, AbbieD@safechain.com
**Attachment:**  Binder-012599654-62.pdf

GOVERNMENT
EXHIBIT

**358**

1:24-cr-20255-WPD

SCSRELATIVITY_0001330949

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 19DG231 | 1 | 07/2021 |
| | | |
| | | |

Reference Number: __01259654__
Document Type: **INVOICE**
Reference Date: __12/06/2020__

### (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 07/22/19    PO#A141244 | Date Received & Ref : 07/22/19 |
| Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/09/19    PO#20191009 | Date Received & Ref : 10/09/19 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19    PO#01259654 | Date Received & Ref : 12/06/19 |
| Name:<br>Address:<br> | Name:<br>Address:<br> |
| Date Purchased & Ref : | Date Received & Ref : |
| Name:<br>Address:<br> | Name:<br>Address:<br> |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0002

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 19HG416 | 1 | 09/2021 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

### (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP. | Name: AMERISOURCEBERGEN DRUG CORP. |
| Address: 5500 NEW HORIZONS BLVD | Address: 5500 NEW HORIZONS BLVD |
| NORTH AMITYVILLE, NY 11701-1156 | NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 07/18/19 PO#A141238 | Date Received & Ref : 07/18/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMSTERDAM WELLNESS PHARMACY INC | Name: AMSTERDAM WELLNESS PHARMACY INC |
| Address: 2091 AMSTERDAM AVE | Address: 2091 AMSTERDAM AVE |
| NEW YORK, NY 10032-8210 | NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/04/19 PO#20191004 | Date Received & Ref : 10/04/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE | Address: 9229 QUEENS BLVD STE |
| 11 REGO PARK, NY 11374 | 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19 PO#01259654 | Date Received & Ref : 12/06/19 |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0003

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|------------|----------|-----|
| 19MG726 | **3** | 01/2022 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

### (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 07/19/19  PO#A141241 | Date Received & Ref : 07/19/19 |
| Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/09/19  PO#20191009 | Date Received & Ref : 10/09/19 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19  PO#01259654 | Date Received & Ref : 12/06/19 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001330950

GX 358.0004

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 19MG727X | 1 | 05/2022 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP. <br> Address: 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> Date Purchased & Ref : 07/17/19   PO#A141236 | Name: AMERISOURCEBERGEN DRUG CORP. <br> Address: 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> Date Received & Ref : 07/17/19 |
| Name: AMSTERDAM WELLNESS PHARMACY INC <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> Date Purchased & Ref : 10/09/19   PO#20191009 | Name: AMSTERDAM WELLNESS PHARMACY INC <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> Date Received & Ref : 10/09/19 |
| Name: BOULEVARD 9229 LLC <br> Address: 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> Date Purchased & Ref : 12/06/19   PO#01259654 | Name: BOULEVARD 9229 LLC <br> Address: 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> Date Received & Ref : 12/06/19 |
| Name: <br> Address: <br><br> Date Purchased & Ref : | Name: <br> Address: <br><br> Date Received & Ref : |
| Name: <br> Address: <br><br> Date Purchased & Ref : | Name: <br> Address: <br><br> Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0005

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **PREZCOBIX 800MG/150MG 30TAB** |

NDC: 59676-575-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 20CG988 | **2** | 02/2022 |
|  |  |  |
|  |  |  |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/14/19   PO#A141296 | **Date Received & Ref :** 08/14/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/22/19   PO#20191022 | **Date Received & Ref :** 10/22/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of 1     pages.

