| | |
|---|---|
| **From:** | Tim Streck <tstreck@rphpartners.net> |
| **Sent:** | Tue 1/5/2021 11:35:18 PM (UTC) |
| **To:** | Dakota Flowers <dakotaf@safechain.com> |
| **Subject:** | RE: [EXTERNAL] Pedigree Corrections |

Hi Dakota,

Happy New Year and hope all is well.

I wanted to confirm the email for GENTEK is correct because I keep getting undeliverable message Sales@gentekusa.com
Please let me know when you get a chance and if you have a phone number that would be great.
Thanks for your help.

*Any questions or concerns please do not hesitate to contact me.*

Have a great day,

**Timothy Streck**
*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*
*RPH Partners Inc. dba San Diego Wholesale Distribution*
*4295 E. Jurupa St, Suite 102*
*Ontario, CA. 91761*
*P:909-687-7005*
*F:909-490-0341*
*Email:* tstreck@rphpartners.net

**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Friday, December 18, 2020 5:17 AM
**To:** Tim Streck <tstreck@rphpartners.net>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>; Courtney Scumacher <courtneys@pharmasales.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections

Good Morning!
The only contact information I have for Gentek to verify pedigrees is Sales@gentekusa.com
Hope this helps!



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com | LinkedIn

**GOVERNMENT EXHIBIT**
**361**
1:24-cr-20255-WPD

SCSRELATIVITY_0001330441

GX 361.0001

**From:** Tim Streck <tstreck@rphpartners.net>
**Sent:** Wednesday, December 16, 2020 4:00 PM
**To:** Dakota Flowers <dakotaf@safechain.com>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>; Courtney Scumacher <courtneys@pharmasales.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections
**Importance:** High

Hello Dakota/Emin,

Thanks for the update. Hopefully, you all can come up with a solution to get this pertinent data from start to finish.
Appreciate you sending us accurate information like you indicated below.

We need a contact person at GENTEK LLC? I am needing to verify some information on the pedigrees. Appreciate your help with this information.

*Any questions or concerns please do not hesitate to contact me.*

*Have a great day,*

*Timothy Streck*
*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*
*RPH Partners Inc. dba San Diego Wholesale Distribution*
*4295 E. Jurupa St, Suite 102*
*Ontario, CA. 91761*
*P:909-687-7005*
*F:909-490-0341*
*Email: tstreck@rphpartners.net*

**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Wednesday, December 16, 2020 5:48 AM
**To:** Tim Streck <tstreck@rphpartners.net>; Courtney Scumacher <courtneys@pharmasales.com>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections

Good Morning Tim!

We can reach out the The Systems House with MDS again to see if they can assist us. The last time I spoke with Rachel she stated "They are not using EDI for incoming 856's.  Therefore the system only adds the inbound as the vendor they purchased from and themselves. The rest is all manually done. If it's sent to you and it has, say 2 inbounds today, and then resent tomorrow, and it's different, that is all done manually.  When it's sent to you, the system is only taking the information that is there at the time and creating the 856 document." I am not entirely sure what the tech part of that statement

means. But for the time being I can send you the corrected Pedigrees, so you will have the most accurate information! I can keep an eye out for your outgoing orders, Or feel free to send me an email when you place your order. Once the package is out for shipment, I Should be able to pull the pedigrees for you! I will keep you updated on all this information!!

Thank you again for your patience!

Dakota



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com  |  Linkedin

---

**From:** Tim Streck <tstreck@rphpartners.net>
**Sent:** Monday, December 14, 2020 5:47 PM
**To:** Dakota Flowers <dakotaf@safechain.com>; Courtney Scumacher <courtneys@pharmasales.com>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections

Hello Emin,

Thanks for Pedigree for PREZISTA.
Thanks,
Tim

---

**From:** Tim Streck
**Sent:** Monday, December 14, 2020 2:36 PM
**To:** Dakota Flowers <dakotaf@safechain.com>; Courtney Scumacher <courtneys@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>
**Subject:** RE: [EXTERNAL] Pedigree Corrections
**Importance:** High

Hello Dakota,

Has Safe Chain reached out to Tracelink to see if there is a solution between MDS and Tracelink system, I know Tracelink works with many companies and I am sure they could find a solution instead of this being manually entered by us into Tracelink. What software are you using because we are receiving a partial T3 from you all just not all the data which tells me it can possibly be done.
I can reach out to Tracelink and see if they can help and talk with your IT Department?
Any thoughts?

