| | |
|---|---|
| **From:** | Charles Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent:** | Mon 2/1/2021 1:34:16 AM (UTC) |
| **To:** | Adam Brosius (Contact)[adam@pharmasales.com] |
| **Cc:** | Pat Boyd[PatB@Safechain.com] |
| **Subject:** | Re: Safe Chain Solutions Letter 01-21 |

Big DBs



**Charlie Boyd** | Founder & CEO
Safe Chain Solutions, LLC
822 Chesapeake Drive
Cambridge, MD 21613
office: 855.437.5727
www.SafeChain.com |

On Jan 31, 2021, at 8:31 PM, Adam Brosius <adam@pharmasales.com> wrote:

Thx. Now it's official!!

On Sun, Jan 31, 2021 at 6:40 PM Charles Boyd <CharlesB@safechain.com> wrote:

  FYI

> **Charlie Boyd** | Founder & CEO
> Safe Chain Solutions, LLC
> 822 Chesapeake Drive
> Cambridge, MD 21613
> office: 855.437.5727
> www.SafeChain.com |

Begin forwarded message:

> **From:** Abbie Divilio <AbbieD@safechain.com>
> **Date:** January 31, 2021 at 6:32:10 PM EST
> **To:** Charles Boyd <CharlesB@safechain.com>
> **Subject: FW: Safe Chain Solutions Letter 01-21**

**GOVERNMENT EXHIBIT 363**
1:24-cr-20255-WPD

SCSRELATIVITY_0001340304

GX 363.0001

Hey Charlie,

Attached is a letter from San Diego Wholesale stating they no longer want to do business with us. I believe this is in part due to them having to wait for T3s, which were ones we had to manually update from Genetek. Also, they are stating some licensing discrepancies from Gentek and the supplier in Puerto Rico.

As far as the T3s, Dakota and I always worked with them, to get them the T3s ASAP.

Thanks,

**Abbie Divilio** | Director of Compliance

Safe Chain Solutions, LLC

822 Chesapeake Drive | Cambridge, MD  21613

office: 855.437.5727 x1017 | fax: 866.930.1128

www.SafeChain.com |

---

**From:** Tim Streck <tstreck@rphpartners.net>
**Sent:** Friday, January 29, 2021 7:47 PM
**To:** Abbie Divilio <AbbieD@Safechain.com>; emin@pharmasales.com

SCSRELATIVITY_0001340304

GX 363.0002

Cc: Phil Montano <pmontano@bmrpartners.com>; Bill Guss <bguss@bmrpartners.com>
**Subject:** Safe Chain Solutions Letter 01-21

Dear Abbie/Emin,

Please see attached letter from our President.

*Any questions or concerns please do not hesitate to contact me.*

*Have a great day,*

Timothy Streck

*Designated Representative-in-Charge/ Supply Chain Director/Facilities Manager Ontario*

*RPH Partners Inc. dba San Diego Wholesale Distribution*

4295 E. Jurupa St, Suite 102

Ontario, CA. 91761

*P:909-687-7005*

*F:909-490-0341*

*Email:* tstreck@rphpartners.net

The information contained in this email transmission and any attachments may contain privileged and confidential information, including protected health information and/or patient information protected by federal and state privacy laws including the Health Insurance Portability and Accountability Act of 1996, as amended (HIPAA). It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender immediately at

(818)848-8112 and by reply email and permanently delete this email and any attachments.

--

**Worldwide Pharma Sales Group Inc.**

**455 NE Fifth Avenue Suite D434**

**Delray Beach, Florida 33483**

**215.595.3932**

**adam@pharmasales.com**