| | |
|---|---|
| From: | Pat Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| Sent: | 11/25/2020 7:24:49 PM |
| To: | Orders [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fc38ddea604f408b84222b11beeee9f8-Orders] |
| Subject: | FW: |

See below with inventory on consignment. The idea si to only receive this when its sold so we don't take a loss



**Patrick Boyd** | Managing Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD  21613
office: 855.437.5727 x1002 | fax: 866.930.1128
www.SafeChain.com | Linked in

**From:** Adam Brosius <adam@pharmasales.com>
**Sent:** Tuesday, November 24, 2020 6:57 PM
**To:** Open Orders <wwopenorders@pharmasales.com>; Pat Boyd <PatB@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
**Subject:**


**Bill   Please send this out to all reps tomorrow   then send an updated SD inventory to them every day.   Garrett will help with the inventory list.**

**Pat -- please send to all internal reps**

_____
_____

Happy Thanksgiving everyone!

I wanted to give everyone an update on the HIV market as we head into the holiday season.

We have been told by multiple suppliers that HIV availability dries up to almost nothing in early to mid December till the end of the year.  The big 3 take all the inventory from the manufacturers.   We haven't seen that yet -- but that is what we are expecting.  BLVD will be better than Gentek.

This will put a big strain on our suppliers and our GPO clients.

Also -- they are telling me that WAC prices sometimes get adjusted higher in the new year.

GOVERNMENT EXHIBIT
**367**
1:24-cr-20255-WPD

GX 367.0001

SCSRELATIVITY_0001339987

Pat, Garrett and I will be allocating HIV inventory to orders as it comes in. Do not put in large orders without talking to us, they will not be honored and will screw up inventory.

On a more positive note -- we bought some shortdated inventory from Blvd. This is very difficult to come by -- so take advantage of it ASAP before it is gone.

Blvd gave us a small discount which you can keep as GP or pass on to your clients. The pharmacies dont ever pass on the short dated discount to clients -- they keep the extra profit.

**This inventory is NOT in the system and will only be added as we sell it. Garrett (or Bill) will send out an updated SD inventory sheet every day -- call him with inventory questions.**

Below is the short dated list. They are out looking for more SD product. **BLVD ONLY.**

BLVD SHORT DATES

| Product | NDC | Expiration | QTY | WAC | Normal cost | Short Date Cost | MAX discount | | MIN Sales Price |
|---|---|---|---|---|---|---|---|---|---|
| Isentress 400mg | S00006-0227-61 | Feb 2021 | 49 | $1,653.12 | $1,225 | $1,100 | wac-9 | | $1,504.34 |
| Prezcobix | S59676-0575-30 | Jan 2021 | 94 | $2,018.20 | $1,450 | $1,285 | wac-12 | | $1,776.02 |
| Prezista 800 | S59676-0566-30 | Jan 2021 | 16 | $1,765.73 | $1,300 | $1,200 | wac-12 | | $1,553.84 |
| Genvoya | S61958-1901-01 | Mar 2021 | 2 | $3,238.31 | $2,625 | $2,525 | wac-9 | | $2,946.86 |
| STRIBILD | S61958-1201-01 | Jan 2021 | 5 | $3,396.99 | $2,700 | $2,450 | wac-12 | | $2,989.35 |
| Triumeq | S49702-0231-13 | Feb 2021 | 8 | $3,032.09 | $2,525 | $2,325 | wac-12 | | $2,668.24 |
| Viread | S61958-0401-01 | April 2021 | 1 | $1,253.50 | $1,003 | $900 | wac-9 | | $1,140.68 |

Talk to Garrett or myself if you have questions.

**HIV ADVICE --- SELL WHAT WE HAVE IN STOCK. We have the lowest prices anywhere. Don't worry about what we don't have. PUSH THE POSITIVE!!**

Thanks and Happy Holidays.

**Worldwide Pharma Sales Group Inc.**
**455 NE Fifth Avenue Suite D434**
**Delray Beach, Florida 33483**
215.595.3932
adam@pharmasales.com

SCSRELATIVITY_0001339987
GX 367.0003