| From: | Tyler Tedrow[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C0A37C651C274AB58219C99BE 95493FD-TYLER T] |
|---|---|
| Sent: | Wed 2/10/2021 2:25:00 PM (UTC) |
| To: | Pat Boyd[PatB@Safechain.com]; Orders[orders@safechain.com] |
| Subject: | Fw: Return Label for 3 Biktarvys w/ Invoice an Lot3S |
| Attachment: | Returning 01-21-2021 Ship 01-21-2021 Biktarvy NDC 61958-2501-01 re 2 Items Lot CFBGHA re 1 Item 021346.pdf |

Modern Pharmacy wants to return these. I have other customers waiting for Biktarvy so they are presold if SC doesn't have a buyer right now.

—

Safe Chain Solutions
822 Chesapeake Drive | Cambridge, MD  21613
office:  855.437.5727 | fax: 855.614.4118
www.safechain.com

---

**From:** RILF PA <mrosen0571@aol.com>
**Sent:** Wednesday, February 10, 2021 6:32 AM
**To:** Tyler Tedrow <TylerT@Safechain.com>
**Cc:** RILF PA <mrosen0571@aol.com>; mr@mrtaxlawyer.com <mr@mrtaxlawyer.com>
**Subject:** Return Label for 3 Biktarvys w/ Invoice an Lot3S

Hi Tyler, per your request, attached are the returns, with a summary cover and the Invoice matching the Lot #s. A picture is also included.
Thanks Much! :)

Sincerely.

Rosenbaum International Law Firm, P.A.
Michael Rosenbaum, CPA, Esq., LL.M. (Tax)
755 West 41st Street
Miami Beach, Florida 33140
Tel:    305-672-3770
Cell:   305-321-0321
Fax:    305-672-3772
Email: Mr@mrtaxlawyer.com /
          MRosen0571@aol.com
Firm Bio: http://www.mrtaxlawyer.com

GOVERNMENT
EXHIBIT
369
1:24-cr-20255-WPD

SCSRELATIVITY_0001352455

| Ship Date | Invoice Number | Drug Name | NDC | Lot # | # of Items | Credit ea. Item | Total Credit |
|---|---|---|---|---|---|---|---|
| 1/21/2021 | 01-41599 | Biktarvy | 61958-2501-01 | CFBGHA | 2 | $3,122.25 | $6,244.50 |
| 1/21/2021 | 01-41599 | Biktarvy | 61958-2501-01 | 021346 | 1 | $3,122.25 | $3,122.25 |
| | | | | | | **Total Credit:** | **$9,366.75** |
| | | | | | | | |

SCSRELATIVITY_0001352456



**SafeChain Solutions**

# Invoice

**Inv Number**
**01I41599**
**Page:   1**

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Remit To:**
**Safe Chain Solutions, LLC**
**PO Box 479**
**Souderton, PA 18964**

**www.safechain.com**
**accounting@safechain.com**

**Tel:  855-437-5727**
**Fax: 866-930-1128**
**RS0477617**

**Tel:  855-437-5727**
**Fax:**

| **Bill-to:**14-FL0195 | **Ship-to:**PHAR            001 |
|---|---|
| MODERN PHARMACY LLC<br>123 ALTON ROAD<br>ATTN: ACCTS PAYABLE<br>MIAMI BEACH  FL 33139 | MODERN PHARMACY LLC<br>123 ALTON ROAD<br>ATTN: MICHAEL ROSENBAUM<br>MIAMI BEACH  FL 33139 |

| **Invoice Date:** | 01/21/21 | **Salesman:** | Blackstone |
|---|---|---|---|
| **Ship Date:** | 01/21/21 | **Ship Via:** | UPS Ground |
| **Our Order No:** | 01S37411002 | **Customer Order #:** | None |
| | | **Terms:** | NET 15 |
| **License** | PH18913 Exp: 02/28/23 | **DEA #** BM8098849 Exp:01/31/21 LicExp:02/28/23 | |
| **Special Instructions** | CHARGE CC FEE | | |

| Line | Item Number / Description | Ordered | UM | Shipped | UM | B/O Qty | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 61958-2501-01<br>BIKTARVY 30CT<br>  NDC#: 61958-2501-01<br>  Prod Strength: 50-200-25 MG<br>  Prod Size: 30 EA | 5 | EA | 5 | EA | 0 | 3122.25* | EA | 15,611.25 |
| | Lot #: CFBGHA<br>Expiration Date: 02/28/23 | | | 2 | | | | | |
| | Lot #: 021346<br>Expiration Date: 02/28/23 | | | 3 | | | | | |
| 2 | 49702-0231-13<br>TRIUMEQ<br>  NDC#: 49702-0231-13<br>  Prod Strength: 600-50-300 MG<br>  Prod Size: 30 EA | 2 | EA | 2 | EA | 0 | 2927.33* | EA | 5,854.66 |
| | Lot #: 7N9K<br>Expiration Date: 08/31/22 | | | 2 | | | | | |
| | **SUB TOTAL** | | | | | | | | 21,465.91 |
| | **INVOICE TOTAL**<br>Additional License Information<br>State License for MD - Origin<br>D03211  Exp 05/31/21<br>State License for FL - Destination<br>PH18913  Exp 02/28/23 | | | | | | | | $21,465.91 |
| | **PLEASE NOTE OUR NEW REMIT TO ADDRESS** | | | | | | | | |

| **Cartons:**0 | **Weight:**0.0 | **\* Non-Taxable** |
|---|---|---|

SCSRELATIVITY_0001352456



SCSRELATIVITY_0001352456



SCSRELATIVITY_0001352456