| | |
|---|---|
| **From:** | Charles Boyd <CharlesB@Safechain.com> |
| **Sent:** | Tue 12/17/2019 12:12:13 AM (UTC) |
| **To:** | Amy Tomchak <Amy@pharmafunding.com>, Pat Boyd <PatB@Safechain.com> |
| **Cc:** | Anand Narayanan <Anand@pharmafunding.com>, "Adam Brosius (Contact)" <adam@pharmasales.com> |
| **Subject:** | RE: SCS- Safeway Summary Sheet.pdf |
| **Attachment:** | SCS 2019 P&L by month 103119.xlsx |
| **Attachment:** | SCS 2018 P&L by month 123118.xlsx |
| **Attachment:** | BENCHWORKS INC 2018 FEDERAL RETURN.pdf |
| **Attachment:** | Memorandum for Safe Chain Operating Agreement 11.19.14.pdf |
| **Attachment:** | SDI 1120 and F1120 2018.pdf |
| **Attachment:** | SDI Income Stmt YTD 10-31-19.pdf |

Hi Amy,

Please find the requested documents attached. Below are some additional details as well as a projected transaction sequence w/ cap tables. The Customer and Product profiles template is 80% complete. This will be done tomorrow and emailed over. If there's anything else you need please let me know. Once you have had time to review, I would love to setup a call to walk through everything and answer any questions or concerns you may have.

- The Cap schedule w/o BW is currently split equally 4 ways between Pat, Tony, Adam and myself. This will be adjusted accordingly with your equity investment.
- The operating agreement for 4B Partners is currently being drafted. We will send that over ASAP.
- The board for 4B Partners is Pat, Tony, Adam and I who all have voting rights. You must have 3/4 votes for approvals.
- The SafeWay purchase agreement is also currently being drafted. Will send over ASAP.
- The SafeWay financials are attached as an Income Statement through 10/31/19. We do not have them for 2018, only their tax return.


4B Partners Transaction Sequence:
     - SafeWay: LOI states a closing on or before 12/31.
     - SafeChain: Closing to be held on or before 1/31

4B Partners cap table as follows based on $1mm equity investment from Amy & Anand:
     - Temporary: 12/31 - 1/31, Pre SafeChain / Post SafeWay
          - 25% Amy & Anand
          - 75% Pat, Tony, Adam and I

     - Finalized: 1/31+, Post SafeChain / Post SafeWay
          - 12.5% Amy & Anand
          - 87.5% Pat, Tony, Adam and I

Charlie Boyd | President / Partner
Safe Chain Solutions, LLC
822 Chesapeake Drive | Cambridge, MD 21613
office: 855.437.5727 | Cell: 301.875.1581
www.SafeChain.com |

GOVERNMENT EXHIBIT
371
1:24-cr-20255-WPD

SCSRELATIVITY_0001420096

GX 371.0001

-----Original Message-----
From: Amy Tomchak <Amy@pharmafunding.com>
Sent: Friday, December 13, 2019 11:32 AM
To: Pat Boyd <PatB@Safechain.com>; Charles Boyd <CharlesB@Safechain.com>
Cc: Anand Narayanan <Anand@pharmafunding.com>; Adam Brosius (Contact) <adam@pharmasales.com>
Subject: RE: SCS- Safeway Summary Sheet.pdf

Hello Pat and Charlie,
Thanks for the call this morning. As discussed, can you please send over the following items?

Safe Chain
2018 and 2019 financials by month in excel
2018 Tax Returns
Cap Table with BW
Cap Table without BW
Current Operating Agreement
List of Board or Voting rights Managers

Safeway
Purchase Agreement draft?
2018 and 2019 financials by month in excel
2018 tax returns

-----Original Message-----
From: Amy Tomchak
Sent: Tuesday, December 10, 2019 9:13 AM
To: Pat Boyd <PatB@Safechain.com>
Subject: RE: SCS- Safeway Summary Sheet.pdf

Great.
Thank you. I will discuss LOC idea with Anand as well.

-----Original Message-----
From: Pat Boyd <PatB@Safechain.com>
Sent: Tuesday, December 10, 2019 8:52 AM
To: Amy Tomchak <Amy@pharmafunding.com>
Subject: SCS- Safeway Summary Sheet.pdf

Let me know if this looks a little better. I just got off with Adam and we were also talking about potentially running these as two separate companies all together where pharma funding could potentially be the LOC for Safeway. Just planning....