## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 41 | Date Range: 5/13/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Adam Brosius, Pat Boyd]** • 41 messages on 5/13/2020 • Adam Brosius • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**404**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

| :) | **Microsoft Teams chat between [Adam Brosius, Pat Boyd]** |

| AB | **Adam Brosius** | 5/13/2020, 12:15 AM |
Ok.  We can talk tomorrow.

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 12:23 AM |
sounds good!

| AB | **Adam Brosius** | 5/13/2020, 1:20 AM |
tomorrow we are putting in specific spiffs for products for the reps $25 for solox sales and $25 for Bensal sales

we had a big day on the P products today

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:22 AM |
Ok, let me know how you're doing it and I'll match it. Just might need help tracking because accounting will shoot me

| AB | **Adam Brosius** | 5/13/2020, 1:23 AM |
we will be able to track pretty easily   i got Solox corporate to put up $25   and we have #4000 Bensal in the P Products

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:24 AM |
This will go a long way

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:24 AM |
Is this on top of commission

| AB | **Adam Brosius** | 5/13/2020, 1:24 AM |
fucking sell something!

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:24 AM |
Lol

| AB | **Adam Brosius** | 5/13/2020, 1:24 AM |
yes on top

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:24 AM |
Ok great

| AB | **Adam Brosius** | 5/13/2020, 1:24 AM |
bribe people   that is what works

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:25 AM |
Hahahahaha i literally finished my last call 10 minutes ago

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:25 AM |
Need one fucking thing to work in this market and makes it all worth it

| AB | **Adam Brosius** | 5/13/2020, 1:26 AM |
i have a mask call in 5 and an HIV call at 10pm

| P | **Pat Boyd (PatB@Safechain.com)** | 5/13/2020, 1:27 AM |
Love this business

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>I actually do but just want to cut so many idiots out of it | 5/13/2020, 1:28 AM |
| AB | **Adam Brosius**<br>this HIV stuff can be very profitable   not by %   but by dollar volume | 5/13/2020, 2:07 AM |
| AB | **Adam Brosius**<br>i am talking to 3 reps from Gulf Coast that are leaving with their client base | 5/13/2020, 2:07 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Marc has a good hospital one too. Some chick | 5/13/2020, 2:39 AM |
| AB | **Adam Brosius**<br>ok   i have a phone call set up with a girl that is doing all hiv from gulf | 5/13/2020, 2:49 AM |
| AB | **Adam Brosius**<br>3 million a month | 5/13/2020, 2:49 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Steal her | 5/13/2020, 2:50 AM |
| AB | **Adam Brosius**<br>thats the plan | 5/13/2020, 2:51 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Marcs girl has pharmacies and hospitals. She was trying to jump 6 months ago but something happened. Maybe it was this | 5/13/2020, 2:52 AM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>can you send me the cdc info on your kn95's? | 5/13/2020, 2:17 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I have a large dental group interested but also looking for non 3m N95's | 5/13/2020, 2:17 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Want to bring up his application ? | 5/13/2020, 4:08 PM |
| AB | **Adam Brosius**<br>not yet | 5/13/2020, 4:10 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Ok | 5/13/2020, 4:10 PM |
| AB | **Adam Brosius**<br>can we get off the 4 person thread? | 5/13/2020, 8:23 PM |
| AB | **Adam Brosius**<br>i can work on it   8210 masks | 5/13/2020, 8:23 PM |
| AB | **Adam Brosius**<br>? | 5/13/2020, 8:23 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Lol was on my phone | 5/13/2020, 8:55 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Ok let me know | 5/13/2020, 8:55 PM |

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Eta, it's prepay ready to go | 5/13/2020, 8:55 PM |
| AB | **Adam Brosius**<br>ok   8210? | 5/13/2020, 8:55 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Asking now, they had 1860 offer before | 5/13/2020, 9:02 PM |
| AB | **Adam Brosius**<br>Hi Adam I have a deal for you.<br><br>Are you still interested in purchasing my company 100% for 1M ?<br><br>😊Karl Jebailey APD Founder Owner | 5/13/2020, 11:14 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Apd? Wtf | 5/13/2020, 11:18 PM |
| AB | **Adam Brosius**<br>Yup | 5/13/2020, 11:20 PM |

GX 404.004

RSMF_TEAMS_0000083340