**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 19 | Date Range: 5/29/2020 |

**Outline of Conversations**

:•]      **Microsoft Teams chat between [Kenzie Nalley, Charles Boyd]** • 19 messages on 5/29/2020 • Charles Boyd (CharlesB@Safechain.com) • Kenzie Nalley (KenzieN@Safechain.com)

**GOVERNMENT EXHIBIT**

**408**

1:24-cr-20255-WPD

RSMF_TEAMS_0000059471

**Messages in chronological order** (times are shown in GMT +00:00)

---

:-] **Microsoft Teams chat between [Kenzie Nalley, Charles Boyd]**

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:08 PM
hey there

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:08 PM
Hey!

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:09 PM
do you have a vendor intake form for BOULEVARD 9229 LLC?

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:09 PM
of course!

*File **"file-7226ca4-1590764971788-Boulevard.pdf"** is missing.*
*Attachment: Boulevard.pdf*

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:09 PM
thanks!

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:10 PM
at what time does compliance look at this?

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:11 PM
When we first receive the request, i forward the email that has the app, licenses and any other info to Compliance to approve, and then they send the approval/denial back to me. I dont begin any further steps until they have approved/denied. then i input in the system.

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:11 PM
ok cool

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:11 PM
thanks

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:11 PM
no problem!

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:11 PM
something sketchy with them?

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:12 PM
I'm just looking at a few things

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:12 PM
want to make sure we're all good

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:12 PM
cause i know they have three "contacts" there and i finally called the one guy and made him explain to me who was who

C   **Charles Boyd (CharlesB@Safechain.com)**                                5/29/2020, 3:12 PM
can you shoot me the approval email?

K   **Kenzie Nalley (KenzieN@Safechain.com)**                                5/29/2020, 3:13 PM
sent!

**C**  **Charles Boyd (CharlesB@Safechain.com)**                                        5/29/2020, 3:22 PM
thanks!

**C**  **Charles Boyd (CharlesB@Safechain.com)**                                        5/29/2020, 6:52 PM
where can I find the vendor intake form?

**K**  **Kenzie Nalley (KenzieN@Safechain.com)**                                        5/29/2020, 6:55 PM
Here you go!

*File **"file-40f9fcd-1590778512247-Vendor Intake Application.pdf"** is missing.*
*Attachment: Vendor Intake Application.pdf*