**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 25 | Date Range: 7/8/2020 |

**Outline of Conversations**

**Microsoft Teams chat between [Pat Boyd, Tyler Tedrow]** • 25 messages on 7/8/2020 • Pat Boyd (PatB@Safechain.com) • Tyler Tedrow (TylerT@Safechain.com)

GOVERNMENT
EXHIBIT

**410**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| :) | **Microsoft Teams chat between [Pat Boyd, Tyler Tedrow]** | |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>what time are you free for a call today | 7/8/2020, 2:19 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i should have about 30 min at 230 or 30 at 330 | 7/8/2020, 2:20 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>doing reveiws and have a packed on! | 7/8/2020, 2:20 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>3: 30 works | 7/8/2020, 2:21 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>busy guy! | 7/8/2020, 2:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>yeah shit has been piling up wit hthis hiv | 7/8/2020, 2:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i spent 2 hours in warehouse ysterday helping check shit in | 7/8/2020, 2:21 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>dang | 7/8/2020, 2:21 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>well not a bad thing | 7/8/2020, 2:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Definitely not but its obnoxius the way it comes in | 7/8/2020, 2:22 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>maybe 200 bottles but 35 different lots | 7/8/2020, 2:22 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>time confusing to check in I bet | 7/8/2020, 2:23 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>consuming | 7/8/2020, 2:23 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>ok my 2 moved to 230 so 2 is better | 7/8/2020, 2:29 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>can you do before 2 or after your 2: 30 | 7/8/2020, 3:15 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>ninja has to eat at some point but might be able to do like 145. i have a 3pm with this test kit company | 7/8/2020, 3:30 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>Lol | 7/8/2020, 4:00 PM |

| | | |
|---|---|---|
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>1:45 works, short call | 7/8/2020, 4:00 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>you freE? | 7/8/2020, 5:42 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>my call got moved | 7/8/2020, 6:00 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>im free | 7/8/2020, 6:00 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>? | 7/8/2020, 6:36 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I'm on til 330 right now, reviews ran over | 7/8/2020, 6:39 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>kk | 7/8/2020, 6:56 PM |
| T | **Tyler Tedrow (TylerT@Safechain.com)**<br>still busy? | 7/8/2020, 7:32 PM |