**Short Message Report**

| Conversations: 1 | Participants: 2 |
| Total Messages: 9 | Date Range: 7/16/2020 |

**Outline of Conversations**

    **Microsoft Teams chat between [Adam Brosius, Pat Boyd]** • 9 messages on 7/16/2020 • Adam Brosius • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**412**

1:24-cr-20255-WPD

RSMF_TEAMS_0000083290

**Messages in chronological order** (times are shown in GMT +00:00)

---

**Microsoft Teams chat between [Adam Brosius, Pat Boyd]**

**AB**    **Adam Brosius**    7/16/2020, 11:05 AM
gm sent to you and charlie

gm i wont be around today at all anything you need to go garrett please

if you can get product from Edel at gentek or more money to Edel please do it  without it we will struggle

**P**    **Pat Boyd (PatB@Safechain.com)**    7/16/2020, 11:58 AM
No problem I'll stay on Charlie about it. If you need anything let me know man.

**AB**    **Adam Brosius**    7/16/2020, 12:01 PM
Thx

**P**    **Pat Boyd (PatB@Safechain.com)**    7/16/2020, 1:34 PM
Let me know if you need me to do anything with the drhuve email

**P**    **Pat Boyd (PatB@Safechain.com)**    7/16/2020, 3:59 PM
Hey buddy i know you;re off today, when you check back in i just wanted you to review this for internal communication to managers so they can address any questions from people in their department. Happy to make any changes to be more consistent with whatever your messaging has been:
VERBAL COMMUNICATION FROM: Charlie Boyd


TO: SafeChain Management Team


 (also a similar but separate communication to Safeway    management team)



RE: Relationship with Worldwide Sales and Adam Brosius




We have recently learned that Adam Brosius, President of Worldwide Sales has been indicted in Federal Court for business activities that allegedly took place from 2014 through mid-2016.

Our relationship with Worldwide Sales started in 2018, well after these activities are alleged to have occurred. As you know, Worldwide Sales is one of the independent third-party contract sales organizations with which we do business and as such, Adam personally has no management responsibility or authority at SafeChain. While Adam dedicates his attention to these other matters, we will work directly with Garrett and Jenna, the Worldwide leadership team.

Worldwide has been an important contributor to our growth and we wish Adam the best as he works through this situation.

**AB**   **Adam Brosius**   7/16/2020, 5:40 PM
Looks ok to me.   I would suggest that if anyone has any questions that they call you

**P**   **Pat Boyd (PatB@Safechain.com)**   7/16/2020, 5:40 PM
Ok that sounds good

**AB**   **Adam Brosius**   7/16/2020, 8:47 PM
Long day.  Back at home. Saw chad.   He's ok.  I will follow up with everyone soon.  Thx for the support.

**P**   **Pat Boyd (PatB@Safechain.com)**   7/16/2020, 8:56 PM
You got it man. Take a load off!