**Short Message Report**

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 62 | Date Range: 8/17/2020 |

**Outline of Conversations**

**Microsoft Teams chat between [Jesse Hammett, Charles Boyd, Abbie Divilio]** • 62 messages on 8/17/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com) • Jesse Hammett (JesseH@Safechain.com)

**GOVERNMENT EXHIBIT**

**418**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| :) | **Microsoft Teams chat between [Jesse Hammett, Charles Boyd, Abbie Divilio]** | |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Could you remind me who the customer is that received the medication? | 8/17/2020, 1:30 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>i just asked i don;t know either | 8/17/2020, 1:31 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>we have sold this LOT a decent amount since june | 8/17/2020, 1:31 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>oh sorry just saw CB is on this lol | 8/17/2020, 1:31 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>Astrazeneca manufactures the XR400 and Gilead manufactures the biktarvy.  they are not the same company and are not under the same parent company | 8/17/2020, 1:33 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>so unless they are made in the same contract manufacturing plant it's unlikely the pills for one would end up in the bottle of another | 8/17/2020, 1:34 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Yes, I was just looking into that as well. Seems really weird that there could have been a mix up | 8/17/2020, 1:34 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>white cross is the customer | 8/17/2020, 1:35 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>there are two of them but unsure which it was | 8/17/2020, 1:35 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>getting customer now | 8/17/2020, 1:39 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>White Cross Palm Springs, 27-CA0128<br>    1 • Abbie Divilio (AbbieD@Safechain.com) | 8/17/2020, 1:39 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yep | 8/17/2020, 1:39 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>we sold him two bottle of that lot number | 8/17/2020, 1:41 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>soobvioulsy, the next person that talks to him needs to ask if he still has the other bottle, and if so have him open it | 8/17/2020, 1:42 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>or, follow up with whatever patient got it | 8/17/2020, 1:42 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yeah | 8/17/2020, 1:42 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 1:42 PM |

| | | |
|---|---|---|
| | none here? | |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>checking now | 8/17/2020, 1:42 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>we have biktarvy but none of that LOT | 8/17/2020, 1:44 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>damn | 8/17/2020, 1:46 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>were you able to confirm that we got that lot from Gentek or Blvd 9229? | 8/17/2020, 2:36 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>the T3 should show that | 8/17/2020, 2:47 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>let me verify | 8/17/2020, 2:47 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>confirmed | 8/17/2020, 2:48 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>AMSImage sent | 8/17/2020, 2:48 PM |
| | *Attachment: 0-eus-d1-8b99284a0d1b473708bd6edf9f80f814 (53 KB)* | |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>line #30 | 8/17/2020, 2:48 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>we only received 2 of that lot #? or is that just on this ROG? | 8/17/2020, 2:49 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>we only received 2 of that lot on this specific Rreceipt | 8/17/2020, 2:49 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>we sold both to the customer<br>    1 • Abbie Divilio (AbbieD@Safechain.com) | 8/17/2020, 2:50 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>how about this lot overall? | 8/17/2020, 2:51 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>these are all of our sales of this specific LOT for all time | 8/17/2020, 2:51 PM |
| | *File **"file-cbfeadd-1597675906450-lot sales tracking report ccpdpa.pdf"** is missing.*<br>*Attachment: lot sales tracking report ccpdpa.pdf* | |
| J | **Jesse Hammett (JesseH@Safechain.com)**<br>it looks like we received this same lot from this same vendor and sold it back on 7/7 to a different customer | 8/17/2020, 2:52 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>kind of strange that we sold this to the customer 2 and a half weeks ago | 8/17/2020, 2:58 PM |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 2:59 PM |
| | do you think we should contact the other customer? | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 3:01 PM |
| | probably some of them but I need to figure out the best way to bring it up | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 3:01 PM |
| | I mean if the pharmacy had the same issue they would be all over us right? | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 3:01 PM |
| | yes, I would think they would all be calling | |
| J | **Jesse Hammett (JesseH@Safechain.com)** | 8/17/2020, 3:02 PM |
| | when are you calling the pharmacy?  Honestly the bext thing that could happen is he has the other unit on his shelf, and can open it and see what's inside | |
| J | **Jesse Hammett (JesseH@Safechain.com)** | 8/17/2020, 3:02 PM |
| | and it's correct | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 3:02 PM |
| | in like 30 | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 4:33 PM |
| | I have called Drogueria Betances (The AD) and everything is in Spanish which I do not speak. | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 4:34 PM |
| | I have left 3 voicemail with Gilead in difference departments because no one knows what a pedigree is | |
| J | **Jesse Hammett (JesseH@Safechain.com)** | 8/17/2020, 5:15 PM |
| | Okay with Gilead we really need them to verify that that serial number is/was a legitimate Gilead serial number. | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 5:27 PM |
| | I will call again | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 5:56 PM |
| | yeah they should understand if you just say "I'm calling to verify a serial # of one of your products" | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 5:57 PM |
| | OK, I am still calling | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 6:23 PM |
| | I called again, (and again X 10) and was finally directed to someone who might be able to help me. I spoke with Clifford in the quality department, who said I would need to email a picture of the bottle with identifying information on it to them, and they would send it on to their investigation team. I explained that I simply wanted confirmation of this lot and serial number for verification purposes. | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 8/17/2020, 6:24 PM |
| | I have emailed them 1 picture | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 6:24 PM |
| | ok great | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 8/17/2020, 6:24 PM |
| | did they give you any sort of timeline? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I also forwarded you the email. He said they usually get back to people in one day | 8/17/2020, 6:24 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>he said they look up the batch numbers and production as well | 8/17/2020, 6:25 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>ok cool | 8/17/2020, 6:25 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Pat speaks spanish so he can call the AD | 8/17/2020, 6:26 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>OK | 8/17/2020, 6:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>please send him over all the details to ask about | 8/17/2020, 6:26 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>is that a joke? | 8/17/2020, 6:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>no | 8/17/2020, 6:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>but I'm surprised they dont have an English option when you call. | 8/17/2020, 6:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>the website has that option | 8/17/2020, 6:27 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>DROGUERIA BETANCES 939-488-2018 | 8/17/2020, 6:27 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>The receptionist speaks Spanish and I do not know how to ask for an English speaking person | 8/17/2020, 6:30 PM |



RSMF_TEAMS_0000007333