**Short Message Report**

| Conversations: 1 | Participants: 2 |
| Total Messages: 9 | Date Range: 9/1/2020 |

**Outline of Conversations**

**Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** • 9 messages on 9/1/2020 • Abbie Divilio (AbbieD@Safechain.com) • Pat Boyd (PatB@Safechain.com)

GOVERNMENT
EXHIBIT
**421**
1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

|   | **Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** |   |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>hi | 9/1/2020, 3:54 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>What up | 9/1/2020, 5:06 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>hey I sent an email this morning from Jon N | 9/1/2020, 5:06 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>When you have a minute can you review that, and let me know how you would like to proceed | 9/1/2020, 5:06 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Yes I was talking to charlie about it | 9/1/2020, 5:06 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I guess I would prefer he not just make something up, and just shuffle it over to us | 9/1/2020, 5:07 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>and the reason for the delay was because Boulevard was refusing to give us documentation | 9/1/2020, 5:07 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I think for this one what he said is ok because we probably shouldn't have shipped without the t3 but I know that was out of the question at the time | 9/1/2020, 5:08 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Right, we just can't tell client that | 9/1/2020, 5:08 PM |