## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 9/10/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** • 6 messages on 9/10/2020 • Abbie Divilio (AbbieD@Safechain.com) • Pat Boyd (PatB@Safechain.com)

GOVERNMENT
EXHIBIT

**425**

1:24-cr-20255-WPD

RSMF_TEAMS_0000074578

**Messages in chronological order** (times are shown in GMT +00:00)

|   |   |   |
|---|---|---|
| :) | **Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** | |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/10/2020, 6:13 PM |
|   | it looks like he just caleld jon a few minuts ago | |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/10/2020, 6:13 PM |
|   | [2:11 PM]<br>Jonathan Nicholls<br>the pharmacist Joseph literally just called me asking when can he get these as he has them set off to the side wanting to use them and can't until he gets the paperwork. | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 9/10/2020, 6:41 PM |
|   | We did not receive the T3;s from Boulevard for these. Jon A is pulling the inventory report for me to send to then so they can generate the T3s for us | |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/10/2020, 6:42 PM |
|   | ok great thank you so much! | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 9/10/2020, 6:45 PM |
|   | are we able to purchase more from Gentek and less from Boulevard? | |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/10/2020, 6:48 PM |
|   | the problem is gentek makes us buy packages with a lot of stuff we arent moving anywhere near as fast and boulevard is also cheaper by about 3% | |