# Short Message Report

| Conversations: 1 | Participants: 2 |
| Total Messages: 23 | Date Range: 9/11/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 23 messages on 9/11/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**427**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

:) **Microsoft Teams chat between [Adam Brosius, Charles Boyd]**

**AB** **Adam Brosius** 9/11/2020, 12:50 PM
gm i spoke with peter at blvd he cant release any product unless he gets 700k he really wasnt happy about no money yesterday

what is the total owed there

**C** **Charles Boyd (CharlesB@Safechain.com)** 9/11/2020, 12:56 PM
yeah once I confirmed we couldnt send the $100 I did confirm he will be getting $200 today. I let him know that and he said "ok great". Then texted me late last night about all these other products he can get for us

**C** **Charles Boyd (CharlesB@Safechain.com)** 9/11/2020, 12:57 PM
I'll have to find the total balance. I know we were waiting on some invoices

**AB** **Adam Brosius** 9/11/2020, 12:57 PM
he told me 10 mins ago   he cant shipp the PO we sent him till he gets a chunk

**AB** **Adam Brosius** 9/11/2020, 12:58 PM
he did agree to send us 7 super shortdated harvoni    we got 4 last weeek at 12000 cost and sold them at 16000

**AB** **Adam Brosius** 9/11/2020, 12:58 PM
we can return them if we dont sell them

**C** **Charles Boyd (CharlesB@Safechain.com)** 9/11/2020, 12:58 PM
nice

**C** **Charles Boyd (CharlesB@Safechain.com)** 9/11/2020, 12:58 PM
cash receipts have been slower than projected this week

**AB** **Adam Brosius** 9/11/2020, 12:59 PM
maybe call peter   tell him what we can do today and monday   maybe he will ship some    we have a lot of B/O   I know he is available now

**C** **Charles Boyd (CharlesB@Safechain.com)** 9/11/2020, 12:59 PM
I have a 9am meeting

**C** **Charles Boyd (CharlesB@Safechain.com)** 9/11/2020, 12:59 PM
but will hook up with him after

**AB** **Adam Brosius** 9/11/2020, 1:00 PM
ok  please do it early if poss    will only taake a min or two

**AB** **Adam Brosius** 9/11/2020, 1:01 PM
we just hit $3 million in sales from the saluda/lonestar inventory off a cost of 1650000   and we still have about $1mill left to sell

**AB** **Adam Brosius** 9/11/2020, 1:03 PM
also dan has another inventory coming next week

**AB** **Adam Brosius** 9/11/2020, 3:00 PM
yo

**AB** **Adam Brosius** 9/11/2020, 3:00 PM
did you call peter?

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/11/2020, 6:02 PM |
| | Alex Rudnet just sent me a LinkedIn message "would love to come back on full time if you guys will have me" | |
| AB | **Adam Brosius** | 9/11/2020, 6:16 PM |
| | He isn't selling dick right now.  1200 in commission last month.   Not the guy I want on staff.  He had a 75000 salary | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/11/2020, 10:26 PM |
| | Big day! | |
| | 👍 1 • Adam Brosius | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/11/2020, 10:27 PM |
| | About $1.5 invoiced | |
| AB | **Adam Brosius** | 9/11/2020, 10:28 PM |
| | Nice.  That's all hiv | |
| AB | **Adam Brosius** | 9/11/2020, 10:28 PM |
| | Sorry.  A lot of hiv | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/11/2020, 10:29 PM |
| | Love the hiv | |