**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 28 | Date Range: 9/24/2020 |

**Outline of Conversations**

:)    **Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** • 28 messages on 9/24/2020 • Abbie Divilio (AbbieD@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**429**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Hola | 9/24/2020, 3:18 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Hellur | 9/24/2020, 3:18 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>wanted to catch up about the compliance training for the week of 10/5 and when would be best for you | 9/24/2020, 3:19 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Oh I thought I saw 10/12? | 9/24/2020, 3:19 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>also we need to do one the week 10/12 zoom for safeway | 9/24/2020, 3:19 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>ok so that is fine for Safewat | 9/24/2020, 3:19 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>so we have two groups, 10/5 would be internal, 10/12 is safeawy | 9/24/2020, 3:19 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>damn I cannot type today | 9/24/2020, 3:19 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>lol i never can | 9/24/2020, 3:20 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>OK so how about Tuesday afternoon? | 9/24/2020, 3:20 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>anytime is fine | 9/24/2020, 3:20 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>for both? | 9/24/2020, 3:20 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>do you see the Care@safechain.com email? One of Peter's customer's is saying they filled out an application online | 9/24/2020, 3:50 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>yeah they filled out an inquiry lol | 9/24/2020, 3:50 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i sent it to him and marc | 9/24/2020, 3:50 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>so that call was intersting. the timing was a little bit of it but he said two of the bottles of one of the products looked different than how they normally look. He didnt call the manufacturer or anything and he was really cool about it. but his pharmacist did call up the T3 and one of the vendors he said was closed for covid. We may want to call up the boulevard trail and verify the hands it's touched to besage | 9/24/2020, 7:53 PM |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/24/2020, 7:53 PM |

| | | |
|---|---|---|
| | be safe | |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>ok, did he say who was closed? | 9/24/2020, 7:53 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I wonder if it is the one puerto Rico that never called us back? | 9/24/2020, 7:53 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>he didnt tell me until after his pharamcist left the room and couldnt remember | 9/24/2020, 7:53 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>after his pharamcy left he was like "look guys, im good with this stuff, we just need transactions to be cleaner because the pharacist gets worried" | 9/24/2020, 7:54 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>noooo thats the AD | 9/24/2020, 7:54 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Ok I will pull theirs and call around | 9/24/2020, 7:55 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>pull their T3s | 9/24/2020, 7:55 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>it will be stain, independent pharmacy co-op, or BNR wholesaler | 9/24/2020, 7:55 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>ok gotcha | 9/24/2020, 7:55 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>its definitely a boulevard issue, they send us shit in bad condition optically and it causes more questions than answers | 9/24/2020, 7:56 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>yes, I would def agree | 9/24/2020, 7:57 PM |