## Short Message Report

| Conversations: 1 | Participants: 2 |
| Total Messages: 19 | Date Range: 9/25/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [garrett, Charles Boyd]** • 19 messages on 9/25/2020 • Charles Boyd (CharlesB@Safechain.com) • garrett

**GOVERNMENT EXHIBIT**

**430**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

### Microsoft Teams chat between [garrett, Charles Boyd]

**garrett** — 9/25/2020, 1:14 PM
Good Morning,
  We have a client Bay 19 NY-0180. He has had a few issues with pedigree, dirty labels and a few invoices that were voided and re issued. He has called into compliance but hasnt been able to get anyone to talk to him. I think Abbie spoke to him a few weeks ago but he was told someone would call him back and nobody has. Of course it is boulevard product.
  I think he is fine but really would like to talk to someone in compliance to assure him everything is on the up and up. Could you be sure someone gives him a call today, that would definitely put his mind at ease and hopefully not loose the client.

Michael
718-290-7347

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 1:23 PM
absolutely

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 1:35 PM
Abbie is going to call today

**garrett** — 9/25/2020, 1:35 PM
Thanks

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:28 PM
so Abbie spoke with Bay Pharmacy and said it went well. I guess the owner sent the rep some pictures which we never got

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:28 PM
he's sending those direct to us

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:28 PM
Kelsey left him a message

**garrett** — 9/25/2020, 7:28 PM
Awesome, Hopefully we can hang on to him

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:29 PM
I think he confused the credit on the account as another charge

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:29 PM
Sounds like we will

**garrett** — 9/25/2020, 7:29 PM
Nice thanks for the assist

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:29 PM
I do remember Peter w/ Blvd saying to not sell hit prodcuts to NY

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:29 PM
no idea why

**Charles Boyd (CharlesB@Safechain.com)** — 9/25/2020, 7:30 PM
but if the pricing works we should switch this guy to Gentek

**garrett** — 9/25/2020, 7:30 PM

I suggested that to Danny the first time they brought up the T3s

G **garrett** 9/25/2020, 7:31 PM
I will tell him

C **Charles Boyd (CharlesB@Safechain.com)** 9/25/2020, 7:31 PM
cool

C **Charles Boyd (CharlesB@Safechain.com)** 9/25/2020, 7:31 PM
and if Danny get any compliance questions or pictures he needs to send them to us

G **garrett** 9/25/2020, 7:37 PM
yes sir, I will mke sure

RSMF_TEAMS_0000051859