UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PARTICK BOYD
and CHARLES BOYD,

        **Defendant**.
_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

| Presiding Judge:<br>**The Honorable William P. Dimitrouleas** | Government Prosecutors:<br>**Alexander Thor Pogozelski**<br>**Jacqueline DerOvanesian** | Defense Attorneys:<br>**Bruce Zimet**<br>**William Barzee**<br>**Ivlis Mantilla** |
|---|---|---|

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 431 | 9/18 | 9/18 | | 2020.09.25 Teams Patrick Boyd, Antione Brooks et al. - RSMF_TEAMS_0000031518 |
| 432 | 10/6 | 10/6 | | 2020.09.29 Teams Adam Brosius and Charles Boyd - RSMF_TEAMS_0000076429 |
| 433 | | | | *Intentionally Left Blank* |
| 433A | | | | *Intentionally Left Blank* |
| 434 | | | | *Intentionally Left Blank* |
| 434A | | | | *Intentionally Left Blank* |
| 435 | 9/19 | 9/19 | | 2020.10.01 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061708-09 |
| 436 | | | | *Intentionally Left Blank* |
| 436A | 9/19 | 9/19 | | 2020.10.02 Teams Message from Abigail Divilio to Blair Rosiello - SCSRELATIVITY_0000807314 |
| 437 | 9/19 | 9/19 | | 2020.10.02 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061707 |
| 438 | 9/25 | 9/25 | | 2020.10.02 Teams Patrick Boyd, Jesse Hammett, and Charles Boyd - RSMF_TEAMS_0000085781 |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 439 | 9/18 | 9/18 | | 2020.10.03 Teams Patrick Boyd and Jonothan Nicholls - RSMF_TEAMS_0000054204 |
| 440 | 9/19 | 9/19 | | 2020.10.05 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061706 |
| 441 | | | | *Intentionally Left Blank* |
| 442 | | | | *Intentionally Left Blank* |
| 443 | | | | *Intentionally Left Blank* |
| 444 | | | | *Intentionally Left Blank* |
| 445 | 10/6 | 10/6 | | 2020.11.23 Teams Adam Brosius, Patrick Boyd, and Charles Boyd - RSMF_TEAMS_0000005850 |
| 446 | 10/6 | 10/6 | | 2021.01.15 Teams Adam Brosius, Patrick Boyd, and Charles Boyd - RSMF_TEAMS_0000005804 |
| 447 | 10/6 | 10/6 | | 2021.01.27 Teams Marc Smith and Patrick Boyd - RSMF_TEAMS_0000124908 |
| 448 | | | | *Intentionally Left Blank* |
| 449 | | | | *Intentionally Left Blank* |
| 449A | 10/21 | 10/21 | | 2021.03.10 Teams Message from Abigail Divilio to Dakota Flowers - SCSRELATIVITY_0001139627 |
| 449B | 10/21 | 10/21 | | 2021.03.10 Teams Message from Dakota Flowers and Abigail Divilio - SCSRELATIVITY_0001122762 |
| 449C | 10/21 | 10/21 | | 2021.03.10 Teams Message from Abigail Divilio to Dakota Flowers - SCSRELATIVITY_0001141107 |
| 450 | | | | *Intentionally Left Blank* |
| 451 | | | | *Intentionally Left Blank* |
| 452 | | | | *Intentionally Left Blank* |
| 453 | | | | *Intentionally Left Blank* |
| 454 | | | | *Intentionally Left Blank* |
| 455 | | | | *Intentionally Left Blank* |
