**Short Message Report**

| Conversations: 1 | Participants: 16 |
| Total Messages: 4 | Date Range: 9/25/2020 |

**Outline of Conversations**

:) **Microsoft Teams chat between [Holly Dodson, Nicole Sawyer, Pat Boyd, Melanie Richardson, Amanda Harris, Katelyn Miller, Michael Landy, Jonathan Nicholls, Antione Brooks, Cody Simon, Travis Richardson, Billy Peterson, Kim Dannenfelser, Shelby Sargent, Casey Grieves, Jon Weed]**
• 4 messages on 9/25/2020 • Amanda Harris (aharris@safeway954.com) • Antione Brooks (AntioneB@Safechain.com) • Billy Peterson (billyp@safechain.com) • Casey Grieves (caseyg@safechain.com) • Cody Simon (codys@safechain.com) • Holly Dodson (hollyd@safechain.com) • Jon Weed (JonW@Safechain.com) • Jonathan Nicholls (JonathanN@Safechain.com) • Katelyn Miller (katelynm@safechain.com) • Kim Dannenfelser (KimD@safechain.com) • Melanie Richardson (mrichardson@safeway954.com) • Michael Landy (michaell@safechain.com) • Nicole Sawyer (NSawyer@swdrx.com) • Pat Boyd (PatB@Safechain.com) • Shelby Sargent (shelbys@safechain.com) • Travis Richardson (travisr@safechain.com)

**GOVERNMENT EXHIBIT**

**431**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

| | | |
|---|---|---|
| :) | **Microsoft Teams chat between [Holly Dodson, Nicole Sawyer, Pat Boyd, Melanie Richardson, Amanda Harris, Katelyn Miller, Michael Landy, Jonathan Nicholls, Antione Brooks, Cody Simon, Travis Richardson, Billy Peterson, Kim Dannenfelser, Shelby Sargent, Casey Grieves, Jon Weed]** | |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/25/2020, 2:06 PM |
| | All, whenever possible please try to use the boulevard HIV products (Non G). we have t3's for them now, they are less expensive, and the ordering process is much better for us. | |
| A | **Antione Brooks (AntioneB@Safechain.com)** | 9/25/2020, 2:07 PM |
| | Sounds good | |
| J | **Jon Weed (JonW@Safechain.com)** | 9/25/2020, 2:07 PM |
| | Get 'em in, and I will use them exclusively | |
| P | **Pat Boyd (PatB@Safechain.com)** | 9/25/2020, 2:54 PM |
| | Couple quick notes, We're not using linked in nearly enough to keep justifyin the premium service so please take advantage of it.<br>2nd from Charlies email this really sticks out. Don't give up that fast!<br>&lt;h2&gt;12) 44% of salespeople give up after one follow-up.<br>(Source - Scripted)&lt;/h2&gt; | |