# Short Message Report

| Conversations: 1 | Participants: 2 |
| Total Messages: 12 | Date Range: 9/29/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 12 messages on 9/29/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**432**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** |  |
|---|---|---|
| AB | **Adam Brosius** | 9/29/2020, 1:13 PM |
|  | gm   peter at blvd looking for $$ |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/29/2020, 1:45 PM |
|  | he's got $200k coming today |  |
| AB | **Adam Brosius** | 9/29/2020, 1:46 PM |
|  | ok   hes looking for more     told me he was expecting $$ yesterday    but i didnt talk to him about that |  |
| AB | **Adam Brosius** | 9/29/2020, 1:46 PM |
|  | he's been shipping us a lot of product |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/29/2020, 2:40 PM |
|  | we're having some serious issue with Blvd product |  |
| AB | **Adam Brosius** | 9/29/2020, 2:41 PM |
|  | ok   whats up?  can you call me |  |
| AB | **Adam Brosius** | 9/29/2020, 3:20 PM |

White oval pill Apo ATV 80
\<b\>APO ATV 80\</b\>(Atorvastatin Calcium\<b\>80\</b\>mg)
\<b\>Pill\</b\>with imprint\<b\>APO ATV 80\</b\>is\<b\>White\</b\>,\<b\>Elliptical\</b\>/\<b\>Oval\</b\>and has been identified as Atorvastatin Calcium\<b\>80\</b\>mg. It is supplied by Apotex Corp..


\<h3 style="font-size:20px"\>APO ATV 80 Pill Images (White / Elliptical / Oval) - Drugs.com
\</h3\>


\<cite style="font-size:14px"\>www.drugs.com› Pill Identifier › Search › APO ATV 80

\</cite\>
\<cite style="font-size:14px"\>

\</cite\>



Search for:White oval pill Apo ATV 80

| AB | **Adam Brosius** | 9/29/2020, 3:23 PM |
|---|---|---|

\<h2 style="font-size:26px"\>How does this medication work? What will it do for me?\</h2\>

Atorvastatin belongs to the group of medications known as\<i\>HMG CoA reductase inhibitors ("statins")\</i\>or\<i\>lipid metabolism regulators.\</i\>It is used to\<b\>treat people who have high cholesterol levels,\</b\>
including those people who have certain inherited cholesterol disorders. When you use this medication, you also need to make lifestyle changes, including switching to a diet low in fat and cholesterol, quitting smoking, and increasing the amount of exercise you do.

| C | **Charles Boyd (CharlesB@Safechain.com)** | 9/29/2020, 4:01 PM |
|---|---|---|
|  | yo |  |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>ready to get on with Peter? | 9/29/2020, 4:01 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I just missed a call from him | 9/29/2020, 4:01 PM |
| AB | **Adam Brosius**<br>i have dhruv | 9/29/2020, 7:38 PM |