## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 10/1/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 14 messages on 10/1/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**435**

1:24-cr-20255-WPD

RSMF_TEAMS_0000061708

**Messages in chronological order** (times are shown in GMT +00:00)

### Microsoft Teams chat between [Charles Boyd, Abbie Divilio]

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 1:41 PM
GM!

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 1:42 PM
can you send me your updated Q3 bonus plan with % completed please?

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 1:43 PM
Morning- sure!

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 4:47 PM
Hey, Boulevard is sending over T3s for Monday's shipment. We need to verify ASAP

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 4:48 PM
ok, I can do that

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 4:50 PM
Are they going to be sending over accurate information for the previous shipments?

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 4:54 PM
Thanks!

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 5:45 PM
did you get them yet?

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 5:46 PM
I didn't see an email

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 5:51 PM
I just got ONE

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 5:51 PM
which I will call on now

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 5:51 PM
that was at 1:40

**Charles Boyd (CharlesB@Safechain.com)** — 10/1/2020, 5:52 PM
cool, thanks!

**Abbie Divilio (AbbieD@Safechain.com)** — 10/1/2020, 6:27 PM
AMSImage sent

*Attachment: 0-eus-d14-94e3847daba3760cd6f2db0b603508ac (1 MB)*



RSMF_TEAMS_0000061709

GX 435.0003