| | |
|---|---|
| **From:** | Abbie Divilio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A66C9598B83464D918884B62AF5F7E2-ABBIE DIVIL] |
| **Sent:** | Fri 10/2/2020 5:37:55 PM (UTC) |
| **To:** | Blair Rosiello[BlairR@Safechain.com] |

CB said he was annoyed and was blowing him up, but he nothing more to tell them since the had not provided any legit documents

**GOVERNMENT EXHIBIT**
**436A**
1:24-cr-20255-WPD

SCSRELATIVITY_0000807314
CTRL01710791

GX 436A.0001