**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 10/2/2020 |

**Outline of Conversations**

   **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 2 messages on 10/2/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**437**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

**Microsoft Teams chat between [Charles Boyd, Abbie Divilio]**

**Abbie Divilio (AbbieD@Safechain.com)** — 10/2/2020, 8:50 PM

Hi Charlie- Just letting you know that I spoke with Peter at 4:18, the conversation did not last very long. He explained to me that he buys drugs from pharmacies that are closing. When I asked what he does with the inventory while he waits to sell it, he said he stores it in his office, which is the registered wholesale distribution address. When he buys it, he does not get any T3 information from the pharmacies that he purchases from. I explained to him that this information was required by DSCSA guidelines and was necessary to be provided within 24 hours. His justification was that he has owned a pharmacy in the past and never asked about where drugs came from or checked paperwork. I explained to him that this was required when acting as wholesaler and selling drugs for resale. He went from being very chipper to very somber rather quickly. He said he would be sending over more documentation, so I guess we will see what he sends.

**Charles Boyd (CharlesB@Safechain.com)** — 10/2/2020, 8:53 PM

thanks!