**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 10/5/2020 |

**Outline of Conversations**

:]  **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 10 messages on 10/5/2020 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**

**440**

1:24-cr-20255-WPD

RSMF_TEAMS_0000061706

**Messages in chronological order** (times are shown in GMT +00:00)

---

**Microsoft Teams chat between [Charles Boyd, Abbie Divilio]**

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 10/5/2020, 7:14 PM |
| | Peter just said he was sending one over | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 7:17 PM |
| | We got one from him | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 7:17 PM |
| | do you know what the expiration date range typically is for these HIV drugs? | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 7:23 PM |
| | They provided another T3 which says the drug was purchased in 2018, however I don't believe BLVD's wholesale license was issued until 12/2019 | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 7:23 PM |
| | I am trying to get in touch with Rochester Drug again to see if I can verify what they have provided | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 7:23 PM |

*File **"file-77ba272-1601925834918-CDGXKA.pdf"** is missing.*
*Attachment: CDGXKA.pdf*

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 10/5/2020, 8:23 PM |
| | this one says they purchased is on 9/15/20? | |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)** | 10/5/2020, 8:24 PM |
| | but that 2018 date seems old. I'll look at a bottle to see if it has the Mnf date on it | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 8:25 PM |
| | I do not think it was possible for them to have bought it from Instacare Pharmacy of this year because there is currently no pharmacy there. | |

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 10/5/2020, 8:26 PM |
| | I have left three messages with Rochester drug today to try to get someone to call me back and I still have not heard anything from my calls last week | |

RSMF_TEAMS_0000061706