## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 10 | Date Range: 11/23/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Adam Brosius, Pat Boyd, Charles Boyd]** • 10 messages on 11/23/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**445**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Adam Brosius, Pat Boyd, Charles Boyd]** | |
|---|---|---|
| AB | **Adam Brosius**<br>gm  are we having a call at 10: 30?    anything to go over? | 11/23/2020, 3:20 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I don't | 11/23/2020, 3:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you all? | 11/23/2020, 3:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>nope | 11/23/2020, 3:22 PM |
| AB | **Adam Brosius**<br>nope | 11/23/2020, 3:23 PM |
| AB | **Adam Brosius**<br>we are almost at Breakeven on the new lonestar inventory already<br><br>total cost $79000  total sales so far $71000<br><br>and the short dated HIV is selling fast  things are going well<br><br>I am told that the second half of December slows to a crawl for HIV inventory  gentek told me not to expect ANY | 11/23/2020, 11:19 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Oh wow | 11/23/2020, 11:20 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Good to know for sure | 11/23/2020, 11:20 PM |
| AB | **Adam Brosius**<br>i am talking to 2 new HIV sources and BLVD is working on larger numbers  so that will help out<br><br>I am told by 1 new HIV source that they can start supplying maybe $1 mill a week in Jan  and the T3 will be clean | 11/23/2020, 11:22 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>That would be amazing | 11/23/2020, 11:24 PM |