| | |
|---|---|
| **From:** | Abbie Divilio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A66C9598B83464D918884B62AF5F7E2-ABBIE DIVIL] |
| **Sent:** | Wed 3/10/2021 6:55:06 PM (UTC) |
| **To:** | Dakota Flowers[dakotaf@safechain.com] |

I just talked with Pat, he said that Synergy vendor sent us the wrong T3s, and we should expect new ones

**GOVERNMENT EXHIBIT**

**449A**

1:24-cr-20255-WPD

SCSRELATIVITY_0001139627

GX 449A.0001