| | |
|---|---|
| **From:** | Dakota Flowers[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8536206E9A5E423D88B83DAA37BB168C-DAKOTA FLOW] |
| **Sent:** | Wed 3/10/2021 6:55:36 PM (UTC) |
| **To:** | Abbie Divilio[AbbieD@Safechain.com] |

Right..... Then why do they list someone from a company that no longer works there????

GOVERNMENT
EXHIBIT
**449B**
1:24-cr-20255-WPD

SCSRELATIVITY_0001122762

GX 449B.0001