| | |
|---|---|
| **From:** | Abbie Divilio[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A66C9598B83464D918884B62AF5F7E2-ABBIE DIVIL] |
| **Sent:** | Wed 3/10/2021 6:55:42 PM (UTC) |
| **To:** | Dakota Flowers[dakotaf@safechain.com] |

He asked that you email that person back just letting them know we were provided with incorrect information and "have a good day"

**GOVERNMENT EXHIBIT**

**449C**

1:24-cr-20255-WPD

SCSRELATIVITY_0001141107

GX 449C.0001