## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 22 | Date Range: 5/12/2021 |

## Outline of Conversations

:) **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]** • 22 messages on 5/12/2021 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com) • garrett

**GOVERNMENT EXHIBIT**

**458**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

:) | **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]**

| | | |
|---|---|---|
| G | **garrett** | 5/12/2021, 7:39 PM |
| | Good News/Bad news.  I am expecting inventory list from both cintex and synergy today.  The bad news is they will both be landing on Friday. | |
| G | **garrett** | 5/12/2021, 7:39 PM |
| | Call in the troops!! | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 7:40 PM |
| | Nice and FUCK! lol | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 7:40 PM |
| | why always Friday? | |
| G | **garrett** | 5/12/2021, 7:41 PM |
| | I have been pushing them both all week.  They dont get their inventory til Wednseday and cant turn it same day. | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 7:42 PM |
| | gotcha. we know how that goes! | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 7:42 PM |
| | we'll do it the best we can as always | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 7:42 PM |
| | good thing we're still sitting on Blvd cash | |
| G | **garrett** | 5/12/2021, 7:42 PM |
| | You might have to get your hands dirty :rofl: | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 7:43 PM |
| | I'm good with a tape gun | |

G  **garrett**  5/12/2021, 7:43 PM
File sent: guy carrying GIF (GIF Image)



*Image: guy carrying GIF (GIF Image)..gif (9 MB)*

AB  **Adam Brosius**  5/12/2021, 8:13 PM
should you include this guy on the CARE Email? We can just copy the format from Mark Ey

&lt;blockquote type="cite" style="font-size:small"&gt;
&lt;blockquote type="cite"&gt;
Mark Ey &lt;&lt;u&gt;mey@carepharmacies.com&lt;/u&gt;&gt;
&lt;/blockquote&gt;




&lt;/blockquote&gt;




Mike Wysong
1st degree connection
1st




&lt;h2 style="font-size:1.8rem"&gt;CEO at CARE Pharmacies, Inc.&lt;/h2&gt;




Harford County, Maryland,

G  **garrett**  5/12/2021, 8:15 PM
He is in MD maybe you should send Charlie over there.   Because he is not cool and you know what that means

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)** | 5/12/2021, 8:19 PM |
| | Haaaaaaaaaaa | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 8:24 PM |
| | Hahahaha | |
| AB | **Adam Brosius** | 5/12/2021, 8:41 PM |
| | &lt;img alt="Sticker image, You're not cool?<br>Here's my nutsac!!!"&gt; | |
| AB | **Adam Brosius** | 5/12/2021, 8:42 PM |
| | charlie   i needd to talk to you and garrett in 5 mins | |
| AB | **Adam Brosius** | 5/12/2021, 8:54 PM |
| | charlie   i know you are at golf now    lets talk early tomorrow about mcgh   tomorrow they will be giving us big orders<br>they are comfortable with the inventory list we have for them -- took about a week to get situated | |
| AB | **Adam Brosius** | 5/12/2021, 8:55 PM |
| | they are also giving me their list of daily meds and products that we may be able to source/fulfill through SW | |
| AB | **Adam Brosius** | 5/12/2021, 8:55 PM |
| | good luck at golf | |
| AB | **Adam Brosius** | 5/12/2021, 9:05 PM |
| | fyi   the head of purchasing for the mcgh group will be sending the orders directly to the WW staff    that will save a little time   We will get the orders at 5:25-5: 30 EST      so we need to be ready to pick and pack them   especially giving more care early in the relationship | |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 5/12/2021, 9:35 PM |
| | Nice! | |