**Short Message Report**

| Conversations: 1 | Participants: 2 |
| Total Messages: 47 | Date Range: 6/11/2021 |

**Outline of Conversations**

:]  **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 47 messages on 6/11/2021 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

GOVERNMENT
EXHIBIT

**461**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

:) **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]**

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 3:02 PM
Hey I was just calling to let you know that the Utah BOP has said that the proposed sale between CA and Utah is NOT an acceptable practice until Omom gets their Utah license issued.

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 3:02 PM
I have forwarded you the response

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 3:30 PM
hey

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 3:30 PM
on a call

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 3:31 PM
OK just confirming two things- I have sent the communication on to the NY Dept of Ed, and I wanted to be sure you saw the email from the Utah BOP saying it is not acceptable to purchase products from those without a Utah permit

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 3:55 PM
Hey, had to run to PT

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 3:55 PM
hi

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 3:55 PM
saw you called my cell

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 7:10 PM
hey

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 7:10 PM
Hello

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 7:10 PM
you good to talk about Acumatica compliancestuff?

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 7:10 PM
yeah sure

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 7:10 PM
in like 30

A **Abbie Divilio (AbbieD@Safechain.com)**     6/11/2021, 7:11 PM
yup that will be good

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 8:01 PM
yo

C **Charles Boyd (CharlesB@Safechain.com)**     6/11/2021, 8:01 PM
got tied up

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>good? | 6/11/2021, 8:01 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>you read my mind | 6/11/2021, 8:01 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I was emailing you | 6/11/2021, 8:02 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>and yes I am available | 6/11/2021, 8:02 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Hi again | 6/11/2021, 8:51 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>9 more minutes and it will be the weekend LOL | 6/11/2021, 8:51 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>AMSImage sent | 6/11/2021, 8:52 PM |

*Attachment: 0-eus-d18-76f587b5fdad550d8924103b9b6c2626 (16 KB)*

| | | |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Holly asked me if I knew anything about this- Collin declined the order from Omom which arrived to Utah in a beat up minivan. I am a little worried this could turn into another Mr. Unlimited | 6/11/2021, 8:52 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>File sent: minivan GIF by Rant (GIF Image) | 6/11/2021, 8:52 PM |



*Image: minivan GIF by Rant (GIF Image)..gif (742 KB)*

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>3 minutes before WINE TIME | 6/11/2021, 8:57 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>File sent: | 6/11/2021, 8:57 PM |

*Image: ?..png (2 KB)*

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>just tried calling you | 6/11/2021, 8:57 PM |

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>This is getting shipped to PMS then to us for now | 6/11/2021, 8:58 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>tried you back, not sure why I am not getting the calls | 6/11/2021, 8:58 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>alrighty, is there video at Utah, I wish I could have seen the van pullup | 6/11/2021, 8:58 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>only inside | 6/11/2021, 8:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I'm not worried about what it showed up in | 6/11/2021, 8:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I think they hired a courier | 6/11/2021, 8:59 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I envision some kind of Breaking Bad Aztec pulling up | 6/11/2021, 8:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>hahahaha | 6/11/2021, 8:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Pat said they lost $400 in shipping | 6/11/2021, 8:59 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>as long as you guys did the vendor checks and approved we're good | 6/11/2021, 9:00 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>But Adam cancelled it yesterday was the word on the street | 6/11/2021, 9:00 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Garrett tried to late yesterday | 6/11/2021, 9:00 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>is what I was told | 6/11/2021, 9:00 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>we just need to be on high alert with ALL these guys | 6/11/2021, 9:01 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I agree | 6/11/2021, 9:01 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>and you're 1 min late for wine | 6/11/2021, 9:01 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>well, I don't keep a stash at my desk | 6/11/2021, 9:02 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>haha | 6/11/2021, 9:02 PM |

A **Abbie Divilio (AbbieD@Safechain.com)** 6/11/2021, 9:02 PM
soon enough!