**From:** Adam Brosius
**Sent:** Wed 4/7/2021 9:12:55 PM (UTC)
**To:** Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com]; garrett

synergy is asking if we are cutting a PO

GOVERNMENT
EXHIBIT
463
1:24-cr-20255-WPD

SCSRELATIVITY_0001147189

GX 463.0001

| | |
|---|---|
| **From:** | Adam Brosius |
| **Sent:** | Wed 4/7/2021 9:13:30 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com]; Pat Boyd[PatB@Safechain.com]; garrett |

they sent the updated application back to abbie today   want to know if we are moving forward

SCSRELATIVITY_0001250366

GX 463.0002

| | |
|---|---|
| **From:** | Pat Boyd[PatB@Safechain.com] |
| **Sent:** | Wed 4/7/2021 9:20:47 PM (UTC) |
| **To:** | Adam Brosius; Charles Boyd[CharlesB@Safechain.com]; garrett |

I can call them tomorrow if Abbie can tell me the exact issues. I know we had that initial hiccup but was t sure about anything else

**From:** Charles Boyd[CharlesB@Safechain.com]
**Sent:** Wed 4/7/2021 9:21:45 PM (UTC)
**To:** Adam Brosius; Pat Boyd[PatB@Safechain.com]; garrett

the T3 didn't go back to an AD but to a ghetto PR distributor

**From:** Charles Boyd[CharlesB@Safechain.com]
**Sent:** Wed 4/7/2021 9:22:13 PM (UTC)
**To:** Adam Brosius; Pat Boyd[PatB@Safechain.com]; garrett

between that and lying the first time we just need to be careful

| | |
|---|---|
| **From:** | Pat Boyd[PatB@Safechain.com] |
| **Sent:** | Wed 4/7/2021 9:27:48 PM (UTC) |
| **To:** | Adam Brosius; Charles Boyd[CharlesB@Safechain.com]; garrett |

Ok got it