| | |
|---|---|
| From: | Jon Atkinson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0BC7455DE9A84057AE6EBB13 C8B1576A-JON ATKINSO] |
| Sent: | Thur 7/30/2020 3:33:07 PM (UTC) |
| To: | Abbie Divilio[AbbieD@Safechain.com] |

charlie just came in here and told me we have to pay boulevard today.

**GOVERNMENT EXHIBIT**

**472**

1:24-cr-20255-WPD

SCSRELATIVITY_0000774568
CTRL01678035

GX 472.0001