# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 4/8/2021 |

## Outline of Conversations

**Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** • 19 messages on 4/8/2021 • Abbie Divilio (AbbieD@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**474**

1:24-cr-20255-WPD

RSMF_TEAMS_0000074540

GX 474.0001

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Pat Boyd, Abbie Divilio]** |  |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 3:40 PM |
|  | Synergy keeps blowing up Garrett and Adam, are we looking for a t3 from them right now before approving any order? I can ask for that to let verify anything | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 3:49 PM |
|  | Hi Pat, I just sent you the email communication I have from Carlos at Synergy. I am waiting on him to complete the updated vendor application | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:08 PM |
|  | Ok perfect thanks!! | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:09 PM |
|  | I hate everyone lol | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 4:09 PM |
|  | ME TOO | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 4:09 PM |
|  | File sent: fire destroy GIF (GIF Image) | |



*Image: fire destroy GIF (GIF Image)..gif (267 KB)*

| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:12 PM |
|---|---|---|
|  | Lol | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:27 PM |
|  | Ok so Carlos said you got it yesterday and confirmed it? | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 4:33 PM |
|  | oh for fucks sake... he sent it to me, and I responded but there was no attachment. I just asked for it again | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:40 PM |
|  | Lol this is Hillarious | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 4:40 PM |
|  | I need to start drinking already | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:41 PM |
|  | Hahahahhah | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 4:48 PM |
|  | Let me know who to kill Amd what you need | |

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 8:11 PM |
| | I've got to call Carlos in a few, want me to just tell them we need AD t3's prior to sending a po? | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 8:11 PM |
| | yes please, and to please send them to Compliance@safechain.com | |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 4/8/2021, 8:12 PM |
| | things get VERY confusing because Garrett and Adam jump in the mix and I get sent these random threads of emails to sort out | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 8:24 PM |
| | Ok on it | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 8:27 PM |
| | Handled, I told him to send direct to you, let me know when you get it and if it doesn't check out we just part ways | |
| P | **Pat Boyd (PatB@Safechain.com)** | 4/8/2021, 10:37 PM |
| | I think Carlos sent it, let me know if we want to ask for more | |