| | |
|---|---|
| **From:** | Marc Smith[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=311436D8F8424F3B85C56A227404C82C-MARC SMITH] |
| **Sent:** | Tue 7/7/2020 2:42:02 PM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com] |

i get my T3s emailed to me and they say "attached are your pedigrees" or something like that

GOVERNMENT
EXHIBIT
**475**
1:24-cr-20255-WPD

SCSRELATIVITY_0000915265

GX 475.0001

| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Tue 7/7/2020 2:42:57 PM (UTC) |
| **To:** | Marc Smith[MarcS@Safechain.com] |

just respond to dakota since shes new, "BTW pedigrees are not called pedigrees anymore, it's changed to T3's"

| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Tue 7/7/2020 2:43:07 PM (UTC) |
| **To:** | Marc Smith[MarcS@Safechain.com] |

shes still training so we can get her out of that fast

| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Tue 7/7/2020 2:43:13 PM (UTC) |
| **To:** | Marc Smith[MarcS@Safechain.com] |

Abbie ay be a lost cause

SCSRELATIVITY_0000799129

| | |
|---|---|
| **From:** | Marc Smith[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=311436D8F8424F3B85C56A2274 04C82C-MARC SMITH] |
| **Sent:** | Tue 7/7/2020 2:43:19 PM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com] |

ok cool......i'll tell her now

SCSRELATIVITY_0000788051
GX 475.0005

| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Tue 7/7/2020 2:44:05 PM (UTC) |
| **To:** | Marc Smith[MarcS@Safechain.com] |

i want to hget her as far from abbies habbits as possible

SCSRELATIVITY_0000792904
GX 475.0006

| | |
|---|---|
| **From:** | Marc Smith[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=311436D8F8424F3B85C56A2274 04C82C-MARC SMITH] |
| **Sent:** | Tue 7/7/2020 2:45:25 PM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com] |

ha!