**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 4 | Date Range: 4/19/2021 |

**Outline of Conversations**

:-] **Microsoft Teams chat between [Pat Boyd, Charles Boyd]** • 4 messages on 4/19/2021 • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**479**

1:24-cr-20255-WPD

RSMF_TEAMS_0000053136

**Messages in chronological order** (times are shown in GMT +00:00)

---

:⌣     **Microsoft Teams chat between [Pat Boyd, Charles Boyd]**

P    **Pat Boyd (PatB@Safechain.com)**                                                    4/19/2021, 8:28 PM
      I dont think we want abbie doing anything like researching social medai presence. we were ok withem being on the T3 last week after looking ion to them, i'd assume with an AD we would be ok with them as the direct seller with a utah license instead of a pick up

P    **Pat Boyd (PatB@Safechain.com)**                                                    4/19/2021, 9:13 PM
      did the fda ever ask for it?

P    **Pat Boyd (PatB@Safechain.com)**                                                    4/19/2021, 9:36 PM
      any vendor we give them they will say inconsistant

P    **Pat Boyd (PatB@Safechain.com)**                                                    4/19/2021, 9:37 PM
      so its worthless

RSMF_TEAMS_0000053136