**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 12 | Date Range: 5/10/2021 |

**Outline of Conversations**

:-] **Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]** · 12 messages on 5/10/2021 · Charles Boyd (CharlesB@Safechain.com) · Jesse Hammett (JesseH@Safechain.com) · Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**480**

1:24-cr-20255-WPD

RSMF_TEAMS_0000087900

GX 480.0001

**Messages in chronological order** (times are shown in GMT +00:00)

---

🙂 | **Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]**

C | **Charles Boyd (CharlesB@Safechain.com)** | 5/10/2021, 10:02 PM
we really need an MVE for April = Honesty

J | **Jesse Hammett (JesseH@Safechain.com)** | 5/10/2021, 10:05 PM
honesty is a tough one

C | **Charles Boyd (CharlesB@Safechain.com)** | 5/10/2021, 10:06 PM
yeah

C | **Charles Boyd (CharlesB@Safechain.com)** | 5/10/2021, 10:06 PM
but who isn't a "yes man"

J | **Jesse Hammett (JesseH@Safechain.com)** | 5/10/2021, 10:07 PM
i feel like rez is going to give it to you straight, i don't ever feel like i need to be concerned he's going to hide something or cover something up

C | **Charles Boyd (CharlesB@Safechain.com)** | 5/10/2021, 10:08 PM
yeah for sure

C | **Charles Boyd (CharlesB@Safechain.com)** | 5/10/2021, 10:08 PM
but he did just get one

P | **Pat Boyd (PatB@Safechain.com)** | 5/10/2021, 10:08 PM
Weed lol

C | **Charles Boyd (CharlesB@Safechain.com)** | 5/10/2021, 10:08 PM
lol

J | **Jesse Hammett (JesseH@Safechain.com)** | 5/10/2021, 10:09 PM
I feel like Abbie is pretty honest

J | **Jesse Hammett (JesseH@Safechain.com)** | 5/10/2021, 10:09 PM
jon atkinson

J | **Jesse Hammett (JesseH@Safechain.com)** | 5/10/2021, 10:09 PM
although i don't have any examples for either

RSMF_TEAMS_0000087900