**Short Message Report**

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 15 | Date Range: 7/30/2021 |

**Outline of Conversations**

---

:-]  **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]** • 15 messages on **7/30/2021** • Adam Brosius • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com) • garrett

GOVERNMENT
EXHIBIT

**481**

1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

😃 | **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett, Charles Boyd]**

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 12:05 AM
Hey guys sorry just finished practice

G **garrett**       7/30/2021, 12:07 AM
All good, Charlie getting shit done!

AB **Adam Brosius**       7/30/2021, 12:12 AM
Moving forward.

AB **Adam Brosius**       7/30/2021, 12:12 AM
Pat can you get together in Philly Monday ?

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 12:17 AM
I'm supposed to meet those two new hospital reps in fl Monday

AB **Adam Brosius**       7/30/2021, 12:34 AM
Ok let's chat tomorrow about hooking up.

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 12:41 AM
Worrrrrs

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 12:41 AM
Or word

AB **Adam Brosius**       7/30/2021, 12:42 AM
Lol

AB **Adam Brosius**       7/30/2021, 6:36 PM
i think we need to add into any settlement that info stays with gilead -- meaning that they cant share with other manufacturerea

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 6:36 PM
Absolutely

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 6:36 PM
100%

AB **Adam Brosius**       7/30/2021, 6:37 PM
we dont want them calling ViiV and Pfizer etc

P **Pat Boyd (PatB@Safechain.com)**       7/30/2021, 6:37 PM
Right

C **Charles Boyd (CharlesB@Safechain.com)**       7/30/2021, 6:40 PM
Yep

RSMF_TEAMS_0000003370

GX 481.0002