## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 55 | Date Range: 10/29/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [Adam Brosius, Pat Boyd]** • 55 messages on 10/29/2020 • Adam Brosius • Pat Boyd (PatB@Safechain.com)

**GOVERNMENT EXHIBIT**

**482**

1:24-cr-20255-WPD

RSMF_TEAMS_0000083206

GX 482.0001

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Adam Brosius, Pat Boyd]** | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 2:16 PM |
| | goood morning. | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 2:17 PM |
| | so melanie has a sale for HIV but didnt realize it as a wholesaler. she did at wac -6 with prepay and they can take blvd. Let me know how you want me to with it. With that price and margin i actually like but dont think we should ever be givingthem priority | |
| AB | **Adam Brosius** | 10/29/2020, 2:44 PM |
| | Gm.  Let's talk about this.  I am talking with a few wholesalers.   She really can't handle them at all | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 2:46 PM |
| | It was in the dormant list | |
| AB | **Adam Brosius** | 10/29/2020, 2:50 PM |
| | I wasn't saying that I was dealing with them.   I am saying that she can not deal with wholesalers.  Especially on hiv | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 2:52 PM |
| | let me know how you wanrt to do it | |
| AB | **Adam Brosius** | 10/29/2020, 2:52 PM |
| | give me a ring when freee | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 2:52 PM |
| | she has a po for 85k | |
| AB | **Adam Brosius** | 10/29/2020, 3:02 PM |
| | spoke to ritesh last night 2 things<br><br>he loves the Legacy white label product idea<br><br>he is also looking for #5000 boxes of gloves can pay up to $12 for them 1/2 L 1/2 XL | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 3:03 PM |
| | im also talking to tony in 30 min about the true up. THe conversation i had in august was that my comfort level waas 10% of my commission monthly and any divedends to go directly to you all | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 3:03 PM |
| | until settled up | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 3:03 PM |
| | i got an email today about some that get here tuesday, and then every week ongoing | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 3:03 PM |
| | boxes of 200 for about $23 | |
| AB | **Adam Brosius** | 10/29/2020, 3:04 PM |
| | is 23 our cost? | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 3:09 PM |
| | it looks like its his cost with a .15 commission built in for us | |
| P | **Pat Boyd (PatB@Safechain.com)** | 10/29/2020, 3:09 PM |

| | | |
|---|---|---|
| | we could do this separate from scs if you want | |
| P | **Pat Boyd (PatB@Safechain.com)**<br>jsut sent you the info | 10/29/2020, 3:09 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>unfortunately there are some shady people in this business and we worry about them going around us | 10/29/2020, 3:11 PM |
| AB | **Adam Brosius**<br>yup | 10/29/2020, 3:44 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>that was for melanie lol | 10/29/2020, 3:45 PM |
| AB | **Adam Brosius**<br>ok  i thought that was for the glovesa  lol | 10/29/2020, 3:47 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>lol | 10/29/2020, 3:47 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>probably still applies | 10/29/2020, 3:47 PM |
| AB | **Adam Brosius**<br>for the gloves   a tiny order for ritesh  isnt worth it with that deal | 10/29/2020, 3:47 PM |
| AB | **Adam Brosius**<br>are you or did you put a deal out to Nicole? | 10/29/2020, 3:58 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>yes i meant to call you after i talked to her but had the kides and it was chaos | 10/29/2020, 4:00 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>50k, 12% on dormant, 20% on new biz | 10/29/2020, 4:01 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>let me know how your week of the 16th looks | 10/29/2020, 4:20 PM |
| AB | **Adam Brosius**<br>i am here that week   i have a friend flying down on thursday night   taking friday off | 10/29/2020, 4:22 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>ok, i was going to set up training the 16th but then stay the week, maybe we could get golf in tuesday or wednesday | 10/29/2020, 4:23 PM |
| AB | **Adam Brosius**<br>works for me | 10/29/2020, 4:23 PM |
| AB | **Adam Brosius**<br>you mentioned that we are setting these reps up with the same override as new reps with WW   let me know when you are free to discuss that and the HIV stuff   thanks | 10/29/2020, 4:24 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>absolutely | 10/29/2020, 4:24 PM |
| AB | **Adam Brosius**<br>easier to get it set up right from the beginning with Jon | 10/29/2020, 4:25 PM |

RSMF_TEAMS_0000083206

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>basically the same as safeway ww reps where you get the 10% just like anyone else new | 10/29/2020, 4:25 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>we're just paying the rep less so they can start making $ | 10/29/2020, 4:25 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>safeway that is | 10/29/2020, 4:25 PM |
| AB | **Adam Brosius**<br>cool  that works! | 10/29/2020, 4:25 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>Do we need to get back with Puretek? | 10/29/2020, 7:00 PM |
| AB | **Adam Brosius**<br>I sent an email yesterday. | 10/29/2020, 7:01 PM |
| AB | **Adam Brosius**<br>fyi  nicole will be the good front woman for our booth | 10/29/2020, 7:17 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>ummmm yes | 10/29/2020, 7:28 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>my thoiughts for PDs was those two, jon twan, any 2 ww you want then me and you | 10/29/2020, 7:28 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>potentially holly | 10/29/2020, 7:29 PM |
| AB | **Adam Brosius**<br>We can bring 2. Maybe Jenna plus 2. I want to get her out if she wants.<br><br>We can think about holly. She doesn't really negotiate. She processes | 10/29/2020, 7:37 PM |
| AB | **Adam Brosius**<br>I think this country is a long ways away from conferences right now | 10/29/2020, 7:38 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>PDS is apparently on and taking registrations and obviously $$ | 10/29/2020, 7:42 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>said they have huge attendee demand | 10/29/2020, 7:42 PM |
| AB | **Adam Brosius**<br>when  is it | 10/29/2020, 7:43 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>February | 10/29/2020, 7:44 PM |
| AB | **Adam Brosius**<br>nice | 10/29/2020, 7:44 PM |
| AB | **Adam Brosius**<br>you free? | 10/29/2020, 7:57 PM |
| AB | **Adam Brosius** | 10/29/2020, 7:57 PM |

i want to talk to you about lactojen philosophy and pricing

P **Pat Boyd (PatB@Safechain.com)** 10/29/2020, 7:58 PM
finishing up 1099 conversation with HR

P **Pat Boyd (PatB@Safechain.com)** 10/29/2020, 7:58 PM
call you in 10 at most

RSMF_TEAMS_0000083206