**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 34 | Date Range: 3/31/2021 |

**Outline of Conversations**

:-) **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** • 34 messages on 3/31/2021 • Abbie Divilio (AbbieD@Safechain.com) • Charles Boyd (CharlesB@Safechain.com)

**GOVERNMENT EXHIBIT**
**486**
1:24-cr-20255-WPD

RSMF_TEAMS_0000061625

GX 486.0001

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Charles Boyd, Abbie Divilio]** |  |
|---|---|---|
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 1:17 PM |
|  | Mornig- most of what Frier has asked for in the recent update is not anything I have access to, such as the payment information. Is this something you need me to coordinate or have you already touched base with accounting. I am still working on sorting original T3 stuff |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 1:25 PM |
|  | GM |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 1:25 PM |
|  | call me when you can |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 3:59 PM |
|  | Anything from NY? |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 4:00 PM |
|  | I called and spoke with someone who said they do not typically send out licenses to those requesting it unless of course it was our own license. SHe suggested I send an email, which I did. I have not heard back from the email |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 4:28 PM |
|  | The two bottles have been returned from Columbia Heights, and I have asked warehouse to put them into quarantine. I think we should take pictures of these before they are returned anywhere for our records. |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 5:44 PM |
|  | hey |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 5:45 PM |
|  | can you send me Synergies License |  |
| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 5:45 PM |
|  | ? |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 5:47 PM |

File **"file-3c7162b-1617212845937-NJ license SGW.pdf"** is missing.
Attachment: NJ license SGW.pdf

| C | **Charles Boyd (CharlesB@Safechain.com)** | 3/31/2021, 8:01 PM |
|---|---|---|
|  | any idea who the vendor was on the last isse? |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:01 PM |
|  | SORRY i JUST GOT OFF THE PHONE WITH THE CUSTOMER |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:01 PM |
|  | opps |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:02 PM |
|  | I am pulling sales data now, and will look up that customers T3 |  |
| A | **Abbie Divilio (AbbieD@Safechain.com)** | 3/31/2021, 8:06 PM |
|  | Looks like Boulevard, Gentek and Synergy/Mr. Unlimited. I will have to manually look at Synergy since they do not come up on the lot tracing report, but there is 7 pages of sales coming up from the G-NDC umbrella and sales as recent as last |  |

| | | |
|---|---|---|
| | week | |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>for that 1 lot#? | 3/31/2021, 8:07 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>yes | 3/31/2021, 8:14 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>but where did this one on this invoice come from? | 3/31/2021, 8:17 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I am trying to figure that out right now | 3/31/2021, 8:18 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>This one to Global Express Pharmacy came from Boulevard | 3/31/2021, 8:23 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>thats goof | 3/31/2021, 8:25 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>better than Rapids or Synergy | 3/31/2021, 8:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>and we're 100% sure that the complaint we had from Rapids was actually Rapids and not from Blvd or Gentek? | 3/31/2021, 8:30 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>guessing NY didn't respond about Blvd? | 3/31/2021, 8:36 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I want to confirm that to be 100% sure | 3/31/2021, 8:36 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>No I have not heard from NY BOP | 3/31/2021, 8:36 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>gotcha | 3/31/2021, 8:36 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>can you email King shit head and ask him? | 3/31/2021, 8:37 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>Ask him for their license again? | 3/31/2021, 8:38 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yes and that the NYBOP only shows them registered as a Pharmacy can they tell us why? | 3/31/2021, 8:38 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>sure do you have an email address for the peter person? | 3/31/2021, 8:39 PM |
| A | **Abbie Divilio (AbbieD@Safechain.com)**<br>I only spoke with him once on the phone | 3/31/2021, 8:39 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>this is all I can find boulevard0102@gmail.com | 3/31/2021, 8:40 PM |

RSMF_TEAMS_0000061625

C   **Charles Boyd (CharlesB@Safechain.com)**                                                                                           3/31/2021, 8:41 PM
but add King also, screw it

RSMF_TEAMS_0000061625