| | |
|---|---|
| **From:** | Charles Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent:** | Tue 8/25/2020 6:13:30 PM (UTC) |
| **To:** | Sameer Ughade[sameeru@safechain.com] |

so our buddy Peter

GOVERNMENT
EXHIBIT
**488**
1:24-cr-20255-WPD

SCSRELATIVITY_0000825383

GX 488.0001

| | |
|---|---|
| Message | |
| From: | Charles Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| Sent: | 8/25/2020 6:13:52 PM |
| To: | Sameer Ughade [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e5286e1303c4679983d3716a7795eda-Sameer Ugha] |

said that the pharmacies he's buying form got all their products from Mckesson

SCSRELATIVITY_0000786632

Unable to Image

| | |
|---|---|
| **Message** | |
| **From**: | Charles Boyd [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent**: | 8/25/2020 6:14:57 PM |
| **To**: | Sameer Ughade [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3e5286e1303c4679983d3716a7795eda-Sameer Ugha] |

I think his "wholesalers" are all pharmacies

SCSRELATIVITY_0000946794
GX 488.0004

Unable to Image

SCSRELATIVITY_0000914371

GX 488.0005

| | |
|---|---|
| **From:** | Charles Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent:** | Tue 8/25/2020 6:15:07 PM (UTC) |
| **To:** | Sameer Ughade[sameeru@safechain.com] |

who bought from Mckesson

| | |
|---|---|
| **From:** | Sameer Ughade[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3E5286E1303C4679983D3716A7795EDA-SAMEER UGHA] |
| **Sent:** | Tue 8/25/2020 6:15:33 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |

So how we get the details though I am sure Mckesson will have it but who will reach out to them.. technically it should be him..