| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 4/15/2020 5:32:37 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |

just a heads up tyler is livid. i guess abbie accused them of filling out a KYC document in an email that sounded really criminal. i doubt they did i think the pharmacy buyer was lazy but it's the kind of email that should have been a phone call because now its on record

**GOVERNMENT EXHIBIT**

**490**

1:24-cr-20255-WPD

SCSRELATIVITY_0000629663

GX 490.0001

| | |
|---|---|
| **From:** | Charles Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30586A8D51E34852A9CD931EE5ECEB7C-CHARLES BOY] |
| **Sent:** | Wed 4/15/2020 5:33:21 PM (UTC) |
| **To:** | Pat Boyd[PatB@Safechain.com] |

what's KYC?

| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 4/15/2020 5:33:34 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |

i guess some compliance renewal doc

| | |
|---|---|
| **From:** | Pat Boyd[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=964064AA20E946EC8768BB561A22A814-PAT BOYD] |
| **Sent:** | Wed 4/15/2020 5:34:42 PM (UTC) |
| **To:** | Charles Boyd[CharlesB@Safechain.com] |

all of her concerns are valid but pretty shitty email to put on record permanently to anyone. he's getting the pharmacy to send directly and to say she did send it to CT first