**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 40 | Date Range: 3/3/2021 |

**Outline of Conversations**

:)     **Microsoft Teams chat between [Pat Boyd, Charles Boyd]** • 40 messages on 3/3/2021 • Charles Boyd (CharlesB@Safechain.com) • Pat Boyd (PatB@Safechain.com)

GOVERNMENT
EXHIBIT

**492**

1:24-cr-20255-WPD

RSMF_TEAMS_0000053165

**Messages in chronological order** (times are shown in GMT +00:00)

| | **Microsoft Teams chat between [Pat Boyd, Charles Boyd]** | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>Sharp moved to 2pm | 3/3/2021, 3:17 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>You need me to ask him anything for you? | 3/3/2021, 3:17 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>you got to drive to PA? | 3/3/2021, 3:17 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>noooo | 3/3/2021, 3:17 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>chestertown | 3/3/2021, 3:18 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>just about getting an extension done | 3/3/2021, 3:18 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>ok | 3/3/2021, 3:18 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I have to get him all my tax docs | 3/3/2021, 3:18 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>im also having acome to jesus with melanie and nicole at 3 | 3/3/2021, 3:18 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>mainly for melanies ears but good for both to hear | 3/3/2021, 3:18 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>cool | 3/3/2021, 3:19 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>YOu comfotable with me getting a little morbid about the numbers and the place not really justifying its existence | 3/3/2021, 3:20 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>I would hope it ultimately causes a little chatter | 3/3/2021, 3:20 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>for sure | 3/3/2021, 3:20 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>we're holding off on Lisa until next Friday | 3/3/2021, 3:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>im going to say its not only on heir shoulders but thats why we hired them to help this gro | 3/3/2021, 3:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>ok | 3/3/2021, 3:21 PM |

RSMF_TEAMS_0000053165

| | | |
|---|---|---|
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>basically we will see savings in April | 3/3/2021, 3:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>yeah for sure | 3/3/2021, 3:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>so maybe March is a good prove yourself month for Melanie | 3/3/2021, 3:21 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>or 1099 in April | 3/3/2021, 3:21 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>right | 3/3/2021, 3:22 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>im going say it to both of them that 10k is the minimum we can have at this point and that just breaks us even with their salary and benefits | 3/3/2021, 3:22 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Adam needs to be careful what he's putting in writing. I'll mention that to him when I call him | 3/3/2021, 3:26 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>for sure | 3/3/2021, 3:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>has he just completely pushed Camber to the side? | 3/3/2021, 3:26 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>also idont think carl will buy from a pharmacy | 3/3/2021, 3:26 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i havent heard a peeop | 3/3/2021, 3:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>not without a wholesale | 3/3/2021, 3:26 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i think its in their court though | 3/3/2021, 3:26 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>I don't know many that would do that | 3/3/2021, 3:27 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>and if the pharamcy had wholesale we could just pick up | 3/3/2021, 3:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yep | 3/3/2021, 3:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>but I also don't trust the source | 3/3/2021, 3:27 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>right if they;re willing to do that? | 3/3/2021, 3:27 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>BLVD type is not what we want | 3/3/2021, 3:27 PM |

RSMF_TEAMS_0000053165

| | | |
|---|---|---|
| P | **Pat Boyd (PatB@Safechain.com)**<br>no | 3/3/2021, 3:27 PM |
| P | **Pat Boyd (PatB@Safechain.com)**<br>i love -25, its probably whol blvd buys from | 3/3/2021, 3:28 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>lol | 3/3/2021, 3:28 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>yeah | 3/3/2021, 3:28 PM |