## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 31 | Date Range: 1/8/2020 |

## Outline of Conversations

**Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 31 messages on 1/8/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

GOVERNMENT EXHIBIT
495
1:24-cr-20255-WPD

**Messages in chronological order** (times are shown in GMT +00:00)

---

**Microsoft Teams chat between [Adam Brosius, Charles Boyd]**

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 4:18 PM
what time is your flight?

AB **Adam Brosius** 1/8/2020, 4:18 PM
i am already in florida 5am flight

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 4:19 PM
oh wow

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 4:19 PM
nice

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 4:20 PM
I'm getting through this 4B operating agreement draft. We should all have our comments and discuss to finalize.

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 6:34 PM
looks like the SoluxRx stuff might be here

AB **Adam Brosius** 1/8/2020, 6:35 PM
yellow freight? i just got a tracking number an hour ago

AB **Adam Brosius** 1/8/2020, 6:35 PM
i was up at 3: 00am i am dragging right now

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 6:35 PM
I'm sure!

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 6:36 PM
I see two freight trucks here now

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 6:36 PM
make that three tucks

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 6:36 PM
lol
1 • Adam Brosius

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 6:46 PM
not yellow freight

AB **Adam Brosius** 1/8/2020, 8:21 PM
tony said that i should wire the funds into 4b

should i request the funds to turn it around?

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:24 PM
yeah that's going to be cleanest

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:25 PM
and it will probably have to be sent from you to Talbot Capital Partners

AB **Adam Brosius** 1/8/2020, 8:28 PM

ok

AB **Adam Brosius** 1/8/2020, 8:28 PM
[2:47 PM]
Jenna Mellott (Guest)
After today - WF will no longer ship orders same business day. They will ship the FOLLOWING business day. Product will also not be received until following business day

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:30 PM
yeah I saw that. We're all jumping on a call together in 30. ONE DAY NOTICE IS BULLSHIT

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:30 PM
going to push for 1/15 then we'll be gone

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:42 PM
what is the WW headquarters address and how long have you been in business?

AB **Adam Brosius** 1/8/2020, 8:43 PM
for the 550k investment?

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:44 PM
no this is a question from the bank

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:44 PM
looking for that on all our big agreements

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:44 PM
you , Blackstone...

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:44 PM
I also need to write a description of what you do

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:44 PM
thats easy

AB **Adam Brosius** 1/8/2020, 8:45 PM
WorldWide Pharma Sales Group Inc.
455 NE 5th Ave
Unit D434
Delray Beach FL 33483

in business since 2016

AB **Adam Brosius** 1/8/2020, 8:45 PM
i make it rain

C **Charles Boyd (CharlesB@Safechain.com)** 1/8/2020, 8:45 PM
lol

AB **Adam Brosius** 1/8/2020, 9:03 PM
both of them ship to florida so that would be fixed in time