## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 11 | Date Range: 7/30/2021 |

## Outline of Conversations

:.]    **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett]** • 11 messages on 7/30/2021 •
        Adam Brosius • Pat Boyd (PatB@Safechain.com) • garrett

**GOVERNMENT EXHIBIT**

**497**

1:24-cr-20255-WPD

RSMF_TEAMS_0000006787

GX 497.0001

**Messages in chronological order** (times are shown in GMT +00:00)

---

:-]          **Microsoft Teams chat between [Adam Brosius, Pat Boyd, garrett]**

AB     **Adam Brosius**                                                      7/30/2021, 2:20 PM
       [10:15 AM]
       garrett (Guest)
       Peter from Cintex not responding

       [10:18 AM]
       Adam Brosius (Guest)
       nothing at all?

       [10:18 AM]
       Adam Brosius (Guest)
       give him today if not he may have heard about the issues

       [10:18 AM]
       garrett (Guest)
       no he texted me early yesterday that he was sending inventory shortly, but nothing since then

       [10:19 AM]
       garrett (Guest)
       thats what I am afraid of

P      **Pat Boyd (PatB@Safechain.com)**                                     7/30/2021, 2:31 PM
       If you get him obviously let him know it's gilead only, and civil no feds

G      **garrett**                                                           7/30/2021, 2:32 PM
       Do you have a contact there?

P      **Pat Boyd (PatB@Safechain.com)**                                     7/30/2021, 2:32 PM
       At cintex? Yes Marc does

G      **garrett**                                                           7/30/2021, 2:33 PM
       I will ask him

P      **Pat Boyd (PatB@Safechain.com)**                                     7/30/2021, 2:34 PM
       Sweet

AB     **Adam Brosius**                                                      7/30/2021, 2:34 PM
       civil action is the key to all of this   one company doesnt like what another company is doing

AB     **Adam Brosius**                                                      7/30/2021, 2:34 PM
       there may be underlying issues  but this is civil

G      **garrett**                                                           7/30/2021, 5:13 PM
       I got a small PO for Cintex today?  Ok to Place?  also may need to pay them for last week first, is that possible?

RSMF_TEAMS_0000006787

P    **Pat Boyd (PatB@Safechain.com)**            7/30/2021, 5:16 PM
           Yup!

P    **Pat Boyd (PatB@Safechain.com)**            7/30/2021, 5:16 PM
           $ should be freed today worst case Monday

RSMF_TEAMS_0000006787

GX 497.0003