## Jul 13, 2020

Amanda Richardson; Pat Boyd



Amanda Richardson 7/13/2020 9:46:10 PM



Amanda Richardson 7/13/2020 9:46:10 PM



Amanda Richardson 7/13/2020 9:46:10 PM

https://www.justice.gov/usao-nj/press-release/file/1293216/download

Amanda Richardson 7/13/2020 9:46:10 PM

This is the DOJ article

Amanda Richardson 7/13/2020 9:46:15 PM

**This makes me so nervous. It specifically lists pharma sales**

Amanda Richardson 7/13/2020 9 46 43 PM

> I'm meeting him tomorrow but in 2014 he was still with express scripts
>
> Pat Boyd 7/13/2020 9:49:36 PM

> I'll get the juice but he owned a pharmacy with Chad during the same period.
>
> Pat Boyd 7/13/2020 9:49:56 PM

**We dealt with this before, with Andrew Fischer. You can't mess with Tricare. Andrew was also a marketer for a pharmacy group, DOJ indicted him for tricare fraud dating back to 2015, even though he had since moved on. He is now awaiting sentencing.**

Amanda Richardson 7/13/2020 9:51:02 PM

> Could be a good time to bring reps in-house and dump pharma sales name
>
> Pat Boyd 7/13/2020 9:51:46 PM

**Yes**

Amanda Richardson 7/13/2020 9:52:10 PM

**It all has to be cleaned. Is his name on Safeway?**

Amanda Richardson 7/13/2020 9:52:21 PM

> His name is only in a holding Llc
>
> Pat Boyd 7/13/2020 9:52:39 PM

**It's one thing if it's a random state suit or something small, but an actual DOJ indictment is trouble for everyone connected**

Amanda Richardson 7/13/2020 9 52 56 PM

**I like Adam, but this is just something that's hard to come back from. And if Brian Harris knows, everyone will know**

Amanda Richardson 7/13/2020 9:53:45 PM

> Oh for sure
>
> **Pat Boyd** 7/13/2020 9:54:14 PM

I feel so bad for Charlie, what a shit storm when he goes on vacation

**Amanda Richardson** 7/13/2020 9:54:39 PM

> We out all these people under us, they know us now and Adam can step in to the shadows and handle what he needs to
>
> **Pat Boyd** 7/13/2020 9:54:44 PM

> He doesn't know yet I don't think
>
> **Pat Boyd** 7/13/2020 9:54:52 PM

Probably not

**Amanda Richardson** 7/13/2020 9:54:58 PM

I'm just waiting for Coney to text me

**Amanda Richardson** 7/13/2020 9:55:04 PM

> We're meeting Adam in Delaware at 9
>
> **Pat Boyd** 7/13/2020 9:55:09 PM

> Oh that's definitely coming lol
>
> **Pat Boyd** 7/13/2020 9:55:18 PM

Oh for sure, he's always on top of this stuff, I swear he set up google alerts for DOJ pharma indictments

**Amanda Richardson** 7/13/2020 9:55:42 PM

This stuff just worries me so much, mainly cause we've dealt with so many people who have been indicted. And it's scary

**Amanda Richardson** 7/13/2020 9:56:33 PM

> Just need to make sure that we go talk to vendors as the face ASAP

**Pat Boyd** 7/13/2020 9:56:35 PM

> It's non stop

**Pat Boyd** 7/13/2020 9:56:44 PM

> And this timing is terrible with hiv

**Pat Boyd** 7/13/2020 9:56:50 PM

> I was just about to bring that up

**Amanda Richardson** 7/13/2020 9:56:58 PM

> Also all of these 'brokers' we need names

**Amanda Richardson** 7/13/2020 9:57:12 PM

> Yes

**Pat Boyd** 7/13/2020 9:57:30 PM

> I know the hiv guys pretty well

**Pat Boyd** 7/13/2020 9:57:38 PM

> Okay good

**Amanda Richardson** 7/13/2020 9:57:44 PM

> Yeah you have to

**Amanda Richardson** 7/13/2020 10:03:54 PM

> After we worked with so many shady characters we completely go rid of any broker relationships

**Amanda Richardson** 7/13/2020 9:58:27 PM

> Also contracts with outside reps that protect that company

**Amanda Richardson** 7/13/2020 9:58:46 PM

> I just went through this
> — Pat Boyd 7/13/2020 9:58:57 PM

Just because they're 1099 doesn't mean they can say things the company doesn't represent
— Amanda Richardson 7/13/2020 9:59:17 PM

> It's 100% when he was given a pharmacy to run after express scripts went down.
> — Pat Boyd 7/13/2020 9:59:19 PM

> He's brought this up a lot to us just didn't know it had gotten this far
> — Pat Boyd 7/13/2020 9:59:33 PM

