**Aug 17, 2020**

Charles Boyd; Abbie Divilio; Jesse



Charles Boyd 8/17/2020 9:18:32 AM



Charles Boyd 8/17/2020 9:18:32 AM


Charles Boyd 8/17/2020 9:18:32 AM


Charles Boyd 8/17/2020 9:18:32 AM

SCSRELATIVITY_0001559029







