## Sep 14, 2020

| Charles Boyd; | Brother; | Jon Nicholls |



**Jon Nicholls** 9/14/2020 8:57:33 PM

Guy currently has 300k worth of this stuff

**Jon Nicholls** 9/14/2020 8:58:19 PM

Ill send this over to Blvd now

**Charles Boyd** 9/14/2020 8:58:28 PM



GX 517.002

SCSRELATIVITY_0001558256