# Jan 25, 2021

Pat Boyd;   Nicole Sawyer

**Nicole Sawyer** — What happened to you you didn't rescue me
*Nicole Sawyer 1/25/2021 9:11:48 AM*

**Pat Boyd** — You didn't tell me where and from what
*Pat Boyd 1/25/2021 9:31:36 AM*

**Nicole Sawyer** — Haha good point that's some crucial info
*Nicole Sawyer 1/25/2021 9:37:44 AM*

**Nicole Sawyer** — Was at a dinner with friends but wanted to be in bed. With you ideally.
*Nicole Sawyer 1/25/2021 9:38:44 AM*

**Pat Boyd** — I would hav gladly saved you for that !
*Pat Boyd 1/25/2021 9:39:28 AM*

**Nicole Sawyer** — [image]
*Nicole Sawyer 1/25/2021 9:43:50 AM*

**Pat Boyd** — And now that's all that's in my head
*Pat Boyd 1/25/2021 9:44:01 AM*

**Nicole Sawyer** — Good
*Nicole Sawyer 1/25/2021 9:44:21 AM*

**Pat Boyd** — I'm on this hr seminar again and am punching things because it's so annoying
*Pat Boyd 1/25/2021 9:45:59 AM*

> Hahahaha they must really be onto you

**Nicole Sawyer** 1/25/2021 10 06 26 AM

> It's like a 5 part series but it's way too PC for me

**Pat Boyd** 1/25/2021 10:07:58 AM

> Ugh help... how would you handle the customer who returned Blvd product and told her I'd get her gentek? I asked Garrett this morning on gentek shipment update and he said next week. So I emailed my customer customer the update and she said no problem she'd stocked for the month but will take the product when it comes in. Now I have to tell her no gentek.

**Nicole Sawyer** 1/25/2021 1:13:37 PM

> Just say that our supplier is being audited by the manufacturers and said that they aren't shipping until next month at this point

**Pat Boyd** 1/25/2021 1:14:28 PM

> Play the victim like it's killing your numbers too

**Pat Boyd** 1/25/2021 1:14:37 PM

> I'm hoping we have a new "g" like source soon

**Pat Boyd** 1/25/2021 1:15:32 PM

> Ok cool. I still shouldnt offer her Blvd right? Like is it an option to check product for cosmetic defects before it ships out or no?

**Nicole Sawyer** 1/25/2021 1:16:25 PM

> It's tough but if I was picking it I could help, maybe ask Meg if it's possible for this one order based on the history

**Pat Boyd** 1/25/2021 1:19:39 PM

> Ok I'll check with her... that way maybe I can give customer the option of waiting or trying Blvd again

**Nicole Sawyer** 1/25/2021 1:23:43 PM

> Let Meg you know you talked to me and wanted to try
> **Pat Boyd** 1/25/2021 1:24:24 PM

K. Thank youuu
**Nicole Sawyer** 1/25/2021 1:24:37 PM

> Of course
> **Pat Boyd** 1/25/2021 1:25:19 PM

OK Meg said she just checked all of the Prezista bottles and they all look good, do I even need to tell the customer this is going to be BLVD product again and not gentek?
**Nicole Sawyer** 1/25/2021 3:32:44 PM

> I'd just send it and pray?
> **Pat Boyd** 1/25/2021 3:35:03 PM

Liked "I'd just send it and pray?"
**Nicole Sawyer** 1/25/2021 3:36:23 PM

> Lol sorry I don't have more of a solid answer for this one
> **Pat Boyd** 1/25/2021 3:36:41 PM

> But
> **Pat Boyd** 1/25/2021 3:36:46 PM

> My bags are all found now
> **Pat Boyd** 1/25/2021 3:36:51 PM

Think I'm just going to say look it's going to be a long delay because xyz but we are hand selecting product in stock for you. She did keep the good bottles before.
**Nicole Sawyer** 1/25/2021 3:37:26 PM

> I like that better honestly
> Pat Boyd 1/25/2021 3:37:44 PM

> Oh joyyyy. Now you can unpack them and repack for Florida.
> Nicole Sawyer 1/25/2021 3:37:54 PM

> Otherwise you'd have to say you tried to designate to send from our other supplier and it still got picked from this one
> Pat Boyd 1/25/2021 3:38:14 PM

