## Apr 08, 2021

[redacted] Pat Boyd; [redacted] Jon Weed; [redacted]@yahoo.com Pat Boyd

> Any good news on the hiv/brand suppliers?
>
> Jon Weed 4/8/2021 4:10:07 PM

> No shipping news I making progress with paperwork
>
> Pat Boyd 4/8/2021 4:51:13 PM

> Ok. The natives are getting restless... no hiv, no brands, no oxy 30, no lactojen... tough to sell with no product. I have them all believing it is the new system, but that can't last much longer or they might go elsewhere permanently
>
> Jon Weed 4/8/2021 4:53:51 PM

> I'm going to probably dump all goals this month but don't tell anyone. I know it's more about income either way
>
> Pat Boyd 4/8/2021 5:04:20 PM

> Yeah - not hitting goal blows, but not getting paid is worse. Makes sense though... doubtful I hit $62k missing this much of the month
>
> Jon Weed 4/8/2021 5:05:47 PM

> Yeah I'm on a rampage with compliance to get some stuff rolling
>
> Pat Boyd 4/8/2021 5:08:32 PM

> This has been a bit different than expected, huh?
>
> Jon Weed 4/8/2021 5:09:52 PM

> Just all at once between product and system
>
> Pat Boyd 4/8/2021 5:16:04 PM

> Last year we did 4 million in April, we'll do 10 this month still easy
>
> Pat Boyd 4/8/2021 5:16:26 PM

> Liked "Last year we did 4 million in April, we'll do 10 this month still easy"

**Jon Weed** 4/8/2021 5:21:19 PM