# May 13, 2021

Adam Brosius;  Pat Boyd;  @yahoo.com Pat Boyd

> Cintex was pretty tiny too! If I can help with Invicta in anyway let me know
> — Pat Boyd 5/13/2021 2:15:31 PM

> I have been pushing them
> — Adam Brosius 5/13/2021 2:16:06 PM

> They are scared about the paperwork.
> — Adam Brosius 5/13/2021 2:16:31 PM

> I can help with that off the record if they have some questions. We wouldn't report them in any fashion regardless
> — Pat Boyd 5/13/2021 2:17:41 PM

> Liked "I can help with that off the record if they have some questions. We wouldn't report them in any fashion regardless"
> — Adam Brosius 5/13/2021 2:20:20 PM

> Let's see where Jon goes from here
> — Pat Boyd 5/13/2021 8 33 50 PM

> Liked "Let's see where Jon goes from here"
> — Adam Brosius 5/13/2021 8:35:05 PM