| | |
|---|---|
| **From:** | Charles Boyd <"▉▉▉▉▉@Facebook Messenger"> |
| **To:** | Lisa Marie Trissell <"1▉▉▉▉▉▉@Facebook Messenger"> |
| **Subject:** | 2020-07-24 01:25:50 UTC: ▉▉▉▉▉@Facebook Messenger -> ▉▉▉▉▉@Facebook Messenger] |

Hey there! Are you still doing a lot of HIV? If so we should talk. We have just contracted with a supplier that you might want to consider