**Oct 06, 2020**

[redacted] Adam Brosius; [redacted] Charles Boyd

> I have Peter on the phone. Can you pick up??

[redacted] **Adam Brosius** 10/6/2020 5:24:58 PM