

From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)

We didn't agree to vendors til today



From: [redacted] Hacksaw Boyd (owner)
To: [redacted] Brother

It clearly says "regardless of lots". I think we did that because we only thought we had like $100k because that's what the system said yesterday. The system had that inventory tied up so we didn't see it



From: [redacted] Hacksaw Boyd (owner)
To: [redacted] Brother

So now we've told Gilead we have quarantined and we actually haven't so we lose all credibility







GX 537.0002













From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)
And that was not the message we discussed so Jesse fuxked that up

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 5:45:15 PM(UTC-6) | |

Status: Read

3/30/2021 5:45:14 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC86F83 (Table: message, handle; Size: 30265344 bytes)



From: [redacted] Hacksaw Boyd (owner)
To: [redacted] Brother
Maybe we say UPS MIs-routed it

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:45:24 PM(UTC-6) | | |

Status: Sent

3/30/2021 5:45:23 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC86D2C (Table: message, handle; Size: 30265344 bytes)



From: [redacted] Brother
To: [redacted] Hacksaw Boyd (owner)
That's fine but have to fill orders tomorrow

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw B | | 3/30/2021 5:45:39 PM(UTC-6) | |

Status: Read

3/30/2021 5:45:39 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC86AE3 (Table: message, handle; Size: 30265344 bytes)













Message: "And no gentek" — 3/30/2021 5:46:37 PM(UTC-6)



Message: "Then Jesse fucked us" — 3/30/2021 5:46:49 PM(UTC-6)



Message: "We never agreed to that" — 3/30/2021 5:46:53 PM(UTC-6)

























**From:** [redacted] Hacksaw Boyd (owner)
**To:** [redacted] Brother
Says we have some concerns on the timing and logistics

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:52:53 PM(UTC-6) | | |

**Status:** Sent

3/30/2021 5:52:53 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8A920 (Table: message, handle; Size: 30265344 bytes)



**From:** [redacted] Hacksaw Boyd (owner)
**To:** [redacted] Brother
And doesn't mention Rapids

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Brother | 3/30/2021 5:53:04 PM(UTC-6) | | |

**Status:** Sent

3/30/2021 5:53:04 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8A6AF (Table: message, handle; Size: 30265344 bytes)



**From:** [redacted] Brother
**To:** [redacted] Hacksaw Boyd (owner)
Ok let's use the shit out of that and just shut down close of biz tomorrow on rapids too

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 5:54:30 PM(UTC-6) | |

**Status:** Read

3/30/2021 5:54:21 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8BF83 (Table: message, handle; Size: 30265344 bytes)



**From:** [redacted] Brother
**To:** [redacted] Hacksaw Boyd (owner)
But he still fuxked us because we can't screw mr unlimited in this and literally never said we'd quarantine rapids outside of the lots

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Hacksaw Boyd | | 3/30/2021 5:55:50 PM(UTC-6) | |

**Status:** Read

3/30/2021 5:54:59 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xC8B9D4 (Table: message, handle; Size: 30265344 bytes)

























Could be a 500k mistake — From: [Brother] To: Hacksaw Boyd (owner) — 3/30/2021 6:01:02 PM(UTC-6) — Status: Read



Tony called him out — From: Hacksaw Boyd (owner) To: [Brother] — 3/30/2021 6:01:08 PM(UTC-6) — Status: Sent

Oh that's good! — From: [Brother] To: Hacksaw Boyd (owner) — 3/30/2021 6:01:14 PM(UTC-6) — Status: Read





