



**Extraction Report** - Apple iPhone UFED Logical (Generic)

### Participants



Patrick Boyd* (owner)

Nicole Sawyer*

### Conversation - Instant Messages (5)



From: Nicole Sawyer
To: Patrick Boyd (owner)

We still can't sell gndc's right? Have a customer who wants genvoya

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| Patrick Boyd | | 3/22/2021 2:24:02 PM(UTC-4) | |

Status: Read

3/22/2021 2:19:29 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516C7D7 (Table: message, handle; Size: 689119232 bytes)



From: Nicole Sawyer
To: Patrick Boyd (owner)

And what does it mean when he says he wants genvoya and isentress 400 (in stock) with sticks attached to the bottles? Does blvd have stickers?

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| Patrick Boyd | | 3/22/2021 2:24:02 PM(UTC-4) | |

Status: Read

3/22/2021 2:20:38 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516C522 (Table: message, handle; Size: 689119232 bytes)



From: [redacted] Patrick Boyd (owner)
To: [redacted] Nicole Sawyer
We will be able to sell g tomorrow or at least Sg. I'll get details tonight

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Nicole Sawyer | 3/22/2021 2:24:28 PM(UTC-4) | | |

Status: Sent

3/22/2021 2:24:27 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516DC2B (Table: message, handle; Size: 689119232 bytes)



From: [redacted] Patrick Boyd (owner)
To: [redacted] Nicole Sawyer
Blvd almost never has the stickers

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Nicole Sawyer | 3/22/2021 2:24:48 PM(UTC-4) | | |

Status: Sent

3/22/2021 2:24:47 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516D35D (Table: message, handle; Size: 689119232 bytes)



From: [redacted] Nicole Sawyer
To: [redacted] Patrick Boyd (owner)
Ok thanks

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| [redacted] Patrick B | | 3/22/2021 2:27:44 PM(UTC-4) | |

Status: Read

3/22/2021 2:25:31 PM(UTC-4)

Source Info:
Patrick's iPhone/mobile/Library/SMS/sms.db : 0x1516EC8A (Table: message, handle; Size: 689119232 bytes)