Sunday, August 9, 2020    8:17 AM

Meeting Notes 8/10

- **General / Announcements**
  - Weekly Quote:  "Put all your eggs in one basket… the handle's going to break. Then all you've got is scrambled eggs" -- Nora Roberts, author
  - Pat is going to get into the #'s more during Wed's meeting but we need to drastically work on our sales diversity. HIV has saved us from having some dreadful months as a business and I hate having 75% of our eggs there. We should all be thinking of ways to drive more sales diversity.
  - COVID Update -  Any new school schedule updates?
  - SafeWay - See notes from meeting, Dental call, new logo underway, new hire update
  - Subpoena for Hydroxychloriquin - UPDATE on gathering all documents? Waiting to hear from Frier
  - Side meetings <u>still</u> to schedule:
  - Companywide Quarterly meeting 1 week from Wed.
    - #'s needed from accounting
    - Going to need to setup video for those who don't have it
  - Book club new book. Any topics you're interested in?
  - **Schedules:**
    - Company happy hour Thursday - location still TBD
    - Sprinkler room repairs on Tuesday 8am
    - Holly out Mon
    - CB / PB half day Wed
- **Sales  / marketing -**
  - All / Other
    - HIV allocation of product between accounts - separate meeting
      - Slow mover discounts
    - Swift plan
  - Internal Sales / Account managers
    - 
  - Miami / Hospital
    - 
- **Compliance**
  - Blvd peds, supporting documents coming from Peter / Borat
  - SC peds from non-API vendors
  - [REDACTED]
  - PDP -
- **Accounting**
  - Customer credit limit final review
  - Don't pay Blvd anything until I give you the green light
  - Write off PR $1600 balance
  - PDP -
- **IT**
  - Decision on ERP by EOW, Acumatica is front runner
  - PDP -
- **Purchasing: Hospital / Pharmacy**
  - 
  - PDP -
- **Processing**
  - 
  - PDP -
- **Warehouse**
  - Lost shipments review
  - UPS critical
  - Documents from shed to bankers boxes
  - PDP -
- **HR**
  - 

GOVERNMENT EXHIBIT
613
1:24-cr-20255-WPD