Monday, June 21, 2021     4:06 PM

# Meeting Notes 6/~~14~~ 22

**General/Announcements:**
1. Weekly Quote: "Awareness and alertness help us spot dangers, find quick solutions to problems and, of course, answer difficult questions with confidence." — Dr Prem Jagyasi
2. Hacking and fraud attempts at all-time highs. Everyone needs to be on HIGH alert.
3. Acumatica updates
    a. System updates / upgrades this weekend
4. HIV Update
    a. OMOM using PMW as passthrough. OMOM needs to do the T3, PMW will not any more. ↳ Still Complete Cluster Fuck.
    b. Anything from Cintex or Invicta. ✓ vendor
    *A) CinCloud & import of prints*
5. SafeWay Update
    a. Shipped 41 orders on Friday! New Darmerica SOPs to streamline processes.
        i. Darmerica getting trained on CinCloud to place orders.
6. Working on finalizing the communications expectations guide. Still need a few things from departments.
7. End of Q2 already. Quarterly reviews and Q3 criteria review and setup for directs.
8. Inc. 5000 is happy to announce that SafeChain is in a prime position to be named to this year's list of the fastest-growing companies in America. Will know in a few weeks.
9. Good quick read: https://fiveriversrx.com/consolidation-in-top-5-headwinds-secondary-wholesalers-are-facing-in-2021/
10. Schedules:
    a. Pat out Thursday / Friday
    b. Daneka out Friday
    c. CB PT Friday afternoon. Out Monday to pick up puppy
    d. Moral Courage movie discussion next Wed 6/30 10AM

**Sales/Marketing**
1. In the process of applying for LegitScript
2. MHM mailer letter review
3. CRM meeting with Sameer and Anna , Weed
4. RxWorld all setup? Trxade for SC extra login needed. Talk w/ Garrett ✓
5. New reps looking to start in July - Update?
6. Camber contact, PB to send CB

*☆ Marc gloves $10 per box*

**Purchasing**
1. Setting up call w/ Marc to discuss department

**Processing**
1.

**Accounting**

GOVERNMENT EXHIBIT
**630**
1:24-cr-20255-WPD

SCSRELATIVITY_0002182808

1. Thanks for the naming conventions for the communications guide and Accounting functions

**Compliance**
1. FL BOP update? Meeting required. *Rx Wholesale in NJ*
2. Rfxcel issues,
3. CB call w/ Five Rivers to discuss Mr Crash Kart model. *Add Abbie*
4. FDA confirmed receipt of termination request of form 3911

**Warehouse**
1. Any updates on UPS finding our 2 missing orders? Raise hell about missed truck?
2. Dan quote

**HR**
1. Employee Engagement survey next steps with Ashley.
2. Weekly Professional Development: Dan Orlovsky (Former NFL QB) | The Mindset for Long Term Success: https://podcasts.apple.com/us/podcast/dan-orlovsky-the-mindset-for-long-term-success/id1329995882?i=1000525817264

☆ *Notes*