

GX 639.0001



GX 639.0002



GX 639.0003





GX 639.0005