

GOVERNMENT
EXHIBIT

640

1:24-cr-20255-WPD



GX 640.0002