

| Date | Time Sent | Teams - Chat Body | Entity From | Entity To |
|---|---|---|---|---|
| 09/29/2020 | 11:47:24 | I think we may need to cut off boulevard again. Lots of issues here | Boyd, Charles | Boyd, Pat |
| 09/29/2020 | 11:47:31 | and read this | Boyd, Charles | Boyd, Pat |
| 09/29/2020 | 11:47:33 | https://queenseagle.com/all/shady-pharmacies-target-low-income-people-with-hiv-in-disturbing-scheme | Boyd, Charles | Boyd, Pat |
| 09/29/2020 | 12:00:27 | Ugh | Boyd, Pat | Boyd, Charles |
| 09/29/2020 | 12:00:35 | Let's get Adam to get him on a call | Boyd, Pat | Boyd, Charles |
| 09/29/2020 | 12:09:27 | I think Adam can put him on serious notice that he needs to find the route of the problem | Boyd, Pat | Boyd, Charles |
| 09/29/2020 | 12:46:35 | yeah we're going to talk this afternoon | Boyd, Charles | Boyd, Pat |

**GOVERNMENT EXHIBIT**
**645**
1:24-cr-20255-WPD

SCS-0000133476

GX 645.0001