

GOVERNMENT EXHIBIT
**651**
1:24-cr-20255-WPD