# Charles D. Boyd

Easton, MD 21601 — Cell
charlesb@safechain.com

## PROFESSIONAL EXPERIENCE

**2011-Present** — **SAFE CHAIN SOLUTIONS** — Cambridge, MD
President / Partner
- Manage entire business operations including personnel

**2009-2011** — **PREMIUM RX NATIONAL** — Rockville, MD
Director of Logistics
- Supervised and maintained all shipping and receiving operations in all locations throughout the United States
- Interviewed, hired, and trained all new company employees on logistics operations
- Managed all state and federal licensing and pedigree compliance requirements including the FDA and DEA
- Developed overall SOPs and shipping operations system
- Devised shipping systems to increase efficiency and minimize errors while maximizing profits
- Managed daily and monthly inventory
- Kept shipping department up to date with industry requirements and technological advances
- Responsible for all data entry regarding purchase orders, sales orders, invoices and inventory entry
- Processed and invoiced all company sales
- Accountable for addressing all drug recalls issued
- Scheduled and ran department meetings
- Negotiated rates with UPS, FedEx and supplies from multiple packaging and material handling companies

**2006-2009** — **GLOBAL PHARMACEUTICAL SOURCING** — Rockville, MD
Logistics Manager
- Supervised and maintained all shipping and receiving operations in all locations throughout the United States
- Interviewed, hired, and trained all new company employees on logistics operations
- Developed overall SOPs and shipping operations system
- Managed daily and monthly inventory
- Kept shipping department up to date with industry requirements and technological advances
- Responsible for the processing and invoicing of all company sales for over 35 sales representatives
- Accountable for addressing all drug recalls issued
- Scheduled and ran department meetings
- In charge of keeping company compliant with all state and federal licensing regulations including the FDA and DEA

**2003-2006** — **US EXPRESS FREIGHT SYSTEMS** — Landover, MD
Warehouse Manager
- Responsible for employee hiring, training, and scheduling
- Managed and coordinated activities of employees
- Engaged in product delivery, storage, receiving, and inventory
- Managed the Eight O'clock Coffee national 7-11 contract
- OSHA trained and certified in heavy machinery
- Specialized in inventory control, stocking, loading/unloading of trucks
- Responsible for all safety initiatives for the warehouse and warehouse personnel
- Responsible for maintaining company standards of sanitation, maintenance, and security of all warehouse equipment and facilities

**2000-2003** — **ANDREA VAN LINES** — Alexandria, VA
Moving Coordinator
- Specialized in relocating home and office equipment
- Transferred belongings on a multi-state level
- Duties included extreme physical lifting
- Required to pack and load personal property in an efficient manner
- Vast experience driving a 24 foot truck

## ADDITIONAL SKILLS
- Strong leadership and management ability
- Innovative
- Effective team player
- Proficient in MS Word, Excel, MAS 200 and inventory management systems
- Extremely detail oriented

## EDUCATION
**1999-2003** — **MONTGOMERY COLLEGE**
- Completed approximately 60 credits

CBOYD001999

GX 653.0001