SAFE CHAIN SOLUTIONS, LLC

# Drug Supply Chain Security Act Document <sup>Doc# 00000019295</sup>

## (TI) Transaction Information

**Drug Name, Strength, Dosage Form, Container Size:**
GENVOYA TAB 30CT,
150/150/200/10MG
**NDC:** 61958-1901-01

| Lot Number | Quantity | Unique Serial # |
|---|---|---|
| CFCMFA | 4 | |
| | | |
| | | |

**Reference Number:** 01I40985
**Document Type:** Invoice
**Reference Date:** 01/12/21

## (TH) Transaction History

**Manufacturer's Name:** GILEAD SCIENCES, INC
**Manufacturer's information:** 1800 WHEELER AVENUE  LA VERNE, CA 91750

**SOLD TO:**
Name: DROGUERIA BETANCES
Address: LUIS MUNOZ MARIN AVE
         CAGUAS PR 00725
Date Purchased & Ref: 01/05/21   114524

**SHIPPED TO:**
Name: DROGUERIA BETANCES
Address: LUIS MUNOZ MARIN AVE
         CAGUAS PR 00725
Date Received & Ref: 01/05/21   114524

**SOLD TO:**
Name: GENTEK LLC
Address: 45 CEDAR ST UNIT 3
         STAMFORD CT 06902
Date Purchased & Ref: 01/08/21   85339

**SHIPPED TO:**
Name: GENTEK LLC
Address: 45 CEDAR ST UNIT 3
         STAMFORD CT 06902
Date Received & Ref: 01/08/21   85339

**SOLD TO:**
Name: SAFE CHAIN SOLUTIONS, LLC
Address: 822 CHESAPEAKE DR
         CAMBRIDGE MD 21613
Date Purchased & Ref: 01/12/21   PO#01211444

**SHIPPED TO:**
Name: SAFE CHAIN SOLUTIONS
Address: 822 CHESAPEAKE DR
         CAMBRIDGE MD 21613
Date Received & Ref: 01/12/21   RC#016442

**SOLD TO:**
Name: LEGEND DRUGS 1 LLC
Address: 159 E GUNHILL ROAD
         BRONX NY 10467
Date Purchased & Ref: 01/12/21   01S37028002

**SHIPPED TO:**
Name: LEGEND DRUGS 1 LLC
Address: 159 E GUNHILL ROAD
         BRONX NY 10467
Date Received & Ref: 01/12/21   01S37028002

**SOLD TO:**
Name:
Address:

Date Purchased & Ref:

**SHIPPED TO:**
Name:
Address:

Date Received & Ref:

**(TS) Transaction Statement:** This Company complied with each applicable subsection of FDCA Sec. 581 (27) (A)   (G)

(A) is authorized as required under the Drug Supply Chain Security Act;
(B) received the product from a person that is authorized as required under the Drug Supply Chain Security Act;
(C) received transaction information and a transaction statement from the prior owner of the product, as required under section 582;
(D) did not knowingly ship a suspect or illegitimate product;
(E) had systems and processes in place to comply with verification requirements under section 582;
(F) did not knowingly provide false transaction information; and
(G) did not knowingly alter the transaction history.

**GOVERNMENT EXHIBIT 657**
1:24-cr-20255-WPD

Page: 1   of   1   pages.

SCSRELATIVITY_0001546773
Pedigree-SafeChain_0000006175

GX 657.0001