



GX 660.0002

SCS-0000162094



GX 660.0003

SCS-0000162095



SCS-0000162096



SCS-0000162097
GX 660.0005

