# Vacation Follow ups

Sunday, July 19, 2020      3:28 PM

Other
- **Adam legal issues**
  - **What does that mean for us?**
    - **Bank going to have an issue?**
    - **Cash and CC usage affect**
  - SW President registration letter
  - **Separate agreement now with DD probably needed**
  - Tightening of ALL our agreements with reps
- Katelyn role - Jenna was concerned about her wanting the job?

Accounting
- SW staffing
- Kelsey role
- ABL calculations
- SC initiated ACH pulls going ok?
- Gentek payment plan?
- In transit insurance options
- TCS PPE

SafeWay
- Looking for an Admin / Logistics person? - WHY?
- Julie and Natasha leaving plan
  - Amanda Harris has some ideas

Sales / Marketing
- MH Media next steps
- Rx Insider video opp?
- Adam looking for additional funds for HIV. Going to be a problem for the bank
- Legacy agreement for other non- HIV products

HR
- Coastal HR next steps and plan

Compliance
- Kelsey role
- Blackstone account discussed in review - Carepoint WTF happened?
- Pedigrees from Blvd - will need to cut them off
- T3 automation for Legacy GPO

CTRL00430690 Page 7

GX 665.0001

GOVERNMENT EXHIBIT
GX 665
1:24-cr-20255-WPD

CTRL00430690