# Safe Chain Solutions

# Return Authorization

**SAFE CHAIN SOLUTIONS, LLC**
**822 CHESAPEAKE DRIVE**
**CAMBRIDGE, MD 21613**

**Tel: 855-437-5727**
**Fax: 855-614-4118**

| Return Auth. # |
|---|
| 01S26342 |
| **Page:** 1 |

www.safechain.com
accounting@safechain.com

| **Return-from:** 27-DC0101 | **Return-to:** 001 |
|---|---|
| KALORAMA PHARMACY INC<br>1841 COLUMBIA RD NW<br>ATTN: MANJULA CHITKULA<br>WASHINGTON DC 20009 | SAFE CHAIN SOLUTIONS<br>822 CHESAPEAKE DR<br>CAMBRIDGE<br>CAMBRIDGE MD 21613 |

| **Ret. Auth. Date:** | 06/30/20 | **Customer Order#** | DAMAGED |
|---|---|---|---|
| **Expiration Date:** | 07/10/20 | **Ship Method** | |
| **Salesman:** | M&J | **Reason:** | PROUCT RETURN |
| **Operator** | Ken | **Terms:** | NET 5 |

**Special Instructions**

| Line | Item Number / Description | Auth. | UM | Recv. | UM | Open | Unit Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **49702-0223-18**<br>SELZENTRY TAB 150MG 60/B<br>  Orig Inv#: 01I28035<br>  R 001 PROUCT RETURN<br>Lot #: S83618<br>Expiration Date: 01/31/21 | 1 | EA | 0 | EA | 1 | 1400.58 | EA | 1400.58 |
| | **SUB TOTAL**<br>**RET AUTH TOTAL** | | | | | | | | 1400.58<br>1400.58 |

RA.PRT012

GX 666.001

**GOVERNMENT EXHIBIT**
**GX 666**
1:24-cr-20255-WPD

CTRL02247673



GX 666.002

CTRL02247674