## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 4 | Date Range: 6/10/2020 |

## Outline of Conversations

:] **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** • 4 messages on 6/10/2020 • Adam Brosius • Charles Boyd (CharlesB@Safechain.com)

GOVERNMENT
EXHIBIT

**671**

1:24-cr-20255-WPD

RSMF_TEAMS_0000076533

**Messages in chronological order** (times are shown in GMT +00:00)

|  | **Microsoft Teams chat between [Adam Brosius, Charles Boyd]** |  |
|---|---|---|
| AB | **Adam Brosius**<br>Big hiv deal time Discuss | 6/10/2020, 11:39 PM |
| AB | **Adam Brosius**<br>Deal to discuss | 6/10/2020, 11:39 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Nice!! | 6/10/2020, 11:42 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)**<br>Abbie called Frier again. Not sure why this is so hard to get an answer. I'm pretty sure the exposure is on the supplier | 6/10/2020, 11:43 PM |