## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 4 | Date Range: 8/27/2020 |

## Outline of Conversations

:) **Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]** • 4 messages on 8/27/2020 • Charles Boyd (CharlesB@Safechain.com) • Jesse Hammett (JesseH@Safechain.com) • Pat Boyd (PatB@Safechain.com)

GOVERNMENT
EXHIBIT
**672**
1:24-cr-20255-WPD

RSMF_TEAMS_0000084104

GX 672.0001

**Messages in chronological order** (times are shown in GMT +00:00)

|   | **Microsoft Teams chat between [Pat Boyd, Jesse Hammett, Charles Boyd]** |   |
|---|---|---|
| J | **Jesse Hammett (JesseH@Safechain.com)** <br> i don't want to get in compliance business, but we're sure BLVD had a MD license right? | 8/27/2020, 6:34 PM |
| J | **Jesse Hammett (JesseH@Safechain.com)** <br> they don't have an MD license listed in MDS and i don't see them on MD BOP verification lookup | 8/27/2020, 6:35 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> They do not have an MD license but according to Abbie it's the responsibility of the Vendor not customer to insure that | 8/27/2020, 6:58 PM |
| C | **Charles Boyd (CharlesB@Safechain.com)** <br> She also reached out to Frier for their opinion | 8/27/2020, 6:58 PM |