>  **GOVERNMENT EXHIBIT**
>  **681**
>  1:24-cr-20255-WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD/HUNT

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,

      **Defendants.**
_____/

**PARTIES' STIPULATIONS AS TO THE LOCATIONS OF CERTAIN DATA SERVERS**

In lieu of calling custodians of records for Microsoft Corporation and Yahoo Inc., the parties stipulate to the following facts as set forth in declarations provided by custodians of records for both companies that hosted and/or processed certain electronic messages in this case:

1. Microsoft does not currently nor has it to date operated e-mail or Teams servers within the state of Florida.  As a result, any messages sent to or from a Microsoft Hosted e-mail account or via the product Teams would necessarily have had to be routed through Microsoft servers outside the state of Florida.

2. For the email identified in Count 8 of the Indictment, sent from cs@safechain.com on or about April 13, 2021, the Microsoft owned email servers for that email were located in Boydton, Virginia.

3. Yahoo Inc., which owns aol.com, did not maintain any email servers in the state of Virginia between April 1, 2021 and August 31, 2021.

**Dated**: October 23, 2025                                Respectfully submitted,

                                                                JASON A. REDING QUIÑONES
                                                                UNITED STATES ATTORNEY

        LORINDA LARYEA, ACTING CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By: /s/ *Alexander Thor Pogozelski*
   Alexander Thor Pogozelski
   Assistant United States Attorney
   Florida Special Bar No. A5502549
   99 Northeast 4th Street
   Miami, Florida 33132
   Tel: (786) 649-5251
   Email: Alexander.Pogozelski@usdoj.gov

   /s/ *Jacqueline Zee DerOvanesian*
   Jacqueline Zee DerOvanesian
   Trial Attorney
   Florida Bar No. 125662
   United States Department of Justice
   Criminal Division, Fraud Section
   1400 New York Avenue NW
   Washington, D.C. 20005
   Tel: (202) 285-9285
   Email: Jacqueline.DerOvanesian@usdoj.gov

By: /s/ William R. Barzee, Esq.
   Florida Bar No. 158720
   BARZEE FLORES
   Courthouse Center, Penthouse One
   40 N.W. Third Street
   Miami, FL 33128
   Tel: (305) 374-3998
   Email: WilliamBarzee@BarzeeFlores.com
   Counsel for Patrick Boyd

By: /s/ Bruce A. Zimet, Esq.
   Florida Bar No. 0225053
   BRUCE A. ZIMET, P.A.
   1555 Palm Beach Lakes Blvd., Suite 1400
   West Palm Beach, FL 33401
   Tel: (561) 508-7741
   Tel: (954) 764-7081
   Email: BAZ@BruceAZimetLaw.com
   Counsel for Charlie Boyd

### CERTIFICATE OF SERVICE

I, Alexander Thor Pogozelski, hereby certify that on October 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>  /s/ *Alexander Thor Pogozelski*
>  Alexander Thor Pogozelski

GX 681.0003