UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20255-WPD/HUNT

UNITED STATES OF AMERICA

v.

PATRICK BOYD and
CHARLES BOYD,

       **Defendants.**
_____/

## NOTICE OF FILING OF CRIME VICTIM IMPACT STATEMENT

      The United States of America hereby gives Notice of Filing of an additional victim impact statement. Due to the sensitivity of the content and at the request of the victim, the United States filed the victim's Victim Impact Statement under seal this morning and provided a copy of the Victim Impact Statement to counsel for both Defendants.

**Dated**: March 12, 2026                          Respectfully submitted,

                                                                     JASON A. REDING QUIÑONES
                                                                     UNITED STATES ATTORNEY

                                     By:    */s/ Alexander Thor Pogozelski*
                                                 Alexander Thor Pogozelski
                                                 Assistant United States Attorney
                                                 Florida Special Bar No. A5502549
                                                 99 Northeast 4th Street
                                                 Miami, Florida 33132
                                                 Tel: (786) 649-5251
                                                 Email: Alexander.Pogozelski@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Alexander Thor Pogozelski, hereby certify that on March 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*/s/ Alexander Thor Pogozelski*
>Alexander Thor Pogozelski