UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 24-cr-20255-Dimitrouleas/Hunt

UNITED STATES OF AMERICA,

vs.

PATRICK BOYD and CHARLES BOYD,

Defendants.

Fort Lauderdale, Florida
October 29, 2025
9:00 AM - 4:52 PM
Volume XVI
Pages 1 to 13

---

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

Alexander Pogozelski, Esquire
Jacqueline DerOvanesian, Esquire
Assistant United States Attorneys
99 NE 4th Street
Miami, Florida 33132

FOR DEFENDANT PATRICK BOYD:

William Barzee, Esquire
Ivlis Mantilla, Esquire
Barzee Flores
40 NW 3rd Street Ph 1
Miami, Florida 33128

FOR DEFENDANT CHARLES BOYD:

Bruce Zimet, Esquire
633 S. Federal Highway Fl 6
Fort Lauderdale, Florida 33301

STENOGRAPHICALLY REPORTED BY:

PATRICIA BAILEY-ENTIN, RPR, FPR
Official Court Reporter before:
The Honorable William P. Dimitrouleas
United States District Court

(Call to the Order of the Court.)

THE COURT: We are back on the record. Counsel are present. Both defendants are present.

We have a note from the jury: "We have reached our decisions."

Anything to come before the Court before we bring the jury in?

MR. POGOZELSKI: Nothing from the Government, Your Honor.

MR. ZIMET: No, sir.

MR. BARZEE: No, Your Honor.

THE COURT: All right. Let's bring in the jury.

THE COURTROOM DEPUTY: All rise for the jury.

(Jury enters.)

THE COURT: All right. We have all the jurors back.

Ms. Musial, are you the foreperson of the jury?

THE FOREPERSON: Yes, I am.

THE COURT: Has the jury arrived at verdicts, concurred by all?

THE FOREPERSON: Yes.

THE COURT: If you could pass your verdicts to the court clerk, please, ma'am.

Madam Clerk, please publish the verdicts.

THE COURTROOM DEPUTY: United States v. Patrick Boyd, verdict form, as reads: We, the jury, unanimously find as

follows as to the charges against Defendant Patrick Boyd:

Number 1, as to Count I, conspiracy to introduce or deliver for introduction into interstate commerce adulterated or misbranded drugs with the intent to defraud or mislead and to defraud the FDA, guilty.

We, the jury, unanimously find the Government proved the following objects of the conspiracy, introducing or delivering for introduction into interstate commerce misbranded drugs with the intent to defraud or mislead:

As to Count II, the shipment of misbranded Biktarvy on or about January 21st, 2021, guilty.

As to Count III, the shipment of misbranded Biktarvy on or about February 23rd, 2021, guilty.

As to Count IV, conspiracy to traffic in pre-retail medical products with false documentation, guilty.

We, the jury, unanimously find the Government proved the following objects of the conspiracy: Knowingly possessing, transporting, or trafficking in a pre-retail medical product involving false or altered labeling or documentation, including documentation relating to the origination or shipping:

As to Count V, conspiracy to commit wire fraud, guilty.

As to Count VI, wire fraud involving the wire transfer of $400,000 to Gentek on or about August 6, 2020, not guilty.

As to Count VII, wire fraud involving the email transmission from Adam Brosius to Patrick Boyd and Charles Boyd

on or about October 30, 2020, guilty.

As to Count VIII, wire fraud involving the email transmission from Safe Chain to its pharmacy customer on or about April 13, 2021, guilty.

So say we all, Foreperson Laura Musial, date, October 29, 2025.

In the case of United States v. Charles Boyd, the verdict form reads we, the jury, unanimously find as follows to the charges against Charles Boyd as to Count I, conspiracy to introduce or deliver for introduction into interstate commerce adulterated or misbranded drugs with the intent to defraud or mislead and to defraud the FDA, guilty.

We, the jury, unanimously find the Government proved the following objects of the conspiracy: Introducing or delivering for introduction into interstate commerce misbranded drugs with the intent to defraud or mislead:

As to Count II, the shipment of misbranded Biktarvy on January 21st, 2021, guilty.