SCSRELATIVITY_0001330950

GX 358.0006

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX 800MG/150MG 30TAB**

NDC: 59676-575-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 20DG048 | 1 | 03/2022 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. | **Name:** AMERISOURCEBERGEN DRUG CORP. |
| **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/14/19  PO#A141296 | **Date Received & Ref :** 08/14/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC | **Name:** AMSTERDAM WELLNESS PHARMACY INC |
| **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/23/19  PO#20191023 | **Date Received & Ref :** 10/23/19 |
| **Name:** BOULEVARD 9229 LLC | **Name:** BOULEVARD 9229 LLC |
| **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19  PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001330950

GX 358.0007

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|------------|----------|-----|
| 20EG062 | 3 | 01/2023 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

### (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Purchased & Ref :** 07/30/19   PO#A141265 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 <br><br> **Date Received & Ref :** 07/30/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 <br><br> **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 <br><br> **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |
| **Name:** <br> **Address:** <br><br> **Date Purchased & Ref :** | **Name:** <br> **Address:** <br><br> **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001330950

GX 358.0008

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **SYMTUZA 800MG/150MG/200MG/10MG 30TAB** |

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 20GG129 | **4** | 02/2023 |
|  |  |  |
|  |  |  |

Reference Number: <u>01259654</u>
Document Type: **INVOICE**
Reference Date: <u>12/06/2020</u>

## (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/29/19   PO#A141262 | **Date Received & Ref :** 07/29/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/09/19   PO#20191009 | **Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001330950

GX 358.0009

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 20GG131 | 2 | 01/2023 |
| | | |
| | | |

Reference Number: __01259654__
Document Type: **INVOICE**
Reference Date: __12/06/2020__

## (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/01/19   PO#A141268 | **Date Received & Ref :** 08/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/27/19   PO#20191027 | **Date Received & Ref :** 10/27/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1   of 1   pages.

SCSRELATIVITY_0001330950

GX 358.0010

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**PREZCOBIX 800MG/150MG 30TAB**

NDC: 59676-575-30

| Lot Number | Quantity | Exp |
|------------|----------|-----|
| 20HG193 | 1 | 06/2022 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

Manufacturer's Name: Janssen Pharmaceuticals, Inc.
Manufacturer's information 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 08/08/19   PO#A141285 | Date Received & Ref : 08/08/19 |
| Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/23/19   PO#20191023 | Date Received & Ref : 10/23/19 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19   PO#01259654 | Date Received & Ref : 12/06/19 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0011

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**SYMTUZA 800MG/150MG/200MG/10MG 30TAB**

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 20HG203 | **3** | 03/2023 |
| | | |
| | | |

Reference Number: __01259654__
Document Type: __**INVOICE**__
Reference Date: __12/06/2020__

### (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Purchased & Ref :** 07/22/19   PO#A141244 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156<br><br>**Date Received & Ref :** 07/22/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Purchased & Ref :** 10/09/19   PO#20191009 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210<br><br>**Date Received & Ref :** 10/09/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Purchased & Ref :** 12/06/19   PO#01259654 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374<br><br>**Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |
| **Name:**<br>**Address:**<br><br>**Date Purchased & Ref :** | **Name:**<br>**Address:**<br><br>**Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1         pages.

SCSRELATIVITY_0001330950

GX 358.0012

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **SYMTUZA 800MG/150MG/200MG/10MG 30TAB** |

NDC: 59676-800-30

| Lot Number | Quantity | Exp |
|---|---|---|
| 20MG726 | **2** | 01/2022 |
| | | |
| | | |

| | |
|---|---|
| **Reference Number:** | 01259654 |
| **Document Type:** | **INVOICE** |
| **Reference Date:** | 12/06/2020 |

### (TH) Transaction History

**Manufacturer's Name:** Janssen Pharmaceuticals, Inc.
**Manufacturer's information** 1000 U.S. Route 202 South, Raritan, NJ 08869

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :**   08/01/19   PO#A141268 | **Date Received & Ref :**   08/01/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :**   10/04/19   PO#20191004 | **Date Received & Ref :**   10/04/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :**   12/06/19   PO#01259654 | **Date Received & Ref :**   12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

SCSRELATIVITY_0001330950

GX 358.0013

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **ATRIPLA 600MG/200MG/300MG 30TAB** |

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 015512 | **1** | 07/2022 |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01259654 |
| Document Type: | **INVOICE** |
| Reference Date: | 12/06/2020 |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/08/19   PO#A141285 | **Date Received & Ref :** 08/08/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/22/19   PO#20191022 | **Date Received & Ref :** 10/22/19 |
| **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:** **Address:** | **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** **Address:** | **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA 600MG/200MG/300MG 30TAB**