SCSRELATIVITY_0001330441

GX 361.0003

Yes, please continue to send Pedigrees when we place orders until we can fix the EDI for incoming ASN 856's.

We are in need of Pedigree for order #01S34758004 for the PREZISTA we received today.

*Any questions or concerns please do not hesitate to contact me.*

*Have a great day,*

*Timothy Streck*
*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*
*RPH Partners Inc. dba San Diego Wholesale Distribution ( a NABP Accredited Drug Distributor)*
*4295 E. Jurupa St, Suite 102*
*Ontario, CA. 91761*
*P:909-687-7005*
*F:909-490-0341*
*Email: tstreck@rphpartners.net*

---

**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Monday, December 14, 2020 2:01 PM
**To:** Tim Streck <tstreck@rphpartners.net>; Courtney Scumacher <courtneys@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** [EXTERNAL] Pedigree Corrections

Good Afternoon!

We have been adjusting some things, And I believe the past pedigrees SHOULD pull correctly now through TraceLink. (This does not include order # 01S34758) We believe the pedigree are pulling/missing information Since we do not use TraceLink with our vendors, so the information isn't compatible with our software. We have manually adjusted the information, so hopefully it will pull correctly. Due to the discrepancies between the software systems, at this time we will be disconnecting the link between TraceLink and MDS.  We want to ensure you have the correct information at all times! We are more than happy pulling the correct pedigrees when your order is placed.
If you have any questions please let us know!



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com | Linkedin

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and

SCSRELATIVITY_0001330441

GX 361.0004

Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at (818)848-8112 and by reply email and permanently delete this email and any attachments.

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at (818)848-8112 and by reply email and permanently delete this email and any attachments.

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at (818)848-8112 and by reply email and permanently delete this email and any attachments.

SCSRELATIVITY_0001330441

GX 361.0005

| | |
|---|---|
| **From:** | Dakota Flowers <dakotaf@safechain.com> |
| **Sent:** | Fri 12/18/2020 1:17:25 PM (UTC) |
| **To:** | Tim Streck <tstreck@rphpartners.net>, Emin Emin <emin@pharmasales.com> |
| **Cc:** | compliance <compliance@Safechain.com>, Cheryl Krueger <CKrueger@rphpartners.net>, Jeff Griffith <jgriffith@bmrpartners.com>, Courtney Scumacher <courtneys@pharmasales.com> |
| **Subject:** | RE: [EXTERNAL] Pedigree Corrections |

Good Morning!
The only contact information I have for Gentek to verify pedigrees is Sales@gentekusa.com
Hope this helps!



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com | Linkedin

**From:** Tim Streck <tstreck@rphpartners.net>
**Sent:** Wednesday, December 16, 2020 4:00 PM
**To:** Dakota Flowers <dakotaf@safechain.com>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>; Courtney Scumacher <courtneys@pharmasales.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections
**Importance:** High

Hello Dakota/Emin,

Thanks for the update. Hopefully, you all can come up with a solution to get this pertinent data from start to finish.
Appreciate you sending us accurate information like you indicated below.

We need a contact person at GENTEK LLC? I am needing to verify some information on the pedigrees. Appreciate your help with this information.

*Any questions or concerns please do not hesitate to contact me.*

*Have a great day,*

*Timothy Streck*
*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*
*RPH Partners Inc. dba San Diego Wholesale Distribution*
*4295 E. Jurupa St, Suite 102*

*Ontario, CA. 91761*
*P:909-687-7005*
F:909-490-0341
Email: tstreck@rphpartners.net

**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Wednesday, December 16, 2020 5:48 AM
**To:** Tim Streck <tstreck@rphpartners.net>; Courtney Scumacher <courtneys@pharmasales.com>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections

Good Morning Tim!