| 445A | | | | *Intentionally Left Blank* |
| 456 | | | | *Intentionally Left Blank* |
| 457 | | | | *Intentionally Left Blank* |
| 458 | 10/6 | 10/6 | | 2021.05.12 Teams Adam Brosius, Patrick Boyd, Garrett Mellott, and Charles Boyd - RSMF_TEAMS_0000003424 |
| 459 | | | | *Intentionally Left Blank* |
| 460 | | | | *Intentionally Left Blank* |
| 461 | 9/19 | 9/19 | | 2021.06.11 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061584 |
| 462 | | | | *Intentionally Left Blank* |
| 463 | 9/25 | 9/25 | | 2021.04.07 Teams Message from Adam Brosius to Charles Boyd, Patrick Boyd, and Garrett Mellott - SCSRELATIVITY_0001147189 |
| 464 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 465 | | | | *Intentionally Left Blank* |
| 466 | | | | *Intentionally Left Blank* |
| 467 | | | | *Intentionally Left Blank* |
| 468 | | | | *Intentionally Left Blank* |
| 469 | | | | *Intentionally Left Blank* |
| 469A | | | | *Intentionally Left Blank* |
| 470 | | | | *Intentionally Left Blank* |
| 471 | 9/19 | 9/19 | | 2020.06.01 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061762 |
| 472 | 9/19 | 9/19 | | 2020.07.30 Teams Message from Jon Atkinson to Abigail Divilio_Redacted - SCSRELATIVITY_0000774568 |
| 473 | 10/6 | 10/6 | | 2021.02.25 Teams Adam Brosius, Garrett Mellott, and charles Boyd - RSMF_TEAMS_0000001742 |
| 474 | 10/21 | 10/21 | | 2021.04.08 Teams Patrick Boyd and Abigail Divilio - RSMF_TEAMS_0000074540 |
| 475 | 10/6 | 10/6 | | 2020.07.07 Teams Message Marc Smith to Patrick Boyd - SCSRELATIVITY_0000915265 |
| 476 | | | | *Intentionally Left Blank* |
| 477 | 10/21 | 10/21 | | 2021.04.22 Teams Patrick Boyd and Abigail Divilio - RSMF_TEAMS_0000074533.pdf |
| 478 | | | | *Intentionally Left Blank* |
| 479 | 10/6 | 10/6 | | 2021.04.19 Teams Patrick Boyd and Charles Boyd - RSMF_TEAMS_0000053136 |
| 480 | 10/6 | 10/6 | | 2021.05.10 Teams Patrick Boyd, Jesse Hammett, and Charles Boyd - RSMF_TEAMS_0000087900 |
| 481 | 10/6 | 10/6 | | 2021.07.30 Teams Adam Brosius, Patrick Boyd, Garrett Mellott, and Charles Boyd - RSMF_TEAMS_0000003370 |
| 482 | 10/6 | 10/6 | | 2020.10.29 Teams Adam Brosius and Patrick Boyd - RSMF_TEAMS_0000083206 |
| 483 | 10/21 | 10/21 | | 2020.05.21 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061766 |
| 484 | 10/6 | 10/6 | | 2020.12.07 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061677 |
| 485 | | | | *Intentionally Left Blank* |
| 486 | 10/21 | 10/21 | | 2021.03.31 Teams Charles Boyd and Abigail Divilio - RSMF_TEAMS_0000061625 |
| 487 | | | | *Intentionally Left Blank* |
| 488 | 10/20 | 10/20 | | 2020.08.25 Teams Charles Boyd and Sameer Ughade - SCSRELATIVITY_0000825383 |
| 489 | | | | *Intentionally Left Blank* |
| 490 | 10/21 | 10/21 | | 2020.04.15 Teams Patrick Boyd and Charles Boyd - SCSRELATIVITY_0000629663 |