If the indictment was published he had to have known a while ago something was up
— Amanda Richardson 7/13/2020 9:59:56 PM

People from the past we're getting calls, things were getting looked into
— Amanda Richardson 7/13/2020 10:00:23 PM

> and the dollar amount of accused kickbacks are minuscule!
> — Pat Boyd 7/13/2020 10:00:31 PM

> 10k?
> — Pat Boyd 7/13/2020 10:00:37 PM

> I mean i know Ryan Hilton stoke millions
> — Pat Boyd 7/13/2020 10:00:50 PM

Oh I know, there's worse people out there
— Amanda Richardson 7/13/2020 10:02:44 PM

**Pat Boyd** 7/13/2020 10:02:55 PM: I'm leaving here at 730, meeting charlie and him near where are beach house is so I'll know a lot more tomorrow.

**Amanda Richardson** 7/13/2020 10:03:18 PM: If they have emails though and proof of funds moving then they'll go after them for mail fraud and all kinds of stuff

**Pat Boyd** 7/13/2020 10:03:25 PM: If it comes up anywhere tomorrow I'd just say that was a different life and he's been dealing with it for 6 years

**Pat Boyd** 7/13/2020 10:03:47 PM: Yeah i still like the plan of dumping pharma sales

**Pat Boyd** 7/13/2020 10:03:54 PM: We contract direct

**Pat Boyd** 7/13/2020 10 03 57 PM: It's for the best

**Amanda Richardson** 7/13/2020 10:04:09 PM: They're specifically listed in the indictment

**Pat Boyd** 7/13/2020 10 04 31 PM: I'll have him assign me the rights or whatever we need to do.

**Pat Boyd** 7/13/2020 10:04:40 PM: He's not on safe chain or Safeway directly

**Amanda Richardson** 7/13/2020 10:04:51 PM: Oh course it's different now, Andrew Fisher was doing something totally different and started a company with Nicolette and another dude

> Then the indictment came out, which also prevented him from working in healthcare until the suit was resolved, he refused and they have to shut down the company

Amanda Richardson 7/13/2020 10:05:35 PM

> I'd ask Adam if legally he can even work within healthcare

Amanda Richardson 7/13/2020 10:05:48 PM

> That's good to know, and also an easy transition

Pat Boyd 7/13/2020 10:06:57 PM

> Yeah it sounds like he should be far away right now but I'll get the details

Pat Boyd 7/13/2020 10:08:11 PM

> This is what I keep referring to https://www.justice.gov/usao-ndfl/pr/local-pharmacy-owner-indicted-multimillion-dollar-health-care-fraud-conspiracy-and It was a crash course for me ♀

Amanda Richardson 7/13/2020 10:08:14 PM

> And I'll sit with his lawyer need be

Pat Boyd 7/13/2020 10:08:19 PM

> Oh I remember this

Pat Boyd 7/13/2020 10:09:00 PM

> Let us know how it goes. I was like halfway asleep and Travis told me and I immediately shot up, it just terrifies me

Amanda Richardson 7/13/2020 10:09:28 PM

> Yeah, he tried to fight the case but everyone else pled guilty, so he was found guilty, I don't think it's going well for him

Amanda Richardson 7/13/2020 10:10:17 PM

**Pat Boyd** 7/13/2020 10:10:37 PM: Don't stress he's been dealing with this ongoing but it's not about us. We just need a message ASAP for the Brian Harris of the world

**Pat Boyd** 7/13/2020 10:11:05 PM: His partner chad definitely won't, his dispense docs platform is killing it

**Amanda Richardson** 7/13/2020 10:12:09 PM: Yeah, it's only a matter of time before other people start asking what's going on

**Amanda Richardson** 7/13/2020 10:14:52 PM: Hopefully they don't have emails showing Adam made the techs not collect copays

**Amanda Richardson** 7/13/2020 10:15:14 PM: Or much more than the proof of commission payments, but still that's wire fraud

**Pat Boyd** 7/13/2020 10:15:20 PM: I think that company was shit down prior to any issues

**Pat Boyd** 7/13/2020 10:15:44 PM: I just don't get the kick back numbers

**Amanda Richardson** 7/13/2020 10:16:32 PM: It's only because the kickbacks originated from $35 million in claims that could be false due to not collecting copays and forcing out refills/unauthorized scripts

**Pat Boyd** 7/13/2020 10:16:53 PM: Right

**Amanda Richardson** 7/13/2020 10:16:54 PM: They're just adding in everything they could find against them

> Exactly

**Pat Boyd** 7/13/2020 10:17:02 PM

> 35 could be 5 but who knows

**Pat Boyd** 7/13/2020 10:17:11 PM

Well in 2015 EMLA was making like hundreds of dollars

**Amanda Richardson** 7/13/2020 10:17:41 PM

So it was easier

**Amanda Richardson** 7/13/2020 10:17:44 PM

Remember when lidocaine was like $120

**Amanda Richardson** 7/13/2020 10:17:57 PM

Jeez

**Amanda Richardson** 7/13/2020 10 18 00 PM

> Yes!