> Right and would look worse again
> Nicole Sawyer 1/25/2021 3:38:37 PM

> For sure
> Pat Boyd 1/25/2021 3:41:40 PM

> Emphasized "Oh joyyyy. Now you can unpack them and repack for Florida."
> Nicole Sawyer 1/25/2021 3:47:46 PM

> Yeah definitely need lighter gear for down there
> Pat Boyd 1/25/2021 3:48:34 PM

> Just making sure you agree to pack your bags again soon.
> Nicole Sawyer 1/25/2021 3:51:50 PM

> Trust me I'm itichkng badly
> Pat Boyd 1/25/2021 3:59:04 PM

> That sounded awful
> Pat Boyd 1/25/2021 3:59:10 PM

> Hahahahhahaha
> Nicole Sawyer 1/25/2021 4:09:39 PM

**Nicole Sawyer:** Maybe you should get that checked out
*Nicole Sawyer 1/25/2021 4:09:44 PM*

**Pat Boyd:** I was gonna make a joke but wouldn't come across right in text
*Pat Boyd 1/25/2021 4:10:45 PM*

**Pat Boyd:** This week I definitely am tied up and have kids but should be good next week
*Pat Boyd 1/25/2021 4:11:10 PM*

**Nicole Sawyer:** Yeah and I'm sure the last thing you want to think about this week is traveling
*Nicole Sawyer 1/25/2021 4:12:01 PM*

**Pat Boyd:** I mean if I'm coming there I could handle it
*Pat Boyd 1/25/2021 4:12:18 PM*

**Nicole Sawyer:** Well then  to responsibilities
*Nicole Sawyer 1/25/2021 4:15:52 PM*

**Pat Boyd:** Lol
*Pat Boyd 1/25/2021 4:16:29 PM*

**Pat Boyd:** Bronco delivery pushed to 2022. Told them to pound sand I'll wait til later
*Pat Boyd 1/25/2021 5:54:57 PM*

**Nicole Sawyer:** What in the?! For just the Sasquatch?
*Nicole Sawyer 1/25/2021 6:18:08 PM*

**Pat Boyd:** For all of them now
*Pat Boyd 1/25/2021 6:20:47 PM*

> I'm gonna rage and see other dealerships
> — Pat Boyd 1/25/2021 6:20:56 PM

That's insane.. They're not that cool
— Nicole Sawyer 1/25/2021 6:22:54 PM

> I just sent the sales guy an email with my order asking for details on delivery
> — Pat Boyd 1/25/2021 6:23:46 PM

Yeah I mean do they know who you are
— Nicole Sawyer 1/25/2021 6:25:20 PM

> Lol smartass
> — Pat Boyd 1/25/2021 6:25:53 PM

> I just think they're trying to get me to give them a bunch of $ now
> — Pat Boyd 1/25/2021 6:26:10 PM

> Not falling for it
> — Pat Boyd 1/25/2021 6:26:14 PM

Muahaha I know I am
— Nicole Sawyer 1/25/2021 6:33:40 PM

Yeah typical car salesmen shit don't fall for it
— Nicole Sawyer 1/25/2021 6:34:07 PM

> Nope
> — Pat Boyd 1/25/2021 6:35:01 PM

> I'm over Monday nights
> — Pat Boyd 1/25/2021 9:50:42 PM

> Is later next week better than earlier?
>
> Pat Boyd 1/25/2021 9:50:58 PM

Disliked "I'm over Monday nights"

Nicole Sawyer 1/25/2021 9:59:09 PM

Guess it depends what your plan is for super bowl... if you're sticking around or not.

Nicole Sawyer 1/25/2021 9:59:36 PM

> Ok I'll get a plan ASAP
>
> Pat Boyd 1/25/2021 10:01:40 PM

Liked "Ok I'll get a plan ASAP "

Nicole Sawyer 1/25/2021 10:03:32 PM

I'm leaning towards Tampa. Welcome to come.

Nicole Sawyer 1/25/2021 10:04:01 PM

> What day would you go/comeback? Tampa could be a lot of fun
>
> Pat Boyd 1/25/2021 10:08:05 PM

Yeah should be a good time. Especially now that the bucs are in.

Nicole Sawyer 1/25/2021 10:12:03 PM

Leave Friday mid afternoon. Prob head back early Monday or work from there Monday and back Monday night.

Nicole Sawyer 1/25/2021 10:12:56 PM

> Ok I'll get my shit together
>
> Pat Boyd 1/25/2021 10:13:26 PM

Haha ok counting on u

Nicole Sawyer 1/25/2021 10:15:20 PM