As to Count III, the shipment of misbranded Biktarvy on or about February 23rd, 2021, guilty.

As to Count IV, conspiracy to traffic in pre-retail medical products with false documentation, guilty.

We, the jury, unanimously find the Government proved the following objects of the conspiracy: Knowingly possessing, transporting, or trafficking in pre-retail medical product

involving false or altered label or documentation, including documentation relating to the origination of shipping.

As to Count V, conspiracy to commit wire fraud, guilty.

As to Count VI, wire fraud involving the wire transfer of $400,000 to Gentek on or about August 6, 2020, not guilty.

As to Count VII, wire fraud involving the email transmission from Adam Brosius to Patrick Boyd and Charles Boyd on or about October 30th, 2020, guilty.

As to Count VIII, wire fraud involving email transmission from Safe Chain to its pharmacy customer on or about April 13, 2021, guilty.

So say we all, Laura Musial, dated October 29, 2025.

Judge, that is our verdict.

THE COURT: Either party wishes the jury polled?

MR. ZIMET: Yes, sir.

THE COURT: Madam Clerk, please poll the jury.

THE COURTROOM DEPUTY: Ladies and gentlemen of the jury, as I ask you the following question, please answer yes or no.

Is this your verdict, Juror Number 1?

JUROR NUMBER 1: Yes.

THE COURTROOM DEPUTY: Juror Number 2?

JUROR NUMBER 2: Yes.

THE COURTROOM DEPUTY: Juror Number 3?

JUROR NUMBER 3: Yes.

THE COURTROOM DEPUTY: Juror Number 4?
JUROR NUMBER 4: Yes.
THE COURTROOM DEPUTY: Juror Number 5?
JUROR NUMBER 5: Yes.
THE COURTROOM DEPUTY: Juror Number 6?
JUROR NUMBER 6: Yes.
THE COURTROOM DEPUTY: Juror Number 7?
JUROR NUMBER 7: Yes.
THE COURTROOM DEPUTY: Juror Number 8?
JUROR NUMBER 8: Yes.
THE COURTROOM DEPUTY: Juror Number 9?
JUROR NUMBER 9: Yes.
THE COURTROOM DEPUTY: Juror Number 10?
JUROR NUMBER 10: Yes.
THE COURTROOM DEPUTY: Juror Number 11?
JUROR NUMBER 11: Yes.
THE COURTROOM DEPUTY: Juror Number 12?
JUROR NUMBER 12: Yes.
THE COURT: All right. The verdicts will be received and filed.
Ladies and gentlemen, I wish to thank you for your time and consideration of this case. I also wish to advise you of some very special privileges enjoyed by jurors. No juror can ever be required to talk about the discussions that occurred in the jury room except by court order.

For many centuries, our societies relied upon juries for consideration of difficult cases. We have recognized for hundreds of years that a jury's deliberations, discussions, and votes should remain their private affair as long as they wish it; therefore, the law gives you a unique privilege not to speak about the jury's work.

Although you are at liberty to speak with anyone about your deliberations, you're also at liberty to refuse to speak to anyone. A request may come from those who are simply curious or from those who might seek to find fault with you. It will be up to you to decide whether to preserve your privacy as a juror.

As a small token of the Court's appreciation, I have prepared these certificates of appreciation. I'll ask Crystal to give them to you in a moment. We are going to need to get those juror badges back from you. If you can just leave them in the jury deliberation room on the way out. This is going to conclude your jury service.

I have been in federal court for 27 years and another nine or so years in state court. This was a long case, and I really appreciate the effort and the time that you spent.

Have a good evening. You're excused.

THE COURTROOM DEPUTY: All rise.

(Jury exits.)

THE COURT: All right. Patrick Boyd and Charles Boyd,

the jury having found you guilty of Counts I, II, III, IV, V, VII, and VIII, I adjudge you to be guilty of those counts. I adjudge you to be not guilty of Count VI.