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 015851 | **1** | 10/2022 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 08/08/19  PO#A141285 | Date Received & Ref : 08/08/19 |
| Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/17/19  PO#20191017 | Date Received & Ref : 10/17/19 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19  PO#01259654 | Date Received & Ref : 12/06/19 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0015

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA 600MG/200MG/300MG 30TAB**

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 016331 | **1** | 10/2022 |
| | | |
| | | |

Reference Number: __01259654__
Document Type: __**INVOICE**__
Reference Date: __12/06/2020__

### (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156**<br><br>Date Purchased & Ref :   08/05/19   **PO#A141275** | Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156**<br><br>Date Received & Ref :   08/05/19 |
| SOLD TO:<br>Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210**<br><br>Date Purchased & Ref :   10/10/19   **PO#20191010** | SHIPPED TO:<br>Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210**<br><br>Date Received & Ref :   10/10/19 |
| SOLD TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE**<br>**11 REGO PARK, NY 11374**<br><br>Date Purchased & Ref :   12/06/19   **PO#01259654** | SHIPPED TO:<br>Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE**<br>**11 REGO PARK, NY 11374**<br><br>Date Received & Ref :   12/06/19 |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |
| SOLD TO:<br>Name:<br>Address:<br><br>Date Purchased & Ref : | SHIPPED TO:<br>Name:<br>Address:<br><br>Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001330950

GX 358.0016

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **COMPLERA 200MG/25MG/300MG 30TAB** | | | |

NDC: 61958-1101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 016338 | **1** | 08/2021 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. <br> **Address:** 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/29/19   PO#A141262 | **Date Received & Ref :** 07/29/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC <br> **Address:** 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/10/19   PO#20191010 | **Date Received & Ref :** 10/10/19 |
| **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC <br> **Address:** 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:** <br> **Address:** | **Name:** <br> **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001330950

GX 358.0017

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **COMPLERA 200MG/25MG/300MG 30TAB** | | |

NDC: 61958-1101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 016339 | **1** | 08/2021 |
| | | |
| | | |

**Reference Number:** 01259654
**Document Type:** **INVOICE**
**Reference Date:** 12/06/2020

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/29/19 PO#A141262 | **Date Received & Ref :** 07/29/19 |
| **SOLD TO:**<br>**Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **SHIPPED TO:**<br>**Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/10/19 PO#20191010 | **Date Received & Ref :** 10/10/19 |
| **SOLD TO:**<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **SHIPPED TO:**<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19 PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:**<br>**Name:**<br>**Address:** | **SHIPPED TO:**<br>**Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:**<br>**Name:**<br>**Address:** | **SHIPPED TO:**<br>**Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001330950

GX 358.0018

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:

**COMPLERA 200MG/25MG/300MG 30TAB**

NDC: 61958-1101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 016348 | **1** | 09/2021 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | Name: AMERISOURCEBERGEN DRUG CORP.<br>Address: 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 07/22/19   PO#A141244 | Date Received & Ref : 07/22/19 |
| Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | Name: AMSTERDAM WELLNESS PHARMACY INC<br>Address: 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/04/19   PO#20191004 | Date Received & Ref : 10/04/19 |
| Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC<br>Address: 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19   PO#01259654 | Date Received & Ref : 12/06/19 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0019

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **ATRIPLA 600MG/200MG/300MG 30TAB** | | |

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| 017057 | **1** | 01/2023 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156** | Name: **AMERISOURCEBERGEN DRUG CORP.**<br>Address: **5500 NEW HORIZONS BLVD**<br>**NORTH AMITYVILLE, NY 11701-1156** |
| Date Purchased & Ref : 08/08/19   PO#A141285 | Date Received & Ref : 08/08/19 |
| Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210** | Name: **AMSTERDAM WELLNESS PHARMACY INC**<br>Address: **2091 AMSTERDAM AVE**<br>**NEW YORK, NY 10032-8210** |
| Date Purchased & Ref : 10/22/19   PO#20191022 | Date Received & Ref : 10/22/19 |
| Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE**<br>**11 REGO PARK, NY 11374** | Name: **BOULEVARD 9229 LLC**<br>Address: **9229 QUEENS BLVD STE**<br>**11 REGO PARK, NY 11374** |
| Date Purchased & Ref : 12/06/19   PO#01259654 | Date Received & Ref : 12/06/19 |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| Name:<br>Address: | Name:<br>Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of 1    pages.