We can reach out the The Systems House with MDS again to see if they can assist us. The last time I spoke with Rachel she stated "They are not using EDI for incoming 856's. Therefore the system only adds the inbound as the vendor they purchased from and themselves. The rest is all manually done. If it's sent to you and it has, say 2 inbounds today, and then resent tomorrow, and it's different, that is all done manually. When it's sent to you, the system is only taking the information that is there at the time and creating the 856 document." I am not entirely sure what the tech part of that statement means. But for the time being I can send you the corrected Pedigrees, so you will have the most accurate information! I can keep an eye out for your outgoing orders, Or feel free to send me an email when you place your order. Once the package is out for shipment, I Should be able to pull the pedigrees for you! I will keep you updated on all this information!!

Thank you again for your patience!

Dakota



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com | Linked in

**From:** Tim Streck <tstreck@rphpartners.net>
**Sent:** Monday, December 14, 2020 5:47 PM
**To:** Dakota Flowers <dakotaf@safechain.com>; Courtney Scumacher <courtneys@pharmasales.com>; Emin Emin <emin@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>; Jeff Griffith <jgriffith@bmrpartners.com>
**Subject:** RE: [EXTERNAL] Pedigree Corrections

Hello Emin,

Thanks for Pedigree for PREZISTA.
Thanks,
Tim

---

**From:** Tim Streck
**Sent:** Monday, December 14, 2020 2:36 PM
**To:** Dakota Flowers <dakotaf@safechain.com>; Courtney Scumacher <courtneys@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>; Cheryl Krueger <CKrueger@rphpartners.net>
**Subject:** RE: [EXTERNAL] Pedigree Corrections
**Importance:** High

Hello Dakota,

Has Safe Chain reached out to Tracelink to see if there is a solution between MDS and Tracelink system, I know Tracelink works with many companies and I am sure they could find a solution instead of this being manually entered by us into Tracelink. What software are you using because we are receiving a partial T3 from you all just not all the data which tells me it can possibly be done.
I can reach out to Tracelink and see if they can help and talk with your IT Department?
Any thoughts?

Yes, please continue to send Pedigrees when we place orders until we can fix the EDI for incoming ASN 856's.

We are in need of Pedigree for order #01S34758004 for the PREZISTA we received today.

*Any questions or concerns please do not hesitate to contact me.*

*Have a great day,*

*Timothy Streck*
*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*
*RPH Partners Inc. dba San Diego Wholesale Distribution ( a NABP Accredited Drug Distributor)*
*4295 E. Jurupa St, Suite 102*
*Ontario, CA. 91761*
*P:909-687-7005*
*F:909-490-0341*
*Email: tstreck@rphpartners.net*

---

**From:** Dakota Flowers <dakotaf@safechain.com>
**Sent:** Monday, December 14, 2020 2:01 PM
**To:** Tim Streck <tstreck@rphpartners.net>; Courtney Scumacher <courtneys@pharmasales.com>
**Cc:** compliance <compliance@Safechain.com>
**Subject:** [EXTERNAL] Pedigree Corrections

Good Afternoon!

We have been adjusting some things, And I believe the past pedigrees SHOULD pull correctly now through TraceLink. (This does not include order # 01S34758) We believe the pedigree are pulling/missing information Since we do not use TraceLink with our vendors, so the information isn't compatible with our software. We have manually adjusted the information, so hopefully it will pull correctly. Due to the discrepancies between the software systems, at this time we will be disconnecting the link between TraceLink and MDS. We want to ensure you have the correct information at all times! We are more than happy pulling the correct pedigrees when your order is placed.

If you have any questions please let us know!



**Dakota Flowers** | Compliance Support Specialist
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1022 | fax: 866.930.1128
www.SafeChain.com |  Linked in

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at (818)848-8112 and by reply email and permanently delete this email and any attachments.

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at (818)848-8112 and by reply email and permanently delete this email and any attachments.