3

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 491 | | | | *Intentionally Left Blank* |
| 492 | 10/20 | 10/20 | | 2021.03.03 Teams Patrick Boyd and Charles Boyd - RSMF_TEAMS_0000053165 |
| 493 | 10/20 | 10/20 | | 2021.03.30 Teams Message from Adam Brosius to Charles Boyd, Patrick Boyd, and Garrett Mellott - SCSRELATIVITY_0001016392 |
| 494 | | | | *Intentionally Left Blank* |
| 495 | 10/21 | 10/21 | | 2020.01.08 Teams Charles Boyd and Adam Brosius - RSMF_TEAMS_0000076658 |
| 496 | | | | *Intentionally Left Blank* |
| 497 | 10/21 | 10/21 | | 2021.07.30 Teams Adam Brosius, Patrick Boyd, and Garrett Mellott - RSMF_TEAMS_0000006787 |
| 498 | | | | *Intentionally Left Blank* |
| 499 | 10/20 | 10/20 | | 2020.08.27 Teams Charles Boyd and Adam Brosius - RSMF_TEAMS_0000083263 |
|  | | | | **500s Phone Communications** |
| 500 | | | | *Intentionally Left Blank* |
| 502 | | | | *Intentionally Left Blank* |
| 504 | | | | *Intentionally Left Blank* |
| 505A | | | | *Intentionally Left Blank* |
| 506 | | | | *Intentionally Left Blank* |
| 507 | 10/6 | 10/6 | | 2020.07.13 Texts Amanda Richardson and Patrick Boyd - SCSRELATIVITY_0001599829 |
| 508 | | | | *Intentionally Left Blank* |
| 509 | 10/6 | 10/6 | | 2020.08.11 Texts Amanda Richardson and Patrick Boyd - SCSRELATIVITY_0001632512 |
| 510 | | | | *Intentionally Left Blank* |
| 511 | | | | *Intentionally Left Blank* |
| 512 | | | | *Intentionally Left Blank* |
| 513 | | | | *Intentionally Left Blank* |
| 514 | 9/19 | 9/19 | | 2020.08.17 Texts Charles Boyd, Abigail Divilio, and Jesse Hammett - SCSRELATIVITY_0001559029-033 |
| 515 | | | | *Intentionally Left Blank* |
| 516 | 9/19 | 9/19 | | 2020.08.26 Texts Charles Boyd and Abigail Divilio - SCSRELATIVITY_0001554000-01 |
| 517 | 9/18 | 9/18 | | 2020.09.14 Texts Charles Boyd, Patrick Boyd, and Jonathan Nicholls - SCSRELATIVITY_0001558255-57 |
| 518 | | | | *Intentionally Left Blank* |
| 519 | | | | *Intentionally Left Blank* |
| 520 | | | | *Intentionally Left Blank* |
| 521 | | | | *Intentionally Left Blank* |
| 522 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 523 | | | | *Intentionally Left Blank* |
| 524 | 10/6 | 10/6 | | 2021.01.25 Texts Patrick Boyd and Nicole Sawyer - SCSRELATIVITY_0001588548 |
| 525 | | | | *Intentionally Left Blank* |
| 526 | | | | *Intentionally Left Blank* |
| 527 | 10/6 | 10/6 | | 2021.04.08 Texts Patrick Boyd and Jon Weed - SCSRELATIVITY_0001586459 |
| 528 | | | | *Intentionally Left Blank* |
| 529 | 10/6 | 10/6 | | 2021.05.13 Texts Adam Brosius and Patrick Boyd - SCSRELATIVITY_0001615524 |
| 530 | | | | *Intentionally Left Blank* |
| 531 | | | | *Intentionally Left Blank* |
| 532 | | | | *Intentionally Left Blank* |
| 533 | 9/19 | 9/19 | | 2020.07.24 Facebook Message Charles Boyd to Lisa Trissell - CharlesBoyd_0000032693 |
| 534 | | | | *Intentionally Left Blank* |
| 535 | 10/6 | 10/6 | | 2020.10.06 Texts Adam Brosius and Charles Boyd - SCSRELATIVITY_0001555159 |
| 536 | | | | *Intentionally Left Blank* |
| 537 | 10/6 | 10/6 | | 2021.03.30 Charles Boyd and Patrick Boyd Texts Excerpt |
| 538 | 10/6 | 10/6 | | 2021.03.22 Texts Patrick Boyd and Nicole Sawyer |
| 539 | | | | *Intentionally Left Blank* |
| 540 | | | | *Intentionally Left Blank* |
| 541 | | | | *Intentionally Left Blank* |
| 542 | | | | *Intentionally Left Blank* |
| 543 | | | | *Intentionally Left Blank* |
| 544 | | | | *Intentionally Left Blank* |
| 544A | | | | *Intentionally Left Blank* |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

**Dated:**  November 7, 2025         By:    */s/ Alexander Thor Pogozelski*
                                             Alexander Thor Pogozelski
                                             Florida Special Bar No. A5502549
                                             Assistant United States Attorney
                                             99 Northeast 4th Street
                                             Miami, Florida 33132
                                             Tel: (786) 649-5251
                                             Email: Alexander.Pogozelski@usdoj.gov

                                             */s/ Jacqueline Zee DerOvanesian*
                                             Jacqueline Zee DerOvanesian
                                             Trial Attorney
                                             Florida Bar No. 125662
                                             United States Department of Justice
                                             Criminal Division, Fraud Section
                                             1400 New York Avenue NW
                                             Washington, D.C. 20005
                                             Tel: (202) 285-9285
                                             Email: Jacqueline.DerOvanesian@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:**  November 7, 2025                          */s/ Alexander Thor Pogozelski*
                                                      Assistant United States Attorney