**Pat Boyd** 7/13/2020 10:19:15 PM

> We were selling diclo 3 for like 500 all day

**Pat Boyd** 7/13/2020 10:19:30 PM

Yeah it was insane

**Amanda Richardson** 7/13/2020 10:20:17 PM

Also the kits sold WAY easier

**Amanda Richardson** 7/13/2020 10:20:36 PM

> Yeah that's what got us together with puretek after some fun legal

**Pat Boyd** 7/13/2020 10:21:07 PM

> Yeah, those kits are insane. When I first started at Redmond on my 3rd day I started to notice the dollar amounts and asked if what we were doing was in anyway illegal

**Amanda Richardson** 7/13/2020 10:22:19 PM

> For sure! I got the concept but didn't understand. This is why these other verticals like hiv and daily meds make sense

**Pat Boyd** 7/13/2020 10:23:06 PM

> Single NDcs will keep moving but have to have more in the Arsenal

**Pat Boyd** 7/13/2020 10:23:32 PM

> Oh of course, there's no way a pharmacy is only supplying multivitamins

**Amanda Richardson** 7/13/2020 10:24:16 PM

> You have to diversify

**Amanda Richardson** 7/13/2020 10:24:29 PM

> Do me a favor and don't bring this up with Jesse tomorrow, he gets real nervous, I'd rather bring back all the facts and info first

**Pat Boyd** 7/13/2020 10:28:49 PM

> Oh yeah I'm not going to say anything

**Amanda Richardson** 7/13/2020 10:29:09 PM

> I'd rather just ignore this topic with everyone other than you and Travis until we know what's going on

**Amanda Richardson** 7/13/2020 10:29:33 PM

> Also I never talk to Jesse ♀

**Amanda Richardson** 7/13/2020 10 31 08 PM

> Hahahahaha

**Pat Boyd** 7/13/2020 10:34:09 PM

> I'll work on the plan, of reps bring it up it was a "past life" and if they want to contract under a different name it's done ASAP
>
> **Pat Boyd** 7/13/2020 10:35:18 PM

> For sure. Let me know how it goes tomorrow
>
> **Amanda Richardson** 7/13/2020 10:36:59 PM

> I definitely will
>
> **Pat Boyd** 7/13/2020 10:41:04 PM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 20- |
| v. | : | 18 U.S.C. § 1349 |
| | | 18 U.S.C. § 1347 |
| | : | 18 U.S.C. § 371 |
| JEFFREY ANDREWS, | | 18 U.S.C. § 2 |
| CHAD BEENE, | : | 42 U.S.C. § 1320a-7b(b)(2)(B) |
| ADAM BROSIUS, and | | |
| ROBERT SCHNEIDERMAN | : | |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

## COUNT 1

### (Conspiracy to Commit Health Care Fraud)

1. At times relevant to this Indictment, unless otherwise indicated:

#### The Defendants and Others

a. Defendant JEFFREY ANDREWS was a resident of Bryn Mawr, Pennsylvania. ANDREWS was the Chief Financial Officer for both Main Avenue Pharmacy, Inc. ("Main Avenue Pharmacy") and Parent Company-1.

b. Defendant CHAD BEENE was a resident of Philadelphia, Pennsylvania. BEENE was the National Sales Manager for Parent Company-1.

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 20- |
| v. | : | 18 U.S.C. § 1349 |
| | | 18 U.S.C. § 1347 |
| | : | 18 U.S.C. § 371 |
| JEFFREY ANDREWS, | | 18 U.S.C. § 2 |
| CHAD BEENE, | : | 42 U.S.C. § 1320a-7b(b)(2)(B) |
| ADAM BROSIUS, and | | |
| ROBERT SCHNEIDERMAN | : | |

**INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

**COUNT 1**

**(Conspiracy to Commit Health Care Fraud)**

1.  At times relevant to this Indictment, unless otherwise indicated:

    <u>The Defendants and Others</u>

    a.  Defendant JEFFREY ANDREWS was a resident of Bryn Mawr, Pennsylvania. ANDREWS was the Chief Financial Officer for both Main Avenue Pharmacy, Inc. ("Main Avenue Pharmacy") and Parent Company-1.

    b.  Defendant CHAD BEENE was a resident of Philadelphia, Pennsylvania. BEENE was the National Sales Manager for Parent Company-1.

1