I'm going to remand you to the custody of the marshals pending sentencing. I'll set sentencing for January the 20th at 1:15 on Mr. Charles Boyd and at 1:30 on Patrick Boyd, here in this courtroom.

Someone from the probation department might be coming up to the jail to interview you. If they do, I need you to be open and honest with them so I can find out as much as I can about you so that I can make a fair decision in January.

Is there anything else we need to discuss on Patrick Boyd's case?

MR. BARZEE: Your Honor, I would just ask the Court to consider allowing him to remain out on bond pending sentencing. He's been out of custody, I think, for about a year since the indictment, maybe longer. He's had no problems. Obviously, he would be returning for sentencing.

THE COURT: That request is denied.

Anything else we need to discuss on Charles Boyd?

MR. ZIMET: Judge, I'll make the same request as to Charles Boyd. I understand the incident that happened relating up in Maryland.

His wife is present. She could cosign the bond. He's the only signature on the bond right now. I think that would

ensure his presence at sentencing.

THE COURT: I appreciate her being here the whole trial, but that request is denied.

You will need to go with the marshals now. They'll take you into custody.

And if there's nothing else to come before the Court, we'll be in recess on this case until January 20th in the afternoon.

(Court was concluded.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

DATE: 11/17/2025

/s/Patricia Bailey-Entin
PATRICIA BAILEY-ENTIN, FPR, RPR
Official Court Reporter
United States District Court
Southern District of Florida
U.S. Federal Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

**$**

**$400,000** [2] - 4:23, 6:5

**/**

**/s/Patricia** [1] - 10:16

**1**

**1** [5] - 1:8, 1:19, 4:2, 6:20, 6:21
**10** [2] - 7:13, 7:14
**11** [2] - 7:15, 7:16
**11/17/2025** [1] - 10:16
**12** [2] - 7:17, 7:18
**13** [2] - 5:4, 6:11
**1:15** [1] - 9:6
**1:30** [1] - 9:6

**2**

**2** [2] - 6:22, 6:23
**2020** [4] - 4:23, 5:1, 6:5, 6:8
**2021** [6] - 4:11, 4:13, 5:4, 5:18, 5:20, 6:11
**2025** [3] - 1:5, 5:6, 6:12
**20th** [2] - 9:5, 10:7
**21st** [2] - 4:11, 5:18
**23rd** [2] - 4:13, 5:20
**24-cr-20255-Dimitrouleas/Hunt** [1] - 1:2
**27** [1] - 8:19
**29** [3] - 1:5, 5:6, 6:12
**299** [1] - 10:19

**3**

**3** [2] - 6:24, 6:25
**30** [1] - 5:1
**30th** [1] - 6:8
**33128** [1] - 1:19
**33132** [1] - 1:16
**33301** [2] - 1:22, 10:20
**3rd** [1] - 1:19

**4**

**4** [2] - 7:1, 7:2
**40** [1] - 1:19
**4:52** [1] - 1:6
**4th** [1] - 1:15

**5**

**5** [2] - 7:3, 7:4

**6**

**6** [5] - 1:22, 4:23, 6:5, 7:5, 7:6
**633** [1] - 1:22

**7**

**7** [2] - 7:7, 7:8

**8**

**8** [2] - 7:9, 7:10

**9**

**9** [2] - 7:11, 7:12
**99** [1] - 1:15
**9:00** [1] - 1:6

**A**

**above-entitled** [1] - 10:14
**accurate** [1] - 10:13
**Adam** [2] - 4:25, 6:7
**adjudge** [2] - 9:2, 9:3
**adulterated** [2] - 4:3, 5:11
**advise** [1] - 7:22
**affair** [1] - 8:4
**afternoon** [1] - 10:8
**Alexander** [1] - 1:13
**allowing** [1] - 9:15
**altered** [2] - 4:19, 6:1
**AM** [1] - 1:6
**AMERICA** [1] - 1:4
**answer** [1] - 6:18
**APPEARANCES** [1] - 1:11
**appreciate** [2] - 8:21, 10:2
**appreciation** [2] - 8:13, 8:14
**April** [2] - 5:4, 6:11
**arrived** [1] - 3:18
**Assistant** [1] - 1:14
**Attorneys** [1] - 1:15
**August** [2] - 4:23, 6:5