SCSRELATIVITY_0001330950

GX 358.0020

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
|---|
| **COMPLERA 200MG/25MG/300MG 30TAB** |

NDC: 61958-1101-1

| Reference Number: | 01259654 |
|---|---|
| Document Type: | **INVOICE** |
| Reference Date: | 12/06/2020 |

| Lot Number | Quantity | Exp |
|---|---|---|
| 018830 | **3** | 08/2021 |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP. **Address:** 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/22/19   PO#A141244 | **Date Received & Ref :** 07/22/19 |
| **SOLD TO:** **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | **SHIPPED TO:** **Name:** AMSTERDAM WELLNESS PHARMACY INC **Address:** 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/24/19   PO#20191024 | **Date Received & Ref :** 10/24/19 |
| **SOLD TO:** **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | **SHIPPED TO:** **Name:** BOULEVARD 9229 LLC **Address:** 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:** **Name:** **Address:** | **SHIPPED TO:** **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:** **Name:** **Address:** | **SHIPPED TO:** **Name:** **Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1       of  1       pages.

SCSRELATIVITY_0001330950

GX 358.0021

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| --- |
| **ATRIPLA 600MG/200MG/300MG 30TAB** |

NDC: 15584-0101-1

| Reference Number: | 01259654 |
| --- | --- |
| Document Type: | **INVOICE** |
| Reference Date: | 12/06/2020 |

| Lot Number | Quantity | Exp |
| --- | --- | --- |
| 019276 | **1** | 04/2023 |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
| --- | --- |
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/14/19   PO#A141296 | **Date Received & Ref :** 08/14/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/22/19   PO#20191022 | **Date Received & Ref :** 10/22/19 |
| **SOLD TO:**<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **SHIPPED TO:**<br>**Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **SOLD TO:**<br>**Name:**<br>**Address:** | **SHIPPED TO:**<br>**Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **SOLD TO:**<br>**Name:**<br>**Address:** | **SHIPPED TO:**<br>**Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1    of  1    pages.

SCSRELATIVITY_0001330950

GX 358.0022

**SAFE CHAIN SOLUTIONS, LLC**

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | |
|---|---|---|
| **COMPLERA 200MG/25MG/300MG 30TAB** | | |

NDC: 61958-1101-1

| Reference Number: | 01259654 |
|---|---|
| Document Type: | **INVOICE** |
| Reference Date: | 12/06/2020 |

| Lot Number | Quantity | Exp |
|---|---|---|
| 019427 | **2** | 01/2022 |
| | | |
| | | |

## (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information** 333 Lakeside Drive, Foster City, CA 94404

| **SOLD TO:** | **SHIPPED TO:** |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP. <br> Address: 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 | Name: AMERISOURCEBERGEN DRUG CORP. <br> Address: 5500 NEW HORIZONS BLVD <br> NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 08/08/19  PO#A141285 | Date Received & Ref : 08/08/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| Name: AMSTERDAM WELLNESS PHARMACY INC <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 | Name: AMSTERDAM WELLNESS PHARMACY INC <br> Address: 2091 AMSTERDAM AVE <br> NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/04/19  PO#20191004 | Date Received & Ref : 10/04/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| Name: BOULEVARD 9229 LLC <br> Address: 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 | Name: BOULEVARD 9229 LLC <br> Address: 9229 QUEENS BLVD STE <br> 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19  PO#01259654 | Date Received & Ref : 12/06/19 |
| **SOLD TO:** | **SHIPPED TO:** |
| Name: <br> Address: | Name: <br> Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| **SOLD TO:** | **SHIPPED TO:** |
| Name: <br> Address: | Name: <br> Address: |
| Date Purchased & Ref : | Date Received & Ref : |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –  (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0023