**B**

**badges** [1] - 8:16
**Bailey** [1] - 10:16
**BAILEY** [2] - 2:2, 10:17
**Bailey-Entin** [1] - 10:16
**BAILEY-ENTIN** [2] - 2:2, 10:17
**Barzee** [2] - 1:17, 1:18
**BARZEE** [2] - 3:11, 9:14
**BEFORE** [1] - 1:10
**Biktarvy** [4] - 4:10, 4:12, 5:17, 5:19
**bond** [3] - 9:15, 9:24, 9:25
**Boulevard** [1] - 10:19
**Boyd** [14] - 3:24, 4:1, 4:25, 5:7, 5:9, 6:7, 8:25, 9:6, 9:20, 9:22
**BOYD** [4] - 1:7, 1:17, 1:21
**Boyd's** [1] - 9:13
**bring** [2] - 3:6, 3:12
**Brosius** [2] - 4:25, 6:7
**Broward** [1] - 10:19
**Bruce** [1] - 1:21
**BY** [1] - 2:1

**C**

**CASE** [1] - 1:2
**case** [5] - 5:7, 7:22, 8:20, 9:13, 10:7
**cases** [1] - 8:2
**centuries** [1] - 8:1
**certificates** [1] - 8:14
**certify** [1] - 10:12
**Chain** [2] - 5:3, 6:10
**charges** [2] - 4:1, 5:9
**CHARLES** [2] - 1:7, 1:21
**Charles** [8] - 4:25, 5:7, 5:9, 6:7, 8:25, 9:6, 9:20, 9:22
**clerk** [1] - 3:22
**Clerk** [2] - 3:23, 6:16
**coming** [1] - 9:8
**commerce** [4] - 4:3, 4:8, 5:10, 5:15
**commit** [2] - 4:21, 6:3
**conclude** [1] - 8:18
**concluded** [1] - 10:9
**concurred** [1] - 3:18
**consider** [1] - 9:15
**consideration** [2] - 7:22, 8:2
**conspiracy** [10] - 4:2, 4:7, 4:14, 4:17, 4:21, 5:9, 5:14, 5:21, 5:24, 6:3
**cosign** [1] - 9:24
**counsel** [1] - 3:2
**Count** [17] - 4:2, 4:10, 4:12, 4:14, 4:21, 4:22, 4:24, 5:2, 5:9, 5:17, 5:19, 5:21, 6:3, 6:4, 6:6, 6:9, 9:3
**Counts** [1] - 9:1
**counts** [1] - 9:2
**Court** [9] - 2:3, 2:4, 3:1, 3:6, 9:14, 10:6, 10:9, 10:17, 10:18
**COURT** [12] - 1:1, 3:2, 3:12, 3:15, 3:18, 3:21, 6:14, 6:16, 7:19, 8:25, 9:19, 10:2
**court** [4] - 3:22, 7:25, 8:19, 8:20
**Court's** [1] - 8:13
**Courthouse** [1] - 10:19
**COURTROOM** [15] - 3:13, 3:24, 6:17, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15, 7:17, 8:23
**courtroom** [1] - 9:7
**Crystal** [1] - 8:14
**curious** [1] - 8:10
**custody** [3] - 9:4, 9:16, 10:5
**customer** [2] - 5:3, 6:10