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | | |
|---|---|---|---|---|
| **RAYOS 5 MG 30TAB** | | | Reference Number: | 01259654 |
| NDC: 75987-022-01 | | | Document Type: | **INVOICE** |
| | | | Reference Date: | 12/06/2020 |

| Lot Number | Quantity | Exp |
|---|---|---|
| 19190020A | **20** | 11/2021 |
| | | |
| | | |

### (TH) Transaction History

**Manufacturer's Name:** Horizon Pharma USA, Inc.
**Manufacturer's information:** Two Tower Place, 12th Floor, South San Francisco, CA 94080

| SOLD TO: | SHIPPED TO: |
|---|---|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 07/16/19   PO#A141232 | **Date Received & Ref :** 07/16/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/17/19   PO#20191017 | **Date Received & Ref :** 10/17/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1     of  1      pages.

SCSRELATIVITY_0001330950

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

Drug Name, Strength, Dosage Form, Container Size:
**ATRIPLA 600MG/200MG/300MG 30TAB**

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|------------|----------|-----|
| U427803A | **1** | 11/2022 |
|  |  |  |
|  |  |  |

Reference Number: ___01259654___
Document Type: **INVOICE**
Reference Date: ___12/06/2020___

### (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| Name: **AMERISOURCEBERGEN DRUG CORP.** Address: **5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156** | Name: **AMERISOURCEBERGEN DRUG CORP.** Address: **5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156** |
| Date Purchased & Ref : 08/21/19 PO#A141306 | Date Received & Ref : 08/21/19 |
| Name: **AMSTERDAM WELLNESS PHARMACY INC** Address: **2091 AMSTERDAM AVE NEW YORK, NY 10032-8210** | Name: **AMSTERDAM WELLNESS PHARMACY INC** Address: **2091 AMSTERDAM AVE NEW YORK, NY 10032-8210** |
| Date Purchased & Ref : 10/27/19 PO#20191027 | Date Received & Ref : 10/27/19 |
| Name: **BOULEVARD 9229 LLC** Address: **9229 QUEENS BLVD STE 11 REGO PARK, NY 11374** | Name: **BOULEVARD 9229 LLC** Address: **9229 QUEENS BLVD STE 11 REGO PARK, NY 11374** |
| Date Purchased & Ref : 12/06/19 PO#01259654 | Date Received & Ref : 12/06/19 |
| Name: Address: | Name: Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| Name: Address: | Name: Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1      pages.

SCSRELATIVITY_0001330950

GX 358.0025

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: | | | |
|---|---|---|---|
| **ATRIPLA 600MG/200MG/300MG 30TAB** | | | |

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|---|---|---|
| U429630A | 1 | 01/2023 |
| | | |
| | | |

Reference Number: 01259654
Document Type: **INVOICE**
Reference Date: 12/06/2020

### (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|---|---|
| Name: AMERISOURCEBERGEN DRUG CORP. | Name: AMERISOURCEBERGEN DRUG CORP. |
| Address: 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 | Address: 5500 NEW HORIZONS BLVD NORTH AMITYVILLE, NY 11701-1156 |
| Date Purchased & Ref : 08/21/19    PO#A141306 | Date Received & Ref : 08/21/19 |
| SOLD TO: | SHIPPED TO: |
| Name: AMSTERDAM WELLNESS PHARMACY INC | Name: AMSTERDAM WELLNESS PHARMACY INC |
| Address: 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 | Address: 2091 AMSTERDAM AVE NEW YORK, NY 10032-8210 |
| Date Purchased & Ref : 10/27/19    PO#20191027 | Date Received & Ref : 10/27/19 |
| SOLD TO: | SHIPPED TO: |
| Name: BOULEVARD 9229 LLC | Name: BOULEVARD 9229 LLC |
| Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 | Address: 9229 QUEENS BLVD STE 11 REGO PARK, NY 11374 |
| Date Purchased & Ref : 12/06/19    PO#01259654 | Date Received & Ref : 12/06/19 |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |
| SOLD TO: | SHIPPED TO: |
| Name: | Name: |
| Address: | Address: |
| Date Purchased & Ref : | Date Received & Ref : |