**D**

**DATE** [1] - 10:16
**date** [1] - 5:5
**dated** [1] - 6:12
**decide** [1] - 8:11
**decision** [1] - 9:11
**decisions** [1] - 3:5
**Defendant** [1] - 4:1
**DEFENDANT** [2] - 1:17, 1:21
**defendants** [1] - 3:3
**Defendants** [1] - 1:8
**defraud** [6] - 4:4, 4:5, 4:9, 5:11, 5:12, 5:16
**deliberation** [1] - 8:17
**deliberations** [2] - 8:3, 8:8
**deliver** [2] - 4:3, 5:10
**delivering** [2] - 4:8, 5:15
**denied** [2] - 9:19, 10:3
**department** [1] - 9:8
**DEPUTY** [15] - 3:13, 3:24, 6:17, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15, 7:17, 8:23
**DerOvanesian** [1] - 1:13
**difficult** [1] - 8:2
**Dimitrouleas** [1] - 2:3
**DIMITROULEAS** [1] - 1:10
**discuss** [2] - 9:12, 9:20
**discussions** [2] - 7:24, 8:3
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [3] - 2:4, 10:18, 10:18
**DIVISION** [1] - 1:2
**documentation** [6] - 4:15, 4:19, 4:20, 5:22, 6:1, 6:2
**drugs** [4] - 4:4, 4:9, 5:11, 5:16

**E**

**East** [1] - 10:19
**effort** [1] - 8:21
**either** [1] - 6:14
**email** [4] - 4:24, 5:2, 6:6, 6:9
**enjoyed** [1] - 7:23
**ensure** [1] - 10:1
**enters** [1] - 3:14
**Entin** [1] - 10:16
**ENTIN** [2] - 2:2, 10:17
**entitled** [1] - 10:14
**Esquire** [5] - 1:13, 1:14, 1:17, 1:18, 1:21
**evening** [1] - 8:22
**except** [1] - 7:25
**excused** [1] - 8:22
**exits** [1] - 8:24

**F**

**fair** [1] - 9:11
**false** [4] - 4:15, 4:19, 5:22, 6:1
**fault** [1] - 8:10
**FDA** [2] - 4:5, 5:12
**February** [2] - 4:13, 5:20
**federal** [1] - 8:19
**Federal** [2] - 1:22, 10:19
**filed** [1] - 7:20
**Fl** [1] - 1:22
**Flores** [1] - 1:18
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 1:16, 1:19, 1:22, 10:18, 10:20
**following** [5] - 4:7, 4:17, 5:14, 5:24,

6:18
follows [2] - 4:1, 5:8
FOR [3] - 1:13, 1:17, 1:21
foregoing [1] - 10:12
foreperson [1] - 3:16
Foreperson [1] - 5:5
FOREPERSON [2] - 3:17, 3:20
form [2] - 3:25, 5:8
FORT [1] - 1:2
Fort [3] - 1:4, 1:22, 10:20
FPR [2] - 2:2, 10:17
fraud [8] - 4:21, 4:22, 4:24, 5:2, 6:3, 6:4, 6:6, 6:9

**G**

Gentek [2] - 4:23, 6:5
gentlemen [2] - 6:17, 7:21
GOVERNMENT [1] - 1:13
Government [5] - 3:8, 4:6, 4:16, 5:13, 5:23
guilty [19] - 4:5, 4:11, 4:13, 4:15, 4:21, 4:23, 5:1, 5:4, 5:12, 5:18, 5:20, 5:22, 6:3, 6:5, 6:8, 6:11, 9:1, 9:2, 9:3

**H**

hereby [1] - 10:12
Highway [1] - 1:22
honest [1] - 9:10
Honor [3] - 3:9, 3:11, 9:14
HONORABLE [1] - 1:10
Honorable [1] - 2:3
hundreds [1] - 8:3

**I**

II [3] - 4:10, 5:17, 9:1
III [3] - 4:12, 5:19, 9:1
incident [1] - 9:22
including [2] - 4:19, 6:1
indictment [1] - 9:17
intent [4] - 4:4, 4:9, 5:11, 5:16
interstate [4] - 4:3, 4:8, 5:10, 5:15
interview [1] - 9:9
introduce [2] - 4:2, 5:10
introducing [2] - 4:7, 5:14
introduction [4] - 4:3, 4:8, 5:10, 5:15
involving [8] - 4:19, 4:22, 4:24, 5:2, 6:1, 6:4, 6:6, 6:9
IV [3] - 4:14, 5:21, 9:1
Ivlis [1] - 1:18