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) –   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0026

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

## (TI) Transaction Information

| Drug Name, Strength, Dosage Form, Container Size: |
| ATRIPLA 600MG/200MG/300MG 30TAB |

NDC: 15584-0101-1

| Lot Number | Quantity | Exp |
|------------|----------|-----|
| U434179A | 2 | 02/2023 |
| | | |
| | | |

| | |
|---|---|
| Reference Number: | 01259654 |
| Document Type: | **INVOICE** |
| Reference Date: | 12/06/2020 |

## (TH) Transaction History

Manufacturer's Name: Gilead Sciences, Inc.
Manufacturer's information: 333 Lakeside Drive, Foster City, CA 94404

| SOLD TO: | SHIPPED TO: |
|----------|-------------|
| **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 | **Name:** AMERISOURCEBERGEN DRUG CORP.<br>**Address:** 5500 NEW HORIZONS BLVD<br>NORTH AMITYVILLE, NY 11701-1156 |
| **Date Purchased & Ref :** 08/21/19   PO#A141306 | **Date Received & Ref :** 08/21/19 |
| **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 | **Name:** AMSTERDAM WELLNESS PHARMACY INC<br>**Address:** 2091 AMSTERDAM AVE<br>NEW YORK, NY 10032-8210 |
| **Date Purchased & Ref :** 10/27/19   PO#20191027 | **Date Received & Ref :** 10/27/19 |
| **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 | **Name:** BOULEVARD 9229 LLC<br>**Address:** 9229 QUEENS BLVD STE<br>11 REGO PARK, NY 11374 |
| **Date Purchased & Ref :** 12/06/19   PO#01259654 | **Date Received & Ref :** 12/06/19 |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |
| **Name:**<br>**Address:** | **Name:**<br>**Address:** |
| **Date Purchased & Ref :** | **Date Received & Ref :** |

## (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1      of  1         pages.

SCSRELATIVITY_0001330950

GX 358.0027

SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document

### (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
**ATRIPLA 600MG/200MG/300MG 30TAB**

**NDC: 15584-0101-1**

| Lot Number | Quantity | Exp |
|---|---|---|
| U434181 | 1 | 02/2023 |
| | | |
| | | |

**Reference Number:** 01259654
**Document Type:** INVOICE
**Reference Date:** 12/06/2020

### (TH) Transaction History

**Manufacturer's Name:** Gilead Sciences, Inc.
**Manufacturer's information:** 333 Lakeside Drive, Foster City, CA 94404

**SOLD TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156

**Date Purchased & Ref :** 08/21/19   PO#A141306

**SHIPPED TO:**
**Name:** AMERISOURCEBERGEN DRUG CORP.
**Address:** 5500 NEW HORIZONS BLVD
NORTH AMITYVILLE, NY 11701-1156

**Date Received & Ref :** 08/21/19

**SOLD TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210

**Date Purchased & Ref :** 10/27/19   PO#20191027

**SHIPPED TO:**
**Name:** AMSTERDAM WELLNESS PHARMACY INC
**Address:** 2091 AMSTERDAM AVE
NEW YORK, NY 10032-8210

**Date Received & Ref :** 10/27/19

**SOLD TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374

**Date Purchased & Ref :** 12/06/19   PO#01259654

**SHIPPED TO:**
**Name:** BOULEVARD 9229 LLC
**Address:** 9229 QUEENS BLVD STE
11 REGO PARK, NY 11374

**Date Received & Ref :** 12/06/19

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

**SOLD TO:**
**Name:**
**Address:**

**Date Purchased & Ref :**

**SHIPPED TO:**
**Name:**
**Address:**

**Date Received & Ref :**

### (TS) Transaction Statement: This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A) – (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

Page: 1        of  1        pages.

SCSRELATIVITY_0001330950

GX 358.0028