**J**

Jacqueline [1] - 1:13
jail [1] - 9:9
January [5] - 4:11, 5:18, 9:5, 9:11, 10:7
judge [2] - 6:13, 9:21
JUDGE [1] - 1:10
juries [1] - 8:1
Juror [12] - 6:20, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15, 7:17
JUROR [12] - 6:21, 6:23, 6:25, 7:2, 7:4, 7:6, 7:8, 7:10, 7:12, 7:14, 7:16, 7:18
juror [3] - 7:23, 8:12, 8:16
jurors [2] - 3:15, 7:23
JURY [1] - 1:9
jury [19] - 3:4, 3:7, 3:12, 3:13, 3:16, 3:18, 3:25, 4:6, 4:16, 5:8, 5:13, 5:23, 6:14, 6:16, 6:18, 7:25, 8:17, 8:18, 9:1
Jury [2] - 3:14, 8:24
jury's [2] - 8:3, 8:6

**K**

knowingly [2] - 4:17, 5:24

**L**

label [1] - 6:1
labeling [1] - 4:19
ladies [2] - 6:17, 7:21
LAUDERDALE [1] - 1:2
Lauderdale [3] - 1:4, 1:22, 10:20
Laura [2] - 5:5, 6:12
law [1] - 8:5
leave [1] - 8:16
liberty [2] - 8:7, 8:8

**M**

ma'am [1] - 3:22
Madam [2] - 3:23, 6:16
Mantilla [1] - 1:18
marshals [2] - 9:4, 10:4
Maryland [1] - 9:23
matter [1] - 10:14
medical [4] - 4:15, 4:18, 5:22, 5:25
Miami [2] - 1:16, 1:19
might [2] - 8:10, 9:8
misbranded [8] - 4:4, 4:8, 4:10, 4:12, 5:11, 5:15, 5:17, 5:19
mislead [4] - 4:4, 4:9, 5:12, 5:16
moment [1] - 8:15
MR [6] - 3:8, 3:10, 3:11, 6:15, 9:14, 9:21
Musial [3] - 3:16, 5:5, 6:12

**N**

NE [1] - 1:15
need [5] - 8:15, 9:9, 9:12, 9:20, 10:4
nine [1] - 8:20
NO [1] - 1:2
note [1] - 3:4
nothing [2] - 3:8, 10:6
Number [12] - 6:20, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15, 7:17
number [1] - 4:2
NUMBER [12] - 6:21, 6:23, 6:25, 7:2, 7:4, 7:6, 7:8, 7:10, 7:12, 7:14, 7:16, 7:18
NW [1] - 1:19

**O**

objects [4] - 4:7, 4:17, 5:14, 5:24
obviously [1] - 9:17
occurred [1] - 7:24
October [5] - 1:5, 5:1, 5:6, 6:8, 6:12
OF [3] - 1:1, 1:4, 1:9
Official [2] - 2:3, 10:17
open [1] - 9:10
order [1] - 7:25
Order [1] - 3:1
origination [2] - 4:20, 6:2

**P**

Pages [1] - 1:8
party [1] - 6:14
pass [1] - 3:21
PATRICIA [2] - 2:2, 10:17
Patrick [7] - 3:24, 4:1, 4:25, 6:7, 8:25, 9:6, 9:12
PATRICK [2] - 1:7, 1:17
pending [2] - 9:5, 9:15
Ph [1] - 1:19
pharmacy [2] - 5:3, 6:10
PM [1] - 1:6
POGOZELSKI [1] - 3:8
Pogozelski [1] - 1:13
poll [1] - 6:16
polled [1] - 6:14
possessing [2] - 4:17, 5:24
pre [4] - 4:14, 4:18, 5:21, 5:25
pre-retail [4] - 4:14, 4:18, 5:21, 5:25
prepared [1] - 8:14
presence [1] - 10:1
present [3] - 3:3, 9:24
preserve [1] - 8:11
privacy [1] - 8:11
private [1] - 8:4
privilege [1] - 8:5
privileges [1] - 7:23
probation [1] - 9:8
problems [1] - 9:17
proceedings [1] - 10:13
product [2] - 4:18, 5:25
products [2] - 4:15, 5:22
proved [4] - 4:6, 4:16, 5:13, 5:23
publish [1] - 3:23

**R**

reached [1] - 3:4
reads [2] - 3:25, 5:8
really [1] - 8:21
received [1] - 7:19
recess [1] - 10:7
recognized [1] - 8:2
record [1] - 3:2
refuse [1] - 8:8
relating [3] - 4:20, 6:2, 9:22
relied [1] - 8:1
remain [2] - 8:4, 9:15
remand [1] - 9:4
REPORTED [1] - 2:1
Reporter [2] - 2:3, 10:17
request [4] - 8:9, 9:19, 9:21, 10:3
required [1] - 7:24
retail [4] - 4:14, 4:18, 5:21, 5:25
returning [1] - 9:18
rise [2] - 3:13, 8:23
room [2] - 7:25, 8:17
RPR [2] - 2:2, 10:17

**S**

Safe [2] - 5:3, 6:10
seek [1] - 8:10
sentencing [5] - 9:5, 9:15, 9:18, 10:1
service [1] - 8:18
set [1] - 9:5
shipment [4] - 4:10, 4:12, 5:17, 5:19
shipping [2] - 4:20, 6:2
signature [1] - 9:25
simply [1] - 8:9
small [1] - 8:13
societies [1] - 8:1
someone [1] - 9:8
SOUTHERN [1] - 1:1
Southern [1] - 10:18
special [1] - 7:23
spent [1] - 8:21
state [1] - 8:20
STATES [3] - 1:1, 1:4, 1:10
States [5] - 1:14, 2:4, 3:24, 5:7, 10:18
STENOGRAPHICALLY [1] - 2:1
Street [2] - 1:15, 1:19

**T**

THE [30] - 1:10, 1:13, 3:2, 3:12, 3:13, 3:15, 3:17, 3:18, 3:20, 3:21, 3:24, 6:14, 6:16, 6:17, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15, 7:17, 7:19, 8:23, 8:25, 9:19, 10:2
therefore [1] - 8:5

**token** [1] - 8:13
**traffic** [2] - 4:14, 5:21
**trafficking** [2] - 4:18, 5:25
**TRANSCRIPT** [1] - 1:9
**transcription** [1] - 10:13
**transfer** [2] - 4:22, 6:4
**transmission** [4] - 4:25, 5:3, 6:7, 6:10
**transporting** [2] - 4:18, 5:25
**TRIAL** [1] - 1:9
**trial** [1] - 10:3

## U

**U.S** [1] - 10:19
**unanimously** [6] - 3:25, 4:6, 4:16, 5:8, 5:13, 5:23
**unique** [1] - 8:5
**UNITED** [3] - 1:1, 1:4, 1:10
**United** [5] - 1:14, 2:4, 3:24, 5:7, 10:18
**up** [3] - 8:11, 9:9, 9:23

## V

**verdict** [4] - 3:25, 5:8, 6:13, 6:20
**verdicts** [4] - 3:18, 3:21, 3:23, 7:19
**VI** [3] - 4:22, 6:4, 9:3
**VII** [3] - 4:24, 6:6, 9:2
**VIII** [3] - 5:2, 6:9, 9:2
**Volume** [1] - 1:7
**votes** [1] - 8:4
**vs** [1] - 1:5

## W

**whole** [1] - 10:2
**wife** [1] - 9:24
**WILLIAM** [1] - 1:10
**William** [2] - 1:17, 2:3
**wire** [10] - 4:21, 4:22, 4:24, 5:2, 6:3, 6:4, 6:6, 6:9
**wish** [3] - 7:21, 7:22, 8:4
**wishes** [1] - 6:14

## X

**XVI** [1] - 1:7

## Y

**year** [1] - 9:16
**years** [3] - 8:3, 8:19, 8:20

## Z

**Zimet** [1] - 1:21
**ZIMET** [3] - 3:10, 6:15, 9:21